# CIVIL COVER SHEET

The JS -- 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**Place an X in the appropriate box:** ☐ Green Bay Division  ☒ Milwaukee Division

## I.(a) PLAINTIFFS

**APPLETON PAPERS INC.**
**NCR CORPORATION**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
Outagamie County, Wisconsin
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Counsel for Appleton Papers Inc.
Linda Doyle
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois  60606
(312) 984-6905

Counsel for NCR Corporation
J. Andrew Schlickman
Evan B. Westerfield
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

J. Ric Gass
Gass Weber Mullins LLC
309 North Water Street
Milwaukee, Wisconsin 53202
(414) 224-7697

## DEFENDANTS

**GEORGE A. WHITING PAPER COMPANY**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT
              OF LAND INVOLVED

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated *or* Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated *and* Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State |
| 120 Marine | **PERSONAL INJURY** | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 310 Airplane | 625 Drug Related Seizure of Property 21 USC 881 | | 430 Banks and Banking |
| 140 Negotiable Instrument | 362 Personal Injury - Med. | 630 Liquor Laws | **PROPERTY RIGHTS** | 450 Commerce/ICC |
| 150 Recovery of Overpayment & Enforcement of Judgment | 315 Airplane Product Malpractice Liability | 640 R.R. & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 365 Personal Injury - Product | 650 Airline Regs. | 830 Patent | 470 Racketeer Influenced and |
| 152 Recovery of Defaulted Student Loans-Excl. Veterans | 320 Assault, Libel & Liability | 660 Occupational Safety/Health | 840 Trademark | 480 Consumer Credit |
| | | 690 Other | | 490 Cable/Satellite TV |
| | | **LABOR** | **SOCIAL SECURITY** | 810 Selective Service |
| | | | | 850 Securities/Commodities/ Exchange |

| | | | | | |
|---|---|---|---|---|---|
| 153 Recovery of Overpayment of Veteran's Benefits<br>160 Stockholders' Suits<br>190 Other Contract<br>195 Contract Product Liability<br>196 Franchise | Slander<br>Personal<br>330 Federal Employers' Product Liability<br>Liability<br>340 Marine<br>**PERSONAL PROPERTY**<br>345 Marine Product Fraud<br>Liability<br>Lending<br>350 Motor Vehicle Personal<br>355 Motor Vehicle Damage<br>Product Liability Damage<br>360 Other Personal Injury Liability | 368 Asbestos<br>Injury<br><br>370 Other<br>371 Truth in<br>380 Other<br>Property<br>385 Property<br>Product | 710 Fair Labor Standards Act<br>720 Labor/Mgmt. Relations<br>730 Labor/Mgmt.<br>740 Railway Labor Act<br>790 Other Labor Litigation<br>791 Empl. Ret. Inc. Security Act | 861 HIA (1395ff)<br>862 Black Lung (923)<br>863 DIWC/DIWW (405(g))<br>864 SSID Title XVI<br>865 RSI (405(g)) | 875 Customer Challenge 12<br>891 Agricultural Acts<br>892 Economic<br>☒ 893 Environmental<br>894 Energy Allocation Act<br>895 Freedom of<br>900 Appeal of Fee<br>950 Constitutionality of<br>890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONE | | FEDERAL TAX SUITS | |
| 210 Land Condemnation<br>220 Foreclosure<br>230 Rent Lease & Ejectment<br>240 Torts to Land<br>245 Tort Product Liability<br>290 All Other Real | 441 Voting<br>442 Employment<br>443 Housing/<br>444 Welfare<br>445 Amer w/Disabilities - Employment<br>446 Amer w/Disabilities - Other<br>440 Other Civil Rights | 510 Motions to Vacate Sentence<br>**HABEAS CORPUS:**<br>530 General<br>535 Death Penalty<br>540 Mandamus & Other<br>550 Civil Rights<br>555 Prison Condition | | 870 Taxes (U.S. Plaintiff or<br>871 IRS – Third Party 26 USC 7609 | |

**V. ORIGIN**  *(PLACE AN "X" IN ONE BOX ONLY)*

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district  ☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Claims for Declaratory Judgment of Allocable Shares, Cost Recovery and Contribution under 28 U.S.C. Sec. 2201 and 42 U.S.C. Secs. 9607 and 9613.

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23   **DEMAND $**   CHECK YES only if demanded in complaint: **JURY DEMAND**: YES  NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):

JUDGE ____Adelman____   DOCKET NUMBER No. 01-C-0816

No. 02-C-0602

# See Attached Exhibit 1

No. 03-C-0949

January 7, 2008    /s/ J. Andrew Schlickman    No. 06-C-0484

DATE    SIGNATURE OF ATTORNEY OF RECORD

# EXHIBIT 1 TO CIVIL COVER SHEET FOR
# APPLETON PAPERS INC. AND NCR CORPORATION v. GEORGE A. WHITING PAPER COMPANY

1.      Other Related Cases

        The other related cases pending in the United States District Court for the Eastern District of Wisconsin are listed below.  All of these cases are closed (via consent decrees) and all were before Judge Adelman.

a.      *United States of America and the State of Wisconsin v. Appleton Papers Inc. and NCR Corporation,* 2:01-cv-00816-LA

b.      *United States of America and the State of Wisconsin v. Fort James Operating Company*, 2:02-cv-00602-LA

c.      *United States of America and the State of Wisconsin  v. P.H. Glatfelter Company and WTM I Company,* 2:03-cv-00949-LA

d.      *United States of America and the State of Wisconsin  v. NCR Corporation and Sonoco-US Mills Inc.,* 2:06-cv-00484-LA


2.      Other Disclosures

        We note for the Court that Gass Weber Mullins LLC (GWM) is counsel for Plaintiff NCR Corporation, and that an associate lawyer in GWM, Michael Ashton, will become a law clerk to Judge Adelman in August of 2008.  Prior to accepting that position, Attorney Ashton provided limited federal procedural information to NCR and its counsel in the Fall of 2007.  Attorney Ashton was not involved in any substantive matters concerning this litigation.  After accepting the law clerk position, Attorney Ashton has not had any involvement with this matter and will not for the balance of his employment with GWM.  We understand that under the court's standard procedures once Attorney Ashton commences his law clerk position, he would not be assigned to this litigation.