# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and <br> NCR CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> GEORGE A. WHITING PAPER COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. _____ <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF INTEREST

The undersigned, counsel for Appleton Papers Inc. (API), furnishes the following list in compliance with Local Rule 83.9:

(1) I represent API.

(2)(i) API is a corporation. API is a wholly-owned subsidiary of Paperweight Development Corp. (PDC).

(2)(ii) No publicly-held company owns more than ten percent of API's or PDC's stock.

(3) API is represented by McDermott Will & Emery.

Respectfully submitted,

 /s/ Linda Doyle_____
Linda Doyle
Illinois Bar Number 6269231
Admitted in the E.D. of Wisconsin
Attorney for Plaintiff Appleton Papers Inc.

McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

(312) 984-6905
Fax: (312) 984-7700

Dated: January 7, 2008