IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and NCR CORPORATION, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. _____ ) |
| GEORGE A. WHITING PAPER COMPANY, | ) ) |
| Defendant. | ) |

**CERTIFICATE OF INTEREST**

The undersigned, counsel for NCR Corporation, furnishes the following list in compliance with Local Rule 83.9:

(1) I represent NCR Corporation.

(2)(i) NCR Corporation is a corporation. It does not have a parent corporation.

(2)(ii) No publicly-held company owns more than ten percent of NCR's stock.

(3) NCR is represented by Sidley Austin LLP and Gass Weber Mullins LLC.

Respectfully submitted,

_/s/ J. Andrew Schlickman_____
J. Andrew Schlickman
Illinois Bar Number 3122104
Admitted in the E.D. of Wisconsin
Attorney for Plaintiff, NCR Corporation

Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
Fax: (312) 835-7036
Dated: January 7, 2008    Email: jaschlickman@sidley.com