IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | | |
|---|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | No. _____ |
| | )<br>) | |
| GEORGE A. WHITING PAPER COMPANY, | )<br>)<br>) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Linda Doyle of McDermott Will & Emery appears for Appleton Papers Inc. in this action. Please serve all further pleadings, correspondence, and other papers on the undersigned at the address stated below.

Dated this 7th day of January, 2008.

    __/s/ Linda Doyle_____
Linda Doyle
Illinois Bar Number 6269231
Admitted in the E.D. of Wisconsin
Attorney for Plaintiff Appleton Papers Inc.

McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096
(312) 984-6905
Fax: (312) 984-7700