IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and NCR CORPORATION, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. _____ ) ) |
| GEORGE A. WHITING PAPER COMPANY, | ) ) ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that J. Andrew Schlickman of Sidley Austin LLP appears for NCR Corporation in this action. Please serve all further pleadings, correspondence, and other papers on the undersigned at the address stated below. Please direct all ECF notices to Attorney Schlickman at jaschlickman@sidley.com and his assistant at dfmanheim@sidley.com.

Dated this 7th day of January, 2008.

    /s/ J. Andrew Schlickman_____
J. Andrew Schlickman
Illinois Bar Number 3122104
Admitted in the E.D. of Wisconsin
Attorney for Plaintiff, NCR Corporation

Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
Fax: (312) 853-7036
jaschlickman@sidley.com