IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and <br> NCR CORPORATION, <br>         Plaintiffs, <br>     v. <br><br> GEORGE A. WHITING PAPER COMPANY, <br><br>         Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )   No. _____ |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Evan B. Westerfield of Sidley Austin LLP appears for NCR Corporation in this action. Please serve all further pleadings, correspondence, and other papers on the undersigned at the address stated below. Please direct all ECF notices to Attorney Westerfield at evanwesterfield@sidley.com and his assistant at dfmanheim@sidley.com.

Dated this 7th day of January, 2008.

                                                               /s/ Evan B. Westerfield_____
                                                            Evan B. Westerfield
                                                            Illinois Bar Number 6217037
                                                            Admitted in the E.D. of Wisconsin
                                                            Attorney for Plaintiff, NCR Corporation

                                                            Sidley Austin LLP
                                                           One South Dearborn Street
                                                           Chicago, Illinois 60603
                                                           (312) 853-7000
                                                           Fax: (312) 853-7036
                                                           evanwesterfield@sidley.com