IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| NCR CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. _____ |
| | ) |
| GEORGE A. WHITING PAPER COMPANY, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that J. Ric Gass of Gass Weber Mullins LLC appears for NCR Corporation in this action. Please serve all further pleadings, corresponcence, and other papers on the undersigned at the address stated below. Please direct all ECF notices to Attorney Gass at gass@gasswebermullins.com and his assistant at paszkiewicz@gasswebermullins.com.

Dated this 7th day of January, 2008.

    /s/ J. Ric Gass_____
J. Ric Gass
Wisconsin Bar No. 1011998
Attorney for Plaintiff, NCR Corporation

Gass Weber Mullins LLC
309 North Water Street
Milwaukee, WI 53202
(414) 223-3300
Fax: (414) 224-6116
gass@gasswebermullins.com