UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

APPLETON PAPERS, INC., and
NCR CORPORATION,

                Plaintiffs,                Case No. 08-C-16

vs.

GEORGE A. WHITING PAPER COMPANY,

                Defendant.

_____

### ORDER

In accordance with the August 30, 2002, general order regarding the assignment of cases to the United States district judge designated to hold court in Green Bay, Wisconsin,

**IT IS ORDERED** that the above-captioned matter be and the same is herewith reassigned to Judge William C. Griesbach for all further proceedings.

The clerk of the court is directed to take all appropriate steps to implement this reassignment.

Dated at Milwaukee, Wisconsin, this 9th day of January, 2008.

                                        BY THE COURT:

                                        J.P. Stadtmueller
                                        U.S. District Judge