# United States District Court

## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| APPLETON PAPERS INC. and NCR CORPORATION,<br><br>        Plaintiffs,<br><br>V.<br><br>GEORGE A. WHITING PAPER COMPANY,<br><br>        Defendant. | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:<br><br>08-C-0016 |

TO: GEORGE A. WHITING PAPER COMPANY
c/o Deborah J. Olander
100 River Street
P.O. Box 28
Menasha, WI 54952

**ADMISSION OF SERVICE**

X _[signature]_    V.P.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS

<u>Counsel for Appleton Papers Inc.</u>
Linda Doyle
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606
(312) 984-6905

<u>Counsel for NCR Corporation</u>
J. Andrew Schlickman
Evan B. Westerfield
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

J. Ric Gass
Gass Weber Mullins LLC
309 North Water Street
Milwaukee, Wisconsin 53202
(414) 224-7697

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must filed with the Clerk of this Court within a reasonable period of time after service.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[(1)] | DATE 1-08-08   10:15 AM |
|---|---|
| NAME OF SERVER  DAVID B. SQUIRES | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

100 RIVER ST.
MENASHA, WI 54952

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

DEBORAH J. OLANDER
V.P. OF GEORGE WHITING PAPER COMPANY

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  $45.00 | TOTAL  $45.00 |
|---|---|---|

# DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    1-08-08   10:15 AM
                    *Date*

*Signature of Server*

*[signed] David R. Squires*



*Address of Server*

**Professional Process Service of Appleton**
P.O. Box 311
Appleton, WI 54912

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AFFIDAVIT OF SERVICE

The affiant, being first duly sworn on oath states:

1. That affiant is now and was at all times hereinafter mentioned an adult resident of the State of Wisconsin and not a party to this action.

2. That the affiant personally served the described papers hereinafter mentioned on the person, at the place and on the date, by then and there delivering to the person served personally and leaving with that person a true copy of each of the described papers.

3. That at the time of said service, affiant endorsed upon said copy of the described papers the date upon which the same were served and signed affiant's name thereto.

4. That affiant knew the corporation so served to be identical mentioned and described in said papers and affiant knew person served to be an officer or managing agent or person in charge at time of service.

CASE NUMBER: 08-C-0016

ACTION ENTITLED: 5 APPLETON PAPERS INC AND NCR CORP.
(and) (vs): GEORGE A. WHITING PAPER COMPANY

PAPERS SERVED:
SUMMONS AND COMPLAINT, CIVIL COVER SHEET, CERTIFICATES OF INTEREST FOR APPLETON PAPERS INC, NOTICE OF APPEARANCES, AND OTHER ATTACHM

PERSON SERVED: DEBORAH J. OLANDER (V.P. FOR GEORGE WHITING PAPER)

PLACE OF SERVICE: 100 RIVER ST. MENASHA (BUSINESS DDRESS)

DATE OF SERVICE: January 8th, 2008

TIME OF SERVICE: 10:15 AM

ATTEMPTED SERVICE*: 1

Subscribed and sworn to before me this January 8th, 2008

Notary Public, Wisconsin
My commission expires: 3/2/8

SERVICE FEE: $45.00
DAVID J. TUREK