UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS INC. and
NCR CORPORATION,

    Plaintiffs,

        v.

GEORGE A. WHITING PAPER
COMPANY,

    Defendants.

Case No.: 08-CV-0016

## CERTIFICATE OF SERVICE

    I hereby certify that on January 11, 2008, I electronically filed Plaintiffs Return of Service with the Clerk of Court using the ECF system, which will send notification of such filing to Linda Doyle at McDermott Will & Emery LLP, 227 West Monroe Street, Chicago, IL 60606, ldoyle@mwe.com; J. Andrew Schlickman at Sidley Austin LLP, 1 South Dearborn Street, Chicago, IL 60603, jaschlickman@sidley.com; and Evan B. Westerfield at Sidley Austin LLP, 1 South Dearborn Street, Chicago, IL 60603, evanwesterfield@sidley.com. Further, I have served the same upon plaintiff by First Class United States Mail at the following address:

        George A. Whiting Paper Company
        c/o Deborah J. Olander
        100 River Street
        P.O. Box 28
        Menasha, WI

    Dated this 11th day of January, 2008.

                /s/ J. Ric Gass_____
                J. Ric Gass
                Wisconsin Bar No. 1011998
                Attorney for Plaintiff, NCR Corporation
                Gass Weber Mullins LLC
                309 North Water Street
                Milwaukee, WI 53202
                (414) 223-3300
                Fax: (414) 224-6116
                gass@gasswebermullins.com

J. Andrew Schlickman
Illinois Bar Number 3122104
Admitted in the E.D. of Wisconsin
Attorney for Plaintiff, NCR Corporation
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
Fax: (312) 835-7036
jaschlickman@sidley.com