UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS INC. and
NCR CORPORATION,

    Plaintiffs,

        v.

GEORGE A. WHITING PAPER
COMPANY,

    Defendant.

Case No.: 08-C-16

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Joan Radovich of Sidley Austin LLP appears for NCR Corporation in this action. Please serve all further pleadings, correspondence, and other papers on the undersigned at the address stated below. Please direct all ECF notices to Attorney Radovich at jradovich@sidley.com and her assistant at shalicky@sidley.com.

    Dated this 14th day of January, 2008.

        s/ Joan Radovich
        Joan Radovich
        Illinois Bar Number 6243703
        Admitted in the E.D. of Wisconsin
        Attorney for Plaintiff, NCR Corporation

        Sidley Austin LLP
        One South Dearborn Street
        Chicago, Illinois 60603
        (312) 853-7000
        Fax: (312) 853-7036
        jradovich@sidley.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS INC. and
NCR CORPORATION,

    Plaintiffs,

              v.

GEORGE A. WHITING PAPER
COMPANY,

    Defendant.

Case No.: 08-C-16

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2008, I electronically filed a Notice of Appearance using the ECF system, which will send notification of such filing to Linda Doyle at McDermott Will & Emery LLP, 227 West Monroe Street, Chicago, IL 60606, ldoyle@mwe.com; J. Ric Gass at Gass Weber Mullins LLC, 309 North Water Street, Milwaukee, WI 53202, gass@gasswebermullins.com; J. Andrew Schlickman at Sidley Austin LLP, 1 South Dearborn Street, Chicago, IL 60603, jaschlickman@sidley.com; and Evan B. Westerfield at Sidley Austin LLP, 1 South Dearborn Street, Chicago, IL 60603, evanwesterfield@sidley.com. Further, I have served the same upon plaintiff by First Class United States Mail at the following address:

    George A. Whiting Paper Company
    c/o Deborah J. Olander
    100 River Street, P.O. Box 28
    Menasha, WI 54952

Dated: January 14, 2008                        s/ Joan Radovich
                                                    Joan Radovich
                                                    Illinois Bar Number 6243703
                                                    Admitted in the E.D. of Wisconsin
                                                     Attorney for Plaintiff, NCR Corporation

                                                     Sidley Austin LLP
                                                     One South Dearborn Street
                                                     Chicago, Illinois 60603
                                                   Phone: (312) 853-7000
                                                   Fax:    (312) 853-7036
                                                   jradovich@sidley.com