GASS WEBER MULLINS LLC

309 N WATER ST MILWAUKEE WI 53202
TEL 414 223 3300  FAX 414 224 6116
WWW.GASSWEBERMULLINS.COM



## VIA ECF AND OVERNIGHT MAIL

J. RIC GASS
DIRECT DIAL: 414 224-7697
gass@gasswebermullins.com

January 15, 2008

Hon. William C. Griesbach
United States District Court
Eastern District of Wisconsin-Green Bay Division
125 South Jefferson Street
P.O. Box 22490
Green Bay, WI 54305-2490

Re: *Appleton Papers Inc. and NCR Corporation v. George A. Whiting Paper Co.*
Case No. 08-CV-0016

Dear Judge Griesbach:

I enclose a courtesy copy of a letter that we sent yesterday to Judge Adelman, who is presiding over *United States, et al. v. PH Glatfelter Co.* (Case No. 03-CV-949), a related consent decree proceeding involving the Fox River cleanup.

Very truly yours,

/s/ J. Ric Gass

J. Ric Gass

DJT:JRG/kjb

Enclosure

cc: Deborah J. Olander (w/encl.)
Linda Doyle (w/encl.)