UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

APPLETON PAPERS, INC., and
NCR CORPORATION,

    Plaintiffs,

    v.                                    CASE NO. 08-C-0016

GEORGE A. WHITING PAPER COMPANY,

    Defendant.

---

### NOTICE OF APPEARANCE

---

**PLEASE TAKE NOTICE** that Philip A. Munroe of Di Renzo & Bomier, LLC, appears for Defendant, George A. Whiting Paper Company, in this action.  Please serve all further pleadings, correspondence, and other papers on the undersigned at the address stated below.  Please direct all ECF notices to Attorney Munroe at pmunroe@direnzollc.com and his assistant at prand@direnzollc.com.

Dated this 21st day of January, 2008.

                                      BY:    /s/ PHILIP A. MUNROE
                                                 Philip A. Munroe
                                                 Wisconsin State Bar No.: 1016366
                                                 **DI RENZO & BOMIER, LLC,**
                                                 Attorneys for Defendant,
                                                 George A. Whiting Paper Company
                                                 Two Neenah Center, Suite 701
                                                 PO Box 788
                                                 Neenah, WI 54957-0788
                                                 Telephone:  1-920-725-8464
                                                 Facsimile:   1-920-486-4136
                                                 E-Mail: pmunroe@direnzollc.com