†ROBERT C. DI RENZO
HOWARD T. HEALY
††PHILIP A. MUNROE
ROY N. FINE
SAMUEL J. BOMIER
JESSE R. OSTROM

ALAN T. TARNOWSKI
JONATHAN T. GROH
RACHEL K. FITZGERALD
JEFFREY M. BERZOWSKI
MEGHAN E. HEALY

†Also Certified Public Accountant
††Certified Civil Trial Specialist by National Board Of Trial Advocacy

# DI RENZO & BOMIER, LLC

ATTORNEYS AT LAW
TWO NEENAH CENTER, SUITE 701
P.O. BOX 788
NEENAH, WISCONSIN 54957-0788
—
(920) 725-8464
FAX: (920) 486-4136
DIRECT E-MAIL: pmunroe@DIRENZOLLC.com

January 23, 2008

The Honorable William C. Griesbach
United States District Court Judge
Eastern District of Wisconsin
Green Bay Division
125 South Jefferson Street
PO Box 22370
Green Bay, WI 54305-2370

Dear Judge Griesbach:

RE: Appleton Papers, et al., v. George A. Whiting Paper Company
U.S.D.C.-E.D. of Wisconsin, Case No.: 08-C-0016

    I am attaching herewith a Stipulation, signed by counsel, and proposed Order extending the time for Defendant, George A. Whiting Paper Company, to serve and file its response to the Complaint herein. I trust that the Stipulation and proposed Order meet with your approval.

    Thank you.

Very truly yours,

By: /s/ Philip A. Munroe
Philip A. Munroe
DI RENZO & BOMIER, LLC
Attorneys for Defendant
George A. Whiting Paper Company
State Bar No.: 1016366
Two Neenah Center, Suite 701
PO Box 788
Neenah, WI 54957-0788
Telephone: 1-920-725-8464
Facsimile: 1-920-486-4136
E-mail: pmunroe@direnzollc.com

PAM/per
Attachments

cc: Attorney Linda Doyle (E-filing)     Attorney Joan Radovich (E-filing)
    Attorney J. Andrew Schlickman (E-filing)     Attorney J. Ric Gass (E-filing)
    Attorney Evan B. Westerfield (E-filing)     Mr. Thomas A. Danz (U.S. Mail)