UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS, INC., and
NCR CORPORATION,

    Plaintiffs,

v.

CASE NO. 08-C-0016

GEORGE A. WHITING PAPER COMPANY,

    Defendant.

## STIPULATION

**IT IS HEREBY STIPULATED** by and among the parties hereto, by their counsel, that the time for Defendant, George A. Whiting Paper Company, to serve and file its response to the Complaint herein shall be extended sixty (60) days from the date of service, January 8, 2008, to and including March 8, 2008.

Dated: 1/22/08

By: _____
MCDERMOTT WILL & EMERY LLP,
Attorneys for Plaintiff, Appleton Papers, Inc.
Linda Doyle
Illinois Bar No.: 6269231

Dated: Jan. 22, 2008

By: _____
SIDLEY AUSTIN LLP
Attorneys for Plaintiff, NCR Corporation
J. Andre Schlickman
Illinois Bar No.: 3122104

DI RENZO & BOMIER, LLC,
Attorneys for Defendant, George A. Whiting Paper Company

Dated: January 23, 2008   By: *Philip A. Munroe*

Philip A. Munroe
Wisconsin Bar No.: 1016366