UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS, INC., and
NCR CORPORATION,

    Plaintiffs,

v.                          CASE NO. 08-C-0016

GEORGE A. WHITING PAPER COMPANY,

    Defendant.

## ORDER

Based upon the Stipulation of the Parties hereto, on file with the Court herein,

**IT IS HEREBY ORDERED AS FOLLOWS:**

The deadline for Defendant, George A. Whiting Paper Company, to serve and file its response to the Complaint herein is extended sixty (60) days from the date of service, January 8, 2008, to and including March 8, 2008.

Dated at Green Bay, Wisconsin, this _____ day of January, 2008.

                      BY THE COURT:

                      The Honorable William C. Griesbach
                      United States District Court Judge
                      Eastern District of Wisconsin
                      Green Bay Division