UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS, INC., and
NCR CORPORATION,

       Plaintiffs,

       v.                                           CASE NO. 08-C-0016

GEORGE A. WHITING PAPER COMPANY,

       Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on, I electronically filed the following document(s) using the ECF system.

- **Letter to The Honorable William C. Griesbach**; and
- **Stipulation and attached proposed Order**.

The ECF System will send notification to the individuals listed below:

Attorney Linda Doyle
McDermott, Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606
ldoyle@mwe.com

Attorney J. Andrew Schlickman
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
jaschlickman@sidley.com

Attorney B. Westfield
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
evanwesterfield@sidley.com

Attorney Joan Radovich
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
jradovich@sidley.com

Attorney J. Ric Gass
Gass Weber Mullins LLC
309 North Water Street, # 700
Milwaukee, WI 53202-5769
gass@gasswebermullins.com

    Dated at Neenah, Wisconsin this 23rd day of January, 2008.

    BY:   /s/ PHILIP A. MUNROE
    Philip A. Munroe
    Wisconsin State Bar No.: 1016366
    **DI RENZO & BOMIER, LLC,**
    Attorneys for Defendant,
    George A. Whiting Paper Company
    Two Neenah Center, Suite 701
    PO Box 788
    Neenah, WI 54957-0788
    Telephone: 1-920-725-8464
    Facsimile: 1-920-486-4136
    E-Mail: pmunroe@direnzollc.com