†ROBERT C. DI RENZO
HOWARD T. HEALY
††PHILIP A. MUNROE
ROY N. FINE
SAMUEL J. BOMIER
JESSE R. OSTROM

# DI RENZO & BOMIER, LLC
ATTORNEYS AT LAW
TWO NEENAH CENTER, SUITE 701
P.O. BOX 788
NEENAH, WISCONSIN 54957-0788
—
(920) 725-8464
FAX: (920) 486-4136
DIRECT E-MAIL: pmunroe@DIRENZOLLC.com

ALAN T. TARNOWSKI
JONATHAN T. GROH
RACHEL K. FITZGERALD
JEFFREY M. BERZOWSKI
MEGHAN E. HEALY

†Also Certified Public Accountant
††Certified Civil Trial Specialist by National Board Of Trial Advocacy

January 24, 2008

The Honorable William C. Griesbach
United States District Court Judge
Eastern District of Wisconsin
Green Bay Division
125 South Jefferson Street
PO Box 22370
Green Bay, WI 54305-2370

Dear Judge Griesbach:

RE:   Appleton Papers, et al., v. George A. Whiting Paper Company
      U.S.D.C.-E.D. of Wisconsin, Case No.: 08-C-0016

I am writing to inform the Court that George A. Whiting Paper Company will not be taking any position with respect to the Motion filed by NCR to amend its Complaint.

Thank you.

Very truly yours,

By:   /s/ Philip A. Munroe
      Philip A. Munroe
      DI RENZO & BOMIER, LLC
      Attorneys for Defendant
      George A. Whiting Paper Company
      State Bar No.: 1016366
      Two Neenah Center, Suite 701
      PO Box 788
      Neenah, WI 54957-0788
      Telephone: 1-920-725-8464
      Facsimile:   1-920-486-4136
      E-mail: pmunroe@direnzollc.com

PAM/per

cc:   Attorney Linda Doyle (E-filing)            Attorney Joan Radovich (E-filing)
      Attorney J. Andrew Schlickman  (E-filing)  Attorney J. Ric Gass (E-filing)
      Attorney Evan B. Westerfield  (E-filing)   Mr. Thomas A. Danz (U.S. Mail)