UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS, INC., and
NCR CORPORATION,

       Plaintiffs,

v.                                                                     Case No. 08-C-0016

GEORGE A. WHITING PAPER COMPANY,

       Defendant.

## ORDER

Based upon the Stipulation of the Parties hereto, on file with the Court herein,

**IT IS HEREBY ORDERED AS FOLLOWS:**

The deadline for Defendant, George A. Whiting Paper Company, to serve and file its response to the Complaint herein is extended sixty (60) days from the date of service, January 8, 2008, to and including March 8, 2008.

Dated at Green Bay, Wisconsin, this   23rd   day of January, 2008.

                          BY THE COURT:

                          s/ William C. Griesbach
                          The Honorable William C. Griesbach
                          United States District Court Judge