GASS WEBER MULLINS LLC

309 N WATER ST  MILWAUKEE WI 53202
TEL 414 223 3300  FAX 414 224 6116
WWW.GASSWEBERMULLINS.COM



J. RIC GASS
DIRECT DIAL: 414 224-7697
gass@gasswebermullins.com

January 24, 2008

Hon. William C. Griesbach
United States District Court
Eastern District of Wisconsin-Green Bay Division
125 South Jefferson Street
P.O. Box 22490
Green Bay, WI 54305-2490

Re: *Appleton Papers Inc. and NCR Corporation v. George A. Whiting Paper Co.*
Case No. 08-CV-0016

Dear Judge Griesbach:

In light of the letter from Attorney Munroe stating that George Whiting Paper Company takes no position on Plaintiffs' pending motion to amend to add P.H. Glatfelter Company as a party, we have enclosed a proposed order for the Court's consideration.

Because a tolling and standstill agreement exists between Plaintiffs and Glatfelter, and because that agreement has not yet terminated, Plaintiffs' Motion to Amend requested that Plaintiffs be granted leave to file the Amended Complaint on or before February 8th and upon expiration of the tolling and standstill agreement (rather than to follow the procedure set forth in Civil L.R. 15.1 that the court clerk shall file the Amended Complaint upon entry of the Court's order). Accordingly, the proposed Order specifies that the procedure set forth in Civil L.R. 15.1 shall not be followed in this specific instance, and instead that the court clerk shall accept for filing the Amended Complaint on or before February 8, 2008 and upon expiration of the tolling and standstill agreement.

Thank you for your consideration of the enclosed Order.

Very truly yours,

J. Ric Gass

DJT:JRG/kjb
Enclosure

cc: All Counsel (via ECF system)