

J. RIC GASS
DIRECT DIAL: 414 224-7697
gass@gasswebermullins.com

January 25, 2008

Hon. William C. Griesbach
United States District Court
Eastern District of Wisconsin-Green Bay Division
125 South Jefferson Street
P.O. Box 22490
Green Bay, WI 54305-2490

      Re:    *Appleton Papers Inc. and NCR Corporation v. George A. Whiting Paper Co.*
              Case No. 08-CV-0016

Dear Judge Griesbach:

      We are counsel for NCR Corporation in this action. We are respectfully requesting the Court to set a short status conference in this matter to address the potential addition of more defendants in the case and other scheduling issues. This would not be a formal Rule 16 scheduling conference, but rather a short conference to curtail piecemeal motion practice and efficiently move this case forward.

      Because many of the Potentially Responsible Parties in the Fox River cleanup are mediating on February 1, we believe a conference during the week of February 4, 2008 would give the Court some fresh context on the issues impacting this action.

      Thank you for your consideration of our request.

                    Very truly yours,

                    J. Ric Gass

DJT:JRG/kjb

cc:    Counsel of Record (via ECF System)