UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS INC. and
NCR CORPORATION,

    Plaintiffs,      Case No.: 08-C-0016

    v.

GEORGE A. WHITING PAPER COMPANY,

    Defendant.

### ORDER GRANTING PLAINTIFFS' MOTION TO AMEND

Plaintiffs Appleton Papers Inc. and NCR Corporation have filed a motion to file an Amended Complaint naming P.H. Glatfelter Company as a defendant in this action. Defendant George A. Whiting Paper Company has informed the Court that it is not taking any position on Plaintiffs' motion to add P.H. Glatfelter as a defendant. Pursuant to Federal Rules of Civil Procedure 15(a)(1)(A) and 21, and the filings on record, **IT IS HEREBY ORDERED** that:

1.     Plaintiffs' motion to file an Amended Complaint naming P.H. Glatfelter Company as a defendant is GRANTED; and

2.     In light of the tolling and standstill agreement between Plaintiffs and P.H. Glatfelter Company, the procedure specified in Civil L.R. 15.1 shall not be followed in this particular instance. Instead, the court clerk shall accept for filing the Amended Complaint (attached as Exhibit 1 to the Motion to Amend) on or before February 8, 2008 and upon expiration of the tolling and standstill

agreement. Upon request by Plaintiffs, the clerk shall then issue a summons to P.H. Glatfelter Company in connection with the Amended Complaint.

Entered at Green Bay, Wisconsin this   28th   day of January, 2008.

BY THE COURT:


 s/ William C. Griesbach
The Honorable William C. Griesbach
United States District Court Judge