AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS, INC.
and NCR CORPORATION,
       Plaintiff,

v.                                                                      Case No. 08-C-16

GEORGE A. WHITING PAPER COMPANY,
       Defendant.

**TYPE OF CASE:**        ☒ CIVIL                     ☐ CRIMINAL

**TYPE OF PROCEEDING:**    STATUS CONFERENCE

Take notice that the above referenced proceeding has been scheduled to take place as indicated below:

| Place: | Date and Time Scheduled: |
|---|---|
| 125 S. Jefferson St., Room 201<br>Green Bay, WI 54301 | February 6, 2008<br>2:30 p.m. |

                                                    WILLIAM C. GRIESBACH
                                                    United States District Judge

| January 31, 2008 | s/ Cheryl A. Veazie |
|---|---|
| Date | (By) Deputy Clerk |

TO:    Linda M. Doyle, J. Ric Gass,
          Philip A. Munroe, Evan Westerfield,
          J. Andrew Schlickman and Joan Radovich