

# McDermott Will&Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Linda M. Doyle
Attorney at Law
ldoyle@mwe.com
312.984.6905

February 5, 2008

**VIA ELECTRONIC FILING**

Hon. William C. Griesbach
362 United States Courthouse
125 South Jefferson Street
PO Box 22490
Green Bay, WI 54305-2490

Re:   *Appleton Papers, Inc. and NCR Corporation v. George A. Whiting Paper Company,*
       Case No. 08-C-16

Dear Judge Griesbach:

I represent Appleton Paper, Inc. in the above matter. A status conference has been scheduled for tomorrow, February 6, 2008, at 1:30 pm (originally scheduled for 2:30 pm). I am writing to request the Court's permission to participate in this status conference telephonically. I am scheduled to return from meetings in New York to Chicago's O'Hare airport tomorrow morning, arriving at 11:40 a.m.. The current weather forecast predicts snow, and in anticipation of flight delays, I may be unable to arrive in Green Bay in sufficient time to attend the status conference in person, and would be grateful for the court's permission to call into the conference.

Very truly yours,

Linda M. Doyle

cc:    (via electronic mail)
       J. Ric Gass
       Philip A. Munroe
       Joan Radovich
       J. Andrew Schlickman
       Evan B. Westerfield

BST99 1564020-1.045497.0017

U.S. practice conducted through McDermott Will & Emery LLP.

227 West Monroe Street  Chicago, Illinois  60606-5096   Telephone: 312.372.2000   Facsimile: 312.984.7700   www.mwe.com