†ROBERT C. DI RENZO
HOWARD T. HEALY
††PHILIP A. MUNROE
ROY N. FINE
SAMUEL J. BOMIER
JESSE R. OSTROM

# DI RENZO & BOMIER, LLC

ATTORNEYS AT LAW
TWO NEENAH CENTER, SUITE 701
P.O. BOX 788
NEENAH, WISCONSIN 54957-0788
—
(920) 725-8464
FAX: (920) 486-4136
DIRECT E-MAIL: pmunroe@DIRENZOLLC.com

ALAN T. TARNOWSKI
JONATHAN T. GROH
RACHEL K. FITZGERALD
JEFFREY M. BERZOWSKI
MEGHAN E. HEALY

†Also Certified Public Accountant
††Certified Civil Trial Specialist by National Board Of Trial Advocacy

February 5, 2008

The Honorable William C. Griesbach
United States District Court Judge
Eastern District of Wisconsin
Green Bay Division
125 South Jefferson Street
PO Box 22370
Green Bay, WI 54305-2370

Dear Judge Griesbach:

RE:    Appleton Papers, et al., v. George A. Whiting Paper Company
        U.S.D.C.-E.D. of Wisconsin, Case No.: 08-C-0016

     I represent Defendant George A. Whiting Paper Company with respect to the above-referenced matter. In view of tomorrow's forecast for bad weather, I am writing to request the Court's permission to attend the status conference tomorrow, February 6, 2008, at 1:30 p.m. by telephone.

     Thank you.

                                        Very truly yours,

                            By:   /s/ Philip A. Munroe
                                   Philip A. Munroe
                                   DI RENZO & BOMIER, LLC
                                   Attorneys for Defendant
                                   George A. Whiting Paper Company
                                   State Bar No.: 1016366
                                   Two Neenah Center, Suite 701
                                   PO Box 788
                                   Neenah, WI 54957-0788
                                   Telephone: 1-920-725-8464
                                   Facsimile:  1-920-486-4136
                                   E-mail: pmunroe@direnzollc.com

PAM/per

cc:    Attorney Linda Doyle (E-filing)               Attorney Joan Radovich (E-filing)
         Attorney J. Andrew Schlickman (E-filing)    Attorney J. Ric Gass (E-filing)
         Attorney Evan B. Westerfield (E-filing)      Mr. Thomas A. Danz (U.S. Mail)