IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and <br> NCR CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> GEORGE A. WHITING PAPER COMPANY, <br><br> Defendant. | No. 08-CV-00016-WCG |

## PLAINTIFFS' LOCAL RULE 7.4 EXPEDITED NON-DISPOSITIVE MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

Plaintiffs Appleton Papers Inc. and NCR Corporation (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby move this Court for an expedited Order granting Plaintiffs leave to file on or after February 8, 2008 a Second Amended Complaint naming the following entities as additional defendants (with summonses to issue): Menasha Corporation; WTM I Company; U.S. Paper Mills Corporation; Georgia-Pacific Corporation; Georgia-Pacific Consumer Products LP; Georgia-Pacific LLC; Fort James Corporation; and Fort James Operating Company. Plaintiffs bring this Motion pursuant to Federal Rules of Civil Procedure 15(a)(2) and 21, and Local Rules 7.4 and 15.1. Pursuant to Local Rule 15.1, a copy of the Second Amended Complaint, in its entirety, is attached as Exhibit 1 to this Motion. In support of their Motion, Plaintiffs state as follows:

1. As set forth in Plaintiffs' prior Motion for Leave to File an Amended Complaint, this case concerns the allocation of costs for the cleanup of polychlorinated biphenyl ("PCB") contamination that exists in the sediment of the Lower Fox River in Wisconsin.

2. Certain of the potentially responsible parties ("PRPs") have been engaged in a mediation process to try to reach an agreement about how they would share the costs of the cleanup work ordered by the United States Environmental Protection Agency. However, no agreement has been reached, despite months of negotiations and numerous mediation sessions.

3. As a result, Plaintiffs now seek to add as defendants the following entities: Menasha Corporation; WTM I Company; U.S. Paper Mills Corporation; Georgia-Pacific Corporation; Georgia-Pacific Consumer Products LP; Georgia-Pacific LLC; Fort James Corporation; and Fort James Operating Company.

4. Because tolling and standstill agreements with certain of these entities will expire shortly, Plaintiffs seek an expedited Order from the Court granting leave to file a Second Amended Complaint, adding these entities as defendants, on or after February 8, 2008.

5. This Motion is not being filed for any improper purpose, or to cause undue delay. To the contrary, adding these entities as defendants to this case is clearly in the interest of justice and judicial economy. As set forth in Plaintiffs' prior Motion for Leave to File an Amended Complaint, this lawsuit is intended to bring before this Court every PRP that has not voluntarily resolved its responsibility. This will allow for a cost-effective, efficient and global resolution of the allocation issues in a single action specifically designed for this purpose. This Motion represents the next step in assembling the necessary PRPs before this Court, and, accordingly, should be granted under Rules 15(a) and 21. *See e.g., Lemberger*, 105 F.R.D. at 636 (Rule 21 "has long been invoked as a remedial device for the addition of parties where such is appropriate in the interest of justice . . . In this context, it is specifically intended to permit the joinder of a person who, through inadvertence, mistake, or for some other reason, had not been made a party and is later found to be necessary or desirable") (citations omitted).

Dated this 6th day of February 2008.

      APPLETON PAPERS INC.

      /s/ Angela Tyczkowski
      By: One of Its Attorneys

      NCR CORPORATION

      /s/ J. Andrew Schlickman
      By: One of its Attorneys

| Counsel for NCR Corporation: | Counsel for Appleton Papers Inc.: |
|---|---|
| J. Andrew Schlickman | Angela Tyczkowski |
| Evan Westerfield | Appleton Papers Inc. |
| Sidley Austin LLP | 825 East Wisconsin Avenue |
| One South Dearborn Street | Appleton, Wisconsin 54911 |
| Chicago, Illinois 60603 | (920) 991-8665 |
| (312) 853-7000 | FAX: (920) 991-8852 |
| Fax: (312) 853-7036 | |

J. Ric Gass
Gass Weber Mullins LLC
309 North Water Street
Milwaukee, Wisconsin 53202
(414) 224-7697
Fax: (414) 224-6116