# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and NCR CORPORATION, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 08-CV-00016-WCG ) |
| GEORGE A. WHITING PAPER COMPANY, | ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2008, I electronically filed Plaintiffs' Local Rule 7.4 Expedited Non-Dispositive Motion For Leave To File A Second Amended Complaint using the ECF system, which will send notification of such filing to Linda Doyle at McDermott Will & Emery LLP, 227 West Monroe Street, Chicago, IL 60606, ldoyle@mwe.com; J. Ric Gass at Gass Weber Mullins LLC, 309 North Water Street, Milwaukee, WI 53202, gass@gasswebermullins.com; Philip Munroe at DiRenzo & Bomier LLC, Two Neenah Center, Neenah, WI 54957, pmunroe@direnzollc.com; Joan Radovich at Sidley Austin LLP, 1 South Dearborn Street, Chicago, IL 60603, jradovich@sidley.com; and Evan B. Westerfield at Sidley Austin LLP, 1 South Dearborn Street, Chicago, IL 60603, evanwesterfield@sidley.com.

                                                  NCR CORPORATION

                                                  /s/ J. Andrew Schlickman

J. Andrew Schlickman                           By: One of its Attorneys
Evan B. Westerfield
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
Fax: (312) 853-7036