IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | | |
|---|---|---|
| APPLETON PAPERS INC. and <br> NCR CORPORATION, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) <br> ) | No. 08-CV-00016-WCG |
| GEORGE A. WHITING PAPER COMPANY, | ) <br> ) <br> ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Angela Tyczkowski of Appleton Papers Inc.'s Law Department appears for Appleton Papers Inc. in this action. Please serve all further pleadings, correspondence, and other papers on the undersigned at the address stated below. Please direct all ECF notices to Attorney Tyczkowski at atyczkowski@appletonideas.com.

Dated this 6th day of February, 2008.

/s/ Angela Tyczkowski
Angela Tyczkowski
Wisconsin Bar Number: 1019258
Attorney for Plaintiff Appleton Papers Inc.

Appleton Papers Inc.
825 E. Wisconsin Avenue
Appleton, WI 54911
(920) 991-8665
(920) 991-8852 (Fax)
atyczkowski@appletonideas.com