UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

APPLETON PAPERS, INC.
and NCR CORPORATION,

                Plaintiff(s),        Case No. 08-C-16

v.

                                    **HEARING MINUTE SHEET**

GEORGE A. WHITING PAPER COMPANY,

                Defendant(s).

---

**Hon William C. Griesbach, presiding.**    **Deputy Clerk:** Cheryl

**Type of proceeding:** STATUS CONFERENCE

**Date:** February 6, 2008                **Court Reporter:** 020608

**Time Commenced:** 1:27 pm         **Time Concluded:** 2:13 pm

**Appearances:**    **Plaintiff:**    Linda M. Doyle for Appleton Papers, Inc. via telephone
                               ✓J. Ric Gass for NCR Corporation + Andrew Schlickman

                **Defendant:**  ✓Philip A. Munroe for George A. Whiting Paper Co.

**Comments:**

Ric Gass presents background on this case & related case. Mr. Gass suggests remaining parties be added by end of February 2008. Estimates approx. 30 additional defs. Mr. Gass suggests all parties be added by 03-04-08, responses due by 3-24-08 with proposed scheduling to court by 04-14-08. Defs will most likely run into conflict of interest issues re: obtaining local counsel.
Parties forsee this case going to trial. Case would most likely have to be tried in Milwaukee. Parties anticipate 10-12 parties at trial. Trial estimated to last approx. 6-8 weeks.

Mr. Munroe has no concern re: additional parties, but the

Appleton Papers, et al          08-C-16
v George A. Whiting Paper Co    02-06-08

Schedule would not account for crossclaims and counterclaims + involvement of insurance companies.

Ms. Doyle wants to consult with client.

Mr. Schlickman states they are ready to move case forward. Mr. Schlickman comments on Glatfelter (Adelman case); Consent decree issue is separate from allocation issue.
Mr. Gass states... crossclaims + counterclaims will all be part of the same issue.

Mr. Munroe expresses concerns re: response time.
Mr. Schlickman clarifies terms of motion
Court grants motion. Parties will submit proposed order.
Court grants motion that was filed today - 2-06-08.

- - - - -

π may add additional parties by 3-04-08 w/o leave. Responses due by 03-24-08.
Parties will submit report by 04-14-08.
Scheduling Conference is set for April 23, 2008 @ 9:30am
Parties shall appear in person.