# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS, INC.
and NCR CORPORATION,
       Plaintiffs,

v.                                   Case No. 08-C-16

GEORGE A. WHITING PAPER COMPANY,
       Defendant.

| TYPE OF CASE: | ☒ CIVIL | ☐ CRIMINAL |
|---|---|---|

**TYPE OF PROCEEDING:**    SCHEDULING CONFERENCE

Take notice that the above referenced proceeding has been scheduled to take place as indicated below:

| Place: | Date and Time Scheduled: |
|---|---|
| 125 S. Jefferson St., Room 201<br>Green Bay, WI 54301 | April 23, 2008<br>9:30 a.m. |

                                                WILLIAM C. GRIESBACH
                                                United States District Judge

  February 7, 2008                              s/ Cheryl A. Veazie
Date                                                   (By) Deputy Clerk

TO:     Linda M. Doyle
           Philip A. Munroe
           J. Ric Gass
           Andrew Schlickman