**GASS WEBER MULLINS LLC**

309 N WATER ST MILWAUKEE, WI 53202
TEL 414 223 3300   FAX 414 224 6116
WWW.GASSWEBERMULLINS.COM



J. RIC GASS
DIRECT DIAL: 414 224-7697
gass@gasswebermullins.com

February 7, 2008

The Honorable William C. Griesbach
United States District Court
Eastern District of Wisconsin-Green Bay Division
125 South Jefferson Street
Green Bay, WI 54305-2490

      Re:    *Appleton Papers Inc., et al. v. George A. Whiting Paper Co.*
              Case No. 08-CV-0016

Dear Judge Griesbach:

      Pursuant to the Court's request, I am enclosing a Proposed Order From Status Conference that confirms the decisions made by the Court at yesterday's status conference. If the Order meets with your approval, please enter the Order. I am also sending an electronic version of this Order to the Court via email.

                                Very truly yours,

                                s/J. Ric Gass

JRG:jlk

Enclosure

cc:     Counsel of Record (via ECF System), w/encl.