IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE A. WHITING PAPER COMPANY,<br>P.H. GLATFELTER COMPANY,<br><br>Defendants. | No. 2:08-CV-00016-WCG |

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2008, I electronically filed the Amended Complaint using the ECF system, which will send notification of such filing to Linda Doyle at McDermott Will & Emery LLP, 227 West Monroe Street, Chicago, IL 60606, ldoyle@mwe.com; J. Ric Gass at Gass Weber Mullins LLC, 309 North Water Street, Milwaukee, WI 53202, gass@gasswebermullins.com; Philip Munroe at DiRenzo & Bomier LLC, Two Neenah Center, Neenah, WI 54957, pmunroe@direnzollc.com; Joan Radovich at Sidley Austin LLP, 1 South Dearborn Street, Chicago, IL 60603, jradovich@sidley.com; and Evan B. Westerfield at Sidley Austin LLP, 1 South Dearborn Street, Chicago, IL 60603, evanwesterfield@sidley.com.

A paper copy of the Amended Complaint was made via U.S. Mail to Angela Tyczkowski at Appleton Papers Inc., 825 East Wisconsin Avenue, Appleton, Wisconsin 54911

NCR CORPORATION

/s/ J. Andrew Schlickman
By: One of its Attorneys

J. Andrew Schlickman
Evan B. Westerfield
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
Fax: (312) 853-7036