†ROBERT C. DI RENZO
HOWARD T. HEALY
††PHILIP A. MUNROE
ROY N. FINE
SAMUEL J. BOMIER
JESSE R. OSTROM

ALAN T. TARNOWSKI
JONATHAN T. GROH
RACHEL K. FITZGERALD
JEFFREY M. BERZOWSKI
MEGHAN E. HEALY

# DI RENZO & BOMIER, LLC

ATTORNEYS AT LAW
TWO NEENAH CENTER, SUITE 701
P.O. BOX 788
NEENAH, WISCONSIN 54957-0788
—
(920) 725-8464
FAX: (920) 486-4136
DIRECT E-MAIL: pmunroe@DIRENZOLLC.com

†Also Certified Public Accountant
††Certified Civil Trial Specialist by National Board Of Trial Advocacy

February 8, 2008

The Honorable William C. Griesbach
United States District Court Judge
Eastern District of Wisconsin
Green Bay Division
125 South Jefferson Street
PO Box 22370
Green Bay, WI 54305-2370

Dear Judge Griesbach:

RE:   Appleton Papers, et al., v. George A. Whiting Paper Company
       U.S.D.C.-E.D. of Wisconsin, Case No.: 08-C-0016

I have no objection to Attorney Gass' proposed, "Order from Status Conference".

Thank you.

    Very truly yours,

By:  /s/ Philip A. Munroe
     Philip A. Munroe
     DI RENZO & BOMIER, LLC
     Attorneys for Defendant
     George A. Whiting Paper Company
     State Bar No.: 1016366
     Two Neenah Center, Suite 701
     PO Box 788
     Neenah, WI 54957-0788
     Telephone: 1-920-725-8464
     Facsimile:   1-920-486-4136
     E-mail: pmunroe@direnzollc.com

PAM/per

cc:   Attorney Linda Doyle (E-filing)            Attorney Joan Radovich (E-filing)
      Attorney J. Andrew Schlickman (E-filing)   Attorney J. Ric Gass (E-filing)
      Attorney Evan B. Westerfield (E-filing)    Attorney Angela Tyczkowski (E-filing)
      Mr. Thomas A. Danz (U.S. Mail, w/encl.)
      Attorney Scott B. Fleming (U.S. Mail w/encl.)