UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS, INC., and
NCR CORPORATION,

      Plaintiffs,

      v.                       CASE NO. 08-C-0016

GEORGE A. WHITING PAPER COMPANY,

      Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2008, I electronically filed the following document using the ECF system.

- **Letter to the Honorable William C. Griesbach.**

The ECF System will send notification to the individuals listed below:

Attorney Linda Doyle
McDermott, Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606
ldoyle@mwe.com

Attorney Angela Tyczkowski
Appleton Papers, Inc.
825 East Wisconsin Avenue
Appleton, WI 54911
atyczkowski@appletonideas.com

Attorney J. Andrew Schlickman
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
jaschlickman@sidley.com

Attorney Evan B. Westerfield
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
evanwesterfield@sidley.com
Attorney Joan Radovich
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
jradovich@sidley.com

Attorney J. Ric Gass
Gass Weber Mullins LLC
309 North Water Street, # 700
Milwaukee, WI 53202-5769
gass@gasswebermullins.com

Dated at Neenah, Wisconsin this 8th day of February, 2008.

BY: /s/ PHILIP A. MUNROE
Philip A. Munroe
Wisconsin State Bar No.: 1016366
**DI RENZO & BOMIER, LLC,**
Attorneys for Defendant,
George A. Whiting Paper Company
Two Neenah Center, Suite 701
PO Box 788
Neenah, WI 54957-0788
Telephone: 1-920-725-8464
Facsimile: 1-920-486-4136
E-Mail: pmunroe@direnzollc.com