# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS INC. and NCR CORPORATION,

       Plaintiffs,                                     Case No. 08-C-16

v.

GEORGE A. WHITING PAPER COMPANY,

       Defendant.

## ORDER FROM STATUS CONFERENCE

At the request of Plaintiffs, the Court convened a Status Conference on February 6, 2008. Having issued two orders in this matter already, one granting Plaintiffs' motion to file their Amended Complaint and the second granting Plaintiffs' motion to file their Second Amended Complaint, the Court hereby issues the following orders to facilitate the management of this case:

1. The parties may file amended pleadings, including amended complaints adding new parties, without written motion and without leave of Court, up to and including the date on which this Court issues its Rule 16(b) Scheduling Order.

2. All Defendants added to this case and served on or before March 4, 2008, including Defendant George Whiting Paper Company, shall file and serve responsive pleadings on or before March 24, 2008. Any Defendant served thereafter shall be allowed the normal time to respond.

3. The parties shall submit a report on their Rule 26(f) scheduling conference on or before April 14, 2008.

4. This matter is set for a scheduling conference in Green Bay on April 23, 2008 at 9:30 am. Counsel are expected to appear in person.

Entered at Green Bay, Wisconsin this  8th  day of February, 2008.

                                                  BY THE COURT:

                                                  s/ William C. Griesbach
                                                  The Honorable William C. Griesbach
                                                  United States District Court Judge