IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS INC. and
NCR CORPORATION,

   Plaintiffs,

v.             No. 2:08-cv-00016-WCG

GEORGE A. WHITING PAPER COMPANY,
P.H. GLATFELTER COMPANY,

   Defendants.

## ENTRY OF APPEARANCE

TO: CLERK OF COURT

   Kindly enter our appearances on behalf of Defendant P.H. Glatfelter Company in this action. Each of us is a member in good standing of the bar of this court. Please serve all further pleadings, correspondence, and other papers of the undersigned at the address stated below. Please direct all ECF notices to Mr. Mandelbaum at mandelbaum@ballardspahr.com.

   Dated this 19th day of February, 2008.

OF COUNSEL:

Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

            David G. Mandelbaum
            Pennsylvania Bar No. 38380
            (215) 864-8102 (Voice)
            (215) 864-9761 (Facsimile)
            mandelbaum@ballardspahr.coom

Marc E. Davies
Pennsylvania Bar No. 81789
(215) 864-8248 (Voice)
(215) 864-9108 (Facsimile)
daviesm@ballardspahr.com

Ronald M. Varnum
Pennsylvania Bar No. 200203
(215) 864-8416 (Voice)
(215) 864-9508 (Facsimile)
varnumr@ballardspahr.com

Jennifer E. Simon
Pennsylvania Bar No. 201523
(215) 864-8337 (Voice)
(215) 864-9914 (Facsimile)
simonj@ballardspahr.com

# CERTIFICATE OF SERVICE

I hereby certify that, on this 19th day of February, 2008, a true and correct copy of the foregoing Entry of Appearance was filed electronically via the Electronic Court Filing system and is available for viewing and downloading. In addition, a true and correct copy was served via first-class mail, postage prepaid, upon the following:

| | |
|---|---|
| Linda M. Doyle, Esquire<br>McDermott Will & Emery LLP<br>227 W. Monroe Street, Suite 4400<br>Chicago, IL 60606-5096 | J. Andrew Schlickman, Esquire<br>Evan B. Westerfield, Esquire<br>J. Ric Gass, Esquire<br>Sidley Austin LLP<br>1 S. Dearborn Street<br>Chicago, IL 60603 |
| Philip A. Munroe, Esquire<br>DiRenzo & Bomier, LLC<br>Two Neenah Center, Suite 701<br>P.O. Box 788<br>Neenah, WI 54957-0788 | |

David G. Mandelbaum
Marc E. Davies
Ronald M. Varnum
Jennifer E. Simon
BALLARD SPAHR ANDREWS &
INGERSOLL, LLP
A Pennsylvania Limited Liability Partnership
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Tel. 215-665-8500

Attorneys for Defendant,
P.H. Glatfelter Company