UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION
_____

APPLETON PAPERS, INC., and
NCR CORPORATION,

        Plaintiffs,

                Case No. 08-C-0016

v.

GEORGE A WHITING PAPER COMPANY
and P.H. Glatfelter Company,

        Defendants.
_____

## NOTICE OF APPEARANCE
_____

  PLEASE TAKE NOTICE that the undersigned has been retained by and appears for Defendant, George A. Whiting Paper Company, and requests that all further pleadings and court filings be served on him as counsel for the Defendant.

  Dated: February 26, 2008.

            /s/ Scott B. Fleming
            State Bar No. 1016135
            Weiss Berzowski Brady LLP
            *Attorneys for the Defendant, George A. Whiting Paper Company*
            700 North Water Street Suite 1400
            Milwaukee, WI 53202
            Telephone: (414)276-5800
            Fax: (414)276-0458
            E-mail: sbf@wbb-law.com