UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

_____

APPLETON PAPERS, INC., and
NCR CORPORATION,

                              Plaintiffs,

                                                      Case No. 08-C-0016

v.

GEORGE A WHITING PAPER COMPANY
and P.H. Glatfelter Company,

                              Defendants.
_____

## CERTIFICATE OF SERVICE
_____

      I hereby certify that on February 26, 2008, George A. Whiting Paper Company's Notice of Appearance and Certificate of Interest were electronically filed with the Clerk of Court using the ECF system.

      The ECF system will send notification of the filing to:

      Linda Doyle, Esq.
      McDermott Will & Emery LLP
      227 West Monroe Street
      Chicago, IL  60606

      Angela Tyczkowski, Esq.
      Appleton Papers, Inc.
      825 East Wisconsin Avenue
      Appleton, WI  54911

      J. Andrew Schlickman, Esq.
      Sidley Austin LLP
      One South Dearborn Street
      Chicago, IL  60603

Evan B. Westerfield, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

Joan Radovich, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

J. Rick Gass, Esq.
Gass Weber Mullins LLC
309 North Water Street

David G. Mandelbaum, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103

Dated: February 26, 2008.

/s/ Scott B. Fleming
State Bar No. 1016135
Weiss Berzowski Brady LLP
*Attorneys for the Defendant, George A. Whiting Paper Company*
700 North Water Street  Suite 1400
Milwaukee, WI  53202
Telephone:  (414)276-5800
Fax:  (414)276-0458
E-mail: sbf@wbb-law.com