UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION
_____

APPLETON PAPERS, INC., and
NCR CORPORATION,

          Plaintiffs,

                    Case No. 08-C-0016

v.

GEORGE A WHITING PAPER COMPANY
and P.H. Glatfelter Company,

          Defendants.
_____

**AMENDED CERTIFICATE OF SERVICE**
_____

  I hereby certify that on February 26, 2008, George A. Whiting Paper Company's Notice of Appearance and Certificate of Interest were electronically filed with the Clerk of Court using the ECF system.

  The ECF system will send notification of the filing to:

  Linda Doyle, Esq.
  McDermott Will & Emery LLP
  227 West Monroe Street
  Chicago, IL 60606

  J. Andrew Schlickman, Esq.
  Sidley Austin LLP
  One South Dearborn Street
  Chicago, IL 60603

  Evan B. Westerfield, Esq.
  Sidley Austin LLP
  One South Dearborn Street
  Chicago, IL 60603

Joan Radovich, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

J. Rick Gass, Esq.
Gass Weber Mullins LLC
309 North Water Street

David G. Mandelbaum, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

Philip A. Munroe
Di Renzo & Bomier, LLC
Two Neenah Center, Suite 701
Neenah, WI 54957-0788

I further certify that on February 26, 2008, the documents listed above were served by

United States mail to the following non-ECF participants:

Angela Tyczkowski, Esq.
Appleton Papers, Inc.
825 East Wisconsin Avenue
Appleton, WI 54911

Marc E. Davies, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

Jennifer E. Simon, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

Ronald M. Varnum, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

Dated: February 26, 2008.

/s/ Scott B. Fleming
State Bar No. 1016135
Weiss Berzowski Brady LLP
*Attorneys for the Defendant, George A. Whiting Paper
  Company*
700 North Water Street  Suite 1400
Milwaukee, WI  53202
Telephone:  (414)276-5800
Fax:  (414)276-0458
E-mail: sbf@wbb-law.com