UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS, INC., and
NCR CORPORATION,

    Plaintiffs,

v.                      CASE NO. 08-C-0016-WCG

GEORGE A. WHITING PAPER COMPANY,
P. H. GLATFELTER COMPANY, and
MENASHA CORPORATION,

    Defendants.

## CERTIFICATE OF INTEREST

The undersigned, counsel for George A. Whiting Paper Company, furnishes the following list in compliance with Rule 83.9:

(1)    I represent George A. Whiting Paper Company.

(2)(I)    George A. Whiting Paper Company is a corporation. It does not have a parent corporation.

(2)(ii)    No publicly-held company owns more than ten percent (10%) of George A. Whiting Paper Company's stock.

(3)    George A. Whiting Paper Company is represented by Di Renzo & Bomier, LLC, and Weiss Berzowski Brady LLP.

Dated at Neenah, Wisconsin this 27th day of February, 2008.

BY:    /s/ PHILIP A. MUNROE
Philip A. Munroe
**DI RENZO & BOMIER, LLC,**
Attorneys for Defendant,
George A. Whiting Paper Company
Two Neenah Center, Suite 701
PO Box 788
Neenah, WI 54957-0788
Telephone: 1-920-725-8464
Facsimile: 1-920-486-4136
E-Mail:pamunroe@direnzollc.com