AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____EASTERN_____ District of _____WISCONSIN_____

APPLETON PAPERS INC. and
NCR CORPORATION

V.

GEORGE A. WHITING PAPER COMPANY,
P.H. GLATFELTER COMPANY, and
MENASHA CORPORATION

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**08-C- 16**

TO: (Name and address of Defendant)

MENASHA CORPORATION
1645 Bergstrom Road
Neenah, Wisconsin 54956

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Andrew Schlickman
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
Counsel for NCR Corporation

Angela Tyczkowski
Appleton Papers Inc.
825 East Wisconsin Ave.
AppletoN, Wisconsin 54911
Counsel for Appleton Papers Inc.

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JON W. SANFILIPPO                              February 22, 2008
CLERK                                           DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE February 25, 2008 |
| NAME OF SERVER (PRINT) TRACY MERGES | TITLE Paralegal - Gass Weber Mullins LLC |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Menasha Corporation, Thomas Bender, 1645 Bergstrom Road, Neenah, WI 54956

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/25/08
            Date

Signature of Server: Tracy Merges, Paralegal

Address of Server: Gass Weber Mullins LLC
309 N. Water Street
Milwaukee, WI 53202

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.