

David G. Mandelbaum
February 12, 2008
Page 2

Enclosures

cc: Thomas Jackson -- P.H. Glatfelter Company
Patrick H. Zaepfel -- Kegel Kelin Almy & Grimm LLP

Acknowledgment:

On behalf of P.H. Glatfelter Company, I acknowledge that I am authorized to accept service, and do accept service, of the Amended Complaint filed in Case No. 2:08-cv-00016-WCG. I also acknowledge that the Court has ordered all Defendants added to this case and served on or before March 4, 2008 to file and serve responsive pleadings [motions or] on or before March 24, 2008.

David G. Mandelbaum
Attorney for P.H. Glatfelter Company