UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS INC. and
NCR CORPORATION,

    Plaintiffs,

        v.

GEORGE A. WHITING PAPER
COMPANY,

    Defendants.

Case No.: 08-CV-0016

## CERTIFICATE OF SERVICE

    I hereby certify that on March 3, 2008, I electronically filed a return of service on P.H. Glatfelter Company with the Clerk of Court using the ECF system, which will send notification of such filing to Linda Doyle at McDermott Will & Emery LLP, 227 West Monroe Street, Chicago, IL 60606, ldoyle@mwe.com; J. Andrew Schlickman at Sidley Austin LLP, 1 South Dearborn Street, Chicago, IL 60603, jaschlickman@sidley.com; Evan B. Westerfield at Sidley Austin LLP, 1 South Dearborn Street, Chicago, IL 60603, evanwesterfield@sidley.com, Philip A. Munroe, DiRenzo & Bomier, LLC, P.O. Box 788, Neenah, WI 54957, pmunroe@direnzollc.com; Scott B. Fleming at Weiss Berzowski Brady, LLP, 700 North Water Street, Suite 1400, Milwaukee, WI 53202, sbf@wbb-law.com; and David Mandelbaum at Ballard, Spahr, Andrews & Ingersoll, LLP, 1735 Market Street, 51st Floor, Philadelphia, PA 19103, mandelbaum@ballardspahr.com.

    Dated this 3rd day of March, 2008.

                                                                         s/ J. Ric Gass_____
                                                                         J. Ric Gass, SBN 1011998
                                                                         Attorney for Plaintiff, NCR Corporation
                                                                         Gass Weber Mullins LLC
                                                                         309 North Water Street, Suite 700
                                                                         Milwaukee, WI 53202

Tel: (414) 223-3300
Fax: (414) 224-6116
gass@gasswebermullins.com

J. Andrew Schlickman
Illinois Bar Number 3122104
Admitted in the E.D. of Wisconsin
Attorney for Plaintiff, NCR Corporation
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
Fax: (312) 835-7036
jaschlickman@sidley.com