UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC., and<br>NCR CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>GEORGE A. WHITING PAPER COMPANY,<br>P. H. GLATFELTER COMPANY, and<br>MENASHA CORPORATION,<br><br>    Defendants. | Case No. 2:08-cv-00016 |

## STIPULATION FOR SUBSTITUTION OF COUNSEL
## FOR APPLETON PAPERS INC.

IT IS HEREBY AGREED on behalf of Appleton Papers Inc., that the law firm of Metzler, Timm, Treleven & Hermes, S.C., may be substituted as counsel of record for Appleton Papers Inc., in this case for the remainder of this litigation, and that Angela M. Tyczkowski, corporate counsel, may withdraw as counsel of record.

**APPLETON PAPERS INC.**

Dated: March 6, 2008     By: s/ Angela M. Tyczkowski
                                        WI State Bar No. 1019258

**METZLER, TIMM, TRELEVEN & HERMES, S.C.**

Dated: March 6, 2008     By: s/ Michael L. Hermes
                                        WI State Bar No. 1019623
                                      222 Cherry Street
                                      Green Bay, WI 54301-4223
                                      (920) 435-9393
                                      Email: mhermes@mtthlaw.com