IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION, | :<br>:<br>: |
| Plaintiffs, | :<br>: |
| v. | :     No. 2:08-cv-00016-WCG |
| GEORGE A. WHITING PAPER COMPANY,<br>P.H. GLATFELTER COMPANY, and<br>MENASHA CORPORATION, | :<br>:<br>:<br>: |
| Defendants. | : |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for P.H. Glatfelter Company, furnishes the following list in compliance with General L.R. 83.9:

1. I represent P.H. Glatfelter Company.

2. P.H. Glatfelter Company is a corporation. It does not have a parent corporation.

3. No publicly-held company owns more than ten percent (10%) of P.H. Glatfelter Company's stock.

4. P.H. Glatfelter Company is represented by Ballard Spahr Andrews & Ingersoll, LLP.

March 13, 2008

                                             *s/ David G. Mandelbaum*
                                             David G. Mandelbaum
                                             Marc E. Davies
                                             Jennifer E. Simon
                                             Ronald M. Varnum
                                             BALLARD SPAHR ANDREWS &
                                             INGERSOLL, LLP
                                             1735 Market Street, 51st Floor
                                             Philadelphia, Pennsylvania 19103
                                             Tel. 215-665-8500