IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | | |
|---|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION,<br><br>        Plaintiffs,<br><br>        v.<br><br>GEORGE A. WHITING PAPER COMPANY,<br>P.H. GLATFELTER COMPANY, and<br>MENASHA CORPORATION,<br><br>        Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. 2:08-cv-00016-WCG |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2008, I electronically filed the following document using the ECF system.

CERTIFICATE OF INTEREST.

The ECF System will send notification to the individuals listed below:

Linda Doyle
McDermott, Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606
ldoyle@mwe.com

J. Andrew Schlickman
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
jaschlickman@sidley.com

Evan B. Westerfield
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
evanwesterfield@sidley.com

Joan Radovich
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
jradovich@sidley.com

J. Ric Gass
Gass Weber Mullins LLC
309 North Water Street, # 700
Milwaukee, WI 53202-5769
gass@gasswebermullins.com

Scott B. Fleming
Weiss Berzowski Brady LLP
700 North Water Street, Suite 1400
Milwaukee, WI 53202-4206
sbf@wbb-law.com

Philip A. Munroe
Di Renzo & Bomier, LLC,
Two Neenah Center, Suite 701
PO Box 788
Neenah, WI 54957-0788
pmunroe@direnzollc.com

Michael L Hermes
Metzler Timm Treleven & Hermes SC
222 Cherry St
Green Bay, WI 54301-4223
mhermes@mtthlaw.com

In addition, a true and correct copy will be sent via first-class mail to Thomas V. Bender, Esq., Menasha Corporation, 1645 Bergstrom Road, P.O. Box 387, Neenah, WI 54957

Dated: March 13, 2008

*s/ David G. Mandelbaum*_____
David G. Mandelbaum
Marc E. Davies
Jennifer E. Simon
Ronald M. Varnum
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Tel. 215-665-8500