IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION,<br><br>        Plaintiffs,<br><br>        v.<br><br>GEORGE A. WHITING PAPER COMPANY,<br>P. H. GLATFELTER COMPANY, and<br>MENASHA CORPORATION,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. 08-C-16<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kathleen L. Roach of Sidley Austin LLP appears for NCR Corporation in this action. Please serve all further pleadings, correspondence, and other papers on the undersigned at the address stated below. Please direct all ECF notices to Attorney Roach at kroach@sidley.com.

Dated this 14th day of March, 2008.

                                                  s/ Kathleen L. Roach
                                                  Kathleen L. Roach
                                                  Illinois Bar Number: 6191432
                                                  Admitted in the E.D. of Wisconsin
                                                  Attorney for Plaintiff NCR Corporation

                                                  Sidley Austin LLP
                                                  One South Dearborn Street
                                                  Chicago, IL 60603
                                                  312-853-7861
                                                  312-853-7036 (Fax)
                                                  kroach@sidley.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>GEORGE A. WHITING PAPER COMPANY,<br>P.H. GLATFELTER COMPANY, and<br>MENASHA CORPORATION,<br><br>    Defendants. | Case No. 08-C-16 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2008, I electronically filed a Notice of Appearance using the ECF system, which will send notification of such filing to Linda Doyle at McDermott Will & Emery LLP, ldoyle@mwe.com; J. Ric Gass at Gass Weber Mullins LLC, gass@gasswebermullins.com; Philip Munroe at DiRenzo & Bomier LLC, pmunroe@direnzollc.com; David Mandelbaum at Ballard Spahr Andrews & Ingersoll, LLP, mandelbaum@ballardspahr.com; Marc Davies at Ballard Spahr Andrews & Ingersoll, LLP, davies@ballardspahr.com; Ronald M. Varnum at Ballard Spahr Andrews & Ingersoll, LLP, varnumr@ballardspahr.com; Jennifer Simon at Ballard Spahr Andrews & Ingersoll, LLP, simonj@ballardspahr.com; Scott B. Fleming at Weiss Berzowski Brady LLP, sbf@wbb-law.com; Michael L. Hermes at Metzler, Timm, Treleven & Hermes, S.C., mhermes@mtthlaw.com; Joan Radovich at Sidley Austin LLP, jradovich@sidley.com; J. Andrew Schlickman at Sidley Austin LLP, jschlickman@sidley.com; and Evan B. Westerfield at Sidley Austin LLP, evanwesterfield@sidley.com.

                         NCR CORPORATION

                          s/ Kathleen L. Roach
                          By: One of its Attorneys

J. Andrew Schlickman
Evan B. Westerfield
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
Fax: (312) 853-7036