IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and : | |
| NCR CORPORATION, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | No. 2:08-cv-00016-WCG |
| : | |
| GEORGE A. WHITING PAPER COMPANY, : | |
| P.H. GLATFELTER COMPANY, and : | |
| MENASHA CORPORATION, : | |
| : | |
| Defendants. : | |

## ENTRY OF APPEARANCE

TO: CLERK OF COURT

Kindly enter the appearance of Sabrina Mizrachi on behalf of Defendant P.H. Glatfelter Company in this action. Ms. Mizrachi is a member in good standing of the bar of this court. Please serve all further pleadings, correspondence, and other papers of the undersigned at the address stated below. Please direct all ECF notices to Ms. Mizrachi at mizrachis@ballardspahr.com.

Dated this 17th day of March, 2008.

| | |
|---|---|
| OF COUNSEL | _s/ Sabrina Mizrachi_____ |
| | Sabrina Mizrachi |
| Ballard Spahr Andrews & Ingersoll, LLP | Florida Bar No. 596991 |
| 1735 Market Street, 51st Floor | (215) 864-8344 (Voice) |
| Philadelphia, PA 19103 | (215) 864-9203 (Facsimile) |
| | mizrachis@ballardspahr.com |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 17th day of March, 2008, a true and correct copy of the foregoing Entry of Appearance was filed electronically via the Electronic Court Filing system and is available for viewing and downloading. In addition, a true and correct copy was served via first-class mail, postage prepaid, upon the following:

| | |
|---|---|
| Linda M. Doyle, Esquire<br>McDermott Will & Emery LLP<br>227 W. Monroe Street, Suite 4400<br>Chicago, IL  60606-5096 | J. Andrew Schlickman, Esquire<br>Evan B. Westerfield, Esquire<br>J. Ric Gass, Esquire<br>Kathleen L. Roach, Esquire<br>Sidley Austin LLP<br>1 S. Dearborn Street<br>Chicago, IL  60603 |
| Philip A. Munroe, Esquire<br>DiRenzo & Bomier, LLC<br>Two Neenah Center, Suite 701<br>P.O. Box 788<br>Neenah, WI  54957-0788 | |

   s/ Sabrina Mizrachi
David G. Mandelbaum
Marc E. Davies
Sabrina Mizrachi
Ronald M. Varnum
Jennifer E. Simon
BALLARD SPAHR ANDREWS &
INGERSOLL, LLP
A Pennsylvania Limited Liability Partnership
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Tel. 215-665-8500

Attorneys for Defendant,
P.H. Glatfelter Company