UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION
_____

APPLETON PAPERS, INC., and
NCR CORPORATION,

                              Plaintiffs,

                                                     Case No. 08-C-0016

v.

GEORGE A WHITING PAPER COMPANY
and P.H. Glatfelter Company,

                              Defendants.
_____

## CERTIFICATE OF SERVICE
_____

I hereby certify that on March 24, 2008, George A. Whiting Paper Company's Answer to Second Amended Complaint and Counterclaim was electronically filed with the Clerk of Court using the ECF system.

The ECF system will send notification of the filing to:

    Linda Doyle, Esq.
    McDermott Will & Emery LLP
    227 West Monroe Street
    Chicago, IL 60606

    Michael L. Hermes, Esq.
    Metzler, Timm, Treleven & Hermes, S.C.
    222 Cherry Street
    Green Bay, WI 54301-4223

    J. Andrew Schlickman, Esq.
    Evan B. Westerfield, Esq.
    Joan Radovich, Esq.
    Kathleen L. Roach, Esq.
    Sidley Austin LLP
    One South Dearborn Street
    Chicago, IL 60603

J. Ric Gass, Esq.
Gass Weber Mullins LLC
309 North Water Street
Milwaukee, WI 53202

David G. Mandelbaum, Esq.
Marc E. Davies, Esq.
Jennifer E. Simon, Esq.
Ronald M. Varnum, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

Philip A. Munroe
Di Renzo & Bomier, LLC
Two Neenah Center, Suite 701
Neenah, WI 54957-0788

I further certify that on March 24, 2008, the document listed above was served by United States mail to the following non-ECF participant:

Sabrina Mizrachi, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

Dated: March 24, 2008.

/s/ Scott B. Fleming
State Bar No. 1016135
Weiss Berzowski Brady LLP
*Attorneys for the Defendant, George A. Whiting Paper Company*
700 North Water Street Suite 1400
Milwaukee, WI 53202
Telephone: (414)276-5800
Fax: (414)276-0458
E-mail: sbf@wbb-law.com