# METZLER | TIMM | TRELEVEN | HERMES, S.C.
## ATTORNEYS AT LAW

Ronald F. Metzler • Cynthia C. Treleven • David J. Timm • Michael L. Hermes
Christopher J. Pahl • Laura J. Beck • Heather B. Zeise, of Counsel

March 24, 2008

**VIA HAND-DELIVERY**

Honorable William C. Griesbach
U.S. District Court – Eastern Division
Green Bay Division
125 South Jefferson Street
Green Bay, WI 54305-2490

RE: *Appleton Papers, Inc., et al. v. George A. Whiting Paper Co., et al.*
 Case No. 2:08-cv-16

Dear Judge Griesbach:

In conjunction with the March 21, 2008, letter from attorney Gass, enclosed is an enlarged copy of the map included with his letter as Exhibit 1.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

METZLER, TIMM, TRELEVEN & HERMES, S.C.

By: *[signature]*
Michael L. Hermes

MLH:tjc
Encl.

cc: All counsel of record (via ECF system)