# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS INC. and
NCR CORPORATION,

   Plaintiffs,       **No. 2:08-cv-00016-WCG**

   v.           **NOTICE OF APPEARANCE**

GEORGE A. WHITING PAPER
COMPANY, P.H. GLATFELTER
COMPANY, and MENASHA
CORPORATION,

   Defendants.

**NOTICE OF APPEARANCE**

Please take notice that Mark R. Feldmann appears for Defendant Menasha Corporation in this action. Please serve all further pleadings, correspondence, and other papers on the undersigned at the address stated below. Please direct all ECF notices to Mr. Feldmann at mark-feldmann@mennlaw.com and his assistant at donna-benson@mennlaw.com.

}

Dated: March 24, 2008

        s/ Mark R. Feldmann

Mark R. Feldmann
Wisconsin Bar No. 1017847
Joseph J. Beisenstein
Wisconsin Bar No. 1013866
Menn Law Firm, Ltd.
2501 E. Enterprise Avenue
P.O. Box 785
Appleton, WI 54912-0785
Telephone: 920-731-6631
Facsimile: 920-734-0981
mark-feldmann@mennlaw.com
joseph-beisenstein@mennlaw.com

Delmar R. Ehrich[*]
Minnesota Bar No. 148660
Faegre & Benson LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402
Telephone: 612-766-7000
Facsimile: 612-766-1600

Colin C. Deihl[*]
Colorado Bar No. 19737
Jacy T. Rock[*]
Colorado Bar No. 36717
Faegre & Benson LLP
1700 Lincoln Street, Suite 3200
Denver, CO 80203
Telephone: 303-607-3500
Facsimile: 303-607-3600

Attorneys for Defendant Menasha Corporation

---

[*] Request for Admission in the Eastern District of Wisconsin pending.

}16