UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION,<br><br>    Plaintiffs,<br><br>  v.<br><br>GEORGE A. WHITING PAPER<br>COMPANY, P.H. GLATFELTER<br>COMPANY, and MENASHA<br>CORPORATION,<br><br>    Defendants. | No. 2:08-cv-00016-WCG<br><br>**DEFENDANT MENASHA<br>CORPORATION'S CERTIFICATE OF<br>INTEREST** |

## **CERTIFICATE OF INTEREST**

The undersigned, counsel for Menasha Corporation, furnishes the following list in compliance with General L.R. 83.9:

(1)   I represent Menasha Corporation.

(2)(i)   Menasha Corporation is a corporation. It does not have a parent corporation.

(2)(ii)   No publicly traded corporation owns more than 10% of Menasha Corporation's stock.

(3)   Menasha Corporation is represented by Faegre and Benson, LLC and Menn Law Firm, Ltd.

}

Dated: March 24, 2008

        s/ Mark R. Feldmann

        Mark R. Feldmann
        Wisconsin Bar No. 1017847
        Joseph J. Beisenstein
        Wisconsin Bar No. 1013866
        Menn Law Firm, Ltd.
        2501 E. Enterprise Avenue
        P.O. Box 785
        Appleton, WI 54912-0785
        Telephone: 920-731-6631
        Facsimile: 920-734-0981
        mark-feldmann@mennlaw.com
        joseph-beisenstein@mennlaw.com

        Delmar R. Ehrich[*]
        Minnesota Bar No. 148660
        Faegre & Benson LLP
        2200 Wells Fargo Center
        90 S. Seventh Street
        Minneapolis, MN 55402
        Telephone: 612-766-7000
        Facsimile: 612-766-1600

        Colin C. Deihl[*]
        Colorado Bar No. 19737
        Jacy T. Rock[*]
        Colorado Bar No. 36717
        Faegre & Benson LLP
        1700 Lincoln Street, Suite 3200
        Denver, CO 80203
        Telephone: 303-607-3500
        Facsimile: 303-607-3600

        Attorneys for Defendant Menasha Corporation

---

[*] Request for Admission in the Eastern District of Wisconsin pending.