UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS INC. and
NCR CORPORATION,

      Plaintiffs,                No. 2:08-cv-00016-WCG

      v.                             NOTICE OF APPEARANCE

GEORGE A. WHITING PAPER
COMPANY, P.H. GLATFELTER
COMPANY, and MENASHA
CORPORATION,

      Defendants.

**CERTIFICATE OF SERVICE**

**I hereby certify that on March 24, 2008, I electronically filed:**

1. Notice of Appearance (of Attorney Joseph J. Beisenstein for Defendant Menasha Corporation)

2. Notice of Appearance (of Attorney Mark R. Feldmann for Defendant Menasha Corporation)

3. Defendant Menasha Corporation's Certificate of Interest

4. Defendant Menasha Corporation's Motion to Dismiss

5. Memorandum of Defendant Menasha Corporation in Support of Its Motion to Dismiss

**with the Clerk of the Court using the ECF system which will send notification of such filling to the following:**

**6. which will send notification of such filling to the following:**

Linda Doyle
McDermott, Will & Emery LLP
227 W. Monroe Street, Suite 4400
Chicago, IL  60606
ldoyle@mwe.com

J. Andrew Schlickman
Evan B. Westerfield
Joan Radovich
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603
jaschlickman@sidley.com

J. Ric Gass
Gass Weber Mullins LLC
309 N. Water Street, #700
Milwaukee, WI  53202-5769
gass@gasswebermullins.com

Scott B. Fleming
Weiss Berzowski Brady LLP
700 N. Water Street, Suite 1400
Milwaukee, WI  53202-4206
sbf@wbb-law.com

Philip A. Monroe
Di Renzo & Bomier, LLC
Two Neenah Center, Suite 701
PO Box 788
Neenah, WI  54957-0788
pmunroe@direnzollc.com

Michael L. Hermes
Metzler Timm Treleven & Hermes SC
222 Cherry St.
Green Bay, WI  54301-4223
mhermes@mtthlaw.com

David G. Mendelbaum
Marc E. Davies
Jennifer E. Simon
Ronald M. Varnum
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
mandelbaum@ballardspahr.com
daviesm@@ballardspahr.com
varnumr@ballardspahr.com
simonj@ballardspahr.com

Dated: March 24, 2008           s/ Mark R. Feldmann

Mark R. Feldmann
Wisconsin Bar No. 1017847
Menn Law Firm, Ltd.
2501 E. Enterprise Avenue
P.O. Box 785
Appleton, WI 54912-0785
Telephone:  920-731-6631
Facsimile:  920-734-0981
mark-feldmann@mennlaw.com

Attorney for Defendant Menasha Corporation

}

}