UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS INC. and
NCR CORPORATION,

      Plaintiffs,                    No. 2:08-cv-00016-WCG

       v.                         **AMENDED CERTIFICATE OF SERVICE**

GEORGE A. WHITING PAPER
COMPANY, P.H. GLATFELTER
COMPANY, and MENASHA
CORPORATION,

      Defendants.

**CERTIFICATE OF SERVICE**

**I hereby certify that on March 24, 2008, I electronically filed:**

1. Notice of Appearance (of Attorney Joseph J. Beisenstein for Defendant Menasha Corporation)

2. Notice of Appearance (of Attorney Mark R. Feldmann for Defendant Menasha Corporation)

3. Defendant Menasha Corporation' s Certificate of Interest

4. Defendant Menasha Corporation's Motion to Dismiss

5. Memorandum of Defendant Menasha Corporation in Support of Its Motion to Dismiss

**with the Clerk of the Court using the ECF system which will send notification of such filling to the following:**

**6. which will send notification of such filling to the following:**

Linda Doyle
McDermott, Will & Emery LLP
227 W. Monroe Street, Suite 4400
Chicago, IL 60606
ldoyle@mwe.com

J. Andrew Schlickman
Evan B. Westerfield
Joan Radovich
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
jaschlickman@sidley.com

J. Ric Gass
Gass Weber Mullins LLC
309 N. Water Street, #700
Milwaukee, WI 53202-5769
gass@gasswebermullins.com

Scott B. Fleming
Weiss Berzowski Brady LLP
700 N. Water Street, Suite 1400
Milwaukee, WI 53202-4206
sbf@wbb-law.com

Philip A. Monroe
Di Renzo & Bomier, LLC
Two Neenah Center, Suite 701
PO Box 788
Neenah, WI 54957-0788
pmunroe@direnzollc.com

Michael L. Hermes
Metzler Timm Treleven & Hermes SC
222 Cherry St.
Green Bay, WI 54301-4223
mhermes@mtthlaw.com

David G. Mendelbaum
Marc E. Davies
Jennifer E. Simon
Ronald M. Varnum
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
mandelbaum@ballardspahr.com
daviesm@@ballardspahr.com
varnumr@ballardspahr.com
simonj@ballardspahr.com

Dated: March 24, 2008    s/ Mark R. Feldmann

Mark R. Feldmann
Wisconsin Bar No. 1017847
Menn Law Firm, Ltd.
2501 E. Enterprise Avenue
P.O. Box 785
Appleton, WI 54912-0785
Telephone: 920-731-6631
Facsimile: 920-734-0981
mark-feldmann@mennlaw.com

Attorney for Defendant Menasha Corporation