UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS INC. and
NCR CORPORATION,

       Plaintiffs,                        No. 2:08-cv-00016-WCG

       v.                                   CERTIFICATE OF SERVICE

GEORGE A. WHITING PAPER
COMPANY, P.H. GLATFELTER
COMPANY, and MENASHA
CORPORATION,

       Defendants.

**CERTIFICATE OF SERVICE**

**I hereby certify that on March 26, 2008, I electronically submitted:**

1. Proposed Order (regarding Defendant Menasha Corporation's Motion to Dismiss)

**using the ECF system which will send notification of such submission to the following:**

Linda Doyle
McDermott, Will & Emery LLP
227 W. Monroe Street, Suite 4400
Chicago, IL 60606
ldoyle@mwe.com

J. Andrew Schlickman
Evan B. Westerfield
Joan Radovich
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
jaschlickman@sidley.com

J. Ric Gass
Gass Weber Mullins LLC
309 N. Water Street, #700
Milwaukee, WI 53202-5769
gass@gasswebermullins.com

Scott B. Fleming
Weiss Berzowski Brady LLP
700 N. Water Street, Suite 1400
Milwaukee, WI 53202-4206
sbf@wbb-law.com

}

| | |
|---|---|
| Philip A. Monroe<br>Di Renzo & Bomier, LLC<br>Two Neenah Center, Suite 701<br>PO Box 788<br>Neenah, WI 54957-0788<br>pmunroe@direnzollc.com | David G. Mendelbaum<br>Marc E. Davies<br>Jennifer E. Simon<br>Ronald M. Varnum<br>Ballard Spahr Andrews & Ingersoll, LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103 |
| Michael L. Hermes<br>Metzler Timm Treleven & Hermes SC<br>222 Cherry St.<br>Green Bay, WI 54301-4223<br>mhermes@mtthlaw.com | mandelbaum@ballardspahr.com<br>daviesm@@ballardspahr.com<br>varnumr@ballardspahr.com<br>simonj@ballardspahr.com |
| Dated: March 26, 2008 | s/ Mark R. Feldmann |
| | Mark R. Feldmann<br>Wisconsin Bar No. 1017847<br>Menn Law Firm, Ltd.<br>2501 E. Enterprise Avenue<br>P.O. Box 785<br>Appleton, WI 54912-0785<br>Telephone: 920-731-6631<br>Facsimile: 920-734-0981<br>mark-feldmann@mennlaw.com |
| | Attorney for Defendant Menasha Corporation |

}

}