UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS INC. and
NCR CORPORATION,

        Plaintiffs,                    No. 2:08-cv-00016-WCG

        v.                            NOTICE OF APPEARANCE

GEORGE A. WHITING PAPER
COMPANY, P.H. GLATFELTER
COMPANY, and MENASHA
CORPORATION,

        Defendants.

**NOTICE OF APPEARANCE**

Please take notice that Jacy T. Rock appears for Defendant Menasha Corporation in this action. Please serve all further pleadings, correspondence, and other papers on the undersigned at the address stated below. Please direct all ECF notices to Ms. Rock at jrock@faegre.com and her assistant at gapt@faegre.com. Menasha Corporation is also represented in this action by the Menn Law Firm of Appleton, WI.

Dated: April 4, 2008

      s/ Jacy T. Rock

      Joseph J. Beisenstein
      Wisconsin Bar No. 1013866
      Mark R. Feldmann
      Wisconsin Bar No. 1017847
      Menn Law Firm, Ltd.
      2501 E. Enterprise Avenue
      P.O. Box 785
      Appleton, WI 54912-0785
      Telephone: 920-731-6631
      Facsimile: 920-734-0981

      Delmar R. Ehrich
      Minnesota Bar No. 148660
      Faegre & Benson LLP
      2200 Wells Fargo Center
      90 S. Seventh Street
      Minneapolis, MN 55402
      Telephone: 612-766-7000
      Facsimile: 612-766-1600

      Colin C. Deihl
      Colorado Bar No. 19737
      Jacy T. Rock
      Colorado Bar No. 36717
      Faegre & Benson LLP
      1700 Lincoln Street, Suite 3200
      Denver, CO 80203
      Telephone: 303-607-3500
      Facsimile: 303-607-3600

      Attorneys for Defendant Menasha Corporation