UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS INC. and
NCR CORPORATION,

       Plaintiffs,                          No. 2:08-cv-00016-WCG

       v.                                  CERTIFICATE OF SERVICE

GEORGE A. WHITING PAPER
COMPANY, P.H. GLATFELTER
COMPANY, and MENASHA
CORPORATION,

       Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2008, the Notice of Appearance of Jacy T. Rock was electronically filed with the Clerk of the Court using the ECF system.

The ECF system will send notification of the filing to:

Linda Doyle
McDermott, Will & Emery LLP
227 W. Monroe Street, Suite 4400
Chicago, IL 60606
ldoyle@mwe.com

J. Andrew Schlickman
Evan B. Westerfield
Joan Radovich
Kathleen L. Roach
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
jaschlickman@sidley.com

J. Ric Gass
Gass Weber Mullins LLC
309 N. Water Street, #700
Milwaukee, WI 53202-5769
gass@gasswebermullins.com

Scott B. Fleming
Weiss Berzowski Brady LLP
700 N. Water Street, Suite 1400
Milwaukee, WI 53202-4206
sbf@wbb-law.com

Philip A. Monroe
Di Renzo & Bomier, LLC
Two Neenah Center, Suite 701
PO Box 788
Neenah, WI 54957-0788
pmunroe@direnzollc.com

Michael L. Hermes
Metzler Timm Treleven & Hermes SC
222 Cherry St.
Green Bay, WI 54301-4223
mhermes@mtthlaw.com

David G. Mendelbaum
Marc E. Davies
Jennifer E. Simon
Ronald M. Varnum
Sabrina Mizrachi
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
mandelbaum@ballardspahr.com
daviesm@@ballardspahr.com
varnumr@ballardspahr.com
simonj@ballardspahr.com

Dated: April 4, 2008

s/ Jacy T. Rock

Joseph J. Beisenstein
Wisconsin Bar No. 1013866
Mark R. Feldmann
Wisconsin Bar No. 1017847
Menn Law Firm, Ltd.
2501 E. Enterprise Avenue
P.O. Box 785
Appleton, WI 54912-0785
Telephone: 920-731-6631
Facsimile: 920-734-0981

Delmar R. Ehrich
Minnesota Bar No. 148660
Faegre & Benson LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402
Telephone: 612-766-7000
Facsimile: 612-766-1600

Colin C. Deihl
Colorado Bar No. 19737
Jacy T. Rock
Colorado Bar No. 36717
Faegre & Benson LLP
1700 Lincoln Street, Suite 3200
Denver, CO 80203
Telephone: 303-607-3500
Facsimile: 303-607-3600

Attorneys for Defendant Menasha Corporation