# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS INC. and
NCR CORPORATION,

        Plaintiffs,                  No. 2:08-cv-00016-WCG

        v.                                 NOTICE OF APPEARANCE

GEORGE A. WHITING PAPER
COMPANY, P.H. GLATFELTER
COMPANY, and MENASHA
CORPORATION,

        Defendants.

## NOTICE OF APPEARANCE

Please take notice that Delmar R. Ehrich appears for Defendant Menasha Corporation in this action. Please serve all further pleadings, correspondence, and other papers on the undersigned at the address stated below. Please direct all ECF notices to Mr. Ehrich at dehrich@faegre.com and his assistant at mlokken@faegre.com. Menasha Corporation is also represented in this action by the Menn Law Firm of Appleton, WI.

Dated: April 4, 2008

                s/ Delmar R. Ehrich

                Joseph J. Beisenstein
                Wisconsin Bar No. 1013866
                Mark R. Feldmann
                Wisconsin Bar No. 1017847
                Menn Law Firm, Ltd.
                2501 E. Enterprise Avenue
                P.O. Box 785
                Appleton, WI 54912-0785
                Telephone: 920-731-6631
                Facsimile: 920-734-0981

                Delmar R. Ehrich
                Minnesota Bar No. 148660
                Faegre & Benson LLP
                2200 Wells Fargo Center
                90 S. Seventh Street
                Minneapolis, MN 55402
                Telephone: 612-766-7000
                Facsimile: 612-766-1600

                Colin C. Deihl
                Colorado Bar No. 19737
                Jacy T. Rock
                Colorado Bar No. 36717
                Faegre & Benson LLP
                1700 Lincoln Street, Suite 3200
                Denver, CO 80203
                Telephone: 303-607-3500
                Facsimile: 303-607-3600

                Attorneys for Defendant Menasha Corporation

fb.us.2756333.01