**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

APPLETON PAPERS INC. and
NCR CORPORATION,

       Plaintiffs,                          **No. 2:08-cv-00016-WCG**

       v.                                      **CERTIFICATE OF SERVICE**

GEORGE A. WHITING PAPER
COMPANY, P.H. GLATFELTER
COMPANY, and MENASHA
CORPORATION,

       Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2008, the Notice of Appearance of Delmar R. Ehrich was electronically filed with the Clerk of the Court using the ECF system.

The ECF system will send notification of the filing to:

| | |
|---|---|
| Linda Doyle<br>McDermott, Will & Emery LLP<br>227 W. Monroe Street, Suite 4400<br>Chicago, IL  60606<br>ldoyle@mwe.com | Scott B. Fleming<br>Weiss Berzowski Brady LLP<br>700 N. Water Street, Suite 1400<br>Milwaukee, WI  53202-4206<br>sbf@wbb-law.com |
| J. Andrew Schlickman<br>Evan B. Westerfield<br>Joan Radovich<br>Kathleen L. Roach<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL  60603<br>jaschlickman@sidley.com | Philip A. Monroe<br>Di Renzo & Bomier, LLC<br>Two Neenah Center, Suite 701<br>PO Box 788<br>Neenah, WI  54957-0788<br>pmunroe@direnzollc.com |
| J. Ric Gass<br>Gass Weber Mullins LLC<br>309 N. Water Street, #700<br>Milwaukee, WI  53202-5769<br>gass@gasswebermullins.com | Michael L. Hermes<br>Metzler Timm Treleven & Hermes SC<br>222 Cherry St.<br>Green Bay, WI  54301-4223<br>mhermes@mtthlaw.com |

| | |
|---|---|
| David G. Mendelbaum | Philadelphia, PA 19103 |
| Marc E. Davies | mandelbaum@ballardspahr.com |
| Jennifer E. Simon | daviesm@@ballardspahr.com |
| Ronald M. Varnum | varnumr@ballardspahr.com |
| Sabrina Mizrachi | simonj@ballardspahr.com |
| Ballard Spahr Andrews & Ingersoll, LLP | |
| 1735 Market Street, 51st Floor | |

Dated: April 4, 2008

                                        s/ Delmar R. Ehrich
                                        Joseph J. Beisenstein
Wisconsin Bar No. 1013866
Mark R. Feldmann
Wisconsin Bar No. 1017847
Menn Law Firm, Ltd.
2501 E. Enterprise Avenue
P.O. Box 785
Appleton, WI 54912-0785
Telephone: 920-731-6631
Facsimile: 920-734-0981

Delmar R. Ehrich
Minnesota Bar No. 148660
Faegre & Benson LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402
Telephone: 612-766-7000
Facsimile: 612-766-1600

Colin C. Deihl
Colorado Bar No. 19737
Jacy T. Rock
Colorado Bar No. 36717
Faegre & Benson LLP
1700 Lincoln Street, Suite 3200
Denver, CO 80203
Telephone: 303-607-3500
Facsimile: 303-607-3600

Attorneys for Defendant Menasha Corporation

fb.us.2756399.01