UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS INC. and
NCR CORPORATION,

       Plaintiffs,

v.

GEORGE A. WHITING PAPER
COMPANY, P.H. GLATFELTER
COMPANY, and MENASHA
CORPORATION,

       Defendants.

No. 2:08-cv-00016-WCG

NOTICE OF APPEARANCE

## NOTICE OF APPEARANCE

Please take notice that Colin C. Deihl appears for Defendant Menasha Corporation in this action. Please serve all further pleadings, correspondence, and other papers on the undersigned at the address stated below. Please direct all ECF notices to Mr. Deihl at cdeihl@faegre.com and his assistant at jsullivan@faegre.com. Menasha Corporation is also represented in this action by the Menn Law Firm of Appleton, WI.

Dated: April 4, 2008

                                s/ Colin C. Deihl

                                Joseph J. Beisenstein
Wisconsin Bar No. 1013866
Mark R. Feldmann
Wisconsin Bar No. 1017847
Menn Law Firm, Ltd.
2501 E. Enterprise Avenue
P.O. Box 785
Appleton, WI 54912-0785
Telephone: 920-731-6631
Facsimile: 920-734-0981

Delmar R. Ehrich
Minnesota Bar No. 148660
Faegre & Benson LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402
Telephone: 612-766-7000
Facsimile: 612-766-1600

Colin C. Deihl
Colorado Bar No. 19737
Jacy T. Rock
Colorado Bar No. 36717
Faegre & Benson LLP
1700 Lincoln Street, Suite 3200
Denver, CO 80203
Telephone: 303-607-3500
Facsimile: 303-607-3600

Attorneys for Defendant Menasha Corporation