

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, D.C.

kroach@sidley.com
(312) 853-7861

FOUNDED 1866

April 9, 2008

The Honorable William C. Griesbach
United States District Court
Eastern District of Wisconsin -- Green Bay Division
125 South Jefferson Street
Green Bay, WI 54305-2490

    Re:    *Appleton Papers Inc., et al. v. George A. Whiting Paper Co.*
             Case No. 08-CV-0016

Dear Judge Griesbach:

        We are writing on behalf of plaintiff NCR Corporation ("NCR") in the above-referenced litigation, with the knowledge and consent of counsel for all parties, to advise the Court of certain events which may have an impact on the current schedule. As the Court may recall, the parties are due to file their Rule 26(f) report and discovery plan on Monday, April 14, and to appear before the Court for a conference on April 23. In the course of conferring with respect to the joint report and discovery plan, plaintiffs NCR and Appleton Papers Inc. ("API") have advised the defendants that plaintiffs anticipate amending their complaint to add a number of additional parties before the April 23 conference.

        Because the additional parties shortly to be added to the litigation will not have had an opportunity to participate in the preparation of the Rule 26(f) report and discovery plan due to be filed on April 14, the parties collectively thought it prudent to advise the Court of plaintiffs' intentions. Plaintiffs therefore inquire whether, in light of the likely addition of new parties, the Court wishes the parties to file the report and plan on April 14 and whether the Court still wishes to hold the conference scheduled for April 23.

                                          Very truly yours,

                                          Kathleen L. Roach

cc:    Counsel of Record (via ECF System)