

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, D.C.

kroach@sidley.com
(312) 853-7861

FOUNDED 1866

April 14, 2008

The Honorable William C. Griesbach
United States District Court
Eastern District of Wisconsin -- Green Bay Division
125 South Jefferson Street
Green Bay, WI 54305-2490

    Re:    *Appleton Papers Inc., et al. v. George A. Whiting Paper Co.*
              Case No. 08-CV-0016

Dear Judge Griesbach:

    I am writing on behalf of plaintiffs Appleton Papers, Inc. and NCR. We appreciate the Court's quick response to our letter on behalf of all parties last week regarding the discovery plan and scheduling conference. The Court accurately gauged the parties' collective view that the discovery plan and conference would be of minimal value given that a number of additional parties were shortly to be added to the litigation.

    We did file a Third Amended Complaint on Friday adding seven additional parties to the litigation, and we plan to submit a status report to the Court later this week reporting on the status of our discussions with other potential defendants and our expectations regarding the timing and number of additional parties to be added.

    In the meantime, however, defendant Glatfelter advised us Friday of its position that, notwithstanding the Court's order vacating the previously scheduled dates and holding further scheduling in abeyance, Rule 26(a) initial disclosures are due tomorrow, April 15, 2008. (Glatfelter has offered to stipulate to a two week extension of that date). We attempted to reach an agreement with counsel for Glatfelter not to proceed with initial disclosures until the Court set a schedule, but were unsuccessful.

    Accordingly, for the same reasons that we approached the Court last week regarding scheduling, *i.e.*, to have a coordinated discovery process pursuant to a plan which all parties have had an opportunity to participate in creating, we would ask the Court to enter an order suspending discovery and initial disclosures until the scheduling conference or further order of

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships



The Honorable William C. Griesbach
April 14, 2008
Page 2

court. We are not sure whether the Court would prefer us to handle this issue informally (*i.e.*, by letter or brief conference call), or by motion, but we are prepared to proceed in any manner the Court deems appropriate.

Very truly yours,

Kathleen L. Roach

cc: Counsel of Record (via ECF System)

CH1 4241836v.1