IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>GEORGE A. WHITING PAPER COMPANY,<br>P.H. GLATFELTER COMPANY,<br>MENASHA CORPORATION,<br>GREEN BAY PACKAGING INC.,<br>INTERNATIONAL PAPER COMPANY,<br>LEICHT TRANSFER & STORAGE COMPANY,<br>NEENAH FOUNDRY COMPANY,<br>NEWPAGE WISCONSIN SYSTEM INC.,<br>THE PROCTER & GAMBLE PAPER<br>PRODUCTS COMPANY, and<br>WISCONSIN PUBLIC SERVICE CORP.,<br><br>    Defendants. | No. 2:08-cv-00016-WCG |

## ORDER

Upon consideration of plaintiffs' letter motion of April 14, 2008 requesting to extend indefinitely the deadline for Rule 26(a) initial disclosures, and all responses thereto, plaintiffs' request is hereby **DENIED**, and the parties should exchange mandatory initial disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure on or before May 2, 2008.

    **SO ORDERED** at Green Bay, Wisconsin, this _____ day of _____, 2008.

 

_____
The Honorable William C. Griesbach
United States District Court Judge