# CERTIFICATE OF SERVICE

I hereby certify that, on this 15th day of April, 2008, a true and correct copy of the foregoing Response of Defendant P.H. Glatfelter Company to Plaintiffs' April 14, 2008 Letter Motion was filed electronically via the Electronic Court Filing system and is available for viewing and downloading by the following:

| | |
|---|---|
| Linda M. Doyle, Esquire<br>McDermott Will & Emery LLP<br>227 W. Monroe Street, Suite 4400<br>Chicago, IL 60606-5096 | J. Andrew Schlickman, Esquire<br>Evan B. Westerfield, Esquire<br>Joan Radovich, Esquire<br>Kathleen L. Roach, Esquire<br>Sidley Austin LLP<br>1 S. Dearborn Street<br>Chicago, IL 60603 |
| Philip A. Munroe, Esquire<br>DiRenzo & Bomier, LLC<br>Two Neenah Center, Suite 701<br>P.O. Box 788<br>Neenah, WI 54957-0788 | Scott B. Fleming, Esquire<br>Weiss Berzowski Brady LLP<br>700 North Water Street, Suite 1400<br>Milwaukee, WI 53202 |
| J. Ric Gass, Esquire<br>Gass Weber Mullins LLC<br>309 N Water St - Ste 700<br>Milwaukee, WI 53202 | Michael L. Hermes, Esquire<br>Metzler Timm Treleven & Hermes SC<br>222 Cherry St<br>Green Bay, WI 54301-4223 |
| Mark R. Feldmann, Esquire<br>Joseph J. Beisenstein<br>Menn Law Firm, Ltd.<br>2501 E. Enterprise Avenue<br>P.O. Box 785<br>Appleton, WI 54912-0785 | Delmar R. Ehrich, Esquire<br>Faegre & Benson LLP<br>2200 Wells Fargo Center<br>90 S. Seventh Street<br>Minneapolis, MN 55402 |

| | |
|---|---|
| Colin C. Deihl, Esquire<br>Jacy T. Rock, Esquire<br>Faegre & Benson LLP<br>1700 Lincoln Street, Suite 3200<br>Denver, CO 80203 | |

                                                s/ Sabrina Mizrachi
David G. Mandelbaum
Marc E. Davies
Sabrina Mizrachi
Jennifer E. Simon
Ronald M. Varnum
BALLARD SPAHR ANDREWS &
INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Tel. 215-665-8500

Attorneys for Defendant,
P.H. Glatfelter Company