UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS INC. and
NCR CORPORATION,

       Plaintiffs,              No. 2:08-cv-00016-WCG

   v.

GEORGE A. WHITING PAPER
COMPANY, P.H. GLATFELTER
COMPANY, MENASHA CORPORATION,
GREEN BAY PACKAGING INC.,
INTERNATIONAL PAPER COMPANY,
LEICHT TRANSFER & STORAGE COMPANY,
NEENAH FOUNDRY COMPANY,
NEWPAGE WISCONSIN SYSTEM INC.,
THE PROCTER & GAMBLE PAPER
PRODUCTS COMPANY, and
WISCONSIN PUBLIC SERVICE CORP.

       Defendants.

## [PROPOSED] ORDER

This matter comes before the Court on Plaintiffs' April 14, 2008 Letter and Defendant Menasha Corporation and P.H. Glatfelter Company's Response to the April 14, 2008 Letter. Based on the foregoing,

**IT IS SO ORDERED** that Plaintiffs' request to request to suspend discovery and initial disclosures is **DENIED**. The parties to the Second Amended Complaint shall submit their initial disclosures pursuant to Rule 26(a) on or before May 2, 2008.

**SO ORDERED** at Green Bay, Wisconsin, this ____ day of _____, 2008.

                                              _____
                                              The Honorable William C. Griesbach
                                              United States District Court Judge