

Document No. 82 was filed using the wrong event. The event selected was Original Document, and the event that should have been used is Response. NOTE: DO NOT resubmit this document. The text of the docket entry has been edited to reflect the correct event. If you have any questions with regard to this, or any future filings, please contact me. Thank you. Cheryl Veazie Clerk's Office, U.S. District Court 920-844-3722 cheryl_veazie@wied.uscourts.gov