IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | | |
|---|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE A. WHITING PAPER COMPANY,<br>P. H. GLATFELTER COMPANY,<br>MENASHA CORPORATION,<br>GREEN BAY PACKAGING INC.,<br>INTERNATIONAL PAPER COMPANY,<br>LEICHT TRANSFER & STORAGE COMPANY,<br>NEENAH FOUNDRY COMPANY,<br>NEWPAGE WISCONSIN SYSTEM INC.,<br>THE PROCTER & GAMBLE PAPER<br>PRODUCTS COMPANY, and<br>WISCONSIN PUBLIC SERVICE CORP.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 08-CV-00016-WCG |

**PLAINTIFFS' RESPONSE TO GLATFELTER'S
AND MENASHA'S APRIL 15 SUBMISSIONS**

Plaintiffs Appleton Papers, Inc. ("API") and NCR Corporation ("NCR") submit this brief response to the motions filed yesterday by defendants Glatfelter and Menasha. Plaintiffs do not wish to extend further the already extensive discussion of a simple scheduling issue, and will not respond in kind to the rhetoric contained in the papers filed yesterday, but submit this response to make three points.

First, plaintiffs do not wish to delay initial disclosures indefinitely or to delay for delay's sake. During the parties' Rule 26(f) conference, plaintiffs proposed June 1 as the date for initial disclosures, and defendants proposed May 2. (No one took the position that initial disclosures were due April 15 until after the Court's April 10 Order issued). Plaintiffs are

prepared to make their disclosures on that date or on any other date the Court may set. We understood the Court's Order of April 10 (issued in response to a letter which was reviewed and approved by all the then-current parties to the litigation) to hold all scheduling in abeyance, and filed our April 14 letter to seek clarification of the Court's intent in this regard.

Second, contrary to the suggestion made in Glatfelter's and Menasha's papers, plaintiffs do not wish to litigate this action piecemeal. In fact, it is precisely because plaintiffs do not want to litigate piecemeal that plaintiffs have proposed waiting until the appropriate parties are before the Court before setting schedules that later-added parties will not have had an opportunity to participate in creating and may have difficulty meeting. Plaintiffs have been working assiduously to seek an out-of-court resolution with certain of the other potentially responsible parties – and plaintiffs are filing concurrently a report to advise the Court as to the status of those discussions – in an effort to streamline the litigation if at all possible. If those efforts prove unavailing, we will bring the remaining parties in and the case can proceed in a coordinated fashion with all the appropriate parties before the Court. As explained in the status report, we anticipate that this can be done within approximately 60 days.

Finally, the disputes over the responsibility for cleaning up the Fox River have been going on for over a decade. This litigation is just underway, and in fact motions directed to the pleadings are currently being briefed. Pausing briefly to allow time to bring all appropriate parties into the case before launching into discovery cannot possibly cause prejudice to any

2

party, and in fact is likely to reduce inefficiencies that would result from setting schedules now before all parties have been joined.

>
> Respectfully Submitted,
>
> APPLETON PAPERS INC.
>
> /s/ Michael L. Hermes
> By: One of Its Attorneys
>
> NCR CORPORATION
>
> /s/ Kathleen L. Roach
> By: One of its Attorneys

Counsel for Appleton Papers Inc.:
Michael L. Hermes (Wisconsin Bar No. 1019623)
Metzler, Timm, Treleven & Hermes, S.C.
222 Cherry Street
Green Bay, Wisconsin 54301
(920) 435-9393
Fax: (920) 435-8866

Counsel for NCR Corporation:
J. Andrew Schlickman (Illinois Bar No. 3122104)
Evan Westerfield (Illinois Bar No. 6217037)
Kathleen L. Roach (Illinois Bar No. 6191432)
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
Fax: (312) 853-7036

J. Ric Gass (Wisconsin Bar No. 1011998)
Gass Weber Mullins LLC
309 North Water Street
Milwaukee, Wisconsin 53202
(414) 224-7697
Fax: (414) 224-6116

Dated: April 16, 2008

3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | | |
|---|---|---|
| APPLETON PAPERS INC. and <br> NCR CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> GEORGE A. WHITING PAPER COMPANY, <br> P. H. GLATFELTER COMPANY, <br> MENASHA CORPORATION, <br> GREEN BAY PACKAGING INC., <br> INTERNATIONAL PAPER COMPANY, <br> LEICHT TRANSFER & STORAGE COMPANY, <br> NEENAH FOUNDRY COMPANY, <br> NEWPAGE WISCONSIN SYSTEM INC., <br> THE PROCTER & GAMBLE PAPER <br> PRODUCTS COMPANY, and <br> WISCONSIN PUBLIC SERVICE CORP. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 08-CV-00016-WCG |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2008, I electronically filed Plaintiffs' Response to Glatfelter's and Menasha's April 15 Submissions using the ECF system, which will send notification of such filing to Philip Munroe at DiRenzo & Bomier LLC, pmunroe@direnzollc.com; Scott Fleming at Weiss Berzowski Brady LLP, sbf@wbb-law.com; David Mandelbaum at Ballard Spahr Andrews & Ingersoll, LLP, mandelbaum@ballardspahr.com; Marc Davies at Ballard Spahr Andrews & Ingersoll, LLP, davies@ballardspahr.com; Ronald Varnum at Ballard Spahr Andrews & Ingersoll, LLP, varnumr@ballardspahr.com; Jennifer Simon at Ballard Spahr Andrews & Ingersoll, LLP, simonj@ballardspahr.com; Sabrina Mizrachi at Ballard Spahr Andrews & Ingersoll, LLP,

mizrachis@ballardspahr.com; Mark Feldmann at Menn Law Firm, Ltd., mark-feldmann@mennlaw.com; Joseph Beisenstein at Menn Law Firm, Ltd., joseph-beisenstein@mennlaw.com; Jacy T. Rock at Faegre & Benson LLP, jrock@faegre.com; Colin C. Deihl at Faegre & Benson LLP, cdeihl@faegre.com; Delmar R. Ehrich at Faegre & Benson LLP, dehrich@faegre.com; Linda Doyle at McDermott Will & Emery LLP, ldoyle@mwe.com; Michael L. Hermes at Metzler, Timm, Treleven & Hermes, S.C., mhermes@mtthlaw.com; J. Ric Gass at Gass Weber Mullins LLC, gass@gasswebermullins.com; Joan Radovich at Sidley Austin LLP, jradovich@sidley.com; Kathleen L. Roach at Sidley Austin LLP, kroach@sidley.com; Evan B. Westerfield at Sidley Austin LLP, evanwesterfield@sidley.com; and J. Andrew Schlickman at Sidley Austin LLP, jschlickman@sidley.com.

                NCR CORPORATION

                /s/ Kathleen L. Roach
                By: One of its Attorneys

J. Andrew Schlickman (Illinois Bar No. 3122104)
Evan Westerfield (Illinois Bar No. 6217037)
Kathleen L. Roach (Illinois Bar No. 6191432)
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
Fax: (312) 853-7036