IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | | |
|---|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | No. 08-CV-00016-WCG |
| GEORGE A. WHITING PAPER COMPANY,<br>P. H. GLATFELTER COMPANY,<br>MENASHA CORPORATION,<br>GREEN BAY PACKAGING INC.,<br>INTERNATIONAL PAPER COMPANY,<br>LEICHT TRANSFER & STORAGE COMPANY,<br>NEENAH FOUNDRY COMPANY,<br>NEWPAGE WISCONSIN SYSTEM INC.,<br>THE PROCTER & GAMBLE PAPER<br>PRODUCTS COMPANY, and<br>WISCONSIN PUBLIC SERVICE CORP. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

**PLAINTIFFS' STATUS REPORT ON JOINDER OF PARTIES**

Because the parties will not be before the Court on April 23 as previously scheduled, plaintiffs Appleton Papers Inc. and NCR Corporation hereby submit this report on the status of their efforts to join additional parties to this lawsuit. As Plaintiffs stated in their Brief in Support of Their Motion for Leave to File an Amended Complaint, the "purpose of this lawsuit is to put in place a procedure for determining each unsettled PRP's allocable share of the cleanup costs and natural resource damages." (Brief, p. 2.) Plaintiffs have tolling and standstill agreements in place with most of the potentially responsible parties ("PRPs"), and a mediated settlement process has been underway for a number of months among the PRPs that are respondents under the agencies' Sec. 106 Order ("Respondent PRPs"). In most cases, the standstill agreements can only be terminated after 30-days notice to the parties to the agreement.

The settlement discussions continue as to four of the Respondent PRPs. Plaintiffs have been working hard to bring these settlement discussions to a conclusion, and plaintiffs expect that they will know in the next two weeks whether the discussions will lead to settlement or not. If settlement is reached, a substantial amount of the money needed for the cleanup work will be raised and the parties will seek court approval of the settlement. If not, the standstill agreements with these four Respondent PRPs will be terminated and they will be joined as defendants. The standstill agreements with these four parties can be terminated on 5-days notice. The standstill agreements with two of the Respondent PRPs – P.H. Glatfelter and Menasha – were terminated previously, and they have already been joined to the lawsuit.

In early March, Plaintiffs terminated standstill agreements with seven other PRPs, and those parties were joined as defendants on April 11, 2008, the first day they could be joined after the agreements expired. Altogether, there are now ten defendants in the case.

Plaintiffs have invited the nine PRPs that are units of local government, primarily municipally owned waste-water treatment plants ("Municipal PRPs"), to participate in settlement discussions. If the Municipal PRPs are not inclined to participate in such discussions, or the discussions do not lead to meaningful progress soon, the standstill agreements with them can be terminated upon 30-days notice.

In addition to the noticed PRPs and the Municipal PRPs discussed above, Plaintiffs have identified approximately ten other PRPs who may be joined to the case. Final decisions for these parties will be made in the near future.

In sum, depending on the outcome of ongoing settlement discussions, another ten to twenty PRPs may be joined as defendants to this case. Plaintiffs are committed to moving ongoing settlement discussions to conclusions as soon as possible so they can determine once

2

and for all which parties will be joined. Plaintiffs expect that all PRPs who have not settled will have been joined as defendants within approximately 60 days.

>
> Respectfully Submitted,
>
> APPLETON PAPERS INC.
>
> /s/ Michael L. Hermes
> By: One of Its Attorneys
>
>
> NCR CORPORATION
>
> /s/ J. Andrew Schlickman
> By: One of its Attorneys

Counsel for Appleton Papers Inc.:
Michael L. Hermes (Wisconsin Bar No. 1019623)
Metzler, Timm, Treleven & Hermes, S.C.
222 Cherry Street
Green Bay, Wisconsin 54301
(920) 435-9393
Fax: (920) 435-8866

Counsel for NCR Corporation:
J. Andrew Schlickman (Illinois Bar No. 3122104)
Evan Westerfield (Illinois Bar No. 6217037)
Kathleen L. Roach (Illinois Bar No. 6191432)
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
Fax: (312) 853-7036

J. Ric Gass (Wisconsin Bar No. 1011998)
Gass Weber Mullins LLC
309 North Water Street
Milwaukee, Wisconsin 53202
(414) 224-7697
Fax: (414) 224-6116

Dated: April 16, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION,<br><br>             Plaintiffs,<br><br>             v.<br><br>GEORGE A. WHITING PAPER COMPANY,<br>P. H. GLATFELTER COMPANY,<br>MENASHA CORPORATION,<br>GREEN BAY PACKAGING INC.,<br>INTERNATIONAL PAPER COMPANY,<br>LEICHT TRANSFER & STORAGE COMPANY,<br>NEENAH FOUNDRY COMPANY,<br>NEWPAGE WISCONSIN SYSTEM INC.,<br>THE PROCTER & GAMBLE PAPER<br>PRODUCTS COMPANY, and<br>WISCONSIN PUBLIC SERVICE CORP.<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   No. 08-CV-00016-WCG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 16, 2008, I electronically filed Plaintiffs' Status Report on Joinder of Parties using the ECF system, which will send notification of such filing to Philip Munroe at DiRenzo & Bomier LLC, pmunroe@direnzollc.com; Scott Fleming at Weiss Berzowski Brady LLP, sbf@wbb-law.com; David Mandelbaum at Ballard Spahr Andrews & Ingersoll, LLP, mandelbaum@ballardspahr.com; Marc Davies at Ballard Spahr Andrews & Ingersoll, LLP, davies@ballardspahr.com; Ronald Varnum at Ballard Spahr Andrews & Ingersoll, LLP, varnumr@ballardspahr.com; Jennifer Simon at Ballard Spahr Andrews & Ingersoll, LLP, simonj@ballardspahr.com; Sabrina Mizrachi at Ballard Spahr Andrews & Ingersoll, LLP, mizrachis@ballardspahr.com; Mark Feldmann at Menn Law Firm, Ltd.,

mark-feldmann@mennlaw.com; Joseph Beisenstein at Menn Law Firm, Ltd., joseph-beisenstein@mennlaw.com; Jacy T. Rock at Faegre & Benson LLP, jrock@faegre.com; Colin C. Deihl at Faegre & Benson LLP, cdeihl@faegre.com; Delmar R. Ehrich at Faegre & Benson LLP, dehrich@faegre.com; Linda Doyle at McDermott Will & Emery LLP, ldoyle@mwe.com; Michael L. Hermes at Metzler, Timm, Treleven & Hermes, S.C., mhermes@mtthlaw.com; J. Ric Gass at Gass Weber Mullins LLC, gass@gasswebermullins.com; Joan Radovich at Sidley Austin LLP, jradovich@sidley.com; Kathleen L. Roach at Sidley Austin LLP, kroach@sidley.com; Evan B. Westerfield at Sidley Austin LLP, evanwesterfield@sidley.com; and J. Andrew Schlickman at Sidley Austin LLP, jschlickman@sidley.com.

                NCR CORPORATION

                /s/ J. Andrew Schlickman
                By: One of its Attorneys

J. Andrew Schlickman (Illinois Bar No. 3122104)
Evan Westerfield (Illinois Bar No. 6217037)
Kathleen L. Roach (Illinois Bar No. 6191432)
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
Fax: (312) 853-7036