

# McDermott
# Will & Emery

Boston  Brussels  Chicago  Düsseldorf  London  Los Angeles  Miami  Munich

New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Linda M. Doyle
Attorney at Law
ldoyle@mwe.com
312.984.6905

April 17, 2008

<u>**VIA ELECTRONIC FILING**</u>

Clerk of Court
362 United States Courthouse
125 South Jefferson Street
PO Box 22490
Green Bay, WI  54305-2490

Re:  *Appleton Papers, Inc. and NCR Corporation v. George A. Whiting Paper Company,*
Case No. 08-C-16

Dear Clerk of Court:

I would like to inform the Court that due to a conflict, I wish to withdraw from representing
Appleton Papers, Inc. in the above matter.  Attorney Michael L. Hermes has been counsel of
record for Appleton Papers, Inc. since March 6, 2008, and will continue to represent Appleton
Papers, Inc. in this matter.  Please remove me as one of the counsel of record for Appleton
Papers, Inc.

Very truly yours,

Linda M. Doyle

cc:    (via electronic mail)
Michael L. Hermes
J. Ric Gass

BST99 1569636-1.045497.0017

U.S. practice conducted through McDermott Will & Emery LLP.

227 West Monroe Street  Chicago, Illinois  60606-5096  Telephone: 312.372.2000  Facsimile: 312.984.7700  www.mwe.com