# UNITED STATES DISTRICT COURT

District of _____

APPLETON PAPERS, INC, et al.

V.

GEORGE A. WHITING PAPER CO., et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-C-16

TO: (Name and address of Defendant)

GREEN BAY PACKAGING INC.,
INTERNATIONAL PAPER COMPANY,
LEICHT TRANSFER & STORAGE COMPANY,
NEENAH FOUNDRY COMPANY,
NEWPAGE WISCONSIN SYSTEM INC.,
THE PROCTER & GAMBLE PAPER PRODUCTS COMPANY, and
WISCONSIN PUBLIC SERVICE CORP.

NM, INC.

Defendants

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MICHAEL L. HERMES
METZLER TIMM TRELEVEN & HERMES
222 CHERRY ST.
GREEN BAY, WI 54301-4223

J. ANDREW SCHLICKMAN
SIDLEY AUSTIN LLP
1 S. DEARBORN ST.
CHICAGO, IL 60603

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JON W. SANFILIPPO
CLERK

_Cheryl A Kearney_
(By) DEPUTY CLERK

DATE: April 11, 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 4-11-08 & 4-14-08 |
| NAME OF SERVER *(PRINT)* STEVEN PRUETHER | TITLE PRIVATE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: See attached affidavits _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-14-08
*Date*

*Signature of Server*

PO Box 263 Menomonee Falls WI
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.