STATE OF WISCONSIN )

WAUKESHA COUNTY )

I, Steven J. Prueher, being first duly sworn on oath says that he is now and was at the date hereinafter stated, a citizen of the State of Wisconsin and not a party to this action; that on the 11th day of April, 2008 at the City of Green Bay, in Brown County and the State of Wisconsin, he served the annexed Summons and Third Amended Complaint on Green Bay Packaging, Inc., a corporation located at 1700 North Webster Court, by delivering to and leaving with Linda Robertson, who is the Executive Assistant to Scott Wochos, who is the Registered Agent of said corporation and who is known to this affiant to be such officer or agent thereof, a true copy of said pleading and that he knew the corporation to be the defendant mentioned within said pleading; that at the time of such service he endorsed upon the copy of said pleading so served, the date on which same was served and signed his name thereto.

*/s/ Steven Prueher*

Subscribed and sworn to before me this 14th day of April, 2008.

*/s/ James M. Krause*
Notary Public, State of Wisconsin
My Commission expires 9-6-2009.

ps42516.aff