STATE OF WISCONSIN )

WAUKESHA COUNTY )

I, Steven J. Prueher, being first duly sworn on oath says that he is now and was at the date hereinafter stated, a citizen of the State of Wisconsin and not a party to this action; that on the 11th day of April, 2008 at the City of Green Bay, in Brown County and the State of Wisconsin, he served the annexed Summons and Third Amended Complaint on Leicht Transfer & Storage Company, a corporation located at 1401 State Street, by delivering to and leaving with Alan Leisgang, who is the Registered Agent of said corporation and who is known to this affiant to be such officer or agent thereof, a true copy of said pleading and that he knew the corporation to be the defendant mentioned within said pleading; that at the time of such service he endorsed upon the copy of said pleading so served, the date on which same was served and signed his name thereto.

_____

Subscribed and sworn to before me
this 14th day of April, 2008.

_____
Notary Public, State of Wisconsin
My Commission expires 9-6-2009.

ps42516.af3