STATE OF WISCONSIN )

WAUKESHA COUNTY   )

I, Steven J. Prueher, being first duly sworn on oath says that he is now and was at the date hereinafter stated, a citizen of the State of Wisconsin and not a party to this action; that on the 14th day of April, 2008 at the City of Madison, in Dane County and the State of Wisconsin, he served the annexed Summons and Third Amended Complaint on The Proctor & Gamble Paper Products Company, a corporation with a Wisconsin Registered Agent located at 8040 Excelsior Drive, by delivering to and leaving with Tamara S. Horn, who is the Senior Fulfillment Specialist for CT Corporation System, the Registered Agent of said corporation and who is known to this affiant to be such officer or agent thereof, a true copy of said pleading and that he knew the corporation to be the defendant mentioned within said pleading; that at the time of such service he endorsed upon the copy of said pleading so served, the date on which same was served and signed his name thereto.

_[signature]_

Subscribed and sworn to before me this 15th day of April, 2008.

_[signature]_
Notary Public, State of Wisconsin
My Commission expires 9-6-2009.

ps42516.af6