# Weiss Berzowski Brady LLP
ATTORNEYS AT LAW

700 North Water St.
Milwaukee, WI 53202-4273
(414) 276-5800
(414) 276-0458 Fax

400 Genesee St., Ste. D
Delafield, WI 53018-1815
(262) 646-5812
(262) 646-3340 Fax

Scott B. Fleming
Direct (414) 270-2505
sbf@wbb-law.com
Reply to Milwaukee

April 17, 2008

**VIA ELECTRONIC FILING**

Honorable William C. Griesbach
United States District Court, Eastern Division
125 South Jefferson Street
Green Bay, WI 54305-2490

      RE: **Appleton Papers, et al. v. George A. Whiting Paper Company, et al.**
            **Case No. 08-C-0016**
            **Our File No. 18995-201**

Dear Judge Griesbach:

I am writing on behalf of defendant, George A. Whiting Paper Company, to inform the Court that it takes no position and will file no response to the relief requested in the April 14, 2008 letter to the Court from plaintiffs, Appleton Papers, Inc. and NCR Corporation.

                      Very truly yours,

                      Scott B. Fleming

SBF/gms

cc: All Counsel of Record (via ECF System)
     Mr. Thomas A. Danz (via U.S. Mail)