UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

_____

APPLETON PAPERS, INC., and
NCR CORPORATION,

                               Plaintiffs,

v.                                                   Case No. 08-C-0016

GEORGE A WHITING PAPER COMPANY,
P.H. GLATFELTER COMPANY,
MENASHA CORPORATION,
GREEN BAY PACKAGING, INC.,
INTERNATIONAL PAPER COMPANY,
LEICHT TRANSFER & STORAGE COMPANY,
NEENAH FOUNDRY COMPANY,
NEWPAGE WISCONSIN SYSTEM, INC.,
THE PROCTER & GAMBLE PAPER PRODUCTS
COMPANY, and WISCONSIN PUBLIC
SERVICE CORP.,

                               Defendants.
_____

**CERTIFICATE OF SERVICE**
_____

       I hereby certify that on April 17, 2008, George A. Whiting Paper Company's letter to the Honorable William C. Griesbach was electronically filed with the Clerk of Court using the ECF system. The ECF system will send notification of the filing to:

| | |
|---|---|
| Linda Doyle, Esq. | Michael L. Hermes, Esq. |
| McDermott Will & Emery LLP | Metzler, Timm, Treleven & Hermes, S.C. |
| 227 West Monroe Street | 222 Cherry Street |
| Chicago, IL 60606 | Green Bay, WI 54301-4223 |
| | |
| J. Andrew Schlickman, Esq. | J. Ric Gass, Esq. |
| Evan B. Westerfield, Esq. | Gass Weber Mullins LLC |
| Joan Radovich, Esq. | 309 North Water Street |
| Kathleen L. Roach, Esq. | Milwaukee, WI 53202 |
| Sidley Austin LLP | |
| One South Dearborn Street | |
| Chicago, IL 60603 | |

David G. Mandelbaum, Esq.  
Marc E. Davies, Esq.  
Jennifer E. Simon, Esq.  
Ronald M. Varnum, Esq.  
Sabrina Mizrachi, Esq.  
Ballard Spahr Andrews & Ingersoll, LLP  
1735 Market Street, 51st Floor  
Philadelphia, PA 19103  

Mark R. Feldmann, Esq.  
Joseph J. Beisenstein, Esq.  
Menn Law Firm, Ltd.  
2501 East Enterprise Avenue  
Appleton, WI 54912  

Delmar R. Ehrich. Esq.  
Faegre & Benson LLP  
2200 Wells Fargo Center  
90 South Seventh Street  
Minneapolis, MN 55402  

Colin C. Diehl, Esq.  
Jacy T. Rock, Esq.  
Faegre & Benson LLP  
1700 Lincoln Street, Suite 3200  
Denver, CO 80203  

Philip A. Munroe  
Di Renzo & Bomier, LLC  
Two Neenah Center, Suite 701  
Neenah, WI 54957-0788  

Dated: April 17, 2008.

/s/ Scott B. Fleming  
State Bar No. 1016135  
Weiss Berzowski Brady LLP  
*Attorneys for the Defendant, George A. Whiting Paper Company*  
700 North Water Street Suite 1400  
Milwaukee, WI 53202  
Telephone: (414)276-5800  
Fax: (414)276-0458  
E-mail: sbf@wbb-law.com