UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

_____

APPLETON PAPERS, INC., and
NCR CORPORATION,

                      Plaintiffs,

                                                                                                           Case No. 08-C-0016

v.

GEORGE A WHITING PAPER COMPANY,
P.H. GLATFELTER COMPANY,
MENASHA CORPORATION,
GREEN BAY PACKAGING, INC.,
INTERNATIONAL PAPER COMPANY,
LEICHT TRANSFER & STORAGE COMPANY,
NEENAH FOUNDRY COMPANY,
NEWPAGE WISCONSIN SYSTEM, INC.,
THE PROCTER & GAMBLE PAPER PRODUCTS
COMPANY, and WISCONSIN PUBLIC
SERVICE CORP.,

                      Defendants.
_____

## CERTIFICATE OF SERVICE
_____

      I hereby certify that on April 18, 2008, George A. Whiting Paper Company's Answer to Third Amended Complaint and Counterclaim was electronically filed with the Clerk of Court using the ECF system. The ECF system will send notification of the filing to:

| | |
|---|---|
| Linda Doyle, Esq. | Michael L. Hermes, Esq. |
| McDermott Will & Emery LLP | Metzler, Timm, Treleven & Hermes, S.C. |
| 227 West Monroe Street | 222 Cherry Street |
| Chicago, IL  60606 | Green Bay, WI  54301-4223 |
| | |
| J. Andrew Schlickman, Esq. | J. Ric Gass, Esq. |
| Evan B. Westerfield, Esq. | Gass Weber Mullins LLC |
| Joan Radovich, Esq. | 309 North Water Street |
| Kathleen L. Roach, Esq. | Milwaukee, WI  53202 |
| Sidley Austin LLP | |
| One South Dearborn Street | |
| Chicago, IL  60603 | |

David G. Mandelbaum, Esq.
Marc E. Davies, Esq.
Jennifer E. Simon, Esq.
Ronald M. Varnum, Esq.
Sabrina Mizrachi, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

Mark R. Feldmann, Esq.
Joseph J. Beisenstein, Esq.
Menn Law Firm, Ltd.
2501 East Enterprise Avenue
Appleton, WI 54912

Delmar R. Ehrich. Esq.
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Colin C. Diehl, Esq.
Jacy T. Rock, Esq.
Faegre & Benson LLP
1700 Lincoln Street, Suite 3200
Denver, CO 80203

Philip A. Munroe
Di Renzo & Bomier, LLC
Two Neenah Center, Suite 701
Neenah, WI 54957-0788


Dated: April 18, 2008.

/s/ Scott B. Fleming
State Bar No. 1016135
Weiss Berzowski Brady LLP
*Attorneys for the Defendant, George A. Whiting Paper Company*
700 North Water Street Suite 1400
Milwaukee, WI 53202
Telephone: (414)276-5800
Fax: (414)276-0458
E-mail: sbf@wbb-law.com