UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS INC. and
NCR CORPORATION,

      Plaintiffs,

v.

GEORGE A. WHITING PAPER
COMPANY, P.H. GLATFELTER
COMPANY, MENASHA
CORPORATION, GREEN BAY
PACKAGING INC., INTERNATIONAL
PAPER COMPANY, LEICHT TRANSFER
& STORAGE COMPANY, NEENAH
FOUNDRY COMPANY, NEWPAGE
WISCONSIN SYSTEM INC., THE
PROCTER & GAMBLE PAPER
PRODUCTS COMPANY, and
WISCONSIN PUBLIC SERVICE CORP.

      Defendants.

No. 2:08-cv-00016-WCG

**DEFENDANT MENASHA CORPORATION'S MOTION TO DISMISS THIRD AMENDED COMPLAINT**

## MOTION TO DISMISS THIRD AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(1) and (6), Defendant Menasha Corporation ("Menasha") respectfully moves this Court to dismiss Counts I and III of Plaintiffs' Third Amended Complaint for the reasons stated in Menasha's previously filed Motion to Dismiss, Plaintiffs' Second Amended Complaint and Memorandum in Support thereof, which Menasha incorporates herein by reference. (Docket Nos. 63, 64).

As Plaintiffs' Response to Menasha's Motion to Dismiss notes, the Third Amended Complaint adds seven additional defendants, but does not change the allegations against Menasha. (Docket No. 92 at 2 n.1). Therefore, the filing of the Third Amended Complaint does not affect the arguments made in Menasha's Motion to Dismiss and should not affect the Court's resolution of the Motions to Dismiss. (Id.)

Menasha intends to file a Reply to Plaintiffs Response on or before May 5, 2008, in accordance with applicable federal and local rules.

Dated: April 18, 2008

        s/ Jacy T. Rock

Mark R. Feldmann
Wisconsin Bar No. 1017847
Joseph J. Beisenstein
Wisconsin Bar No. 1013866
Menn Law Firm, Ltd.
2501 E. Enterprise Avenue
P.O. Box 785
Appleton, WI 54912-0785
Telephone: 920-731-6631
Facsimile: 920-734-0981
mark-feldmann@mennlaw.com
joseph-beisenstein@mennlaw.com

Delmar R. Ehrich
Minnesota Bar No. 148660
Faegre & Benson LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402
Telephone: 612-766-7000
Facsimile: 612-766-1600
dehrich@faegre.com

Colin C. Deihl
Colorado Bar No. 19737
Jacy T. Rock
Colorado Bar No. 36717
Faegre & Benson LLP
1700 Lincoln Street, Suite 3200
Denver, CO 80203
Telephone: 303-607-3500
Facsimile: 303-607-3600
cdeihl@faegre.com
jrock@faegre.com

Attorneys for Defendant Menasha Corporation

# CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2008, **DEFENDANT MENASHA CORPORATION'S MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT** was electronically filed with the Clerk of the Court using the ECF system.

The ECF system will send notification of the filing to:

J. Andrew Schlickman
Evan B. Westerfield
Joan Radovich
Kathleen L. Roach
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
jaschlickman@sidley.com
*Counsel for NCR Corporation*

J. Ric Gass
Gass Weber Mullins LLC
309 N. Water Street, #700
Milwaukee, WI 53202-5769
gass@gasswebermullins.com
*Counsel for NCR Corporation*

Scott B. Fleming
Weiss Berzowski Brady LLP
700 N. Water Street, Suite 1400
Milwaukee, WI 53202-4206
sbf@wbb-law.com
*Counsel for George A. Whiting Paper Company*

Philip A. Monroe
Di Renzo & Bomier, LLC
Two Neenah Center, Suite 701
PO Box 788
Neenah, WI 54957-0788
pmunroe@direnzollc.com
*Counsel for George A. Whiting Paper Company*

Michael L. Hermes
Metzler Timm Treleven & Hermes SC
222 Cherry St.
Green Bay, WI 54301-4223
mhermes@mtthlaw.com
*Counsel for Appleton Papers Inc.*

David G. Mandelbaum
Marc E. Davies
Jennifer E. Simon
Ronald M. Varnum
Sabrina Mizrachi
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
mandelbaum@ballardspahr.com
daviesm@@ballardspahr.com
simonj@ballardspahr.com
varnumr@ballardspahr.com
mizrachis@ballardspahr.com
*Counsel for P.H. Glatfelter Company*

3

And a copy will be sent by U.S. Mail to the following:

Wisconsin Public Service Corporation
700 N. Adams St.
Green Bay, WI 54301

Green Bay Packaging, Inc.
1700 North Webster Court
Green Bay, WI 54302

Leicht Transfer & Storage Company
1401 State Street
Green Bay, WI 54304

Newpage Wisconsin System, Inc.
231 First Avenue N
Wisconsin Rapids, WI 54495

International Paper Company
8040 Excelsior Drive
Madison, WI 53717

Proctor & Gamble Paper Products Company
8040 Excelsior Drive
Madison, WI 53717

Neenah Foundry Company
411 E. Wisconsin Ave
Milwaukee, WI 53202

                                                                               s/ Gregory S. Apt
                                                                               Gregory S. Apt

fb.us.2789344.02