IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

APPLETON PAPERS INC. and
NCR CORPORATION,

       Plaintiffs,

    v.                                               Case No. 08-CV-00016-WCG

GEORGE A. WHITING PAPER COMPANY,
P.H. GLATFELTER COMPANY,
MENASHA CORPORATION,
GREEN BAY PACKAGING, INC.,
INTERNATIONAL PAPER COMPANY,
LEICHT TRANSFER & STORAGE COMPANY,
NEENAH FOUNDRY COMPANY,
NEWPAGE WISCONSIN SYSTEM INC.,
THE PROCTER & GAMBLE PAPER
PRODUCTS COMPANY, and
WISCONSIN PUBLIC SERVICE CORP.

       Defendants.

---

## NOTICE OF APPEARANCE

---

PLEASE TAKE NOTICE that David J. Edquist, Christopher P. Riordan, Patrick L. Wells appear for Defendant Green Bay Packaging, Inc., in the above-entitled action. Please serve all further pleadings, correspondence, and other papers on the undersigned at the addresses stated below. Please direct all ECF notices to Attorney Edquist at dedquist@vonbriesen.com; Attorney Riordan at criordan@vonbriesen.com; and Attorney Wells at pwells@vonbriesen.com.

       Dated this 22nd day of April, 2008.

Attorneys for Defendant Green Bay Packaging, Inc.

By:   s/ Patrick L. Wells
     Patrick L. Wells
     State Bar No. 1023290
     Christopher P. Riordan
     State Bar No. 1018825
     David J. Edquist
     State Bar No. 1010243
     von Briesen & Roper, s.c.
     411 East Wisconsin Ave.
     Suite 700
     Milwaukee, WI 53201-3262
     Telephone: (414) 276-1122
     Facsimile: (414) 276-6281

20952787_1.DOC