*Appleton Papers, Inc., et al., v. Green Bay Packaging, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2008, I electronically filed the *Notice of Appearance* with the Clerk of the Court using the CM/ECF system which will send notification of such filings to Joseph J. Beisenstein, joseph-beisenstein@mennlaw.com; Marc E. Davies, davies@ballardspahr.com; Colin C. Deihl, cdeihl@faegre.com; Linda M. Doyle, ldoyle@mwe.com; Delmar R. Ehrich, dehrich@faegre.com; Mark R. Feldmann, mark-feldmann@mennlaw.com; Scott B. Fleming, sbf@wbb-law.com; J. Ric Gass, gass@gasswebermullins.com; Michael L. Hermes, mhermes@mtthlaw.com; David G. Mandelbaum, mandelbaum@ballardspahr.com; Sabrina Mizrachi, mizrachis@ballardspahr.com; Philip A. Munroe, pmunroe@direnzollc.com; Joan Radovich, jradovich@sidley.com; Kathleen L. Roach, kroach@sidley.com; Jacy T. Rock, jrock@faegre.com; J. Andrew Schlickman, jaschlickman@sidley.com; Jennifer E. Simon, simonj@ballardspahr.com; Ronald M. Varnum, varnumr@ballardspahr.com; Evan B. Westerfield, evanwesterfield@sidley.com; and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

> Angela M. Tyczkowski
> Appleton Papers, Inc.
> 825 E. Wisconsin Ave.
> P.O. Box 359
> Appleton, WI 54912-0359

Dated this 22nd day of April, 2008.

> s/ Patrick L. Wells
> Patrick L. Wells
> State Bar No. 1023290
> Christopher P. Riordan
> State Bar No. 1018825
> David J. Edquist
> State Bar No. 1010243

von Briesen & Roper, s.c.
411 East Wisconsin Ave.
Suite 700
Milwaukee, WI 53201-3262
Telephone: (414) 276-1122
Facsimile: (414) 276-6281

20956303_1.DOC