# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# Green Bay Division

|  |  |
|---|---|
| APPLETON PAPERS INC. and <br> NCR CORPORATION, <br>                     Plaintiffs, <br>     v. <br> GEORGE A. WHITING PAPER CO., et al., <br>                     Defendants. | No. 08-CV-00016-WCG |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Randall M. Stone as counsel for the United States, which is <u>considering</u> participating in this matter as amicus curiae. Service of all further pleadings, documents or other papers herein, exclusive of original process, should be made upon Mr. Stone via the Court's electronic case filing system. If the need arises to serve papers via U.S. mail, hand delivery, or overnight delivery, the following addresses should be used:

<u>Via U.S. Mail:</u>

    Randall M. Stone
    U.S. Department of Justice
    Environment and Natural Resources Div.
    Environmental Enforcement Section
    P.O. Box 7611
    Ben Franklin Station
    Washington, D.C. 20044-7611
    Phone: 202-514-1308
    Fax: 202-616-6584

<u>Via Express or other Hand or Overnight Deliveries:</u>

    Randall M. Stone
    United States Department of Justice
    Environment and Natural Resources Division
    Environmental Enforcement Section
    601 D. Street, N.W – Room 2121
    Washington, DC  20004

                      Respectfully submitted,

Dated:  April 24, 2008                *s/ Randall M. Stone*
                                        RANDALL M. STONE, Senior Attorney
                                        Environmental Enforcement Section
                                        Environment and Natural Resources Division
                                        U.S. Department of Justice
                                        P.O. Box 7611
                                        Washington, DC   20044-7611
                                        Telephone:     (202) 514-1308
                                        Facsimile:      (202) 616-6584
                                        E-Mail:          randall.stone@usdoj.gov