IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS INC. and
NCR CORPORATION,

        Plaintiffs,

        v.                           Case No.  08-CV-00016-WCG

GEORGE A. WHITING PAPER COMPANY,
P.H. GLATFELTER COMPANY,
MENASHA CORPORATION,
GREEN BAY PACKAGING, INC.,
INTERNATIONAL PAPER COMPANY,
LEICHT TRANSFER & STORAGE COMPANY,
NEENAH FOUNDRY COMPANY,
NEWPAGE WISCONSIN SYSTEM INC.,
THE PROCTER & GAMBLE PAPER
PRODUCTS COMPANY, and
WISCONSIN PUBLIC SERVICE CORP.

        Defendants.

## STIPULATION FOR EXTENSION OF TIME WITHIN WHICH DEFENDANT, GREEN BAY PACKAGING, INC., MAY ANSWER THIRD AMENDED COMPLAINT

It is hereby stipulated and agreed between the Plaintiffs, Appleton Papers, Inc. and NCR Corporation, and Defendant, Green Bay Packaging, Inc., by their respective undersigned counsel, that the time within which Defendant may answer, move, or otherwise plead in response to the Plaintiff's Third Amended Complaint shall be extended for a period of 29 days, up to and including May 30, 2008.

It is further represented that:

1.      Service of process was effected April 11, 2008;

2.    The time to answer, move, or otherwise plead in response to the Plaintiff's Third Amended Complaint expires on May 1, 2008;

3.    No previous extension has been obtained or requested.


Dated April 25, 2008.                    **METZLER, TIMM, TRELEVEN & HERMES, S.C.**


                                          By:    s/Michael L. Hermes
                                                  Michael L. Hermes
                                          Attorneys for Plaintiff, Appleton Papers Inc.
                                          222 Cherry Street
                                          Green Bay, WI  54301-4223
                                          Telephone: (920) 435-9393
                                          mhermes@mtthlaw.com


Dated April 25, 2008.                    **SIDLEY AUSTIN, LLP**


                                          By:    s/J. Andrew Schlickman
                                                  J. Andrew Schlickman
                                                  Evan B. Westerfield
                                                  Joan Radovich
                                                  Kathleen L. Roach
                                          Attorneys for Plaintiff, NCR Corporation
                                          1 South Dearborn Street
                                          Chicago, IL  60603
                                          Telephone: (312) 853-7000
                                          jaschlickman@sidley.com

                                          **GASS, WEBER, MULLINS, LLC**
                                          J. Ric Gass
                                          Attorneys for Plaintiff, NCR Corporation
                                          309 N Water Street – Suite 700
                                          Milwaukee, WI  53202
                                          Telephone: (414) 223-3300
                                          gass@gasswebermullins.com

Dated April 25, 2008.                    **von BRIESEN & ROPER, s.c.**


                                         By:____s/Patrick L. Wells_____
                                                Patrick L. Wells
                                                Christopher P. Riordan
                                                David J. Edquist
                                         Attorneys for Defendant, Green Bay
                                         Packaging, Inc.
                                         411 East Wisconsin Avenue, Suite 700
                                         P.O. Box 3262
                                         Milwaukee, WI 53201-3262
                                         Telephone: (414) 276-1122
                                         pwells@vonbriesen.com

20956702_1.DOC