IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS INC. and
NCR CORPORATION,

        Plaintiffs,

        v.                                    Case No. 08-CV-00016-WCG

GEORGE A. WHITING PAPER COMPANY,
P.H. GLATFELTER COMPANY,
MENASHA CORPORATION,
GREEN BAY PACKAGING, INC.,
INTERNATIONAL PAPER COMPANY,
LEICHT TRANSFER & STORAGE COMPANY,
NEENAH FOUNDRY COMPANY,
NEWPAGE WISCONSIN SYSTEM INC.,
THE PROCTER & GAMBLE PAPER
PRODUCTS COMPANY, and
WISCONSIN PUBLIC SERVICE CORP.

        Defendants.

## ORDER FOR EXTENSION OF TIME WITHIN WHICH DEFENDANT, GREEN BAY PACKAGING, INC., MAY ANSWER THIRD AMENDED COMPLAINT

IT IS HEREBY ORDERED that, based upon the stipulation of the parties, the time within which Defendant Green Bay Packaging, Inc. shall answer, move, or otherwise plead in response to the Plaintiff's Third Amended Complaint is extended for a period of 29 days, up to and including May 30, 2008.

        Dated this ____ day of April, 2008.

                                                              Honorable William C. Griesbach