IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and <br> NCR CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> GEORGE A. WHITING PAPER COMPANY, <br> P.H. GLATFELTER COMPANY, MENASHA <br> CORPORATION, GREEN BAY PACKAGING <br> INC., INTERNATIONAL PAPER COMPANY, <br> LEICHT TRANSFER & STORAGE COMPANY, <br> NEENAH FOUNDRY COMPANY, NEWPAGE <br> WISCONSIN SYSTEM INC., THE PROCTER <br> & GAMBLE PAPER PRODUCTS, and <br> WISCONSIN PUBLIC SERVICE CORP. <br><br> Defendants. | No. 2:08-cv-00016-WCG |

**DEFENDANT P.H. GLATFELTER COMPANY'S MOTION TO DISMISS IN PART
PLAINTIFFS' THIRD AMENDED COMPLAINT**

Defendant P.H. Glatfelter Company ("Glatfelter"), by its undersigned counsel, respectfully moves this Court to dismiss in part Plaintiffs Appleton Papers Inc.'s and NCR Corporation's Third Amended Complaint, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. Glatfelter seeks the same relief that it sought in its Motion to Dismiss in Part Plaintiffs' Second Amended Complaint (Dkt. No. 58) -- that is, to dismiss (i) all portions of Counts I and II of the Third Amended Complaint seeking to recover from Glatfelter "OU1 Response Activities and Costs" as defined in the consent decree entered in *United States v. P.H. Glatfelter Co.*, No. 2:03-cv-949-LA, (ii) all portions of Count I of the Third Amended Complaint seeking to recover natural resource damages, and (iii) Count III of the Third Amended

Complaint in its entirety -- for the same reasons set forth in that motion and the accompanying Memorandum in Support (Dkt. No. 58). Therefore, Glatfelter incorporates herein by reference its Motion to Dismiss in Part Plaintiffs' Second Amended Complaint, its Memorandum in Support of that motion, and its proposed Order (Dkt. No. 58).

Glatfelter files this present motion to dismiss out of an abundance of caution, although plaintiffs acknowledge that the Third Amended Complaint adds seven additional defendants but does not alter the allegations against Glatfelter. (Plaintiffs' Consolidated Response to Defendants P.H. Glatfelter Company's and Menasha Corporations' Motions to Dismiss, Dkt. No. 92 at 2 n.1). Therefore, plaintiffs' filing of the Third Amended Complaint does not affect the arguments made in Glatfelter's Motion to Dismiss in Part Plaintiffs' Second Amended Complaint and should not affect the Court's resolution of the motion to dismiss.

Plaintiffs have already responded to Glatfelter's prior motion to dismiss, and therefore Glatfelter does not anticipate that plaintiffs need respond to this present motion to dismiss.

Respectfully submitted,

s/ Ronald M. Varnum_____
David G. Mandelbaum
Marc E. Davies
Sabrina Mizrachi
Jennifer E. Simon
Ronald M. Varnum
BALLARD SPAHR ANDREWS &
INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Tel. 215-665-8500

Attorneys for Defendant,
P.H. Glatfelter Company

Of Counsel:

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 864-8102 (Mr. Mandelbaum direct)
(215) 864-9761 (facsimile)
mandelbaum@ballardspahr.com
davies@ballardspahr.com
mizrachis@ballardspahr.com
simonj@ballardspahr.com
varnumr@ballardspahr.com

Dated: April 28, 2008

## CERTIFICATE OF SERVICE

I hereby certify that, on this 28th day of April, 2008, a true and correct copy of the foregoing Defendant P.H. Glatfelter Company's Motion to Dismiss in Part Plaintiffs' Third Amended Complaint was filed electronically via the Electronic Court Filing system and is available for viewing and downloading by the following:

| | |
|---|---|
| Michael L. Hermes, Esquire<br>Metzler Timm Treleven & Hermes SC<br>222 Cherry St<br>Green Bay, WI 54301-4223 | J. Andrew Schlickman, Esquire<br>Evan B. Westerfield, Esquire<br>Joan Radovich, Esquire<br>Kathleen L. Roach, Esquire<br>Sidley Austin LLP<br>1 S. Dearborn Street<br>Chicago, IL 60603 |
| J. Ric Gass, Esquire<br>Gass Weber Mullins LLC<br>309 N Water St - Ste 700<br>Milwaukee, WI 53202 | Scott B. Fleming, Esquire<br>Weiss Berzowski Brady LLP<br>700 North Water Street, Suite 1400<br>Milwaukee, WI 53202 |
| Philip A. Munroe, Esquire<br>DiRenzo & Bomier, LLC<br>Two Neenah Center, Suite 701<br>P.O. Box 788<br>Neenah, WI 54957-0788 | Mark R. Feldmann, Esquire<br>Joseph J. Beisenstein<br>Menn Law Firm, Ltd.<br>2501 E. Enterprise Avenue<br>P.O. Box 785<br>Appleton, WI 54912-0785 |
| Colin C. Deihl, Esquire<br>Jacy T. Rock, Esquire<br>Faegre & Benson LLP<br>1700 Lincoln Street, Suite 3200<br>Denver, CO 80203 | Delmar R. Ehrich, Esquire<br>Faegre & Benson LLP<br>2200 Wells Fargo Center<br>90 S. Seventh Street<br>Minneapolis, MN 55402 |

| | |
|---|---|
| Christopher P. Riordan<br>David J. Edquist<br>Patrick L. Wells<br>von Briesen & Roper SC<br>411 E Wisconsin Ave - Ste 700<br>PO Box 3262<br>Milwaukee, WI 53201-3262 | Randall M Stone<br>United States Department of Justice (DC)<br>Environment & Natural Resources Division<br>PO Box 7611<br>Washington, DC 20044 |

In addition, a copy will be sent by U.S. Mail to the following:

| | |
|---|---|
| Wisconsin Public Service Corporation<br>700 N. Adams St.<br>Green Bay, WI 54301 | Leicht Transfer & Storage Company<br>1401 State Street<br>Green Bay, WI 54304 |
| Newpage Wisconsin System, Inc.<br>231 First Avenue N<br>Wisconsin Rapids, WI 54495 | International Paper Company<br>8040 Excelsior Drive<br>Madison, WI 53717 |
| Proctor & Gamble Paper Products Company<br>8040 Excelsior Drive<br>Madison, WI 53717 | Neenah Foundry Company<br>411 E. Wisconsin Ave<br>Milwaukee, WI 53202 |

                                                  s/ Ronald M. Varnum_____
                                                  Ronald M. Varnum