IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION,<br><br>       Plaintiffs,<br><br>v.<br><br>GEORGE A. WHITING PAPER COMPANY,<br>P.H. GLATFELTER COMPANY,<br>MENASHA CORPORATION,<br>GREEN BAY PACKAGING, INC.,<br>INTERNATIONAL PAPER COMPANY,<br>LEICHT TRANSFER & STORAGE COMPANY,<br>NEENAH FOUNDRY COMPANY,<br>NEWPAGE WISCONSIN SYSTEM INC.,<br>THE PROCTER & GAMBLE PAPER PRODUCTS<br>COMPANY, and WISCONSIN PUBLIC SERVICE<br>CORP.,<br><br>       Defendants. | DEFENDANT LEICHT TRANSFER &<br>STORAGE COMPANY'S<br>DISCLOSURE STATEMENT<br><br>Case No. 08-CV-00016-WCG |

Leicht Transfer & Storage Company makes the following disclosure in compliance with

Federal Rule of Civil Procedure 7.1:

  1.  Does the named party have a parent corporation?

    YES X            NO_____

    If the answer is YES, identify below the parent corporation:

    RGL Holdings, Inc.

  2.  Is 10% or more of the named party's stock owned by a publicly owned

corporation?

    YES_____          NO X 

    If the answer is YES, identify below the owners:

Not applicable.

Dated this 29th day of April, 2008.

>RUDER WARE
>Attorneys for Defendant Leicht Transfer & Storage
>Company
>
>
>By: s/ Russell W. Wilson
>    Russell W. Wilson
>    State Bar No. 1017482
>    RUDER WARE
>    500 First Street, Suite 8000
>    P.O. Box 8050
>    Wausau, WI 54402-8050
>    Telephone: 715.845.4336
>    Fax: 715.845.2718
>    Email: rwilson@ruderware.com

CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on April 29, 2008, a copy of Leicht Transfer & Storage Company's Disclosure Statement was filed electronically.  Notice of this filing will be sent to counsel listed below by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Michael L. Hermes, Esq.
Metzler, Timm, Treleven & Hermes, S.C.
222 Cherry Street
Green Bay, WI  54301-4223
mhermes@mtthlaw.com

Evan B. Westerfield, Esq.
J. Andrew Schlickman, Esq.
Joan Radovich, Esq.
Kathleen L. Roach, Esq.
Sidley Austin, LLP
1 South Dearborn Street
Chicago, IL  60603
evanwesterfield@sidley.com
jaschlickman@sidley.com
jradovich@sidley.com
kroach@sidley.com

J. Ric Gass, Esq.
Gass Weber Mullins LLC
309 North Water Street, Suite 700
Milwaukee, WI  53202
gass@gasswebermullins.com

Delmar R. Ehrich, Esq.
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN  55402-3901
dehrich@faegre.com

Philip A. Munroe, Esq.
DiRenzo & Bomier, LLC
Two Neenah Center, Suite 701
P.O. Box 788
Neenah, WI  54957-0788
pmunroe@direnzollc.com

Jennifer E. Simon, Esq.
Marc E. Davies, Esq.
Ronald M. Varnum, Esq.
Sabrina Mizrachi, Esq.
David G. Mandelbaum, Esq.
Ballard, Spahr, Andrews & Ingersoll, LLP
1735 Market Street – 51st Floor
Philadelphia, PA  19103
simonj@ballardspahr.com
davies@ballardspahr.com
varnumr@ballardspahr.com
mizrachis@ballardspahr.com
mandelbaum@ballardspahr.com

Scott B. Fleming, Esq.
Weiss Berzowski Brady LLP
700 North Water Street, Suite 1400
Milwaukee, WI  53202-4206
sbf@wbb-law.com

| | |
|---|---|
| Joseph J. Beisenstein, Esq.<br>Mark R. Feldmann, Esq.<br>Menn Law Firm, Ltd.<br>2501 East Enterprise Avenue<br>P.O. Box 785<br>Appleton, WI 54912-0785<br>joseph-beisenstein@mennlaw.com<br>mark-feldmann@mennlaw.com | Colin C. Deihl, Esq.<br>Jacy T. Rock, Esq.<br>Faegre & Benson, LLP<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO 80203<br>cdeihl@faegre.com<br>jrock@faegre.com |
| Christopher P. Riordan, Esq.<br>David J. Edquist, Esq.<br>Patrick L. Wells, Esq.<br>von Briesen & Roper, S.C.<br>411 East Wisconsin Avenue, Suite 700<br>P.O. Box 3262<br>Milwaukee, WI 53201-3262<br>criordan@vonbriesen.com<br>dedquist@vonbriesen.com<br>pwells@vonbriesen.com | Randall M. Stone<br>United States Department of Justice (DC)<br>Environment & Natural Resources Division<br>P.O. Box 7611<br>Washington, DC 20044<br>randall.stone@usdoj.gov |

    The undersigned hereby certifies that on April 29, 2008, a copy of Leicht Transfer & Storage Company's Disclosure Statement was filed electronically and has been sent via first-class U.S. Mail, postage prepaid and properly addressed to the following parties:

| | |
|---|---|
| International Paper Company<br>c/o CT Corporation System, Registered Agent<br>8040 Excelsior Drive, Suite 200<br>Madison, WI 53717 | Wisconsin Public Service Corporation<br>c/o Barth J. Wolf<br>700 North Adams Street<br>P.O. Box 19001<br>Green Bay, WI 54307-9001 |
| Neenah Foundry Co.<br>c/o Lawdock, Inc., Registered Agent<br>411 East Wisconsin Avenue, Suite 2040<br>Milwaukee, WI 53202-4497 | Proctor & Gamble Paper Products Company<br>c/o CT Corporation System, Registered Agent<br>8040 Excelsior Drive, Suite 200<br>Madison, WI 53717 |
| Newpage Wisconsin System, Inc.<br>c/o Carl Wartman<br>231 First Avenue North<br>Wisconsin Rapids, WI 54495 | |

    s/ Russell W. Wilson
    Russell W. Wilson