IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION,<br><br>         Plaintiffs**,**<br><br>v.<br><br>GEORGE A. WHITING PAPER COMPANY,<br>P.H. GLATFELTER COMPANY,<br>MENASHA CORPORATION,<br>GREEN BAY PACKAGING, INC.,<br>INTERNATIONAL PAPER COMPANY,<br>LEICHT TRANSFER & STORAGE COMPANY,<br>NEENAH FOUNDRY COMPANY,<br>NEWPAGE WISCONSIN SYSTEM INC.,<br>THE PROCTER & GAMBLE PAPER PRODUCTS<br>COMPANY, and WISCONSIN PUBLIC SERVICE<br>CORP.,<br><br>         Defendants. | DEFENDANT LEICHT TRANSFER &<br>STORAGE COMPANY'S MOTION TO<br>DISMISS<br><br>Case No. 08-CV-00016-WCG |

## **MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(1) and (6), Defendant Leicht Transfer & Storage Company ("Leicht"), by its attorneys, Ruder, Ware, L.L.S.C., respectfully moves this Court to dismiss Counts I and III of plaintiffs' Third Amended Complaint.

Plaintiffs' Count I should be dismissed because the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA") does not permit the plaintiffs to assert claims under both Section 107 and Section 113 (42 U.S.C. §§ 9607 and 9613, respectively). If the plaintiffs are entitled to relief in this case, their relief is limited to contribution under Section 113 of CERCLA because, according to their own allegations and matters of public record

referred to in the Third Amended Complaint, demonstrate they incurred costs voluntarily only after state and federal agencies stepped in to address pollution in the Lower Fox River. The Court should therefore dismiss their Section 107 claim. In addition, the plaintiffs lack standing to seek natural resource damages under Section 107(a)(4)(C) because only governmental agencies may recover those damages.

The Court should also dismiss the plaintiff's Count III for two reasons: the express language does not authorize declaratory judgments under Section 113, and this Court cannot fully and accurately allocate those shares for the entire future cleanup of the Fox River at this time.

This Motion to Dismiss is accompanied by Defendant Leicht's Memorandum in Support of Motion to Dismiss, which has been filed and served concurrently with this Motion in accordance with the Local Rules.

Dated this 29th day of April, 2008.

                RUDER WARE
                Attorneys for Defendant Leicht Transfer & Storage Company


                By: s/ Russell W. Wilson
                    Russell W. Wilson
                    State Bar No. 1017482
                    RUDER WARE
                    500 First Street, Suite 8000
                    P.O. Box 8050
                    Wausau, WI  54402-8050
                    Telephone:  715.845.4336
                    Fax:  715.845.2718
                    Email:  rwilson@ruderware.com

CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on April 29, 2008, a copy of Leicht Transfer & Storage Company's Motion to Dismiss and Leicht Transfer & Storage Company's Memorandum in Support of Motion to Dismiss were filed electronically. Notice of this filing will be sent to counsel listed below by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Michael L. Hermes, Esq.
Metzler, Timm, Treleven & Hermes, S.C.
222 Cherry Street
Green Bay, WI 54301-4223
mhermes@mtthlaw.com

Evan B. Westerfield, Esq.
J. Andrew Schlickman, Esq.
Joan Radovich, Esq.
Kathleen L. Roach, Esq.
Sidley Austin, LLP
1 South Dearborn Street
Chicago, IL 60603
evanwesterfield@sidley.com
jaschlickman@sidley.com
jradovich@sidley.com
kroach@sidley.com

J. Ric Gass, Esq.
Gass Weber Mullins LLC
309 North Water Street, Suite 700
Milwaukee, WI 53202
gass@gasswebermullins.com

Delmar R. Ehrich, Esq.
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402-3901
dehrich@faegre.com

Philip A. Munroe, Esq.
DiRenzo & Bomier, LLC
Two Neenah Center, Suite 701
P.O. Box 788
Neenah, WI 54957-0788
pmunroe@direnzollc.com

Jennifer E. Simon, Esq.
Marc E. Davies, Esq.
Ronald M. Varnum, Esq.
Sabrina Mizrachi, Esq.
David G. Mandelbaum, Esq.
Ballard, Spahr, Andrews & Ingersoll, LLP
1735 Market Street – 51st Floor
Philadelphia, PA 19103
simonj@ballardspahr.com
davies@ballardspahr.com
varnumr@ballardspahr.com
mizrachis@ballardspahr.com
mandelbaum@ballardspahr.com

Scott B. Fleming, Esq.
Weiss Berzowski Brady LLP
700 North Water Street, Suite 1400
Milwaukee, WI 53202-4206
sbf@wbb-law.com

| | |
|---|---|
| Joseph J. Beisenstein, Esq.<br>Mark R. Feldmann, Esq.<br>Menn Law Firm, Ltd.<br>2501 East Enterprise Avenue<br>P.O. Box 785<br>Appleton, WI 54912-0785<br>joseph-beisenstein@mennlaw.com<br>mark-feldmann@mennlaw.com | Colin C. Deihl, Esq.<br>Jacy T. Rock, Esq.<br>Faegre & Benson, LLP<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO 80203<br>cdeihl@faegre.com<br>jrock@faegre.com |
| Christopher P. Riordan, Esq.<br>David J. Edquist, Esq.<br>Patrick L. Wells, Esq.<br>von Briesen & Roper, S.C.<br>411 East Wisconsin Avenue, Suite 700<br>P.O. Box 3262<br>Milwaukee, WI 53201-3262<br>criordan@vonbriesen.com<br>dedquist@vonbriesen.com<br>pwells@vonbriesen.com | Randall M. Stone<br>United States Department of Justice (DC)<br>Environment & Natural Resources Division<br>P.O. Box 7611<br>Washington, DC 20044<br>randall.stone@usdoj.gov |

The undersigned hereby certifies that on April 29, 2008, a copy of the foregoing Leicht Transfer & Storage Company's Motion to Dismiss and Leicht Transfer & Storage Company's Memorandum in Support of Motion to Dismiss were filed electronically and have been sent via first-class U.S. Mail, postage prepaid and properly addressed to the following parties:

| | |
|---|---|
| International Paper Company<br>c/o CT Corporation System, Registered Agent<br>8040 Excelsior Drive, Suite 200<br>Madison, WI 53717 | Wisconsin Public Service Corporation<br>c/o Barth J. Wolf<br>700 North Adams Street<br>P.O. Box 19001<br>Green Bay, WI 54307-9001 |
| Neenah Foundry Co.<br>c/o Lawdock, Inc., Registered Agent<br>411 East Wisconsin Avenue, Suite 2040<br>Milwaukee, WI 53202-4497 | Proctor & Gamble Paper Products Company<br>c/o CT Corporation System, Registered Agent<br>8040 Excelsior Drive, Suite 200<br>Madison, WI 53717 |
| Newpage Wisconsin System, Inc.<br>c/o Carl Wartman<br>231 First Avenue North<br>Wisconsin Rapids, WI 54495 | |

                                                          s/ Russell W. Wilson
                                                          Russell W. Wilson