IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS INC. and
NCR CORPORATION,

    Plaintiffs,

v.    Case No. 08-CV-00016-WCG

GEORGE A. WHITING PAPER COMPANY,
P.H. GLATFELTER COMPANY,
MENASHA CORPORATION,
GREEN BAY PACKAGING, INC.,
INTERNATIONAL PAPER COMPANY,
LEICHT TRANSFER & STORAGE COMPANY,
NEENAH FOUNDRY COMPANY,
NEWPAGE WISCONSIN SYSTEM INC.,
THE PROCTER & GAMBLE PAPER
PRODUCTS COMPANY, and
WISCONSIN PUBLIC SERVICE CORP.

    Defendants.

## CERTIFICATE OF INTEREST

The undersigned, counsel for Defendant Green Bay Packaging, Inc. furnishes the following information in compliance with Local Rule 83.9:

(1)    Green Bay Packaging, Inc.

(2)    Green Bay Packaging, Inc. is a corporation.

    (i)    It has no parent corporation.

    (ii)    There are no corporate stockholders which are publicly held companies owning 10 percent or more of the stock of Green Bay Packaging, Inc.

(3)    Green Bay Packaging, Inc. is represented by von Briesen & Roper, s.c.

Dated April 30, 2008.    **von BRIESEN & ROPER, s.c.**

By: s/Patrick L. Wells
    Patrick L. Wells
    Christopher P. Riordan
    David J. Edquist
Attorneys for Defendant, Green Bay
Packaging, Inc.
411 East Wisconsin Avenue, Suite 700
P.O. Box 3262
Milwaukee, WI 53201-3262
Telephone: (414) 276-1122
pwells@vonbriesen.com

20961676_1.DOC