IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and NCR CORPORATION,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GEORGE A. WHITING PAPER COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. 08-CV-00016-WCG |

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2008, I electronically filed the *Certificate of Interest* with the Clerk of the Court using the CM/ECF system which will send notification of such filings to Joseph J. Beisenstein, joseph-beisenstein@mennlaw.com; Marc E. Davies, davies@ballardspahr.com; Colin C. Deihl, cdeihl@faegre.com; Delmar R. Ehrich, dehrich@faegre.com; Mark R. Feldmann, mark-feldmann@mennlaw.com; Scott B. Fleming, sbf@wbb-law.com; J. Ric Gass, gass@gasswebermullins.com; Michael L. Hermes, mhermes@mtthlaw.com; David G. Mandelbaum, mandelbaum@ballardspahr.com; Sabrina Mizrachi, mizrachis@ballardspahr.com; Philip A. Munroe, pmunroe@direnzollc.com; Joan Radovich, jradovich@sidley.com; Kathleen L. Roach, kroach@sidley.com; Jacy T. Rock, jrock@faegre.com; J. Andrew Schlickman, jaschlickman@sidley.com; Jennifer E. Simon, simonj@ballardspahr.com; Ronald M. Varnum, varnumr@ballardspahr.com; Evan B. Westerfield, evanwesterfield@sidley.com.

Dated this 30th day of April, 2008.

　　　　　　　　　　　　　　　　　　　　s/ Patrick L. Wells
　　　　　　　　　　　　　　　　　　　　Patrick L. Wells, SBN 1023290
　　　　　　　　　　　　　　　　　　　　Christopher P. Riordan, SBN 1018825
　　　　　　　　　　　　　　　　　　　　David J. Edquist, SBN 1010243
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant, Green Bay Packaging, Inc.*
　　　　　　　　　　　　　　　　　　　　von Briesen & Roper, s.c.
　　　　　　　　　　　　　　　　　　　　411 East Wisconsin Ave., #700
　　　　　　　　　　　　　　　　　　　　Milwaukee, WI 53202
　　　　　　　　　　　　　　　　　　　　Telephone: (414) 276-1122
　　　　　　　　　　　　　　　　　　　　Facsimile: (414) 276-6281

20961855_1.DOC