UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS, INC. and
NCR CORPORATION,

        Plaintiffs,

        v.

Case No. 08-C-00016-WCG

GEORGE A. WHITING PAPER COMPANY,
P. H. GLATFELTER COMPANY,
MENASHA CORPORATION,
GREEN BAY PACKAGING INC.,
INTERNATIONAL PAPER COMPANY,
LEICHT TRANSFER & STORAGE COMPANY,
NEENAH FOUNDRY COMPANY,
NEWPAGE WISCONSIN SYSTEM INC.,
THE PROCTER & GAMBLE PAPER
PRODUCTS COMPANY, and
WISCONSIN PUBLIC SERVICE CORP.

        Defendants,

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears in the above captioned action as counsel for Defendant Wisconsin Public Service Corporation.

We certify that we are admitted to practice in this Court.

Dated this 30th day of April, 2008.

                                    s/s Linda E. Benfield
                              Linda E. Benfield, Esq. (1004937)
                              Sarah A. Slack, Esq. (1056510)
                              777 East Wisconsin Avenue
                              Milwaukee, WI 53202-5306
                              414.271.2400
                              414.297.4900  (facsimile)
                              Email:  lbenfield@foley.com;
                              sslack@foley.com
                              Attorneys    for    Defendant    WISCONSIN
                              PUBLIC SERVICE CORPORATION