UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS, INC. and
NCR CORPORATION,

        Plaintiffs,

        v.

Case No. 08-C-00016-WCG

GEORGE A. WHITING PAPER COMPANY,
P. H. GLATFELTER COMPANY,
MENASHA CORPORATION,
GREEN BAY PACKAGING INC.,
INTERNATIONAL PAPER COMPANY,
LEICHT TRANSFER & STORAGE COMPANY,
NEENAH FOUNDRY COMPANY,
NEWPAGE WISCONSIN SYSTEM INC.,
THE PROCTER & GAMBLE PAPER
PRODUCTS COMPANY, and
WISCONSIN PUBLIC SERVICE CORP.

        Defendants,

## DEFENDANT WISCONSIN PUBLIC SERVICE CORPORATION'S CERTIFICATE OF INTEREST

PLEASE TAKE NOTICE that the undersigned, as counsel of record for Defendant Wisconsin Public Service Corporation, furnishes the following list in compliance with General L.R. 83.9:

(a) (1)     Wisconsin Public Service Corporation.

(a) (2) (i)     Integrys Energy Group, Inc.

(a) (2) (ii)     Integrys Energy Group, Inc., a publicly-traded company, is the sole stockholder of Wisconsin Public Service Corporation.

(a)(3)  Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306

Dated this 30th day of April, 2008.

s/s Linda E. Benfield
Linda E. Benfield, Esq. (1004937)
Sarah A. Slack, Esq. (1056510)
777 East Wisconsin Avenue
Milwaukee WI 53202-5306
414.271.2400
414.297.4900 (facsimile)
E-mail: lbenfield@foley.com;
sslack@foley.com
Attorneys for Defendant WISCONSIN
PUBLIC SERVICE CORPORATION