IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. AND NCR CORPORATION,<br><br>   Plaintiffs,<br><br> v.<br><br>GEORGE A. WHITING PAPER COMPANY, et al.,<br><br>   Defendants. | Case No.  08-CV-00016-WCG |

## NOTICE OF APPEARANCE

  PLEASE TAKE NOTICE that Arthur F. Radke appears for The Procter & Gamble Paper Products Company in the above-entitled action. Please serve all further pleadings, correspondence, and other papers on the undersigned at the address stated below. Please direct all ECF notices to Attorney Radke at ARadke@dykema.com.

Date: April 30, 2008

Respectfully submitted,

Attorneys for Defendant The Procter & Gamble Paper Products Company

By: /s/ Arthur F. Radke___
Arthur F. Radke (SBN 1013061)
Dykema Gossett PLLC
10 S. Wacker Drive
Suite 2300
Chicago, Illinois 60606
Telephone: (312) 876-1700
Facsimile: (312) 627-2302

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2008, I electronically filed the foregoing **Notice of Appearance** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

>Joseph J Beisenstein (joseph-beisenstein@mennlaw.com)
>Marc E Davies (davies@ballardspahr.com)
>Colin C Deihl (cdeihl@faegre.com)
>David J Edquist (dedquist@vonbriesen.com)
>Delmar R Ehrich (dehrich@faegre.com)
>Mark R Feldmann (mark-feldmann@mennlaw.com)
>Scott B Fleming (sbf@wbb-law.com)
>J Ric Gass (gass@gasswebermullins.com)
>Michael L Hermes (mhermes@mtthlaw.com)
>David G Mandelbaum (mandelbaum@ballardspahr.com)
>Sabrina Mizrachi (mizrachis@ballardspahr.com)
>Philip A Munroe (pmunroe@direnzollc.com)
>Joan Radovich (jradovich@sidley.com)
>Christopher P Riordan (criordan@vonbriesen.com)
>Kathleen L Roach (kroach@sidley.com)
>Jacy T Rock (jrock@faegre.com)
>J Andrew Schlickman (jaschlickman@sidley.com)
>Jennifer E Simon (simonj@ballardspahr.com)
>Sarah A Slack (sslack@foley.com)
>Randall M Stone (randall.stone@usdoj.gov)
>Ronald M Varnum (varnumr@ballardspahr.com)
>Patrick L Wells (pwells@vonbriesen.com)
>Evan B Westerfield (evanwesterfield@sidley.com)
>Russell W Wilson (rwilson@ruderware.com)

s/ Irina V. Frye