IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. AND NCR CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE A. WHITING PAPER COMPANY, et al.,<br><br>Defendants. | Case No.     08-CV-00016-WCG |

**STIPULATION FOR EXTENSION OF TIME FOR THE PROCTER & GAMBLE PAPER PRODUCTS COMPANY TO ANSWER THE THIRD AMENDED COMPLAINT**

It is hereby stipulated and agreed between the Plaintiffs, Appleton Papers, Inc. and NCR Corporation, and Defendant The Procter & Gamble Paper Products Company, by their respective undersigned counsel, that the time within which Defendant may answer, move, or otherwise plead in response to the Plaintiff's Third Amended Complaint shall be extended for a period of 30 days, up to and included June 4, 2008.

Date: April 30, 2008

Respectfully submitted,

**METZLER, TIMM, TRELEVEN & HERMES, S.C.**

By: /s/ Michael L. Hermes
Michael L. Hermes
**Attorneys for Plaintiff, Appleton Papers Inc.**
222 Cherry Street
Green Bay, WI 54301-4223
Telephone: (920) 435-9393
mhermes@mtthlaw.com

**SIDLEY AUSTIN, LLP**

By: /s/ J. Andrew Schlickman___
J. Andrew Schlickman
Evan B. Westerfield
Joan Radovich
Kathleen L. Roach
**Attorneys for Plaintiff, NCR Corporation**
1 South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
jaschlickman@sidley.com

**GASS, WEBER, MULLINS, LLC**
J. Ric Gass
**Attorneys for Plaintiff, NCR Corporation**
309 N Water Street – Suite 700
Milwaukee, WI 53202
Telephone: (414) 223-3300
gass@gasswebermullins.com


**DYKEMA GOSSETT PLLC**

By: /s/ Arthur F. Radke___
Arthur F. Radke
**Attorney for Defendant The Procter & Gamble Paper Products Company**
10 S. Wacker Drive
Suite 2300
Chicago, Illinois 60606
Telephone: (312) 876-1700
Facsimile: (312) 627-2302
aradke@dykema.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2008, I electronically filed the foregoing **Stipulation for Extension of Time for The Procter & Gamble Paper Products Company to Answer the Third Amended Complaint** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

> Joseph J Beisenstein (joseph-beisenstein@mennlaw.com)
> Marc E Davies (davies@ballardspahr.com)
> Colin C Deihl (cdeihl@faegre.com)
> David J Edquist (dedquist@vonbriesen.com)
> Delmar R Ehrich (dehrich@faegre.com)
> Mark R Feldmann (mark-feldmann@mennlaw.com)
> Scott B Fleming (sbf@wbb-law.com)
> J Ric Gass (gass@gasswebermullins.com)
> Michael L Hermes (mhermes@mtthlaw.com)
> David G Mandelbaum (mandelbaum@ballardspahr.com)
> Sabrina Mizrachi (mizrachis@ballardspahr.com)
> Philip A Munroe (pmunroe@direnzollc.com)
> Joan Radovich (jradovich@sidley.com)
> Christopher P Riordan (criordan@vonbriesen.com)
> Kathleen L Roach (kroach@sidley.com)
> Jacy T Rock (jrock@faegre.com)
> J Andrew Schlickman (jaschlickman@sidley.com)
> Jennifer E Simon (simonj@ballardspahr.com)
> Sarah A Slack (sslack@foley.com)
> Randall M Stone (randall.stone@usdoj.gov)
> Ronald M Varnum (varnumr@ballardspahr.com)
> Patrick L Wells (pwells@vonbriesen.com)
> Evan B Westerfield (evanwesterfield@sidley.com)
> Russell W Wilson (rwilson@ruderware.com)

>> s/ Irina V. Frye