IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. AND NCR CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE A. WHITING PAPER COMPANY, et al.,<br><br>Defendants. | Case No.     08-CV-00016-WCG |

**ORDER FOR EXTENSION OF TIME FOR THE PROCTER & GAMBLE PAPER PRODUCTS COMPANY TO ANSWER THE THIRD AMENDED COMPLAINT**

IT IS HEREBY ORDERED that, based upon the stipulation of the parties, the time within which Defendant The Procter & Gamble Paper Products Company shall answer, move, or otherwise plead in response to the Plaintiff's Third Amended Complaint is extended for a period of 30 days, up to and included June 4, 2008.

Dated this ___ day of April, 2008

_____
Honorable William C. Griesbach