UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS, INC. and
NCR CORPORATION,

        Plaintiffs,

        v.

Case No. 08-C-00016-WCG

GEORGE A. WHITING PAPER COMPANY,
P. H. GLATFELTER COMPANY,
MENASHA CORPORATION,
GREEN BAY PACKAGING INC.,
INTERNATIONAL PAPER COMPANY,
LEICHT TRANSFER & STORAGE COMPANY,
NEENAH FOUNDRY COMPANY,
NEWPAGE WISCONSIN SYSTEM INC.,
THE PROCTER & GAMBLE PAPER
PRODUCTS COMPANY, and
WISCONSIN PUBLIC SERVICE CORP.

        Defendants,

## CERTIFICATE OF SERVICE

        I hereby certify that on April 30, 2008, I electronically filed the Notice of Appearance of Linda E. Benfield and Sarah A. Slack, as well as Wisconsin Public Service Corporation's Certificate of Interest on behalf of Wisconsin Public Service Corporation with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

    Michael L. Hermes
    Evan B. Westerfield
    J. Ric Gass
    J. Andrew Schlickman
    Joan Radovich
    Kathleen L. Roach
    Philip A. Munroe

Scott B. Fleming
Jennifer E. Simon
Marc E. Davies
Ronald M. Varnum
Sabrina Mizrachi
David G. Mendelbaum
Joseph J. Beisenstein
Colin C. Deihl
Delmar R. Ehrich
Jacy T. Rock
Mark R. Feldmann
Christopher P. Riordan
David J. Edquist
Patrick L. Wells
Randall M. Stone
Russell W. Wilson

Dated this 30th day of April, 2008.

                                  s/s Sarah A. Slack
Sarah A. Slack, Esq. (1056510)
777 East Wisconsin Avenue
Milwaukee WI  53202-5306
414.271.2400
414.297.4900 (facsimile)
E-mail:sslack@foley.com
Attorney for Defendant WISCONSIN PUBLIC SERVICE CORPORATION