UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS INC. and NCR CORPORATION,

    Plaintiffs,

v.                                                                    Case No. 08-C-0016

GEORGE A. WHITING PAPER COMPANY, et al.,

    Defendants.

**ORDER FOR EXTENSION OF TIME FOR
THE PROCTER & GAMBLE PAPER PRODUCTS COMPANY
TO ANSWER THE THIRD AMENDED COMPLAINT**

**IT IS HEREBY ORDERED** that, based upon the stipulation of the parties, the time within which Defendant The Procter & Gamble Paper Products Company shall answer, move, or otherwise plead in response to the Plaintiff's Third Amended Complaint is extended for a period of 30 days, up to and included June 4, 2008.

    Dated this   1st   day of May, 2008.

                                                s/ William C. Griesbach
                                                William C. Griesbach
                                                United States District Judge