UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. AND NCR CORPORATION, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>GEORGE A. WHITING PAPER COMPANY, )<br>et al., )<br>)<br>Defendants. )<br>)<br>) | Case No. 08-CV-00016-WCG |

## WISCONSIN PUBLIC SERVICE CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Wisconsin Public Service Corporation ("WPSC") respectfully moves this Court to extend by 30 days the time for WPSC to answer or otherwise respond to the Third Amended Complaint (the "Complaint") of Plaintiffs Appleton Papers Inc. ("API") and NCR Corporation ("NCR"). In support of its motion, WPSC states as follows:

1. Plaintiffs served WPSC with the Complaint on April 11, 2008. WPSC has until May 1, 2008 to answer or otherwise respond to Plaintiffs' Complaint.

2. Due to the conflicting schedules of counsel and WPSC personnel and the press of other matters, WPSC needs additional time to gather factual information so that it may completely and accurately respond to the Complaint. Accordingly, WPSC requests an additional 30 days to answer or otherwise respond to the Complaint.

3. This is WPSC's first request for an extension of time to answer or otherwise respond to the Complaint. Counsel for WPSC has contacted counsel for API, Michael Hermes, and counsel for NCR, Kathleen Roach, and both Plaintiffs have agreed to the requested extension.

4. Granting this brief extension of time will not prejudice any party, nor will it unduly delay this litigation.

WHEREFORE, Defendant Wisconsin Public Service Corporation respectfully requests that this Court enter an order granting it a 30-day extension of time—through May 31, 2008—to answer or otherwise respond to Plaintiffs' Third Amended Complaint.

Dated: May 1, 2008

Respectfully submitted,

WISCONSIN PUBLIC SERVICE CORPORATION


By: /s/ Linda E. Benfield
      One of Its Attorneys

Linda E. Benfield, Esq. (1004937)
Sarah A. Slack, Esq. (1056510)
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
414.271.2400
414.297.4900 (Facsimile)
Email: lbenfield@foley,com; sslack@foley.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2008, I electronically filed the foregoing **Wisconsin Public Service Corporation's Unopposed Motion For Extension Of Time To Answer Or Otherwise Plead** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Michael L. Hermes
Evan B. Westerfield
J. Ric Gass
J. Andrew Schlickman
Joan Radovich
Kathleen L. Roach
Philip A. Munroe
Scott B. Fleming
Jennifer E. Simon
Marc E. Davies
Ronald M. Varnum
Sabrina Mizrachi
David G. Mendelbaum
Joseph J. Beisenstein
Colin C. Deihl
Delmar R. Ehrich
Jacy T. Rock
Mark R. Feldmann
Christopher P. Riordan
David J. Edquist
Patrick L. Wells
Randall M. Stone
Russell W. Wilson
Arthur F. Radke

/s/ Sarah A. Slack