IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION,<br><br>      Plaintiffs,<br><br>      v.<br><br>GEORGE A. WHITING PAPER COMPANY,<br>P. H. GLATFELTER COMPANY,<br>MENASHA CORPORATION,<br>GREEN BAY PACKAGING INC.,<br>INTERNATIONAL PAPER COMPANY,<br>LEICHT TRANSFER & STORAGE COMPANY,<br>NEENAH FOUNDRY COMPANY,<br>NEWPAGE WISCONSIN SYSTEM INC.,<br>THE PROCTER & GAMBLE PAPER<br>PRODUCTS COMPANY, and<br>WISCONSIN PUBLIC SERVICE CORP.,<br><br>      Defendants. | No. 08-CV-00016-WCG |

## PLAINTIFFS APPLETON PAPERS INC. AND NCR CORPORATION'S ANSWER TO DEFENDANT GEORGE A. WHITING PAPER COMPANY'S COUNTERCLAIM

Plaintiffs Appleton Papers Inc. ("API") and NCR Corporation ("NCR"), by and through their undersigned counsel, for their Answer and Affirmative Defenses to George A. Whiting Paper Company's ("Whiting Paper Co.") Counterclaim, state as follows:

1. Plaintiffs API and NCR admit the allegations in Paragraph 1.

2. Plaintiffs API and NCR admit that Appleton Papers Inc. (no comma) is a Delaware corporation with its principal place of business in Appleton, Wisconsin. Plaintiffs deny the remaining allegations in Paragraph 2.

3. Plaintiffs API and NCR admit the allegations in Paragraph 3.

4. Plaintiffs API and NCR admit the allegations in Paragraph 4.

5. Plaintiffs API and NCR admit the allegations in Paragraph 5.

6. Plaintiffs API and NCR deny the allegations in Paragraph 6.

7. Plaintiffs API and NCR deny the allegations in Paragraph 7.

## AFFIRMATIVE DEFENSES

1. Plaintiffs API and NCR hereby incorporate by reference the allegations made against Whiting Paper Co. in the Third Amended Complaint.

2. Counter-plaintiff Whiting Paper Co. is not entitled to contribution against API or NCR to the extent that any of the response costs or damages for which it seeks contribution were caused solely by the act or omission of a third party or parties other than an employee or agent of API or NCR and not in connection with a contractual relationship with API or NCR.

3. Counter-plaintiff Whiting Paper Co. is not entitled to contribution from API to the extent that any of the response costs or damages for which it seeks contribution were caused by contamination that occurred prior to June 30, 1978.

4. API and NCR reserve their rights to assert any and all additional defenses that become known or available as a result of information developed through discovery or at trial.

WHEREFORE, having fully answered and stated affirmative defenses to Defendant Whiting Paper Co.'s Counterclaim, Plaintiffs Appleton Papers Inc. and NCR Corporation pray for judgment in their favor, that Defendant Whiting Paper Co. take nothing by its Counterclaim, for API and NCR's incurred costs, and for all other and further relief that this Court deems just and proper.

Respectfully Submitted,

APPLETON PAPERS INC.

/s/ Michael L. Hermes
By: One of Its Attorneys


NCR CORPORATION

/s/ Kathleen L. Roach
By: One of Its Attorneys


Counsel for Appleton Papers Inc.:
Michael L. Hermes (Wisconsin Bar No. 1019623)
Metzler, Timm, Treleven & Hermes, S.C.
222 Cherry Street
Green Bay, Wisconsin 54301
(920) 435-9393
Fax: (920) 435-8866

Counsel for NCR Corporation:
J. Andrew Schlickman (Illinois Bar No. 3122104)
Kathleen L. Roach (Illinois Bar No. 6191432)
Evan Westerfield (Illinois Bar No. 6217037)
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
Fax: (312) 853-7036

J. Ric Gass (Wisconsin Bar No. 1011998)
Gass Weber Mullins LLC
309 North Water Street
Milwaukee, Wisconsin 53202
(414) 224-7697
Fax: (414) 224-6116


Dated: May 1, 2008

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

| | | |
|---|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | No. 08-CV-00016-WCG |
| GEORGE A. WHITING PAPER COMPANY,<br>P. H. GLATFELTER COMPANY,<br>MENASHA CORPORATION,<br>GREEN BAY PACKAGING INC.,<br>INTERNATIONAL PAPER COMPANY,<br>LEICHT TRANSFER & STORAGE COMPANY,<br>NEENAH FOUNDRY COMPANY,<br>NEWPAGE WISCONSIN SYSTEM INC.,<br>THE PROCTER & GAMBLE PAPER<br>PRODUCTS COMPANY, and<br>WISCONSIN PUBLIC SERVICE CORP., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2008, I electronically filed Plaintiffs Appleton Papers Inc. and NCR Corporation's Answer to Defendant George A. Whiting Paper Company's Counterclaim using the ECF system, which will send notification of such filing to Philip Munroe at DiRenzo & Bomier LLC, pmunroe@direnzollc.com; Scott Fleming at Weiss Berzowski Brady LLP, sbf@wbb-law.com; David Mandelbaum at Ballard Spahr Andrews & Ingersoll, LLP, mandelbaum@ballardspahr.com; Marc Davies at Ballard Spahr Andrews & Ingersoll, LLP, davies@ballardspahr.com; Ronald Varnum at Ballard Spahr Andrews & Ingersoll, LLP, varnumr@ballardspahr.com; Jennifer Simon at Ballard Spahr Andrews & Ingersoll, LLP, simonj@ballardspahr.com; Sabrina Mizrachi at Ballard Spahr Andrews & Ingersoll, LLP,

mizrachis@ballardspahr.com; Mark Feldmann at Menn Law Firm, Ltd., mark-feldmann@mennlaw.com; Joseph Beisenstein at Menn Law Firm, Ltd., joseph-beisenstein@mennlaw.com; Jacy T. Rock at Faegre & Benson LLP, jrock@faegre.com; Colin Deihl at Faegre & Benson LLP, cdeihl@faegre.com; Delmar Ehrich at Faegre & Benson LLP, dehrich@faegre.com; David Edquist at von Briesen & Roper, s.c., dedquist@vonbriesen.com; Christopher Riordan at von Briesen & Roper, s.c., criordan@vonbriesen.com; Patrick Wells at von Briesen & Roper, s.c., pwells@vonbriesen.com; Russell Wilson at Ruder Ware, rwilson@ruderware.com; Linda Benfield at Foley & Lardner LLP, lbenfield@foley.com; Sarah Slack at Foley & Lardner LLP, sslack@foley.com; Arthur Radke at Dykema Gossett PLLC, aradke@dykema.com; Randall Stone at U.S. Department of Justice, randall.stone@usdoj.gov; Michael Hermes at Metzler, Timm, Treleven & Hermes, S.C., mhermes@mtthlaw.com; J. Ric Gass at Gass Weber Mullins LLC, gass@gasswebermullins.com; Joan Radovich at Sidley Austin LLP, jradovich@sidley.com; Kathleen Roach at Sidley Austin LLP, kroach@sidley.com; Evan Westerfield at Sidley Austin LLP, evanwesterfield@sidley.com; and J. Andrew Schlickman at Sidley Austin LLP, jschlickman@sidley.com.

        NCR CORPORATION

        /s/ Kathleen L. Roach
        By: One of Its Attorneys

Counsel for NCR Corporation:
J. Andrew Schlickman (Illinois Bar No. 3122104)
Kathleen L. Roach (Illinois Bar No. 6191432)
Evan Westerfield (Illinois Bar No. 6217037)
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
Fax: (312) 853-7036