UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC., et al. ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Case No. 08-CV-16-WCG |
| ) | |
| GEORGE A. WHITING PAPER COMPANY, et al. ) | |
| ) | |
| Defendants ) | |

## DISCLOSURE STATEMENT / CERTIFICATE OF INTEREST

The undersigned, counsel of record for **NewPage Wisconsin System Inc.** furnishes the following Disclosure Statement (F.R.Civ.P. 7.1) and Certificate of Interest (G.L.R. 83.9):

1. NewPage Wisconsin System Inc. is represented by undersigned counsel.

2. (a) NewPage Corporation is the parent of NewPage Consolidated Papers Inc., which is the parent of NewPage Wisconsin System Inc.

    (b) NewPage Consolidated Papers Inc. is 100% owner of NewPage Wisconsin System Inc.

3. Johnson & Bell, Ltd. is the law firm associated with undersigned counsel.

NEWPAGE WISCONSIN SYSTEM INC.

By: /s/ Daniel C. Murray

Daniel C. Murray
JOHNSON & BELL, LTD.
Suite 2700
33 West Monroe Street
Chicago, IL 60603-5404
murrayd@jbltd.com
tel. 312 984 0226
fax. 312 372 9818

## Certificate of Service

I hereby certify that on May 2, 2008, I electronically filed the attached ***Disclosure Statement / Certificate of Interest*** with the Clerk of the Court using the CM/ECF system, thereby sending notification of such filing to:

| | |
|---|---|
| Joseph J. Beisenstein | joseph-beisenstein@mennlaw.com |
| Linda E. Benfield | lbenfield@foley.com |
| Marc E. Davies | davies@ballardspahr.com |
| Colin C. Deihl | cdeihl@faegre.com |
| David J. Edquist | dedquist@vonbriesen.com |
| Delmar R. Ehrich | dehrich@faegre.com |
| Mark R. Feldmann | mark-feldmann@mennlaw.com |
| Scott B. Fleming | sbf@wbb-law.com |
| J. Ric Gass | gass@gasswebermullins.com |
| Michael L. Hermes | mhermes@mtthlaw.com |
| David G. Mandelbaum | mandelbaum@ballardspahr.com |
| Jerome I. Maynard | jmaynard@dykema.com |
| Sabrina Mizrachi | mizrachis@ballardspahr.com |
| Philip A. Munroe | pmunroe@direnzollc.com |
| Daniel C. Murray | murrayd@jbltd.com |
| Joan Radovich | jradovich@sidley.com |
| Christopher P. Riordan | criordan@vanbriesen.com |
| Kathleen L. Roach | kroach@sidley.com |
| Jacy T. Rock | jrock@faegre.com |
| J. Andrew Schlickman | jaschlickman@sidley.com |
| Jennifer E. Simon | simonj@ballardspahr.com |
| Sarah A. Slack | sslack@foley.com |
| Randall M. Stone | randall.stone@usdoj.gov |
| Ronald M. Varnum | varnumr@ballardspahr.com |
| Patrick L. Wells | pwells@vanbriesen.com |
| Evan B. Westerfield | evanwesterfield@sidley.com |
| Russell W. Wilson | rwilson@ruderware.com |

/s/ *Letitia M. Reyes*

JOHNSON & BELL, LTD.
Suite 2700
33 West Monroe Street
Chicago, IL 60603-5404

1854106