*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF WISCONSIN*
*GREEN BAY DIVISION*

| | | |
|---|---|---|
| *APPLETON PAPERS INC., et al.* | ) | |
| | ) | |
| *Plaintiffs* | ) | |
| | ) | |
| *v.* | ) | *Case No. 08-CV-16-WCG* |
| | ) | |
| *GEORGE A. WHITING PAPER COMPANY, et al.* | ) | |
| | ) | |
| *Defendants* | ) | |

**STIPULATION TO ADDITIONAL TIME FOR NEWPAGE WISCONSIN SYSTEM INC. TO ANSWER THE THIRD AMENDED COMPLAINT**

It is hereby stipulated and agreed between the Plaintiffs, Appleton Papers, Inc. and NCR Corporation, and Defendant NewPage Wisconsin System Inc., by their respective undersigned counsel, that the time within which Defendant may answer or otherwise plead in response to Plaintiffs' Third Amended Complaint shall be extended to and including June 6, 2008.

Respectfully submitted this 2nd day of May 2008

APPLETON PAPERS INC.

By:    /s/ *Michael L. Hermes*

METZLER, TIMM, TRELEVEN
   & HERMES, S.C.
222 Cherry Street
Green Bay, WI 54301-4223
Tel. 920 435 9393
mhermes@mtthlaw.com

NCR CORPORATION

By:    /s/ J. Andrew Schlickman
       SIDLEY AUSTIN, LLP
       J. Andrew Schlickman
       Evan B. Westerfield
       Joan Radovich
       Kathleen L. Roach
       1 South Dearborn Street
       Chicago, IL 60603
       Tel. 312 853 7000
       jaschlickman@sidley.com


NCR CORPORATION

By:    /s/ J. Ric Gass
       GASS, WEBER, MULLINS, LLC
       Suite 700
       309 North Water Street
       Milwaukee, WI 53202
       Tel. 414 223 3300
       gass@gasswebermullins.com


NEWPAGE WISCONSIN SYSTEM INC.

By:    /s/ Daniel C. Murray
       JOHNSON & BELL, LTD.
       Suite 2700
       33 West Monroe Street
       Chicago, IL 60603-5404
       murrayd@jbltd.com
       Tel. 312 984 0226
       Fax. 312 372 9818

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF WISCONSIN*
*GREEN BAY DIVISION*

| | | |
|---|---|---|
| *APPLETON PAPERS INC., et al.* | ) | |
| | ) | |
| *Plaintiffs* | ) | |
| | ) | |
| *v.* | ) | *Case No. 08-CV-16-WCG* |
| | ) | |
| *GEORGE A. WHITING PAPER COMPANY, et al.* | ) | |
| | ) | |
| *Defendants* | ) | |

### ORDER ALLOWING NEWPAGE WISCONSIN SYSTEM INC. ADDITIONAL TIME TO ANSWER THE THIRD AMENDED COMPLAINT

Upon the stipulation of the parties, IT IS ORDERED that the time within which Defendant NewPage Wisconsin System Inc. shall answer or otherwise plead to Plaintiffs' Third Amended Complaint is extended to and including June 6, 2008.

SO ORDERED this _____ day of May 2008

_____
William C. Griesbach
United States District Judge

1854139

Certificate of Service

I hereby certify that on May 2, 2008, I electronically filed the attached *Stipulation to Additional Time for NewPage Wisconsin System Inc. to Answer the Third Amended Complaint* with the Clerk of the Court using the CM/ECF system, thereby sending notification of such filing to:

| | |
|---|---|
| Joseph J. Beisenstein | joseph-beisenstein@mennlaw.com |
| Linda E. Benfield | lbenfield@foley.com |
| Marc E. Davies | davies@ballardspahr.com |
| Colin C. Deihl | cdeihl@faegre.com |
| David J. Edquist | dedquist@vonbriesen.com |
| Delmar R. Ehrich | dehrich@faegre.com |
| Mark R. Feldmann | mark-feldmann@mennlaw.com |
| Scott B. Fleming | sbf@wbb-law.com |
| J. Ric Gass | gass@gasswebermullins.com |
| Michael L. Hermes | mhermes@mtthlaw.com |
| David G. Mandelbaum | mandelbaum@ballardspahr.com |
| Jerome I. Maynard | jmaynard@dykema.com |
| Sabrina Mizrachi | mizrachis@ballardspahr.com |
| Philip A. Munroe | pmunroe@direnzollc.com |
| Daniel C. Murray | murrayd@jbltd.com |
| Joan Radovich | jradovich@sidley.com |
| Christopher P. Riordan | criordan@vanbriesen.com |
| Kathleen L. Roach | kroach@sidley.com |
| Jacy T. Rock | jrock@faegre.com |
| J. Andrew Schlickman | jaschlickman@sidley.com |
| Jennifer E. Simon | simonj@ballardspahr.com |
| Sarah A. Slack | sslack@foley.com |
| Randall M. Stone | randall.stone@usdoj.gov |
| Ronald M. Varnum | varnumr@ballardspahr.com |
| Patrick L. Wells | pwells@vanbriesen.com |
| Evan B. Westerfield | evanwesterfield@sidley.com |
| Russell W. Wilson | rwilson@ruderware.com |

*/s/ Letitia M. Reyes*

JOHNSON & BELL, LTD.
Suite 2700
33 West Monroe Street
Chicago, IL 60603-5404

1854116