IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

___

APPLETON PAPERS INC. and
NCR CORPORATION,

        Plaintiffs,

   v.                                         Case No. 08-CV-00016-WCG

GEORGE A. WHITING PAPER COMPANY,
P.H. GLATFELTER COMPANY,
MENASHA CORPORATION,
GREEN BAY PACKAGING, INC.,
INTERNATIONAL PAPER COMPANY,
LEICHT TRANSFER & STORAGE COMPANY,
NEENAH FOUNDRY COMPANY
NEWPAGE WISCONSIN SYSTEM INC.
THE PROCTER & GAMBLE PAPER
PRODUCTS COMPANY, and
WISCONSIN PUBLIC SERVICE CORP.,

        Defendants.

___

**STIPULATION EXTENDING TIME FOR DEFENDANT INTERNATIONAL
PAPER COMPANY TO RESPOND TO THIRD AMENDED COMPLAINT**

___

It is hereby stipulated and agreed between the Plaintiffs, Appleton Papers Inc. and NCR Corporation, and Defendant, International Paper Company, by their respective undersigned counsel, that the time within which Defendant may respond to Plaintiff's Third Amended Complaint shall be extended for a period of 30 days, up to and including June 4, 2008.

It is further represented that:

1. International Paper was served with the Third Amended Complaint and its response was due on May 5, 2008;

2. No previous extension has been obtained or requested; and

3. Counsel for International Paper has contacted counsel for the other parties that have appeared in this action to ask whether they oppose the above extension, and none have indicated that they oppose the extension.

Dated: May 5, 2008  **METZLER, TIMM, TRELEVEN & HERMES, S.C.**

By: s/Michael L. Hermes
Michael L. Hermes
Attorneys for Plaintiff, Appleton Papers, Inc.
222 Cherry Street
Green Bay, WI 54301-4223
Telephone: (920) 435-9393
mhermes@mtthlaw.com

Dated: May 5, 2008  **SIDLEY AUSTIN, LLP**

By: s/J. Andrew Schlickman
J. Andrew Schlickman
Evan B. Westerfield
Joan Radovich
Kathleen L. Roach
Attorneys for Plaintiff, NCR Corporation
1 South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
jaschlickman@sidley.com

**GASS, WEBER, MULLINS, LLC**
J. Ric Gass
Attorneys for Plaintiff, NCR Corporation
309 N. Water Street – Suite 700
Milwaukee, WI 53202
Telephone: (414) 223-3300
gass@gasswebermullins.com

Dated: May 5, 2008  **BAKER & HOSTETLER LLP**

> By: s/Mathew B. Beredo
> Mathew B. Beredo
> Attorneys for Defendant, International Paper Company
> 3200 National City Center
> 1900 E. 9th Street
> Cleveland, OH 44114-3485
> Telephone: (216) 621-0200
> mberedo@bakerlaw.com