IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

APPLETON PAPERS INC. and
NCR CORPORATION,

        Plaintiffs,

    v.                      Case No. 08-CV-00016-WCG

GEORGE A. WHITING PAPER COMPANY,
P.H. GLATFELTER COMPANY,
MENASHA CORPORATION,
GREEN BAY PACKAGING, INC.,
INTERNATIONAL PAPER COMPANY,
LEICHT TRANSFER & STORAGE COMPANY,
NEENAH FOUNDRY COMPANY
NEWPAGE WISCONSIN SYSTEM INC.
THE PROCTER & GAMBLE PAPER
PRODUCTS COMPANY, and
WISCONSIN PUBLIC SERVICE CORP.,>

        Defendants.

---

### ORDER EXTENDING TIME FOR DEFENDANT INTERNATIONAL PAPER COMPANY TO RESPOND TO THIRD AMENDED COMPLAINT

---

       IT IS HEREBY ORDERED that, based upon the stipulation of the parties, the time within which Defendant International Paper Company may respond to Plaintiff's Third Amended Complaint is extended for a period of 30 days, up to and including June 4, 2008.

Dated this __ day of May, 2008

                                      Honorable William C. Griesbach