IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

APPLETON PAPERS INC. and
NCR CORPORATION,

        Plaintiffs,

    v.                         Case No. 08-CV-00016-WCG

GEORGE A. WHITING PAPER COMPANY,
P.H. GLATFELTER COMPANY,
MENASHA CORPORATION,
GREEN BAY PACKAGING, INC.,
INTERNATIONAL PAPER COMPANY,
LEICHT TRANSFER & STORAGE COMPANY,
NEENAH FOUNDRY COMPANY
NEWPAGE WISCONSIN SYSTEM INC.
THE PROCTER & GAMBLE PAPER
PRODUCTS COMPANY, and
WISCONSIN PUBLIC SERVICE CORP.

        Defendants.

---

### CERTIFICATE OF SERVICE

---

I hereby certify that on May 5, 2008, I electronically filed the *Stipulation Extending Time For Defendant International Paper Company To Respond To Third Amended Complaint* and proposed *Order Extending Time For Defendant International Paper Company To Respond To Third Amended Complaint* with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following: Joseph J. Beisenstein, joseph-beisenstein@mennlaw.com; Marc E. Davies, davies@ballardspahr.com; Colin C. Deihl, cdeihl@faegre.com; Delmar R. Ehrich, dehrich@faegre.com; Mark R. Feldmann, mark-

feldmann@mennlaw.com; Scott B. Fleming, sbf@wbb-law.com; J. Ric Gass, gass@gasswebermullins.com; Michael L. Hermes, mhermes@mtthlaw.com; David G. Mandelbaum, mandelbaum@ballardspahr.com; Sabrina Mizrachi, mizrachis@balladrdspahr.com; Philip A. Munroe, pmunroe@direnzollc.com; Joan Radovich, jradovich@sidley.com; Kathleen L. Roach, kroach@sidley.com; Jacy T. Rock, jrock@faegre.com; J. Andrew Schlickman, jaschlickman@sidley.com; Jennifer E. Simon, simonj@ballardspahr.com; Ronald M. Varnum, varnumr@ballardspahr.com; Evan B. Westerfield, evanwesterfield@sidley.com; Patrick L. Wells, pwells@vonbriesen.com; Christopher P. Riordan, criordan@vonbriesen.com; and David J. Erquist, dedquist@vonbriesen.com.

Dated: May 5, 2008         **BAKER & HOSTETLER LLP**

By: s/Mathew B. Beredo
Mathew B. Beredo
Attorneys for Defendant, International Paper Company
3200 National City Center
1900 E. 9th Street
Cleveland, OH 44114-3485
Telephone: (216) 621-0200
mberedo@bakerlaw.com