IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | | |
|---|---|---|
| APPLETON PAPERS INC., et al., | ) | CASE NO. 08-CV00016-WCG |
| | ) | |
| | ) | JUDGE WILLIAM C. GRIESBACH |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGE A. WHITING PAPER COMPANY, et al., | ) | DISCLOSURE STATEMENT OF DEFENDANT NEENAH FOUNDRY COMPANY |
| | ) | |
| Defendants. | ) | |

Neenah Foundry Company makes the following disclosure in compliance with Federal Rule of Civil Procedure 7.1:

1. Does the named party have a parent corporation?

   YES __X__          NO _____

   If the answer is YES, identify below the parent corporation:

   __NFC Castings, Inc.__

2. Is 10% or more of the named party's stock owned by a publicly owned corporation?

   YES __X__          NO _____

   If the answer is YES, identify below the owners:

   Neenah Enterprises, Inc., indirectly through NFC Castings, Inc.

Dated: May 5, 2008

/s/ _____
TIMOTHY B. ANDERSON (1035959)
REMLEY & SENSENBRENNER, S.C.
219 E. Wisconsin Avenue
Neenah, Wisconsin 54956
Telephone: (920) 725-2601
Facsimile: (920) 725-5814
tanderson@remleylaw.com

and

WILLIAM E. COUGHLIN (0010874)*
THOMAS R. O'DONNELL (0067105)*
CALFEE, HALTER & GRISWOLD LLP
1400 Key Bank Center
800 Superior Avenue
Cleveland, Ohio 44114-2688
Telephone: (216) 622-8200
Facsimile: (216) 241-0816
wcoughlin@calfee.com
todonnell@calfee.com

Attorneys for Defendant
Neenah Foundry Company


*Application for admission to bar of U.S. District Court for Eastern District of Wisconsin pending.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | | |
|---|---|---|
| APPLETON PAPERS INC., et al., | ) | CASE NO. 08-CV-00016-WCG |
| | ) | |
| | ) | JUDGE WILLIAM C. GRIESBACH |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGE A. WHITING PAPER COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of May, 2008, a true and accurate copy of the foregoing Disclosure Statement of Neenah Foundry Company was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ [signature]
One of the attorneys for Defendant/Counterclaimant
Neenah Foundry Company