IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS INC. and
NCR CORPORATION,

    Plaintiffs,

  v.                                  Case No. 08-C-016

GEORGE A. WHITING PAPER COMPANY,
P.H. GLATFELTER COMPANY,
MENASHA CORPORATION,
GREEN BAY PACKAGING, INC.,
INTERNATIONAL PAPER COMPANY,
LEICHT TRANSFER & STORAGE COMPANY,
NEENAH FOUNDRY COMPANY
NEWPAGE WISCONSIN SYSTEM INC.
THE PROCTER & GAMBLE PAPER
PRODUCTS COMPANY, and
WISCONSIN PUBLIC SERVICE CORP.,

    Defendants.

**ORDER EXTENDING TIME FOR DEFENDANT INTERNATIONAL PAPER
COMPANY TO RESPOND TO THIRD AMENDED COMPLAINT**

**IT IS HEREBY ORDERED** that, based upon the stipulation of the parties, the time within which Defendant International Paper Company may respond to Plaintiff's Third Amended Complaint is extended for a period of 30 days, up to and including June 4, 2008.

Dated this __7th__ day of May, 2008

                                s/ William C. Griesbach

                                Honorable William C. Griesbach
                                U.S. District Judge