UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS INC., et al.

    Plaintiffs

    v.        Case No. 08-CV-16

GEORGE A. WHITING PAPER COMPANY, et al.

    Defendants

### ORDER ALLOWING NEWPAGE WISCONSIN SYSTEM INC. ADDITIONAL TIME TO ANSWER THE THIRD AMENDED COMPLAINT

Upon the stipulation of the parties, **IT IS ORDERED** that the time within which Defendant NewPage Wisconsin System Inc. shall answer or otherwise plead to Plaintiffs' Third Amended Complaint is extended to and including June 6, 2008.

Dated this __7th__ day of May 2008.

    s/ William C. Griesbach
    William C. Griesbach
    United States District Judge