IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | | |
|---|---|---|
| APPLETON PAPERS INC. and <br> NCR CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> GEORGE A. WHITING PAPER COMPANY, <br> P. H. GLATFELTER COMPANY, <br> MENASHA CORPORATION, <br> GREEN BAY PACKAGING INC., <br> INTERNATIONAL PAPER COMPANY, <br> LEICHT TRANSFER & STORAGE COMPANY, <br> NEENAH FOUNDRY COMPANY, <br> NEWPAGE WISCONSIN SYSTEM INC., <br> THE PROCTER & GAMBLE PAPER <br> PRODUCTS COMPANY, and <br> WISCONSIN PUBLIC SERVICE CORP., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 08-CV-00016-WCG |

**PLAINTIFFS' CONSOLIDATED RESPONSE TO DEFENDANTS P.H. GLATFELTER COMPANY'S AND MENASHA CORPORATION'S MOTIONS TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**

Plaintiffs Appleton Papers Inc. and NCR Corporation (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby file their consolidated Response to the Motions to Dismiss Plaintiffs' Third Amended Complaint filed by Defendants P.H. Glatfelter Company and Menasha Corporation (collectively, "Movants").

After Movants filed their Motions to Dismiss Plaintiffs' Second Amended Complaint (the "First Motions to Dismiss"), Plaintiffs filed a Third Amended Complaint on April 11, 2008. Movants have now filed Motions to Dismiss Plaintiffs' Third Amended Complaint (the "Second Motions to Dismiss"), incorporating by reference their prior First Motions to Dismiss. As Plaintiffs noted in their Response to the Movants' First Motions to Dismiss, and as Movants acknowledge in their Second Motions to Dismiss, the Third Amended

Complaint adds seven additional defendants, but does not change the allegations against the Movants. Accordingly, the filing of the Third Amended Complaint should not affect the Court's resolution of the First Motions to Dismiss, and for the reasons set forth in Plaintiffs' Response to the First Motions to Dismiss, both Motions should be denied in their entirety. To the extent the Movants now move to dismiss all or portions of the Third Amended Complaint, Plaintiffs hereby incorporate by reference their Response to Movants' First Motions to Dismiss. For the same reasons set forth in that Response, Movants' Second Motions to Dismiss should also be dismissed in their entirety.

Respectfully submitted,

APPLETON PAPERS INC.

s/ Michael L. Hermes
By: One of Its Attorneys

NCR CORPORATION

s/ Kathleen L. Roach
By: One of Its Attorneys

Counsel for Appleton Papers Inc.:
Michael L. Hermes (Wisconsin Bar No. 1019623)
Metzler, Timm, Treleven & Hermes, S.C.
222 Cherry Street
Green Bay, Wisconsin 54301
(920) 435-9393
Fax: (920) 435-8866

Counsel for NCR Corporation:
J. Andrew Schlickman (Illinois Bar No. 3122104)       J. Ric Gass (Wisconsin Bar No. 1011998)
Kathleen L. Roach (Illinois Bar No. 6191432)          Gass Weber Mullins LLC
Evan Westerfield (Illinois Bar No. 6217037)           309 North Water Street
Sidley Austin LLP                                     Milwaukee, Wisconsin 53202
One South Dearborn Street                             (414) 224-7697
Chicago, Illinois 60603                               Fax: (414) 224-6116
(312) 853-7000
Fax: (312) 853-7036

