IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS INC. and
NCR CORPORATION,

                Plaintiffs,

v.

GEORGE A. WHITING PAPER COMPANY,
P.H. GLATFELTER COMPANY,
MENASHA CORPORATION,
GREEN BAY PACKAGING, INC.,
INTERNATIONAL PAPER COMPANY,
LEICHT TRANSFER & STORAGE COMPANY,
NEENAH FOUNDRY COMPANY,
NEWPAGE WISCONSIN SYSTEM INC.,
THE PROCTER & GAMBLE PAPER PRODUCTS
COMPANY, and WISCONSIN PUBLIC SERVICE
CORP.,

                Defendants.

DEFENDANT LEICHT TRANSFER &
STORAGE COMPANY'S REPLY IN
SUPPORT OF MOTION TO DISMISS

Case No. 08-CV-00016-WCG

Defendant Leicht Transfer & Storage Company ("Leicht") submits this Reply in Support of its Motion to Dismiss and respectfully moves the Court to dismiss Counts I and III of Plaintiffs' Third Amended Complaint.

In its Memorandum in Support of Motion to Dismiss Counts I and III of Plaintiffs' Third Amended Complaint (Dkt. No. 104), Leicht adopted the arguments set forth by Defendant Menasha Corporation in support of its Motion to Dismiss Counts I and III of Plaintiffs' Second Amended Complaint (Dtk. No. 64). Leicht briefly summarized those arguments. In this reply, Leicht again adopts the well-stated arguments of Defendant Menasha Corporation in Support of its Motion to Dismiss Counts I and III of Plaintiffs' Second and Third Amended Complaints

(Dkt. No. 121). For those reasons articulated by Defendant Menasha Corporation, Leicht respectfully joins in Defendant Menasha Corporation's request that Counts I and III of Plaintiffs' Third Amended Complaint be dismissed.

Dated this 15th day of May, 2008.

                                          RUDER WARE, L.L.S.C.
                                        Attorneys for Defendant Leicht Transfer & Storage
                                        Company

                                        By: s/ Russell W. Wilson
                                              Russell W. Wilson
                                              State Bar No. 1017482

RUDER WARE
500 First Street, Suite 8000
P.O. Box 8050
Wausau, WI 54402-8050
Telephone: 715.845.4336
Fax: 715.845.2718
Email: rwilson@ruderware.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 15, 2008, a copy of the foregoing Reply in Support of Motion to Dismiss was filed electronically. Notice of this filing will be sent to counsel listed below by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Michael L. Hermes, Esq.
Metzler, Timm, Treleven & Hermes, S.C.
222 Cherry Street
Green Bay, WI 54301-4223
mhermes@mtthlaw.com

Evan B. Westerfield, Esq.
J. Andrew Schlickman, Esq.
Joan Radovich, Esq.
Kathleen L. Roach, Esq.
Sidley Austin, LLP
1 South Dearborn Street
Chicago, IL 60603
evanwesterfield@sidley.com
jaschlickman@sidley.com
jradovich@sidley.com
kroach@sidley.com

J. Ric Gass, Esq.
Gass Weber Mullins LLC
309 North Water Street, Suite 700
Milwaukee, WI 53202
gass@gasswebermullins.com

Delmar R. Ehrich, Esq.
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402-3901
dehrich@faegre.com

Philip A. Munroe, Esq.
DiRenzo & Bomier, LLC
Two Neenah Center, Suite 701
P.O. Box 788
Neenah, WI 54957-0788
pmunroe@direnzollc.com

Jennifer E. Simon, Esq.
Marc E. Davies, Esq.
Ronald M. Varnum, Esq.
Sabrina Mizrachi, Esq.
David G. Mandelbaum, Esq.
Ballard, Spahr, Andrews & Ingersoll, LLP
1735 Market Street – 51st Floor
Philadelphia, PA 19103
simonj@ballardspahr.com
davies@ballardspahr.com
varnumr@ballardspahr.com
mizrachis@ballardspahr.com
mandelbaum@ballardspahr.com

Scott B. Fleming, Esq.
Weiss Berzowski Brady LLP
700 North Water Street, Suite 1400
Milwaukee, WI 53202-4206
sbf@wbb-law.com

Timothy B. Anderson, Esq.
Remley & Sensenbrenner SC
219 E Wisconsin Ave
Neenah, WI 54956
tanderson@remleylaw.com

Joseph J. Beisenstein, Esq.
Mark R. Feldmann, Esq.
Menn Law Firm, Ltd.
2501 East Enterprise Avenue
P.O. Box 785
Appleton, WI 54912-0785
joseph-beisenstein@mennlaw.com
mark-feldmann@mennlaw.com

Christopher P. Riordan, Esq.
David J. Edquist, Esq.
Patrick L. Wells, Esq.
von Briesen & Roper, S.C.
411 East Wisconsin Avenue, Suite 700
P.O. Box 3262
Milwaukee, WI 53201-3262
criordan@vonbriesen.com
dedquist@vonbriesen.com
pwells@vonbriesen.com

Matthew B. Beredo, Esq.
Baker & Hostetler LLP
3200 National City Ctr
1900 E 9th St
Cleveland, OH 44114-3485
mberedo@bakerlaw.com

Linda E Benfield, Esq.
Sara A. Slack, Esq.
Foley & Lardner LLP
777 E Wisconsin Ave
Milwaukee, WI 53202-5300
lbenfield@foley.com
sslack@foley.com

Colin C. Deihl, Esq.
Jacy T. Rock, Esq.
Faegre & Benson, LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
cdeihl@faegre.com
jrock@faegre.com

Randall M. Stone
United States Department of Justice (DC)
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044
randall.stone@usdoj.gov

Arthur F. Radke, Esq.
Dykema Gossett PLLC
10 S Wacker Dr – Ste 2300
Chicago, IL 60606
aradke@dykema.com

Daniel C. Murray, Esq.
Johnson & Bell Ltd
33 W Monroe St – Ste 2700
Chicago, IL 60603-5404
murrayd@jbltd.com

The undersigned hereby certifies that on May 15, 2008, a copy of the foregoing Reply in Support of Motion to Dismiss was filed electronically and has been sent via first-class U.S. Mail, postage prepaid and properly addressed to the following parties:

Neenah Foundry Co.
c/o William E. Coughlin, Esq.
Thomas R. O'Donnell, Esq.
Calfee Halter & Griswold, LLP
Key Bankt Ctr
800 Superior Ave – Ste 1400
Cleveland, OH  44114-2688

s/ Russell W. Wilson<br>
Russell W. Wilson