IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. AND NCR CORPORATION,<br><br>        Plaintiffs,<br><br>  v.<br><br>GEORGE A. WHITING PAPER COMPANY, et al.,<br><br>        Defendants. | Case No.    08-CV-00016-WCG |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michelle A. Gale appears for The Procter & Gamble Paper Products Company in the above-entitled action. Please serve all further pleadings, correspondence, and other papers on the undersigned at the address stated below. Please direct all ECF notices to Attorney Gale at mgale@dykema.com.

Date: May 19, 2008

Respectfully submitted,

Attorneys for Defendant The Procter & Gamble Paper Products Company

By: /s/ Michelle A. Gale\_\_\_
Michelle A. Gale (Illinois 6277913)
Dykema Gossett PLLC
10 S. Wacker Drive
Suite 2300
Chicago, Illinois 60606
Telephone: (312) 627-2108
Facsimile: (312) 627-2302

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2008, I electronically filed the foregoing **Notice of Appearance** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

    Joseph J Beisenstein (joseph-beisenstein@mennlaw.com)
    Marc E Davies (davies@ballardspahr.com)
    Colin C Deihl (cdeihl@faegre.com)
    David J Edquist (dedquist@vonbriesen.com)
    Delmar R Ehrich (dehrich@faegre.com)
    Mark R Feldmann (mark-feldmann@mennlaw.com)
    Scott B Fleming (sbf@wbb-law.com)
    J Ric Gass (gass@gasswebermullins.com)
    Michael L Hermes (mhermes@mtthlaw.com)
    David G Mandelbaum (mandelbaum@ballardspahr.com)
    Sabrina Mizrachi (mizrachis@ballardspahr.com)
    Philip A Munroe (pmunroe@direnzollc.com)
    Joan Radovich (jradovich@sidley.com)
    Christopher P Riordan (criordan@vonbriesen.com)
    Kathleen L Roach (kroach@sidley.com)
    Jacy T Rock (jrock@faegre.com)
    J Andrew Schlickman (jaschlickman@sidley.com)
    Jennifer E Simon (simonj@ballardspahr.com)
    Sarah A Slack (sslack@foley.com)
    Randall M Stone (randall.stone@usdoj.gov)
    Ronald M Varnum (varnumr@ballardspahr.com)
    Patrick L Wells (pwells@vonbriesen.com)
    Evan B Westerfield (evanwesterfield@sidley.com)
    Russell W Wilson (rwilson@ruderware.com)
    Daniel C Murray (murrayd@jbltd.com)

    s/ Irina V. Frye