**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**Green Bay Division**

| | | |
|---|---|---|
| | ) | |
| APPLETON PAPERS INC. and | ) | |
| NCR CORPORATION, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 08-CV-00016-WCG |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGE A. WHITING PAPER CO., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**UNITED STATES' MOTION FOR LEAVE TO FILE ACCOMPANYING BRIEF**
**AS <u>AMICUS</u> <u>CURIAE</u>**

On April 28, 2008, the Court entered an Order allowing the United States until May 24,

2008 to determine whether to seek leave to file a brief as <u>amicus</u> <u>curiae</u> on issues raised in

connection with the pending motions to dismiss certain portions of the Plaintiffs' Third

Amended Complaint in this case. The United States hereby requests that the Court grant the

United States leave to file the accompanying brief as <u>amicus</u> <u>curiae</u>. As explained below, the

United States also requests that the Court grant the United States permission to file an oversized

brief and accept the accompanying brief pursuant to Civil L.R. 7.1(f).

1. As recognized by the Court's April 28 Order, the United States has a substantial

interest in assuring that the Comprehensive Environmental Response, Compensation, and

Liability Act ("CERCLA"), 42 U.S.C. §§ 9601-75, is interpreted, as intended by Congress, in a

manner that promotes the protection of public health and the environment through the efficient

and effective cleanup and restoration of contaminated sites such as the Lower Fox River and

Green Bay Site (the "Fox River Site"). The United States, primarily through the U.S.

Environmental Protection Agency, administers the program for the cleanup of environmentally-contaminated sites around the country under CERCLA. Other agencies of the United States, such as the U.S. Department of the Interior, are charged with responsibility for assessing and pursuing recovery of damages under CERCLA for injuries to natural resources caused by releases of hazardous substances at such sites, and for using any damages recovery to restore, replace, or acquire the equivalent of the injured resource. The United States has already filed several CERCLA enforcement actions regarding the Site against some of the parties to this action, and has entered into partial settlements with a number of the parties.

2. The accompanying brief addresses several significant issues raised by the parties' arguments on the motions to dismiss, including issues regarding the interpretation of CERCLA and the Supreme Court's decision in United States v. Atlantic Research Corp., 127 S. Ct. 2331 (2007). The views of the United States may be of substantial assistance to the Court in resolving issues raised in the motions to dismiss, such as the question whether plaintiffs who have, or at one time had, a remedy under § 113(f) of CERCLA are required to bring claims under that provision, rather than § 107(a)(4)(B) of CERCLA.

3. The United States is aware that Civil L.R. 7.1(f) generally limits principal briefs on motions to "30 pages . . . exclusive of pages containing the statement of facts." The United States' proposed brief comprises 40 pages (including its statement of facts). That is because the brief offers pertinent background information on CERCLA and the Fox River Site, as well as the United States' detailed views on complex issues posed by the pending motions. The United States respectfully requests that the Court grant the United States permission to file an oversized brief and accept the accompanying brief pursuant to Civil L.R. 7.1(f).

2

Respectfully submitted,


For the United States of America

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice


Dated:  May 22, 2008                    *s/ Randall M. Stone*
                                        RANDALL M. STONE
                                        LESLIE ALLEN
                                        Environmental Enforcement Section
                                        Environment and Natural Resources Division
                                        U.S. Department of Justice
                                        P.O. Box  7611
                                        Washington, DC   20044-7611
                                        Telephone:    (202) 514-1308
                                        Facsimile:    (202) 616-6584
                                        E-Mail:       randall.stone@usdoj.gov



                                        STEVEN M. BISKUPIC
                                        United States Attorney


                                        MATTHEW V. RICHMOND
                                        Assistant United States Attorney
                                        Eastern District of Wisconsin
                                        U.S. Courthouse and Federal Building - Room 530
                                        517 E. Wisconsin Avenue
                                        Milwaukee, WI   53202

3

## CERTIFICATE OF SERVICE

I certify that on May 22, 2008, a copy of the foregoing Motion and the accompanying proposed Brief were sent via the Court's electronic case filing system to the following counsel:

Michael L. Hermes
Metzler Timm Treleven & Hermes
222 Cherry St
Green Bay, WI 54301-4223
Counsel for Appleton Papers Inc.

Evan B. Westerfield
J. Andrew Schlickman
Joan Radovich
Kathleen L Roach
Sidley Austin LLP
1 S Dearborn St
Chicago, IL 60603
Counsel for NCR Corp.

J. Ric Gass
Gass Weber Mullins LLC
309 N Water St - Suite 700
Milwaukee, WI 53202
Counsel for NCR Corp.

Philip A. Munroe
DiRenzo & Bomier LLC
Two Neenah Center - Suite 701
P.O. Box 788
Neenah, WI 54957-0788
Counsel for George A Whiting
Paper Co.

Scott B. Fleming
Weiss Berzowski Brady LLP
700 N Water St - Suite 1400
Milwaukee, WI 53202-4206
Counsel for George A Whiting
Paper Co.

Daniel C. Murray
Johnson & Bell Ltd.
33 W. Monroe St - Ste 2700
Chicago, IL 60603-5404
Counsel for Newpage Wisconsin
System Inc.

Jennifer E. Simon
Marc E. Davies
Ronald M. Varnum
Sabrina Mizrachi
David G. Mandelbaum
Ballard Spahr Andrews & Ingersoll
1735 Market St - 51st Floor
Philadelphia, PA 19103
Counsel for P.H. Glatfelter Co.

Joseph J. Beisenstein
Mark R. Feldmann
Menn Law Firm Ltd
2501 E. Enterprise Ave.
P.O. Box 785
Appleton, WI 54912-0785
Counsel for Menasha Corp.

Colin C. Deihl
Jacy T. Rock
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln St
Denver, CO 80203
Counsel for Menasha Corp.

Delmar R. Ehrich
Faegre & Benson LLP
2200 Wells Fargo Center
90 S. 7th St.
Minneapolis, MN 55402-3901
Counsel for Menasha Corp.

Christopher P. Riordan
David J. Edquist
Patrick L. Wells
von Briesen & Roper SC
411 E Wisconsin Ave - Suite 700
P.O. Box 3262
Milwaukee, WI 53201-3262
Counsel for Green Bay
Packaging Inc.

Russell W. Wilson
Ruder Ware LLSC
500 1st St. - Ste 8000
P.O. Box 8050
Wausau, WI 54402-8050
Counsel for Leicht Transfer &
Storage Co.

Timothy B. Anderson
Remley & Sensenbrenner SC
219 E. Wisconsin Ave.
Neenah, WI 54956
Counsel for Neenah Foundry Co.

William E. Coughlin
Thomas R. O'Donnell
Calfee Halter & Griswold LLP
KeyBank Ctr.
800 Superior Ave - Ste 1400
Cleveland, OH 44114-2688
Counsel for Neenah Foundry Co.

Linda E. Benfield
Sarah A. Slack
Foley & Lardner LLP
777 E. Wisconsin Ave
Milwaukee, WI 53202-5300
Counsel for Wisconsin Public
Service Corporation

Mathew B. Beredo
Baker Hostetler LLP
3200 National City Ctr.
1900 E. 9th St
Cleveland, OH 44114-3485
Counsel for International Paper
Company

Michelle A. Gale
Arthur F. Radke
Dykema Gossett PLLC
10 S. Wacker Dr - Ste 2300
Chicago, IL 60606
Counsel for Procter & Gamble Paper
Products Company


*s/ Randall M. Stone*
RANDALL M. STONE