IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | | |
|---|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | No. 08-CV-00016-WCG |
| GEORGE A. WHITING PAPER COMPANY,<br>P. H. GLATFELTER COMPANY,<br>MENASHA CORPORATION,<br>GREEN BAY PACKAGING INC.,<br>INTERNATIONAL PAPER COMPANY,<br>LEICHT TRANSFER & STORAGE COMPANY,<br>NEENAH FOUNDRY COMPANY,<br>NEWPAGE WISCONSIN SYSTEM INC.,<br>THE PROCTER & GAMBLE PAPER<br>PRODUCTS COMPANY, and<br>WISCONSIN PUBLIC SERVICE CORP. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

**PLAINTIFFS' RESPONSE TO THE UNITED STATES'
MOTION FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE**

Plaintiffs Appleton Papers Inc. and NCR Corporation (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby file their Response to the United States' Motion for Leave to File Brief as Amicus Curiae.

As this Court is well aware, an "amicus curiae" should be an "impartial individual who suggests the interpretation and status of the law, gives information concerning it, and whose function is to advise in order that justice may be done, rather than to advocate a point of view…." *Leigh v. Engle*, 535 F. Supp. 418, 420 (N.D.Ill. 1982) (*citing* 3A C.J.S. Amicus Curiae Section 3). The case law from this circuit is clear that, "if the proffer comes from an individual with a partisan, rather than impartial view [*i.e.*, an "amicus petitor"], the motion for leave to file

an amicus brief is to be denied, in keeping with the principle that an amicus must be a friend of the court and not a friend of a party to the cause." *Id*; *see also Village of Elm Grove v. Py*, 724 F. Supp. 612 (E.D. Wis. 1989) (denying leave to file amicus curiae brief to non-party who had its own particular interest in outcome of litigation and whose proposed contribution was unnecessary, as both parties appeared to be competently represented). As a result, a district court, "whose principal function is resolving issues of fact, should go slow in accepting an amicus brief," and ensure that such input is both necessary and appropriate. *Leigh*, 535 F. Supp. at 422 (citation omitted). Ultimately, "[t]he privilege of being heard amicus rests in the discretion of the court…." *Id*. at 420 (*citing* 3A C.J.S. Amicus Curiae Section 3).

Plaintiffs take no position on the United States' Motion for Leave, and will defer to the Court's exercise of its discretion. If the Court finds that the United States is properly appearing as an "amicus curiae," as opposed to an "amicus petitor," and grants the Motion for Leave, Plaintiffs respectfully request an opportunity to respond to the United States' amicus brief within the time limits provided by Local Rule 7.1(b) (*i.e.*, 21 days after the date the brief is accepted for filing).

Respectfully submitted,

APPLETON PAPERS INC.

s/ Michael L. Hermes
By: One of Its Attorneys

NCR CORPORATION

s/ Kathleen L. Roach
By: One of its Attorneys

Counsel for NCR Corporation:
J. Andrew Schlickman (Illinois Bar No. 3122104)
Kathleen L. Roach (Illinois Bar No. 6191432)
Evan Westerfield (Illinois Bar No. 6217037)
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
Fax: (312) 853-7036

J. Ric Gass (Wisconsin Bar No. 1011998)
Gass Weber Mullins LLC
309 North Water Street
Milwaukee, Wisconsin 53202
(414) 224-7697
Fax: (414) 224-6116

Counsel for Appleton Papers Inc.:
Michael L. Hermes (Wisconsin Bar No. 1019623)
Metzler Timm Treleven & Hermes SC
222 Cherry Street
Green Bay, Wisconsin 54301
(920) 435-9393
Fax: (920) 435-8866


