IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS INC. and
NCR CORPORATION,

        Plaintiffs,

v.                                        Case No. 08-CV-00016-WCG

GEORGE A. WHITING PAPER COMPANY,
P.H. GLATFELTER COMPANY,
MENASHA CORPORATION,
GREEN BAY PACKAGING, INC.,
INTERNATIONAL PAPER COMPANY,
LEICHT TRANSFER & STORAGE COMPANY,
NEENAH FOUNDRY COMPANY,
NEWPAGE WISCONSIN SYSTEM INC.,
THE PROCTER & GAMBLE PAPER
PRODUCTS COMPANY, and
WISCONSIN PUBLIC SERVICE CORP.,

        Defendants.

**NOTICE OF APPEARANCE OF JOHN F. CERMAK, JR. AND SONJA A. INGLIN AS ATTORNEYS OF RECORD FOR DEFENDANT INTERNATIONAL PAPER COMPANY**

**PLEASE TAKE NOTICE** that John F. Cermak, Jr. and Sonja A. Inglin hereby appear as attorneys of record for Defendant International Paper Company in this action. Concurrently with the filing of the Notice, Mathew B. Beredo is withdrawing as counsel of record for

International Paper Company, and any future notices or papers in this action should be served on John F. Cermak, Jr. and Sonja A. Inglin.

Dated: May 29, 2008  BAKER & HOSTETLER LLP

By:   s/Sonja A. Inglin
John F. Cermak, Jr.
Sonja A. Inglin
Attorneys for Defendant,
International Paper Company
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025
Telephone: (310) 820-8800
Facsimile: (310) 820-8859
jcermak@bakerlaw.com
singlin@bakerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2008, International Paper Company's Notice of Appearance of John F. Cermak, Jr. and Sonja A. Inglin as Attorneys of Record for Defendant International Paper Company was electronically filed with the Clerk of the Court using the ECF system. The ECF system will send notification of the filing electronically to:

Michael L. Hermes, Esq.
Metzler Timm Treleven & Hermes S.C.
222 Cherry St.
Green Bay, WI 54301-4223
mhermes@mtthlaw.com

J. Andrew Schlickman, Esq.
Evan B. Westerfield, Esq.
Joan Radovich, Esq.
Kathleen L. Roach, Esq.
Sidley Austin LLP
One S. Dearborn St.
Chicago, IL 60603
jaschlickman@sidley.com
evanwesterfield@sidley.com
jradovich@sidley.com
kroach@sidley.com

Jennifer E. Simon
Marc E. Davies, Esq.
David G. Mandelbaum, Esq.
Ronald M. Varnum, Esq.
Sabrina Mizrachi, Esq.
Ballard Spahr Andrews & Ingersoll, Esq.
1735 Market St., 51st Fl.
Philadelphia, PA 19103
simonj@ballardspahr.com
davies@ballardspahr.com
mandelbaum@balladspahr.com
varnumr@ballardspahr.com
mizrachis@ballardspahr.com

Scott B. Fleming
Weiss Berzowski Brady LLP
700 N. Water St., Ste. 1400
Milwaukee, WI 53202-4206
sbf@wbb-law.com

J. Ric Gass, Esq.
Gass Weber Mullins LLC
309 N. Water St.
Milwaukee, WI 53202
gass@gasswebermullins.com

Joseph J. Beisenstein, Esq.
Mark R. Feldman, Esq.
Menn Law Firm, Ltd.
2501 E. Enterprise Ave.
Appleton, WI 54912
beisenstein@mennlaw.com
mark-feldman@mennlaw.com

Delmar R. Ehrich, Esq.
Faegre & Benson LLP
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN 55402
dehrich@faegre.com

Philip A. Munroe, Esq.
Di Renzo & Bomier, LLC
Two Neenah Center, Ste. 701
Neenah, WI 54957-0788
pmunroe@direnzollc.com

Christopher P. Riordan, Esq.
David J. Edquist, Esq.
Patrick L. Wells, Esq.
Von Briesen & Roper SC
411 E. Wisconsin Ave., Ste. 700
PO Box 3262
Milwaukee, WI 53201-3262
criordan@vonbriesen.com
dedquist@vonbriesen.com
pwells@vonbriesen.com

Thomas R. O'Donnell, Esq.
William E. Coughlin, Esq.
Calfee Halter & Griswold LLP
Key Bankt Ctr
800 Superior Ave., Ste. 1400
Cleveland, OH 44114-2688
todonnell@calfee.com
wcoughlin@calfee.com

Arthur F. Radke, Esq.
Dykema Gossett PLLC
10 S. Wacker Dr., Ste. 2300
Chicago, IL 60606
aradke@dykema.com

Colin C. Diehl, Esq.
Jacy T. Rock, Esq.
Faegre & Benson LLP
1700 Lincoln St., Ste. 3200
Denver, CO 80203
cdeihl@faegre.com
jrock@faegre.com

Randall M. Stone, Esq.
U.S. Department of Justice
Environment and Natural Resources Div.
Environmental Enforcement Section
PO Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611

Russell W. Wilson, Esq.
Ruder Ware LLSC
500 1st St., Ste. 8000
PO Box 8050
Wausau, WI 54402-2718
rwilson@ruderware.com

Timothy B. Anderson
Remley & Sensenbrenner SC
219 E. Wisconsin Ave.
Neenah, WI 54956
tanderson@remleylaw.com

Linda E. Benfield, Esq.
Sarah A. Slack, Esq.
Foley & Lardner
777 E. Wisconsin Ave.
Milwaukee, WI 53202-5300
lbenfield@foley.com

Daniel C. Murray, Esq.
Johnson & Bell Ltd
33 W. Monroe St., Ste. 2700
Chicago, IL 60603-5404
murrayd@jbltd.com

Dated: May 29, 2008		By: ___s/Sonja A. Inglin_____
Sonja A. Inglin
Attorney for Defendant,
International Paper Company
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025
Telephone: (310) 820-8800
Facsimile: (310) 820-8859
singlin@bakerlaw.com