UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS, INC. and
NCR CORPORATION,

       Plaintiffs,

    v.

GEORGE A. WHITING PAPER COMPANY,
P. H. GLATFELTER COMPANY,
MENASHA CORPORATION,
GREEN BAY PACKAGING INC.,
INTERNATIONAL PAPER COMPANY,
LEICHT TRANSFER & STORAGE COMPANY,
NEENAH FOUNDRY COMPANY,
NEWPAGE WISCONSIN SYSTEM INC.,
THE PROCTER & GAMBLE PAPER
PRODUCTS COMPANY, and
WISCONSIN PUBLIC SERVICE CORP.

       Defendants,

Case No. 08-C-00016-WCG

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears in the above captioned action as counsel for Defendant Wisconsin Public Service Corporation.

I certify that I am admitted to practice in this Court.

Dated: May 29, 2008                              s/ Charles M. Gering

Charles M. Gering
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, Illinois 60610
312.832.4500
312.832.4700 (facsimile)
Email: cgering@foley.com

Attorney for Defendant
WISCONSIN PUBLIC SERVICE CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2008, I electronically filed the foregoing **Notice of Appearance** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

    Michael L. Hermes
    Evan B. Westerfield
    J. Ric Gass
    J. Andrew Schlickman
    Joan Radovich
    Kathleen L. Roach
    Philip A. Munroe
    Scott B. Fleming
    Jennifer E. Simon
    Marc E. Davies
    Ronald M. Varnum
    Sabrina Mizrachi
    David G. Mendelbaum
    Joseph J. Beisenstein
    Colin C. Deihl
    Delmar R. Ehrich
    Jacy T. Rock
    Mark R. Feldmann
    Christopher P. Riordan
    David J. Edquist
    Patrick L. Wells
    Mathew B. Beredo
    Sonja A. Inglin
    Randall M. Stone
    Russell W. Wilson
    Arthur F. Radke
    Michelle A. Gale
    Thomas R. O'Donnell
    Timothy B. Anderson
    William E. Coughlin
    Daniel C. Murray

    /s/ Charles M. Gering