UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. AND NCR CORPORATION, ) ) ) Plaintiffs, ) ) vs. ) ) GEORGE A. WHITING PAPER COMPANY, ) et al., ) ) Defendants. ) ) ) | Case No. 08-CV-00016-WCG |

## WISCONSIN PUBLIC SERVICE CORPORATION'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS COUNTS I AND III OF PLAINTIFFS' THIRD AMENDED COMPLAINT

Defendant Wisconsin Public Service Corporation ("WPSC") has moved to dismiss Counts I and III of Plaintiffs' Third Amended Complaint (the "Complaint"). WPSC's motion is based on the same arguments fully and clearly articulated by defendant Menasha Corporation ("Menasha") in its Memorandum in Support of its Motion to Dismiss, dated March 24, 2008 (Dkt. No. 64), and its Reply in Support of its Motion to Dismiss, dated May 5, 2008 (Dkt. No. 121). Accordingly, in support of its motion to dismiss, WPSC adopts and incorporates herein the arguments set forth by Menasha in those papers.

For the reasons set forth in its motion and in this supporting memorandum, including the arguments set forth by defendant Menasha Corporation in support of its motion to dismiss, defendant Wisconsin Public Service Corporation respectfully requests that the Court enter an order dismissing Counts I and III of Plaintiffs' Third Amended Complaint.

Dated: June 2, 2008                                    Respectfully submitted,

                                                            WISCONSIN PUBLIC SERVICE
                                                            CORPORATION


                                                            By: /s/ Sarah A. Slack
                                                                             One of Its Attorneys

Linda E. Benfield, Esq. (1004937)
Sarah A. Slack, Esq. (1056510)
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
414.271.2400
414.297.4900 (Facsimile)
Email: lbenfield@foley.com; sslack@foley.com

Charles M. Gering
Foley & Lardner LLP
321 North Clark Street
Chicago, IL 60610
312.832.4588
312.832.4700 (Facsimile)
Email: cgering@foley.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2008, I electronically filed the foregoing **Wisconsin Public Service Corporation's Memorandum in Support of Its Motion to Dismiss Counts I and III of Plaintiffs' Third Amended Complaint** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

>Michael L. Hermes
>Evan B. Westerfield
>J. Ric Gass
>J. Andrew Schlickman
>Joan Radovich
>Kathleen L. Roach
>Philip A. Munroe
>Scott B. Fleming
>Jennifer E. Simon
>Marc E. Davies
>Ronald M. Varnum
>Sabrina Mizrachi
>David G. Mendelbaum
>Joseph J. Beisenstein
>Colin C. Deihl
>Delmar R. Ehrich
>Jacy T. Rock
>Mark R. Feldmann
>Christopher P. Riordan
>David J. Edquist
>Patrick L. Wells
>Mathew B. Beredo
>Sonja A. Inglin
>Randall M. Stone
>Russell W. Wilson
>Arthur F. Radke
>Joseph C. Basta
>Michelle A. Gale
>Thomas R. O'Donnell
>Timothy B. Anderson
>William E. Coughlin
>Daniel C. Murray

/s/ Sarah A. Slack