UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

APPLETON PAPERS INC. and
NCR CORPORATION,

                Plaintiffs,

v.                                  No. 08-CV-00016-WCG

GEORGE A. WHITING PAPER COMPANY,
P. H. GLATFELTER COMPANY,
MENASHA CORPORATION,
GREEN BAY PACKAGING INC.,
INTERNATIONAL PAPER COMPANY,
LEICHT TRANSFER & STORAGE COMPANY,
NEENAH FOUNDRY COMPANY,
NEWPAGE WISCONSIN SYSTEM INC.,
THE PROCTER & GAMBLE PAPER
PRODUCTS COMPANY,
WISCONSIN PUBLIC SERVICE CORP.,
CITY OF APPLETON, CITY OF DE PERE,
CITY OF GREEN BAY, CITY OF KAUKATINA,
BROWN COUNTY, GREEN BAY METROPOLITAN
SEWERAGE DISTRICT, HEART OF THE
VALLEY METROPOLITAN SEWERAGE
DISTRICT, NEENAH-MENASHA SEWERAGE
COMMISSION, VILLAGE OF KIMBERLY,
and VILLAGE OF WRIGHTSTOWN,

                Defendants.

---

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

---

      City of DePere, a defendant in the above-entitled matter, by its attorneys, hereby

enters its appearance. The attorneys' name, address, telephone number, facsimile, and

email are as follows:

H:\DOCS\012465\000004\00259289.DOC
0613081439

Ted Waskowski
State Bar Number 1003254
Richard C. Yde
State Bar Number 1013600
Stafford Rosenbaum LLP
222 West Washington Avenue, Suite 900
Post Office Box 1784
Madison, Wisconsin 53701-1784
T:      608.256.0226
F :     608.259.2600
twaskowski@staffordlaw.com
ryde@staffordlaw.com

City of DePere hereby requests that copies of all notices be given to it by service upon its attorneys at the address shown above.

Dated:  June 13, 2008.          STAFFORD ROSENBAUM LLP

_____
Ted Waskowski
State Bar Number 1003254
Richard C. Yde
State Bar Number 1013600
Attorneys for Defendant City of DePere

222 West Washington Avenue, Suite 900
Post Office Box 1784
Madison, Wisconsin 53701-1784
608.256.0226