UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS INC. and
NCR CORPORATION,

        Plaintiffs,

vs.

GEORGE A. WHITING PAPER COMPANY,
P. H. GLATFELTER COMPANY,
MENASHA CORPORATION,
GREEN BAY PACKAGING INC.,
INTERNATIONAL PAPER COMPANY,
LEICHT TRANSFER & STORAGE COMPANY,
NEENAH FOUNDRY COMPANY,
NEWPAGE WISCONSIN SYSTEM INC.,
THE PROCTER & GAMBLE PAPER PRODUCTS COMPANY,
WISCONSIN PUBLIC SERVICE CORP.,
CITY OF APPLETON,
CITY OF DE PERE,
CITY OF GREEN BAY,
CITY OF KAUKAUNA,
BROWN COUNTY,
GREEN BAY METROPOLITAN SEWERAGE DISTRICT,
HEART OF THE VALLEY METROPOLITAN SEWERAGE DISTRICT,
NEENAH-MENASHA SEWERAGE COMMISSION,
VILLAGE OF KIMBERLY,
VILLAGE OF WRIGHTSTOWN,
WTM I COMPANY, and
U.S. PAPER MILLS CORPORATION,

        Defendants.

Case No.: 08-CV-00016-WCG

**NOTICE OF RETAINER**

19093030v1 850460

PLEASE TAKE NOTICE, that we have been retained by and appear for the defendant, Heart of the Valley Metropolitan Sewerage District, in the above-entitled action, and we hereby demand that copies of all pleadings in this action subsequent to this Notice be served upon us at our office, 100 West Lawrence Street, Appleton, WI 54911.

Dated this 16th day of June, 2008.

/s/ Lora L. Zimmer
Lora L. Zimmer
State Bar No. 1047155
Thomas R. Schrimpf
State Bar No. 1018230
Attorneys for Defendant Heart of the Valley Metropolitan Sewerage District,
HINSHAW & CULBERTSON LLP
100 West Lawrence St.
Appleton, WI 54911
Phone No.: 920-738-7550
Fax No.: 920-738-9294
E-mail Addresses:
lzimmer@hinshawlaw.com
tschrimpf@hinshawlaw.com

2

19093030v1 850460
Case 2:08-cv-00016-WCG   Filed 06/16/08   Page 2 of 2   Document 151