UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

APPLETON PAPERS INC. and
NCR CORPORATION,

                Plaintiffs,                Case No. 08-CV-00016-WCG

    v.

GEORGE A. WHITING PAPER COMPANY,
P.H. GLATFELTER COMPANY,
MENASHA CORPORATION,
GREEN BAY PACKAGING INC.,
INTERNATIONAL PAPER COMPANY,
LEICHT TRANSFER & STORAGE COMPANY,
NEENAH FOUNDRY COMPANY,
NEWPAGE WISCONSIN SYSTEM INC.,
THE PROCTER & GAMBLE PAPER
PRODUCTS COMPANY,
WISCONSIN PUBLIC SERVICE CORP.,
CITY OF APPLETON,
CITY OF DE PERE,
CITY OF GREEN BAY,
CITY OF KAUKAUNA,
BROWN COUNTY,
GREEN BAY METROPOLITAN
SEWERAGE DISTRICT,
HEART OF THE VALLEY METROPOLITAN
SEWERAGE DISTRICT,
NEENAH-MENASHA SEWERAGE
COMMISSION,
VILLAGE OF KIMBERLY,
VILLAGE OF WRIGHTSTOWN,
WTM I COMPANY, and
U.S.PAPER MILLS CORPORATION,

                Defendants.

---

NOTICE OF APPEARANCE

---

TO:    Timothy B. Anderson – tanderson@remleylaw.com, tfischer@remleylaw.com

Joseph C. Basta – jbasta@dykema.com, sgoodman@dykema.com, jmaynard@dykema.com
Joseph J. Beisenstein – joseph-beisenstein@mennlaw.com, mjgraf@mannlaw.com
Linda E. Benfield – lbenfield@foley.com, tgraziano@foley.com
Mathew B. Beredo – mberedo@bakerlaw.com, sjeney@bakerlaw.com
John F. Cermak, Jr. – jcermak@bakerlaw.com
William E. Coughlin – wcoughlin@calfee.com
Marc E. Davies – davies@ballardspahr.com
Colin C. Deihl – cdeihl@gaegre.com, jsullivan@faegre.com
David J. Edquist – dedquist@vonbriesen.com
Delmar R. Eric – dehrich@faegre.com, rcox@faegre.com, dherber@faegre.com, mlokken@faegre.com, cnelson@faegre.com
Mark R. Feldmann – mark-feldmann@mannlaw.com, donna-benson@mennlaw.com
Scott B. Fleming – sbf@wbb-law.com, gms@wbb-law.com
Michelle A. Gale – mgale@dykema.com, idejesus@dykema.com
J. Ric Gass – gass@gasswebermullins.com, paszkiewicz@gasswebermullins.com
Charles M. Gering – cgering@foley.com
Michael L. Hermes – mhermes@mtthlaw.com, tcavin@mtthlaw.com
Sonja A. Inglin – singling@bakerlaw.com
David G. Mandelbaum – mandelbaum@ballardspahr.com
Sabrina Mizrachi – mizrachis@ballardspahr.com
Philip A. Munroe – pmunroe@direnzollc.com, prand@direnzollc.com
Daniel c. Murray – murrayd@jbltd.com
Thomas R. O'Donnell – todonnell@calfee.com
Arthur F. Radke – aradke@dykema.com, cmandel@dykema.com, ifrye@dykema.com
Joan Radovich – jradovich@sidley.com, shalicky@sidley.com, efilingnotice@sidley.com
Christopher P. Riordan – criordan@vonbriesen.com, jgroom@vonbriesen.com
Kathleen L. Roach – kroach@sidley.com, efilingnotice@sidley.com
Jacy T. Rock – jrock@faegre.com, gapt@faegre.com
J. Andrew Schlickman – jasclickman@sidley.com, efilingnotice@sidley.com, dfmanheim@sidley.com
Jennifer E. Simon – simonj@ballardspahr.com
Sarah A. Snack – sslack@foley.com
Randall M. Stone – randall.stone@usdoj.gov
Ronald M. Varnum – varnumr@ballardspahr.com
Patrick L. Wells – pwells@vonbriesen.com, swochos@gbp.com, abarrett@vonbriesen.com
Evan B. Westerfield – evanwesterfield@sidley.com, efilingnotice@sidley.com, dfmanheim@sidley.com
Russell W. Wilson – rwilson@ruderware.com, cdahlke@ruderware.com

Please take notice that the law firms of Davis & Kuelthau, s.c., by William J. Mulligan, Kevin J. Lyons, and Bruce A. Olson, and Gunz Law Office, by James B. Gunz, appear for the defendant, Neenah-Menasha SewerageCommission, in the above-entitled action, and demand

2

that copies of all papers and pleadings subsequent to the Fourth Amended Complaint be served on counsel at the following addresses:

