UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS INC. and
NCR CORPORATION,

    Plaintiffs,

    v.                    No. 2:08-cv-00016-WCG

GEORGE A. WHITING PAPER
COMPANY, P.H. GLATFELTER
COMPANY, MENASHA CORPORATION,
GREEN BAY PACKAGING INC.,
INTERNATIONAL PAPER COMPANY,
LEICHT TRANSFER & STORAGE
COMPANY, NEENAH FOUNDRY
COMPANY, NEWPAGE WISCONSIN
SYSTEM INC., THE PROCTER &
GAMBLE PAPER PRODUCTS COMPANY,
WISCONSIN PUBLIC SERVICE CORP.,
CITY OF APPLETON, CITY OF DE PERE,
CITY OF GREEN BAY, CITY OF
KAUKAUNA, BROWN COUNTY, GREEN
BAY METROPOLITAN SEWERAGE
DISTRICT, HEART OF THE VALLEY
METROPOLITAN SEWERAGE DISTRICT,
NEENAH-MENASHA SEWERAGE
COMMISSION, VILLAGE OF KIMBERLY,
VILLAGE OF WRIGHTSTOWN,
WTM I COMPANY, and
U.S. PAPER MILLS CORPORATION,

    Defendants.

## DEFENDANT MENASHA CORPORATION'S MOTION
## TO DISMISS FOURTH AND FIFTH AMENDED COMPLAINTS

    Pursuant to Fed. R. Civ. P. 12(b)(1) and (6), Defendant Menasha Corporation

("Menasha") respectfully moves this Court to dismiss Counts I and III of Plaintiffs' Fourth and

Fifth Amended Complaints for the reasons stated in Menasha's previously filed Motion to

Dismiss Plaintiffs' Second Amended Complaint and Memorandum in Support thereof, which reasons Menasha incorporates herein by reference.

Similar to the Third Amended Complaint, the Fourth and Fifth Amended Complaints add additional defendants, but do not appear to change the allegations against Menasha in any relevant way. Therefore, the filing of the Fourth and Fifth Amended Complaints do not affect the arguments made in Menasha's Motion to Dismiss and should not affect the Court's resolution of the Motions to Dismiss.

Dated: June 19, 2008

s/ Jacy T. Rock
Mark R. Feldmann, Wisconsin Bar No. 1017847
Joseph J. Beisenstein, Wisconsin Bar No. 1013866
Menn Law Firm, Ltd.
2501 E. Enterprise Avenue
P.O. Box 785
Appleton, WI 54912-0785
Telephone: 920-731-6631
Facsimile: 920-734-0981
mark-feldmann@mennlaw.com
joseph-beisenstein@mennlaw.com

Delmar R. Ehrich, Minnesota Bar No. 148660
Faegre & Benson LLP
2200 Wells Fargo Center,
90 S. Seventh Street
Minneapolis, MN 55402
Telephone: 612-766-7000
Facsimile: 612-766-1600
dehrich@faegre.com

Colin C. Deihl, Colorado Bar No. 19737
Jacy T. Rock, Colorado Bar No. 36717
Faegre & Benson LLP
1700 Lincoln Street, Suite 3200
Denver, CO 80203
Telephone: 303-607-3500
Facsimile: 303-607-3600
cdeihl@faegre.com
jrock@faegre.com

Attorneys for Defendant Menasha Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2008, **DEFENDANT MENASHA CORPORATION'S MOTION TO DISMISS FOURTH AND FIFTH AMENDED COMPLAINTS** was electronically filed with the Clerk of the Court using the ECF system. The ECF system will send notification of the filing to:

J. Andrew Schlickman
Evan B. Westerfield
Joan Radovich
Kathleen L. Roach
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
jaschlickman@sidley.com
*Counsel for NCR Corporation*

J. Ric Gass
Gass Weber Mullins LLC
309 N. Water Street, #700
Milwaukee, WI 53202-5769
gass@gasswebermullins.com
*Counsel for NCR Corporation*

Scott B. Fleming
Weiss Berzowski Brady LLP
700 N. Water Street, Suite 1400
Milwaukee, WI 53202-4206
sbf@wbb-law.com
*Counsel for George A. Whiting Paper Company*

Philip A. Monroe
Di Renzo & Bomier, LLC
Two Neenah Center, Suite 701
PO Box 788
Neenah, WI 54957-0788
pmunroe@direnzollc.com
*Counsel for George A. Whiting Paper Company*

