UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | | |
|---|---|---|
| APPLETON PAPERS INC., et al. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Case No. 08-CV-16-WCG |
| | ) | |
| GEORGE A. WHITING PAPER COMPANY, et al. | ) | |
| | ) | |
| Defendants | ) | |

## *NOTICE OF APPEARANCE*

Please take notice that Garrett L. Boehm, Jr., appears in the above-entitled action for Defendant **NewPage Wisconsin System Inc.** Please serve all pleadings, correspondence, and other papers on the undersigned at the address stated below. Please direct all ECF Notices to Mr. Boehm at boehmg@jbltd.com.

Dated this 23rd day of June 2008

NEWPAGE WISCONSIN SYSTEM INC.

By: /s/ Garrett L. Boehm, Jr.

Garrett L. Boehm, Jr.
JOHNSON & BELL, LTD.
Suite 2700
33 West Monroe Street
Chicago, IL 60603-5404
boehmg@jbltd.com
tel. 312 984 0279
fax. 312 372 9818

Certificate of Service

I hereby certify that on June 23, 2008, I electronically filed the attached *Notice of Appearance* with the Clerk of the Court using the CM/ECF system, thereby sending notification of such filing to:

| Name | Email |
|---|---|
| Joseph J. Beisenstein | joseph-beisenstein@mennlaw.com |
| Linda E. Benfield | lbenfield@foley.com |
| Garrett L. Boehm, Jr. | boehmg@jbltd.com |
| Marc E. Davies | davies@ballardspahr.com |
| Colin C. Deihl | cdeihl@faegre.com |
| David J. Edquist | dedquist@vonbriesen.com |
| Delmar R. Ehrich | dehrich@faegre.com |
| Mark R. Feldmann | mark-feldmann@mennlaw.com |
| Scott B. Fleming | sbf@wbb-law.com |
| J. Ric Gass | gass@gasswebermullins.com |
| Michael L. Hermes | mhermes@mtthlaw.com |
| David G. Mandelbaum | mandelbaum@ballardspahr.com |
| Jerome I. Maynard | jmaynard@dykema.com |
| Sabrina Mizrachi | mizrachis@ballardspahr.com |
| Philip A. Munroe | pmunroe@direnzollc.com |
| Frederick S. Mueller | muellerf@jbltd.com |
| Daniel C. Murray | murrayd@jbltd.com |
| Arthur F. Radke | aradke@dykema.com |
| Joan Radovich | jradovich@sidley.com |
| Christopher P. Riordan | criordan@vanbriesen.com |
| Kathleen L. Roach | kroach@sidley.com |
| Jacy T. Rock | jrock@faegre.com |
| J. Andrew Schlickman | jaschlickman@sidley.com |
| Jennifer E. Simon | simonj@ballardspahr.com |
| Sarah A. Slack | sslack@foley.com |
| Randall M. Stone | randall.stone@usdoj.gov |
| Ronald M. Varnum | varnumr@ballardspahr.com |
| Patrick L. Wells | pwells@vanbriesen.com |
| Evan B. Westerfield | evanwesterfield@sidley.com |
| Russell W. Wilson | rwilson@ruderware.com |

/s/ *Letitia M. Reyes*

JOHNSON & BELL, LTD.
Suite 2700
33 West Monroe Street
Chicago, IL 60603-5404