## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

| | | |
|---|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | No. 08-CV-00016-WCG |
| GEORGE A. WHITING PAPER COMPANY,<br>P. H. GLATFELTER COMPANY,<br>MENASHA CORPORATION,<br>GREEN BAY PACKAGING INC.,<br>INTERNATIONAL PAPER COMPANY,<br>LEICHT TRANSFER & STORAGE COMPANY,<br>NEENAH FOUNDRY COMPANY,<br>NEWPAGE WISCONSIN SYSTEM INC.,<br>THE PROCTER & GAMBLE PAPER<br>PRODUCTS COMPANY,<br>WISCONSIN PUBLIC SERVICE CORP.,<br>CITY OF APPLETON,<br>CITY OF DE PERE,<br>CITY OF GREEN BAY,<br>CITY OF KAUKAUNA,<br>BROWN COUNTY,<br>GREEN BAY METROPOLITAN<br>SEWERAGE DISTRICT,<br>HEART OF THE VALLEY METROPOLITAN<br>SEWERAGE DISTRICT,<br>NEENAH-MENASHA SEWERAGE<br>COMMISSION,<br>VILLAGE OF KIMBERLY,<br>VILLAGE OF WRIGHTSTOWN,<br>WTM I COMPANY, and<br>U.S. PAPER MILLS CORPORATION, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

**PLAINTIFFS APPLETON PAPERS INC. AND NCR CORPORATION'S ANSWER TO
DEFENDANT WISCONSIN PUBLIC SERVICE CORPORATION'S COUNTERCLAIM**

Plaintiffs Appleton Papers Inc. ("API") and NCR Corporation ("NCR"), by and through their undersigned counsel, for their Answer and Affirmative Defenses to Wisconsin Public Service Corporation's ("WPSC") Counterclaim, state as follows:

1. Plaintiffs API and NCR admit the allegations in Paragraph 1.

2. Plaintiffs API and NCR admit that Appleton Papers Inc. (no comma) is a Delaware corporation with its principal place of business in Appleton, Wisconsin. Plaintiffs further admit that API is a "person" within the meaning of Section 101(21) of CERCLA, 42 U.S.C. § 9601(21). Plaintiffs admit the Appleton Coated Paper Company ("ACPC") facility in Appleton, Wisconsin discharged wastewater, which at times contained residues of a PCB-containing emulsion, into the wastewater treatment plant operated by the City of Appleton when the ACPC facility used a PCB-containing emulsion in the manufacture of NCR Paper brand carbonless copy paper. The wastewater treatment plant operated by the City of Appleton discharged to the Lower Fox River. Plaintiffs further admit that the Combined Paper Mills facility in Combined Locks, Wisconsin discharged wastewater, which at times contained residues of PCB-containing substances, into a clarifier during all or some of the short periods when that facility used a PCB-containing emulsion in the manufacture of NCR Paper brand carbonless copy paper. The clarifier discharged to the Lower Fox River. Plaintiffs deny the remaining allegations of Paragraph 2.

3. Plaintiffs API and NCR admit that NCR is a Maryland corporation with its principal place of business in Dayton, Ohio. Plaintiffs further admit that NCR is a "person" within the meaning of Section 101(21) of CERCLA, 42 U.S.C. § 9601(21). Plaintiffs admit the Appleton Coated Paper Company (ACPC) facility in Appleton, Wisconsin discharged wastewater, which at times contained residues of a PCB-containing emulsion, into the

wastewater treatment plant operated by the City of Appleton when the ACPC facility used a PCB-containing emulsion in the manufacture of NCR Paper brand carbonless copy paper. The wastewater treatment plant operated by the City of Appleton discharged to the Lower Fox River. Plaintiffs further admit that the Combined Paper Mills facility in Combined Locks, Wisconsin discharged wastewater, which at times contained residues of PCB-containing substances, into a clarifier during all or some of the short periods when that facility used a PCB-containing emulsion in the manufacture of NCR Paper brand carbonless copy paper. The clarifier discharged to the Lower Fox River. Plaintiffs deny the remaining allegations of Paragraph 3.

4. Plaintiffs API and NCR admit the allegations in Paragraph 4.

5. Plaintiffs API and NCR admit that venue is proper in this District, that most, if not all, of the events giving rise to the claims in this counterclaim occurred in this District, and that the Lower Fox River is located within this District. Plaintiffs API and NCR admit that some of their businesses or operations are/were located within the District. Plaintiffs deny the remaining allegations in Paragraph 5.

