IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS INC. and NCR CORPORATION,

        Plaintiffs,

v.                                            Case No. 08-CV-00016-WCG

GEORGE A. WHITING PAPER COMPANY, et al.,

        Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2008, I electronically filed the *Defendant Green Bay Packaging, Inc.'s Answer to Fifth Amended Complaint and Counterclaim* with the Clerk of the Court using the CM/ECF system which will send notification of such filings to Joseph J. Beisenstein, joseph-beisenstein@mennlaw.com; Marc E. Davies, davies@ballardspahr.com; Colin C. Deihl, cdeihl@faegre.com; Delmar R. Ehrich, dehrich@faegre.com; Mark R. Feldmann, mark-feldmann@mennlaw.com; Scott B. Fleming, sbf@wbb-law.com; J. Ric Gass, gass@gasswebermullins.com; Michael L. Hermes, mhermes@mtthlaw.com; David G. Mandelbaum, mandelbaum@ballardspahr.com; Sabrina Mizrachi, mizrachis@ballardspahr.com; Philip A. Munroe, pmunroe@direnzollc.com; Joan Radovich, jradovich@sidley.com; Kathleen L. Roach, kroach@sidley.com; Jacy T. Rock, jrock@faegre.com; J. Andrew Schlickman, jaschlickman@sidley.com; Jennifer E. Simon, simonj@ballardspahr.com; Ronald M. Varnum, varnumr@ballardspahr.com; Evan B. Westerfield, evanwesterfield@sidley.com.

Dated this 30th day of June, 2008.

                                          s/ Patrick L. Wells
                                          Patrick L. Wells, SBN 1023290
                                          Christopher P. Riordan, SBN 1018825
                                          David J. Edquist, SBN 1010243
                                          *Attorneys for Defendant, Green Bay Packaging, Inc.*
                                          von Briesen & Roper, s.c.
                                          411 East Wisconsin Ave., #700
                                          Milwaukee, WI 53202
                                          Telephone: (414) 276-1122
                                          Facsimile: (414) 276-6281

21008091_1.DOC