IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. AND NCR CORPORATION,<br><br>   Plaintiffs,<br><br> v.<br><br>GEORGE A. WHITING PAPER COMPANY, et al.,<br><br>   Defendants. | Case No.  08-CV-00016-WCG |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Joseph Basta appears for Green Bay Metropolitan Sewerage District in the above-entitled action. Please serve all further pleadings, correspondence, and other papers on the undersigned at the address stated below. Please direct all ECF notices to Attorney Basta at jbasta@dykema.com.

Date: July 2, 2008

Attorneys for Green Bay
Metropolitan Sewerage District

By: /s/ Joseph Basta
Joseph Basta (Michigan P24645)
Dykema Gossett PLLC
2723 South State Street
Suite 400
Ann Arbor, Michigan 48104
Telephone: (734) 214-7655
Facsimile: (734) 214-7696

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2008, I electronically filed the foregoing **Notice of Appearance** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

>Timothy B Anderson (tanderson@remleylaw.com)
>Joseph J Beisenstein (joseph-beisenstein@mennlaw.com)
>Linda E Benfield (lbenfield@foley.com)
>Mathew B Beredo (mberedo@bakerlaw.com)
>William E Coughlin (wcoughlin@calfee.com)
>Marc E Davies (davies@ballardspahr.com)
>Colin C Deihl (cdeihl@faegre.com)
>David J Edquist (dedquist@vonbriesen.com)
>Delmar R Ehrich (dehrich@faegre.com)
>Mark R Feldmann (mark-feldmann@mennlaw.com)
>Scott B Fleming (sbf@wbb-law.com(
>J Ric Gass (gass@gasswebermullins.com)
>Charles M Gering (cgering@foley.com)
>Michael L Hermes (mhermes@mtthlaw.com)
>Sonja A Inglin (singlin@bakerlaw.com)
>David G Mandelbaum (mandelbaum@ballardspahr.com)
>Sabrina Mizrachi (mizrachis@ballardspahr.com)
>Philip A Munroe (pmunroe@direnzollc.com)
>Daniel C Murray (murrayd@jbltd.com)
>Thomas R O'Donnell (todonnell@calfee.com)
>Joan Radovich (jradovich@sidley.com)
>Christopher P Riordan (criordan@vonbriesen.com)
>Kathleen L Roach (kroach@sidley.com)
>Jacy T Rock (jrock@faegre.com)
>J Andrew Schlickman (jaschlickman@sidley.com)
>Jennifer E Simon (simonj@ballardspahr.com)
>Sarah A Slack (sslack@foley.com)
>Randall M Stone (randall.stone@usdoj.gov)
>Ronald M Varnum (varnumr@ballardspahr.com)
>Patrick L Wells (pwells@vonbriesen.com)
>Evan B Westerfield (evanwesterfield@sidley.com)
>Russell W Wilson (rwilson@ruderware.com)
>Richard C Y de (ryde@staffordlaw.com)
>Ted Waskowski (twaskowski@staffordlaw.com)
>Thomas R. Schrimpf (tschrimpf@hinshawlaw.com)
>Lora L. Zimmer (lzimmer@hinshawlaw.com)
>William J. Mulligan (wmulligan@dkattorneys.com)
>Kevin J. Lyons (klyons@dkattorneys.com)

Bruce A. Olson (bolson@dkattorneys.com)

In addition, a copy of the foregoing document was served via U.S. Mail upon the following:

>James A. Gunz
>Gunz Law Office
>1142 Glenayre Drive
>Neenah, Wisconsin 54956

/s/ Michelle A. Gale