**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

APPLETON PAPERS INC. AND NCR
CORPORATION,

               Plaintiffs,

      v.                                   Case No.      08-CV-00016-WCG

GEORGE A. WHITING PAPER COMPANY,
et al.,

               Defendants.

---

**DEFENDANT GREEN BAY METROPOLITAN SEWERAGE DISTRICT'S
ANSWER TO FIFTH AMENDED COMPLAINT AND COUNTERCLAIM**

Defendant Green Bay Metropolitan Sewerage District ("GBMSD"), by its attorneys Dykema Gossett PLLC, answers Plaintiffs' Fifth Amended Complaint:

**INTRODUCTION**

1.     GBMSD admits the allegations in paragraph 1.

2.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 2.

3.     GBMSD admits the allegations in the first sentence of paragraph 3 and lacks knowledge or information sufficient to form a belief about the truth of the rest of the paragraph.

4.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 4.

**JURISDICTION**

5.     GBMSD admits that this Court has jurisdiction over the subject matter of this action.

6.      GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 6.

<h2 style="text-align:center">PARTIES</h2>

7.      GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 7.

8.      GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 8.

9.      GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 9.

10.      GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 10.

11.      GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 11.

12.      GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 12.

13.      GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 13.

14.      GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 14.

15.      GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 15.

16.      GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 16.

Case 2:08-cv-00016-WCG    Filed 07/02/08    Page 2 of 24    Document 175

17.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 17.

18.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 18.

19.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 19.

20.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 20.

21.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 21.

22.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 22.

23.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 23.

24.     GBMSD admits that it is a publicly owned treatment works.  GBMSD denies the remaining allegations in paragraph 24.

25.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 25.

26.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 26.

27.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 27.

28.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 28.

29.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 29.

30.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 30.

## GENERAL ALLEGATIONS

### The Lower Fox River Site

31.     GBMSD admits the allegations in the first sentence of paragraph 31 and denies or lacks knowledge or information sufficient to form a belief about the truth of the rest of the paragraph.

### Defendants' Releases

32.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 32.

33.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 33.

34.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 34.

35.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 35.

36.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 36.

37.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 37.

38.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 38.

39.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 39.

40.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 40.

41.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 41.

42.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 42.

43.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 43.

44.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 44.

45.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 45.

46.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 46.

47.     GBMSD currently owns and/or operates a municipal wastewater treatment plant in Green Bay, Wisconsin.  GBMSD denies the remaining allegations in paragraph 47.

48.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 48.

49.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 49.

50.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 50.

51.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 51.

52.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 52.

53.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 53.

**Cleanup Work and Natural Resource Damages at the Lower Fox River Site**

54.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 54.

55.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 55.

56.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 56.

57.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 57.

58.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 58.

59.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 59.

60.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 60.

61.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 61.

62.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 62.

63.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 63.

64.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 64.

65.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 65.

66.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 66.

## <u>COUNT I – CLAIM UNDER § 107</u>

67.     GBMSD hereby incorporates its responses to the allegations in Paragraphs 1 through 66 of the Fifth Amended Complaint.

68.     GBMSD admits that it may be subject to duties imposed on it by operation of law, denies that it is not in compliance with those duties, and otherwise denies or lacks knowledge or information sufficient to form a belief about the truth of the rest of the paragraph.

69.     GBMSD admits that it may be subject to duties imposed on it by operation of law, denies that it is not in compliance with those duties, and otherwise denies or lacks knowledge or information sufficient to form a belief about the truth of the rest of the paragraph.

70.     GBMSD denies the allegations in paragraph 70.

7

71.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 71.

72.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 72.

73.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 73.

74.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 74.

75.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 75.

76.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 76.

77.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 77.

78.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 78.

79.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 79.

80.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 80.

81.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 81.

82.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 82.

83.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 83.

84.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 84.

85.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 85.

86.    GBMSD denies the allegations in paragraph 86.

87.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 87.

88.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 88.

89.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 89.

90.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 90.

91.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 91.

92.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 92.

93.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 93.

94.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 94.

95.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 95.

96.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 96.

97.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 97.

98.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 98.

99.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 99.

100.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 100.

101.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 101.

102.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 102.

103.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 103.

104.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 104.

105. GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 105.

106. GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 106.

107. GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 107.

108. GBMSD denies the allegations set forth in paragraph 108.

109. GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 109.

110. GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 110.

111. GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 111.

112. GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 112.

113. GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 113.

114. GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 114.

115. GBMSD admits the allegations in paragraph 115.

116. GBMSD admits the allegations in paragraph 116.

117. GBMSD admits the allegations of paragraph 117.

118.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 118.

119.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 119.

120.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 120.

121.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 121.

122.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 122.

123.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 123.

124.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 124.

125.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 125.

126.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 126.

127.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 127.

128.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 128.

