**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

| | |
|---|---|
| APPLETON PAPERS INC. AND NCR CORPORATION,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GEORGE A. WHITING PAPER COMPANY, et al.,<br><br>　　　　　Defendants. | Case No.　　08-CV-00016-WCG |

### CERTIFICATE OF INTEREST

The undersigned, counsel of record for The Procter & Gamble Paper Products Company and Green Bay Metropolitan Sewerage District, furnishes the following list in compliance with General L.R. 83.9:

1. (a) The Procter & Gamble Paper Products Company and (b) Green Bay Metropolitan Sewerage District.

2. (a)(i) The Procter & Gamble Company; and (b)(i) none.

   (a)(ii) The Procter & Gamble Company; and (b)(ii) none.

3. Dykema Gossett PLLC

Date: July 2, 2008                                              Respectfully submitted,

                                                                Attorneys for Defendants The
                                                                Procter & Gamble Paper Products
                                                                Company and Green Bay
                                                                Metropolitan Sewerage District


                                                                By: /s/ Michelle A. Gale___
                                                                Joseph Basta (Michigan P24645)
                                                                Michelle A. Gale (Illinois 6277913)
                                                                Dykema Gossett PLLC
                                                                10 S. Wacker Drive
                                                                Suite 2300
                                                                Chicago, Illinois 60606
                                                                Telephone: (312) 627-2108
                                                                Facsimile: (312) 627-2302

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2008, I electronically filed the foregoing **Certificate of Interest** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Timothy B Anderson (tanderson@remleylaw.com)
Joseph J Beisenstein (joseph-beisenstein@mennlaw.com)
Linda E Benfield (lbenfield@foley.com)
Mathew B Beredo (mberedo@bakerlaw.com)
William E Coughlin (wcoughlin@calfee.com)
Marc E Davies (davies@ballardspahr.com)
Colin C Deihl (cdeihl@faegre.com)
David J Edquist (dedquist@vonbriesen.com)
Delmar R Ehrich (dehrich@faegre.com)
Mark R Feldmann (mark-feldmann@mennlaw.com)
Scott B Fleming (sbf@wbb-law.com(
J Ric Gass (gass@gasswebermullins.com)
Charles M Gering (cgering@foley.com)
Michael L Hermes (mhermes@mtthlaw.com)
Sonja A Inglin (singlin@bakerlaw.com)
David G Mandelbaum (mandelbaum@ballardspahr.com)
Sabrina Mizrachi (mizrachis@ballardspahr.com)
Philip A Munroe (pmunroe@direnzollc.com)
Daniel C Murray (murrayd@jbltd.com)
Thomas R O'Donnell (todonnell@calfee.com)
Joan Radovich (jradovich@sidley.com)
Christopher P Riordan (criordan@vonbriesen.com)
Kathleen L Roach (kroach@sidley.com)
Jacy T Rock (jrock@faegre.com)
J Andrew Schlickman (jaschlickman@sidley.com)
Jennifer E Simon (simonj@ballardspahr.com)
Sarah A Slack (sslack@foley.com)
Randall M Stone (randall.stone@usdoj.gov)
Ronald M Varnum (varnumr@ballardspahr.com)
Patrick L Wells (pwells@vonbriesen.com)
Evan B Westerfield (evanwesterfield@sidley.com)
Russell W Wilson (rwilson@ruderware.com)
Richard C Y de (ryde@staffordlaw.com)
Ted Waskowski (twaskowski@staffordlaw.com)
Thomas R. Schrimpf (tschrimpf@hinshawlaw.com)
Lora L. Zimmer (lzimmer@hinshawlaw.com)
William J. Mulligan (wmulligan@dkattorneys.com)
Kevin J. Lyons (klyons@dkattorneys.com)

3

Bruce A. Olson (bolson@dkattorneys.com)

In addition, a copy of the foregoing document was served via U.S. Mail upon the following:

> James A. Gunz
> Gunz Law Office
> 1142 Glenayre Drive
> Neenah, Wisconsin 54956

/s/ Michelle A. Gale

4