**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | | |
|---|---|---|
| APPLETON PAPERS, INC. and | : | |
| NCR CORPORATION, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 2:08-cv-00016-WCG |
| | : | |
| GEORGE A. WHITING PAPER COMPANY, | : | |
| P.H. GLATFELTER COMPANY, MENASHA | : | |
| CORPORATION, GREEN BAY PACKAGING | : | |
| INC., INTERNATIONAL PAPER COMPANY, | : | |
| LEICHT TRANSFER & STORAGE COMPANY, | : | |
| NEENAH FOUNDRY COMPANY, NEWPAGE | : | |
| WISCONSIN SYSTEM INC., THE PROCTER | : | |
| & GAMBLE PAPER PRODUCTS, and | : | |
| WISCONSIN PUBLIC SERVICE CORP., | : | |
| CITY OF APPLETON, CITY OF DEPERE, | : | |
| CITY OF GREEN BAY, CITY OF KAUKAUNA, | : | |
| BROWN COUNTY, GREEN BAY | : | |
| METROPOLITAN SEWERAGE DISTRICT, | : | |
| HEART OF THE VALLEY METROPOLITAN | : | |
| SEWERAGE DISTRICT, | : | |
| NEENAH-MENASHA SEWERAGE | : | |
| COMMISSION, VILLAGE OF KIMBERLY, | : | |
| VILLAGE OF WRIGHTSTOWN, | : | |
| WTM I COMPANY, and | : | |
| U.S. PAPER MILLS CORPORATION, | : | |
| | : | |
| Defendants, | : | |

## DEFENDANT BROWN COUNTY'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' FIFTH AMENDED COMPLAINT

Defendant Brown County answers the Fifth Amended Complaint of Plaintiffs Appleton Papers, Inc. and NCR Corporation as follows:

### INTRODUCTION

1.    Brown County admits the allegations of Paragraph 1 of Plaintiffs' Fifth Amended Complaint.

2.      Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 2 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

3.      Brown County specifically denies that it is a responsible party and specifically denies that it has an equitable or legal obligation to pay clean-up costs or for restoration of natural resource damages. Brown County is without sufficient information to form a belief as to the truth of the remaining allegations of Paragraph 3 of Plaintiffs' First Amended Complaint, and therefore denies same.

4.      Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 4 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

## JURISDICTION

5.      Brown County admits the allegations of Paragraph 5 of Plaintiffs' Fifth Amended Complaint.

6.      Brown County admits the allegations of Paragraph 6 of Plaintiffs' Fifth Amended Complaint.

## PARTIES

7.      Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 7 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

8.      Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 8 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

9.      Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 9 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

10.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 10 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

11.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 11 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

12.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 12 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

13.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 13 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

14.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 14 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

15.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 15 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

16.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 16 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

17.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 17 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

18.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 18 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

19.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 19 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

20.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 20 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

21.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 21 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

22.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 22 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

23.     Brown County admits the allegations of Paragraph 23 of Plaintiffs' Fifth Amended Complaint.

24.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 24 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

25.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 25 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

26.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 26 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

27.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 27 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

28.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 28 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

29.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 29 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

30.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 30 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

## GENERAL ALLEGATIONS

31.     Answering Paragraph 31, Brown County admits that Plaintiffs' Fifth Amended Complaint purports to assert claims based upon alleged PCB contamination of the Lower Fox River and Green Bay. Brown County is without sufficient information to form a belief as to the truth of the remaining allegations of Paragraph 31, and therefore denies same.

32.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 32 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

33.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 33 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

34.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 34 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

35.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 35 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

36.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 36 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

37.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 37 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

38.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 38 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

39.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 39 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

40.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 40 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

41.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 41 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

42.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 42 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

43.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 43 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

44.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 44 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

45.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 45 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

46.     Brown County denies the allegations of Paragraph 46 of Plaintiffs' Fifth Amended Complaint.

47.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 47 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

48.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 48 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

49.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 49 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

50.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 50 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

51.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 51 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

52.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 52 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

53.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 53 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

54.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 54 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

55.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 55 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

56.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 56 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

57.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 57 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

58.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 58 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

59.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 59 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

60.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 60 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

61.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 61 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

62.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 62 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

63.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 63 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

64.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 64 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

65.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 65 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

66.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 66 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

## COUNT I

67.     Answering Paragraph 67 of Plaintiffs' Fifth Amended Complaint, Brown County realleges and incorporates by reference admissions and denials pleaded in answer to the foregoing paragraphs.

68.     Answering Paragraph 68 of Plaintiffs' Fifth Amended Complaint, Brown County states that the allegations of this paragraph set forth a legal conclusion to which no answer is required.   To the extent an answer is required, Brown County denies the allegations of Paragraph 68 and affirmatively denies that it is liable pursuant to Section 107 of CERCLA.

