IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | | |
|---|---|---|
| APPLETON PAPERS, INC. and NCR CORPORATION, | : | |
| Plaintiffs, | : | |
| v. | : | No. 2:08-cv-00016-WCG |
| GEORGE A. WHITING PAPER COMPANY, P.H. GLATFELTER COMPANY, MENASHA CORPORATION, GREEN BAY PACKAGING INC., INTERNATIONAL PAPER COMPANY, LEICHT TRANSFER & STORAGE COMPANY, NEENAH FOUNDRY COMPANY, NEWPAGE WISCONSIN SYSTEM INC., THE PROCTER & GAMBLE PAPER PRODUCTS, and WISCONSIN PUBLIC SERVICE CORP., CITY OF APPLETON, CITY OF DEPERE, CITY OF GREEN BAY, CITY OF KAUKAUNA, BROWN COUNTY, GREEN BAY METROPOLITAN SEWERAGE DISTRICT, HEART OF THE VALLEY METROPOLITAN SEWERAGE DISTRICT, NEENAH-MENASHA SEWERAGE COMMISSION, VILLAGE OF KIMBERLY, VILLAGE OF WRIGHTSTOWN, WTM I COMPANY, and U.S. PAPER MILLS CORPORATION, | : | |
| Defendants, | : | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ian A. J. Pitz and David A. Crass of Michael Best & Friedrich LLP have been retained as counsel for Defendant Brown County in connection with this lawsuit. All pleadings, correspondence and communications should be served upon Attorneys Pitz and Crass at the addresses noted below.

Dated this 2nd day of July, 2008.

Respectfully submitted,

s/ Ian A. J. Pitz
David A. Crass, Esq.; SBN 1000731
Ian A. J. Pitz, Esq.; SBN 1031602
*Attorneys for Defendant Brown County*
MICHAEL BEST & FRIEDRICH, LLP
One South Pinckney Street, Ste. 700
Madison, WI 53703-4257
Telephone: (608) 257-3501
Fax: (608) 283-2275
Email: dacrass@michaelbest.com
iapitz@michaelbest.com