IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | | |
|---|---|---|
| APPLETON PAPERS, INC. and <br> NCR CORPORATION, <br>     Plaintiffs, <br>     v. <br> GEORGE A. WHITING PAPER COMPANY, <br> P.H. GLATFELTER COMPANY, MENASHA <br> CORPORATION, GREEN BAY PACKAGING <br> INC., INTERNATIONAL PAPER COMPANY, <br> LEICHT TRANSFER & STORAGE COMPANY, <br> NEENAH FOUNDRY COMPANY, NEWPAGE <br> WISCONSIN SYSTEM INC., THE PROCTER <br> & GAMBLE PAPER PRODUCTS, and <br> WISCONSIN PUBLIC SERVICE CORP., <br> CITY OF APPLETON, CITY OF DEPERE, <br> CITY OF GREEN BAY, CITY OF KAUKAUNA, <br> BROWN COUNTY, GREEN BAY <br> METROPOLITAN SEWERAGE DISTRICT, <br> HEART OF THE VALLEY METROPOLITAN <br> SEWERAGE DISTRICT, <br> NEENAH-MENASHA SEWERAGE <br> COMMISSION, VILLAGE OF KIMBERLY, <br> VILLAGE OF WRIGHTSTOWN, <br> WTM I COMPANY, and <br> U.S. PAPER MILLS CORPORATION, <br>     Defendants, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | No. 2:08-cv-00016-WCG |

**DEFENDANT BROWN COUNTY'S MOTION TO DISMISS**
**COUNTS I AND III OF PLAINTIFFS' FIFTH AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(1) and (6), Defendant Brown County respectfully moves this Court to dismiss Counts I and III of Plaintiffs' Fifth Amended Complaint.

The Court should discuss Count I because the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA") does not permit claims under both Section 107 and Section 113 of CERCLA. Plaintiffs cannot maintain a claim under Section107 because the

pleadings demonstrate they incurred costs involuntarily. Plaintiffs also lack standing to seek natural resource damages under Section 107(a)(4)(C) because only authorized natural resource trustees may recover such damages.

The Court should dismiss Plaintiffs' Count III because CERCLA does not authorize declaratory judgments in actions brought under Section 113.

In support of this motion, Brown County adopts the arguments set forth by Defendant Menasha Corporation in support of its motion to dismiss Counts I and III of Plaintiffs' Second Amended Complaint (Dkt. No. 64), the arguments set forth by Defendant Menasha Corporation in its Reply Brief in Support of Motion to Dismiss Third Amended Complaint (Dkt. No. 121) and the arguments set forth in the United States Brief as *Amicus Curiae*, pages 20-34 (Dkt. No. 132).

Dated this 2nd day of July, 2008.

Respectfully submitted,

 s/ Ian A. J. Pitz
David A. Crass, Esq.; SBN 1000731
Ian A. J. Pitz, Esq.; SBN 1031602
*Attorneys for Defendant Brown County*
MICHAEL BEST & FRIEDRICH, LLP
One South Pinckney Street, Ste. 700
Madison, WI 53703-4257
Telephone: (608) 257-3501
Fax: (608) 283-2275
Email: dacrass@michaelbest.com
   iapitz@michaelbest.com