**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

APPLETON PAPERS INC.
AND NCR CORPORATION,

            Plaintiffs,

    vs.                                    Case No. 08-CV-00016-WCG

GEORGE A. WHITING PAPER
COMPANY, et al.,

            Defendants.

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 2, 2008, I electronically filed the Defendant City of Appleton's Answer to Fifth Amended Complaint and Counterclaim with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiffs:**
Michael L. Hermes – mhermes@mtthlaw.com, tcavin@mtthlaw.com
Evan B. Westerfield – evanwesterfield@sidley.com, efilingnotice@sidley.com,
J. Ric Gass – gass@gasswebermullins.com, paszkiewicz@gasswebermullins.com
J. Andrew Schlickman – jasclickman@sidley.com, efilingnotice@sidley.com,
Joan Radovich – jradovich@sidley.com, shalicky@sidley.com, efilingnotice@sidley.com
Kathleen L. Roach – kroach@sidley.com, efilingnotice@sidley.com

**Attorneys for Defendants:**
Philip A. Munroe – pmunroe@direnzollc.com, prand@direnzollc.com
Scott B. Fleming – sbf@wbb-law.com, gms@wbb-law.com
Jennifer E. Simon – simonj@ballardspahr.com
Marc E. Davies – davies@ballardspahr.com
Ronald M. Varnum – varnumr@ballardspahr.com
Sabrina Mizrachi – mizrachis@ballardspahr.com
David G. Mandelbaum – mandelbaum@ballardspahr.com
Joseph J. Beisenstein – joseph-beisenstein@mennlaw.com, mjgraf@mannlaw.com
Colin C. Deihl – cdeihl@gaegre.com, jsullivan@faegre.com
Delmar R. Ehrich – dehrich@faegre.com, rcox@faegre.com, dherber@faegre.com,
                mlokken@faegre.com, cnelson@faegre.com

Jacy T. Rock – jrock@faegre.com, gapt@faegre.com
Mark R. Feldmann – mark-feldmann@mannlaw.com, donna-benson@mennlaw.com
Christopher P. Riordan – criordan@vonbriesen.com, jgroom@vonbriesen.com
    dfmanheim@sidley.com
David J. Edquist – dedquist@vonbriesen.com
Patrick L. Wells – pwells@vonbriesen.com, swochos@gbp.com,
John F. Cermak, Jr. – jcermak@bakerlaw.com
Mathew B. Beredo – mberedo@bakerlaw.com, sjeney@bakerlaw.com
Sonja A. Inglin – singling@bakerlaw.com
Russell W. Wilson – rwilson@ruderware.com, cdahlke@ruderware.com
Thomas R. O'Donnell – todonnell@calfee.com
Timothy B. Anderson – tanderson@remleylaw.com, tfischer@remleylaw.com
William E. Coughlin – wcoughlin@calfee.com
Arthur F. Radke – aradke@dykema.com, cmandel@dykema.com, ifrye@dykema.com
Joseph C. Basta – jbasta@dykema.com, sgoodman@dykema.com, jmaynard@dykema.com
Michelle A. Gale – mgale@dykema.com, idejesus@dykema.com
Linda E. Benfield – lbenfield@foley.com, tgraziano@foley.com
Charles M. Gering – cgering@foley.com
Sarah A. Slack – sslack@foley.com
Daniel C. Murray – murrayd@jbltd.com
Frederick S. Mueller – muellerf@jbltd.com
Garrett L. Boehm, Jr. – boehmg@jbltd.com
Richard C. Yde – ryde@staffordlaw.com
Ted Waskowski – twaskowski@staffordlaw.com
Thomas R. Schrimpf – tschrimpf@hinshawlaw.com
Lora L. Zimmer – lzimmer@hinshawlaw.com
Bruce A. Olson – bolson@dkattorneys.com
Kevin J. Lyons – klyons@dkattorneys.com
William J. Mulligan – wmulligan@dkattorneys.com
Randall M. Stone – randall.stone@usdoj.gov; abarrett@vonbriesen.com;
    dfmanheim@sidley.com
James P. Walsh – jim.walsh@appleton.org
Paul G. Kent – pkent@andersonkent.com
Abigail C. S. Potts – apotts@andersonkent.com
Alan G. B. Kim, Jr. – akim@andersonkent.com

    I further certify that I served a copy of the Defendant City of Appleton's Answer to Fifth Amended Complaint and Counterclaim and this Certificate on James A. Gunz via U.S. mail at:

Gunz Law Office, 1142 Glenayre Drive, Neenah, WI 54956-4236.

                      */s/ Marjorie Irving*
                      Marjorie Irving, Legal Secretary
                      Paul G. Kent, Alan G. B. Kim, Jr. and Abigail C. S. Potts