IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | | |
|---|---|---|
| APPLETON PAPERS, INC. and | : | |
| NCR CORPORATION, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 2:08-cv-00016-WCG |
| | : | |
| GEORGE A. WHITING PAPER COMPANY, | : | |
| P.H. GLATFELTER COMPANY, MENASHA | : | |
| CORPORATION, GREEN BAY PACKAGING | : | |
| INC., INTERNATIONAL PAPER COMPANY, | : | |
| LEICHT TRANSFER & STORAGE COMPANY, | : | |
| NEENAH FOUNDRY COMPANY, NEWPAGE | : | |
| WISCONSIN SYSTEM INC., THE PROCTER | : | |
| & GAMBLE PAPER PRODUCTS, and | : | |
| WISCONSIN PUBLIC SERVICE CORP., | : | |
| CITY OF APPLETON, CITY OF DEPERE, | : | |
| CITY OF GREEN BAY, CITY OF KAUKAUNA, | : | |
| BROWN COUNTY, GREEN BAY | : | |
| METROPOLITAN SEWERAGE DISTRICT, | : | |
| HEART OF THE VALLEY METROPOLITAN | : | |
| SEWERAGE DISTRICT, | : | |
| NEENAH-MENASHA SEWERAGE | : | |
| COMMISSION, VILLAGE OF KIMBERLY, | : | |
| VILLAGE OF WRIGHTSTOWN, | : | |
| WTM I COMPANY, and | : | |
| U.S. PAPER MILLS CORPORATION, | : | |
| | : | |
| Defendants, | : | |

## DEFENDANT BROWN COUNTY'S CERTIFICATE OF NONFILING OF BRIEF IN SUPPORT OF MOTION TO DISMISS COUNTS I AND III OF PLAINTIFFS' FIFTH AMENDED COMPLAINT

Pursuant to Civil Local Rule 7.1, Defendant Brown County hereby certifies that no brief or other supporting documents will be filed in support of Defendant Brown County's Motion to Dismiss Counts I and III of Plaintiffs' Fifth Amended Complaint because this matter has been

fully briefed by other parties to these proceedings, and those briefs have been adopted and incorporated by reference in Brown County's Motion to Dismiss.

Dated this 2nd day of July, 2008.

Respectfully submitted,

s/ Ian A. J. Pitz
David A. Crass, Esq.; SBN 1000731
Ian A. J. Pitz, Esq.; SBN 1031602
*Attorneys for Defendant Brown County*
MICHAEL BEST & FRIEDRICH, LLP
One South Pinckney Street, Ste. 700
Madison, WI 53703-4257
Telephone: (608) 257-3501
Fax: (608) 283-2275
Email: dacrass@michaelbest.com
iapitz@michaelbest.com