IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | | |
|---|---|---|
| APPLETON PAPERS, INC. and <br> NCR CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> GEORGE A. WHITING PAPER COMPANY, <br> P.H. GLATFELTER COMPANY, MENASHA <br> CORPORATION, GREEN BAY PACKAGING <br> INC., INTERNATIONAL PAPER COMPANY, <br> LEICHT TRANSFER & STORAGE COMPANY, <br> NEENAH FOUNDRY COMPANY, NEWPAGE <br> WISCONSIN SYSTEM INC., THE PROCTER <br> & GAMBLE PAPER PRODUCTS, and <br> WISCONSIN PUBLIC SERVICE CORP., <br> CITY OF APPLETON, CITY OF DEPERE, <br> CITY OF GREEN BAY, CITY OF KAUKAUNA, <br> BROWN COUNTY, GREEN BAY <br> METROPOLITAN SEWERAGE DISTRICT, <br> HEART OF THE VALLEY METROPOLITAN <br> SEWERAGE DISTRICT, <br> NEENAH-MENASHA SEWERAGE <br> COMMISSION, VILLAGE OF KIMBERLY, <br> VILLAGE OF WRIGHTSTOWN, <br> WTM I COMPANY, and <br> U.S. PAPER MILLS CORPORATION, <br><br> Defendants, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | No. 2:08-cv-00016-WCG |

**CERTIFICATE OF SERVICE**

    I, Ian A. J. Pitz, hereby certify that on the 2nd day of July, 2008, a true and correct copy of the NOTICE OF APPEARANCE; DEFENDANT BROWN COUNTY'S MOTION TO DISMISS COUNTS I AND III OF PLAINTIFFS' FIFTH AMENDED COMPLAINT; DEFENDANT BROWN COUNTY'S CERTIFICATE OF NONFILING OF BRIEF IN SUPPORT OF MOTION TO DISMISS COUNTS I AND III OF PLAINTIFFS' FIFTH AMENDED COMPLAINT; and DEFENDANT BROWN COUNTY'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' FIFTH AMENDED COMPLAINT was filed

electronically via the Electronic Court Filing system and is available for viewing and downloading by the following:

Joseph J. Beisenstein
Mark R. Feldmann
Menn Law Firm Ltd.
2501 East Enterprise Ave.
P. O. Box 785
Appleton, WI 54912-0785

David J. Edquist
Patrick L. Wells
Christopher P. Riordan
von Briesen & Roper SC
411 East Wisconsin Ave., Suite 700
P. O. Box 3262
Milwaukee, WI 53201-3262

J. Ric Gass
Gass Weber Mullins LLC
309 North Water St., Suite 700
Milwaukee, WI 53202

Philip A. Munroe
DiRenzo & Bomier LLC
Two Neenah Center, Suite 701
P. O. Box 788
Neenah, WI 54957-0788

Russell W. Wilson
Ruder Ware LLSC
500 1st St., Suite 8000
P. O. Box 8050
Wausau, WI 54402-8050


Randall M. Stone
United States Department of Justice (D.C.)
Environment & Natural Resources Division
P. O. Box 7611
Washington, DC 20044

Colin C. Deihl
Jacy T. Rock
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln St.
Denver, CO 80203

Delmar R. Ehrich
Faegre & Benson LLP
2200 Wells Fargo Center
90 South 7th St.
Minneapolis, MN 55402-3901



Scott B. Fleming
Weiss Berzowski Brady LLP
700 North Water St., Suite 1400
Milwaukee, WI 53202-4206

Michael L. Hermes
Metzler Timm Treleven & Hermes SC
222 Cherry St.
Green Bay, WI 54301-4223



Kathleen L. Roach
Joan Radovich
Evan B. Westerfield
J. Andrew Schlickman
Sidley Austin LLP
1 South Dearborn St.
Chicago, IL 60603

Linda E. Benfield, Esq.
Sarah A. Slack, Esq.
Foley & Lardner, LLP
777 East Wisconsin Ave.
Milwaukee, WI 53202-5300

Michelle A. Gale
Arthur F. Radke
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL  60606

Daniel C. Murray
Johnson & Bell, Ltd.
33 West Monroe St., Suite 2700
Chicago, IL  60603-5404

Sonja A. Inglin
John F. Cermak, Jr.
Baker Hostetler LLP
12100 Wilshire Blvd., 15th Floor
Los Angeles, CA  90025

Timothy B. Anderson
Remley & Sensenbrenner SC
219 East Wisconsin Ave.
Neenah, WI  54956

William E. Coughlin
Thomas R. O'Donnell
Calfee, Halter & Griswold, LLP
Key Bank Center
800 Superior Ave., Suite 1400
Cleveland, OH  44114-2688

Charles M. Gering
Foley & Lardner LLP
321 North Clark St., Suite 2800
Chicago, IL  60610-5313

Joseph C. Basta
Dykema Gossett PLLC
2723 S. State St., Suite 400
Ann Arbor, MI  48104

Ted Waskowski
Richard C. Yde
Stafford Rosenbaum LLP
222 West Washington Ave., Suite 900
P. O. Box 1784
Madison, WI  53701-1784

Lora L. Zimmer
Hinshaw & Culbertson, LLP
100 West Lawrence St.
Appleton, WI  54911

Kevin J. Lyons
William J. Mulligan
Davis & Kuelthau SC
111 East Kilbourn Ave., Suite 1400
Milwaukee, WI  53202-6613

Thomas R. Schrimpf
Hinshaw & Culbertson LLP
100 East Wisconsin Ave., Suite 2600
Milwaukee, WI  53202-4115

Bruce A. Olson
Davis & Kuelthau SC
318 South Washington St., Suite 300
Green Bay, WI  54301

James A. Gunz
Gunz Law Office
1142 Glenayre Dr.
Neenah, WI  54956-4236

David G. Mandelbaum
Marc E. Davies
Sabrina Mizrachi
Jennifer E. Simon
Ronald M. Varnum
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market St., 51st Floor
Philadelphia, PA  19103

| | |
|---|---|
| Matthew B. Beredo<br>Baker Hostetler LLP<br>3200 National City Center<br>1900 E 9th Street<br>Cleveland, OH 44114-3485 | Frederick S. Mueller<br>Garrett L. Boehm, Jr.<br>Johnson & Bell Ltd<br>33 W. Monroe Street, Suite 2700<br>Chicago, IL 60603-5404 |

      I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following non-electronically registered parties:

| | |
|---|---|
| City of Green Bay<br>100 North Jefferson St.<br>Green Bay, WI 54301-5026 | City of Kaukauna<br>201 West 2nd St.<br>Kaukauna, WI 54130-2442 |
| City of Appleton<br>100 North Appleton St.<br>Appleton, WI 54911 | Green Bay Metropolitan Sewerage District<br>P. O. Box 19015<br>2231 North Quincy St.<br>Green Bay, WI 54307-9015 |
| Village of Kimberly<br>Kimberly Municipal Complex<br>515 West Kimberly Ave.<br>Kimberly, WI 54136 | Village of Wrightstown<br>P. O. Box 227<br>Wrightstown, WI 54180 |
| WTM I Company<br>c/o SCA Tissue North America<br>P. O. Box 2400<br>Neenah, WI 54957-2400 | U.S. Paper Mills Corporation<br>c/o Sonoco Products Company<br>One North 2nd St.<br>Harsville, SC 29550 |

                                                          _s/ Ian A. J. Pitz