# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

APPLETON PAPERS INC. and
NCR CORPORATION,

      Plaintiffs,

    v.                                No. 08-CV-0016-WCG

GEORGE A. WHITING PAPER COMPANY,
et al.,

      Defendants.

## ANSWER OF DEFENDANT CITY OF GREEN BAY
## TO PLAINTIFFS' FIFTH AMENDED COMPLAINT

**COMES NOW** Defendant City of Green Bay, by City Attorney Allison C. Swanson and answers Plaintiffs' complaint.

## INTRODUCTION

1.      Paragraph 1 states a legal conclusion and requires no response.

2.      Defendant lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 2 – 4 and, therefore, denies said allegations and puts Plaintiffs to their proof.

## JURISDICTION

3.      Defendant admits that jurisdiction and venue, as set forth in paragraphs 5 and 6, are proper, but Defendant denies the remaining allegations in paragraph 6.

## PARTIES

4.      Defendant lacks sufficient information to form a belief as to the truth of the allegations contained in paragraphs 7 - 20 and, therefore denies said allegations and puts Plaintiffs to their proof.

5.      Defendant admits the allegations contained in paragraph 21.

6.      Defendant lacks sufficient information to form a belief as to the truth of the allegations contained in paragraphs 22 – 30 and, therefore, denies said allegations and puts Plaintiffs to their proof.

## GENERAL ALLEGATIONS

### The Lower Fox River Site

7.      Defendant lacks sufficient information to form a belief as to the truth of the allegations contained in paragraph 31 and, therefore, denies said allegations and puts Plaintiffs to their proof.

### Defendants' Releases

8.      Defendant lacks sufficient information to form a belief as to the truth of the allegations contained in paragraphs 32 – 43 and, therefore, denies said allegations and puts Plaintiffs to their proof.

9.      In answering paragraph 44, Defendant admits that it was owner of a landfill disposal site or portions thereof in Green Bay, Wisconsin (the "Bay Port Disposal Site") but denies and puts Plaintiffs to their proof as to the relevant times of ownership and that PCBs were released from the Bay Port Disposal Site directly into the Lower Fox River Site.

2

10.     Defendant lacks sufficient information to form a belief as to the truth of the allegations contained in paragraphs 45 – 53 and, therefore, denies said allegations and puts Plaintiffs to their proof.

**Cleanup Work and Natural Resource Damages at the Lower Fox River Site**

11.     Defendant lacks sufficient information to form a belief as to the truth of the allegations contained in paragraphs 54 – 66 and, therefore, denies said allegations and puts Plaintiffs to their proof.

<u>**COUNT 1 – CLAIM UNDERL CERCLA § 107**</u>

12.     Defendant reincorporates by reference its responses to paragraphs 1 – 66 as if fully set forth herein.

13.     Defendant lacks sufficient information to form a belief as to the truth of the allegations contained in paragraphs 68 – 82, said paragraphs contain conclusions of law to be interpreted and applied by the court; and, therefore, denies said allegations and puts Plaintiffs to their proof.

14.     Defendant denies the allegations contained in paragraph 83.

15.     Defendant lacks sufficient information to form a belief as to the truth of the allegations contained in paragraphs 84 – 104, said paragraphs contain conclusions of law to be interpreted and applied by the court; and, therefore, denies said allegations and puts Plaintiffs to their proof.

16.     Defendant denies the allegations contained in paragraph 105.

17.     Defendant lacks sufficient information to form a belief as to the truth of the allegations contained in paragraphs 106 – 149, said paragraphs contain conclusions of law to be

interpreted and applied by the court; and, therefore, denies said allegations and puts Plaintiffs to their proof.

18.     Defendant denies the allegations contained in paragraphs 150 and 151.

19.     Defendant lacks sufficient information to form a belief as to the truth of the allegations contained in paragraphs 152 – 179 and, therefore, denies said allegations and puts Plaintiffs to their proof.

20.     Defendant denies the allegations contained in paragraphs 180 – 183.

## COUNT II – CLAIM UNDER CERCLA § 113

21.     Defendant reincorporates by reference its responses to paragraphs 1 – 183 as if fully set forth herein.

22.     Defendant lacks sufficient information to form a belief as to the truth of the allegations contained in paragraphs 185 – 188 and, therefore, denies said allegations and puts Plaintiffs to their proof.

## COUNT III – CLAIM FOR DECLARATIORY RELIEF

23.     Defendant reincorporates by reference its responses to paragraphs 1 – 188 as if fully set forth herein.

24.     Defendant lacks sufficient information to form a belief as to the truth of the allegations contained in paragraphs 190 – 192.

