## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

**APPLETON PAPERS, INC., et al.**,

                              Plaintiffs,

      v.

                                        SCHEDULING CONFERENCE

**GEORGE A. WHITING PAPER, CO. et al.**,         Case No. 08-C-16

                              Defendants.

---

HONORABLE WILLIAM C. GRIESBACH, presiding         Tape: 091708
Deputy Clerk: Mary                                          Hearing Began: 3:21 p.m.
                                                                     Hearing Ended: 4:29 p.m.

**Appearances:**
    **Plaintiffs:**    See attached seating chart

    **Defendants:**   See attached seating chart

---

3:21 p.m. Case is called.
Court notes that appearances may be recorded from the seating chart.
3:22 p.m. Atty. Gass addresses forward discovery, setting trial date and rules.
3:29 p.m. Atty. Roach addresses principal areas of disagreement on discovery.
3:46 p.m. Atty. Hermes addresses the court.
3:46 p.m. Atty. Schlickman addresses the court.
3:49 p.m. Atty. Mandelbaum responds and suggests segmentation.
4:11 p.m. Atty. Mulligan responds regarding pursuing settlement negotiations.
4:16 p.m. Atty. Karegeannes responds and proposes a reciprocal discovery.
4:19 p.m. Atty. Hansen responds regarding discovery/deposition issue.
4:20 p.m. Atty. Coughlin inquires as to application regarding reciprocal discovery suggestion.
4:20 p.m. Atty. Karegeannes responds.
4:21 p.m. Atty. Roach replies regarding difficulties in evaluating reasonable settlements.
4:26 p.m. Court informs parties that it will take the matter under advisement.
4:27 p.m. Atty. Gass replies to Atty. Mandelbaum's remarks.
4:28 p.m. Atty. Gottschall responds regarding issue of central document depository.
4:29 p.m. Court adjourns.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

### Appleton Papers, Inc., et al. v. George Whiting Paper Co., et al.
Case No. 08-C-16

**JURY BOX, BACK ROW**

| John F Cermak, Jr for Defendant International Paper Baker Hostetler LLP | Thomas R Gottshall for Defendant US Paper Mills Haynsworth Sinkler Boyd PA | Scott W Hansen for Defendant US Paper Mills Reinhart Boerner Van Deuren SC | Barry White for Defendants Whiting Paper Co. Weiss Berzowski Brady | Ted A Warpinski for Defendant City of Green Bay Friebert Finerty & St John SC | Philip C Hunsucker for Defendant Menasha Corp Resolution Law Group PC | David A Rabbino for Defendant Menasha Corp Resolution Law Group PC |
|---|---|---|---|---|---|---|

**JURY BOX, FRONT ROW**

| Elyse Stackhouse for Defendant Wisconsin Public Service Integrys LLC | William E Coughlin for Defendant Neenah Foundry Calfee Halter & Griswold LLP | Mark R Feldmann for Defendant Menasha Corp. Menn Law Firm Ltd | Ian AJ Pitz for Defendant Brown County Michael Best & Friedrich LLP | Nancy Peterson for Defendant WTM I Co Quarles & Brady LLP | Peter C Karegeannes for Defendant WTM I Company Quarles & Brady LLP | William H Harbeck for Defendant WTM I Company Quarles & Brady LLP |
|---|---|---|---|---|---|---|

**Audience Area**

| | | Alan GB Kim Jr.<br>for Defendant City of Appleton<br>Anderson & Kent SC | |
|---|---|---|---|
| Lora Zimmer<br>for Defendant Heart of the Valley<br>Sewerage District<br>Hinshaw & Culbertson LLP | Joan Radovich<br>for Defendant NCR Corp.<br>Sidley Austin LLP | Christopher Riordan<br>for Defendant GB Packaging Inc<br>von Briesen & Roper SC | Russell Wilson<br>for Defendant Leicht Transfer&Storage<br>Ruder Ware LLSC |
| | | Ted Waskowski<br>for Defendant City of DePere<br>Stafford Rosenbaum LLP | Paul G. Kent<br>for Defendant City of Appleton<br>Anderson & Kent, S.C. |

**Defendant's Table**

| | | Joseph C Basta<br>for Defendant Procter & Gamble<br>and Defendant Green Bay Sewerage<br>Dykema Gossett PLLC | Bruce A Olson<br>for Defendant Neenah-Menasha Sewerage Commission<br>Davis & Kuelthau SC | William J Mulligan<br>for Defendant Neenah-Menasha Sewerage<br>Davis & Kuelthau SC |
|---|---|---|---|---|

**Defendant's Table**

| | | | Sabrina Mizrachi<br>for Defendant PH Glatfelter Co.<br>Ballard Spahr Andrews & Ingersoll LLP | David G Mandelbaum<br>for Defendant PH Glatfelter Co.<br>Ballard Spahr Andrews & Ingersoll LLP |
|---|---|---|---|---|

**Plaintiff's Table**

| J. Andrew Schlickman<br>for Plaintiff NCR Corp<br>Sidley Austin LLP | Michael L Hermes<br>for Plaintiff Appleton Papers<br>Metzler Timm Treleven Hermes SC | J Ric Gass<br>for Plaintiff NCR Corp.<br>Gass Weber Mullins LLC | Kathleen L Roach<br>for Plaintiff NCR Corp.<br>Sidley Austin LLP |
|---|---|---|---|