# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

APPLETON PAPERS INC. and
NCR CORPORATION,

      Plaintiffs,                                             Case No. 08-C-0016

v.

GEORGE A WHITING PAPER COMPANY, et al.,

      Defendants.

## ORDER AS TO RESPONSIVE PLEADING
## BY NON-UAO DEFENDANTS AND PLAINTIFFS
## AS TO SEVENTH AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 1 and the Stipulation of the Plaintiffs and the following Defendants: City of Appleton, City of DePere, City of Green Bay, Brown County, Green Bay Metropolitan Sewerage District, Heart of the Valley Metropolitan Sewerage District, Neenah-Menasha Sewerage Commission, Green Bay Packaging, Inc., Leicht Transfer & Storage Company, George A. Whiting Paper Company, and The Proctor & Gamble Paper Products Company ("Stipulating Defendants"),

**IT IS HEREBY ORDERED** that the answers, affirmative defenses and counterclaims served and filed by the Stipulating Defendants to the Sixth Amended Complaint shall stand and constitute their respective answers, affirmative defenses and counterclaims to the Seventh Amended Complaint.

**IT IS FURTHER ORDERED** that the Plaintiffs' answers and affirmative defenses to all specific counterclaims served and filed to all specific counterclaims asserted by Stipulating

Defendants in their Answers to the Sixth Amended Complaint shall stand and constitute Plaintiffs' respective answers and affirmative defenses to those specific counterclaims asserted by the Stipulating Defendants as to the Seventh Amended Complaint.

Dated this ___14th___ of October, 2008.

BY THE COURT:

 s/ William C. Griesbach
William C. Griesbach
U.S. District Judge