**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

APPLETON PAPERS INC. and
NCR CORPORATION,

        Plaintiffs,

  v.

GEORGE A. WHITING PAPER COMPANY,                 Case No. 08-C-016
P.H. GLATFELTER COMPANY,
MENASHA CORPORATION,
GREEN BAY PACKAGING, INC.,
INTERNATIONAL PAPER COMPANY,
LEICHT TRANSFER & STORAGE COMPANY,
NEENAH FOUNDRY COMPANY,
NEWPAGE WISCONSIN SYSTEM INC.,
THE PROCTER & GAMBLE PAPER PRODUCTS COMPANY,
WISCONSIN PUBLIC SERVICE CORP.,
CITY OF APPLETON, CITY OF DE PERE,
CITY OF GREEN BAY, BROWN COUNTY,
GREEN BAY METROPOLITAN SEWERAGE DISTRICT,
HEART OF THE VALLEY METROPOLITAN
SEWERAGE DISTRICT, NEENAH-MENASHA
SEWERAGE COMMISSION, WTM I COMPANY,
U.S. PAPER MILLS CORPORATION,
GEORGIA-PACIFIC CONSUMER PRODUCTS LP,
GEORGIA-PACIFIC LLC, FORT JAMES OPERATING COMPANY,
CBC COATING COMPANY, INC., and
FORT JAMES CORPORATION,

        Defendants.

**ORDER STAYING
CROSS-CLAIMS AMONG DEFENDANTS**

      The Court, having reviewed the Stipulation for Stay of Cross-Claims Among Defendants and finding that the Stipulation is consistent with this Court's September 23, 2008 Case Management Decision and Scheduling Order and that the Stipulation will otherwise foster the orderly and efficient disposition of this case,

**IT IS HEREBY ORDERED** that:

1. Any and all cross-claims any Defendant may have against any other Defendant that relate to Plaintiffs' claims or to any costs incurred by a Defendant with respect to the Fox River shall be stayed during the pendency of the first phase of this litigation, as identified in the Court's Case Management Decision and Scheduling Order, dated September 23, 2008; and

2. Any Defendant that wishes to file a cross-claim following the completion of the first phase of this litigation may file a cross-claim without leave of Court within 30 days of the Court issuing a new scheduling order after the completion of the first phase of this litigation.

Dated this   3rd   day of November, 2008.

                                          s/ William C. Griesbach
                                          William C. Griesbach
                                          U.S. District Judge