# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**APPLETON PAPERS, INC**,

                Plaintiff(s),

    v.

                                      TELEPHONE CONFERENCE
**GEORGE A. WHITING PAPER**          Case No. 08-C-0016
**COMPANY, et al.**,

                Defendant(s),

**GENERAL CASUALTY**
**COMPANY OF WISCONSIN**,     Intervening Defendant.

---

HONORABLE WILLIAM C. GRIESBACH, presiding     Tape: 011209
Deputy Clerk: Cheryl     Hearing Began: 2:38 p.m.
Proceeding Held: January 12, 2009     Hearing Ended: 2:41 p.m.

**Appearances:**

    **Plaintiff(s):**    Robin Jacobs

    **Defendant(s):**  William Mulligan
                          Tara Mathison

---

Parties agree a discovery conference would be helpful prior scheduling on this case.
Court directs clerk to schedule a Rule 16 telephone conference approximately one month from today.