UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS INC. and NCR CORP.,

        Plaintiffs,

v.                                                    Case No. 08-C-16

GEORGE A. WHITING PAPER CO., et al.,

        Defendants.

**ORDER**

Several defendants have filed a motion seeking issuance of letters rogatory. Any objections to this motion should be made by June 29, 2009. Absent such objections, the motion will be granted.

**SO ORDERED** this  17th  day of June, 2009.

                                                    /s William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge