# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS INC. and NCR CORP.,

    Plaintiffs,

  v.            Case No. 08-C-16

GEORGE A. WHITING PAPER CO., et al.,

    Defendants.

## ORDER

   The Georgia-Pacific defendants have filed a motion seeking issuance of Letters Rogatory to the English courts to compel discovery of certain documents within the possession of British American Tobacco P.L.C. or its subsidiaries. Plaintiffs have opposed the motion in part. I conclude that the Letters Rogatory should be issued in the form proposed by the moving defendants. Plaintiffs' concerns regarding relevance are noteworthy and understandable, but the ultimate question of relevance is for another day. Accordingly, the motion for issuance of Letters Rogatory is **GRANTED**, and the attachment to the reply brief [Dkt. # 465] will be signed and entered.

   **SO ORDERED** this  6th  day of July, 2009.


           s/ William C. Griesbach
          William C. Griesbach
          United States District Judge