

**U.S. Department of Justice**

Environment and Natural Resources Division

LJG:JML
90-11-6-18414

*Joshua M. Levin*   *Telephone (202) 514-4198*
*Environmental Defense Section*   *Facsimile (202) 514-8865*
*P.O. Box 23986*
*Washington, DC 20026-3986*

July 22, 2009

VIA ECF NOTIFICATION AND REGULAR U.S. MAIL

Honorable William C. Griesbach
United States District Court
Green Bay Division
125 South Jefferson Street
P.O. Box 22490
Green Bay, WI 54305-2490

      Re:   NCR v. Kimberly-Clark, Civ. Action No. 08-cv-00895 (E.D. Wisc.) and Appleton Papers, Inc. v. George A. Whiting Paper Co., Civ. Action No. 08-cv-00016 (E.D. Wisc.).

Dear Judge Griesbach:

    This letter responds to the Court's July 1, 2009 order, directing the parties to inform the Court as to the anticipated length of the December 1, 2009, trial on Phase I issues.

    On July 1, 2009, the United States filed a Motion to Clarify the Court's Scheduling Order and to Extend the United States' Deadline to File Responsive Expert Reports. Dkt. No. 463. In pertinent part, the United States' motion seeks an order clarifying that the claims filed against the U.S. Army Corps of Engineers ("Corps") by plaintiff, NCR Corporation ("NCR"), and third-party plaintiff, Menasha Corporation ("Menasha"), do not fall within the scope of issues to be tried during the Phase I litigation and should be reserved for future proceedings. NCR and Menasha have both represented to the United States that they concur in this aspect of the United States' motion. *See* Dkt. No. 463, at 2; Dkt. No. 479, at 1-2, 16. In addition to asserting United States liability based on Corps dredging activities, Menasha's third-party complaint also asserts United States liability based on recycling activities of the U.S. Environmental Protection Agency and General Services Administration. The United States' motion seeks an order clarifying that Menasha's additional theory of liability against the United States should also be deferred until the Phase I trial is complete. Dkt. No. 453, at 3. Menasha currently opposes this aspect of the United States' motion. Dkt. 479.

    Many, if not most, of the facts that concern the United States' knowledge and actions on matters bearing on Phase I issues can be reduced to stipulations or admissions prior to trial. Accordingly, if the United States is adjudged to be a proper party in the Phase I trial, we believe that, as to the recycling theory of liability against the United States, the Phase I trial can be concluded in approximately two trial days. This is a conservative estimate which we stand ready to reevaluate following further procedural rulings from the Court.

We are happy to answer any questions the court may have regarding this letter.

Respectfully submitted,

s/ Joshua M. Levin
Joshua M. Levin, Senior Trial Attorney
Environmental Defense Section

