# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**APPLETON PAPERS, INC. and**
**NCR CORPORATION,**

                Plaintiffs,

v.

**GEORGE A. WHITING PAPER COMPANY, et al.,**

                Defendants.

**PRELIMINARY PRETRIAL CONFERENCE**
Case No. 08-C-16

---

HONORABLE WILLIAM C. GRIESBACH, presiding
Deputy Clerk: Mary
Proceeding Held: July 30, 2009

Tape: 073009
Hearing Began: 9:47 a.m.
Hearing Ended: 12:02 p.m.

**Appearances:**

    **Plaintiffs:**    See attached seating chart

    **Defendants:**    See attached seating chart

---

9:47 a.m. Case is called.
9:47 a.m. Lead counsel give appearances.
9:48 a.m. Court addresses de minimus settling parties regarding proposed consent decree.
9:49 a.m. Atty. Hermes responds, plaintiffs will oppose consent decree.
9:50 a.m. Atty. Maynard replies.
9:51 a.m. Atty. Spector replies.
9:53 a.m. Atty. Maynard replies.
9:54 a.m. Atty. Levin addresses the court regarding Phase 1 and the government's role.
9:57 a.m. Court addresses government's role as a party and date for expert report is August 7, as parties have agreed.
9:58 a.m. Atty. Levin responds.
9:58 a.m. Court addresses motion deadline.
9:58 a.m. Atty. Levin inquires as to motion.
9:59 a.m. The Court responds that if it is a threshold motion that would dismiss the party from the case, that it is a proper motion for the dispositive motion deadline.
9:59 a.m. Atty. Warpinksi addresses the court on motion for clarification on their role in Phase 1.
9:59 a.m. The Court states if a party does not have role or feels interest is not at stake they do not need to appear at Phase 1.
10:01 a.m. Atty. Warpinski responds.
10:02 a.m. Court addresses contribution. Parties must make decision individually as to involvement.
10:03 a.m. Atty. Warpinksi responds.
10:04 a.m. Court asks if any other party has any comment on Atty. Warpinski's request.
10:04 a.m. Atty. Hermes states no comment.

10:04 a.m. The Court addresses whether volume of PCBs is an issue in this case.
10:04 a.m. Atty. Mandelbaum addresses the issue.
10:07 a.m. Atty. Roach responds.
10:10 a..m. Court addresses volume and expects general testimony by experts on volume in Phase 1.
10:13 a.m. Atty. Mandelbaum replies.
10:13 a.m. Atty. Hermes responds.
10:14 a.m. Court states some of this will have to be addressed in context at the trial.
10:15 a.m. Atty. Levin replies.
10:16 a.m. Court states this issue may merit motion practice.
10:18 a.m. Atty. Levin replies.
10:18 a.m. Atty. Roach responds.
10:18 a.m. The Court states it wants to make clear that it is not opening discovery and that would go beyond what Phase 1 was intended to accomplish.
10:18 a.m. Atty. Roach responds.
10:20 a.m. Court addresses Burlington Northern issue.
10:24 a.m. Atty. Hermes defers to Atty. Ragatz to respond on this issue.
10:24 a.m. Atty. Ragatz addresses arranger liability. Court makes inquiries.
10:30 a.m. Atty. Mandelbaum responds. Court makes inquiries.
10:33 a.m. Atty. Ragatz replies.
10:38 a.m. Atty. Mandelbaum responds.
10:39 a.m. Atty. Spector responds.
10:40 a.m. Court addresses this as an issue that may need motion practice to resolve. The Court addresses that this trial will be taking place in Milwaukee.
10:42 a.m Atty. Gass requests photographing of courtroom. The Court will make inquires into this request and into getting electronic courtroom.
10:43 a.m. Atty. Hermes estimates trial length 6- 8 weeks.
10:44 a.m. Atty. Mandelbaum responds may be longer.
10:47 a.m. Court estimates 8 - 12 week trial. After the court does further inquiry it will be entered on the docket if parties have permission to photograph courtrooms.
10:49 a.m. Atty. Mandelbaum anticipates at least one joint motion, not sure on number of individual defense motions.
10:49 a.m. Atty. Levin indicates their will be a motion filed, not sure if they will be the movant.
10:50 a.m. Atty. Mandelbaum requests moving motion deadline for two weeks.
10:50 a.m. Atty. Roach indicates plaintiffs have objected.
10:51 a.m. Atty. Hermes objects.
10:51 a.m. The Court denies request to move motion deadline.
10:51 a.m. Atty. Gass inquires as to trial times.
10:52 a.m. The Court states the trial will start at 8:30 a.m. and go until 5:00 p.m. The Court may reserve Fridays for other matters.
10:53 a.m. Atty. Gass inquires as to holidays.
10:54 a.m. The Court typically takes off the week between Christmas and New Years.
10:54 a.m. Atty. Hermes addresses the needs of witnesses also.
10:54 a.m. The Court asks the parties to reach an agreement on the holiday schedule.
10:55 a.m. The Court addresses the motions to compel.
10:55 a.m. Atty. Getto addresses the motions to compel and provides a company flow chart to the Court. The Court makes inquiries.
11:07 a.m. Atty. Hermes responds. The Court makes inquiries.
11:17 a.m. Atty. Getto replies.

