# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS, INC. and
NCR CORPORATION,

        Plaintiffs,

v.                                    Case No. 08-C-16

GEORGE A. WHITING PAPER CO., et al.,

        Defendants.

## ORDER

Counsel for plaintiffs have set forth a proposed schedule for pre-trial submissions and trial holiday schedule. Counsel has also suggested that, in light of the Christmas holidays and Hanukkah, the Court should consider commencing the trial the week of January 4th as opposed to December 1st. In that way, there would be no substantial breaks in the flow of the trial and the Court would have more time to address pre-trial motions.

Before taking any action, other parties are hereby invited to advise the Court of their respective positions. The Court will withhold any decision until September 24, 2009, to allow other parties to comment on the proposed schedule, including the postponement of the commencement of trial.

**SO ORDERED** this   18th   day of September, 2009.

                                              s/ William C. Griesbach
                                              William C. Griesbach
                                              United States District Judge