UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

APPLETON PAPERS, INC. and
NCR CORPORATION

    Plaintiff,

v.

GEORGE A. WHITING PAPER COMPANY, et al.  Case No. 08-C-0016

    Defendants,

and

GENERAL CASUALTY COMPANY OF WISCONSIN,

    Intervening Defendant.

---

## ORDER FOR DISMISSAL

Upon the stipulation of the parties:

IT IS HEREBY ORDERED that all claims of the intervening defendant, General Casualty Company of Wisconsin, shall be dismissed, without prejudice, costs or further notice.

Dated this 16th day of October, 2009.

            BY THE COURT:

            s/ William C. Griesbach
            Honorable William C. Griesbach
            U.S. District Court Judge