# EXHIBIT 3

```
1              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF WISCONSIN
2                      GREEN BAY DIVISION
   ---------------------------------------------------------
3  APPLETON PAPERS INC. and
   NCR CORPORATION,
4
                   Plaintiffs,
5
                vs.                Case No. 08-CV-16-WCG
6
   GEORGE A. WHITING PAPER COMPANY, ET AL.,
7
                   Defendants.
8  ---------------------------------------------------------
   NCR CORPORATION,
9
                   Plaintiff,
10
                vs.                Case No. 08-CV-0895-WCG
11
   KIMBERLY-CLARK CORPORATION, ET AL.,
12
                   Defendants.
13 ---------------------------------------------------------

14

15

16         Deposition of HARRI KYTOMMA, Ph.D., P.E.

17             Friday, September 4th, 2009

18

19                      9:06 a.m.

20                         at

21            McDermott, Will & Emery
                    28 State Street
22              Boston, Massachusetts

23

24       Reported by Constance L. Bauer, RPR/RMR/CRR

25
```



```
 1   A    Okay.
 2   Q    -- okay?  Accept that to be true.  Also accept to be
 3        true, for the purposes of my question, that the
 4        principal, to the point of being overwhelmingly
 5        large, fraction of PCBs originated in the emulsion
 6        you've been talking about, right?
 7   A    Okay.
 8   Q    That's how they got to this river.
 9   A    Okay.
10   Q    Now, are you offering any opinion as to whether the
11        relative magnitude of the discharge before the end of
12        1971 was large or small as compared to the magnitude
13        of the discharge after the end of 1971?
14            MR. HA:  Object to form.
15            THE WITNESS:  So when -- you mean the --
16        the relative magnitude of the discharge is
17        specifically referring to PCBs?
18   BY MR. MANDELBAUM:
19   Q    PCBs, yes.
20   A    Right.  Okay.  So my analysis does not focus on
21        whether the emulsion has or does not have PCBs.  I --
22        I don't -- I couldn't tell you right now how much,
23        what fraction, of the emulsion actually contains
24        PCBs.  Other people are looking at that.
25            I'm just looking at the emulsion as a
```



WWW.GRAMANNREPORTING.COM · 414.272.7878    **GRAMANN**
*Innovation · Expertise · Integrity*    REPORTING

```
 1          whole, as a -- as a mixture basically of capsules and
 2          a liquid and with some other additives, and I'm
 3          talking about the emulsion and I'm talking about the
 4          capsules, irrespective of what the capsules contain.
 5                    So given that I haven't looked at that, I
 6          can't comment on, and I did not, in answer to your
 7          question, analyze the relative magnitude of releases
 8          of PCBs before or after a certain date because I did
 9          not look at PCBs at all.
10     Q    Okay.  Can you comment on the relative magnitude of
11          the discharges of microcapsules?
12                    MR. HA:  Object to form.
13                    THE WITNESS:  No, because I did not look at
14          the period after early '71, so I can't -- you're
15          asking me to compare after early '71 to before early
16          '71.  I didn't look at after, so I don't have a
17          relative number for you.
18     BY MR. MANDELBAUM:
19     Q    So you have no comment on that, right?
20     A    I only have a comment for the period that I looked
21          at.
22     Q    Okay.  Now, do you have an understanding of the
23          relative magnitude of the total amount of emulsion
24          used at the Appleton coating plant during the period
25          that you looked at?
```


Case 2:08-cv-00016-WCG   Filed 10/19/09   Page 4 of 4   Document 712-3