# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and <br> NCR CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> GEORGE A. WHITING PAPER <br> COMPANY, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) No. 08-CV-00016-WCG <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I hereby certify that, on **October 19, 2009**, a true and correct copy of the following documents:

**REPLY MEMORANDUM OF LAW IN SUPPORT OF CERTAIN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

**CERTAIN DEFENDANTS' RESPONSES TO PLAINTIFFS' PROPOSED FINDINGS OF FACT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO CERTAIN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

**DECLARATION OF JAYNI E. FOLEY IN SUPPORT OF CERTAIN DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

**DECLARATION OF STEPHEN F. MCKINNEY IN SUPPORT OF CERTAIN DEFENDANTS' RESPONSES TO PLAINTIFFS' PROPOSED FINDINGS OF FACT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO CERTAIN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

**CERTAIN DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFFS' RESPONSES TO DEFENDANTS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

**CERTAIN DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSES TO DEFENDANTS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

**[PROPOSED] ORDER GRANTING CERTAIN DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFFS' RESPONSES TO DEFENDANTS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

were filed electronically with the clerk of the court via the ECF system. The ECF system will send notification of the filing of the following:

- **Matthew G Adams**
  madams@sonnenschein.com
- **Mary Rose Alexander**
  mary.rose.alexander@lw.com
- **Timothy B Anderson**
  tanderson@remleylaw.com
- **Thomas A Andreoli**
  tandreoli@sonnenschein.com

