UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS INC. and NCR CORP.,

        Plaintiffs,

v.                                                Case No. 08-C-16

GEORGE A. WHITING PAPER CO., et al.,

        Defendants.

**ORDER**

A question has arisen about the filings this Court expects to receive in advance of the pretrial conference scheduled for December 21. The last scheduling order (Dkt. # 691) indicates that "The Parties are to identify exhibits, witness lists and deposition designations, and file motions in limine" by December 2. The Local Rules provide, *inter alia,* that parties must provide a "Pretrial Report," which contains similar but not identical information. *See* Civil L. R. 16.3. This has understandably given rise to some confusion.

To clarify: the parties need <u>not</u> file a "pretrial report." In this case, this Court's last scheduling order (Dkt. # 691) preempts the Local Rules and its dates and requirements apply. If the Court requires any additional information in advance of the final pretrial conference, it will alert the parties to that effect.

**SO ORDERED** this   17th   day of November, 2009.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge