UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS INC. and
NCR CORPORATION,

    Plaintiffs,

v.              No. 08-CV-00016-WCG

GEORGE A. WHITING PAPER COMPANY, et al.

    Defendants.

## STATEMENT REGARDING PHASE I FINDINGS OF FACT BY DEFENDANT CITY OF DE PERE

Pursuant to this Court's Order dated October 5, 2009 (Document #691), Defendant City of De Pere ("De Pere") submits the following statement regarding findings of fact for the Phase I trial.

Given the scope of the Phase I trial, and pursuant to the Stipulation to Forego Pretrial Exchanges of Witness Lists, Exhibits, Deposition Designations, and Motions in Limine (Document #777), De Pere does not propose any findings of fact and does not believe that any findings of fact regarding De Pere would be appropriate.

H:\DOCS\012465\000004\00375002.DOC
1211091456

Dated: December 11, 2009

                STAFFORD ROSENBAUM LLP

                /s/ Ted Waskowski
                Ted Waskowski
                State Bar Number 1003254
                Richard C. Yde
                State Bar Number 1013600
                Meg Vergeront
                State Bar Number 1020971
                Attorneys for Defendant City of DePere

222 West Washington Avenue, Suite 900
Post Office Box 1784
Madison, Wisconsin 53701-1784
608.256.0226