UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS INC. and NCR CORP.,

    Plaintiffs,

v.                                                                                        Case No. 08-C-16

GEORGE A. WHITING PAPER CO., et al.,

    Defendants.

## ORDER

For the reasons given in Docket No. 850, claims against Defendant Kimberly-Clark Corporation are dismissed with prejudice, as requested in that Defendant's letter dated January 15, 2010. (Dkt. 809.)

**SO ORDERED** this  22nd  day of March, 2010.

                                                               s/ William C. Griesbach
                                                                William C. Griesbach
                                                                United States District Judge