**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

APPLETON PAPERS INC. and
NCR CORPORATION,

   Plaintiffs,         **Case No.: No. 08-CV-00016-WCG**

v.               **(Consolidated with Case No. 08-CV-0895)**

GEORGE A. WHITING PAPER
COMPANY, ET AL.,

   Defendants.

**ORDER STAYING LITIGATION OF MENASHA'S CLAIMS**
**AGAINST THE UNITED STATES**

  In consideration of the United States' and Menasha Corporation's Stipulation Regarding A Stay of Menasha Corporation's Claims Against the United States, of all matters offered in support thereof and in opposition thereto, and of the record in this case, IT IS HEREBY ORDERED that (1) Menasha's claims against the United States shall be stayed during the pendency of the first phase of this litigation, as identified in the Court's Case Management Decision and Scheduling Order, dated September 23, 2008; and (2) this stay shall be lifted 30 days after the Court issues a new scheduling order after the completion of Phase I litigation.

  Dated this   30th   day of March,  2010.

                s/ William C. Griesbach
                Honorable William C. Griesbach
                UNITED STATES DISTRICT JUDGE