UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

APPLETON PAPERS INC. and NCR CORP.,

    Plaintiffs,

v.                                                         Case No. 08-C-16

GEORGE A. WHITING PAPER CO., et al.,

    Defendants.

---

**ORDER**

---

For the reasons given in Docket No. 850, claims against Defendant NewPage Wisconsin Systems, Inc., are dismissed with prejudice, as requested in that Defendant's filing dated January 15, 2010. (Dkt. 807.)

**SO ORDERED** this   31st   day of March, 2010.

                                                   s/ William C. Griesbach
                                                 William C. Griesbach
                                                 United States District Judge