IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and <br> NCR CORPORATION, <br>       Plaintiffs, <br>     v. <br> GEORGE A. WHITING PAPER COMPANY, <br> ET AL., <br>       Defendants. | No. 08-CV-16-WCG |
| NCR CORPORATION, <br>       Plaintiff, <br>     v. <br> KIMBERLY-CLARK CORPORATION, <br> ET AL., <br>       Defendants. | No. 08-CV-0895-WCG |

**PLAINTIFFS' [PROPOSED] FINDINGS OF FACT**

Pursuant to Civil L.R. 56(b)(1)(C) of the United States District Court for the Eastern District of Wisconsin, Plaintiffs NCR Corporation and Appleton Papers Inc. respectfully submit the following [proposed] findings of fact, all of which are undisputed, in support of their Motion for Summary Judgment on Certain Defendants' State Common Law Counterclaims.

**I.    CONTRIBUTION, COST RECOVERY, AND/OR INDEMNITY COUNTERCLAIMS.**

1.    Defendant P.H. Glatfelter has asserted state and/or common law claims to recover costs and damages allegedly incurred with the cleanup of the Lower Fox River Site. Roach Decl., Ex. 1 [P.H. Glatfelter Company's Answer, Affirmative Defenses, and Counterclaim to Plaintiffs' Seventh Amended Complaint, Dkt. 297 (Oct. 15, 2008)].

2. Defendant U.S. Paper has asserted state and/or common law claims to recover costs and damages allegedly incurred with the cleanup of the Lower Fox River Site. Roach Decl., Ex. 2 [Defendant U.S. Paper Mills Corp.'s Answer to Fifth Amended Complaint, Affirmative Defenses and Counterclaim, Dkt. 240 (Sept. 4, 2008)].

3. Defendant Neenah-Menasha Sewerage Commission has asserted state and/or common law claims to recover costs and damages allegedly incurred with the cleanup of the Lower Fox River Site. Roach Decl., Ex. 3 [Defendant Neenah-Menasha Sewerage Commission's Answer and Affirmative Defenses to Sixth Amended Complaint and Counterclaims, Dkt. 261 (Sept. 29, 2008)].

4. Defendant City of Appleton has asserted state and/or common law claims to recover costs and damages allegedly incurred with the cleanup of the Lower Fox River Site. Roach Decl., Ex. 4 [Defendant City of Appleton's Answer to Fifth Amended Complaint and Counterclaim, Dkt. 172 (July 2, 2008)].

**II.    NEGLIGENCE AND STRICT LIABILITY COUNTERCLAIMS.**

5. Defendant CBC Coating has alleged that any liability CBC has under CERCLA at the Lower Fox River Site is attributable to the allegedly negligent actions of Plaintiffs. Roach Decl., Ex. 5 [Defendant, CBC Coating, Inc.'s Answer, Affirmative Defenses and Counterclaim to Seventh Amended Complaint, Dkt. 302 (Oct. 16, 2008)].

6. CBC has not alleged any other damages resulting from the allegedly negligent actions of Plaintiffs other than its liability under CERCLA at the Lower Fox River Site. Roach Decl., Ex. 5 [Defendant, CBC Coating, Inc.'s Answer, Affirmative Defenses and Counterclaim to Seventh Amended Complaint, Dkt. 302 (Oct. 16, 2008)].

7. Defendant WTM I Company has alleged that it incurred costs and damages in connection with the Lower Fox River Site as a result of the allegedly negligent actions of Plaintiffs. Roach Decl., Ex. 6 [Answer and Counterclaims of WTM I Company to the Seventh Amended Complaint, Dkt. 300 (Oct. 16, 2008)].

8. WTM has not alleged or specifically identified any other damages resulting from the allegedly negligent actions of Plaintiffs, other than costs and damages incurred in connection with the Lower Fox River Site. Roach Decl., Ex. 6 [Answer and Counterclaims of WTM I Company to the Seventh Amended Complaint, Dkt. 300 (Oct. 16, 2008)].

9. CBC has alleged that any liability CBC has under CERCLA at the Lower Fox River Site is attributable to the allegedly unreasonably dangerous condition of the broke sold by Plaintiffs, and/or Plaintiffs' sale of an unreasonably dangerous product. Roach Decl., Ex. 5 [Defendant, CBC Coating, Inc.'s Answer, Affirmative Defenses and Counterclaim to Seventh Amended Complaint, Dkt. 302 (Oct. 16, 2008)].

10. CBC has not alleged any other damages resulting from the Plaintiffs' alleged actions other than its liability under CERCLA at the Lower Fox River Site. Roach Decl., Ex. 5 [Defendant, CBC Coating, Inc.'s Answer, Affirmative Defenses and Counterclaim to Seventh Amended Complaint, Dkt. 302 (Oct. 16, 2008)].

