

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

klroach@sidley.com
(312) 853-7861

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT

GENEVA
HONG KONG
LONDON
LOS ANGELES
NEW YORK

SAN FRANCISCO
SHANGHAI
SINGAPORE
TOKYO
WASHINGTON, DC

FOUNDED 1866

March 11, 2011

**Via the ECF System**

The Honorable William C. Griesbach
United States District Court Judge
Eastern District of Wisconsin
Green Bay Division
125 South Jefferson Street
P.O. Box 22370
Green Bay, Wisconsin 54305-2370

      Re:    <u>Appleton Papers Inc., et al. v. George Whiting Paper Co., et al.</u>; Case No. 08-CV-00016-WCG

Dear Judge Griesbach:

      Our firm represents Plaintiff NCR Corporation ("NCR") in the above-referenced matter. I am writing to request that the status conference presently set for April 5, 2011 at 10:00 a.m. be rescheduled. I will be unable to attend a status conference on April 5, 2011 because of a previously scheduled medical procedure that cannot be rescheduled.

      We have contacted the Clerk's Office, and have been informed that the Court is available to conduct a status conference on March 30, 2011 at 10:30 a.m. Further, we were told by the Clerk's office that if we could obtain agreement of all the parties, we could confirm that agreement to the Court in a letter, and that a motion requesting a rescheduling would not be necessary.

      We have conferred with counsel for all the remaining parties[1] in this matter, and have obtained agreement to reschedule the status conference for March 30, 2011 at 10:30 a.m. Based on the agreement of the parties, and the instructions from the Clerk's Office, we

---

[1] The remaining parties in this matter are: Plaintiff Appleton Papers Inc.; Defendants P.H. Glatfelter Company, the Georgia-Pacific Defendants, Menasha Corporation, U.S. Paper Mills Inc., WTM I Company, CBC Coatings Inc., City of Appleton, Neenah-Menasha Sewerage Commission, City of Green Bay, Brown County, NewPage Wisconsin Systems Inc., Kimberly-Clark Corp., and the United States Army Corps of Engineers; and Third Party Defendant the United States of America. All have agreed to reschedule the status conference for March 30, 2011 at 10:30 a.m.

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships



respectfully request that the Court reschedule the status conference in this matter for March 30, 2011 at 10:30 a.m.

Respectfully submitted,

Kathleen L. Roach