IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and <br> NCR CORPORATION, <br>      Plaintiffs, <br>   v. <br> GEORGE A. WHITING PAPER <br> COMPANY, et al., <br>      Defendants. | No. 08-CV-00016-WCG |

**NOTICE OF WITHDRAWAL OF COUNSEL**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Ernest J. Getto is no longer actively involved in the firm of Latham & Watkins LLP and thus no longer represents Georgia-Pacific Consumer Products LP, Fort James Corporation, and Georgia-Pacific LLC in the above-referenced case. Please remove Mr. Getto from the service list in this case.

Dated: March 11, 2011

Respectfully submitted,

By ____/s/ Patrick J. Ferguson____
  Patrick J. Ferguson

Patrick J. Ferguson
CA Bar No. 252778
Latham & Watkins LLP
505 Montgomery St., Ste. 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Patrick.Ferguson@lw.com

SF\820861.1