# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| APPLETON PAPERS INC., et al., | ) | |
|     *Plaintiff(s),* | ) | |
| | ) | |
| v. | ) | Case No. 08-C-16 |
| | ) | |
| GEORGE A. WHITING PAPER COMPANY, et al., | ) | |
|     *Defendant(s).* | ) | |

## NOTICE OF RESCHEDULED HEARING

PLEASE TAKE NOTICE that the following proceeding has been rescheduled as indicated below:

Type of Proceeding: **STATUS CONFERENCE**

**Counsel who wish to address the court MUST appear in person.** Other counsel may appear by telephone. Counsel appearing by telephone may call in to 1-888-273-3658, using Access Code 4416978, and Security Code 1234. Please be sure to call in prior to the 10:00 a.m. start of the hearing so that there is no disruption to the court proceeding.

| *Hearing to be held at:* | *Previously Scheduled for:* | *Rescheduled to:* |
|---|---|---|
| 125 South Jefferson Street - Room 201<br>Green Bay, WI 54301 | April 5, 2011<br>10:00 a.m. | **March 30, 2011**<br>**10:30 a.m.** |

Dated: March 14, 2011

                                                WILLIAM C. GRIESBACH
                                                United States District Judge

                                                s/A. Wachtendonck
                                                Deputy Clerk

cc:    All Counsel via ECF