ATTORNEYS AT LAW

VEREX PLAZA
150 EAST GILMAN STREET
MADISON, WI 53703-1481
POST OFFICE BOX 1497
MADISON, WI 53701-1497
608.257.5035 TEL
608.258.4258 FAX
foley.com

WRITER'S DIRECT LINE
608.258.4239
sslack@foley.com EMAIL

CLIENT/MATTER NUMBER
045007-0273

March 14, 2011

**VIA THE ECF SYSTEM**

Honorable William C. Griesbach
United States District Court Judge
Eastern District of Wisconsin
Green Bay Division
125 South Jefferson Street
P.O. Box 22490
Green Bay, WI 54305-2490

      Re:    <u>Appleton Papers Inc., et al. v. George A. Whiting Paper Co., et al.</u>, Case No. 08-CV-00016-WCG

Dear Judge Griesbach:

      We are in receipt of a letter filed on March 11, 2011, by counsel for NCR Corporation ("NCR") regarding the upcoming status conference in the above referenced case ("*Whiting*"). We note that the letter states that Kimberly-Clark Corporation ("Kimberly-Clark") is a "remaining party" in *Whiting*. However, Kimberly-Clark was subject to a dismissal order dated March 22, 2010. We wish to correct the record in this regard. Kimberly-Clark has continued to monitor the case status, and, as noted in the letter from NCR's counsel, has no objection to rescheduling the status conference.

      Respectfully submitted,

      /s/ Sarah A. Slack

      Sarah A. Slack

cc:    ECF Service List

| BOSTON | JACKSONVILLE | MILWAUKEE | SAN DIEGO | SILICON VALLEY |
| --- | --- | --- | --- | --- |
| BRUSSELS | LOS ANGELES | NEW YORK | SAN DIEGO/DEL MAR | TALLAHASSEE |
| CHICAGO | MADISON | ORLANDO | SAN FRANCISCO | TAMPA |
| DETROIT | MIAMI | SACRAMENTO | SHANGHAI | TOKYO |
| | | | | WASHINGTON, D.C. |

Case 2:08-cv-00016-WCG   Filed 03/14/11   Page 1 of 1   Document 1088     MADI_2600274.1