IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and <br> NCR CORPORATION, <br><br>                 Plaintiffs, <br><br>                 v. <br><br> GEORGE A. WHITING PAPER COMPANY, et al. <br><br>                 Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 08-CV-16-WCG <br> ) <br> ) <br> ) <br> ) |
| NCR CORPORATION, <br><br>                 Plaintiff, <br><br>                 v. <br><br> KIMBERLY-CLARK CORPORATION, et al. <br><br>                 Defendants. | ) <br> ) <br> ) <br> ) <br> ) No. 08-CV-895-WCG <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Evan R. Chesler of Cravath, Swaine & Moore LLP hereby appears for NCR Corporation in the above-entitled case. Please serve all further pleadings, correspondence and other papers on the undersigned at the address stated below. Please direct all ECF notices to Attorney Chesler at echesler@cravath.com.

                                              /s/ Evan R. Chesler
                                              Evan R. Chesler
                                              New York Bar No. 1475722
                                              Admitted in the Eastern District of Wisconsin

                                              *Attorney for Defendant NCR Corporation*

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
echesler@cravath.com