# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
### GREEN BAY DIVISION

APPLETON PAPERS INC. and )
NCR CORPORATION, )
            )
            Plaintiffs, )
            )
            v. ) No. 08-CV-16-WCG
            )
GEORGE A. WHITING PAPER COMPANY, et al. )
            )
            Defendants. )
_____

NCR CORPORATION, )
            )
            Plaintiff, )
            )
            v. ) No. 08-CV-895-WCG
            )
KIMBERLY-CLARK CORPORATION, et al. )
            )
            Defendants. )
_____

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sandra C. Goldstein of Cravath, Swaine & Moore LLP hereby appears for NCR Corporation in the above-captioned case. Please serve all further pleadings, correspondence and other papers on the undersigned at the address stated below. Please direct all ECF notices to Attorney Goldstein at sgoldstein@cravath.com.

/s/ Sandra C. Goldstein
Sandra C. Goldstein
New York Bar No. 2198745
Admitted in the Eastern District of Wisconsin

*Attorney for Defendant NCR Corporation*

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
sgoldstein@cravath.com

2