IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and <br> NCR CORPORATION, <br><br>                         Plaintiffs, <br><br>               v. <br><br> GEORGE A. WHITING PAPER COMPANY, et al. <br><br>                         Defendants. | No. 08-CV-16-WCG |
| NCR CORPORATION, <br><br>                         Plaintiff, <br><br>               v. <br><br> KIMBERLY-CLARK CORPORATION, et al. <br><br>                         Defendants. | No. 08-CV-895-WCG |

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Darin P. McAtee of Cravath, Swaine & Moore LLP hereby appears for NCR Corporation in the above-captioned case. Please serve all further pleadings, correspondence and other papers on the undersigned at the address stated below. Please direct all ECF notices to Attorney McAtee at dmcatee@cravath.com.

                                            /s/ Darin P. McAtee
                                            Darin P. McAtee
                                            New York Bar No. 2564755
                                            Admitted in the Eastern District of Wisconsin

                                            *Attorney for Defendant NCR Corporation*

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
dmcatee@cravath.com