IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and <br> NCR CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> GEORGE A. WHITING PAPER COMPANY, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 08-CV-16-WCG <br> ) <br> ) <br> ) <br> ) |

| | |
|---|---|
| NCR CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> KIMBERLY-CLARK CORPORATION, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 08-CV-895-WCG <br> ) <br> ) <br> ) <br> ) |

**RENEWED MOTION BY PLAINTIFFS NCR CORPORATION AND
APPLETON PAPERS INC. FOR ENTRY OF PARTIAL FINAL JUDGMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)**
_____

Plaintiffs NCR Corporation ("NCR") and Appleton Papers Inc. ("API") (collectively, "Plaintiffs"), by and through their undersigned counsel, respectfully submit this Renewed Motion for Entry of Partial Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b) as to the Court's December 16, 2009 Decision and Order Dismissing Plaintiffs' Claims for Contribution (the "December 2009 Order") and the Court's November 18, 2009 Decision and Order Denying Plaintiffs' Motion for Leave to File an Eighth Amended Complaint (the "November 2009 Order"). The grounds for this Motion are set

forth in the Memorandum of Law in Support of the Renewed Motion by Plaintiffs NCR Corporation and Appleton Papers Inc. for Entry of Partial Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b), filed contemporaneously herewith.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion and enter partial final judgment as to the December 2009 Order and November 2009 Order.

Dated: March 25, 2011                               Respectfully submitted,

APPLETON PAPERS INC.                                NCR CORPORATION

/s/ Ronald R. Ragatz                                 /s/ Evan R. Chesler

Counsel for Appleton Papers Inc.:                    Counsel for NCR Corporation:
HERMES LAW LTD.                                      CRAVATH, SWAINE & MOORE LLP
Michael L. Hermes                                    Evan R. Chesler
333 Main Street, Suite 601                           Sandra C. Goldstein
Green Bay, Wisconsin 54301                           Darin P. McAtee
Phone: (920) 436-9870                                Worldwide Plaza, 825 Eighth Avenue
Fax: (920) 436-9871                                  New York, New York 10019
rrr@dewittross.com                                   Phone: (212) 474-1000
                                                     Fax: (212) 474-3700
DEWITT ROSS & STEVENS S.C.                           echesler@cravath.com
Ronald R. Ragatz
2 E. Mifflin Street, Suite 600                       SIDLEY AUSTIN LLP
Madison, Wisconsin 53703                             Kathleen L. Roach
Phone: (608) 255-8891                                Evan B. Westerfield
Fax: (608) 252-9243                                  One South Dearborn Street
                                                     Chicago, Illinois 60603
                                                     Phone: (312) 853-7000
                                                     Fax: (312) 853-7036

                                                     MARTEN LAW PLLC
                                                     Linda R. Larson
                                                     Bradley M. Marten
                                                     1191 Second Avenue, Suite 2200
                                                     Seattle, Washington 98101
                                                     Phone: (206) 292-2600
                                                     Fax: (206) 292-2601

2

## CERTIFICATE OF SERVICE

    I hereby certify that on March 25, 2011, I electronically filed the Renewed Motion by Plaintiffs NCR Corporation and Appleton Papers Inc. for Entry of Partial Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b) using the ECF system, which will send notification of such filing by operation of the Court's electronic systems. Parties may access this filing via the Court's electronic system.

                    /s/ Evan R. Chesler
                     Evan R. Chesler