# EXHIBIT 3



IMPORTANT: This facsimile is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or it's contents is strictly prohibited. If you have received this transmission in error, please notify us by telephoning and return the original transmission to us at the address given below.

April 13, 2001 (11:13AM)

**FROM:** Randall M. Stone, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
Mail: P.O. Box 7611     Washington, DC 20044-7611
FedEx: 1425 New York Avenue, NW     Washington, DC 20005
Fax: 202-616-6584     Phone: 202-514-1308

**TO:** John Hanson - Beveridge & Diamond     Fax: (202) 789-6190

**NUMBER OF PAGES SENT (INCLUDING COVER PAGE):** 9

**SPECIAL INSTRUCTIONS:**

Attached is an advance copy of material prepared by Gary Amendola. We are providing this information with the understanding that you and your client will treat it as confidential information exchanged as part of confidential settlement discussions.

# Estimated Discharges of PCBs to the Fox River
# 1954 - 1985

## Estimated Mean PCB Discharges and Per Cent of Total Discharges

(Mean of 10,000 Model Runs)

| Facility/Company | Estimated PCB Discharges | |
|---|---|---|
| | PCBs (lbs) | % of Total |
| *NCR Paper Coating Mills* | | |
| NCR/Appleton Papers | 128,429 | 24.5% |
| Appleton - Combined Locks | 28,769 | 5.48% |
| Total: NCR/Appleton | 157,198 | 30.0% |
| *Secondary Fiber Mills with Deinking Capability* | | |
| Wisconsin Tissue Mills | 54,325 | 10.3% |
| Fort James West (Fort Howard) | 147,163 | 28.0% |
| P.H. Glatfelter Paper | 146,658 | 27.9% |
| Riverside Papers | 13,468 | 2.56% |
| *Secondary Fiber Mills without Deinking Capability* | | |
| U.S. Paper Menasha Mill | 2,417 | 0.46% |
| U.S. Paper DePere Mill | 617 | 0.12% |
| Total: U.S. Paper | 3,034 | 0.58% |
| Green Bay Packaging | 9 | 0.002% |
| Kimberly-Clark Neenah & BG | 774 | 0.15% |
| American Tissue Mills | 2,641 | 0.50% |
| *Mills with no Significant Secondary Fiber Furnish* | | |
| Proctor & Gamble Paper | 0 | 0.0% |
| Fort James East (James River) | 0 | 0.0% |
| Consolidated Papers | 0 | 0.0% |
| **Total - All Mills** | 525,270 | |

*SETTLEMENT CONFIDENTIAL*

# Estimated PCB Discharges to the Fox River
# 1954 - 1985

## Estimated PCB Discharges

(90% of 10,000 Model Runs Fall Within Stated Ranges)

| Facility/Company | Estimated PCB Discharges (lbs) | | Estimated PCB Discharges (Per Cent of Total) | |
|---|---|---|---|---|
| | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| *NCR Paper Coating Mills* | | | | |
| NCR/Appleton Papers | 112,405 | 144,949 | 22.4% | 27.0% |
| Appleton Combined Locks | 16,288 | 42,826 | 6.61% | 3.9% |
| Total: NCR/Appleton | 128,693 | 187,775 | 29.0% | 30.9% |
| *Secondary Fiber Mills with Deinking Capability* | | | | |
| Wisconsin Tissue Mills | 43,350 | 66,284 | 10.2% | 10.4% |
| Fort James West (Fort Howard) | 117,824 | 179,659 | 27.7% | 28.3% |
| P.H. Glatfelter Paper | 115,798 | 180,952 | 27.8% | 27.9% |
| Riverside Papers | 8,979 | 19,196 | 2.16% | 2.96% |
| *Secondary Fiber Mills without Deinking Capability* | | | | |
| U.S. Paper Menasha Mill | 727 | 4,903 | 0.175% | 0.757% |
| U.S. Paper DePere Mill | 146 | 1,311 | 0.035% | 0.202% |
| Total: U.S. Paper | 873 | 6,214 | 0.21% | 0.96% |
| Green Bay Packaging | 8 | 10 | 0.002% | 0.002% |
| Kimberly-Clark Neenah & BG | 133 | 1,713 | 0.032% | 0.26% |
| American Tissue Mills | 383 | 5,951 | 0.092% | 0.92% |
| *Mills with no Significant Secondary Fiber Furnish* | | | | |
| Proctor & Gamble Paper | 0 | 0 | 0.0% | 0.0% |
| Fort James East (James River) | 0 | 0 | 0.0% | 0.0% |
| Consolidated Papers | 0 | 0 | 0.0% | 0.0% |
| Total - All Mills | 416,041 | 647,754 | | |

