# CRAVATH, SWAINE & MOORE LLP

| | | WORLDWIDE PLAZA<br>825 EIGHTH AVENUE<br>NEW YORK, NY 10019-7475<br><br>TELEPHONE: (212) 474-1000<br>FACSIMILE: (212) 474-3700<br><br>———<br>CITYPOINT<br>ONE ROPEMAKER STREET<br>LONDON EC2Y 9HR<br>TELEPHONE: 44-20-7453-1000<br>FACSIMILE: 44-20-7860-1150<br><br>WRITER'S DIRECT DIAL NUMBER<br><br>(212) 474-1243 | | |
|---|---|---|---|---|
| ALLEN FINKELSON<br>STUART W. GOLD<br>JOHN W. WHITE<br>JOHN E. BEERBOWER<br>EVAN R. CHESLER<br>MICHAEL L. SCHLER<br>RICHARD LEVIN<br>KRIS F. HEINZELMAN<br>B. ROBBINS KIESSLING<br>ROGER D. TURNER<br>PHILIP A. GELSTON<br>RORY O. MILLSON<br>RICHARD W. CLARY<br>WILLIAM P. ROGERS, JR.<br>JAMES D. COOPER<br>STEPHEN L. GORDON<br>DANIEL L. MOSLEY<br>PETER S. WILSON<br>JAMES C. VARDELL, III<br>ROBERT H. BARON<br>KEVIN J. GREHAN<br>STEPHEN S. MADSEN<br>C. ALLEN PARKER | MARC S. ROSENBERG<br>SUSAN WEBSTER<br>DAVID MERCADO<br>ROWAN D. WILSON<br>PETER T. BARBUR<br>SANDRA C. GOLDSTEIN<br>THOMAS G. RAFFERTY<br>MICHAEL S. GOLDMAN<br>RICHARD HALL<br>JULIE A. NORTH<br>ANDREW W. NEEDHAM<br>STEPHEN L. BURNS<br>KEITH R. HUMMEL<br>DANIEL SLIFKIN<br>JEFFREY A. SMITH<br>ROBERT I. TOWNSEND, III<br>WILLIAM J. WHELAN, III<br>SCOTT A. BARSHAY<br>PHILIP J. BOECKMAN<br>ROGER G. BROOKS<br>WILLIAM V. FOGG<br>FAIZA J. SAEED<br>RICHARD J. STARK | | THOMAS E. DUNN<br>MARK I. GREENE<br>SARKIS JEBEJIAN<br>DAVID R. MARRIOTT<br>MICHAEL A. PASKIN<br>ANDREW J. PITTS<br>MICHAEL T. REYNOLDS<br>ANTONY L. RYAN<br>GEORGE E. ZOBITZ<br>GEORGE A. STEPHANAKIS<br>DARIN P. MCATEE<br>GARY A. BORNSTEIN<br>TIMOTHY G. CAMERON<br>KARIN A. DEMASI<br>LIZABETHANN R. EISEN<br>DAVID S. FINKELSTEIN<br>DAVID GREENWALD<br>RACHEL G. SKAISTIS<br>PAUL H. ZUMBRO<br>JOEL F. HEROLD<br>ERIC W. HILFERS<br>GEORGE F. SCHOEN<br>ERIK R. TAVZEL | CRAIG F. ARCELLA<br>TEENA-ANN V. SANKOORIKAL<br>ANDREW R. THOMPSON<br>DAMIEN R. ZOUBEK<br>LAUREN ANGELILLI<br>TATIANA LAPUSHCHIK<br>ERIC L. SCHIELE<br>ALYSSA K. CAPLES<br>JENNIFER S. CONWAY<br>MINH VAN NGO<br>KEVIN J. ORSINI<br><br>———<br><br>SPECIAL COUNSEL<br><br>SAMUEL C. BUTLER<br>GEORGE J. GILLESPIE, III<br><br>———<br><br>OF COUNSEL<br><br>PAUL C. SAUNDERS |

March 28, 2011

Re:  Appleton Papers Inc., et al v. George A. Whiting Paper Company, 08-CV-16

Dear Judge Griesbach:

       Please be advised that I have today filed by ECF amended versions of (i) Renewed Motion by Plaintiffs NCR Corporation and Appleton Papers Inc. for Entry of Partial Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b) (Dkt. #1093), (ii) Plaintiffs' Memorandum of Law in support of that motion (Dkt. #1094), and (iii) Declaration of Darin P. McAtee in support of the motion (Dkt. #1095).

       The Motion has been amended to make clear that Plaintiffs additionally seek entry of partial final judgment with respect to the Court's Orders dismissing Plaintiffs' contribution claims against the "*De Minimis*" Defendants (Dkt. #850, #1055), Kimberly-Clark Corporation (Dkt. #851), and NewPage Wisconsin System Inc. (Dkt. #856). The amended Motion includes a Proposed Order as an attachment. The sole change to the amended Memorandum of Law is the addition of footnote 1, which reflects the clarification to Plaintiffs' Amended Motion described above. The sole change to the McAtee Declaration is to change its title and second paragraph to reference the Amended Motion.

       In light of the above corrections, I would request that you please direct the Clerk of the Court to strike Docket Nos. 1093, 1094 and 1095 from the docket. Please do not hesitate to contact me if you have any questions.

       Very truly yours,

       /s/ Evan R. Chesler

BY ECF