# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

## TRANSCRIPT REQUEST FORM (TRF)

DATE REQUESTED: March 30, 2011

CASE INFORMATION

CASE NAME: Appleton Papers, et al. v. George A. Whiting CASE NO.: 08-CV-00016-WCG

DESCRIPTION OF HEARINGS(S) (Include Docket Entry Number(s)) Status Conference Held on March 30, 2011 (set by docket entry number 1087)

COURT REPORTER'S NAME: Sharon Boleck-Mroz (Judge Griesbach court reporter)

**AND/OR** ☐ ELECTRONIC RECORDING(S)

ORDERING PARTY

NAME/TITLE : Margaret Sobota

LAW FIRM: Sidley Austin LLP

ADDRESS: One South Dearborn Street CITY: Chicago STATE: IL ZIP : 60603

E-MAIL ADDRESS: msobota@sidley.com

PHONE: 312-853-7857 FAX: 312-853-7036

PARTY REPRESENTED: NCR Corporation

REPRESENTATION TYPE: (Check One)

☑ RETAINED ☐ CJA APPOINTMENT ☐ PRIVATE INDIVIDUAL
☐ U.S. ATTORNEY'S OFFICE ☐ FEDERAL DEFENDER SERVICES

TRANSCRIPT FORMAT REQUESTED: (Check all that Apply)

☐ PAPER-FULL PAGE ☐ PAPER-CONDENSED ☑ PDF ☐ E-TRANSCRIPT© ☐ OTHER

SERVICE TYPE REQUESTED: ☑ 1-DAY ☐ 7-DAY ☐ 14-DAY ☐ 30-DAY

INSTRUCTIONS/COMMENTS: Please email a full-page transcript in .PDF format to msobota@sidley.com