# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

## TRANSCRIPT REQUEST FORM (TRF)

DATE REQUESTED: _____

**CASE INFORMATION**

CASE NAME: _____ CASE NO.: _____

DESCRIPTION OF HEARINGS(S)  (Include Docket Entry Number(s)) _____

COURT REPORTER'S NAME: _____

    **AND/OR** ☐ ELECTRONIC RECORDING(S)

**ORDERING PARTY**

NAME/TITLE : _____

LAW FIRM: _____

ADDRESS: _____ CITY: _____ STATE: _____ ZIP : _____

E-MAIL ADDRESS: _____

PHONE: _____ FAX: _____

PARTY REPRESENTED: _____

REPRESENTATION TYPE: (Check One)
  ☐ RETAINED    ☐ CJA APPOINTMENT    ☐ PRIVATE INDIVIDUAL
  ☐ U.S. ATTORNEY'S OFFICE    ☐ FEDERAL DEFENDER SERVICES

TRANSCRIPT FORMAT REQUESTED: (Check all that Apply)
  ☐ PAPER-FULL PAGE   ☐ PAPER-CONDENSED   ☐ PDF   ☐ E-TRANSCRIPT©   OTHER

SERVICE TYPE REQUESTED:    ☐ 1-DAY   ☐ 7-DAY   ☐ 14-DAY   ☐ 30-DAY

INSTRUCTIONS/COMMENTS: _____