IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS INC. and
NCR CORPORATION,

    Plaintiffs,

  v.              No. 08-CV-00016-WCG

GEORGE A. WHITING PAPER COMPANY, et al.,

    Defendants.

NCR CORPORATION,

    Plaintiff,

  v.              No. 08-CV-0895-WCG

KIMBERLY CLARK CORPORATION, et al.,

    Defendants.

## NOTICE OF WITHDRAWAL OF COUNSEL

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Anthony J. Steffek withdraws as counsel of record for Plaintiff Appleton Papers Inc., and is to be removed from the service list in this case.

    Respectfully Submitted,

    APPLETON PAPERS INC.

    /s/ Michael L. Hermes
    By: One of Its Attorneys

1

<u>Counsel for Appleton Papers Inc.</u>:
Michael L. Hermes (WI Bar No. 1019623)
Hermes Law, Ltd.
333 Main Street, Suite 601
Green Bay, Wisconsin 54301
(920) 436-9870
Fax: (920) 436-9871

Dated: March 31, 2011

2

Case 2:08-cv-00016-WCG   Filed 03/31/11   Page 2 of 6   Document 1106

APPLETON PAPERS INC. and
NCR CORPORATION,

       Plaintiffs,

       v.                    No. 08-CV-00016-WCG

GEORGE A. WHITING PAPER COMPANY, et al.,

       Defendants.

NCR CORPORATION,

       Plaintiff,

       v.                    No. 08-CV-0895-WCG

KIMBERLY CLARK CORPORATION, et al.,

       Defendants.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2011, I electronically filed a **Notice of Withdrawal of Counsel** using the ECF system, which will send notification of such filing to:

| | |
|---|---|
| Allison C. Swanson | allisonsw@ci.green-bay.wi.us |
| Allison E. McAdam | amcadam@hgnlaw.com |
| Andrea M. Hogan | andrea.hogan@lw.com |
| Anne Lynch | alynch@hgnlaw.com |
| Arthur F. Foerster | arthur.foerster@lw.com |
| Barbara Sloan | bsloan@hgnlaw.com |
| Caleb J. Holmes | holmesc@gtlaw.com |
| Charles K. Schafer | cschafer@sidley.com |
| Charles M. Gering | cgering@foley.com |
| Christopher J. Dow | cdow@hgnlaw.com |
| Christopher P. Riordan | criordan@vonbriesen.com |
| Daniel C. Murray | murrayd@jbltd.com |

| | |
|---|---|
| Darin P. McAtee | dmcatee@cravath.com |
| David A. Rabbino | drabbino@hgnlaw.com |
| David A. Strifling | dstrifli@quarles.com |
| David G. Mandelbaum | mandelbaumd@gtlaw.com |
| David J. Edquist | dedquist@vonbriesen.com |
| David E. Frank | dfrank@reinhartlaw.com |
| David J. Turek | turek@gasswebermullins.com |
| Deborah L. Flores | dflores@hgnlaw.com |
| Dennis P. Birke | db@dewittross.com |
| Elizabeth K. Miles | emiles@dkattorneys.com |
| Eric W. Ha | eha@sidley.com |
| Erik Mroz | emroz@hgnlaw.com |
| Evan R. Chesler | echesler@cravath.com |
| Evan B. Westerfield | evanwesterfield@sidley.com |
| Ian A.J. Pitz | iapitz@michaelbest.com |
| Jan M. Conlin | jmconlin@rkmc.com |
| J. Andrew Schlickman | jaschlickman@sidley.com |
| J. Ric Gass | gass@gasswebermullins.com |
| James E. Braza | jbraza@dkattorneys.com |
| James P. Walsh | jim.walsh@appleton.org |
| John F. Cermak, Jr. | jcermak@bakerlaw.com |
| John M. Van Lieshout | jvanlieshout@reinhartlaw.com |
| Joseph C. Basta | jbasta@dykema.com |
| Joshua M. Levin | joshua.levin@usdoj.gov |
| Karl S. Lytz | karl.lytz@lw.com |
| Kathleen L. Roach | kroach@sidley.com |
| Kelly Noyes | knoyes@vonbriesen.com |
| Kevin J. Lyons | klyons@dkattorneys.com |
| Linda E. Benfield | lbenfield@foley.com |
| Lora L. Zimmer | lzimmer@hinshawlaw.com |
| M. Andrew Skwierawski | mas@ffsj.com |
| Marc E. Davies | daviesm@gtlaw.com |
| Margaret R. Sobota | msobota@sidley.com |
| Margrethe K. Kearney | margrethe.kearney@lw.com |
| Mary Rose Alexander | mary.rose.alexander@lw.com |
| Matthew G. Adams | madams@sonnenschein.com |
| Matthew R. Oakes | matthew.oakes@usdoj.gov |
| Megan A. Senatori | ms@dewittross.com |
| Meg E. Vergeront | mvergeront@staffordlaw.com |
| Michael P. Carlton | mcarlton@vonbriesen.com |
| Michelle A. Gale | mgale@dykema.com |
| Monique M. Mooney | mooneym@gtlaw.com |
| Nancy K. Peterson | nkp@quarles.com |
| Nathan A. Fishbach | nfishbach@whdlaw.com |
| Patrick L. Wells | pwells@vonbriesen.com |
| Patrick H. Zaepfel | zaepfel@kkaglaw.com |

