IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS INC. and
NCR CORPORATION,

       Plaintiffs,

       v.       No. 08-CV-00016-WCG

GEORGE A. WHITING PAPER COMPANY, et al.,

       Defendants.

NCR CORPORATION,

       Plaintiff,

       v.      No. 08-CV-0895-WCG

KIMBERLY CLARK CORPORATION, et al.,

       Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ericka L. Krumrie of Hermes Law, Ltd., appears for Appleton Papers Inc., in this action. Please serve all further pleadings, correspondence and other papers on the undersigned at the address stated below. Please direct all ECF notices to Attorney Krumrie at elk@hermeslawltd.com.

Dated: March 31, 2011

       /s/ Ericka L. Krumrie
       Ericka L. Krumrie
       WI Bar No. 1066383
       Hermes Law, Ltd.
       333 Main Street, Suite 601
       Green Bay, WI 54301
       (920)436-9870
       elk@hermeslawltd.com

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

APPLETON PAPERS INC. and
NCR CORPORATION,

       Plaintiffs,

       v.        No. 08-CV-00016-WCG

GEORGE A. WHITING PAPER COMPANY, et al.,

       Defendants.

NCR CORPORATION,

       Plaintiff,

       v.        No. 08-CV-0895-WCG

KIMBERLY CLARK CORPORATION, et al.,

       Defendants.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2011, I electronically filed a **Notice of Appearance** using the ECF system, which will send notification of such filing to:

| | |
|---|---|
| Allison C. Swanson | allisonsw@ci.green-bay.wi.us |
| Allison E. McAdam | amcadam@hgnlaw.com |
| Andrea M. Hogan | andrea.hogan@lw.com |
| Anne Lynch | alynch@hgnlaw.com |
| Arthur F. Foerster | arthur.foerster@lw.com |
| Barbara Sloan | bsloan@hgnlaw.com |
| Caleb J. Holmes | holmesc@gtlaw.com |
| Charles K. Schafer | cschafer@sidley.com |
| Charles M. Gering | cgering@foley.com |
| Christopher J. Dow | cdow@hgnlaw.com |
| Christopher P. Riordan | criordan@vonbriesen.com |
| Daniel C. Murray | murrayd@jbltd.com |
| Darin P. McAtee | dmcatee@cravath.com |

| Name | Email |
|---|---|
| David A. Rabbino | drabbino@hgnlaw.com |
| David A. Strifling | dstrifli@quarles.com |
| David G. Mandelbaum | mandelbaumd@gtlaw.com |
| David J. Edquist | dedquist@vonbriesen.com |
| David E. Frank | dfrank@reinhartlaw.com |
| David J. Turek | turek@gasswebermullins.com |
| Deborah L. Flores | dflores@hgnlaw.com |
| Dennis P. Birke | db@dewittross.com |
| Elizabeth K. Miles | emiles@dkattorneys.com |
| Eric W. Ha | eha@sidley.com |
| Erik Mroz | emroz@hgnlaw.com |
| Evan R. Chesler | echesler@cravath.com |
| Evan B. Westerfield | evanwesterfield@sidley.com |
| Ian A.J. Pitz | iapitz@michaelbest.com |
| Jan M. Conlin | jmconlin@rkmc.com |
| J. Andrew Schlickman | jaschlickman@sidley.com |
| J. Ric Gass | gass@gasswebermullins.com |
| James E. Braza | jbraza@dkattorneys.com |
| James P. Walsh | jim.walsh@appleton.org |
| John F. Cermak, Jr. | jcermak@bakerlaw.com |
| John M. Van Lieshout | jvanlieshout@reinhartlaw.com |
| Joseph C. Basta | jbasta@dykema.com |
| Joshua M. Levin | joshua.levin@usdoj.gov |
| Karl S. Lytz | karl.lytz@lw.com |
| Kathleen L. Roach | kroach@sidley.com |
| Kelly Noyes | knoyes@vonbriesen.com |
| Kevin J. Lyons | klyons@dkattorneys.com |
| Linda E. Benfield | lbenfield@foley.com |
| Lora L. Zimmer | lzimmer@hinshawlaw.com |
| M. Andrew Skwierawski | mas@ffsj.com |
| Marc E. Davies | daviesm@gtlaw.com |
| Margaret R. Sobota | msobota@sidley.com |
| Margrethe K. Kearney | margrethe.kearney@lw.com |
| Mary Rose Alexander | mary.rose.alexander@lw.com |
| Matthew G. Adams | madams@sonnenschein.com |
| Matthew R. Oakes | matthew.oakes@usdoj.gov |
| Megan A. Senatori | ms@dewittross.com |
| Meg E. Vergeront | mvergeront@staffordlaw.com |
| Michael P. Carlton | mcarlton@vonbriesen.com |
| Michelle A. Gale | mgale@dykema.com |
| Monique M. Mooney | mooneym@gtlaw.com |
| Nancy K. Peterson | nkp@quarles.com |
| Nathan A. Fishbach | nfishbach@whdlaw.com |
| Patrick L. Wells | pwells@vonbriesen.com |
| Patrick H. Zaepfel | zaepfel@kkaglaw.com |
| Paul G. Kent | pkent@staffordlaw.com |
| Perry M. Rosen | perry.rosen@usdoj.gov |
| Peter C. Karegeannes | pck@quarles.com |

