# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

## TRANSCRIPT REQUEST FORM (TRF)

DATE REQUESTED: April 1, 2011

### CASE INFORMATION

CASE NAME: Appleton Papers et al. v. George A. Whiting     CASE NO.: 08-cv-00016-WCG

DESCRIPTION OF HEARINGS(S) (Include Docket Entry Number(s)) Status conference held on March 30, 2011 (Docket No. 1087)

COURT REPORTER'S NAME: Sharon Boleck-Mroz (Judge Griesbach's court reporter)
**AND/OR** ☐ ELECTRONIC RECORDING(S)

### ORDERING PARTY

NAME/TITLE: David G. Mandelbaum

LAW FIRM: Greenberg Traurig, LLP

ADDRESS: 2001 Market St., 27th Floor    CITY: Philadelphia   STATE: PA   ZIP: 19103

E-MAIL ADDRESS: mandelbaumd@gtlaw.com

PHONE: 215-988-7813     FAX: 215-717-5201

PARTY REPRESENTED: P.H. Glatfelter Company

REPRESENTATION TYPE: (Check One)
☐ RETAINED      ☐ CJA APPOINTMENT      ☐ PRIVATE INDIVIDUAL
☐ U.S. ATTORNEY'S OFFICE       ☐ FEDERAL DEFENDER SERVICES

TRANSCRIPT FORMAT REQUESTED: (Check all that Apply)
☐ PAPER-FULL PAGE  ☐ PAPER-CONDENSED  ☐ PDF  ☐ E-TRANSCRIPT© ☐ OTHER

SERVICE TYPE REQUESTED:    ☑ 1-DAY    ☐ 7-DAY    ☐ 15-DAY    ☐ 30-DAY

INSTRUCTIONS/COMMENTS: Please email a full-page transcript in .PDF format to mandelbaumd@gtlaw.com