IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS INC. and
NCR CORPORATION,

        Plaintiffs,        No. 08-CV-00016
                                   (and Consolidated Cases)

    v.

GEORGE A. WHITING PAPER COMPANY, et al.,

        Defendants.

**ORDER**

    Menasha Corporation ("Menasha") filed a motion, pursuant to Federal Rule of Civil Procedure 41(a)(2) and to Local Rule 7.4, for an order dismissing its third-party complaint in this case against the United States without prejudice in favor of its more comprehensive counterclaim in *United States and the State of Wisconsin v. NCR Corp, et al.*; Case No. 10-C-910 in the United States District Court for the Eastern District of Wisconsin ("the Enforcement Litigation"). The United States did not oppose this motion.

    In light of the papers before the Court, **IT IS HEREBY ORDERED THAT**:

    Menasha's third-party complaint in this case against the United States is hereby dismissed without prejudice in favor of Menasha's counterclaim against the United States Government in the Enforcement Litigation, each party to bear their own costs.

    Dated this __7th__ day of April 2011.

                                             s/ William C. Griesbach
                                           William C. Griesbach
                                           United States District Judge