**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

| | |
|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 08-CV-16-WCG<br>) |
| GEORGE A. WHITING PAPER COMPANY, et al. | )<br>) |
| Defendants. | ) |

| | |
|---|---|
| NCR CORPORATION, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 08-CV-895-WCG<br>) |
| KIMBERLY-CLARK CORPORATION, et al. | )<br>) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Omid H. Nasab of Cravath, Swaine & Moore LLP hereby appears for NCR Corporation in the above-captioned case. Please serve all further pleadings, correspondence and other papers on the undersigned at the address stated below. Please direct all ECF notices to Attorney Nasab at onasab@cravath.com.

/s/ Omid H. Nasab
Omid H. Nasab

*Attorney for Plaintiff NCR Corporation*

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
onasab@cravath.com