**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

| | |
|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION,<br><br>     Plaintiffs,<br><br>   v.<br><br>GEORGE A. WHITING PAPER COMPANY, et al.<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>) No. 08-CV-16-WCG<br>)<br>)<br>)<br>) |

| | |
|---|---|
| NCR CORPORATION,<br><br>     Plaintiff,<br><br>   v.<br><br>KIMBERLY-CLARK CORPORATION, et al.<br><br>     Defendants. | )<br>)<br>)<br>)<br>) No. 08-CV-895-WCG<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

   PLEASE TAKE NOTICE that Vanessa A. Lavely of Cravath, Swaine & Moore LLP hereby appears for NCR Corporation in the above-captioned case. Please serve all further pleadings, correspondence and other papers on the undersigned at the address stated below. Please direct all ECF notices to Attorney Lavely at vlavely@cravath.com.

                /s/ Vanessa A. Lavely
                Vanessa A. Lavely

                *Attorney for Plaintiff NCR Corporation*

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
vlavely@cravath.com