IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS INC., ET AL.,

      Plaintiffs,

   v.                                   No. 08-CV-0016-WCG

GEORGE A. WHITING PAPER COMPANY, ET AL.,

      Defendants

## NOTICE OF WITHDRAWAL OF COUNSEL

TO:    **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

    **PLEASE TAKE NOTICE** that Allison Swanson withdraws as counsel of record for the Defendant City of Green Bay, and is to be removed from the service list in this case.

Dated at Milwaukee, Wisconsin this 2nd day of June, 2011.

                                       s/Ted A. Warpinski
                                       Ted A. Warpinski (WI SBN: 1018812)
                                       S. Todd Farris (WI SBN: 1006554)
                                       M. Andrew Skwierawski (WI SBN: 1063902)
                                       FRIEBERT, FINERTY & ST. JOHN, S.C.
                                       Two Plaza East – Suite 1250
                                       330 East Kilbourn Avenue
                                       Milwaukee, WI 53202
                                       (414) 271-0130
                                       Fax: (414) 271-8191
                                       TAW E-mail: taw@ffsj.com
                                       STF E-mail: stf@ffsj.com
                                       MAS E-mail: mas@ffsj.com

                                       *Attorneys for Defendant City of Green Bay*