# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
### GREEN BAY DIVISION

APPLETON PAPERS INC., ET AL.,

        Plaintiffs,

    v.                                No. 08-CV-0016-WCG

GEORGE A. WHITING PAPER COMPANY, ET
AL.,

        Defendants

## NOTICE OF APPEARANCE

TO:    **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

      **PLEASE TAKE NOTICE** that Anthony S. Wachewicz, III, appears for Defendant City

of Green Bay in the above-captioned matter.  Please serve all further pleadings, correspondence

and other papers on the undersigned at the address stated below.  Please direct all ECF notices to

Attorney Wachewicz at tonywa@ci.green-bay.wi.us

      Dated at Milwaukee, Wisconsin this 2nd day of June, 2011.

 

s/Ted A. Warpinski
Ted A. Warpinski  (WI SBN: 1018812)
S. Todd Farris (WI SBN: 1006554)
M. Andrew Skwierawski (WI SBN: 1063902)
FRIEBERT, FINERTY & ST. JOHN, S.C.
Two Plaza East – Suite 1250
330 East Kilbourn Avenue
Milwaukee, WI  53202
(414) 271-0130
Fax:  (414) 271-8191
TAW E-mail: taw@ffsj.com
STF E-mail:  stf@ffsj.com
MAS E-mail: mas@ffsj.com

OF COUNSEL:
Tony Wachewicz (WI SBN: 1038433)
City Attorney – City of Green Bay
Room 200, City Hall
100 N. Jefferson Street
Green Bay, WI 54301
(920) 448-3080
Fax: (920) 448-3181
E-mail: tonywa@ci.green-bay.wi.us

*Attorneys for Defendant City of Green Bay*

2