# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| APPLETON PAPERS INC, et al. , )<br>    *Plaintiff(s)*, )<br>)<br>  v. )<br>)<br>GEORGE A. WHITING PAPER )<br>COMPANY, et al. , <br>    *Defendant(s).* ) | Case No. 08-C-16 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the following proceeding has been scheduled as indicated below:

Type of Proceeding: **STATUS CONFERENCE**

*Instructions to Counsel:* Counsel who wish to address the court **MUST** appear in person. Other counsel may participate by telephone. Counsel who wish to participate by telephone may call in to 1-888-273-3658, using Access Code 4416978, and Security Code 1234. Please be sure to call in prior to the time that the hearing is scheduled to begin so that there is no disruption to the court proceeding.

All counsel who will be appearing in person or participating by telephone are to notify the Clerk regarding their appearance or participation. Verification of your in-person appearance or telephone participation should be sent to wied_clerks_gb@wied.uscourts.gov. Please contact the Office of the Clerk at 920-884-3720 if you should have any questions.

| *Hearing to be held at:* | *Date and Time Scheduled:* |
|---|---|
| 125 South Jefferson Street - Room 201<br>Green Bay, WI 54301 | **August 1, 2011**<br>**9:30 a.m.** |

Dated: July 14, 2011        WILLIAM C. GRIESBACH
                  United States District Judge

                  s/A. Wachtendonck
                  Deputy Clerk
                  (920)884-3720

cc:  All Counsel via CM/ECF