UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS INC., et al,

    Plaintiffs,

    v.        CASE NO. 08-CV-16-WCG
            JUDGE WILLIAM C. GRIESBACH

GEORGE A. WHITING PAPER
COMPANY, et al.,

    Defendants.

**MOTION OF DEFENDANT GREEN BAY PACKAGING, INC. TO REQUEST COURT ORDER OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF ITS COUNTERCLAIM (RULE 7.4 EXPEDITED NON-DISPOSITIVE MOTION)**

Pursuant to Civil Local Rule 7.4 and Rule 41(a)(2) of the Federal Rules of Civil Procedure, and this Court's Orders of January 20 and January 22, 2010, Defendant Green Bay Packaging, Inc. hereby requests that the Court enter an order voluntarily dismissing, without prejudice, its counterclaim.

Dated: July 25, 2011.

              **Attorneys for Green Bay Packaging, Inc.**

              s/_____
              Patrick L. Wells, SBN 1023290
              David J. Edquist, SBN 1010243
              Christopher P. Riordan, SBN 1018825
              von Briesen & Roper SC
              411 East Wisconsin Ave., Suite 700
              Milwaukee, WI 53201-3262
              Telephone: 414-276-1122
              Facsimile: 414-276-6281
              pwells@vonbriesen.com

22451769_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion of Green Bay Packaging, Inc. to Request Court Order of Voluntary Dismissal, Without Prejudice, of its Counterclaim was filed with the Clerk of Court using the CM/ECF System which will send notification electronically to counsel of record this 25th day of July, 2011.

                                                                                                        _____
Patrick L. Wells, SBN 1023290
One of the Attorneys for Defendant
Green Bay Packaging.