# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

APPLETON PAPERS, INC. and )
NCR CORPORATION, )
     )
        Plaintiffs, )
vs. )    Case No. 8-CV-00016-WCG
     )
GEORGE A. WHITING PAPER )
COMPANY, ET AL., )
     )
        Defendants )

## PLAINTIFF APPLETON PAPERS INC.'S
## RESPONSE TO DEFENDANTS' SUBMISSION FOR THE
## AUGUST 1, 2011, STATUS CONFERENCE

      Plaintiff Appleton Papers Inc. ("API"), by its undersigned attorneys, respectfully submits this Response to Defendants' Submission for the August 1, 2011, Status Conference.

### RESPONSE

      Defendants' brief raises no issue with respect to discovery requests served on API. Defendants' brief is limited to a discussion of their position related to the outstanding discovery disputes as to arranger liability, insurance recoveries and costs Defendants may be entitled to recover. These arguments have also been raised by NCR Corporation ("NCR") in its Opening Memorandum on the Outstanding Discovery Disputes to be Addressed at the August 1, 2011 Status Conference. API respectfully joins NCR's Response to Defendants' Submission for the August 1, 2011 Status Conference.

      Dated this 25th day of July, 2011.

Respectfully Submitted,

APPLETON PAPERS INC.

By: /s/ Michael L. Hermes

One of Its Attorneys

Counsel for Appleton Papers Inc.:

| | |
|---|---|
| Michael L. Hermes (#1019623) | Ronald R. Ragatz (#1017501) |
| Heidi D. Melzer (#1076125) | Dennis P. Birke (#1018345) |
| Brandon J. Evans (#1063940) | Megan A. Senatori (#1037314) |
| Ericka L. Krumrie (#1066383) | DeWitt Ross & Stevens S.C. |
| Hermes Law, Ltd. | Two East Mifflin Street |
| 333 Main Street, Suite 601 | Madison, WI 53703 |
| Green Bay, WI 54301 | (608)255-8891 |
| (920)436-9870 | Fax: (608)252-9243 |
| Fax: (920)436-9871 | |

2