IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. AND NCR CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE A. WHITING PAPER COMPANY, et al.,<br><br>Defendants. | Case No.    08-CV-00016-WCG |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Howard B. Iwrey appears for Green Bay Metropolitan Sewerage District in the above-entitled action. Please serve all further pleadings, correspondence, and other papers on the undersigned at the address stated below. Please direct all ECF notices to Mr. Iwrey at hiwrey@dykema.com.

Date: August 1, 2011

Attorneys for Defendant Green Bay Metropolitan Sewerage District

By: /s/ Howard B. Iwrey
Howard B. Iwrey (Michigan P39635)
Dykema Gossett PLLC
39577 Woodward Avenue
Suite 300
Bloomfield Hills, Michigan  48304
Telephone: (248) 203-0526
Facsimile: (248) 203-0763

## CERTIFICATE OF SERVICE

       I certify that on August 1, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties by operation of the Court's electronic filing system.

By: /s/ Howard B. Iwrey
Howard B. Iwrey (Michigan P39635)
Dykema Gossett PLLC
39577 Woodward Avenue
Suite 300
Bloomfield Hills, Michigan 48304
Telephone: (248) 203-0526
Facsimile: (248) 203-0763