IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. AND NCR CORPORATION,<br><br>   Plaintiffs,<br><br> v.<br><br>GEORGE A. WHITING PAPER COMPANY, et al.,<br><br>   Defendants. | Case No. 08-CV-00016-WCG |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

  **PLEASE TAKE NOTICE** that Michelle A. Gale withdraws as counsel for Green Bay Metropolitan Sewerage District, and is to be removed from the service list in this case.

Dated: August 2, 2011

                Respectfully submitted,

                By: /s/ Michelle A. Gale___
                Michelle A. Gale (Illinois 6277913)
                Dykema Gossett PLLC
                10 S. Wacker Drive
                Suite 2300
                Chicago, Illinois 60606
                Telephone: (312) 627-2108
                Facsimile: (312) 627-2302

                Attorneys for Defendant Green Bay
                Metropolitan Sewerage District

# CERTIFICATE OF SERVICE

I certify that on August 2, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties by operation of the Court's electronic filing system.

By: /s/ Michelle A. Gale
Michelle A. Gale (Illinois 6277913)
Dykema Gossett PLLC
10 S. Wacker Drive
Suite 2300
Chicago, Illinois 60606
Telephone: (312) 627-2108
Facsimile: (312) 627-2302