IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. AND NCR CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE A. WHITING PAPER COMPANY, et al.,<br><br>Defendants. | Case No.    08-CV-00016-WCG |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO:   THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

**PLEASE TAKE NOTICE** that Michelle A. Gale withdraws as counsel of record for The Procter & Gamble Paper Products Company, and is to be removed from the service list in this case.

Dated: August 2, 2011

Respectfully submitted,

By: /s/ Michelle A. Gale___
Michelle A. Gale (Illinois 6277913)
Dykema Gossett PLLC
10 S. Wacker Drive
Suite 2300
Chicago, Illinois 60606
Telephone: (312) 627-2108
Facsimile: (312) 627-2302

Attorneys for Defendant The Procter & Gamble Paper Products Company

\

# CERTIFICATE OF SERVICE

I certify that on August 2, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties by operation of the Court's electronic filing system.

By: /s/ Michelle A. Gale
Michelle A. Gale (Illinois 6277913)
Dykema Gossett PLLC
10 S. Wacker Drive
Suite 2300
Chicago, Illinois 60606
Telephone: (312) 627-2108
Facsimile: (312) 627-2302