UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS INC., et al.,

    Plaintiff,

v.                             Case No. 08-C-16

NCR CORPORATION, et al.,

    Defendants.

**ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR MEDIATION**

    With the full agreement of the parties, pursuant to 28 U.S.C. § 636(b)(3), and upon consent of Judge Goodstein, **IT IS ORDERED** that Magistrate Judge Aaron E. Goodstein is assigned to conduct mediation proceedings in this case, the particular procedures for which shall be within his discretion. The Court will continue to address motions and other procedural issues as they arise.

    Dated this   3rd   day of August, 2011.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge