# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS INC., et al.,

                Plaintiffs,

     v.                                                           Case No. 08-C-16

GEORGE A WHITING PAPER COMPANY, et al.,

                Defendants.

## ORDER REGARDING INITIAL MEDIATION CONFERENCE

      By Order dated August 3, 2011, Judge William C. Griesbach referred this matter to me to conduct mediation proceedings. In order to determine the most efficient and effective way to conduct such proceedings, it would be of assistance to have the input of counsel for the parties.

      Accordingly, the court has scheduled an initial organizational conference to discuss mediation procedures with counsel. At this conference, the court will invite suggestions from counsel on topics such as the nature of the settlement statements to be submitted by the parties, who should attend mediation sessions on behalf of each party, whether all parties should participate in all sessions or should the sessions be bifurcated, dates for mediation sessions and any other matters bearing on the mediation process.

      Following Judge Griesbach's method of proceeding, counsel who wish to address the court MUST appear in person. Other counsel may participate by telephone. Counsel who wish to participate by telephone may call in to **1-877-336-1274** using Access Code **3615351** and Security Code **1234**. <u>Please be sure to call in prior to the time that the hearing is scheduled to begin so that there is no disruption to the court proceeding.</u>

      All counsel who will be appearing in person or participating by telephone are to notify the Chambers of Aaron E. Goodstein regarding their appearance or participation, **no later than 2 days prior** to the conference. Contact Chambers at: **GoodsteinPO@wied.uscourts.gov**.

| *Hearing to be held at:* | *Date and Time Scheduled:* |
|---|---|
| 517 E. Wisconsin Avenue - Courtroom 254<br>Milwaukee, WI | **August 25, 2011** at **10:00 a.m.** |

All sessions are subject to the provisions of Civil Local Rule 16(d)(3), Eastern District of Wisconsin.

SO ORDERED.

Dated at Milwaukee, Wisconsin, this 15th day of August, 2011.

BY THE COURT:

s/AARON E. GOODSTEIN
United States Magistrate Judge