ATTORNEYS AT LAW

VEREX PLAZA
150 EAST GILMAN STREET
MADISON, WI 53703-1481
POST OFFICE BOX 1497
MADISON, WI 53701-1497
608.257.5035 TEL
608.258.4258 FAX
foley.com

WRITER'S DIRECT LINE
608.258.4239
sslack@foley.com EMAIL

CLIENT/MATTER NUMBER
045007-0273

August 23, 2011

<u>VIA ELECTRONIC FILING</u>

The Honorable Aaron E. Goodstein
United States District Court Magistrate Judge
Eastern District of Wisconsin
517 E. Wisconsin Avenue, Room 258
Milwaukee, Wisconsin

    Re:    *Appleton Papers Inc., et al., v. George A. Whiting Paper Company, et al.*, Consolidated Case No. 08-CV-16-WCG

Dear Magistrate Judge Goodstein:

    On behalf of our client, Kimberly-Clark Corporation ("Kimberly-Clark"), we are writing regarding the upcoming mediation in the above referenced case from which Kimberly-Clark has been dismissed. Kimberly-Clark does not plan to participate in the mediation, but would like to reserve the right to attend sessions to monitor matters that may be of interest to Kimberly-Clark.

    Best regards,

    /s/ Sarah A. Slack

cc: All Counsel of Record via ECF

BOSTON  JACKSONVILLE  MILWAUKEE  SAN DIEGO  SILICON VALLEY
BRUSSELS  LOS ANGELES  NEW YORK  SAN DIEGO/DEL MAR  TALLAHASSEE
CHICAGO  MADISON  ORLANDO  SAN FRANCISCO  TAMPA
DETROIT  MIAMI  SACRAMENTO  SHANGHAI  TOKYO
    WASHINGTON, D.C.