# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS, INC., et al.,
          Plaintiffs,

v.　　　　　　　　　　　　　　　　Case Nos.  08-CV-16
　　　　　　　　　　　　　　　　　　　　　　　　10-CV-910

GEORGE A WHITING PAPER CO., et al.,

          Defendants.

## NOTICE REGARDING MEDIATION

### HON. AARON E. GOODSTEIN, PRESIDING

**PLEASE TAKE NOTICE** that this matter is set for SETTLEMENT **CONFERENCE** on **October 4, 2011** at **9:00 a.m.**  The participating attorneys for the parties **shall appear in person and convene  in Courtroom 284** of the United States Courthouse, 517 E. Wisconsin Avenue, Milwaukee.   There will be no telephone participation for this conference. In addition, a representative of each party who has settlement authority must appear in person at the conference. Representatives of a party's insurer may also appear in person if the party believes such presence is necessary to facilitate the settlement discussions.

The following documents shall be submitted in advance of the mediation on the dates indicated:

**Mediation Conference Statement** : On **September 16, 2011**, a statement,  **not exceeding 10 pages in length**, setting forth the positions of the party on the relevant issues for mediation,

including if applicable, the amount claimed for reimbursement for cleanup costs. Also included in this mediation statement shall be the names and titles, if applicable, of all persons who are expected to attend the mediation conference on behalf of the party. This mediation statement shall be simultaneously provided to all other counsel of record.

On **September 21, 2011**, a **separate *ex parte* letter** regarding the settlement position of the party. This letter shall not be provided to other counsel.

These documents shall be submitted in any of the following manner, **not to be electronically filed**:

Email, in PDF format, to GoodsteinPO@wied.uscourts.gov, or

U.S. mail / delivery to:
ATTN: HON. AARON E. GOODSTEIN
258 United States Courthouse
517 E. Wisconsin Avenue, Milwaukee, Wisconsin 53202

AARON E. GOODSTEIN
U.S. Magistrate Judge

Dated: August 25, 2011                                By: s/C. Quinn, Deputy Clerk