APPLETON PAPERS INC. and NCR CORPORATION,,

       Plaintiffs,

Case No.: 08-CV-00016-WCG

vs.

GEORGE A. WHITING PAPER COMPANY, et al,

       Defendants.

---

**DEFENDANT HEART OF THE VALLEY METROPOLITAN SEWERAGE DISTRICT'S MOTION TO REQUEST COURT ORDER OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF ITS COUNTERCLAIM
(RULE 7.4 EXPEDITED NON-DISPOSITIVE MOTION)**

---

Pursuant to Civil Local Rule 7.4 and Rule 41(a)(2) of the Federal Rules of Civil Procedure and this Court's orders of January 20 and January 22, 2010, defendant Heart of the Valley Metropolitan Sewerage District hereby requests that the Court enter an order voluntarily dismissing, without prejudice, its counterclaim in this matter.

Dated this 19th day of September, 2011.

        /s/ Thomas R. Schrimpf
        Lora L. Zimmer
        Thomas R. Schrimpf
        State Bar No: 1018230
        Lora L. Zimmer
        State Bar No: 1047155
        HINSHAW & CULBERTSON LLP
        100 E. Wisconsin Avenue
        Suite 2600
        Milwaukee, WI 53202
        Phone No.: 414-276-6464
        Fax No.: 414-276-9220
        E-mail Address(es):
        tschrimpf@hinshawlaw.com
        lzimmer@hinshawlaw.com