# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and NCR CORPORATION, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 08-CV-00016-WCG ) |
| GEORGE A. WHITING PAPER COMPANY, et al., | ) ) ) ) |
| Defendants. | ) |

## MOTION OF FRG DEFENDANTS[1] FOR LEAVE TO FILE AMENDED COUNTERCLAIMS TO SEVENTH AMENDED COMPLAINT

The FRG Defendants, by and through their undersigned counsel, hereby move this Court for an Order granting each FRG Defendant leave to file an Amended Counterclaim against Appleton Papers Inc. and NCR Corporation (collectively, "Plaintiffs"). The proposed amendment would simply clarify and confirm the FRG Defendants seek a judgment reallocating FRG assessments paid by each FRG Defendant relating to the contamination of the Lower Fox River which is the subject of this action and their previously asserted counterclaims. The FRG Defendants bring this Motion pursuant to Federal Rules of Civil Procedure 15(a)(2). Pursuant to Local Rule 15.1, copies of each FRG Defendants' proposed Amended Counterclaims are attached to this

---

[1] This motion is filed on behalf of the following defendants: CBC Coating Inc., Georgia Pacific Consumer Products LP (p/k/a Fort James Operating Company Fort James Corporation, and Georgia-Pacific LLC (collectively, "GP"), P.H. Glatfelter Company, U.S. Paper Mills Corp., and WTM I Company (hereinafter, "FRG Defendants").

Motion as Exhibit A through Exhibit E. The FRG Defendants also submit along with this Motion a brief in support.

Dated: September 23, 2011                    Respectfully submitted,


s/ William H. Harbeck                         s/ David G. Mandelbaum
William H. Harbeck (Wis. Bar No.              David G. Mandelbaum
1007004)                                      Marc E. Davies
Peter C. Karegeannes (Wis. Bar No.            Monique M. Mooney
1015025)                                      Sabrina Mizrachi
Nancy K. Peterson (Wis. Bar No. 1000197)      Caleb J. Holmes
Quarles & Brady LLP                           Adam B. Silverman
411 E. Wisconsin Avenue                       GREENBERG TRAURIG, LLP
Milwaukee, WI 53202                           Two Commerce Square, Suite 2700
Telephone: 414-277-5000                       2001 Market Street
whh@quarles.com                               Philadelphia, PA 19103
                                              215.988.7800
**Attorneys for Defendant WTM I               mandelbaumd@gtlaw.com
Company**
                                              **Attorneys for Defendant P.H. Glatfelter
                                              Company**


s/ Susan E. Lovern
Susan E. Lovern (#1025632)
Michael P. Carlton (#1016037)
Thomas Armstrong (#1016529)
Kelly J. Noyes (#1064809)
von Briesen & Roper, s.c.
411 East Wisconsin Avenue, Suite 700
Milwaukee, WI 53202
Telephone: (414) 276-1122
Fax: (414) 276-6281
slovern@vonbriesen.com
mcarlton@vonbriesen.com
tarmstro@vonbriesen.com
knoyes@vonbriesen.com

**Attorneys for Defendant CBC Coating,
Inc.**

| | |
|---|---|
| /s/ Mary Rose Alexander | s/ Scott W. Hansen |
| Mary Rose Alexander | Scott W. Hansen |
| Margrethe K. Kearney | Steven P. Bogart |
| Latham & Watkins LLP | Reinhart Boerner Van Deuren s.c. |
| 233 S. Wacker Dr. Ste. 5800 | 1000 North Water Street, Suite 1700 |
| Chicago, IL 60606 | P.O. Box. 2965 |
| Telephone: (312) 872-7700 | Milwaukee, WI 53202 |
| Facsimile: (312) 993-9767 | Telephone: 414-298-1000 |
| Mary.Rose.Alexander@lw.com | Facsimile: 414-298-8097 |
| | sbogart@reinhartlaw.com |
| Karl S. Lytz | shansen@reinhartlaw.com |
| Patrick J. Ferguson | |
| Latham & Watkins LLP | Thomas R. Gottshall |
| 505 Montgomery St., Ste. 2000 | Stephen F. McKinney |
| San Francisco, CA 94111-6538 | Haynsworth Sinkler Boyd PA |
| Telephone: (415) 391-0600 | 1201 Main Street, Suite 2200 |
| Fax: (415) 395-8095 | P.O. Box 11889 |
| Karl.Lytz@lw.com | Columbia, SC 29211-1889 |
| | Telephone: 803-779-3080 |
| **Attorneys for Defendant Georgia-Pacific LLC** | Facsimile: 803-765-1243 |
| | tgottshall@hsblawfirm.com |
| | smckinney@hsblawfirm.com |
| | **Attorneys for Defendant U.S. Paper Mills Corp.** |

# CERTIFICATE OF SERVICE

I, Sabrina Mizrachi, do hereby certify that on this 23rd day of September 2011, I caused a copy of the foregoing Motion of FRG Defendants For Leave to File Amended Counterclaims to the Seventh Amended Complaint to be served upon the following by electronic mail:

