IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and NCR CORPORATION, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 08-CV-00016-WCG<br>) |
| GEORGE A. WHITING PAPER COMPANY, et al., | )<br>)<br>) |
| Defendants. | ) |

**[PROPOSED] ORDER ON MOTION OF FRG DEFENDANTS FOR LEAVE TO FILE AMENDED COUNTERCLAIMS TO SEVENTH AMENDED COMPLAINT**

The Court having read and considered the Motion of FRG Defendants for Leave to File Amended Counterclaims to Seventh Amended Complaint, and supporting Brief, filed on behalf of CBC Coating Inc., Georgia Pacific Consumer Products LP (p/k/a Fort James Operating Company), Fort James Corporation, Georgia-Pacific LLC, P.H. Glatfelter Company, U.S. Paper Mills Corp., and WTM I Company (hereinafter, "FRG Defendants"),

IT IS HEREBY ORDERED that the Motion of FRG Defendants for Leave to File Amended Counterclaims to Seventh Amended Complaint is granted.

It is so ordered.

Dated: _____, 2011     _____
William C. Griesbach
United States District Court Judge