# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| APPLETON PAPERS, INC., et al., | ) |
|       *Plaintiff(s),* | ) |
| | ) |
| v. | )   Case No. 08-C-16 |
| | ) |
| GEORGE A. WHITING PAPER COMPANY, et al., | ) |
|       *Defendant(s).* | ) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the following proceeding has been scheduled as indicated below:

Type of Proceeding: **TELEPHONE CONFERENCE ON NCR'S 7(h) MOTION TO COMPEL DIRECTED TO WTM I COMPANY**

*Instructions to Counsel:* Counsel who wish to participate by telephone may call in to 1-888-273-3658, using Access Code 4416978, and Security Code 1234. **Please be sure to call in prior to the time that the hearing is scheduled to begin so that there is no disruption to the court proceeding.**

The Clerk has been notified of the following appearances: Darin Mcatee, Vanessa Lavely, Ronald Ragatz, Nancy Peterson, Jeff Davis, Mike Cohen, Ed Cohen and/or Wayne Karball. If additional counsel wish to make an appearance they must notify the Clerk by Thursday, September 29, 2011 by 4:00 p.m.

| *Hearing to be held at:* | *Date and Time Scheduled:*<br><br>**September 30, 2011**<br>**10:00 a.m.** |
|---|---|

Dated: September 28, 2011            WILLIAM C. GRIESBACH
                                         United States District Judge

                                           s/Cheryl A. Veazie
                                           Deputy Clerk
                                           (920)884-3720

cc:     All Counsel via CM/ECF