# EXHIBIT A



SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, D.C.

kroach@sidley.com
(312) 853-7861

FOUNDED 1866

April 10, 2009

**VIA E-MAIL**

Karl S. Lytz
Latham & Watkins LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538

Re: <u>Appleton Papers Inc. v. George A. Whiting</u>

Dear Karl:

We are in receipt of your letter of April 7. As we have previously advised you, we do not believe NCR has any legal right to, interest in, or obligations with respect to documents in the possession or control of Wiggins Teape, which is as you know a third party completely unrelated to NCR. As discussed in our letter of April 1, we are not aware of any contractual provision in any license agreement or otherwise giving NCR ongoing access to Wiggins Teape documents, much less any right to issue litigation holds, take measures to preserve documents, or confirm that such measures have been taken.

To the extent you are aware of any basis for asserting that NCR has legal rights to or obligations with respect to Wiggins Teape documents – other than your previously made and unsupported speculation that there may be a contractual provision that gives NCR a right to access such documents – please let us know. Otherwise, please be advised that we reject your efforts to place upon us legal obligations we do not have with respect to these documents, and we are in no position to provide the confirmation you request.

Finally, I would note that you appear to be equally, if not better, situated to make a request on Wiggins Teape to preserve documents, as you either have issued subpoenas to this entity or have the ability to do so, and you apparently have contacts at Wiggins Teape (based upon the "report" you reference having received about its impending move) whom you could approach directly.

Very truly yours,

Kathleen L. Roach

KLR/hc

cc: Michael L. Hermes

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships