# EXHIBIT E

Case 2:08-cv-00016-WCG   Filed 10/03/11   Page 1 of 6   Document 1194-5

1　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　EASTERN DISTRICT OF WISCONSIN
2　- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

3　GEORGIA-PACIFIC LLC and
　UNITED STATES OF AMERICA,
4
　　　　　　　　Petitioners,
5
　　　　　　vs.　　　　　　　　　Case No. 10-MC-22
6
　NCR CORPORATION and
7　FRED T. HEINRITZ,
8
　　　　　　　　Respondents.

9　- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

10

11
　　　　　Video Deposition of FRED T. HEINRITZ
12
　　　　　　　Tuesday, June 22nd, 2010
13

14　　　　　　　　　9:01 a.m.

15　　　　　　　　　　at

16　　　　　　　COPPER LEAF HOTEL
　　　　　　　300 West College Avenue
17　　　　　　　Appleton, Wisconsin

18

19

20

21

22

23

24　　　　Reported by Kealoha A. Schupp, RPR

25



WWW.GRAMANNREPORTING.COM · 414.272.7878　**GRAMANN**
Innovation · Expertise · Integrity　　REPORTING

Case 2:08-cv-00016-WCG　Filed 10/03/11　Page 2 of 6　Document 1194-5

1 A Yes.
2 Q -- "Agreement"?
3 A Yes.
4 Q Do you -- do you recall any kind of discussions --
5 A No.
6 Q -- about a process --
7 A No, I do not.
8 Q -- development agreement?
9 A No.
10 Q Do you recall there being some sort of discussions
11 with Wiggins Teape that would make the board of
12 directors of Appleton uneasy because of relations
13 with National Cash?
14 A No.
15 Q If we can direct your attention, Mr. Heinritz, back
16 to Deposition Exhibit 2, which is your affidavit.
17 A Okay.
18 Q Do -- did you meet with counsel in connection with
19 preparing this?
20 A Yes.
21 Q Okay. Where did you meet?
22 A We met at Appleton Papers -- in connection with this
23 we met at my home.
24 Q All right. And the reason why I was asking is
25 because I, for some reason, had the belief that you

1 winter in Florida; am I accurate on that?
2 A For a while, yes.
3 Q Okay. So you were back at this point in time?
4 A Yes.
5 Q Were you shown any documents in connection with
6 preparing this affidavit --
7 A Yes.
8 Q -- other than -- other than the one that's attached?
9 A Yes.
10 Q You were shown other documents?
11 A Yes.
12 MS. CONLIN: Okay. I'd request those, if
13 he was -- if the witness was shown those for
14 refreshing recollection, then we're entitled to
15 identification.
16 BY MS. CONLIN:
17 Q Now, if you can turn to the letter which is attached
18 to this affidavit --
19 A Yes.
20 Q -- which is a letter which is dated May 19th, 1965
21 from you to a Mr. A.E. Burroughs and addressed "Dear
22 Sam." Do you see that?
23 A Yes.
24 Q Okay. And it's referencing a letter that was sent by
25 Mr. Burroughs on May 13th regarding repulping of NCR

1 CB broke; do you see that?
2 A Yes.
3 Q Does that refresh your recollection at all that there
4 were discussions between Wiggins Teape and Appleton
5 regarding CB broke?
6 A No.
7 Q Where would you have gotten the information that is
8 contained in this letter?
9 MR. WESTERFIELD: Objection, lack of
10 foundation.
11 THE WITNESS: I have a lot of -- a lot of
12 reservations about the whole letter, so I -- I'm not
13 going to -- I have no idea where the letter came from
14 or what happened.
15 BY MS. CONLIN:
16 Q What are your reservations about the letter, sir?
17 A Well, it's not a -- it's not a letter that I wrote.
18 There's a note on the top that it's a copy. It's not
19 on our letterhead.
20 Down at the bottom it is marked
21 "signed" in parentheses. That would not be on the
22 letter. There's a word misspelled in there, which is
23 an English spelling instead of --
24 Q Which one's that, sir?
25 A "Favourably." That's not the way it would have come

