# EXHIBIT F

## AFFIDAVIT OF FRED T. HEINRITZ

STATE OF WISCONSIN     )
                             )    ss

COUNTY OF OUTAGAMIE    )

I, Fred T. Heinritz, resident of Appleton, Wisconsin, first being duly sworn upon oath, state as follows:

I am currently 86 years old. I began work at the Appleton Coated Paper Company in 1947. I worked as the Purchasing Manager at Appleton Coated Paper Co. from approximately 1956 to 1966. I retired from Appleton Papers Inc. in 1987.

I have looked at the attached document, identified by Bates label BCFOX00007067. I do not recall writing this letter. The way the letter is signed is not how I usually signed letters. I do not recall anyone at Wiggins Teape named "Sam" or "Burroughs."

I do not recall learning that NCR Paper broke was shipped to Allied Paper or Kimberly Clark in the 1950s or 1960s. I did know at that time that NCR Paper broke was being purchased by Bergstrom. I do not recall any other places where NCR Paper broke was shipped.

At my deposition in January 2009, I explained all that I remember about what happened to NCR Paper broke generated at Appleton Paper Company.

_Fred T. Heinritz_
Fred T. Heinritz

Subscribed and sworn to before me this 26th day of March, 2010.

_Jason Scherrer_
Notary Public State of Wisconsin
My Commission Expires: 8/12/2012

NOTARY PUBLIC
JASON SCHERRER
STATE OF WISCONSIN

C O P Y.

APPLETON COATED PAPER COMPANY, 825 EAST WISCONSIN AVENUE, APPLETON.

Airmail.                                    May 19, 1965.

Mr. A.E. Burroughs,
Wiggins Teape Research & Development Ltd.,
London S.E.1. (England).

Dear Sam,

I have your letter of May 13 regarding repulping the NCR CB Broke.
Several different mills have used limited quantities of our CB Broke
over the years, including Bergstrom Paper Company, Neenah, Wisconsin
and Allied Paper Company, Kalamazoo, Michigan.   At present we believe
that the Kimberly-Clark Company, Moraine Mill in West Carrolton, Ohio
is using the bulk of the CB Broke, and is repulping it very successfully.
All of our waste papers are sold through dealers, and, therefore, it is
possible that someone else would be getting some of this that we would
not be aware of.

We actually know very little about the processes used in reclaiming
the CB Broke, however, we do not know that it is done by a conventional
de-inking process.   The Moraine Mill has a batch process and we believe
they have developed some special handling means which enable them to
easily remove the CB coating.   Confidentially, we can tell you that we
receive £ 75.00 per ton for this waste, which is quite high in relation
to other waste papers we sell.   This compares favourably with other
white waste papers we sell and, therefore, they must be removing the
coating in a rather simple manner.

It was certainly nice to hear from you, Sam.   If we can be of help on
anything else, please let us know.

                    Yours very truly,

                        (signed)   Bud.

                    Appleton Coated Paper Co.

FTHoinrits.

BCFOX00007067