IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS INC. and
NCR CORPORATION,

        Plaintiffs,

      v.                                    No. 08-CV-16-WCG

GEORGE A. WHITING PAPER
COMPANY, *et al.*,

        Defendants.

## DECLARATION OF RONALD RAGATZ

I, Ronald Ragatz, declare as follows:

1.    I am an attorney licensed to practice law in the State of Wisconsin and the United States District Court for the Eastern District of Wisconsin and am a member of the Madison, Wisconsin law firm of DeWitt Ross & Stevens S.C., co-counsel for Plaintiff Appleton Papers Inc. ("API"), in this action.

2.    I have reviewed the Declaration of Karl S. Lytz, Dkt. #1173, including the statement at ¶ 45 that "API's counsel at DeWitt, Ronald Ragatz, authorized AWFPL to destroy the microfiche BC Documents."

3.    I did not authorize Arjo Wiggins Fine Papers Ltd. ("AWFPL" or "Fine Papers") to destroy microfilm or microfiche or any other documents.

4.    I have never had any communications with Fine Papers.

5.    I never had any communications with anyone at the shipping company which shipped the crate of microfilm and microfiche to Fine Papers or with Advantage Worldwide Co., which stored the crate in the UK.

6. To my knowledge, the communications by staff at DeWitt advised Advantage Worldwide Co., UK, to follow the direction of the owner of the crate, Fine Papers.

I declare under the penalty of perjury under the laws of the United States and the State of Wisconsin that the foregoing is true and correct.

Executed at Madison, Wisconsin on October 3, 2011.

/s/ Ronald R. Ragatz
Ronald R. Ragatz