**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

APPLETON PAPERS INC. and
NCR CORPORATION,

       Plaintiffs,

       v.                     No. 08-CV-00016-WCG

GEORGE A. WHITING PAPER COMPANY, et al.,

       Defendants.

NCR CORPORATION,

       Plaintiff,

       v.                     No. 08-CV-0895-WCG

KIMBERLY CLARK CORPORATION, et al.,

       Defendants.

## **NOTICE OF APPEARANCE**

       PLEASE TAKE NOTICE that Gregory A. Krauss of Gregory A. Krauss PLLC appears for Appleton Papers Inc. in this action. Please serve all further pleadings, correspondence, and other papers on the undersigned at the address stated below. Please direct all ECF notices to Attorney Krauss at gkrauss@krausspllc.com.

       Dated: October 5, 2011

                                         <u>s/ Gregory A. Krauss</u>
                                         Gregory A. Krauss
                                         Gregory A. Krauss PLLC
                                         1629 K St. NW
                                         Suite 300
                                         Washington, DC 20006
                                         (202)355-6430
                                         gkrauss@krausspllc.com