IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | | |
|---|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION, | )<br>)<br>) | |
| Plaintiffs, | ) | |
| v. | )<br>) | No. 08-CV-16-WCG |
| GEORGE A. WHITING PAPER COMPANY,<br>ET AL., | )<br>) | |
| Defendants. | ) | |
| NCR CORPORATION, | )<br>) | |
| Plaintiff, | ) | |
| v. | )<br>) | No. 08-CV-0895-WCG |
| KIMBERLY-CLARK CORPORATION,<br>ET AL., | )<br>) | |
| Defendants. | ) | |

**DECLARATION OF DARIN P. MCATEE IN SUPPORT OF
PLAINTIFF NCR CORPORATION'S OCTOBER 11, 2011, CIVIL LOCAL RULE 7(h)
UNOPPOSED EXPEDITED NON-DISPOSITIVE MOTION**

I, Darin P. McAtee, declare as follows:

1. I am one of the attorneys for Plaintiff NCR Corporation ("NCR") and I make this declaration on its behalf, being duly authorized to do so. This declaration is made upon personal information, and in support of NCR's Civil Local Rule 7(h) Expedited Unopposed Non-Dispositive Motion for an Order Extending the Court's May 2, 2011, Protective Order to Non-Party Confidential Insurance Information.

2. NCR, Plaintiff Appleton Papers Inc. and Defendants Georgia-Pacific Consumer Products LP (f/k/a Fort James Operating Company), Fort James Corporation, and Georgia-Pacific LLC, P.H. Glatfelter Company, WTM I Company, CBC Coating, Inc., have agreed to the entry of a Stipulated Extension of Protective Order. None of these parties objects to entry of the Stipulated Extension of Protective Order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 11, 2011

                                                          /s/ Darin P. McAtee
                                                            Darin P. McAtee