# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | | |
|---|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION, | )<br>)<br>) | |
| Plaintiffs,<br>v. | )<br>)<br>) | No. 08-CV-16-WCG |
| GEORGE A. WHITING PAPER COMPANY,<br>ET AL., | )<br>)<br>) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| NCR CORPORATION, | )<br>) | |
| Plaintiff,<br>v. | )<br>)<br>) | No. 08-CV-0895-WCG |
| KIMBERLY-CLARK CORPORATION,<br>ET AL., | )<br>)<br>) | |
| Defendants. | ) | |

### NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)

PLEASE TAKE NOTICE that, pursuant to Rules 30(b)(6) of the Federal Rules of Civil Procedure, counsel for Plaintiff NCR Corporation ("NCR") will take the deposition upon oral examination of Paul Montney of Defendant Georgia-Pacific Consumer Products LP, Georgia-Pacific LLC, Fort James Operating Company and Fort James Corporation (collectively, "Georgia-Pacific"[1]), as to the topics listed in Schedule A, annexed hereto.

The deposition will commence on October 26, 2011, at 9:00 a.m. at the offices of Latham & Watkins LLP, One Newark Center, 16th Floor, Newark, New Jersey 07101, before a

---

[1] "Georgia-Pacific" includes all entities referenced in Definition No. 7 of Plaintiff NCR Corporation's Interrogatories and Requests for the Production of Documents to Georgia-Pacific, dated April 4, 2011.

1

person duly authorized to administer oaths. The deposition will be videotaped and transcribed by stenographic means.

All parties are invited to attend and to participate if so desired.

Dated: September 29, 2011

Respectfully Submitted,

NCR CORPORATION

/s/ Evan B. Westerfield
*Counsel for NCR Corporation*

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
Sandra C. Goldstein
Darin P. McAtee
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700


SIDLEY AUSTIN LLP
Kathleen L. Roach
Evan B. Westerfield
One South Dearborn Street
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 853-7036
evanwesterfield@sidley.com

MARTEN LAW PLLC
Linda R. Larson
Bradley M. Marten
1191 Second Avenue, Suite 2200
Seattle, Washington 98101
Phone: (206) 292-2600
Fax: (206) 292-2601

## SCHEDULE A

1.  The $37,114,163.66 in costs claimed by GP, which were purportedly incurred and paid by GP under the November 2007 cleanup order issued by EPA (described as "106 Order Response Costs" in the Montney Declaration, No. 08-cv-16, Dkt. #900), including but not limited to the nature of the work or activities for which these costs were spent; the persons who were involved with the work or activities; the dates of the work or activities; the reasons why the work or activities were performed; and the documentation of these costs, the work or activities.

2.  The $5,228,900.28 in costs claimed by GP, which were purportedly incurred and paid by GP under the 2004 order issued by EPA (described as "Design Order Response Costs" in the Montney Declaration, No. 08-cv-16, Dkt. #Dkt. 900), including but not limited to the nature of the work or activities for which these costs were spent; the persons who were involved with the work or activities; the dates of the work or activities; the reasons why the work or activities were performed; and the documentation of these costs, the work or activities.

3.  The $8,213,962.29 in costs claimed by GP, which were purportedly incurred and paid by GP in completing the second phase of the SMU 56/57 dredging project (as described in the Montney Declaration, No. 08-cv-16, Dkt. #900), including but not limited to the nature of the work or activities for which these costs were spent; the persons who were involved with the work or activities; the dates of the work or activities; the reasons why the work or activities were performed; and the documentation of these costs, the work or activities.

4.  The $215,780.98 in costs claimed by GP, which were purportedly incurred and paid by GP for initial investigation, assessment and monitoring costs (as described in the Montney Declaration, No. 08-cv-16, Dkt. #900), including but not limited to the nature of the work or activities for which these costs were spent; the persons who were involved with the work

or activities; the dates of the work or activities; the reasons why the work or activities were performed; and the documentation of these costs, the work or activities.

5. The $13,126,370.62 in costs claimed by GP, which were purportedly incurred and paid for by GP for natural resource damages (as described in the Montney Declaration, No. 08-cv-16, Dkt. #900), including but not limited to the nature of the work, activities, or property transactions, for which these costs were spent; the persons who involved with the work, property transactions, or activities; the dates of the work, activities, or property transaction; the reasons why the work, activities, or property transactions were performed; and the documentation of these costs, work, activities or property transactions.

