IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | | |
|---|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION, | )<br>)<br>) | |
| Plaintiffs, | ) | |
| v. | ) | No. 08-CV-16-WCG |
| | ) | |
| GEORGE A. WHITING PAPER COMPANY,<br>ET AL., | )<br>) | |
| Defendants. | ) | |
| NCR CORPORATION, | )<br>) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-CV-0895-WCG |
| | ) | |
| KIMBERLY-CLARK CORPORATION,<br>ET AL., | )<br>) | |
| Defendants. | ) | |

### JOINT CIVIL L.R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION FOR MODIFICATION OF THE COURT'S APRIL 12, 2011 SCHEDULING ORDER

Plaintiffs and Certain Defendants,[1] by and through their undersigned counsel, respectfully move this Court to modify Paragraph 3 of the Court's April 12, 2011 Scheduling Order ("Scheduling Order"), concerning expert disclosure deadlines. The requested modifications will not affect the scheduled trial date. In support the modifications, Plaintiffs and Certain Defendants state as follows:

1. Paragraph 3 of the Scheduling Order requires expert disclosures on all three issues identified in Paragraph 1 of the Scheduling Order to be made no later than November 18, 2011,

---

[1] Certain Defendants, for purposes of this motion, are Georgia-Pacific Consumer Products LP (f/k/a Fort James Operating Company), Fort James Corporation, and Georgia-Pacific LLC, P.H. Glatfelter Company, U.S. Paper Mills Corporation, Menasha Corporation, WTM I Company, CBC Coating, Inc., City of Appleton, and Neenah-Menasha Sewerage Commission.

and responsive expert reports to be served by December 16, 2011. The Scheduling Order requires depositions of all experts to be completed by January 27, 2012.

2. Because of limited witness availability, certain depositions have been scheduled for dates after the November 4, 2011, fact discovery deadline set forth in the Scheduling Order. The testimony of these witnesses will be relevant to the reports being prepared by the parties' experts.

3. Accordingly, Plaintiffs and Certain Defendants respectfully request that the expert report disclosure deadlines[2] be extended in the following manner:

> a. With respect to the issues described in Paragraph 1(a) and (b) of the Scheduling Order, relating to arranger liability and insurance, Plaintiffs and Certain Defendants request that expert reports be submitted by November 25, 2011, with responsive expert reports due on December 23, 2011.
>
> b. With respect to the issue described in Paragraph 1(c) of the Scheduling Order, relating to certain costs claimed by Defendants, Plaintiffs and Certain Defendants request that expert reports be submitted by December 2, 2011, with responsive expert reports due on December 22, 2011.

4. Plaintiffs and Certain Defendants are not seeking modification of any other deadlines in the Scheduling Order, including the final pretrial and settlement conference set for February 2, 2012, and the trial date of February 21, 2012, and are not seeking this modification of the Scheduling Order for purposes of delay.

---

[2] Plaintiffs and Certain Defendants are not requesting modification of the deadline for completion of expert depositions.

2

Case 2:08-cv-00016-WCG   Filed 11/03/11   Page 2 of 7   Document 1225

Respectfully Submitted,

/s/ Evan B. Westerfield  
*Counsel for NCR Corporation*

/s/ Michael Hermes  
*Counsel for Appleton Papers Inc.*

CRAVATH, SWAINE & MOORE LLP  
Evan R. Chesler  
Sandra C. Goldstein  
Darin P. McAtee  
Worldwide Plaza  
825 Eighth Avenue  
New York, New York 10019  
Phone: (212) 474-1000  
Fax: (212) 474-3700

/s/ David Mandelbaum  
*Counsel for P.H. Glatfelter Co.*

/s/ Mary Rose Alexander  
*Counsel for the Georgia-Pacific Defendants*

/s/ William Harbeck  
*Counsel for WTM I Company*

/s/ David Rabbino  
*Counsel for Menasha Corporation*

SIDLEY AUSTIN LLP  
Kathleen L. Roach  
Evan B. Westerfield  
One South Dearborn Street  
Chicago, Illinois 60603  
Phone: (312) 853-7000  
Fax: (312) 853-7036

/s/ Steven Bogart  
*Counsel for U.S. Paper Mills Inc.*

/s/ Susan Lovern  
*Counsel for CBC Coatings Inc.*

MARTEN LAW PLLC  
Linda R. Larson  
Bradley M. Marten  
1191 Second Avenue, Suite 2200  
Seattle, Washington 98101  
Phone: (206) 292-2600  
Fax: (206) 292-2601

