# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS, INC., et el.,

                Plaintiffs,

v.                           **Case No.**  08-CV-16
                                                     10-CV-910

GEORGE WHITING PAPER COMPANY, et al.,

                Defendants.

## HON. AARON E. GOODSTEIN, PRESIDING

**TYPE OF PROCEEDING: SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

November 10, 2011

**US PAPER MILLS**
TIME COMMENCED:     3:30 PM
TIME CONCLUDED:      4:00 PM