# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS, INC., et el.,

                Plaintiffs,

v.                                  Case No. 08-CV-16
                                                   10-CV-910

GEORGE WHITING PAPER COMPANY, et al.,

                Defendants.

## HON. AARON E. GOODSTEIN, PRESIDING

**TYPE OF PROCEEDING: SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

**DATE:** November 14, 2011

**U.S. GOVERNMENT**
TIME COMMENCED: 2:20 PM
TIME CONCLUDED: 2:50 PM

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS, INC., et el.,

                    Plaintiffs,

v.                                  Case No.  08-CV-16
                                                         10-CV-910

GEORGE WHITING PAPER COMPANY, et al.,

                    Defendants.

## HON. AARON E. GOODSTEIN, PRESIDING

**TYPE OF PROCEEDING: SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

**DATE:**      November 14, 2011

**WTM1 COMPANY**
TIME COMMENCED:    3:30 PM
TIME CONCLUDED:     3:50 PM