APPLETON PAPERS, INC., et el.,

Plaintiffs,

v.

**Case No.** 08-CV-16
10-CV-910

GEORGE WHITING PAPER COMPANY, et al.,

Defendants.

**HON. AARON E. GOODSTEIN, PRESIDING**

**TYPE OF PROCEEDING: SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

**DATE:**      November 15, 2011

**US PAPER MILLS**
TIME COMMENCED:      9:50 AM
TIME CONCLUDED:      10:05 AM