# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS, INC., et el.,

                Plaintiffs,

v.                              Case No.  08-CV-16
                                                  10-CV-910

GEORGE WHITING PAPER COMPANY, et al.,

                Defendants.

## HON. AARON E. GOODSTEIN, PRESIDING

**TYPE OF PROCEEDING: SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

DATE:      November 17, 2011

**Neenah-Menasha Sewerage Commission**
TIME COMMENCED:     9:35 AM
TIME CONCLUDED:     10:00 AM