# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS, INC., et el.,

        Plaintiffs,

v.

GEORGE WHITING PAPER COMPANY, et al.,

        Defendants.

Case No. 08-CV-16
10-CV-910

### HON. AARON E. GOODSTEIN, PRESIDING

**TYPE OF PROCEEDING: SETTLEMENT CONFERENCE** (Continuation)

DATE: **November 18, 2011**

TIME COMMENCED: <u>9:30 A.M.</u>     TIME CONCLUDED: <u>4:30 P.M.</u>

APPEARANCES: As noted, attached

COMMENT: The parties will pursue the matters discussed at the conference.

# APPEARANCES

**PROCEEDING:** SETTLEMENT CONFERENCE before HON. AARON E. GOODSTEIN

**CASE NO:** 08-CV-16 / 10-CV-910
Appleton Papers, Inc. et al., v. George Whiting Paper Company, et al.

**DATE:** November 18, 2011

**CITY OF APPLETON**
Ted Waskowski
Paul G Kent

**US PAPER MILLS**
Scott W Hansen
Guy Temple

**NEENAH-MENASHA SEWERAGE COMMISSION**
William J Mulligan
Tara M. Mathison
John E Thiel
Thomas Sarikas
Mike Gregs
Jeffrey Evans
Michael Cerjak
Noelle Karnolt, The Hartford
Monica Melchionni, The Hartford

**MENASHA CORPORATION**
Philip C Hunsucker
Thomas Bender
Michael Maher

**WTM I COMPANY**
Nancy K Peterson
Peter Karegeannes

**CBC COATING**
Mike Carlton
Susan Lovern