IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION
_____

APPLETON PAPERS INC. and
NCR CORPORATION,

        Plaintiffs,

   v.

GEORGE A. WHITING PAPER CO., ET AL.

        Defendants.

Case No. 08-CV-0016-WCG

_____

NCR CORPORATION,

        Plaintiff,

   v.

KIMBERLY-CLARK CORPORATION, ET AL.

        Defendants.

Case No. 08-CV-0895-WCG

_____

CITY OF DE PERE'S MOTION FOR VOLUNTARY DISMISSAL,
WITHOUT PREJUDICE, OF ITS COUNTERCLAIM
(RULE 7(h) EXPEDITED NON-DISPOSITIVE MOTION)
_____

Pursuant to Civil Local Rule 7(h), Federal Rule of Civil Procedure 41(a)(2), Defendant City of De Pere hereby moves this Court to enter an order voluntarily dismissing, without prejudice, its counterclaim against Plaintiffs in this matter.

Dated: November 21, 2011.

        STAFFORD ROSENBAUM LLP

        _____
        Richard C. Yde
        State Bar Number 1013600
        Ted Waskowski
        State Bar Number 1003254
        *Attorneys for Defendant City of De Pere*

        222 West Washington Avenue, Suite 900
        Post Office Box 1784
        Madison, Wisconsin 53701-1784
        Emails: ryde@staffordlaw.com
        twaskowski@staffordlaw.com
        Telephone: 608.256.0226
        Fax: 608-259-2600