# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS, INC., et el.,

                    Plaintiffs,

v.                                Case No. 08-CV-16
                                                10-CV-910

GEORGE WHITING PAPER COMPANY, et al.,

                    Defendants.

## HON. AARON E. GOODSTEIN, PRESIDING

**TYPE OF PROCEEDING: SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

DATE:      November 21, 2011

**NEENAH-MENASHA SEWERAGE COMMISSION**
TIME COMMENCED:    1:27 PM
TIME CONCLUDED:     1:37 PM