

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS, INC., et el.,

Plaintiffs,
v.                                        Case No.  08-CV-16
                                                    10-CV-910

GEORGE WHITING PAPER COMPANY, et al.,

Defendants.

HON. AARON E. GOODSTEIN, PRESIDING

TYPE OF PROCEEDING: SETTLEMENT CONFERENCE (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

DATE:       November 22, 2011

PH GLATFELTER CO
TIME COMMENCED:   10:15 AM
TIME CONCLUDED:   10:35 AM