

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS, INC., et el.,

                    Plaintiffs,

v.                               Case No.   08-CV-16
                                                              10-CV-910

GEORGE WHITING PAPER COMPANY, et al.,

                    Defendants.

## HON. AARON E. GOODSTEIN, PRESIDING

**TYPE OF PROCEEDING: SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

November 29, 2011

**UNITED STATES**
TIME COMMENCED:     2:10 PM
TIME CONCLUDED:     2:30 PM