

December 8, 2011

Honorable William C. Griesbach
United States District Court
Green Bay Division
125 South Jefferson Street
P.O. Box 22490
Green Bay, WI 54305

      Re:    *Appleton Papers, Inc., et al v. George Whiting Corporation, et al.*
              Case No. 08-CV-16

Dear Judge Griebach:

    Neenah-Menasha Sewerage Commission joins Georgia-Pacific LLC's Motion for Summary Judgment Regarding Plaintiffs' Arranger Liability, filed December 7, 2011 (Dkt. 1246).

Very truly yours,

Davis & Kuelthau, s.c.

s/William J. Mulligan


cc:    All counsel of record

Phone 414.276.0200  Direct 414.225.1429  Fax 414.278.3629
111 E. Kilbourn Avenue, Suite 1400, Milwaukee, WI  53202
wmulligan@dkattorneys.com

BROOKFIELD | GREEN BAY | MADISON | MILWAUKEE | OSHKOSH | SHEBOYGAN
www.dkattorneys.com