# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| APPLETON PAPERS, INC., et al., ) | |
|          *Plaintiffs,* ) | |
| ) | |
|     v. ) | Case No. 08-C-16 |
| ) | |
| GEORGE WHITING PAPER ) | |
| COMPANY, et al., ) | |
|          *Defendants.* ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the following proceeding has been scheduled as indicated below:

**Telephone Conference re: [1260] letter concerning [1246] motion for summary judgment**

*Instructions to Counsel*: **To participate by telephone counsel should call into 1-888-273-3658, using Access Code 4416978, and Security Code 1234. Please be sure to call in prior to the time that the hearing is scheduled to begin so that there is no disruption to the court proceeding.**

**All counsel who will be participating by telephone are to notify the Clerk regarding their appearance or participation. Verification of your telephone participation should be sent to wied_clerks_gb@wied.uscourts.gov. Please contact the Office of the Clerk at 920-884-3720 if you should have any questions.**

| *Hearing to be held at:* | *Date and Time Scheduled:* |
|---|---|
| By telephone. | **December 12, 2011**<br>**11:30 a.m.** |

Dated: December 9, 2011          WILLIAM C. GRIESBACH
                                         United States District Judge

                                         s/Mary Conard
                                         Deputy Clerk
                                         (920)884-3720

cc:      All Counsel via CM/ECF