UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS INC. and
NCR CORPORATION,

        Plaintiffs,

        v.                       No. 08-CV-00016-WCG

GEORGE A. WHITING PAPER COMPANY,
P.H. GLATFELTER COMPANY,
MENASHA CORPORATION,
GREEN BAY PACKAGING INC.,
INTERNATIONAL PAPER COMPANY,
LEICHT TRANSFER & STORAGE COMPANY,
NEENAH FOUNDRY COMPANY,
NEWPAGE WISCONSIN SYSTEM, INC.,
THE PROCTER & GAMBLE PAPER
PRODUCTS COMPANY,
WISCONSIN PUBLIC SERVICE CORP.,
CITY OF APPLETON,
CITY OF DE PERE,
CITY OF GREEN BAY,
BROWN COUNTY,
GREEN BAY METROPOLITAN
SEWERAGE DISTRICT,
HEART OF THE VALLEY METROPOLITAN
SEWERAGE DISTRICT,
NEENAH-MENASHA SEWERAGE
COMMISSION,
WTM I COMPANY,
U.S. PAPER MILLS CORPORATION,
GEORGIA-PACIFIC CONSUMER PRODUCTS
LP,
GEORGIA-PACIFIC, LLC,
FORT JAMES OPERATING COMPANY, and
CBC COATING, INC.,

        Defendants.

**ERRATA TO NEENAH-MENASHA SEWERAGE COMMISSION'S
ANSWER TO SIXTH AMENDED COMPLAINT**

On September 29, 2008, Neenah-Menasha Sewerage Commission (NMSC) filed its Answer to the Sixth Amended Complaint (Dkt. 261). By the Court's Order (Dkt. 296), NMSC's Answers to the Sixth Amended Complaint stand and constitute its Answer to the Seventh Amended Complaint (Dkt. 265). Counsel for NMSC recently discovered the following error that it corrects below:

- In paragraph 153, all paragraph references should be to paragraph 153.

Dated: December 13, 2011.

s/William J. Mulligan
William J. Mulligan (WI Bar No. 1008465)
Kevin J. Lyons (WI Bar No. 1013826)
Elizabeth K. Miles (WI Bar No. 1064284)
Davis & Kuelthau, s.c.
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202
Telephone: (414) 276-0200
Facsimile: (414) 276-9369
wmulligan@dkattorneys.com
klyons@dkattorneys.com
emiles@dkattorneys.com
