UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS, INC., et el.,

           Plaintiffs,

v.                          Case No.  08-CV-16
                                        10-CV-910

GEORGE WHITING PAPER COMPANY, et al.,

           Defendants.

HON. AARON E. GOODSTEIN, PRESIDING

**TYPE OF PROCEEDING: SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel:

DECEMBER 20, 2011

**APPLETON PAPERS, INC**
TIME COMMENCED:    9:10 AM
TIME CONCLUDED:    9:30 AM