# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

## TRANSCRIPT REQUEST FORM

DATE REQUESTED: 12/29/2012

SERVICE REQUESTED: [✓] Transcript  [ ] Electronic Recording on CD

### CASE INFORMATION

Case No.: 08 C 16  Case Title: Appleton v. Whiting

### HEARINGS REQUESTED

| Date of Hearing | Docket # | Description of Hearing |
|---|---|---|
| 12/12/2011 | | Telephone Status Conference held on 12/12/2011 |

### ORDERING PARTY

Name/Title: Kimberly J. Plank/Docket    Law Firm: Latham & Watkins LLP
Address: 233 S. Wacker Drive, Suite 5800, Chicago, Illinois 60606
Phone: 312-993-2617   Fax: 312-993-9767   Email: chefiling@lw.com
Party Represented: Georgia Pacific

Representation Type: (Check One)
[ ] Retained          [ ] Private Individual         [ ] U.S. Attorney's Office
[ ] CJA Appointment   [ ] Federal Defender Services

Transcript Format Requested: (Check all that Apply)
[ ] Paper-Full Page   [ ] Paper-Condensed   [✓] PDF   [✓] E-Transcript   [ ] Other

Service Type Requested: (Check One)
[ ] 1-Day   [✓] 7-Day   [ ] 14-day   [ ] 30-day

Instructions/Comments: