UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

APPLETON PAPERS INC., et al.,

        Plaintiffs,

v.

GEORGE WHITING PAPER COMPANY, et al.,

        Defendants.

Case No. 08-CV-16-WCG
JUDGE WILLIAM C. GRIESBACH

---

## MOTION OF DEFENDANT INTERNATIONAL PAPER COMPANY TO REQUEST COURT ORDER OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF ITS COUNTERCLAIM (RULE 7(h) EXPEDITED NON-DISPOSITIVE MOTION)

---

Pursuant to Civil Local Rule 7(h) and Rule 41(a)(2) of the Federal Rules of Civil Procedure, and based on this Court's orders dated January 20, 2010 (Dkt. 811) and January 22, 2010 (margin order re Dkt. 811), Defendant International Paper Company hereby requests that the Court enter an order voluntarily dismissing, without prejudice, its counterclaim against Plaintiffs in this action.

Dated: December 29, 2011

                                      /s/
                             John F. Cermak, Jr., SBN 146799
                             Sonja A. Inglin, SBN 90799
                             Attorneys for Defendant
                             International Paper Company
                             Baker & Hostetler, LLP
                             12100 Wilshire Boulevard, Suite 1500
                             Los Angeles, CA 90025
                             Telephone:    (310) 442-8885
                             Fax:             (310) 820-8859

503872901.4

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion of International Paper Company to Request Court Order of Voluntary Dismissal, Without Prejudice, of its Counterclaim was filed with the Clerk of Court using the CM/ECF System which will send notification electronically to counsel of record this 29th day of December 2011.

_____/s/_____
Sonja A. Inglin, SBN 90799

503872901.4