# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1480

STUART W. GOLD
JOHN W. WHITE
EVAN R. CHESLER
MICHAEL L. SCHLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
SUSAN WEBSTER
DAVID MERCADO

ROWAN D. WILSON
CHRISTINE A. VARNEY
PETER T. BARBUR
SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
SARKIS JEBEJIAN
DAVID R. MARRIOTT

MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI

TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA

SPECIAL COUNSEL

SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

OF COUNSEL

PAUL C. SAUNDERS

January 4, 2012

*Appleton Papers Inc., et al. v. George A. Whiting Paper Co., et al.*, No. 08-cv-16

Dear Judge Griesbach:

      I am writing on behalf of Plaintiffs NCR Corporation and Appleton Papers Inc. and Defendants CBC Coating Inc., City of Appleton, Georgia-Pacific LLC (and related entities), Menasha Corporation, Neenah-Menasha Sewerage Commission, P.H. Glatfelter Company, U.S. Paper Mills Corporation and WTM I Company. With this letter, the parties respectfully submit a stipulation and a proposed order that address certain issues related to the trial in the above-captioned matter, which is scheduled to begin on February 21, 2012. Please note that the proposal for the Court's consideration is the result of compromises to which the parties have agreed. A copy of the proposed stipulation and order in WordPerfect format will follow by electronic communication.

      There are two issues in the proposed stipulation and order that we would like to bring to the Court's attention. *First*, the Court recently confirmed that the trial will last for two weeks. (Dkt. #1265.) The parties are unclear whether the Court is contemplating a 9-day trial (adjourning on Friday, March 2, 2012) or a 10-day trial (adjourning on Monday, March 5, 2012). We respectfully request that the Court clarify the trial schedule so that the parties may prepare accordingly.

      *Second*, in light of the expert deposition schedule and the anticipated pretrial motion schedule, the parties believe that the parties and the Court would be in a better position to have an efficient and productive pretrial conference, which is currently scheduled for Thursday, February 2, 2012, at 1:30 p.m. in Green Bay, if it were moved to a later date. Subject to the Court's availability, the parties respectfully request that the pretrial conference instead be held on Thursday, February 16, 2012, no earlier than 1:30 p.m. in a location to be determined by the Court. (Certain parties are not available for a conference prior to 1:30 p.m. on February 16, due to previously scheduled obligations.)

      The parties are available to discuss these issues at the Court's convenience.

Respectfully submitted,

Darin P. McAtee

Hon. Judge William C. Griesbach
   United States District Court
      Eastern District of Wisconsin
         Jefferson Court Building
            125 S. Jefferson St., Rm. 203
               Green Bay, WI 54301-4541

VIA CM/ECF

COPY TO:    All Counsel of Record