# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS, INC., et el.,

Plaintiffs,

v.

**ORIGINAL**

Case No. 08-CV-16
10-CV-910

GEORGE WHITING PAPER COMPANY, et al.,

Defendants.

## HON. AARON E. GOODSTEIN, PRESIDING

**TYPE OF PROCEEDING: SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

December 22, 2011

**NCR CORPORATION**
TIME COMMENCED:    3:00 PM
TIME CONCLUDED:    3:10 PM