UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS, INC., et el.,

**ORIGINAL**

Plaintiffs,

v.

Case No.  08-CV-16
10-CV-910

GEORGE WHITING PAPER COMPANY, et al.,

Defendants.

HON. AARON E. GOODSTEIN, PRESIDING

**TYPE OF PROCEEDING: SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

January 3, 2012

JDG2 DEFENDANTS GROUP
TIME COMMENCED: 9:00 AM
TIME CONCLUDED: 9:20 AM