

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS, INC., et el.,

Plaintiffs,

v.  Case No.  08-CV-16
             10-CV-910

GEORGE WHITING PAPER COMPANY, et al.,

Defendants.

**HON. AARON E. GOODSTEIN, PRESIDING**

**TYPE OF PROCEEDING: SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

January 4, 2012

**U S GOVERNMENT**
TIME COMMENCED:   2:30 PM
TIME CONCLUDED:   2:50 PM