ORIGINAL

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS, INC., et el.,

**Plaintiffs,**

v.

**Case No.** 08-CV-16
10-CV-910

GEORGE WHITING PAPER COMPANY, et al.,

**Defendants.**

## HON. AARON E. GOODSTEIN, PRESIDING

**TYPE OF PROCEEDING: SETTLEMENT CONFERENCE**

Follow-Up Ex Parte In Court Settlement Conference :

APPEARANCES:

PLAINTIFF: Appleton Papers, Inc.
Brian Tauscher, Pam Barker
and by Attorney Ron Ragatz

TIME COMMENCED: 2:00 PM
TIME CONCLUDED: 3:30 PM