UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**ORIGINAL**

APPLETON PAPERS, INC., et el.,

      Plaintiffs,

v.        Case No. 08-CV-16
              10-CV-910

GEORGE WHITING PAPER COMPANY, et al.,

      Defendants.

HON. AARON E. GOODSTEIN, PRESIDING

TYPE OF PROCEEDING: SETTLEMENT CONFERENCE (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

January 10, 2012

**APPLETON PAPERS, INC.**
TIME COMMENCED: 3:25 PM
TIME CONCLUDED  3:40 PM



# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS, INC., et el.,

                        Plaintiffs,

v.                                              Case No.  08-CV-16
                                                                     10-CV-910

GEORGE WHITING PAPER COMPANY, et al.,

                        Defendants.

## HON. AARON E. GOODSTEIN, PRESIDING

**TYPE OF PROCEEDING: SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

January 10, 2012

MENASHA CORPORATION

TIME COMMENCED:     4:30 PM
TIME CONCLUDED:      4:40 PM