# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS, INC., et el.,

    Plaintiffs,

v.

GEORGE WHITING PAPER COMPANY, et al.,

    Defendants.

**ORIGINAL**

Case No. 08-CV-16
10-CV-910

## HON. AARON E. GOODSTEIN, PRESIDING

**TYPE OF PROCEEDING: SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

January 11, 2012

US PAPER MILLS
TIME COMMENCED:    10:35 AM
TIME CONCLUDED:    10:50 AM