UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN, GREEN BAY DIVISION

APPLETON PAPERS INC. and NCR
CORPORATION,

                Plaintiffs,

                                        Case No. 08-CV-16-WCG
       v.

GEORGE A. WHITING PAPER
COMPANY, et al.,

                Defendants.

### NOTICE OF WITHDRAWAL OF COUNSEL

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD.

PLEASE TAKE NOTICE that David E. Frank withdraws as counsel of record for Defendant U.S. Paper, and is to be removed from the service list in this case.

Dated this 12th day of January, 2012.

                                        s/ David E. Frank
                                        Steven P. Bogart
                                        sbogart@reinhartlaw.com
                                        Scott W. Hansen
                                        shansen@reinhartlaw.com
                                        David E. Frank
                                        dfrank@reinhartlaw.com
                                        Attorneys for U.S. Paper
                                        Reinhart Boerner Van Deuren s.c.
                                        1000 North Water Street, Suite 1700
                                        Milwaukee, WI 53202
                                        Telephone:  414-298-1000
                                        Facsimile:  414-298-8097

8209661