# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION,<br><br>    Plaintiffs,<br><br>  v.<br><br>GEORGE A. WHITING PAPER COMPANY, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) No. 08-CV-00016-WCG<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk of Court:

  Please withdraw my appearance on behalf of Defendant P.H. Glatfelter Company in the above captioned action. My colleague David G. Mandelbaum, of the firm Greenberg Traurig, LLP, will remain as counsel to Defendant.

                Respectfully Submitted,

Dated: January 12, 2012

                s/ Sabrina Mizrachi
                David G. Mandelbaum
                Marc E. Davies
                Monique M. Mooney
                Sabrina Mizrachi
                Caleb J. Holmes
                Adam B. Silverman
                GREENBERG TRAURIG, LLP
                Two Commerce Square, Suite 2700
                2001 Market Street
                Philadelphia, PA 19103
                215.988.7800
                mandelbaumd@gtlaw.com

                **Attorneys for Defendant P.H. Glatfelter Company**

# CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2011, I caused a true and correct copy of the foregoing Withdrawal of Appearance to be served upon all counsel via this Court's electronic filing service.

/s/ Sabrina Mizrachi
Sabrina Mizrachi, Esq.