**Richard C. Yde**
**Government Law Team Leader**
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison, WI 53701-1784
ryde@staffordlaw.com
608.259.2639

January 12, 2012


Honorable William C. Griesbach
U.S. District Court Eastern District of Wisconsin
125 South Jefferson Street
P. O. Box 22490
Green Bay, WI 54305-2490

Re:   *Appleton Papers Inc., et al. v. George A. Whiting Paper Co., et al.*
        Case No. 08-C-16

Dear Judge Griesbach:

Pursuant to the Court's January 6, 2012 Order Regarding Trial (Doc. 1280), I write to inform the Court that the City of Appleton does not plan to take an active role in the trial. We do not have any requests for equipment nor do we require a place at counsel table. We do plan to attend the trial and may have two attorneys in attendance for part of the trial. We do not plan to appear at the February 2, 2012 housekeeping pretrial.

Very truly yours,

   */s/ Richard C. Yde*

Richard C. Yde

RCY:kps
cc:    All Counsel via ECF System

H:\DOCS\003013\000002\00684381.DOCX
0112121603