# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS INC. and NCR CORP.,

             Plaintiffs,

    v.                                        Case No. 08-C-16

GEORGE A. WHITING PAPER CO., et al.,

             Defendants.

## ORDER FOR TELEPHONE CONFERENCE

The Court has previously rescheduled the pretrial in the above matter to February 16, 2012. At the same time, the Court retained the February 2, 2012 date for the previously scheduled pretrial conference on its calendar to address logistical matters so that the Clerk's office will be able to accommodate the forthcoming trial. Among the questions that the Court wishes to address are the following:

    1) How many attorneys will be attending the trial? More specifically, the Court needs to know the number of attorneys that intend to actively participate in the trial and that wish to be seated at a counsel table.

    2) What if any equipment (e.g. Elmos, etc.) do the attorneys intend to utilize and bring to the courtroom? Are there any special needs that counsel wish the Clerk's office or the Court to accommodate?

    3) How will counsel be presenting their exhibits – in paper format or electronically?

These and similar issues must be addressed prior to the February 16th pretrial so that if any special planning and arrangements are required, the Clerk's office will have sufficient time to make

any arrangements that may be necessary without interfering with the trial date. Rather than await the February 2, 2012, hearing in Milwaukee, the Court hereby directs the Clerk to set this matter on the Court's calendar for a telephone conference to address these matters with the hope of possibly cancelling the February 2 hearing. Those parties wishing to participate will be provided contact information by the clerk.

        **SO ORDERED** this   17th   day of January, 2012.

                    s/ William C. Griesbach
                    William C. Griesbach
                    United States District Judge