# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| APPLETON PAPERS INC., et al.,<br>              *Plaintiff(s),*<br><br>      v.<br><br>GEORGE A. WHITING PAPER COMPANY,<br>              *Defendant(s).* | Case No. 08-C-16 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the following proceeding has been scheduled as indicated below:

Type of Proceeding: **TELEPHONE CONFERENCE**

*Instructions to Counsel:* Counsel are to call in to 1-888-273-3658, using Access Code 4416978, and Security Code 1234 for the telephone conference. **Please be sure to call in prior to the time that the hearing is scheduled to begin so that there is no disruption to the court proceeding.**

All counsel who will be appearing are to notify the Clerk regarding their participation. Verification of your participation should be sent to wied_clerks_gb@wied.uscourts.gov. Please contact the Office of the Clerk at 920-884-3720 if you should have any questions.

| *Hearing to be held at:* | *Date and Time Scheduled:* |
|---|---|
| 125 South Jefferson Street - Room 201<br>Green Bay, WI 54301 | **January 24, 2012**<br>**3:00 p.m.** |

Dated:   January 17, 2012                    WILLIAM C. GRIESBACH
                                                   United States District Judge

                                                   s/Terri Lynn Ficek
                                                 Deputy Clerk
                                                 (920)884-3720

cc:      All Counsel via CM/ECF