# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**APPLETON PAPERS, INC, et al.**,

                      Plaintiff(s),

     v.

                                      TELEPHONE CONFERENCE

**GEORGE A. WHITING PAPER COMPANY, et al.**,                Case No. 08-C-16

                      Defendant(s).

---

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH, presiding | Tape: 012412 |
| Deputy Clerk: Cheryl | Hearing Began: 3:02 p.m. |
| Proceeding Held: January 24, 2012 | Hearing Ended: 3:16 p.m. |

**Appearances:**

    **Plaintiff(s):**    Michael Hermes, Ronald Ragatz and Megan Senatori

    **Defendant(s):**  **David A. Rabbino** representing Menasha Corporation
                       **William J. Mulligan** representing Neenah-Menasha Sewerage Commission
                       **Terry Nilles** representing CBC Coating Inc
                       **Mary Rose Alexander** representing Fort James Corporation, Fort James Operating Company, Georgia-Pacific Consumer Products LP, and Georgia-Pacific LLC
                       **John E. Burgess** (Senior Litigation Counsel, Georgia-Pacific), representing Georgia-Pacific LLC
                       **Caleb J. Holmes**, **Frank A. Citera** and **David G. Mandelbaum** representing PH Glatfelter Company
                       **Nancy K. Peterson** representing WTM I Company
                       **Steve Bogart** and **Thomas R. Gottshall** representing US Paper Mills Corp.
                       **Richard C. Yde** representing City of Appleton
                       **Darin P. McAtee** representing NCR Corporation
                       **Ian Pitz -** No Appearance

---

The Court discusses logistical matters for trial in Milwaukee.
The Court inquires as to who will be seated at counsel tables and actively involved during the trial.
PH. Glatfelter will have 3 attorneys at counsel table.
G-P will have 2 attorneys and 1 client at counsel table.
WTM1 Company will have 1 attorney at counsel table.
Neenah-Menasha Sewage Commission will have 1 attorney at counsel table.
CBC Coating will have 1 or 2 attorneys present, but do not require a seat at counsel table.
City of Appleton will have 1 attorney present, but do not require a seat at counsel table.
U.S. Paper does not require a seat at counsel table, but requests a seat if they need to speak.

The Court informs the parties that a podium will also be available for that purpose or the parties can rotate seats.
Menasha Corp. will have 1 attorney present, but do not require a seat at counsel table.
Appleton Papers will have 2 attorneys present and 1 client at counsel table.
NCR will have 3 attorneys present and 1 client at counsel table.
The total number of attorneys at counsel tables is 12 and total number of clients at counsel tables is 3, for a total of 15 people seated at counsel tables.
The Court will set up 8 counsel tables.

The Court informs the parties that equipment is not provided by the Court. The Court informs the parties they may set up equipment on 02/17/12 between 9:00 a.m. and 3:00 p.m. The parties may make arrangements with Dee McCleod Brock in the Clerk's office.
The parties anticipate the use of an ELMO, screen, a projector and monitors. The parties also would like to bring in a mobile internet hot spot. Jeff Runge from Milwuakee IT Department confirms this is possible, and the Court authorizes the set up of the hot spot.

The Court inquires as to the format of exhibits.
The parties anticipate both hard copy and electronic exhibits.

The parties inquire as to limit on the number of laptops. Jeff Runge informs the parties that the Court can support 20 laptops in terms of power.

Mr. Ragatz filed a letter concerning the liability issue at trial. The Court states that API's liability will be a separate issue.
Ms. Alexander addresses the Court on the liability issue.
The Court states the liability issue will not be addressed at this trial.

The February 2, 2012, conference is removed from the Court's calendar.