**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

| | | |
|---|---|---|
| APPLETON PAPERS INC. and NCR CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08-CV-00016-WCG |
| GEORGE A. WHITING PAPER COMPANY, et al., | ) ) ) ) | |
| Defendants. | ) ) ) ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2012, I filed hard copies of parties' Stipulated Facts re: Georgia-Pacific's Insurance Settlements with the Clerk of the Court. I also certify that on February 2, 2012, I sent copies of the aforementioned confidential document to the following recipients via Federal Express:

| | |
|---|---|
| Darin P. McAtee<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza, 825 Eighth Avenue<br>New York, New York 10019<br>Phone: (212) 474-1000<br>Fax: (212) 474-3700 | Ronald R. Ragatz<br>DEWITT ROSS & STEVENS S.C.<br>Two East Mifflin Street<br>Madison, WI 53703<br>Phone: (608) 255-8891<br>Fax: (608) 252-9243 |

Dated: February 2, 2012

/s/ Margrethe K. Kearney
Margrethe K. Kearney
Latham & Watkins LLP
233 S. Wacker Dr. Ste. 5800
Chicago, IL 60606
Telephone: (312) 872-7700
Facsimile: (312) 993-9767
Mary.Rose.Alexander@lw.com
Karl S. Lytz
Patrick J. Ferguson
Latham & Watkins LLP
505 Montgomery St., Ste. 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Fax: (415) 395-8095
Karl.Lytz@lw.com