# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| APPLETON PAPERS INC., et al.,  )<br>        *Plaintiff(s)*,  )<br>        )<br>    v.  )<br>        )<br>GEORGE A. WHITING PAPER  )<br>COMPANY,<br>        *Defendant(s)*.  ) | Case No. 08-C-16 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the following proceeding has been scheduled as indicated below:

Type of Proceeding: **TELEPHONE CONFERENCE**
Re: Counsels' submissions regarding trial witnesses; Docket Entries #1302 and #1307

*Instructions to Counsel*: **Counsel are to call in to 1-888-273-3658, using Access Code 4416978, and Security Code 1234. Please be sure to call in prior to the time that the hearing is scheduled to begin so that there is no disruption to the court proceeding.**

All counsel who will be participating are to notify the Clerk regarding their participation. Verification of participation should be sent to wied_clerks_gb@wied.uscourts.gov. Please contact the Office of the Clerk at 920-884-3720 if you should have any questions.

| *Hearing to be held at:* | *Date and Time Scheduled:* |
|---|---|
| 125 South Jefferson Street - Room 201<br>Green Bay, WI 54301 | **February 9, 2012**<br>**9:30 a.m.** |

Dated:   February 2, 2012

        WILLIAM C. GRIESBACH
        United States District Judge

        s/Terri Lynn Ficek
        Deputy Clerk
        (920)884-3720

cc:     All Counsel via CM/ECF