IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION,<br><br>            Plaintiffs,<br><br>      v.<br><br>GEORGE A. WHITING PAPER COMPANY, *et al.*<br><br>            Defendants. | No. 08-CV-16-WCG |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David R. Marriott of Cravath, Swaine & Moore LLP hereby appears for NCR Corporation in the above-entitled case. Please serve all further pleadings, correspondence and other papers on the undersigned at the address stated below. Please direct all ECF notices to Attorney Marriott at dmarriott@cravath.com.

              /s/ David R. Marriott
              David R. Marriott
              New York Bar No. 2682565
              Admitted in the Eastern District of Wisconsin

              *Attorney for Plaintiff/Counter-Defendant*
              *NCR Corporation*

              CRAVATH, SWAINE & MOORE LLP
                Worldwide Plaza
                  825 Eighth Avenue
                    New York, NY 10019
                      Tel: (212) 474-1000
                        Fax: (212) 474-3700
                          dmarriott@cravath.com