# Exhibit 2

# Georgia-Pacific Consumer Products LP's (f/k/a Fort James Operating Company's), Fort James Corporation's and Georgia-Pacific LLC's Supplement to Rule 26(a)(1) Initial Disclosures, dated August 28, 2009

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

| | | |
|---|---|---|
| APPLETON PAPERS, INC. and<br>NCR CORPORATION,<br>      Plaintiffs,<br>    v.<br><br>GEORGE A. WHITING PAPER COMPANY,<br>ET AL.,<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 08-CV-16-WCG |

| | | |
|---|---|---|
| NCR CORPORATION,<br>      Plaintiff,<br>    v.<br><br>KIMBERLY-CLARK CORPORATION, ET AL.<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) | No. 08-CV-0895-WCG |

**GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S (f/k/a FORT JAMES OPERATING COMPANY'S), FORT JAMES CORPORATION'S AND GEORGIA-PACIFIC LLC'S SUPPLEMENT TO RULE 26(a)(1) INITIAL DISCLOSURES**

Pursuant to Rule 26(a)(1) and 26(e) of the Federal Rules of Civil Procedure, defendants Georgia-Pacific Consumer Products LP (f/k/a Fort James Operating Company), Fort James Corporation and Georgia-Pacific LLC (collectively, "Georgia-Pacific") hereby supplement their Initial Disclosures. This supplement is based on information reasonably available to Georgia-Pacific at the present time, and Georgia-Pacific reserves the right to further supplement these disclosures if Georgia-Pacific becomes aware of any additional information.

Georgia-Pacific makes these disclosures subject to, and without waiving, its right to protect from disclosure any and all communications protected by the attorney-client privilege, the attorney work product doctrine, the joint defense privilege, and any other applicable privilege

or discovery protection. Georgia-Pacific's disclosures are also made without waiving, in any way: (1) the right to object on any basis permitted by law to the use of any information disclosed herein, for any purpose, in whole or in part, in any subsequent proceeding in this action or any other action; and (2) the right to object on any basis permitted by law to any discovery request or proceeding involving or relating to the subject matter of these disclosures. Nothing in these disclosures is intended to admit any fact, affirm the existence or admissibility of any document, or agree with or accept any of plaintiffs' legal theories or allegations. Georgia-Pacific reserves the right to supplement or amend these disclosures based upon subsequent developments.

All of the following disclosures are made subject to, and without waiving, the above objections and qualifications.

1. **Identification of Individuals Pursuant to Rule 26(a)(1)(A)(i).**

Pursuant to Rule 26(a)(1)(A)(i) and 26(e), Georgia-Pacific hereby supplements its disclosures regarding individuals who may have discoverable information that Georgia-Pacific may use to support it claims or defenses, unless solely for impeachment. Georgia-Pacific reserves its right to identify and rely on additional witnesses whose names appear in documents produced during the course of discovery in this litigation or to have any identified witness testify concerning additional or different topics, and to supplement this initial disclosure as appropriate.

The following witnesses will be able to testify regarding their knowledge of the facts pertaining to the allegations made in the Seventh Amended Complaint. All contacts with these individuals should be made only through counsel for Georgia-Pacific. This contact information is: Mary Rose Alexander of Latham & Watkins, LLP, 233 S. Wacker Dr., Suite 5800, Chicago, IL 60606, (312) 876-7700.

    a. Don DeMeuse
       Former CEO

Georgia-Pacific believes that discoverable information is also possessed by third parties, federal and state officials, as well as persons who are current or former employees of the plaintiffs or the other defendants. Based on the information currently and reasonably available at this time, Georgia-Pacific supplements its Initial Disclosures to include the following individuals that may have discoverable information that may support Georgia-Pacific's claims or defenses, other than solely for impeachment, on the subjects upon which they were deposed. The contact information for the following individuals is available in their deposition transcripts, and the current or former employees of plaintiffs or other defendants can be contacted through counsel.