Dated: May 12, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | | |
|---|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | No. 08-CV-00016-WCG |
| GEORGE A. WHITING PAPER COMPANY,<br>P. H. GLATFELTER COMPANY,<br>MENASHA CORPORATION,<br>GREEN BAY PACKAGING INC.,<br>INTERNATIONAL PAPER COMPANY,<br>LEICHT TRANSFER & STORAGE COMPANY,<br>NEENAH FOUNDRY COMPANY,<br>NEWPAGE WISCONSIN SYSTEM INC.,<br>THE PROCTER & GAMBLE PAPER<br>PRODUCTS COMPANY, and<br>WISCONSIN PUBLIC SERVICE CORP., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2008, I electronically filed Plaintiffs' Consolidated Response to Defendants P.H. Glatfelter Company's and Menasha Corporation's Motions to Dismiss Plaintiffs' Third Amended Complaint using the ECF system, which will send notification of such filing to Philip Munroe at DiRenzo & Bomier LLC, pmunroe@direnzollc.com; Scott Fleming at Weiss Berzowski Brady LLP, sbf@wbb-law.com; David Mandelbaum at Ballard Spahr Andrews & Ingersoll, LLP, mandelbaum@ballardspahr.com; Marc Davies at Ballard Spahr Andrews & Ingersoll, LLP, davies@ballardspahr.com; Ronald Varnum at Ballard Spahr Andrews & Ingersoll, LLP, varnumr@ballardspahr.com; Jennifer Simon at Ballard Spahr Andrews & Ingersoll, LLP,

simonj@ballardspahr.com; Sabrina Mizrachi at Ballard Spahr Andrews & Ingersoll, LLP, mizrachis@ballardspahr.com; Mark Feldmann at Menn Law Firm, Ltd., mark-feldmann@mennlaw.com; Joseph Beisenstein at Menn Law Firm, Ltd., joseph-beisenstein@mennlaw.com; Jacy T. Rock at Faegre & Benson LLP, jrock@faegre.com; Colin Deihl at Faegre & Benson LLP, cdeihl@faegre.com; Delmar Ehrich at Faegre & Benson LLP, dehrich@faegre.com; David Edquist at von Briesen & Roper, s.c., dedquist@vonbriesen.com; Christopher Riordan at von Briesen & Roper, s.c., criordan@vonbriesen.com; Patrick Wells at von Briesen & Roper, s.c., pwells@vonbriesen.com; Russell Wilson at Ruder Ware, rwilson@ruderware.com; Linda Benfield at Foley & Lardner LLP, lbenfield@foley.com; Sarah Slack at Foley & Lardner LLP, sslack@foley.com; Arthur Radke at Dykema Gossett PLLC, aradke@dykema.com; Daniel Murray at Johnson & Bell, Ltd., murrayd@jbltd.com; Mathew Beredo at Baker & Hostetler LLP, mberedo@bakerlaw.com; Timothy Anderson at Remley & Sensenbrenner, S.C., tanderson@remleylaw.com; Randall Stone at U.S. Department of Justice, randall.stone@usdoj.gov; Michael Hermes at Metzler, Timm, Treleven & Hermes, S.C., mhermes@mtthlaw.com; J. Ric Gass at Gass Weber Mullins LLC, gass@gasswebermullins.com; Joan Radovich at Sidley Austin LLP, jradovich@sidley.com; Kathleen Roach at Sidley Austin LLP, kroach@sidley.com; Evan Westerfield at Sidley Austin LLP, evanwesterfield@sidley.com; and J. Andrew Schlickman at Sidley Austin LLP, jschlickman@sidley.com.

2

I also hereby certify that on May 12, 2008 a copy of the foregoing was served on the following counsel by depositing same via United States first-class mail to:

>William E. Coughlin
>CALFEE, HALTER & GRISWOLD LLP
>1400 Key Bank Center
>800 Superior Avenue
>Suite 1400
>Cleveland, OH 44114
>
>Thomas R. O'Donnell
>CALFEE, HALTER & GRISWOLD LLP
>1400 Key Bank Center
>800 Superior Avenue
>Suite 1400
>Cleveland, OH 44114

>NCR CORPORATION
>
>s/ Kathleen L. Roach
>By: One of Its Attorneys

J. Andrew Schlickman (Illinois Bar No. 3122104)
Kathleen L. Roach (Illinois Bar No. 6191432)
Evan Westerfield (Illinois Bar No. 6217037)
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
Fax: (312) 853-7036