Dated: May 29, 2008

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

| | | |
|---|---|---|
| APPLETON PAPERS INC. and <br> NCR CORPORATION, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | No. 08-CV-00016-WCG |
| GEORGE A. WHITING PAPER COMPANY, <br> P. H. GLATFELTER COMPANY, <br> MENASHA CORPORATION, <br> GREEN BAY PACKAGING INC., <br> INTERNATIONAL PAPER COMPANY, <br> LEICHT TRANSFER & STORAGE COMPANY, <br> NEENAH FOUNDRY COMPANY, <br> NEWPAGE WISCONSIN SYSTEM INC., <br> THE PROCTER & GAMBLE PAPER <br> PRODUCTS COMPANY, and <br> WISCONSIN PUBLIC SERVICE CORP., | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2008, I electronically filed Plaintiffs' Response to the United States' Motion for Leave to File Brief As Amicus Curiae using the ECF system, which will send notification of such filing to: Philip Munroe at DiRenzo & Bomier LLC, pmunroe@direnzollc.com; Scott Fleming at Weiss Berzowski Brady LLP, sbf@wbb-law.com; David Mandelbaum at Ballard Spahr Andrews & Ingersoll, LLP, mandelbaum@ballardspahr.com; Marc Davies at Ballard Spahr Andrews & Ingersoll, LLP, davies@ballardspahr.com; Ronald Varnum at Ballard Spahr Andrews & Ingersoll, LLP, varnumr@ballardspahr.com; Jennifer Simon at Ballard Spahr Andrews & Ingersoll, LLP, simonj@ballardspahr.com; Sabrina Mizrachi at Ballard Spahr Andrews & Ingersoll, LLP, mizrachis@ballardspahr.com; Mark Feldmann at Menn Law Firm, Ltd., mark-feldmann@mennlaw.com; Joseph Beisenstein at Menn Law Firm, Ltd.,

joseph-beisenstein@mennlaw.com; Jacy T. Rock at Faegre & Benson LLP, jrock@faegre.com; Colin Deihl at Faegre & Benson LLP, cdeihl@faegre.com; Delmar Ehrich at Faegre & Benson LLP, dehrich@faegre.com; David Edquist at von Briesen & Roper, s.c., dedquist@vonbriesen.com; Christopher Riordan at von Briesen & Roper, s.c., criordan@vonbriesen.com; Patrick Wells at von Briesen & Roper, s.c., pwells@vonbriesen.com; Russell Wilson at Ruder Ware, rwilson@ruderware.com; Linda Benfield at Foley & Lardner LLP, lbenfield@foley.com; Sarah Slack at Foley & Lardner LLP, sslack@foley.com; Arthur Radke at Dykema Gossett PLLC, aradke@dykema.com; Michelle Gale at Dykema Gossett PLLC, mgale@dykema.com; Daniel Murray at Johnson & Bell, Ltd., murrayd@jbltd.com; Mathew Beredo at Baker & Hostetler LLP, mberedo@bakerlaw.com; Timothy Anderson at Remley & Sensenbrenner, S.C., tanderson@remleylaw.com; Thomas O'Donnell at Calfee Halter & Griswold LLP, todonnell@calfee.com; William Coughlin at Calfee Halter & Griswold LLP, wcoughlin@calfee.com; Randall Stone at U.S. Department of Justice, randall.stone@usdoj.gov; Michael Hermes at Metzler, Timm, Treleven & Hermes, S.C., mhermes@mtthlaw.com; J. Ric Gass at Gass Weber Mullins LLC, gass@gasswebermullins.com; Joan Radovich at Sidley Austin LLP, jradovich@sidley.com; Kathleen Roach at Sidley Austin LLP, kroach@sidley.com; Evan Westerfield at Sidley Austin LLP, evanwesterfield@sidley.com; and J. Andrew Schlickman at Sidley Austin LLP, jschlickman@sidley.com.

        NCR CORPORATION

        s/ Kathleen L. Roach
        By: One of Its Attorneys

J. Andrew Schlickman (Illinois Bar No. 3122104)
Kathleen L. Roach (Illinois Bar No. 6191432)
Evan Westerfield (Illinois Bar No. 6217037)
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000