    William J. Mulligan – wmulligan@dkattorneys.com
    Kevin J. Lyons – klyons@dkattorneys.com
    Bruce A. Olson – bolson@dkattorneys.com
    James B. Gunz – attygunz@msn.com

    Dated: June 16, 2008.

    s/William J. Mulligan
    William J. Mulligan (WI Bar No. 1008465)
    Kevin J. Lyons (WI Bar No. 1013826)
    Davis & Kuelthau, s.c.
    111 E. Kilbourn Avenue, Suite 1400
    Milwaukee, WI 53202
    Telephone: (414) 276-0200
    Facsimile: (414) 276-9369
    Email: wmulligan@dkattorneys.com
          klyons@dkattorneys.com

    Bruce A. Olson (WI Bar No. 1014754)
    Davis & Kuelthau, s.c.
    318 S. Washington Street, Suite 300
    Green Bay, WI 54301
    Telephone: (920) 435-2230
    Facsimile: (920) 431-2270
    Email: bolson@dkattorneys.com

    James B. Gunz (WI Bar No. 1014541)
    Gunz Law Office
    1142 Glenayre
    Neenah, WI 54956-4236
    Telephone: (920) 729-6358
    Facsimile: (920) 886-6286
    Email: attygunz@msn.com

CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

> Timothy B. Anderson – tanderson@remleylaw.com, tfischer@remleylaw.com
> Joseph C. Basta – jbasta@dykema.com, sgoodman@dykema.com, jmaynard@dykema.com
> Joseph J. Beisenstein – joseph-beisenstein@mennlaw.com, mjgraf@mannlaw.com
> Linda E. Benfield – lbenfield@foley.com, tgraziano@foley.com
> Mathew B. Beredo – mberedo@bakerlaw.com, sjeney@bakerlaw.com
> John F. Cermak, Jr. – jcermak@bakerlaw.com
> William E. Coughlin – wcoughlin@calfee.com
> Marc E. Davies – davies@ballardspahr.com
> Colin C. Deihl – cdeihl@gaegre.com, jsullivan@faegre.com
> David J. Edquist – dedquist@vonbriesen.com
> Delmar R. Eric – dehrich@faegre.com, rcox@faegre.com, dherber@faegre.com, mlokken@faegre.com, cnelson@faegre.com
> Mark R. Feldmann – mark-feldmann@mannlaw.com, donna-benson@mennlaw.com
> Scott B. Fleming – sbf@wbb-law.com, gms@wbb-law.com
> Michelle A. Gale – mgale@dykema.com, idejesus@dykema.com
> J. Ric Gass – gass@gasswebermullins.com, paszkiewicz@gasswebermullins.com
> Charles M. Gering – cgering@foley.com
> Michael L. Hermes – mhermes@mtthlaw.com, tcavin@mtthlaw.com
> Sonja A. Inglin – singling@bakerlaw.com
> David G. Mandelbaum – mandelbaum@ballardspahr.com
> Sabrina Mizrachi – mizrachis@ballardspahr.com
> Philip A. Munroe – pmunroe@direnzollc.com, prand@direnzollc.com
> Daniel c. Murray – murrayd@jbltd.com
> Thomas R. O'Donnell – todonnell@calfee.com
> Arthur F. Radke – aradke@dykema.com, cmandel@dykema.com, ifrye@dykema.com
> Joan Radovich – jradovich@sidley.com, shalicky@sidley.com, efilingnotice@sidley.com
> Christopher P. Riordan – criordan@vonbriesen.com, jgroom@vonbriesen.com
> Kathleen L. Roach – kroach@sidley.com, efilingnotice@sidley.com
> Jacy T. Rock – jrock@faegre.com, gapt@faegre.com
> J. Andrew Schlickman – jasclickman@sidley.com, efilingnotice@sidley.com, dfmanheim@sidley.com
> Jennifer E. Simon – simonj@ballardspahr.com
> Sarah A. Snack – sslack@foley.com
> Randall M. Stone – randall.stone@usdoj.gov
> Ronald M. Varnum – varnumr@ballardspahr.com
> Patrick L. Wells – pwells@vonbriesen.com, swochos@gbp.com, abarrett@vonbriesen.com

4

Evan B. Westerfield – evanwesterfield@sidley.com, efilingnotice@sidley.com, dfmanheim@sidley.com
Russell W. Wilson – rwilson@ruderware.com, cdahlke@ruderware.com

I further certify that I served a copy of the Notice of Appearance and this Certificate to Service via email to the following:

James P. Walsh – jim.walsh@appleton.org
Judy Schmidt-Lehman – jschmidt-lehman@de-pere.org
Allison C. Swanson – allisonsw@ci.green-bay.wi.us
Paul Van Berkel – pvbesq@kaukauna-wi.org

                        s/Pamela G. Orin
                        Pamela G. Orin, Paralegal
                        Davis & Kuelthau, s.c.