Michael L. Hermes
Metzler Timm Treleven & Hermes SC
222 Cherry St.
Green Bay, WI 54301-4223
mhermes@mtthlaw.com
*Counsel for Appleton Papers Inc.*

David G. Mandelbaum
Marc E. Davies
Jennifer E. Simon
Ronald M. Varnum
Sabrina Mizrachi
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
mandelbaum@ballardspahr.com
daviesm@@ballardspahr.com
simonj@ballardspahr.com
varnumr@ballardspahr.com
mizrachis@ballardspahr.com
*Counsel for P.H. Glatfelter Company*

David J. Edquist
Christopher P. Riordan
Patrick L. Wells
von Briesen & Roper, s.c.
411 E. Wisconsin Ave., Suite 700
Milwaukee, WI 53201-3262
dedquist@vonbriesen.com
criordan@vonbriesen.com
pwells@vonbriesen.com
*Counsel for Green Bay Packaging, Inc.*

Randall M. Stone
U.S. Department of Justice
Environment and Natural Resources Div.
Environmental Enforcement Section
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7611
randall.stone@usdoj.gov
*Counsel for The United States of America*

Russell W. Wilson
Ruder Ware
500 First Street, Suite 8000
P.O. Box 8050
Wausau, WI 54402-8050
rwilson@ruderware.com
*Counsel for Leicht Transfer & Storage Co.*

Linda E. Benfield
Sarah A. Slack
Foley & Lardner LLP
777 E. Wisconsin Ave.
Milwaukee, WI 53202-5306
lbenfield@foley.com
sslack@foley.com
*Counsel for Wisconsin Public Service Corporation*

Charles M. Gering
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610
cgering@foley.com
*Counsel for Wisconsin Public Service Corporation*

Arthur F. Radke
Michelle A. Gale
Dykema Gossett PLLC
10 S. Wacker Dr., Suite 2300
Chicago, IL 60606
aradke@dykema.com
mgale@dykema.com
*Counsel for Procter & Gamble Paper Products Company*

Joseph C. Basta
Dykema Gossett PLLC
2723 S. State Street, Suite 400
Ann Arbor, MI 48104
jbasta@dykema.com
*Counsel for Procter & Gamble Paper Products Company*

Daniel C. Murray
Johnson & Bell, Ltd.
33 W. Monroe St., Suite 2700
Chicago, IL 60603-5404
murrayd@jbltd.com
*Counsel for Newpage Wisconsin System Inc.*

Timothy B. Anderson
Remley & Sensenbrenner, S.C.
219 E. Wisconsin Ave.
Neenah, WI 54956
tanderson@remleylaw.com
*Counsel for Neenah Foundry Company*

William E. Coughlin
Thomas R. O'Donnell
Calfee, Halter & Griswold LLP
1400 Key Bank Center
800 Superior Ave.
Cleveland, OH 44114-2688
wcoughlin@calfee.com
todonnell@calfee.com
*Counsel for Neenah Foundry Company*

John F. Cermak, Jr.
Sonja A. Inglin
Baker & Hostetler LLP
12100 Wilshire Blvd., 15th Floor
Los Angeles, CA 90025
jcermak@bakerlaw.com
singling@bakerlaw.com
*Counsel for International Paper Company*

Ted Waskowski
Richard C. Yde
Stafford Rosenbaum LLP
222 W. Washington Ave., Suite 900
P.O. Box 1784
Madison, WI 53701-1784
twaskowski@staffordlaw.com
ryde@staffordlaw.com
*Counsel for City of DePere*

Lora L. Zimmer
Thomas R. Schrimpf
Hinshaw & Culbertson LLP
100 W. Lawrence St.
Appleton, WI 54911
lzimmer@hinshawlaw.com
tschrimpf@hinshawlaw.com
*Counsel for Heart of the Valley*
*Metropolitan Sewerage District*

William J. Mulligan
Kevin J. Lyons
Davis & Kuelthau, s.c.
111E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202
wmulligan@dkattorneys.com
klyons@dkattorneys.com
*Counsel for Neenah-Menasha*
*Sewerage Commission*

Bruce A. Olson
Davis & Kuelthau, s.c.
318 S. Washington St., Suite 300
Green Bay, WI 54301
bolson@dkattorneys.com
*Counsel for Neenah-Menasha*
*Sewerage Commission*

James B. Gunz
Gunz Law Office
1142 Glenayre
Neenah, WI 54956-4236
attygunz@msn.com
*Counsel for Neenah-Menasha*
*Sewerage Commission*

s/ Gregory S. Apt

fb.us.2981054.01