6. Plaintiffs API and NCR admit the allegations in Paragraph 6.

7. Plaintiffs API and NCR deny the allegations in Paragraph 7.

8. Plaintiffs API and NCR deny the allegations in Paragraph 8.

## AFFIRMATIVE DEFENSES

1. Plaintiffs API and NCR hereby incorporate by reference the allegations made against Wisconsin Public Service Corporation in the Third Amended Complaint.

2. Counter-plaintiff Wisconsin Public Service Corporation is not entitled to contribution against API or NCR to the extent that any of the response costs or damages for which it seeks contribution were caused solely by the act or omission of a third party or parties other than an employee or agent of API or NCR and not in connection with a contractual relationship with API or NCR.

3. Counter-plaintiff Wisconsin Public Service Corporation is not entitled to contribution from API to the extent that any of the response costs or damages for which it seeks contribution were caused by contamination that occurred prior to June 30, 1978.

4. API and NCR reserve their rights to assert any and all additional defenses that become known or available as a result of information developed through discovery or at trial.

WHEREFORE, having fully answered and stated affirmative defenses to Defendant Wisconsin Public Service Corporation's Counterclaim, Plaintiffs Appleton Papers Inc. and NCR Corporation pray for judgment in their favor, that Defendant Wisconsin Public Service Corporation take nothing by its Counterclaim, for API and NCR's incurred costs, and for all other and further relief that this Court deems just and proper.

Respectfully Submitted,

APPLETON PAPERS INC.

/s/ Michael L. Hermes
By: One of Its Attorneys


NCR CORPORATION

/s/ Kathleen L. Roach
By: One of its Attorneys


Counsel for Appleton Papers Inc.:
Michael L. Hermes (Wisconsin Bar No. 1019623)
Metzler, Timm, Treleven & Hermes, S.C.
222 Cherry Street
Green Bay, Wisconsin 54301
(920) 435-9393
Fax: (920) 435-8866

Counsel for NCR Corporation:
J. Andrew Schlickman (Illinois Bar No. 3122104)
Kathleen L. Roach (Illinois Bar No. 6191432)
Evan Westerfield (Illinois Bar No. 6217037)
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
Fax: (312) 853-7036

J. Ric Gass (Wisconsin Bar No. 1011998)
Gass Weber Mullins LLC
309 North Water Street
Milwaukee, Wisconsin 53202
(414) 224-7697
Fax: (414) 224-6116

Dated: June 25, 2008

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

| | | |
|---|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION,<br><br>        Plaintiffs,<br><br>        v.<br><br>GEORGE A. WHITING PAPER COMPANY,<br>P. H. GLATFELTER COMPANY,<br>MENASHA CORPORATION,<br>GREEN BAY PACKAGING INC.,<br>INTERNATIONAL PAPER COMPANY,<br>LEICHT TRANSFER & STORAGE COMPANY,<br>NEENAH FOUNDRY COMPANY,<br>NEWPAGE WISCONSIN SYSTEM INC.,<br>THE PROCTER & GAMBLE PAPER<br>PRODUCTS COMPANY,<br>WISCONSIN PUBLIC SERVICE CORP.,<br>CITY OF APPLETON,<br>CITY OF DE PERE,<br>CITY OF GREEN BAY,<br>CITY OF KAUKAUNA,<br>BROWN COUNTY,<br>GREEN BAY METROPOLITAN<br>SEWERAGE DISTRICT,<br>HEART OF THE VALLEY METROPOLITAN<br>SEWERAGE DISTRICT,<br>NEENAH-MENASHA SEWERAGE<br>COMMISSION,<br>VILLAGE OF KIMBERLY,<br>VILLAGE OF WRIGHTSTOWN,<br>WTM I COMPANY, and<br>U.S. PAPER MILLS CORPORATION,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 08-CV-00016-WCG |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2008, I electronically filed **Plaintiffs Appleton Papers Inc. and NCR Corporation's Answer to Defendant Wisconsin Public Service Corporation's**