129.   GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 129.

130.   GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 130.

131.   GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 131.

132.   GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 132.

133.   GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 133.

134.   GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 134.

135.   GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 135.

136.   GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 136.

137.   GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 137.

138.   GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 138.

139.   GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 139.

140. GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 140.

141. GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 141.

142. GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 142.

143. GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 143.

144. GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 144.

145. GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 145.

146. GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 146.

147. GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 147.

148. GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 148.

149. GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 149.

150. GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 150.

151.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 151.

152.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 152.

153.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 153.

154.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 154.

155.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 155.

156.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 156.

157.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 157.

158.    GBMSD denies the allegations set forth in paragraph 158.

159.    GBMSD denies the allegations set forth in paragraph 159.

160.    GBMSD admits whatever duties may be imposed on it by operation of law and denies any breach of those duties whether imposed under CERCLA or otherwise.

161.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 161.

162.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 162.

163.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 163.

164.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 164.

165.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 165.

166.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 166.

167.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 167.

168.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 168.

169.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 169.

170.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 170.

171.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 171.

172.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 172.

173.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 173.

174.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 174.

175.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 175.

176.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 176.

177.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 177.

178.     GBMSD denies the allegations in paragraph 178 insofar as they pertain to GBMSD.  GBMSD lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 178.

179.     GBMSD denies the allegations in paragraph 179 insofar as the allegations pertain to GBMSD.  GBMSD lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 179.

180.     GBMSD denies the allegations in paragraph 180 insofar as the allegations pertain to GBMSD.  GBMSD lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 180.

181.     GBMSD denies the allegations in paragraph 181 insofar as the allegations pertain to GBMSD.  GBMSD lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 181.

182.     GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 182.

183.     GBMSD denies the allegations in paragraph 183.

## COUNT II – CLAIM UNDER CERCLA § 113

184.    GBMSD hereby incorporates its responses to the allegations in Paragraphs 1 through 183 of the Fifth Amended Complaint.

185.    GBMSD admits whatever duties may be imposed on it by operation of law, and denies that Plaintiffs are entitled to contribution.

186.    GBMSD denies the allegations in paragraph 186 insofar as they pertain to GBMSD. GBMSD lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 186.

187.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 187.

188.    GBMSD denies the allegations in paragraph 188 insofar as they pertain to GBMSD. GBMSD lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 188.

## COUNT III – CLAIM FOR DECLARATORY RELIEF

189.    GBMSD hereby incorporates its responses to the allegations in Paragraphs 1 through 188 of the Fifth Amended Complaint.

190.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 190.

191.    GBMSD lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 191.

192.    GBMSD denies the allegations in paragraph 192.

193.    GBMSD denies the allegations in paragraph 193.

## **AFFIRMATIVE DEFENSES**

1.      Plaintiffs' Fifth Amended Complaint fails to state a claim upon which relief can be granted.

2.      Plaintiffs' claims are barred in whole or in part by the applicable statutes of limitations.

3.      Plaintiffs' claims are barred in whole or in part by the doctrine of unclean hands in that harm to the environment is the result of the negligence of Plaintiffs and/or other persons.

4.      Plaintiffs' claims are barred by the doctrine of laches and/or waiver.

5.      Plaintiffs have failed to comply with the requirements of the National Contingency Plan and, therefore, cannot be reimbursed for expenses they may have incurred or may later incur.

6.      Plaintiffs' damages, if any, are the result of their own acts or omissions over which GBMSD has no control.

7.      GBMSD's liability, if any, is the result of acts or omissions of a third person within the meaning of 42 U.S.C. § 9607(b)(3).

8.      Plaintiffs' claims for recovery of response costs are barred in that a reasonable basis exists for allocation of liability in that the alleged environmental harm was caused entirely by the production or reprocessing of carbonless paper in which GBMSD was not directly or indirectly involved.

9.      The contribution to the PCB contamination of the Lower Fox River through GBMSD, if any, is so infinitesimal such that any allocation of liability to GBMSD would be inequitable.

10.     Pursuant to the Small Business Liability Relief and Brownfields Revitalization Act and Section 107(o) of CERCLA, 42 U.S.C. § 9607(o), GBMSD is exempt from liability as a de micromis party, if it has any liability at all.

11.     Plaintiffs' claims are barred because they are not ripe for adjudication and/or Plaintiffs lack standing to assert them.

12.     Plaintiffs are not the real party in interest to make a claim for natural resources damages.

Therefore, Defendant GBMSD requests that all of the claims asserted in Plaintiffs' Fifth Amended Complaint be dismissed, with prejudice, at Plaintiffs' costs, and that this Court grant GBMSD such other and further relief as this Court deems proper.

## COUNTERCLAIM

Defendant Green Bay Metropolitan Sewerage District ("GBMSD"), by its attorneys Dykema Gossett PLLC, and to the extent Plaintiffs' Fifth Amended Complaint states a claim, sets forth its counterclaims as follows:

## PARTIES

1.     Defendant GBMSD is a publicly owned treatment works organized under the provisions of Chapter 200 of the Wisconsin Statutes.