69.     Answering Paragraph 69 of Plaintiffs' Fifth Amended Complaint, Brown County states that the allegations of this paragraph set forth a legal conclusion to which no answer is required.   To the extent an answer is required, Brown County denies the allegations of Paragraph 69 and affirmatively denies that it is liable under Section 107 of CERCLA.

70.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 70 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

71.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 71 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

72.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 72 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

73.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 73 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

74.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 74 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

75.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 75 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

76.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 76 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

77.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 77 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

78.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 78 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

79.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 79 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

80.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 80 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

81.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 81 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

82.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 82 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

83.     Answering Paragraph 83 of  Plaintiffs' Fifth Amended Complaint, Brown County states that the allegation is a legal conclusion to which no response is required.  To the extent a response is required, Brown County denies the allegation of Paragraph 83.

84.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 84 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

85.     Answering Paragraph 85 of Plaintiffs' Fifth Amended Complaint, Brown County states that the allegation is a legal conclusion to which no response is required.  To the extent a response is required, Brown County denies the allegations of Paragraph 85 of Plaintiffs' Fifth Amended Complaint.

86.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 86 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

87.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 87 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

88.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 88 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

89.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 89 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

90.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 90 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

91.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 91 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

92.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 92 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

93.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 93 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

94.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 94 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

95.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 95 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

96.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 96 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

97.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 97 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

98.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 98 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

99.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 99 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

100.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 100 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

101.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 101 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

102.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 102 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

103.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 103 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

104.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 104 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

105.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 105 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

106.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 106 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

107.     Answering Paragraph 107 of  Plaintiffs' Fifth Amended Complaint, Brown County states that the allegation is a legal conclusion to which no response is required.  To the extent a response is required, Brown County admits the allegation of Paragraph 107.

108. Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 108 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

109. Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 109 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

110. Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 110 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

111. Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 111 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

112. Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 112 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

113. Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 113 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

114. Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 114 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

115.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 115 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

116.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 116 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

117.     Answering Paragraph 117 of  Plaintiffs' Fifth Amended Complaint, Brown County states that the allegation is a legal conclusion to which no response is required.  To the extent a response is required, Brown County admits the allegation of Paragraph 117.

118.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 118 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

119.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 119 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

120.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 120 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

121.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 121 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

122.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 122 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

123.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 123 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

124.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 124 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

125.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 125 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

126.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 126 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

127.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 127 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

128.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 128 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

129.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 129 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

130.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 130 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

131.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 131 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

132.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 132 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

133.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 133 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

134.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 134 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

135.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 135 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

136.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 136 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

137.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 137 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

138.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 138 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

139.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 139 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

140.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 140 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

141.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 141 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

142.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 142 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

143.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 143 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

144.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 144 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

145.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 145 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

146.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 146 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

147.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 147 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

148.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 148 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

149.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 149 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

150. Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 150 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

151. Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 151 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

152. Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 152 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

153. Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 153 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

154. Brown County denies the allegations of Paragraph 154 of Plaintiffs' Fifth Amended Complaint.

155. Brown County denies the allegations of Paragraph 155 of Plaintiffs' Fifth Amended Complaint.

156. Brown County denies the allegations of Paragraph 156 of Plaintiffs' Fifth Amended Complaint.

157. Brown County denies the allegations of Paragraph 157 of Plaintiffs' Fifth Amended Complaint

158. Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 158 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

159.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 159 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

160.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 160 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

161.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 161 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

162.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 162 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

163.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 163 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

164.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 164 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

165.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 165 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

166.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 166 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

167.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 167 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

168.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 168 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

169.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 169 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

170.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 170 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

171.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 171 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

172.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 172 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

173.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 173 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

174.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 174 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

175.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 175 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

176.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 176 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

177.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 177 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

178.     Answering Paragraph 178 of Plaintiffs' Fifth Amended Complaint, Brown County denies that it caused a release of hazardous substances and further denies that it has any liability under CERCLA.  Brown County is without sufficient information to form a belief as the truth of the remaining allegations of Paragraph 178, and therefore denies same.

179.     Answering Paragraph 179 of Plaintiffs' Fifth Amended Complaint, Brown County denies that it caused a release of hazardous substances and further denies that it has any liability under CERCLA.  Brown County is without sufficient information to form a belief as the truth of the remaining allegations of Paragraph 179, and therefore denies same.

180.     Answering Paragraph 180 of Plaintiffs' Fifth Amended Complaint, Brown County denies that it caused a release of hazardous substances and further denies that it has any liability under CERCLA.  Brown County is without sufficient information to form a belief as the truth of the remaining allegations of Paragraph 180, and therefore denies same.

181.     Answering Paragraph 181 of Plaintiffs' Fifth Amended Complaint, Brown County denies that it caused a release of hazardous substances and further denies that it has any liability under CERCLA.  Brown County is without sufficient information to form a belief as the truth of the remaining allegations of Paragraph 181, and therefore denies same.