25.     Paragraph 193 states a legal conclusion and requires no response.

## AFFIRMATIVE DEFENSES

Defendant City of Green Bay states as its affirmative defenses to the complaint as follows:

4

## FIRST AFFIRMATIVE DEFENSE

The complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

The claims are barred by the doctrine of waiver.

## THIRD AFFIRMATIVE DEFENSE

The claims are barred by the doctrine of estoppels.

## FOURTH AFFIRMATIVE DEFENSE

The claims are barred by the doctrine of laches.

## FIFTH AFFIRMATIVE DEFENSE

The claims are barred by the doctrine of unclean hands.

## SIXTH AFFIRMATIVE DEFENSE

The claims are barred by the applicable statute of limitations.

## SEVENTH AFFIRMATIVE DEFENSE

The costs purportedly incurred and/or to be incurred by Plaintiffs and claimed under Plaintiffs' complaint are not, and will not be, "response costs" within the meaning of CERCLA §§ 101(23), (24), and (25); 42 U.S.C. §§ 9601(23), (24), and (25); and applicable federal common law.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs are not entitled to recover some or all of the costs alleged in the complaint because certain of these costs are not all necessary costs of response under CERCLA § 107(a), 42 U.S.C. § 9607(a).

## NINTH AFFIRMATIVE DEFENSE

The alleged release or threatened release of contaminants and any resulting injury and/or damage was caused solely by the acts or omissions of entities other than the City of Green Bay.

## TENTH AFFIRMATIVE DEFENSE

Any release of hazardous substances, if any, by the City of Green Bay was the result of a federally-permitted release as defined in CERCLA [42 U.S.C. § 9601(10)] or were otherwise lawfully discharged under the laws, rules and/or regulations of the United States of America.

## **PRAYER FOR RELIEF**

WHEREFORE, Defendant City of Green Bay respectfully requests that the Court enter a judgment dismissing Plaintiffs' complaint and awarding costs and attorneys fees as allowed by law.

Dated at Green Bay, Wisconsin, this 2nd of July, 2008.

s/Allison C. Swanson
Allison C. Swanson, City Attorney
Attorney for Defendant City of Green Bay
State Bar No. 103425
Room 200, City Hall
100 N. Jefferson Street
Green Bay, WI 54301
(920) 448-3080
Fax: (920) 448-3181
E-mail: allisonsw@ci.green-bay.wi.us

6

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2008, I electronically filed the foregoing **Answer of Defendant City of Green Bay to Plaintiffs' Fifth Amended Complaint** with the Clerk of the Court using the Electronic Court Filing system, which sent notification of such filing to the following:

Michael L. Hermes, Esq.
Metzler, Timm, Treleven & Hermes, S.C.
222 Cherry Street
Green Bay, WI 54301-4223
mhermes@mtthlaw.com

Philip A. Munroe, Esq.
DiRenzo & Bomier, LLC
Two Neenah Center, Suite 701
P. O. Box 788
Neenah, WI 54957-0788
pmunroe@direnzolle.com

Evan B. Westerfield, Esq.
J. Andrew Schlickman, Esq.
Joan Radovich, Esq.
Kathleen L. Roach, Esq.
Sidley Austin, LLP
1 South Dearborn Street
Chicago, IL 60603
evanwesterfield@sidley.com
jaschlickman@sidley.com
jradovich@sidley.com
kroach@sidley.com

Jennifer E. Simon, Esq.
Marc E. Davies, Esq.
Ronald M. Varnum, Esq.
Sabrina Mizrachi, Esq.
David G. Mandelbaum, Esq.
Ballard, Spahr, Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
simonj@ballardsparh.com
davies@ballardspahr.com
varnum@ballardspahr.com
mizrachis@ballardspahr.com
mandelbaum@ballardspahr.com

J. Ric Gass, Esq.
Gass Weber Mullins, LLC
309 North Water Street, Suite 700
Milwaukee, WI 53202
gass@gasswebermullins.com

Scott B. Fleming, Esq.
Weiss Berzowski Brady, LLP
700 North Water Street, Suite 1400
Milwaukee, WI 53202-4206
sbf@wbb-law.com

Delmar R. Ehrich, Esq.
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402-3901
dehrich@faegre.com

Arthur F. Radke, Esq.
Michelle A. Gale, Esq.
Dykema Gossett, P.L.L.C.
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
aradke@dykema.com
mgale@dykema.com

7

Joseph J. Beisenstein, Esq.
Mark R. Feldman, Esq.
Menn Law Firm, Ltd.
2501 East Enterprise Avenue
P. O. Box 785
Appleton, WI 54912-0785
joseph-beisenstein@mennlaw.com
mark-feldmann@mennlaw.com