cc: Service List

- 2 -

Case 2:08-cv-00016-WCG   Filed 07/22/09   Page 2 of 6   Document 489

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 22, 2009, the foregoing letter to the Court was sent electronically to the following counsel: Joan Radovich at Sidley Austin LLP, jradovich@sidley.com; Evan B. Westerfield at Sidley Austin LLP, evanwesterfield@sidley.com; Kathleen L. Roach at Sidley Austin LLP, kroach@sidley.com; J. Andrew Schlickman at Sidley Austin LLP, jaschlickman@sidley.com; Dennis P. Birke at DeWitt Ross & Stevens S.C., db@dewittross.com; Ronald R. Ragatz at DeWitt Ross & Stevens S.C., rrr@dewittross.com; Megan A. Senatori at DeWitt Ross & Stevens S.C., ms@dewittross.com; Peter C. Karegeannes at Quarles & Brady, pck@quarles.com; John M. Van Lieshout at Reinhart Boerner Van Deuren S.C., jvanlieshout@reinhartlaw.com; Elizabeth K. Miles at Davis & Kuelthau, S.C., emiles@dkattorneys.com; James E. Braza at Davis & Kuelthau, S.C., jbraza@dkattorneys.com; Philip Munroe at DiRenzo & Bomier LLC, pmunroe@direnzollc.com; Scott Fleming at Weiss Berzowski Brady LLP, sbf@wbb-law.com ; David Mandelbaum at Ballard Spahr Andrews & Ingersoll, LLP, mandelbaum@ballardspahr.com; Marc Davies at Ballard Spahr Andrews & Ingersoll, LLP, davies@ballardspahr.com; Ronald Varnum at Ballard Spahr Andrews & Ingersoll, LLP, varnumr@ballardspahr.com; Jennifer Simon at Ballard Spahr Andrews & Ingersoll, LLP, simonj@ballardspahr.com; Sabrina Mizrachi at Ballard Spahr Andrews & Ingersoll, LLP, mizrachis@ballardspahr.com; Mark Feldmann at Menn Law Firm, Ltd., mark-feldmann@mennlaw.com; Joseph Beisenstein at Menn Law Firm, Ltd., joseph-beisenstein@mennlaw.com; Philip Hunsucker at Hunsucker Goodstein & Nelson PC, phunsucker@hgnlaw.com; David Rabbino at Hunsucker Goodstein & Nelson PC, drabbino@hgnlaw.com; Erik Mroz at Hunsucker Goodstein & Nelson PC, mroz@hgnlaw.com; Christopher Dow at Hunsucker Goodstein & Nelson PC, cdow@hgnlaw.com; Allison McAdam at Hunsucker Goodstein & Nelson PC, macadam@hgnlaw.com; David Edquist at von Briesen & Roper, S.C., dedquist@vonbriesen.com; Christopher Riordan at von Briesen & Roper, S.C., criordan@vonbriesen.com; Patrick Wells at von Briesen & Roper, s.c., pwells@vonbriesen.com; Russell Wilson at Ruder Ware, rwilson@ruderware.com; Linda Benfield at Foley & Lardner LLP, lbenfield@foley.com; Sarah Slack at Foley & Lardner LLP, sslack@foley.com; Charles Gering at Foley & Lardner LLP, cgering@foley.com; Arthur Radke at Dykema Gossett PLLC,

aradke@dykema.com; Michelle Gale at Dykema Gossett PLLC, mgale@dykema.com; Joseph Basta at Dykema Gossett PLLC, jbasta@dykema.com; Daniel Murray at Johnson & Bell, Ltd., murrayd@jbltd.com; Garrett Boehm, Jr. at Johnson & Bell, Ltd., boehmg@jbltd.com; Frederick Mueller at Johnson & Bell, Ltd., muellerf@jbltd.com; John Cermak, Jr. at Baker & Hostetler LLP, jcermak@bakerlaw.com; Sonja Inglin at Baker & Hostetler LLP, singlin@bakerlaw.com; Timothy Anderson at Remley & Sensenbrenner, S.C., tanderson@remleylaw.com; Thomas O'Donnell at Calfee Halter & Griswold LLP, todonnell@calfee.com; William Coughlin at Calfee Halter & Griswold LLP, wcoughlin@calfee.com; Ted Waskowski at Stafford Rosenbaum LLP, twaskowski@staffordlaw.com; Richard Yde at Stafford Rosenbaum LLP, ryde@staffordlaw.com; Meg Vergeront at Stafford Rosenbaum LLP, mvergeront@staffordlaw.com; Lora L. Zimmer at Hinshaw & Culbertson LLP, lzimmer@hinshawlaw.com; William Mulligan at Davis & Kuelthau, s.c., wmulligan@dkattorneys.com; Kevin Lyons at Davis & Kuelthau, s.c., klyons@dkattorneys.com; Tara Mathison at Davis & Kuelthau, s.c., tmathison@dkattorneys.com; Thomas Schrimpf at Hinshaw & Culbertson LLP, tschrimpf@hinshawlaw.com; Paul Kent at Anderson & Kent, S.C., pkent@andersonkent.com; Alan Kim, Jr. at Anderson & Kent, S.C., akim@andersonkent.com; James P. Walsh at the Appleton City Attorney's Office, jim.walsh@appleton.org; Ian Pitz at Michael Best & Friedrich, LLP, iapitz@michaelbest.com; Allison Swanson at the City of Green Bay, allisonsw@ci.green-bay.wi.us; Ted Warpinski at Friebert, Finerty & St. John, S.C., taw@ffsj.com; S. Todd Farris at Friebert, Finerty & St. John, S.C., stf@ffsj.com; M. Andrew Skwierawski at Friebert, Finerty & St. John, S.C., mas@ffsj.com; Scott Hansen at Reinhart Boerner Van Deuren s.c., shansen@reinhartlaw.com; Steven Bogart at Reinhart Boerner Van Deuren s.c., sbogart@reinhartlaw.com; David E. Frank at Reinhart Boerner Van Deuren s.c., dfrank@reinhartlaw.com; Thomas Gottshall at Haynsworth Sinkler Boyd, P.A., tgottshall@hsblawfirm.com; Stephen McKinney at Haynsworth Sinkler Boyd, P.A., smckinney@hsblawfirm.com; William Harbeck at Quarles & Brady LLP, whh@quarles.com; David Strifling at Quarles & Brady, LLP, dstrifli@quarles.com; Nancy Peterson at Quarles & Brady LLP, nkp@quarles.com; Susan Lovern at von Briesen & Roper, s.c.,