11:19 a.m. Atty. Hermes responds.
11:20 a.m. Atty. Getto replies.
11:22 a.m. Atty. Hermes responds.
11:23 a.m. Atty. Getto replies.
11:23 a.m. Atty. Hermes responds.
11:24 a.m. Atty. Getto replies.
11:26 a.m. Atty. Hermes responds.
11:26 a.m. The Court will take under consideration and issue a decision possibly before the end of this week.
11:27 a.m. The Court addresses NewPage's motion for extension of time to file expert report.
11:27 a.m. Atty. Roach objects to motion.
11:28 a.m. Atty. Murray replies.
11:30 a.m. Atty. Roach responds.
11:30 a.m. Atty. Murray replies.
11:30 a.m. Parties reach agreement and can notify the Court if needs to be revisited.
11:30 a.m. The Court addresses NewPage's motion to take limited depositions and refers to document.
11:30 a.m. Atty. Murray addresses motion and mention of mystery document.
11:31 a.m. Atty. Roach responds and has not had opportunity to review motion.
11:31 a.m. Atty. Murray will speak to opposing counsel and try to resolve matter. Court makes inquiries.
11:37 a.m. Atty. Roach responds.
11:38 a.m. Atty. Hermes responds. Court makes inquiries.
11:40 a.m. Atty. Murray replies. Court makes inquiries.
11:42 a.m. Court denies motion as to taking 30b6 depositions. Counsel should confer regarding the mystery document.
11:43 a.m. Atty. Murray replies.
11:44 a.m. The Court reserves ruling on deposition of Mr. Hultgren.
11:44 a.m. Atty. Murray replies.
11:44 a.m. The Court states these rulings only apply to Phase 1.
11:45 a.m. Atty. Mandelbaum addresses depositions.
11:46 a.m. Atty. Roach responds they will work with defendants on scheduling depositions.
11:46 a.m. Atty. Mandelbaum replies and requests deposition notice be modified to 10 days.
11:47 a.m. The Court grants request and modifies notice for deposition to 10 days.
11:47 a.m. Atty. Mandelbaum addresses the issue of Order of Proof.
11:50 a.m. Atty. Roach responds.
11:51 a.m. Court maintains Order of Proof.
11:51 a.m. Atty. Levin requests the Government and Menasha propose a plan that integrates with the Court's scheduling.
11:51 a.m. Atty. Hunsucker agrees.
11:51 a.m. The Court grants request.
11:52 a.m. Atty. Mulligan requests presenting electronic exhibits to the Court for trial.
11:53 a.m. Atty. Roach has no objection.
11:54 a.m. Atty. Mulligan requests real time reporting of the trial and daily copy and requests filing of electronic briefs.
11:54 a.m. The Court is agreeable to requests.
11:54 a.m. Atty. Gass recommends using same court reporter who was at depositions.
11:55 a.m. Atty. Mulligan states satisfaction with court reporter used in depositions.
11:55 a.m. Atty. Gass identifies as Gramann Reporting from Milwaukee.
11:55 a.m. Atty. Roach would like to consult with client regarding expense of real time reporting.