1

- **Thomas Armstrong**
  tarmstro@vonbriesen.com

- **Waltraud A Arts**
  warts@andersonkent.com

- **Joseph C Basta**
  jbasta@dykema.com

- **Joseph J Beisenstein**
  joseph-beisenstein@mennlaw.com

- **Linda E Benfield**
  lbenfield@foley.com

- **Dennis P Birke**
  db@dewittross.com

- **Garrett L Boehm , Jr**
  boehmg@jbltd.com

- **Steven P Bogart**
  sbogart@reinhartlaw.com

- jboyd@hsblawfirm.com

- **Michael P Carlton**
  mcarlton@vonbriesen.com

- **John F Cermak , Jr**
  jcermak@bakerlaw.com

- **William F Conlon**
  wconlon@sidley.com

- jmconlin@rkmc.com

- **William E Coughlin**
  wcoughlin@calfee.com

- **Marc E Davies**
  daviesm@gtlaw.com

- **Christopher J Dow**
  cdow@hgnlaw.com

- **David J Edquist**
  dedquist@vonbriesen.com

- **Brandon J Evans**
  bje@hermeslawltd.com

- **S Todd Farris**
  stf@ffsj.com

- **Mark R Feldmann**
  mark-feldmann@mennlaw.com

- **Patrick J Ferguson**
  patrick.ferguson@lw.com

- **Nathan A Fishbach**
  nfishbach@whdlaw.com

- **Scott B Fleming**
  sbf@wbb-law.com

- dflores@hgnlaw.com

- **Arthur F Foerster**
  arthur.foerster@lw.com

- **David E Frank**
  dfrank@reinhartlaw.com

- **Michelle A Gale**
  mgale@dykema.com

- **J Ric Gass**
  gass@gasswebermullins.com

- **Charles M Gering**
  cgering@foley.com

- **Ernest J Getto**
  ernie.getto@lw.com

- **Thomas R Gottshall**
  tgottshall@hsblawfirm.com

- lgrahova@quarles.com

- **Eric W Ha**
  eha@sidley.com

- **Scott W Hansen**
  shansen@reinhartlaw.com

- **William H Harbeck**
  whh@quarles.com

- **Lauren Harpke**
  lauren.harpke@quarles.com

1

- **Michael L Hermes**
  mlh@hermeslawltd.com

- **Andrea M Hogan**
  andrea.hogan@lw.com

- **Caleb J Holmes**
  holmesc@gtlaw.com

- **Philip C Hunsucker**
  phunsucker@reslawgrp.com

- **Sonja A Inglin**
  singlin@bakerlaw.com

- **Robin S Jacobs**
  jacobs@cf-law.com

- **Margrethe K Kearney**
  margrethe.kearney@lw.com

- **Paul G Kent**
  pkent@andersonkent.com

- **Steven C Kohl**
  skohl@wnj.com

- **Joshua M Levin**
  joshua.levin@usdoj.gov

- **Sarah C Lindsey**
  slindsey@wnj.com

- **Susan E Lovern**
  slovern@vonbriesen.com

- **Kevin J Lyons**
  klyons@dkattorneys.com

- **Karl S Lytz**
  karl.lytz@lw.com

- **David G Mandelbaum**
  mandelbaumd@gtlaw.com

- **Tara M Mathison**
  tmathison@dkattorneys.com

- **Allison E McAdam**
  amcadam@hgnlaw.com

- **Stephen F McKinney**
  smckinney@hsblawfirm.com

- **Heidi D Melzer**
  hdm@hermeslawltd.com

- **Elizabeth K Miles**
  emiles@dkattorneys.com

- **Sabrina Mizrachi**
  mizrachis@gtlaw.com

- **Monique M Mooney**
  mooneym@gtlaw.com

- **Frederick S Mueller**
  muellerf@jbltd.com

- **William J Mulligan**
  wmulligan@dkattorneys.com

- **Philip A Munroe**
  pmunroe@direnzollc.com

- **Daniel C Murray**
  murrayd@jbltd.com

- **Kelly J Noyes**
  knoyes@vonbriesen.com

- **Thomas R O'Donnell**
  todonnell@calfee.com

- **Matthew R Oakes**
  matthew.oakes@usdoj.gov

- **Nancy K Peterson**
  nkp@quarles.com

- **Ian AJ Pitz**
  iapitz@michaelbest.com

- mpotter@dkattorneys.com

- **David A Rabbino**
  drabbino@reslawgrp.com

- **Arthur F Radke**
  aradke@rsplaw.com

- **Joan Radovich**
  jradovich@sidley.com

- **Ronald R Ragatz**
  rrr@dewittross.com

- **Matthew V Richmond**
  matthew.richmond@usdoj.gov

- **Christopher P Riordan**
  criordan@vonbriesen.com

- **Kathleen L Roach**
  kroach@sidley.com

- **Perry M Rosen**
  perry.rosen@usdoj.gov

- **saylorg@gtlaw.com**

- **Charles K Schafer**
  cschafer@sidley.com

- **J Andrew Schlickman**
  jaschlickman@sidley.com

- **Thomas R Schrimpf**
  tschrimpf@hinshawlaw.com

- **Megan A Senatori**
  ms@dewittross.com

- **M Andrew Skwierawski**
  mas@ffsj.com,jlm@ffsj.com

- **Sarah A Slack**
  sslack@foley.com

- **Margaret R Sobota**
  msobota@sidley.com

- **Anthony J Steffek**
  ajs@hermeslawltd.com

- **Randall M Stone**
  randall.stone@usdoj.gov

- **David A Strifling**
  dstrifli@quarles.com

- **Allison C Swanson**
  allisonsw@ci.green-bay.wi.us

- **David J Turek**
  turek@gasswebermullins.com

- **Beth Valdes**
  bvaldes@hsblawfirm.com

- **John M Van Lieshout**
  jvanlies@reinhartlaw.com

- **Ronald M Varnum**
  varnumr@ballardspahr.com

- **Meg E Vergeront**
  mvergeront@staffordlaw.com

- **James P Walsh**
  jim.walsh@appleton.org

- **Ted A Warpinski**
  taw@ffsj.com,swk@ffsj.com

- **Ted Waskowski**
  twaskowski@staffordlaw.com

- **Patrick L Wells**
  pwells@vonbriesen.com

- **Evan B Westerfield**
  evanwesterfield@sidley.com

- **Russell W Wilson**
  rwilson@ruderware.com

- **Richard C Yde**
  ryde@staffordlaw.com

- **Brian L Zagon**
  bzagon@hgnlaw.com

- **Lora L Zimmer**
  lzimmer@hinshawlaw.com

I also hereby certify that on **October 19, 200**, a copy of the foregoing was served electronically, by agreements of the parties, to the following e-mail accounts:

- **James E Braza**
  jbraza@dkattorneys.com

- **Peter C Karegeannes**
  pck@quarles.com

                                                */s/Monique Handy-Jones*
                                                 Monique Handy-Jones

SF\719073.2

1

Case 2:08-cv-00016-WCG   Filed 10/19/09   Page 6 of 6   Document 728