11. WTM has alleged that it has incurred costs and damages in connection with the Lower Fox River Site as a result of Plaintiffs' alleged failure to warn and/or misrepresentations concerning an unreasonably dangerous product. Roach Decl., Ex. 6 [Answer and Counterclaims of WTM I Company to the Seventh Amended Complaint, Dkt. 300 (Oct. 16, 2008)].

3

12. WTM has not alleged or identified any other damages resulting from Plaintiffs' alleged failure to warn and/or misrepresentations, other than costs and damages incurred in connection with the Lower Fox River Site. Roach Decl., Ex. 6 [Answer and Counterclaims of WTM I Company to the Seventh Amended Complaint, Dkt. 300 (Oct. 16, 2008)].

### III. PUBLIC NUISANCE COUNTERCLAIMS.

13. The Georgia-Pacific Defendants have alleged that Plaintiffs are liable for creation of a public nuisance. Roach Decl., Ex. 7 [Georgia-Pacific Defendants' Answer, Affirmative Defenses, and Counterclaims to Plaintiffs' Seventh Amended Complaint, Dkt. 310 (Oct. 17, 2008)].

14. The Georgia-Pacific Defendants have alleged that Plaintiffs are liable for maintenance of a public nuisance. Roach Decl., Ex. 7 [Georgia-Pacific Defendants' Answer, Affirmative Defenses, and Counterclaims to Plaintiffs' Seventh Amended Complaint, Dkt. 310 (Oct. 17, 2008)].

15. The Georgia-Pacific Defendants have not pleaded a peculiar injury relating to their creation of a public nuisance counterclaim. Roach Decl., Ex. 7 [Georgia-Pacific Defendants' Answer, Affirmative Defenses, and Counterclaims to Plaintiffs' Seventh Amended Complaint, Dkt. 310 (Oct. 17, 2008)].

16. The Georgia-Pacific Defendants have not pleaded a peculiar injury relating to their maintenance of a public nuisance counterclaim. Roach Decl., Ex. 7 [Georgia-Pacific Defendants' Answer, Affirmative Defenses, and Counterclaims to Plaintiffs' Seventh Amended Complaint, Dkt. 310 (Oct. 17, 2008)].

4

17. Menasha has alleged that Plaintiffs are liable for creation of a public nuisance. Roach Decl., Ex. 8 [Defendant Menasha Corporation's Answer to Seventh Amended Complaint and Counterclaims, Dkt. 293 (Oct. 13, 2008)].

18. Menasha has alleged that Plaintiffs are liable for maintenance of a public nuisance. Roach Decl., Ex. 8 [Defendant Menasha Corporation's Answer to Seventh Amended Complaint and Counterclaims, Dkt. 293 (Oct. 13, 2008)].

19. Menasha has not pleaded a peculiar injury relating to its creation of a public nuisance counterclaim. Roach Decl., Ex. 8 [Defendant Menasha Corporation's Answer to Seventh Amended Complaint and Counterclaims, Dkt. 293 (Oct. 13, 2008)].

20. Menasha has not pleaded a peculiar injury relating to its maintenance of a public nuisance counterclaim. Roach Decl., Ex. 8 [Defendant Menasha Corporation's Answer to Seventh Amended Complaint and Counterclaims, Dkt. 293 (Oct. 13, 2008)].

Respectfully submitted,

APPLETON PAPERS INC.

/s/ Michael L. Hermes

NCR CORPORATION

/s/ Kathleen L. Roach

Counsel for Appleton Papers Inc.:
Michael L. Hermes  (WI Bar No. 1019623)
HERMES LAW LTD.
333 Main Street, Suite 601
Green Bay, Wisconsin 54301
(920) 436-9870
Fax: (920) 436-9871

Ronald R. Ragatz  (WI Bar No. 1017501)
DEWITT ROSS & STEVENS S.C.
2 E. Mifflin Street, Suite 600
Madison, Wisconsin 53703
(608) 255-8891
Fax: (608) 252-9243

Counsel for NCR Corporation:
William F. Conlon (IL Bar No. 0499072)
Kathleen L. Roach (IL Bar No. 6191432)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
Fax: (312) 853-7036

J. Ric Gass (WI Bar No. 1011998)
GASS WEBER MULLINS LLC
309 North Water Street
Milwaukee, Wisconsin 53202
(414) 224-7697
Fax: (414) 224-6116

Dated: April 3, 2010

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2010, I electronically filed the foregoing Plaintiffs' [Proposed] Findings of Fact using the ECF system, which will send notification of such filing to:

Philip Munroe at DiRenzo & Bomier LLC, pmunroe@direnzollc.com; Scott Fleming at Weiss Berzowski Brady LLP, sbf@wbb-law.com; David Mandelbaum at Greenberg Traurig, LLP, mandelbaumd@gtlaw.com; Marc Davies at Greenberg Traurig, LLP, daviesm@gtlaw.com; Sabrina Mizrachi at Greenberg Traurig, LLP, mizrachis@gtlaw.com; Monique Mooney at Greenberg Traurig, LLP, mooneym@gtlaw.com; Caleb Holmes at Greenberg Traurig, LLP, holmesc@gtlaw.com; Patrick Zaepfel at Kegel Kelin Almy & Grimm, LLP, zaepfel@kkaglaw.com; Mark Feldmann at Menn Law Firm, Ltd., mark-feldmann@mennlaw.com; Joseph Beisenstein at Menn Law Firm, Ltd., joseph-beisenstein@mennlaw.com; Philip Hunsucker at Hunsucker Goodstein & Nelson PC, phunsucker@hgnlaw.com; David Rabbino at Hunsucker Goodstein & Nelson PC, drabbino@hgnlaw.com; Christopher Dow at Hunsucker Goodstein & Nelson PC, cdow@hgnlaw.com; Allison McAdam at Hunsucker Goodstein & Nelson PC, amcadam@hgnlaw.com; Eric Mroz at Hunsucker Goodstein & Nelson, P.C, mroz@hgnlaw.com; David Edquist at von Briesen & Roper, s.c., dedquist@vonbriesen.com; Christopher Riordan at von Briesen & Roper, s.c., criordan@vonbriesen.com; Patrick Wells at von Briesen & Roper, s.c., pwells@vonbriesen.com; Russell Wilson at Ruder Ware, rwilson@ruderware.com; Linda Benfield at Foley & Lardner LLP, lbenfield@foley.com; Sarah Slack at Foley & Lardner LLP, sslack@foley.com; Charles Gering at Foley & Lardner LLP, cgering@foley.com; Michelle Gale at Dykema Gossett PLLC, mgale@dykema.com; Joseph Basta at Dykema Gossett PLLC, jbasta@dykema.com; Daniel Murray at Johnson & Bell, Ltd., murrayd@jbltd.com; Garrett

Boehm, Jr. at Johnson & Bell, Ltd., boehmg@jbltd.com; Frederick Mueller at Johnson & Bell, Ltd., muellerf@jbltd.com; John Cermak, Jr. at Baker & Hostetler LLP, jcermak@bakerlaw.com; Sonja Inglin at Baker & Hostetler LLP, singlin@bakerlaw.com; Timothy Anderson at Remley & Sensenbrenner, S.C., tanderson@remleylaw.com; Thomas O'Donnell at Calfee Halter & Griswold LLP, todonnell@calfee.com; William Coughlin at Calfee Halter & Griswold LLP, wcoughlin@calfee.com; Ted Waskowski at Stafford Rosenbaum LLP, twaskowski@staffordlaw.com; Richard Yde at Stafford Rosenbaum LLP, ryde@staffordlaw.com; Meg Vergeront at Stafford Rosenbaum LLP, mvergeront@staffordlaw.com; Lora L. Zimmer at Hinshaw & Culbertson LLP, lzimmer@hinshawlaw.com; William Mulligan at Davis & Kuelthau, s.c., wmulligan@dkattorneys.com; Kevin Lyons at Davis & Kuelthau, s.c., klyons@dkattorneys.com; Tara Mathison at Davis & Kuelthau, s.c., tmathison@dkattorneys.com; Elizabeth Miles at Davis & Kuelthau, s.c., emiles@dkattorneys.com; Thomas Schrimpf at Hinshaw & Culbertson LLP, tschrimpf@hinshawlaw.com; Paul Kent at Anderson & Kent, S.C., pkent@andersonkent.com; Waltraud Arts at Anderson & Kent, warts@andersonkent.com; James P. Walsh at the Appleton City Attorney's Office, jim.walsh@appleton.org; Ian Pitz at Michael Best & Friedrich, LLP, iapitz@michaelbest.com; Allison Swanson at the City of Green Bay, allisonsw@ci.green-bay.wi.us; Ted Warpinski at Friebert, Finerty & St. John, S.C., taw@ffsj.com; S. Todd Farris at Friebert, Finerty & St. John, S.C., stf@ffsj.com; M. Andrew Skwierawski at Friebert, Finerty & St. John, S.C., mas@ffsj.com; Scott Hansen at Reinhart Boerner Van Deuren s.c., shansen@reinhartlaw.com; Steven Bogart at Reinhart Boerner Van Deuren s.c., sbogart@reinhartlaw.com; John Van Lieshout at Reinhart Boerner Van Deuren s.c., jvanlieshout@reinhartlaw.com; David Frank at Reinhart Boerner Van Deuren s.c.,