**SETTLEMENT CONFIDENTIAL**

April 9, 2001

## Estimated PCB Discharges to the Fox River - Model Variables and Assumptions

| Variable/Assumption | | Range | Distribution | Basis |
|---|---|---|---|---|
| NCR paper production | | | | |
| Appleton Papers - Appleton | 1954 to 1971 | NA | NA | NCR 200297 |
| Appleton - Combined Locks | 1968 to 1971 | NA | NA | APX 0031637 |
| Nekoosa - Port Edwards | 1968 to 1970 | NA | NA | APX 0031637 |
| Mead Paper | 1954 to 1971 | NA | NA | NCR 200297, NCR 104361, GS 002304 |
| Coating solution loss from NCR paper coating operations at Appleton Papers | | 1.0% to 3.0% | Log-normal maximum at 1.8% | RMT report for NCR/Appleton (August 2000): 1.4% stated as a probable maximum loss. |
| Generation of NCR paper broke at coating mills | | 9.5% to 11.7% | Uniform | Klass Associates review for P.H. Glatfelter (11/17/96): 2.0% to 3.0%. Production accounting sheets (APX0020801-20804) detail pounds of broke generated at NCR/Appleton Papers from 1966 to 1970, (average broke generation, 10.6%); AEI applied a range of ± 10% to account for variability (9.5% to 11.7%); same broke generation rates used for each NCR paper coating mill. |
| Use of NCR paper broke generated at Appleton Papers and Combined Locks mills as furnish by Fox Valley mills with deinking capability | | 50% to 70% | Uniform | Proximity of mills to source of broke and waste paper brokers. Takes into consideration reports of PCB discharges from paper mills in *Kalamazoo River Study Group v. Rockwell International* (Civil Action No. 1:95-CV-838, WD Michigan; decision March 6, 1998). Range of 50% to 70% selected to represent likely recycle of NCR paper broke within the Fox Valley. Limited responses from paper brokers indicate NCR broke was sold to P.H. Glatfelter, Fort James, Wisconsin Tissue and Riverside Paper, all deink mills. |