| | |
|---|---|
| Paul G. Kent | pkent@staffordlaw.com |
| Perry M. Rosen | perry.rosen@usdoj.gov |
| Peter C. Karegeannes | pck@quarles.com |
| Philip A. Munroe | pmunroe@direnzollc.com |
| Philip C. Hunsucker | phunsucker@hgnlaw.com |
| Randall M. Stone | randall.stone@usdoj.gov |
| Regina A. Reynolds | rreynolds@staffordlaw.com |
| Richard C. Yde | ryde@staffordlaw.com |
| Robin S. Jacobs | jacobs@cf-law.com |
| Ronald R. Ragatz | rrr@dewittross.com |
| Ronald M. Varnum | varnumr@ballardspahr.com |
| Russell W. Wilson | rwilson@ruderware.com |
| S. Todd Farris | stf@ffsj.com |
| Sabrina Mizrachi | mizrachis@gtlaw.com |
| Sandra C. Goldstein | sgoldstein@cravath.com |
| Sarah A. Slack | sslack@foley.com |
| Sarah C. Lindsey | slindsey@wnj.com |
| Scott B. Fleming | sbf@wbb-law.com |
| Scott W. Hansen | shansen@reinhartlaw.com |
| Sonja A. Inglin | singlin@bakerlaw.com |
| Stephen F. McKinney | smckinney@hsblawfirm.com |
| Steven C. Kohl | skohl@wnj.com |
| Steven P. Bogart | sbogart@reinhartlaw.com |
| Susan E. Lovern | slovern@vonbriesen.com |
| Tara M. Mathison | tmathison@dkattorneys.com |
| Ted A. Warpinski | taw@ffsj.com |
| Ted Waskowski | twaskowski@staffordlaw.com |
| Tish Reyes | reyest@jbltd.com |
| Thomas A. Andreoli | tandreoli@sonnenschein.com |
| Thomas Armstrong | tarmstro@vonbriesen.com |
| Thomas R. Gottshall | tgottshall@hsblawfirm.com |
| Thomas R. O'Donnell | todonnell@calfee.com |
| Thomas R. Schrimpf | tschrimpf@hinshawlaw.com |
| Timothy B. Anderson | tanderson@remleylaw.com |
| Waltraud A. Arts | warts@andersonkent.com |
| William F. Conlon | wconlon@sidley.com |
| William E. Coughlin | wcoughlin@calfee.com |
| William H. Harbeck | whh@quarles.com |
| William J. Mulligan | wmulligan@dkattorneys.com |

APPLETON PAPERS INC.

s/ Michael L. Hermes
By: One of Its Attorneys

5

Counsel for Appleton Papers Inc.:

| | |
|---|---|
| Michael L. Hermes (WI Bar No. 1019623) | Ronald R. Ragatz (WI Bar No. 1017501) |
| Heidi D. Melzer (WI Bar No. 1076125) | Dennis P. Birke (WI Bar No. 1018345) |
| Brandon J. Evans (WI Bar No. 1063940) | Megan A. Senatori (WI Bar No. 1037314) |
| Ericka L. Krumrie (WI Bar No. 1066383) | DeWitt Ross & Stevens S.C. |
| Hermes Law, Ltd. | Two East Mifflin Street |
| 333 Main Street, Suite 601 | Madison, WI 53703 |
| Green Bay, WI 54301 | (608) 255-8891 |
| (920) 436-9870 | Fax: (608) 252-9243 |
| Fax: (920)436-9871 | rrr@dewittross.com |
| mlh@hermeslawltd.com | db@dewittross.com |
| hdm@hermeslawltd.com | ms@dewittross.com |
| bje@hermeslawltd.com | |
| elk@hermelawltd.com | |