| | |
|---|---|
| Philip A. Munroe | pmunroe@direnzollc.com |
| Philip C. Hunsucker | phunsucker@hgnlaw.com |
| Randall M. Stone | randall.stone@usdoj.gov |
| Regina A. Reynolds | rreynolds@staffordlaw.com |
| Richard C. Yde | ryde@staffordlaw.com |
| Robin S. Jacobs | jacobs@cf-law.com |
| Ronald R. Ragatz | rrr@dewittross.com |
| Ronald M. Varnum | varnumr@ballardspahr.com |
| Russell W. Wilson | rwilson@ruderware.com |
| S. Todd Farris | stf@ffsj.com |
| Sabrina Mizrachi | mizrachis@gtlaw.com |
| Sandra C. Goldstein | sgoldstein@cravath.com |
| Sarah A. Slack | sslack@foley.com |
| Sarah C. Lindsey | slindsey@wnj.com |
| Scott B. Fleming | sbf@wbb-law.com |
| Scott W. Hansen | shansen@reinhartlaw.com |
| Sonja A. Inglin | singlin@bakerlaw.com |
| Stephen F. McKinney | smckinney@hsblawfirm.com |
| Steven C. Kohl | skohl@wnj.com |
| Steven P. Bogart | sbogart@reinhartlaw.com |
| Susan E. Lovern | slovern@vonbriesen.com |
| Tara M. Mathison | tmathison@dkattorneys.com |
| Ted A. Warpinski | taw@ffsj.com |
| Ted Waskowski | twaskowski@staffordlaw.com |
| Tish Reyes | reyest@jbltd.com |
| Thomas A. Andreoli | tandreoli@sonnenschein.com |
| Thomas Armstrong | tarmstro@vonbriesen.com |
| Thomas R. Gottshall | tgottshall@hsblawfirm.com |
| Thomas R. O'Donnell | todonnell@calfee.com |
| Thomas R. Schrimpf | tschrimpf@hinshawlaw.com |
| Timothy B. Anderson | tanderson@remleylaw.com |
| Waltraud A. Arts | warts@andersonkent.com |
| William F. Conlon | wconlon@sidley.com |
| William E. Coughlin | wcoughlin@calfee.com |
| William H. Harbeck | whh@quarles.com |
| William J. Mulligan | wmulligan@dkattorneys.com |

APPLETON PAPERS INC.

s/ Ericka L. Krumrie
By: One of Its Attorneys

4

Counsel for Appleton Papers Inc.:

| | |
|---|---|
| Michael L. Hermes (WI Bar No. 1019623) | Ronald R. Ragatz (WI Bar No. 1017501) |
| Heidi D. Melzer (WI Bar No. 1076125) | Dennis P. Birke (WI Bar No. 1018345) |
| Brandon J. Evans (WI Bar No. 1063940) | Megan A. Senatori (WI Bar No. 1037314) |
| Ericka L. Krumrie (WI Bar No. 1066383) | DeWitt Ross & Stevens S.C. |
| Hermes Law, Ltd. | Two East Mifflin Street |
| 333 Main Street, Suite 601 | Madison, WI 53703 |
| Green Bay, WI 54301 | (608) 255-8891 |
| (920) 436-9870 | Fax: (608) 252-9243 |
| Fax: (920)436-9871 | rrr@dewittross.com |
| mlh@hermeslawltd.com | db@dewittross.com |
| hdm@hermeslawltd.com | ms@dewittross.com |
| bje@hermeslawltd.com | |
| elk@hermelawltd.com | |