Matthew G. Adams (madams@sonnenschein.com)
Mary Rose Alexander (mary.rose.alexander@lw.com)
Timothy B. Anderson (tanderson@remleylaw.com)
Thomas A. Andreoli (tandreoli@sonnenschein.com)
Thomas Armstrong (tarmstro@vonbriesen.com)
Joseph C. Basta (jbasta@dykema.com)
Linda E. Benfield (lbenfield@foley.com)
Dennis P. Birke (db@dewittross.com)
Garrett L. Boehm, Jr. (boehmg@jbltd.com)
Steven P. Bogart (sbogart@reinhartlaw.com)
James E. Braza (jbraza@dkattorneys.com)
Michael P. Carlton (mcarlton@vonbriesen.com)
John F. Cermak, Jr. (jcermak@bakerlaw.com)
Jan M. Conlin (jmconlin@rkmc.com)
William F. Conlon (wconlon@sidley.com)
William E. Coughlin (wcoughlin@calfee.com)
David J. Edquist (dedquist@vonbriesen.com)
Brandon J. Evans (bje@hermeslawltd.com)
S. Todd Farris (stf@ffsj.com)
Patrick Ferguson (patrick.ferguson@lw.com)
Nathan A. Fishbach (nfishbach@whdlaw.com)
Scott B. Fleming (sbf@wbb-law.com)
Arthur F. Foerster (arthur.foerster@lw.com)
David Frank (dfrank@reinhartlaw.com)
Michelle A. Gale (mgale@dykema.com)
J. Ric Gass (gass@gasswebermullins.com)
Thomas R. Gottshall (tgottshall@hsblawfirm.com)
Eric W. Ha (eha@sidley.com)
Scott W. Hansen (shansen@reinhartlaw.com)
William H. Harbeck (whh@quarles.com)
Michael L. Hermes (mlh@hermeslawltd.com)
Andrea M. Hogan (Andrea.Hogan@lw.com)
Philip C. Hunsucker (phunsucker@hgnlaw.com)
Sonja A. Inglin (singlin@bakerlaw.com)
Robin S. Jacobs (jacobs@cf-law.com)
Peter C. Karegeannes (pck@quarles.com)
Margrethe K. Kearney (margrethe.kearney@lw.com)
Paul G. Kent (pkent@andersonkent.com)

Steven C. Kohl (skohl@wnj.com)
Joshua M. Levin (joshua.levin@usdoj.gov)
Sarah C. Lindsey (slindsey@wnj.com)
Susan E. Lovern (slovern@vonbriesen.com)
Kevin J. Lyons (klyons@dkattorneys.com)
Karl S. Lytz (karl.lytz@lw.com)
Allison E. McAdam (amcadam@hgnlaw.com)
Stephen F. McKinney (smckinney@hsblawfirm.com)
Tara M. Mathison (tmathison@dkattorneys.com)
Heidi D. Melzer (hdm@hermeslawltd.com)
Elizabeth K. Miles (emiles@dkattorneys.com)
Erik Mroz (emroz@reslawgrp.com)
Frederick S. Mueller (muellerf@jbltd.com)
William J. Mulligan (wmulligan@dkattorneys.com)
Philip A. Munroe (pmunroe@direnzollc.com)
Daniel C. Murray (murrayd@jbltd.com)
Kelly Noyes (knoyes@vonbriesen.com)
Matthew R. Oakes (matthew.oakes@usdoj.gov)
Thomas R. O'Donnell (todonnell@calfee.com)
Nancy K. Peterson (nkp@quarles.com)
Ian A.J. Pitz (iapitz@michaelbest.com)
David A. Rabbino (drabbino@hgnlaw.com)
Ronald A. Ragatz (rrr@dewittross.com)
Christopher P. Riordan (criordan@vonbriesen.com)
Kathleen L. Roach (kroach@sidley.com)
Charles K. Schafer (cschafer@sidley.com)
J. Andrew Schlickman (jaschlickman@sidley.com)
Thomas R. Schrimpf (tschrimpf@hindshawlaw.com)
Megan A. Senatori (ms@dewittross.com)
M. Andrew Skwierawski (mas@ffsj.com)
Sarah A. Slack (sslack@foley.com)
Margaret R. Sobota (msobota@sidley.com)
Randall M. Stone (randall.stone@usdoj.gov)
David J. Turek (turek@gasswebermullins.com)
John M. Van Lieshout (jvanlieshout@reinhartlaw.com)
Meg E. Vergeront (mvergeront@staffordlaw.com)
James P. Walsh (jim.walsh@appleton.org)
Ted A. Warpinski (taw@ffsj.com)
Ted Waskowski (twaskowski@staffordlaw.com)
Patrick L. Wells (pwells@vonbriesen.com)
Evan B. Westerfield (evanwesterfield@sidley.com)
Russell W. Wilson (rwilson@ruderware.com)
Richard C. Yde (ryde@staffordlaw.com)
Lora L. Zimmer (lzimmer@hinshawlaw.com)
Darin P. McTee (dmcatee@cravath.com)
Ericka L. Krumrie (elk@hermeslawltd.com)

Evan R. Chesler (echesler@cravath.com)
Patrick H. Zaepfel (pz@phzlaw.com)
Paul Bargren (pbargren@foley.com)
Perry M. Rosen (perry.rosen@usdoj.gov)
Sandra C. Goldstein (sgoldstein@cravath.com)
Vanessa Lavely (vlavely@cravath.com)
Omid Nasab (onasab@cravath.com)

                                    /s/ Sabrina Mizrachi
                                    Sabrina Mizrachi