1 out of my office.
2 Q Hold on. Let me just see where you're at.
3 A Second to last --
4 Q Oh, "This compares favourably" --
5 A Yes.
6 Q -- "with other" --
7 A That's not --
8 Q -- "white" -- okay.
9 A That's not -- that's not a spelling that would have
10 come out of my office. If it -- if my secretary
11 would have written it that way, I would have
12 corrected it before the letter went out, and I
13 don't -- I just don't think the letter is authentic.
14 Q Did you -- so let me just back up and pare this down.
15 Do you see at the bottom it's got
16 "F.T. Heinritz" at the bottom with a period?
17 A Yes.
18 Q Do you remember who your secretary was at the time?
19 A No.
20 Q Who -- well, do you recall your secretaries at any
21 point in time?
22 A We had a gal named Edy. She did most of our work.
23 Q And what was Edy's last name?
24 A I don't know.
25 Q Can't remember?

1 A No.
2 Q Anyone else that you can remember?
3 A No.
4 Q Okay. Now, when letters were prepared at Appleton,
5 there would be a copy that was sent to the addressee,
6 correct?
7 A The original would have been sent.
8 Q Right. And then there would be a copy that you would
9 maintain for your files at Appleton, correct?
10 A Yes.
11 Q Okay. At that point in time were you using carbon
12 copy?
13 A I don't know.
14 Q Okay. You don't recall -- I mean, Xerox copiers were
15 a bit later in time, if that helps you?
16 A Yeah.
17 Q So do you recall having carbon copies, though, that
18 would be placed in files?
19 A Well, in 1965 it would have been carbonless paper I'm
20 sure.
21 Q Okay. And would you keep a file copy that -- well,
22 you would send the actual signed copy out; is that
23 right?
24 A Yes.
25 Q Okay. And you would keep a -- retain a copy for your

1 files that would not necessarily be signed, right?
2 A Yes.
3 Q And the secretary would indicate that you had signed
4 it, though, on the carbonless --
5    MR. WESTERFIELD: Objection, lack of
6 foundation.
7    BY MS. CONLIN:
8 Q -- copy, right?
9 A I don't know.
10 Q You don't know?
11 A No.
12 Q Okay. Now, in the first paragraph of this it says:
13 "I have your letter of May 13th regarding re-pulping
14 of NCR broke." Do you see that?
15 A Yes.
16 Q And it says (as read): "Several different mills have
17 limited quantities of our CB broke over the years,
18 including Bergstrom Paper Company." Do you see that?
19 A Yes.
20 Q And that's consistent with your testimony earlier
21 today, correct?
22 A Yes.
23 Q You recall broke going to Bergstrom Paper, right?
24 A Yes.
25 Q And then it says: "Neenah, Wisconsin and Allied

1 Paper Company, Kalamazoo, Michigan." Do you see
2 that?
3 A Yes.
4 Q Okay. So at least one of the three companies, as you
5 sit here today, you remember selling broke to,
6 correct?
7 A I told you that it went to Bergstrom. I don't -- I
8 didn't recall going to Kalamazoo.
9 Q Okay. So Bergstrom Paper Company is in Neenah,
10 Wisconsin?
11 A Yes.
12 Q Okay. So the only one that you don't recall is the
13 Allied Paper Company in Kalamazoo, Michigan?
14 A Yes.
15 Q Okay. If you were going to obtain information
16 regarding where CB broke was sold to, who at Appleton
17 would you have contacted at the time?
18    MR. WESTERFIELD: Objection, calls for
19 speculation.
20    THE WITNESS: I don't know. I don't know.
21    BY MS. CONLIN:
22 Q You don't know who you'd ask?
23 A Who -- repeat your question.
24 Q Sure. If in 1965 you were trying to find out where
25 NCR CB broke was sold into, who would you contact at