6. The $19,653,877.00 in costs claimed by GP, which were purportedly incurred and paid for by GP as part of the Fox River Group activities, including but not limited to the nature of the work or activities for which these costs were spent; the persons who were involved with the work or activities; the dates of the work or activities; the reasons why the work or activities were performed; the manner in which interest was calculated on these costs; and the documentation of these costs, the work or activities.

7. The $7,000,000.00 in costs claimed by GP, which were purportedly incurred and paid for by GP under the Consent Decree approved by the Court on April 4, 2011 (No. 08-cv-16, Dkt. #2-1; Dkt. #130).

8. Any other costs that GP is seeking or may seek to recover to recover in the above-captioned action.

4

# CERTIFICATE OF SERVICE

I, Margaret Sobota, an attorney, hereby certify that on September 29, 2011, I caused a copy of the foregoing Notice of Deposition to be served on the following counsel by electronic mail:

Philip Munroe at DiRenzo & Bomier LLC, pmunroe@direnzollc.com; Scott Fleming at Weiss Berzowski Brady LLP, sbf@wbb-law.com; David Mandelbaum at Greenberg Traurig, LLP, mandelbaumd@gtlaw.com; Marc Davies at Greenberg Traurig, LLP, daviesm@gtlaw.com; Sabrina Mizrachi at Greenberg Traurig, LLP, mizrachis@gtlaw.com; Monique Mooney at Greenberg Traurig, LLP, mooneym@gtlaw.com; Caleb Holmes at Greenberg Traurig, LLP, holmesc@gtlaw.com; Adam Silverman at Greenberg Traurig, LLP, silvermana@gtlaw.com; Philip Hunsucker at Hunsucker Goodstein & Nelson PC, phunsucker@hgnlaw.com; David Rabbino at Hunsucker Goodstein & Nelson PC, drabbino@hgnlaw.com; Allison McAdam at Hunsucker Goodstein & Nelson PC, amcadam@hgnlaw.com; David Edquist at von Briesen & Roper, s.c., dedquist@vonbriesen.com; Christopher Riordan at von Briesen & Roper, s.c., criordan@vonbriesen.com; Patrick Wells at von Briesen & Roper, s.c., pwells@vonbriesen.com; Russell Wilson at Ruder Ware, rwilson@ruderware.com; Linda Benfield at Foley & Lardner LLP, lbenfield@foley.com; Sarah Slack at Foley & Lardner LLP, sslack@foley.com; Paul Bargren at Foley & Lardner LLP, pbargren@foley.com; Howard Iwrey at Dykema Gossett PLLC, hiwrey@dykema.com; Joseph Basta at Dykema Gossett PLLC, jbasta@dykema.com; Daniel Murray at Johnson & Bell, Ltd., murrayd@jbltd.com; Garrett Boehm, Jr. at Johnson & Bell, Ltd., boehmg@jbltd.com; Frederick Mueller at Johnson & Bell, Ltd., muellerf@jbltd.com; John Cermak, Jr. at Baker & Hostetler LLP, jcermak@bakerlaw.com; Sonja Inglin at Baker & Hostetler LLP, singlin@bakerlaw.com; Timothy Anderson at Remley & Sensenbrenner, S.C., tanderson@remleylaw.com; Thomas O'Donnell at Calfee Halter & Griswold LLP,