/s/ William Mulligan  
*Counsel for Neenah Menasha Sewerage Commission*

/s/ Ted Waskowski  
*Counsel for City of Appleton*

Dated: November 3, 2011

3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | | |
|---|---|---|
| APPLETON PAPERS INC. and <br> NCR CORPORATION, <br><br> Plaintiffs, <br> v. <br><br> GEORGE A. WHITING PAPER COMPANY, <br> ET AL., <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 08-CV-16-WCG |
| NCR CORPORATION, <br><br> Plaintiff, <br> v. <br><br> KIMBERLY-CLARK CORPORATION, <br> ET AL., <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 08-CV-0895-WCG |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2011, I electronically filed the foregoing Joint Civil L.R. 7(h) Expedited Non-Dispositive Motion for Modification of the Court's April 12, 2011 Scheduling Order using the ECF system, which will send notification of such filing to: Philip Munroe at DiRenzo & Bomier LLC, pmunroe@direnzollc.com; Scott Fleming at Weiss Berzowski Brady LLP, sbf@wbb-law.com; David Mandelbaum at Greenberg Traurig, LLP, mandelbaumd@gtlaw.com; Marc Davies at Greenberg Traurig, LLP, daviesm@gtlaw.com; Sabrina Mizrachi at Greenberg Traurig, LLP, mizrachis@gtlaw.com; Monique Mooney at Greenberg Traurig, LLP, mooneym@gtlaw.com; Caleb Holmes at Greenberg Traurig, LLP, holmesc@gtlaw.com; Adam Silverman at Greenberg Traurig, LLP, silvermana@gtlaw.com; Philip Hunsucker at Hunsucker Goodstein & Nelson PC, phunsucker@hgnlaw.com; David Rabbino at Hunsucker Goodstein & Nelson PC, drabbino@hgnlaw.com; Allison McAdam at

4

Hunsucker Goodstein & Nelson PC, amcadam@hgnlaw.com; David Edquist at von Briesen & Roper, s.c., dedquist@vonbriesen.com; Christopher Riordan at von Briesen & Roper, s.c., criordan@vonbriesen.com; Patrick Wells at von Briesen & Roper, s.c., pwells@vonbriesen.com; Russell Wilson at Ruder Ware, rwilson@ruderware.com; Linda Benfield at Foley & Lardner LLP, lbenfield@foley.com; Sarah Slack at Foley & Lardner LLP, sslack@foley.com; Paul Bargren at Foley & Lardner LLP, pbargren@foley.com; Howard Iwrey at Dykema Gossett PLLC, hiwrey@dykema.com; Joseph Basta at Dykema Gossett PLLC, jbasta@dykema.com; Daniel Murray at Johnson & Bell, Ltd., murrayd@jbltd.com; Garrett Boehm, Jr. at Johnson & Bell, Ltd., boehmg@jbltd.com; Frederick Mueller at Johnson & Bell, Ltd., muellerf@jbltd.com; John Cermak, Jr. at Baker & Hostetler LLP, jcermak@bakerlaw.com; Sonja Inglin at Baker & Hostetler LLP, singlin@bakerlaw.com; Timothy Anderson at Remley & Sensenbrenner, S.C., tanderson@remleylaw.com; Thomas O'Donnell at Calfee Halter & Griswold LLP, todonnell@calfee.com; William Coughlin at Calfee Halter & Griswold LLP, wcoughlin@calfee.com; Ted Waskowski at Stafford Rosenbaum LLP, twaskowski@staffordlaw.com; Richard Yde at Stafford Rosenbaum LLP, ryde@staffordlaw.com; Meg Vergeront at Stafford Rosenbaum LLP, mvergeront@staffordlaw.com; Paul Kent at Anderson & Kent, S.C., pkent@staffordlaw.com; James P. Walsh at the Appleton City Attorney's Office, jim.walsh@appleton.org; Lora L. Zimmer at Hinshaw & Culbertson LLP, lzimmer@hinshawlaw.com; William Mulligan at Davis & Kuelthau, s.c., wmulligan@dkattorneys.com; Kevin Lyons at Davis & Kuelthau, s.c., klyons@dkattorneys.com; Tara Mathison at Davis & Kuelthau, s.c., tmathison@dkattorneys.com; Elizabeth Miles at Davis & Kuelthau, s.c., emiles@dkattorneys.com; Thomas Schrimpf at Hinshaw & Culbertson LLP,