    a. Leo Golper
    b. Fred Heinritz
    c. Floyd Strelow
    d. Paul Phillips
    e. Ed Gallagher
    f. Alan Kresch
    g. Paul Karch
    h. Dennis Hultgren
    i. Michael Stevens
    j. Jerome Bodmer
    k. Dennis Hultgren
    l. Donald Christensen
    m. Carl Rench
    n. Dan McIntosh

o.  Elbert McKinney

p.  Bob Hietpas

q.  Ronald Jezerc

r.  Marilyn Burns

s.  Jeffrey Opt

t.  William Goetz

u.  Thomas J. Clark

v.  Troy Hoover

w.  Lester Balster

x.  Gordon Taylor

y.  William West

z.  Gerald Taylor

aa. John Stutz

bb. Helmut Schwab

cc. James Herbig

dd. E. Scott Tucker

ee. Dale Schumaker

ff.  Robert Suess

gg. Herbert Vodden

hh. Cumming Paton

ii.  Earl Porter

jj.  Bruce Brockett

kk. John Gough

      ll.  G. Vichare

To the extent that individuals not identified in Georgia-Pacific's Initial Disclosures or Supplemental Initial Disclosures have been identified in other parties' Initial Disclosures, Georgia-Pacific incorporates those individuals here.  To the extent that those individuals have been deposed, they may have discoverable information that may support Georgia-Pacific's claims or defenses, other than solely for impeachment, on the subjects upon which they were deposed.

    **2.**    **Rule 26(a)(1)(A)(ii) Documents.**

No Supplementation.

    **3.**    **Rule 26(a)(1)(A)(iii) Damages.**

No Supplementation.

    **4.**    **Rule 26(a)(1)(A)(iv) Insurance Policies.**

No Supplementation.

This 28th day of August, 2009.                          Respectfully Submitted,

                                                                                     Georgia-Pacific Consumer Products
                                                                                      LP (f/k/a Fort James Operating
                                                                                       Company), Fort James Corporation
                                                                                       and Georgia-Pacific LLC
                                                                                       By its Counsel

                                                                                       s/   Margrethe K. Kearney

Mary Rose Alexander
*IL Bar No. 6205313*
*CA Bar No. 143899*
Arthur F. Foerster
*IL Bar No. 6271201*
Margrethe K. Kearney
*IL Bar No. 6286559*
LATHAM & WATKINSLLP
233 S. Wacker Dr.
Ste. 5800
Chicago, IL 60606
Telephone: (312) 872-7700
Facsimile: (312) 993-9767
Mary.Rose.Alexander@lw.com
Arthur.Foerster@lw.com
Margrethe.Kearney@lw.com

Ernest J. Getto
*CA Bar No. 55662*
Karl S. Lytz
*CA Bar No. 110895*
LATHAM & WATKINS LLP
505 Montgomery St.
Ste. 2000
San Francisco, CA 94111-6538
Ernie.Getto@lw.com
Karl.Lytz@lw.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 28th day of August, 2009, a true and correct copy of the foregoing GEORGIA-PACIFIC CONSUMER PRODUCTS LP'S (f/k/a FORT JAMES OPERATING COMPANY'S), FORT JAMES CORPORATION'S AND GEORGIA-PACIFIC LLC'S SUPPLEMENT TO RULE 26(a)(1) INITIAL DISCLOSURES was served electronically to the following:

allisonsw@ci.green-bay.wi.us
bethca@ci.green-bay.wi.us
amcadam@hgnlaw.com
ajs@hermeslawltd.com
tjc@hermeslawltd.com
arthur.foerster@lw.com
bje@hermeslawltd.com
bzagon@hgnlaw.com
holmescj@ballardspahr.com
cschafer@sidley.com
cgering@foley.com
cdow@hgnlaw.com
criordan@vonbriesen.com
jgroom@vonbriesen.com
murrayd@jbltd.com
drabbino@hgnlaw.com,
dstrifli@quarles.com
lg1@quarles.com
mandelbaum@ballardspahr.com
dedquist@vonbriesen.com
turek@gasswebermullins.com
latawiec@gasswebermullins.com
emiles@dkattorneys.com
msaggio@dkattorneys.com
eha@sidley.com
sdikos@sidley.com
ernie.getto@lw.com
evanwesterfield@sidley.com
dfmanheim@sidley.com
muellerf@jbltd.com
boehmg@jbltd.com
iapitz@michaelbest.com
pmclevenger@michaelbest.com
jaschlickman@sidley.com
dfmanheim@sidley.com
gass@gasswebermullins.com