**Counterclaim** using the ECF system, which will send notification of such filing to: Philip Munroe at DiRenzo & Bomier LLC, pmunroe@direnzollc.com; Scott Fleming at Weiss Berzowski Brady LLP, sbf@wbb-law.com; David Mandelbaum at Ballard Spahr Andrews & Ingersoll, LLP, mandelbaum@ballardspahr.com; Marc Davies at Ballard Spahr Andrews & Ingersoll, LLP, davies@ballardspahr.com; Ronald Varnum at Ballard Spahr Andrews & Ingersoll, LLP, varnumr@ballardspahr.com; Jennifer Simon at Ballard Spahr Andrews & Ingersoll, LLP, simonj@ballardspahr.com; Sabrina Mizrachi at Ballard Spahr Andrews & Ingersoll, LLP, mizrachis@ballardspahr.com; Mark Feldmann at Menn Law Firm, Ltd., mark-feldmann@mennlaw.com; Joseph Beisenstein at Menn Law Firm, Ltd., joseph-beisenstein@mennlaw.com; Jacy T. Rock at Faegre & Benson LLP, jrock@faegre.com; Colin Deihl at Faegre & Benson LLP, cdeihl@faegre.com; Delmar Ehrich at Faegre & Benson LLP, dehrich@faegre.com; David Edquist at von Briesen & Roper, s.c., dedquist@vonbriesen.com; Christopher Riordan at von Briesen & Roper, s.c., criordan@vonbriesen.com; Patrick Wells at von Briesen & Roper, s.c., pwells@vonbriesen.com; Russell Wilson at Ruder Ware, rwilson@ruderware.com; Linda Benfield at Foley & Lardner LLP, lbenfield@foley.com; Sarah Slack at Foley & Lardner LLP, sslack@foley.com; Charles Gering at Foley & Lardner LLP, cgering@foley.com; Arthur Radke at Dykema Gossett PLLC, aradke@dykema.com; Michelle Gale at Dykema Gossett PLLC, mgale@dykema.com; Joseph Basta at Dykema Gossett PLLC, jbasta@dykema.com; Daniel Murray at Johnson & Bell, Ltd., murrayd@jbltd.com; Garrett Boehm, Jr. at Johnson & Bell, Ltd., boehmg@jbltd.com; Frederick Mueller at Johnson & Bell, Ltd., muellerf@jbltd.com; John Cermak, Jr. at Baker & Hostetler LLP, jcermak@bakerlaw.com; Sonja Inglin at Baker & Hostetler LLP, singlin@bakerlaw.com; Timothy Anderson at Remley & Sensenbrenner, S.C., tanderson@remleylaw.com; Thomas

O'Donnell at Calfee Halter & Griswold LLP, todonnell@calfee.com; William Coughlin at Calfee Halter & Griswold LLP, wcoughlin@calfee.com; Ted Waskowski at Stafford Rosenbaum LLP, twaskowski@staffordlaw.com; Richard Yde at Stafford Rosenbaum LLP, ryde@staffordlaw.com; Lora L. Zimmer at Hinshaw & Culbertson LLP, lzimmer@hinshawlaw.com; William Mulligan at Davis & Kuelthau, s.c., wmulligan@dkattorneys.com; Kevin Lyons at Davis & Kuelthau, s.c., klyons@dkattorneys.com; Bruce Olson at Davis Kuelthau, s.c., bolson@dkattorneys.com; Thomas Schrimpf at Hinshaw & Culbertson LLP, tschrimpf@hinshawlaw.com; Randall Stone at U.S. Department of Justice, randall.stone@usdoj.gov; Michael Hermes at Metzler, Timm, Treleven & Hermes, S.C., mhermes@mtthlaw.com; J. Ric Gass at Gass Weber Mullins LLC, gass@gasswebermullins.com.

I also hereby certify that on June 25, 2008, I caused a copy of the foregoing to be sent by United States Postal Service, postage prepaid, and electronic mail to the following counsel:

> James B. Gunz
> GUNZ LAW OFFICE
> 1142 Glenayre
> Neenah, WI 54956
> attygunz@msn.com
> *Counsel for Neenah-Menasha Sewerage Commission*

> NCR CORPORATION
>
> s/ Kathleen L. Roach
> By: One of Its Attorneys

J. Andrew Schlickman (Illinois Bar No. 3122104)
Kathleen L. Roach (Illinois Bar No. 6191432)
Evan Westerfield (Illinois Bar No. 6217037)
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
Fax: (312) 853-7036