2.     Plaintiff Appleton Papers Inc. ("API") is a Delaware corporation with its principal place of business in Appleton, Wisconsin.

3.     Plaintiff NCR Corporation is a Maryland corporation with its principal place of business in Dayton, Ohio.

## JURISDICTION

4.      This Court has jurisdiction over the subject matter of this counterclaim under the Comprehensive Environmental Response, Compensation, and Liability Act, as amended by the Superfund Amendments and the Authorization Act of 1986, 42 U.S.C. § 9601, *et seq.* ("CERCLA"), 28 U.S.C. § 1331, and supplemental jurisdiction.

5.      Venue is proper in this District pursuant to 42 U.S.C. § 9613(b) and 28 U.S.C. § 1391(b), because the events giving rise to the claims in this Counterclaim and in Plaintiffs' Fifth Amended Complaint, including the alleged releases of hazardous substances, occurred in this District.  In addition, the Lower Fox River and Plaintiffs' relevant businesses or operations are/were located entirely within this District.

## CLAIM FOR CONTRIBUTION

6.      The Fifth Amended Complaint alleges claims for liability against GBMSD, which claims GBMSD denies.

7.      Plaintiffs are liable for response costs or damages incurred, or to be incurred, for PCB contamination of the Lower Fox River Site as those terms are defined in Plaintiffs' Fifth Amended Complaint.

8.      To the extent that the Fifth Amended Complaint states a claim for liability for responses costs or damages at the Lower Fox River Site, and results in a judgment against GBMSD, GBMSD is entitled to statutory and/or common law contribution, cost recovery, and/or indemnity from Plaintiffs.

Therefore, GBMSD demands judgment against Plaintiffs dismissing the Fifth Amended Complaint, with prejudice; or, if judgment is rendered against GBMSD, for judgment against Plaintiffs for costs and damages properly allocable to them, and for such further relief as this Court deems proper.

Dated: July 2, 2008

Attorneys for Defendant, Green Bay Metropolitan Sewerage District

By: /s/ Michelle A. Gale_____
Joseph C. Basta (Michigan 24645)
Michelle A. Gale (Illinois 6277913)
Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
Telephone: (312) 627-2108
Facsimile: (312) 627-2302

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2008, I electronically filed the foregoing **Defendant Green Bay Metropolitan Sewerage District's Answer to Fifth Amended Complaint and Counterclaim** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Timothy B Anderson (tanderson@remleylaw.com)
Joseph J Beisenstein (joseph-beisenstein@mennlaw.com)
Linda E Benfield (lbenfield@foley.com)
Mathew B Beredo (mberedo@bakerlaw.com)
William E Coughlin (wcoughlin@calfee.com)
Marc E Davies (davies@ballardspahr.com)
Colin C Deihl (cdeihl@faegre.com)
David J Edquist (dedquist@vonbriesen.com)
Delmar R Ehrich (dehrich@faegre.com)
Mark R Feldmann (mark-feldmann@mennlaw.com)
Scott B Fleming (sbf@wbb-law.com(
J Ric Gass (gass@gasswebermullins.com)
Charles M Gering (cgering@foley.com)
Michael L Hermes (mhermes@mtthlaw.com)
Sonja A Inglin (singlin@bakerlaw.com)
David G Mandelbaum (mandelbaum@ballardspahr.com)
Sabrina Mizrachi (mizrachis@ballardspahr.com)
Philip A Munroe (pmunroe@direnzollc.com)
Daniel C Murray (murrayd@jbltd.com)
Thomas R O'Donnell (todonnell@calfee.com)
Joan Radovich (jradovich@sidley.com)
Christopher P Riordan (criordan@vonbriesen.com)
Kathleen L Roach (kroach@sidley.com)
Jacy T Rock (jrock@faegre.com)
J Andrew Schlickman (jaschlickman@sidley.com)
Jennifer E Simon (simonj@ballardspahr.com)
Sarah A Slack (sslack@foley.com)
Randall M Stone (randall.stone@usdoj.gov)
Ronald M Varnum (varnumr@ballardspahr.com)
Patrick L Wells (pwells@vonbriesen.com)
Evan B Westerfield (evanwesterfield@sidley.com)
Russell W Wilson (rwilson@ruderware.com)
Richard C Y de (ryde@staffordlaw.com)
Ted Waskowski (twaskowski@staffordlaw.com)
Thomas R. Schrimpf (tschrimpf@hinshawlaw.com)
Lora L. Zimmer (lzimmer@hinshawlaw.com)

23

William J. Mulligan (wmulligan@dkattorneys.com)
Kevin J. Lyons (klyons@dkattorneys.com)
Bruce A. Olson (bolson@dkattorneys.com)

In addition, a copy of the foregoing document was served via U.S. Mail upon the following:

James A. Gunz
Gunz Law Office
1142 Glenayre Drive
Neenah, Wisconsin  54956

/s/ Michelle A. Gale