182.     Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 182 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

183.     Brown County denies the allegations of Paragraph 183 of Plaintiffs' Fifth Amended Complaint.

## COUNT II

184.     Answering Paragraph 184 of Plaintiffs' Fifth Amended Complaint, Brown County realleges and incorporates by reference admissions and denials pleaded in answer to the foregoing paragraphs.

185.     Answering Paragraph 185 of  Plaintiffs' Fifth Amended Complaint, Brown County states that the allegation is a legal conclusion to which no response is required.  To the extent a response is required, Brown County denies the allegation of Paragraph 185.

186.     Brown County denies the allegations of Paragraph 186 of Plaintiffs' Fifth Amended Complaint.

187.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 187 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

188.    Brown County denies the allegations of Paragraph 188 of Plaintiffs' Fifth Amended Complaint.

## COUNT III

189.    Answering Paragraph 189 of Plaintiffs' Fifth Amended Complaint, Brown County realleges and incorporates by reference admissions and denials pleaded in answer to the foregoing paragraphs.

190.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 190 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

191.    Brown County is without sufficient information to form a belief as to the truth of the allegations of Paragraph 191 of Plaintiffs' Fifth Amended Complaint, and therefore denies same.

192.    Brown County denies the allegations of Paragraph 192 of Plaintiffs' Fifth Amended Complaint.

193.    Brown County denies the allegations of Paragraph 193 of Plaintiffs' Fifth Amended Complaint.

## ADDITIONAL DEFENSES

1.    Plaintiffs' Fifth Amended Complaint fails to state a claim upon which relief can be granted.

2.    Plaintiffs' claims are barred by the applicable statute of limitations.

3.    Plaintiffs' damages were caused by Plaintiffs' own conduct.

4.    Plaintiffs' damages were caused by parties over whom Brown County had no control and for which Brown County bears no liability.

5.    Plaintiffs' claims are barred by the doctrine of unclean hands in that the harm is the result of the negligence of Plaintiffs and/or persons under their control.

6.    Plaintiffs' claims are barred by the equitable doctrines of laches and waiver.

7.    Plaintiffs have failed to comply with the requirements of the National Contingency Plan and, therefore, cannot be reimbursed for expenses they may have incurred or may later incur.

8.    Plaintiffs' claims for recovery of response costs are barred because a reasonable basis exists for allocation of liability to Plaintiffs.

9.    Plaintiffs' claims are barred because Brown County is not an owner, operator, generator, transporter, nor arranger with regard to the Renard Isle Facility.

10.    Plaintiffs' claims are barred because Congress never intended communities statutorily compelled by the Federal Rivers & Harbors Act to act as host communities for navigational dredge spoil confined disposal facilities to be liable pursuant to CERCLA.

11.    Plaintiffs' claims are barred because there is no evidence that a release of hazardous substances has occurred or is occurring from the Bayport Facility.

12.    Plaintiffs' claims are barred because the contribution to the PCB contamination of the Lower Fox River through the Renard Isle and/or Bayport Facilities is so infinitesimal that any allocation of liability to the owner and/or arranger of such facilities would be inequitable.

13.    Plaintiffs' claims are barred because Brown County is a *di micromis* party, if it has any liability at all.

14. Plaintiffs' claims are barred because Brown County is exempt from liability pursuant to 18 U.S.C. § 9607(o) & (p).

15. Plaintiffs' claims are barred because they are not ripe for adjudication and/or Plaintiffs lack standing to assert them.

16. Plaintiffs' claims are barred by their failure to mitigate their damages.

17. Plaintiffs are not the real parties or parties in interest to bring a claim for, or arising out of, alleged natural resource damages.

18. In the event Brown County has any liability, such liability is limited to Brown County's equitable share and Brown County has no joint or several liability for its equitable share of any other person or entity, whether or not such person or entity is a party to this lawsuit.

WHEREFORE, Brown County respectfully requests that the Court enter judgment in favor of Brown County and against Plaintiffs as follows:

A. Dismissing Plaintiffs' Fifth Amended Complaint against Brown County in its entirety;

B. Awarding Brown County costs and attorneys' fees incurred herein; and

C. Awarding such other and further relief as the Court deems just and equitable.

Dated this 2nd day of July, 2008.

Respectfully submitted,

 s/ Ian A. J. Pitz
David A. Crass, Esq.; SBN 1000731
Ian A. J. Pitz, Esq.; SBN 1031602
*Attorneys for Defendant Brown County*
MICHAEL BEST & FRIEDRICH, LLP
One South Pinckney Street, Ste. 700
Madison, WI 53703-4257

Telephone:  (608) 257-3501
Fax:  (608) 283-2275
Email: dacrass@michaelbest.com
        iapitz@michaelbest.com