Christopher P. Riordan, Esq.
David J. Edquist, Esq.
Patrick L. Wells, Esq.
von Briesen & Roper, S.C.
411 East Wisconsin Avenue, Suite 700
P. O. Box 3262
Milwaukee, WI 53201-3262
criordan@vonbriesen.com
dedquist@vonbriesen.com
pwells@vonbriesen.com

Sarah A. Slack, Esq.
Linda E. Benfield, Esq.
Foley & Lardner, LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5300
sslack@foley.com
lbenfield@foley.com

Mathew B. Beredo, Esq.
Baker & Hostetler, LLP
3200 National City Center
1900 East 9th Street
Cleveland, OH 44114-3485
mberedo@bakerlaw.com

William E. Coughlin, Esq.
Thomas R. O'Donnell, Esq.
Calfee, Halter & Griswold, LLP
1400 Key Bank Center
800 Superior Avenue
Cleveland, OH 44114-2688
wcoughlin@calfee.com
todonnell@calfee.com

Colin C. Deihl, Esq.
Jacy T. Rock, Esq.
Faegre & Benson, LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
cdeihl@faegre.com
jrock@faegre.com

Randall M. Stone
United States Department of Justice
Environment & Natural Resources Division
P. O. Box 7611
Washington, D.C. 20044
randall.stone@usdoj.gov

Daniel C. Murray, Esq.
Garrett L. Boehm, Jr., Esq.
Frederick S. Mueller, Esq.
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, IL 60603-5404
murrayd@jbltd.com
boehmg@jbltd.com
muellerf@jbltd.com

Timothy B. Anderson, Esq.
Remley & Sensenbrenner, S.C.
219 East Wisconsin Avenue
Neenah, WI 54956
tanderson@remleylaw.com

Joseph C. Basta, Esq.
Dykema Gossett PLLC
2723 South State Street, Suite 400
Ann Arbor, MI 48104
jbasta@dykema.com

8

John F. Cermak, Jr., Esq.
Bonja A. Inglin, Esq.
Baker Hostetler LLP
12100 Wilshire Blvd., 15th Floor
Los Angeles, CA 90025
jcermak@bakerlaw.com
singling@bakerlaw.com

Charles M. Gering, Esq.
Foley & Lardner, LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610-5313
cgering@foley.com

Lora L. Zimmer, Esq.
Hinshaw & Culbertson LLP
100 West Lawrence Street
Appleton, WI 54911
lzimmer@hinshawlaw.com

Thomas R. Schrimpf, Esq.
Hinshaw & Culbertson LLP
100 East Wisconsin Avenue, Suite 2600
Milwaukee, WI 53202-4115
tschrimpf@hinshawlaw.com

Ted Waskowski, Esq.
Richard C. Yde, Esq.
Stafford Rosenbaum, LLP
222 West Washington Avenue, Suite 900
P. O. Box 1784
Madison, WI 53701-1784
twaskowski@staffordlaw.com
ryde@staffordlaw.com

Kevin J. Lyons, Esq.
William J. Mulligan, Esq.
Davis & Kuelthau SC
111 East Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202-6613
klyons@dkattorneys.com
wmulligan@dkattorneys.com

Bruce A. Olson, Esq.
Davis & Kuelthau SC
318 South Washington Street, Suite 300
Green Bay, WI 54301
bolson@dkattorneys.com

James A. Gunz, Esq.
Gunz Law Office
1142 Glenayre Drive
Neenah, WI 54956-4236
attygunz@msn.com

Russell W. Wilson, Esq.
Ruder Ware
500 First Street, Suite 8000
P. O. Box 8050
Wausau, WI 54402-8050
rwilson@ruderware.com

In addition, a copy will be sent via U. S. Mail to the following:

City of Appleton
100 North Appleton Street
Appleton, WI 54911

Brown County
P. O. Box 23600
Green Bay, WI 54305-3600

City of Kaukauna
201 West 2nd Street
Kaukauna, WI 54130-2442

Village of Kimberly
Kimberly Municipal Complex
515 West Kimberly Avenue
Kimberly, WI 54136

WTM I Company
c/o SCA Tissue North America
P. O. Box 2400
Neenah, WI 54957-2400

Village of Wrightstown
P. O. Box 227
Wrightstown, WI 54180

U. S. Paper Mills Corporation
c/o Sonoco Products Company
One North 2nd Street
Hartville, SC 29550

Green Bay Metropolitan Sewerage District
2331 North Quincy Street
P. O. Box 19015
Green Bay, WI 54307-9015

s/Allison C. Swanson
Allison C. Swanson