slovern@vonbriesen.com; Thomas Armstrong at von Briesen & Roper, s.c., tarmstro@vonbriesen.com; Michael P. Carlton at von Briesen & Roper, s.c., mcarlton@vonbriesen.com; Kelly Noyes at von Briesen & Roper, s.c., knoyes@vonbriesen.com; Arthur Foerster at Latham & Watkins LLP, Arthur.Foerster@law.com; Margrethe Kearney at Latham & Watkins LLP, Margrethe.Kearney@lw.com; Mary Rose Alexander at Latham & Watkins LLP, Mary.Rose.Alexander@lw.com; Andrea M. Hogan at Latham & Watkins LLP, Andrea.Hogan@lw.com; Ernest Getto at Latham & Watkins LLP, Ernie.Getto@lw.com; Karl Lytz at Latham & Watkins LLP, Karl.Lytz@lw.com; Randall Stone at U.S. Department of Justice, randall.stone@usdoj.gov; Matthew Richmond at U.S. Department of Justice, matthew.richmond@usdoj.gov; Heidi D. Melzer at Hermes Law, Ltd., hdm@hermeslawltd.com; Michael Hermes at Hermes Law, Ltd., mlh@hermeslawltd.com; Brandon J. Evans at Hermes Law, Ltd., bje@hermeslawltd.com; Anthony J. Steffeck at Hermes Law, Ltd., ajs@hermeslawltd.com; J. Ric Gass at Gass Weber Mullins LLC, gass@gasswebermullins.com; David Turek at Gass Weber Mullins LLC, turek@gasswebermullins.com; Robin Jacobs at Cook & Franke S.C., jacobs@cf-law.com; Steven C. Kohl at Warner Norcross & Judd LLP, skohl@wnj.com; Waltraud A. Arts at Anderson & Kent, S.C., warts@andersonkent.com; William F. Conlon at Sidley Austin LLP, wconlon@sidley.com; Charles K. Schafer at Sidley Austin LLP, cschafer@sidley.com; Margaret R. Sobota at Sidley Austin LLP, msobota@sidley.com; Eric H. Ha at Sidley Austin LLP, eha@sidley.com; Matthew G. Adams at Sonnenschien Nath & Rosenthal, LLP, madams@sonnenschein.com; Nathan A. Fishbach at Whyte Hirschboeck Dudek S.C., nfishbach@whdlaw.com; Deborah L. Flores at Hunsucker Goodstein & Nelson PC, dflores@hgnlaw.com; Jan M. Conlin at Robins, Kaplan, Miller & Ciresi, LLP, jmconlin@rkmc.com; and Patrick H. Zaepfel at Kegel Kelin Almy & Grimm, LLP, zaepfel@kkaglaw.com.

I further certify that on July 22, 2009, I cause a copy of the foregoing to be sent by United States Postal Service, postage prepaid, to the following counsel:

James B. Gunz
Gunz Law Office
1142 Glenayre Drive

- 4 -

Case 2:08-cv-00016-WCG   Filed 07/22/09   Page 5 of 6   Document 489

Neenah, WI 54956

                                                                                      s/ Joshua M. Levin  
                                                                                      JOSHUA M. LEVIN