11:55 a.m. The Court will do further inquiry as to the court reporting.
11:56 a.m. Atty. Mulligan requests deviation from local rules for purposes of using same numbering of exhibits from deposition for the trial.
11:57 a.m Court grants request.
11:57 a.m. Atty. Mulligan addresses pretrial/post-trial submissions.
11:57 a.m. Atty. Hermes responds, prefers documents be submitted by 11/2.
11:58 a.m. The Court states if parties are in agreement they should submit a proposed order.
11:59 a.m. Atty. Roach inquires as to deposition testimony at trial.
11:59 a.m. The Court prefers not to take live court time on depositions.
11:59 a.m. Atty. Mandelbaum inquires as to identification of witnesses.
11:59 a.m. The Court want parties to let it know at least one day ahead the order of witnesses.
12:00 p.m. Atty. Roach responds that they will work this out.
12:00 p.m. The Court addresses division of trial time between parties.
12:01 p.m. Atty. Mandelbaum responds.
12:01 p.m. Atty. Hermes responds.
12:02 p.m. The Court will revisit the issue later if needed.
12:02 p.m. Court adjourns.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### Appleton Papers, Inc., et al. v. George Whiting Paper Co., et al.
### Case No. 08-C-16

| 7 | 6 | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|---|
| Marc Davies<br>PH Glatfelter<br>Ballard Spahr | Monique Mooney<br>PH Glatfelter<br>Ballard Spahr | Steven Bogart<br>US Paper Mills<br>Reinhart Boerner | Thomas Gottshall<br>US Paper Mills<br>Haynsworth Sinkler | Waltraud Arts<br>City of Appleton<br>Anderson & Kent | Nancy Peterson<br>WTM I Co<br>Quarles & Brady | Peter Karegeannes<br>WTM I Co<br>Quarles & Brady |

**Jury Box - Back Row**

| 14 | 13 | 12 | 11 | 10 | 9 | 8 |
|---|---|---|---|---|---|---|
| Richard Yde<br>City of De Pere<br>Stafford Rosenbaum | Ian AJ Pitz<br>Brown County<br>Michael Best | | | | Mary Rose Alexander<br>Georgia-Pacific<br>Latham & Watkins | Kyle Lytz<br>Georgia-Pacific<br>Latham & Watkins |

**Jury Box - Front Row**

| John Hartje | John Burgess | Jan Conlin | Nathan Fishbach | Ted Warpinski | Jerry Maynard | Linda Benfield | Heidi Metzler |
|---|---|---|---|---|---|---|---|
| NCR | Georgia-Pacific | Georgia-Pacific | Georgia-Pacific | City of Green Bay | Procter & Gamble | WPS | Appleton Papers |
| In House Counsel | In House Counsel | Robins Kaplan | Whyte Hirschboeck | Friebert Finerty | Dykema Gossert | Foley & Lardner | Hermes Law Ltd. |

| Elizabeth Miles | Grame Rattray | Matthew Oakes | Joshua Levin | Susan Lovern | Michael Carlton | Christopher Riordan | Anthony Steffek |
|---|---|---|---|---|---|---|---|
| Neenah-Menasha | Heart of the Valley | U.S. | U.S. | CBC Coating | CBC Coating | GB Packaging | Appleton Papers |
| Davis & Kuelthau | Hinshaw & Culbertson | Dept. of Justice | Dept. of Justice | von Briesen | von Briesen | von Briesen | Hermes Law Ltd. |

## Audience Area

| Jeff Spector<br>U.S.<br>Dept. of Justice | Daniel Murray<br>Newpage<br>Johnson & Bell | Philip Hunsucker<br>Menasha Corp<br>Hunsucker Goodstein |
|---|---|---|

## Defendant's Table

| Ernest Getto<br>Georgia-Pacific<br>Latham & Watkins | Scott Hansen<br>US Paper Mills<br>Reinhart Boerner | William Mulligan<br>Neenah-Menasha<br>Davis & Kuelthau | David Mandelbaum<br>PH Glatfelter<br>Ballard Spahr |
|---|---|---|---|

## Defendant's Table

| Ronald Ragatz<br>for Appleton Papers<br>DeWitt Ross | Michael Hermes<br>for Appleton Papers<br>Hermes Law Ltd. | J Ric Gass<br>for NCR Corp<br>Gass Weber | William Conlon<br>for NCR Corp<br>Sidley Austin | Kathleen Roach<br>for NCR Corp<br>Sidley Austin | Evan Westerfield<br>for NCR Corp<br>Sidley Austin |
|---|---|---|---|---|---|

## Plaintiff's Table