dfrank@reinhartlaw.com; Thomas Gottshall at Haynsworth Sinkler Boyd, P.A., tgottshall@hsblawfirm.com; Stephen McKinney at Haynsworth Sinkler Boyd, P.A., smckinney@hsblawfirm.com; William Harbeck at Quarles & Brady LLP, whh@quarles.com; David Strifling at Quarles & Brady, LLP, dstrifli@quarles.com; Nancy Peterson at Quarles & Brady LLP, nkp@quarles.com; Susan Lovern at von Briesen & Roper, s.c., slovern@vonbriesen.com; Thomas Armstrong at von Briesen & Roper, s.c., tarmstro@vonbriesen.com; Michael P. Carlton at von Briesen & Roper, s.c., mcarlton@vonbriesen.com; Kelly Noyes at von Briesen & Roper, s.c., knoyes@vonbriesen.com; Arthur Foerster at Latham & Watkins LLP, Arthur.Foerster@law.com; Margrethe Kearney at Latham & Watkins LLP, Margrethe.Kearney@lw.com; Mary Rose Alexander at Latham & Watkins LLP, Mary.Rose.Alexander@lw.com; Ernest Getto at Latham & Watkins LLP, Ernie.Getto@lw.com; Karl Lytz at Latham & Watkins LLP, Karl.Lytz@lw.com; Andrea Hogan at Latham & Watkins LLP, Andrea.Hogan@lw.com; Patrick J. Ferguson at Latham & Watkins LLP, Patrick.Ferguson@lw.com; Nathan Fishbach at Whyte Hirschboeck Dudek S.C., nfishbach@whdlaw.com; Jan Conlin at Robins, Kaplan, Miller & Ciresi L.L.P., jmconlin@rkmc.com; Sarah Lindsey at Warner Norcross & Judd LLP, slindsey@wnj.com; Steven Kohl at Warner Norcross & Judd LLP, skohl@wnj.com; Thomas Andreoli at Sonnenschein Nath & Rosenthal LLP, tandreoli@sonnenschein.com; Matthew Adams at Sonnenschein Nath & Rosenthal LLP, madams@sonnenschein.com; Randall Stone at U.S. Department of Justice, randall.stone@usdoj.gov; Joshua Levin at U.S. Department of Justice, joshua.levin@usdoj.gov; Matthew R. Oakes at U.S. Department of Justice, matthew.oakes@usdoj.gov; Perry Rosen at U.S. Department of Justice, perry.rosen@usdoj.gov; Michael Hermes at Hermes Law, Ltd., mlh@hermeslawltd.com; Brandon Evans at Hermes Law,

Ltd., bje@hermeslawltd.com; Anthony Steffeck at Hermes Law, Ltd., ajs@hermeslawltd.com; Heidi D. Melzer at Hermes Law, Ltd., hdm@hermeslawltd.com; Dennis Birke at DeWitt Ross & Stevens S.C., db@dewittross.com; Ronald Ragatz at DeWitt Ross & Stevens S.C., rrr@dewittross.com; Megan Senatori at DeWitt Ross & Stevens S.C., ms@dewittross.com; J. Ric Gass at Gass Weber Mullins LLC, gass@gasswebermullins.com David Turek at Gass Weber Mullins LLC, turek@gasswebermullins.com.

I also hereby certify that on April 3, 2010, I caused a copy of the foregoing to be sent via electronic mail to the following counsel:

>Peter C. Karegeannes
>QUARLES & BRADY LLP
>411 E. Wisconsin Avenue
>Milwaukee, WI 53202
>pck@quarles.com
>
>*Counsel for WTM I Company*
>
>James E. Braza
>DAVIS & KUELTHAU, S.C.
>111 E. Kilbourn Avenue, Suite 1400
>Milwaukee, WI 53202
>jbraza@dkattorneys.com
>
>*Counsel for Neenah-Menasha Sewerage Commission*
>
>NCR CORPORATION
>
>s/ Kathleen L. Roach
>
>By: One of Its Attorneys
>
>Kathleen L. Roach (Illinois Bar No. 6191432)
>Evan Westerfield (Illinois Bar No. 6217037)
>SIDLEY AUSTIN LLP
>One South Dearborn Street
>Chicago, Illinois 60603
>(312) 853-7000
>Fax: (312) 853-7036

10

CH1 5270867v.1

Case 2:08-cv-00016-WCG   Filed 04/03/10   Page 10 of 10   Document 945