*SETTLEMENT CONFIDENTIAL*

| Variable/Assumption | Range | Distribution | Basis |
|---|---|---|---|
| Use of NCR paper broke from Mead Paper as furnish at Fox Valley mills with deinking capability | 5% to 10% | Uniform | Mead reports that due to shipping costs and market value, it would have been unusual for Mead to sell NCR broke to users located more than 100 miles from the point of origin (Chillicothe, Ohio). As of 1971, there were 11 deinking mills located closer to Chillicothe than to the Fox Valley. Mead reported shipments of broke to mills located on the Kalamazoo River and in the Fox Valley. |
| Use of NCR paper broke from Nekoosa - Port Edwards as furnish by Fox Valley mills with deinking capability | 50% to 70% | Uniform | See above comments regarding Appleton Papers and Combined Locks broke. |
| Generation of NCR paper trim by paper converting facilities | 10% to 25% | Uniform | 08/26/98 correspondence from API to WDNR references several sources indicating a range from 10% to 20% for converter trim. API states that losses of NCR paper may have been closer to 20% to 30%, because of pressure sensitivity of the paper, custom settings of the machines, and smaller packaging. Range of 10% to 25% selected for analysis. |
| Use of NCR paper converter trim by Fox Valley mills | 5% to 15% | Uniform | NCR paper converters distributed across US and Canada. Recycle of a high proportion of converter trim to the Fox Valley not likely. |
| Distribution of NCR paper broke to Fox Valley mills. Distribution of broke was done proportional to deink production. | Deink mills: 100%  Other mills: 0% | Uniform | Assumption that deink mills were likely to process NCR paper broke. Record information shows brokers shipped NCR broke to P.H. Glatfelter, Wisconsin Tissue, Riverside Paper and Fort James. No evidence that NCR paper broke was used by Fox Valley secondary fiber mills without deinking capability. |
| Distribution of NCR paper converter trim to Fox Valley deink mills. Distribution was done proportional to deink production. | Deink mills: 90% ± 10% | Uniform | Assumptions: (1) most of the converter trim recycled to the Fox Valley went to mills with deinking capacity; and, (2) some converter trim may have been recycled through selected other secondary fiber mills. Other secondary fiber mills selected based on consideration of fiber furnish. |
| Distribution of NCR paper converter trim to selected other mills: U.S. Paper - Menasha; U.S. Paper - DePere; Kimberly Clark; and, American Tissue. Distribution was done proportional to fiber furnish. | Selected other mills: 10% ± 10% | | |

SETTLEMENT CONFIDENTIAL

| Variable/Assumption | Range | Distribution | Basis |
|---|---|---|---|
| Partitioning of PCBs to product during fiber recycling at deink and non-deink mills | 10% to 30% | Uniform | Institute of Paper Chemistry report (July 1977); "PCBs in Pulp & Paper Mills; Part II"; limited studies show 13.5% of PCBs in fiber furnish partitioned to finished product. |
| | | | 1977 Versar report states "most PCBs exit with the product" |
| | | | Valley Report (1990);, "Sources of PCB Contamination in the Kalamazoo River"; assumption that 10% of PCBs incorporated into products. |
| | | | Range of 10% to 30% selected to reflect high degree of uncertainty and lack of data. |
| PCB loss from P.H. Glatfelter Arrowhead Landfill | 3.9% to 5.9% | Uniform | ERM report (April 1999), "Evaluation of PCB loss at Arrowhead Park Landfill"; shows sediment loss of 2.5% PCBs from the landfill. Review of information and data presented in ERM report suggest loss of sludge from landfill could have been in the range of 4.9% with alternate assumptions. Range of 3.9% to 5.9% selected for analysis. |
| City of Appleton sewer system bypasses | Variable yearly ±10% | Uniform | Estimates made by WDNR (04/98, Dale Patterson); supporting data for WDNR Technical Memorandum 2d. |
| City of Appleton POTW TSS removal | 1954 to 1971 ±10% | Normal | Estimates made by WDNR (02/7/99), "Work Activities Related to Technical Memorandum 2d" (Jim Witthuhn, WDNR); review of historical data and records to estimate removal efficiencies. Estimates by RMT (August 2000) are close to those made by WDNR except for 1969 (see below). |
| | 1969: 63% to 77% | Uniform | |

SETTLEMENT CONFIDENTIAL

Case 2:08-cv-00016-WCG   Filed 03/25/11   Page 7 of 10   Document 1095-3

| Variable/Assumption | Range | Distribution | Basis |
|---|---|---|---|
| Paper mill wastewater treatment TSS/PCB removal (where site-specific TSS data not available) | | | Industrial Environmental Control, Pulp and Paper Industry, |
| Primary treatment | | | |
| Deink mills | 60% to 74% | Uniform | |
| Linerboard mills | 80% to 90% | Uniform | |
| Fine paper mills | 82% to 92% | Uniform | |
| Tissue mills | 85% to 95% | Uniform | |
| Primary and Secondary Treatment | 85% to 95% | Uniform | |
| POTW wastewater treatment TSS/POTW removal (where site-specific TSS data not available; applicable to DePere POTW only) | | | |
| Primary treatment | 65% to 75% | Uniform | |
| Primary and secondary treatment | 85% to 90% | Uniform | |