1 your company?
2 A That's a question I can't answer.
3 Q Can you think of names that you --
4 A No.
5 Q -- might want to go --
6 A No.
7 Q -- ask?
8 A No.
9 Q What about would you have gone to U.S. Supply, Paper
10 Supply?
11 A Well, you're speculating. You're asking me if I
12 wanted to know. I don't know.
13 Q Well, and that's what I'm trying to do, sir --
14 A You're just --
15 Q -- I'm trying to see if I can --
16 A That's just speculation. I won't answer that.
17 Q Well, what I'm trying to do, sir, with all due
18 respect, is refresh your recollection. I'm not
19 trying to put words in your mouth. I'm just trying
20 to find out --
21 A You're talking about 45 years ago.
22 Q I understand.
23 A I'm not going -- I'm not going to speculate on what I
24 recall. Then it would be speculation on my part. So
25 I'm not going to answer that.

Case 2:08-cv-00016-WCG   Filed 10/03/11   Page 4 of 6   Document 1194-5

1 Q You learned about that after the fact?
2 A Yeah.
3    MS. CONLIN: No further questions.
4    MR. WESTERFIELD: Mr. Heinritz, I've got
5 just a few.
6    THE WITNESS: Sure.
7    EXAMINATION
8    BY MR. WESTERFIELD:
9 Q Do you recall ever learning that NCR broke from
10 Appleton Coated was shipped to Allied Paper in
11 Kalamazoo?
12 A No.
13 Q Do you recall ever learning that NCR broke from
14 Appleton Coated was shipped to Kimberly-Clark in
15 Ohio?
16 A No.
17 Q Do you recall ever learning that NCR broke was ever
18 shipped to any paper mills along the Kalamazoo?
19 A No, I do not.
20 Q Let me ask you a question about Exhibit 2.
21    The letter that's attached to the back
22 of Exhibit 2 --
23 A Yes.
24 Q -- is it possible that this document is the copy that
25 was retained by your office of another copy that was

1 sent to Wiggins Teape?
2 A This would not be in the form of a copy we would have
3 in our file. It's not a copy that we produced.
4 Q Okay.
5 A It's not even a copy of anything we wrote, because
6 there's too many discrepancies in it.
7 Q And a little while ago Ms. Ford asked you about the
8 Appleton Coated companies, and if I understand, she
9 was -- and I understand you understood that she was
10 speaking of Appleton Coated Paper Company, Appleton
11 Papers, Inc. and the Appleton Papers division of NCR
12 Corp. Is that what you understood?
13 A Yes.
14    MR. WESTERFIELD: I don't have anything
15 further.
16    MS. CONLIN: I have a couple follow-up.
17    EXAMINATION
18    BY MS. CONLIN:
19 Q You don't have any reason to dispute whether NCR
20 broke was sold into mills in the Kalamazoo region,
21 correct, sir?
22 A That's speculation. I won't -- I have no
23 information.
24 Q You have no information one way or another, right,
25 sir?

1 A I have no information.
2 Q Okay. One way or the other?
3 A That's your words, not mine.
4 Q Well, that's --
5 A I'm not going to answer.
6 Q Well, here's --
7 A I won't answer, okay? That's just speculation, and I
8 don't go along with that. I will not say any more.
9 That's it. Forget it.
10 Q And what I'm trying --
11 A Forget it.
12 Q What I'm trying to nail down, sir, is that when
13 Mr. Westerfield just asked you the questions about
14 you not recalling whether the NCR paper was sold to
15 Allied or Kimberly-Clark, what I'm trying to find out
16 is, you don't have any reason to know whether it was
17 sold or wasn't sold, right, sir?
18 A I have no information.
19 Q Okay. Now, finally, he asked you about the Exhibit 2
20 file copy; do you recall that?
21 A Yes.
22 Q Okay. Did I mishear you earlier, sir, or did you say
23 you weren't sure how the file copies were kept, that
24 that was something that your assistant did?
25 A I don't understand your question because I -- this is