todonnell@calfee.com; William Coughlin at Calfee Halter & Griswold LLP, wcoughlin@calfee.com; Ted Waskowski at Stafford Rosenbaum LLP, twaskowski@staffordlaw.com; Richard Yde at Stafford Rosenbaum LLP, ryde@staffordlaw.com; Meg Vergeront at Stafford Rosenbaum LLP, mvergeront@staffordlaw.com; Paul Kent at Anderson & Kent, S.C., pkent@staffordlaw.com; James P. Walsh at the Appleton City Attorney's Office, jim.walsh@appleton.org; Lora L. Zimmer at Hinshaw & Culbertson LLP, lzimmer@hinshawlaw.com; William Mulligan at Davis & Kuelthau, s.c., wmulligan@dkattorneys.com; Kevin Lyons at Davis & Kuelthau, s.c., klyons@dkattorneys.com; Tara Mathison at Davis & Kuelthau, s.c., tmathison@dkattorneys.com; Elizabeth Miles at Davis & Kuelthau, s.c., emiles@dkattorneys.com; Thomas Schrimpf at Hinshaw & Culbertson LLP, tschrimpf@hinshawlaw.com; Ian Pitz at Michael Best & Friedrich, LLP, iapitz@michaelbest.com; Anthony S. Wachewicz, III at City of Green Bay, tonywa@ci.green-bay.wi.us; Ted Warpinski at Friebert, Finerty & St. John, S.C., taw@ffsj.com; S. Todd Farris at Friebert, Finerty & St. John, S.C., stf@ffsj.com; M. Andrew Skwierawski at Friebert, Finerty & St. John, S.C., mas@ffsj.com; Scott Hansen at Reinhart Boerner Van Deuren s.c., shansen@reinhartlaw.com; Steven Bogart at Reinhart Boerner Van Deuren s.c., sbogart@reinhartlaw.com; John Van Lieshout at Reinhart Boerner Van Deuren s.c., jvanlieshout@reinhartlaw.com; David Frank at Reinhart Boerner Van Deuren s.c., dfrank@reinhartlaw.com; Thomas Gottshall at Haynsworth Sinkler Boyd, P.A., tgottshall@hsblawfirm.com; Stephen McKinney at Haynsworth Sinkler Boyd, P.A., smckinney@hsblawfirm.com; William Harbeck at Quarles & Brady LLP, william.harbeck@quarles.com; Nancy Peterson at Quarles & Brady LLP,

6

nancy.peterson@quarles.com; Peter Karegeannes at Quarles & Brady LLP, peter.karegeannes@quarles.com; Susan Lovern at von Briesen & Roper, s.c., slovern@vonbriesen.com; Thomas Armstrong at von Briesen & Roper, s.c., tarmstro@vonbriesen.com; Michael P. Carlton at von Briesen & Roper, s.c., mcarlton@vonbriesen.com; Kelly Noyes at von Briesen & Roper, s.c., knoyes@vonbriesen.com; Arthur Foerster at Latham & Watkins LLP, Arthur.Foerster@lw.com; Margrethe Kearney at Latham & Watkins LLP, Margrethe.Kearney@lw.com; Mary Rose Alexander at Latham & Watkins LLP, Mary.Rose.Alexander@lw.com; Karl Lytz at Latham & Watkins LLP, Karl.Lytz@lw.com; Andrea Hogan at Latham & Watkins LLP, Andrea.Hogan@lw.com; Patrick J. Ferguson at Latham & Watkins LLP, Patrick.Ferguson@lw.com; Nathan Fishbach at Whyte Hirschboeck Dudek S.C., nfishbach@whdlaw.com; Jan Conlin at Robins, Kaplan, Miller & Ciresi L.L.P., jmconlin@rkmc.com; Sarah Lindsey at Warner Norcross & Judd LLP, slindsey@wnj.com; Steven Kohl at Warner Norcross & Judd LLP, skohl@wnj.com; Matthew Adams at SNR Denton, matthew.adams@snrdenton.com; James Braza at Davis & Kuelthau, s.c., jbraza@dkattorneys.com; Randall Stone at U.S. Department of Justice, randall.stone@usdoj.gov; Joshua Levin at U.S. Department of Justice, joshua.levin@usdoj.gov; Matthew R. Oakes at U.S. Department of Justice, matthew.oakes@usdoj.gov; Perry Rosen at U.S. Department of Justice, perry.rosen@usdoj.gov; Michael Hermes at Hermes Law, Ltd., mlh@hermeslawltd.com; Brandon Evans at Hermes Law, Ltd., bje@hermeslawltd.com; Ericka L. Krumrie at Hermes Law, Ltd., elk@hermeslawltd.com; Heidi D. Melzer at Hermes Law, Ltd., hdm@hermeslawltd.com; Dennis Birke at DeWitt Ross & Stevens S.C., db@dewittross.com; Ronald Ragatz at DeWitt Ross & Stevens S.C., rrr@dewittross.com; Megan Senatori at DeWitt Ross & Stevens S.C., ms@dewittross.com; J. Ric Gass at Gass Weber Mullins LLC,

gass@gasswebermullins.com David Turek at Gass Weber Mullins LLC,

turek@gasswebermullins.com.

                                                                                          /s/ Margaret Sobota

                                                                                          Margaret Sobota