tschrimpf@hinshawlaw.com; Ian Pitz at Michael Best & Friedrich, LLP, iapitz@michaelbest.com; Anthony S. Wachewicz, III at City of Green Bay, tonywa@ci.green-bay.wi.us; Ted Warpinski at Friebert, Finerty & St. John, S.C., taw@ffsj.com; S. Todd Farris at Friebert, Finerty & St. John, S.C., stf@ffsj.com; M. Andrew Skwierawski at Friebert, Finerty & St. John, S.C., mas@ffsj.com; Scott Hansen at Reinhart Boerner Van Deuren s.c., shansen@reinhartlaw.com; Steven Bogart at Reinhart Boerner Van Deuren s.c., sbogart@reinhartlaw.com; John Van Lieshout at Reinhart Boerner Van Deuren s.c., jvanlieshout@reinhartlaw.com; David Frank at Reinhart Boerner Van Deuren s.c., dfrank@reinhartlaw.com; Thomas Gottshall at Haynsworth Sinkler Boyd, P.A., tgottshall@hsblawfirm.com; Stephen McKinney at Haynsworth Sinkler Boyd, P.A., smckinney@hsblawfirm.com; William Harbeck at Quarles & Brady LLP, william.harbeck@quarles.com; Nancy Peterson at Quarles & Brady LLP, nancy.peterson@quarles.com; Peter Karegeannes at Quarles & Brady LLP, peter.karegeannes@quarles.com; Susan Lovern at von Briesen & Roper, s.c., slovern@vonbriesen.com; Thomas Armstrong at von Briesen & Roper, s.c., tarmstro@vonbriesen.com; Michael P. Carlton at von Briesen & Roper, s.c., mcarlton@vonbriesen.com; Kelly Noyes at von Briesen & Roper, s.c., knoyes@vonbriesen.com; Arthur Foerster at Latham & Watkins LLP, Arthur.Foerster@law.com; Margrethe Kearney at Latham & Watkins LLP, Margrethe.Kearney@lw.com; Mary Rose Alexander at Latham & Watkins LLP, Mary.Rose.Alexander@lw.com; Karl Lytz at Latham & Watkins LLP, Karl.Lytz@lw.com; Andrea Hogan at Latham & Watkins LLP, Andrea.Hogan@lw.com; Patrick J. Ferguson at Latham & Watkins LLP, Patrick.Ferguson@lw.com; Nathan Fishbach at Whyte Hirschboeck Dudek S.C., nfishbach@whdlaw.com; Jan Conlin at Robins, Kaplan, Miller &

Ciresi L.L.P., jmconlin@rkmc.com; Sarah Lindsey at Warner Norcross & Judd LLP, slindsey@wnj.com; Steven Kohl at Warner Norcross & Judd LLP, skohl@wnj.com; Matthew Adams at SNR Denton, matthew.adams@snrdenton.com; James Braza at Davis & Kuelthau, s.c., jbraza@dkattorneys.com; Randall Stone at U.S. Department of Justice, randall.stone@usdoj.gov; Joshua Levin at U.S. Department of Justice, joshua.levin@usdoj.gov; Matthew R. Oakes at U.S. Department of Justice, matthew.oakes@usdoj.gov; Perry Rosen at U.S. Department of Justice, perry.rosen@usdoj.gov; Michael Hermes at Hermes Law, Ltd., mlh@hermeslawltd.com; Brandon Evans at Hermes Law, Ltd., bje@hermeslawltd.com; Ericka L. Krumrie at Hermes Law, Ltd., elk@hermeslawltd.com; Heidi D. Melzer at Hermes Law, Ltd., hdm@hermeslawltd.com; Dennis Birke at DeWitt Ross & Stevens S.C., db@dewittross.com; Ronald Ragatz at DeWitt Ross & Stevens S.C., rrr@dewittross.com; Megan Senatori at DeWitt Ross & Stevens S.C., ms@dewittross.com; Gregory A. Krauss at Gregory A. Krauss PLLC, gkrauss@krausspllc.com; J. Ric Gass at Gass Weber Mullins LLC, gass@gasswebermullins.com David Turek at Gass Weber Mullins LLC, turek@gasswebermullins.com.

        NCR CORPORATION

        /s/Eric W. Ha
        One of Its Attorneys