7
Case 2:08-cv-00016-WCG    Filed 02/02/12    Page 8 of 11    Document 1313-2

paszkiewicz@gasswebermullins.com
jim.walsh@appleton.org
jamie.sova@appleton.org
jradovich@sidley.com
shalicky@sidley.com
jvanlies@reinhartlaw.com
jbasta@dykema.com
sgoodman@dykema.com
joseph-beisenstein@mennlaw.com
mjgraf@mennlaw.com
joshua.levin@usdoj.gov
joan.marshman@usdoj.gov
karl.lytz@lw.com
kroach@sidley.com,
knoyes@vonbriesen.com
ksmith@vonbriesen.com
klyons@dkattorneys.com
lmeyer@dkattorneys.com
lbenfield@foley.com
tgraziano@foley.com
lzimmer@hinshawlaw.com
ssmith@hinshawlaw.com
mas@ffsj.com
jlm@ffsj.com
davies@ballardspahr.com
msobota@sidley.com
margrethe.kearney@lw.com
mark-feldmann@mennlaw.com
donna-benson@mennlaw.com
mary.rose.alexander@lw.com
madams@sonnenschein.com
ksoto@sonnenschein.com
matthew.oakes@usdoj.gov
linda.beard@usdoj.gov
mvergeront@staffordlaw.com
rmaier@staffordlaw.com
mlh@hermeslawltd.com
mcarlton@vonbriesen.com
mgale@dykema.com
idejesus@dykema.com
mooney@ballardspahr.com
cearleya@ballardspahr.com
nkp@quarles.com
kmh@quarles.com
nfishbach@whdlaw.com

kroubik@whdlaw.com
zaepfel@kkaglaw.com
patrick.ferguson@lw.com
pwells@vonbriesen.com
jgregory@vonbriesen.com
rangelo@vonbriesen.com
swochos@gbp.com
pkent@andersonkent.com
mirving@andersonkent.com
pmunroe@direnzollc.com
prand@direnzollc.com
phunsucker@hgnlaw.com
dflores@hgnlaw.com
randall.stone@usdoj.gov
ryde@staffordlaw.com
ksharpee@staffordlaw.com
jacobs@cf-law.com, fraire@cf-law.com
varnumr@ballardspahr.com
rwilson@ruderware.com
ruderwausau@hotmail.com
stf@ffsj.com
sjf@ffsj.com
mizrachis@ballardspahr.com
sslack@foley.com
slindsey@wnj.com
jputnam@wnj.com
sbf@wbb-law.com
gms@wbb-law.com
shansen@reinhartlaw.com
ccabelka@reinhartlaw.com
singlin@bakerlaw.com
smckinney@hsblawfirm.com
kgray@hsblawfirm.com
skohl@wnj.com
lgeralds@wnj.com
sbogart@reinhartlaw.com
hbasso@reinhartlaw.com
slovern@vonbriesen.com
earce@vonbriesen.com
lmccaust@vonbriesen.com
tmathison@dkattorneys.com
ahalase@dkattorneys.com
twaskowski@staffordlaw.com
mvergeront@staffordlaw.com
rmaier@staffordlaw.com,
taw@ffsj.com

swk@ffsj.com
tarmstro@vonbriesen.com
kdomenos@vonbriesen.com
tandreoli@sonnenschein.com
jmhess@sonnenschein.com
lgantt@hsblawfirm.com
bvaldes@hsblawfirm.com
tgottshall@hsblawfirm.com
todonnell@calfee.com
tschrimpf@hinshawlaw.com
kwerner@hinshawlaw.com
tanderson@remleylaw.com
tfischer@remleylaw.com
warts@andersonkent.com
kendres@andersonkent.com
wcoughlin@calfee.com
whh@quarles.com
sc3@quarles.com
wmulligan@dkattorneys.com
attygunz@msn.com
mritzman@dkattorneys.com
porin@dkattorneys.com

                s/ Margrethe K. Kearney
                Margrethe K. Kearney