SETTLEMENT CONFIDENTIAL

## Fort Howard Treatment System
### Pulping & Deinking Mills Wastewater

| Year | Fiber Retention | # of Data Pts | Source |
|---|---|---|---|
| *1954 to 1972: Settling Ponds (5)* | | | |
| 1954 | 92.3% | 194 | FH020075-020079 |
| 1955 | 91.0% | 199 | FH020072-020075 |
| 1956 | 93.9% | 189 | FH020068-020072; FH008802 |
| 1957 | 94.1% | 203 | FH008797-008802 |
| 1958 | 94.2% | 181 | FH008793-008797 |
| 1959 | 93.8% | 192 | FH008789-008793 |
| 1960 | 93.4% | 44 | FH008788 |
| 1961 | 94.3% | 201 | FH008783-008788 |
| 1962 | 91.7% | 189 | FH008778-008783 |
| 1963 | 90.8% | 187 | FH008774-008778 |
| 1964 | 89.3% | 194 | FH008769-008774 |
| 1965 | 89.4% | 155 | FH008766-008769 |
| 1966 | 90.5% | 43 | FH008740 |
| 1967 | 92.8% | 248 | FH008740-008746 |
| 1968 | 90.6% | 240 | FH008746-008752 |
| 1969 | 92.5% | 12 mo avg | FH008732-008737 |
| 1970 | 91.1% | 12 mo avg | FH008725-008732 |
| 1971 | 91.7% | 12 mo avg | FH008713-008724 |
| 1972 | 90.8% | 12 mo avg | FH008457-008474 |

**CONFIDENTIAL BUSINESS INFORMATION**

*SETTLEMENT CONFIDENTIAL*

## Fort James Green Bay West Fiber Furnish

| Year | Paper Production tons/year | Reported secondary fiber deinked tons/year | Estimated secondary fiber not deinked tons/year | Reported Mechanical pulp processed tons/year | Source(s) |
|---|---|---|---|---|---|
| 1954 | 68,985 | | | 5,475 | FH021745R |
| 1955 | 72,562 | | | 4,490 | FH021745R |
| 1956 | 79,063 | | | 3,745 | FH021745R |
| 1957 | 103,638 | | | 4,391 | FH021745R |
| 1958 | 105,292 | | | 4,468 | FH021745R |
| 1959 | 110,858 | | | 4,975 | FH021745R |
| 1960 | 122,640 | | | 4,636 | FH021745R |
| 1961 | 126,911 | | | 3,796 | FH021745R |
| 1962 | 133,176 | | | 3,720 | FH021752 |
| 1963 | 136,524 | | | 4,092 | FH021753 |
| 1964 | 143,100 | | | 3,555 | FH021755-21759 |
| 1965 | 161,972 | | | 5,952 | FH021762;21767 |
| 1966 | 175,396 | | | | FH021767 |
| 1967 | 181,792 | | | | FH021767 |
| 1968 | 192,748 | | | | FH021767 |
| 1969 | 214,236 | | | | FH021767 |
| 1970 | 220,388 | | | | FH021767 |
| 1971 | 227,986 | | | | FH021767 |
| 1972 | 240,731 | | | | FH021767 |
| 1973 | 281,168 | | | | FH021767 |
| 1974 | 282,599 | | | | FH021767 |
| 1975 | 285,365 | | | | FH021767 |
| 1976 | 297,308 | | | | FH021767 |
| 1977 | 307,530 | | | | FH021767 |
| 1978 | 314,410 | | | | FH021767 |
| 1979 | 298,895 | | | | FH021767 |
| 1980 | 309,328 | | | | FH021767 |
| 1981 | 311,588 | | | | FH021767 |
| 1982 | 305,312 | | | | FH021767;21306R |
| 1983 | 314,726 | | | | FH021767;21306R |
| 1984 | 335,171 | | | | FH021767;21306R |
| 1985 | 358,694 | | | | FH021767;21306R |
| Total | | | 595,749 | 53,295 | |

*SETTLEMENT CONFIDENTIAL*