1 not a copy of a file -- of a letter that I wrote.
2 It's a reproduction or it's a misinterpretation or
3 maybe it was just made up. I don't know. It's got
4 too many things wrong with it.
5 Q My question --
6 A It's not a copy of a letter I wrote.
7 Q Okay. My question was a little different, sir.
8    You don't have any recollection today
9 how file copies of letters that were sent by you were
10 maintained by your secretary, correct?
11 A They were maintained in our file with the original
12 from the person that wrote to me. This letter --
13 Q Let me -- hold -- let me just -- let me follow-up on
14 that.
15    I'm asking about letters that went out
16 from you.
17 A Yes.
18 Q All right? You don't recall, as you sit here today,
19 what those file copies -- or how they were
20 maintained, correct, sir?
21 A Well, they were maintained in a file by my secretary
22 just like any other correspondence.
23 Q Okay. I -- and you previously testified you didn't
24 know whether those would be Xerox or carbonless
25 paper, right?

Case 2:08-cv-00016-WCG   Filed 10/03/11   Page 5 of 6   Document 1194-5

Video Deposition of FRED T. HEINRITZ, 6/22/10      Page 106

1 A Well, I would -- in 1965 they would have been

2 carbonless.

3 Q Okay. Do you know if your secretary maintained a

4 physically signed copy? In other words, if you

5 signed it, Fred T. Heinritz, would the Fred T.

6 Heinritz be in the file copy?

7 A I don't know.

8     MS. CONLIN: Okay. I have no further

9 questions.

10     MR. WESTERFIELD: Renita, anything more?

11     MS. FORD: No. I -- I don't -- not right

12 now, no. No.

13     MR. WESTERFIELD: Okay. I guess we're

14 done.

15     MS. CONLIN: Do you want to take a break,

16 Renita, and talk with your colleagues before we

17 adjourn, or are you okay?

18     MS. FORD: I think we're okay.

19     MR. WESTERFIELD: So we'll read it.

20     VIDEOGRAPHER: Going off the record at

21 12:11. End of deposition DVD 3 of 3. Microphones

22 are off.

23     * * * *

24     (Deposition concluded at 12:11 p.m.)

25

---

Video Deposition of FRED T. HEINRITZ, 6/22/10      Page 107

1     STATE OF WISCONSIN )
                     ) SS:

2     MILWAUKEE COUNTY )

3

4          I, Kealoha A. Schupp, RPR and Notary

5 Public in and for the State of Wisconsin, do hereby

6 certify that the preceding deposition was recorded by

7 me and reduced to writing under my personal

8 direction.

9          I further certify that said deposition

10 was taken at the COPPER LEAF HOTEL, 300 West College

11 Avenue, Appleton, Wisconsin, on the 22nd day of June,

12 2010, commencing at 9:01 a.m.

13          I further certify that I am not a

14 relative or employee or attorney or counsel of any of

15 the parties, or a relative or employee of such

16 attorney or counsel, or financially interested

17 directly or indirectly in this action.

18          In witness whereof, I have hereunto

19 set my hand and affixed my seal of office on this

20 27th day of June, 2010.

21

22

                  _____
                  Kealoha A. Schupp, RPR

23                   Notary Public

24 My commission expires January 29th, 2012.

25

---

Video Deposition of FRED T. HEINRITZ, 6/22/10      Page 108

1 STATE OF _____ )
                         ) SS.

2 COUNTY OF _____ )

3

4          I, FRED T. HEINRITZ, do hereby certify

5 that I have read the foregoing transcript of

6 proceedings taken on the 22nd day of June, 2010, at

7 the COPPER LEAF HOTEL, 300 West College Avenue,

8 Appleton, Wisconsin, and the same is true and correct

9 except for the list of corrections, if any, noted on

10 the annexed errata sheet.

11

12      Dated at _____, _____,
                  (city)        (state)

13 this _____ day of _____, 2010.

14

15

16               _____
                  FRED T. HEINRITZ

17

18

19

20

21

22

23

24

25

Case 2:08-cv-00016-WCG   Filed 10/03/11   Page 6 of 6   Document 1194-5