# Exhibit 6

# Defendant Georgia-Pacific LLC's First Set of Interrogatories and Second Request for the Production of Documents to Plaintiff NCR Corporation, dated July 21, 2011

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

| | | |
|---|---|---|
| APPLETON PAPERS, INC. and NCR CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08-CV-00016-WCG |
| GEORGE A. WHITING PAPER COMPANY, et al., | ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANT GEORGIA-PACIFIC LLC'S FIRST SET OF INTERROGATORIES AND SECOND REQUEST FOR THE PRODUCTION OF DOCUMENTS TO PLAINTIFF NCR CORPORATION

Pursuant to Rules 26, 33 and 34 of the Federal Rules of Civil Procedure, Defendants Georgia-Pacific Consumer Products LP (f/k/a Fort James Operating Company), Fort James Corporation and Georgia-Pacific LLC (collectively, "GP"), by its undersigned counsel, hereby request that Plaintiff NCR Corporation ("NCR"), within thirty days of service, provide a written response to the following interrogatories and requests for production and produce the documents requested herein for inspection and copying by counsel for GP. These interrogatories and requests for production of documents shall be read and interpreted in accordance with the Federal Rules of Civil Procedure and the definitions and instructions set forth below.

## DEFINITIONS AND INSTRUCTIONS

1. As used herein, the term "Dayton History" shall mean and include Dayton History (Ohio Secretary of State Entity #178997) and Dayton History Realty LLC (Ohio Secretary of State Entity #1562128), and any and all predecessors, successors, or affiliates related thereto

1

including, but not limited to, Carillion Historical Park, Inc., The Montgomery County Historical Society, and Educational and Musical Arts, Incorporated, including any and all current and former subsidiaries, affiliates, divisions, partnerships, officers, directors, employees, agents, attorneys, consultants, investigators or representatives thereof, or any other person or entity acting on the behalf thereof or under the direction or control thereof.

2.      As used herein, the terms "you," "your company" and "NCR" shall mean and include the National Cash Register Company, NCR Corporation, NCR's Systemedia (f/k/a "Business Forms and Supply" or "Supply Manufacturing") Division (including all of its former NCR Paper converting plants), any and all current and former subsidiaries, affiliates, divisions, partnerships, officers, directors, employees, agents, attorneys, consultants, investigators or representatives thereof, or any other person or entity acting on the behalf thereof or under the direction or control thereof.

3.      As used herein, the term "NCR Archives" shall mean and include any and all documents, photographs, digital images, artifacts, or other physical objects previously or currently maintained by Dayton History, including, but not limited to, all such materials located at 224 North St. Clair Street, Dayton, Ohio 45402.

4.      Without in any way limiting the foregoing, as used herein, the term "Systemedia" shall mean and include any and all current or former NCR facilities formerly included within the NCR "Business Forms and Supply Division," including at least the following locations: Arlington, Texas; Fullerton, California; Jacksonville, Florida; Los Angeles, California; Morristown, Tennessee; Mount Joy, Pennsylvania; Washington Court House, Ohio; Viroqua, Wisconsin; Ithaca, New York; Mechanicville, New York; Humboldt, Tennessee; Corbin, Kentucky; and Petersborough, New Hampshire.

5.     As used herein, the term "NCR Paper" shall mean the PCB-containing carbonless copy paper produced or converted into business forms during the period of 1950-1972 by NCR, or for NCR by any other company or entity, including Appleton Coated Paper Company, Mead Corporation and/or Wiggins Teape.  NCR Paper includes but is not limited to, broke, trim, off-cuts, cut-offs, other scrap paper, or any other type of material, product, or waste produced during the production or conversion into business forms of NCR Paper by NCR, Appleton, Mead, Wiggins Teape (including any Wiggins Teape affiliates) or any other company or entity, which was disposed, sold or otherwise provided (directly or indirectly) to wastepaper brokers or recycling paper mills for use as fiber furnish in paper making.

6.     As used herein, the term "refer or relate to" shall mean concerning, addressing, referring, constituting, bearing upon, containing, embodying, incorporating, identifying, affecting, describing, evidencing and/or in any way pertaining to.

7.     In accordance with Civil L.R. 26.3, the term "document" is defined to be synonymous in meaning and equal in scope to the usage of this term in Fed.R.Civ.P. 34(a).  A draft or non-identical copy is a separate document within the meaning of this term.

8.     As used herein, the words "and" and "or" shall be construed conjunctively as well as disjunctively, and "includes" or "including" shall mean "including, but not limited to."

9.     In accordance with Civil L.R. 26.3, the term "person" is defined as any natural person or any business, legal, or governmental entity or association.

10.     If a document responsive to any Document Request is no longer in your possession, custody or control, state what disposition was made of the document and the date of such disposition, and identify all persons having knowledge of the document's contents.

3

11.     When describing an oral communication: (i) state the date and place of the communication; (ii) identify each person who participated in the communication; (iii) identify each person who was present during the communication who did not participate in it; (iv) state the substance of the oral communication; and (v) identify each document referring to or relating to the oral communication.

12.     If you object to a Document Request on the grounds of privilege or other protection from discovery, provide all non-privileged documents and information as is responsive, identify and list the documents and/or information withheld as privileged, and specify the basis for your claim of privilege or protection.  When listing each document, include the date, author, addressee, all other recipients, and subject matter, and state in detail your legal basis for withholding production.

13.     These Document Requests are a continuing demand for any and all responsive documents and things.  Therefore, any such documents and things discovered by you after the date hereof shall be produced at the time they are discovered.  This paragraph shall not be construed to alter your obligations to comply with all other instructions herein.

## INTERROGATORIES

1.     Identify by address all Systemedia facilities owned and/or operated by or on behalf of NCR from 1950 through the present, including the dates (a) during which NCR owned or operated each such facility, and/or (b) during which such facility, whether or not owned or operated by NCR, engaged in production, conversion, or waste-disposal related to NCR Paper. If NCR does not currently own all of these facilities, identity the date on which NCR sold, closed or otherwise divested each Systemedia facility and to what company, individual or other entity such facility was sold or transferred.

4

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1.      Any and all agreements, contracts, or other documents between Dayton History and NCR that refer or relate to the ownership, maintenance or management of, or access to, the NCR Archives.  This request includes, but is not limited to, the agreement between NCR and the Montgomery County Historical Society dated August 1, 2000, including any amendments, revisions or addendums thereto.

2.      Any and all documents that refer or relate to NCR's participation or membership in the Dayton History Founding Board of Trustees or the NCR Archive Steering Committee from 1999 to the present.

3.      Any and all historic and/or current indices, in whatever form, that refer or relate to the contents of the NCR Archives.

4.      Any and all documents that refer or relate to any request(s) (whether written or oral) by any individual or entity for access or permission to review, copy or evaluate any portion of the NCR Archives from 1999 to the present.  This request includes any and all communications between or among NCR and Dayton History evaluating, considering, granting or denying all such request(s), as well as any written policies and procedures that govern access to the NCR Archives.

5.      All log books or other records showing access granted to the NCR Archives from 1999 to the present.

6.      All documents that refer or relate to NCR's sale or conveyance of any current or former Systemedia facility identified in response to Interrogatory No. 1 above including, but not limited to, all asset purchase and sale agreements, deeds, title transfer documents, indemnification agreements, and UCC filings for each such facility.

5

7. All organization charts for each Systemedia facility identified in response to Interrogatory No. 1 above from 1954 to 1971.

8. Any and all employee lists or other compilations for all Systemedia facilities identified in response to Interrogatory No. 1 from 1954 to 1971.

9. Any and all articles in the "Factory News," the "National Post," or any other NCR newsletter or publication prepared by any technical department or business unit of NCR, from 1950 to 1972, relating to, mentioning or describing (a) any business activities or operations (including waste disposal operations of shipments of NCR Paper) of any Systemedia facility, and/or (b) the development, marketing, or conversion of NCR Paper, or any of its constituents or component parts.

Dated: July 21, 2011

By its Counsel,

Karl Lytz

Karl S. Lytz
CA Bar No. 110895
Patrick J. Ferguson
CA Bar No. 252778
Latham & Watkins LLP
505 Montgomery St.
Ste. 2000
San Francisco, CA 94111-6538
Karl.Lytz@lw.com
Patrick.Ferguson@lw.com

Mary Rose Alexander
IL Bar No. 6205313
CA Bar No. 143899
Margrethe K. Kearney
IL Bar No. 6286559
Latham & Watkins LLP
233 S. Wacker Dr.
Ste. 5800
Chicago, IL 60606

6

Telephone: (312) 872-7700
Facsimile: (312) 993-9767
Mary.Rose.Alexander@lw.com
Margrethe.Kearney@lw.com

SF\866802.1

7

## CERTIFICATE OF SERVICE

On **July  21, 2011**, I hereby certify that I served the following document described as:

**DEFENDANT GEORGIA-PACIFIC LLC'S FIRST SET OF INTERROGATORIES AND SECOND REQUEST FOR THE PRODUCTION OF DOCUMENTS TO PLAINTIFF NCR CORPORATION**
by serving a true copy of the above-described document in the following manner:

BY ELECTRONIC MAIL

The above-described document to be transmitted via electronic mail to the following party on **July 21, 2011**:

### SEE ATTACHED SERVICE LIST

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **July 21, 2011** at San Francisco, California.

_____ */s/ Patrick Ferguson*_____
Patrick J. Ferguson

8

| **PARTY** | **REPRESENTED BY:** | |
|---|---|---|
| **Appleton Coated LLC**<br>**Appleton Papers Inc**.<br>**Appleton Papers Inc.**<br>*(Plaintiffs and Counter-*<br>*Defendants)* | **Dennis P Birke**<br>DeWitt Ross & Stevens SC<br>2 E Mifflin St - Ste 600<br>Madison, WI 53703-2865<br>608-283-5601<br>608-252-9243 (fax)<br>db@dewittross.com | **Heidi D Melzer**<br>Hermes Law Ltd<br>333 Main St - Ste 601<br>Green Bay, WI 54301<br>920-436-9870<br>920-436-9871 (fax)<br>hdm@hermeslawltd.com |
| | **Brandon J Evans**<br>Hermes Law Ltd<br>333 Main St - Ste 601<br>Green Bay, WI 54301<br>920-436-9870<br>920-436-9871 (fax)<br>bje@hermeslawltd.com | **Ronald R Ragatz**<br>DeWitt Ross & Stevens SC<br>2 E Mifflin St - Ste 600<br>Madison, WI 53703-2865<br>608-255-8891<br>608-252-9243 (fax)<br>rrr@dewittross.com |
| | **Michael L Hermes**<br>Hermes Law Ltd<br>333 Main St - Ste 601<br>Green Bay, WI 54301<br>920-436-9870<br>920-436-9871 (fax)<br>mlh@hermeslawltd.com | **Megan A Senatori**<br>DeWitt Ross & Stevens SC<br>2 E Mifflin St - Ste 600<br>Madison, WI 53703-2865<br>608-252-9395<br>608-252-9243 (fax)<br>ms@dewittross.com |
| | **Ericka L Krumrie**<br>Hermes Law Ltd<br>333 Main St - Ste 601<br>Green Bay, WI 54301<br>920-436-9870<br>920-436-9871 (fax)<br>elk@hermeslawltd.com | |
| **Brown County**<br>*(Defendant)* | **Ian AJ Pitz**<br>Michael Best & Friedrich LLP<br>Firstar Plaza | |

9

| PARTY | REPRESENTED BY: |
|---|---|

1 S Pinckney St - Ste 700
PO Box 1806
Madison, WI 53701-1806
608-257-3501
608-283-2275 (fax)
iapitz@michaelbest.com

**CBC Coating Inc**
*(Defendant and Counter Claimant)*

**Thomas Armstrong**
von Briesen & Roper SC
411 E Wisconsin Ave - Ste 700
Milwaukee, WI 53202-4427
414-287-1214
414-276-6281 (fax)
tarmstro@vonbriesen.com

**Susan E Lovern**
von Briesen & Roper SC
411 E Wisconsin Ave - Ste 700
Milwaukee, WI 53202-4427
414-276-1122
414-276-6281 (fax)
slovern@vonbriesen.com

**Michael P Carlton**
von Briesen & Roper SC
411 E Wisconsin Ave - Ste 700
Milwaukee, WI 53202-4427
414-276-1122
414-276-6281 (fax)
mcarlton@vonbriesen.com

**Kelly J Noyes**
von Briesen & Roper SC
411 E Wisconsin Ave - Ste 700
Milwaukee, WI 53202-4427
414-276-1122
414-238-6603 (fax)
knoyes@vonbriesen.com

**City of Appleton**
*(Defendant)*

**Paul G Kent**
Stafford Rosenbaum LLP
222 W Washington Ave - Ste 900
PO Box 1784
Madison, WI 53701-1784
608-256-0226
608-259-2600 (fax)
pkent@staffordlaw.com

**Ted Waskowski**
Stafford Rosenbaum LLP
222 W Washington Ave - Ste 900
PO Box 1784
Madison, WI 53701-1784
608-259-2613
608-259-2600 (fax)
twaskowski@staffordlaw.com

**James P Walsh**
Appleton City Attorney
100 N Appleton St
Appleton, WI 54911

**Richard C Yde**
Stafford Rosenbaum LLP
222 W Washington Ave - Ste 900

10

| PARTY | REPRESENTED BY: | |
|---|---|---|

920-832-6423
920-832-5962 (fax)
jim.walsh@appleton.org

PO Box 1784
Madison, WI 53701-1784
608-259-2639
608-259-2600 (fax)
ryde@staffordlaw.com

**City of De Pere**
*(Defendant)*

**Meg E Vergeront**
Stafford Rosenbaum LLP
222 W Washington Ave - Ste 900
PO Box 1784
Madison, WI 53701-1784
608-259-2663
608-259-2600 (fax)
mvergeront@staffordlaw.com

**Richard C Yde**
Stafford Rosenbaum LLP
222 W Washington Ave - Ste 900
PO Box 1784
Madison, WI 53701-1784
608-259-2639
608-259-2600 (fax)
ryde@staffordlaw.com

**Ted Waskowski**
Stafford Rosenbaum LLP
222 W Washington Ave - Ste 900
PO Box 1784
Madison, WI 53701-1784
608-259-2613
608-259-2600 (fax)
twaskowski@staffordlaw.com

**City of Green Bay**
*(Defendant)*

**S Todd Farris**
Friebert Finerty & St John SC
2 Plaza East
330 E Kilbourn Ave - Ste 1250
Milwaukee, WI 53202-3158
414-271-0130
414-272-8191 (fax)
stf@ffsj.com

**Allison C Swanson**
City of Green Bay
City Hall
100 N Jefferson St - Rm 200
Green Bay, WI 54301
920-448-3080
920-448-3081 (fax)
allisonsw@ci.green-bay.wi.us

**M Andrew Skwierawski**
Friebert Finerty & St John SC
2 Plaza East
330 E Kilbourn Ave - Ste 1250

**Ted A Warpinski**
Friebert Finerty & St John SC
2 Plaza East
330 E Kilbourn Ave - Ste

11

SF\866802.1

| PARTY | REPRESENTED BY: | |
|---|---|---|
| | Milwaukee, WI 53202-3158<br>414-271-0130<br>414-272-8191 (fax)<br>mas@ffsj.com | 1250<br>Milwaukee, WI 53202-3158<br>414-271-0130<br>414-272-8191 (fax)<br>taw@ffsj.com |
| **Fort James Corporation**<br>**Fort James Operating Company**<br>*(Defendants)* | **Mary Rose Alexander**<br>Latham & Watkins LLP<br>Sears Tower<br>233 S Wacker Dr - Ste 5800<br>Chicago, IL 60606<br>312-876-7700<br>312-993-9767 (fax)<br>mary.rose.alexander@lw.com | **Andrea M Hogan**<br>Latham & Watkins LLP<br>505 Montgomery St - Ste 2000<br>San Francisco, CA 94111-6538<br>415-391-0600<br>415-395-8095 (fax)<br>Andrea.Hogan@LW.com |
| | **Patrick J Ferguson**<br>Latham & Watkins LLP<br>505 Montgomery St - Ste 2000<br>San Francisco, CA 94111-6538<br>415-391-0600<br>415-395-8095 (fax)<br>patrick.ferguson@lw.com | **Margrethe K Kearney**<br>Latham & Watkins LLP<br>Sears Tower<br>233 S Wacker Dr - Ste 5800<br>Chicago, IL 60606<br>312-876-7700<br>312-993-9767 (fax)<br>margrethe.kearney@lw.com |
| | **Nathan A Fishbach**<br>Whyte Hirschboeck Dudek SC<br>555 E Wells St - Ste 1900<br>Milwaukee, WI 53202-3819<br>414-273-2100<br>414-223-5000 (fax)<br>nfishbach@whdlaw.com | **Karl S Lytz**<br>Latham & Watkins LLP<br>505 Montgomery St - Ste 2000<br>San Francisco, CA 94111-6538<br>415-391-0600<br>415-395-8095 (fax)<br>karl.lytz@lw.com |
| | **Arthur F Foerster**<br>Latham & Watkins LLP<br>Sears Tower<br>233 S Wacker Dr - Ste 5800 | |

SF\866802.1

| PARTY | REPRESENTED BY: |
|-------|-----------------|

Chicago, IL 60606
312-876-7700
312-993-9767 (fax)
arthur.foerster@lw.com

**George A Whiting**
**Paper Company**
*(Defendant)*

**Scott B Fleming**
Weiss Berzowski Brady LLP
700 N Water St - Ste 1400
Milwaukee, WI 53202-4206
414-276-5800
414-276-0458 (fax)
sbf@wbb-law.com

**Philip A Munroe**
DiRenzo & Bomier LLC
Two Neenah Center - Ste 701
PO Box 788
Neenah, WI 54957-0788
920-725-8464
920-486-4136 (fax)
pmunroe@direnzollc.com

**Georgia-Pacific**
**Consumer Products**
**LP**
**Georgia-Pacific LLC**
*(Defendant)*

**Mary Rose Alexander**
Latham & Watkins LLP
Sears Tower
233 S Wacker Dr - Ste 5800
Chicago, IL 60606
312-876-7700
312-993-9767 (fax)
mary.rose.alexander@lw.com

**Arthur F Foerster**
Latham & Watkins LLP
Sears Tower
233 S Wacker Dr - Ste 5800
Chicago, IL 60606
312-876-7700
312-993-9767 (fax)
arthur.foerster@lw.com

**Jan M Conlin**
Robins Kaplan Miller & Ciresi
LLP
800 LaSalle Ave S - Ste 2800
Minneapolis, MN 55402-2015
612-349-8500
612-339-4181 (fax)
jmconlin@rkmc.com

**Andrea M Hogan**
Latham & Watkins LLP
505 Montgomery St - Ste
2000
San Francisco, CA 94111-
6538
415-391-0600
415-395-8095 (fax)
Andrea.Hogan@LW.com

**Patrick J Ferguson**
Latham & Watkins LLP
505 Montgomery St - Ste 2000
San Francisco, CA 94111-6538
415-391-0600
415-395-8095 (fax)

**Margrethe K Kearney**
Latham & Watkins LLP
Sears Tower
233 S Wacker Dr - Ste 5800
Chicago, IL 60606
312-876-7700

13

| PARTY | REPRESENTED BY: |
|---|---|

patrick.ferguson@lw.com

312-993-9767 (fax)
margrethe.kearney@lw.com

**Nathan A Fishbach**
Whyte Hirschboeck Dudek SC
555 E Wells St - Ste 1900
Milwaukee, WI 53202-3819
414-273-2100
414-223-5000 (fax)
nfishbach@whdlaw.com

**Karl S Lytz**
Latham & Watkins LLP
505 Montgomery St - Ste 2000
San Francisco, CA 94111-6538
415-391-0600
415-395-8095 (fax)
karl.lytz@lw.com

**Green Bay Metropolitan Sewerage District**
*(Defendant)*

**Joseph C Basta**
Dykema Gossett PLLC
2723 S State St - Ste 400
Ann Arbor, MI 48104
734-214-7655
734-214-7696 (fax)
jbasta@dykema.com

**Michelle A Gale**
Dykema Gossett PLLC
10 S Wacker Dr - Ste 2300
Chicago, IL 60606
312-627-2108
312-627-2303 (fax)
mgale@dykema.com

**Green Bay Packaging Inc**
*(Defendant)*

**David J Edquist**
von Briesen & Roper SC
411 E Wisconsin Ave - Ste 700
Milwaukee, WI 53202-4427
414-276-1122
dedquist@vonbriesen.com

**Patrick L Wells**
von Briesen & Roper SC
411 E Wisconsin Ave - Ste 700
Milwaukee, WI 53202-4427
414-276-1122
414-276-6281 (fax)
pwells@vonbriesen.com

**Christopher P Riordan**
von Briesen & Roper SC
411 E Wisconsin Ave - Ste 700
Milwaukee, WI 53202-4427
414-287-1268
414-276-6281 (fax)
criordan@vonbriesen.com

SF\866802.1

| PARTY | REPRESENTED BY: | |
|---|---|---|
| **Heart of the Valley Metropolitan Sewerage District** *(Defendant)* | **Thomas R Schrimpf** Hinshaw & Culbertson LLP 100 E Wisconsin Ave - Ste 2600 Milwaukee, WI 53202-4115 414-276-6464 414-276-9220 (fax) tschrimpf@hinshawlaw.com | **Lora L Zimmer** Hinshaw & Culbertson LLP 100 W Lawrence St Appleton, WI 54911 920-738-7550 920-738-9294 (fax) lzimmer@hinshawlaw.com |
| **International Paper Company** *(Defendant)* | **John F Cermak, Jr** Baker Hostetler LLP 12100 Wilshire Blvd - 15th Fl Los Angeles, CA 90025 310-820-8800 310-820-8859 (fax) jcermak@bakerlaw.com | **Sonja A Inglin** Baker Hostetler LLP 12100 Wilshire Blvd - 15th Fl Los Angeles, CA 90025 310-820-8800 310-820-8859 (fax) singlin@bakerlaw.com |
| **LaFarge North America Inc** Consolidated from Case 08-C-895 *(Consolidated Defendant)* | **Steven C Kohl** Warner Norcross & Judd LLP 2000 Town Center - Ste 2700 Southfield, MI 48075 248-784-5141 248-603-9741 (fax) skohl@wnj.com | **Sarah C Lindsey** Warner Norcross & Judd LLP 2000 Town Center - Ste 2700 Southfield, MI 48075 248-784-5147 248-603-9747 (fax) slindsey@wnj.com |
| **Leicht Transfer & Storage Company** *(Defendant)* | **Russell W Wilson** Ruder Ware LLSC 500 1st St - Ste 8000 PO Box 8050 Wausau, WI 54402-8050 715-845-4336 715-845-2718 (fax) rwilson@ruderware.com | **Brian L Zagon** Hunsucker Goodstein & Nelson PC 3717 Mt Diablo Blvd - Ste 200 Lafayette, CA 94549 925-284-0840 925-284-0870 (fax) bzagon@hgnlaw.com |
| **Menasha Corporation** *(Defendant)* | **Philip C Hunsucker** Hunsucker Goodstein & Nelson PC 3717 Mt Diablo Blvd - Ste 200 | **David A Rabbino** Hunsucker Goodstein & Nelson PC 3717 Mt Diablo Blvd - Ste |

15

| PARTY | REPRESENTED BY: |
|---|---|

Lafayette, CA 94549
925-284-0840
925-284-0870 (fax)
phunsucker@hgnlaw.com

200
Lafayette, CA 94549
925-284-0840
925-284-0870 (fax)
drabbino@hgnlaw.com

**Allison E McAdam**
Hunsucker Goodstein & Nelson PC
3717 Mt Diablo Blvd - Ste 200
Lafayette, CA 94549
925-284-0840
925-284-0870 (fax)
amcadam@hgnlaw.com

**Brian L Zagon**
Hunsucker Goodstein & Nelson PC
3717 Mt Diablo Blvd - Ste 200
Lafayette, CA 94549
925-284-0840
925-284-0870 (fax)
bzagon@hgnlaw.com

**Erik S Mroz**
Hunsucker Goodstein & Nelson PC
21800 Oxnard St - Ste 780
Woodland Hills, CA 91367
818-598-8340
818-598-8350 (fax)
emroz@reslawgrp.com

**NCR Corporation**
*(Plaintiff and Counter-Defendant))*

**Evan R Chesler**
Cravath Swaine & Moore LLP
Worldwide Plaza
825 8th Ave
New York, NY 10019-7475
212-474-1000
212-474-3700 (fax)
echesler@cravath.com

**Kathleen L Roach**
Sidley Austin LLP
1 S Dearborn St
Chicago, IL 60603
312-853-7000
312-853-7036 (fax)
kroach@sidley.com

**William F Conlon**
Sidley Austin LLP
1 S Dearborn St
Chicago, IL 60603
312-853-7000

**Charles K Schafer**
Sidley Austin LLP
1 S Dearborn St
Chicago, IL 60603
312-853-7000

SF\866802.1

| PARTY | REPRESENTED BY: |
|---|---|

<table>
<tr><td>312-853-7036 (fax)<br>wconlon@sidley.com</td><td>312-853-7036 (fax)<br>cschafer@sidley.com</td></tr>
<tr><td><strong>J Ric Gass</strong><br>Gass Weber Mullins LLC<br>309 N Water St - Ste 700<br>Milwaukee, WI 53202<br>414-223-3300<br>414-224-6116 (fax)<br>gass@gasswebermullins.com</td><td><strong>J Andrew Schlickman</strong><br>Sidley Austin LLP<br>1 S Dearborn St<br>Chicago, IL 60603<br>312-853-7000<br>312-853-7036 (fax)<br>jaschlickman@sidley.com</td></tr>
<tr><td><strong>Sandra C Goldstein</strong><br>Cravath Swaine & Moore LLP<br>Worldwide Plaza<br>825 8th Ave<br>New York, NY 10019-7475<br>212-474-1000<br>212-474-3700 (fax)<br>sgoldstein@cravath.com</td><td><strong>Margaret R Sobota</strong><br>Sidley Austin LLP<br>1 S Dearborn St<br>Chicago, IL 60603<br>312-853-7000<br>312-853-7036 (fax)<br>msobota@sidley.com</td></tr>
<tr><td><strong>Eric W Ha</strong><br>Sidley Austin LLP<br>1 S Dearborn St<br>Chicago, IL 60603<br>312-853-0462<br>312-853-7036 (fax)<br>eha@sidley.com</td><td><strong>David J Turek</strong><br>Gass Weber Mullins LLC<br>309 N Water St - Ste 700<br>Milwaukee, WI 53202<br>414-224-3445<br>414-224-3016 (fax)<br>turek@gasswebermullins.com</td></tr>
<tr><td><strong>Darin P McAtee</strong><br>Cravath Swaine & Moore LLP<br>Worldwide Plaza<br>825 8th Ave<br>New York, NY 10019-7475<br>212-474-1000<br>212-474-3700 (fax)<br>dmcatee@cravath.com</td><td><strong>Evan B Westerfield</strong><br>Sidley Austin LLP<br>1 S Dearborn St<br>Chicago, IL 60603<br>312-853-7000<br>312-853-7036 (fax)<br>evanwesterfield@sidley.com</td></tr>
</table>

| **Neenah Foundry Co** | **Timothy B Anderson** | **Thomas R O'Donnell** |
|---|---|---|

SF\866802.1

| PARTY | REPRESENTED BY: |
|---|---|

*(Defendant)*

Remley & Sensenbrenner SC
219 E Wisconsin Ave
Neenah, WI 54956
920-725-2601
920-725-5814 (fax)
tanderson@remleylaw.com

Calfee Halter & Griswold
LLP
KeyBank Ctr
800 Superior Ave - Ste 1400
Cleveland, OH 44114-2688
216-622-8200
216-241-0816 (fax)
todonnell@calfee.com

**William E Coughlin**
Calfee Halter & Griswold LLP
KeyBank Ctr
800 Superior Ave - Ste 1400
Cleveland, OH 44114-2688
216-622-8200
216-241-0816 (fax)
wcoughlin@calfee.com

**Neenah-Menasha
Sewerage
Commission**
*(Defendant)*

**Kevin J Lyons**
Davis & Kuelthau SC
111 E Kilbourn Ave - Ste 1400
Milwaukee, WI 53202-6613
414-225-1402
414-278-3602 (fax)
klyons@dkattorneys.com

**Elizabeth K Miles**
Davis & Kuelthau SC
111 E Kilbourn Ave - Ste
1400
Milwaukee, WI 53202-6613
414-225-1491
414-278-3691 (fax)
emiles@dkattorneys.com

**Tara M Mathison**
Davis & Kuelthau SC
111 E Kilbourn Ave - Ste 1400
Milwaukee, WI 53202-6613
414-276-0200
414-278-3692 (fax)
tmathison@dkattorneys.com

**William J Mulligan**
Davis & Kuelthau SC
111 E Kilbourn Ave - Ste
1400
Milwaukee, WI 53202-6613
414-225-1429
414-278-3629 (fax)
wmulligan@dkattorneys.com

**PH Glatfelter
Company**
*(Defendant)*

**Marc E Davies**
Greenberg Traurig LLP
2700 Two Commerce Square

**Sabrina Mizrachi**
Greenberg Traurig LLP
2700 Two Commerce Square

SF\866802.1

| PARTY | REPRESENTED BY: | |
|---|---|---|

|  | 2001 Market St<br>Philadelphia, PA 19103<br>215-988-7800<br>215-988-7801 (fax)<br>daviesm@gtlaw.com | 2001 Market St<br>Philadelphia, PA 19103<br>215-988-7800<br>215-988-7801 (fax)<br>mizrachis@gtlaw.com |
|  | **Caleb J Holmes**<br>Greenberg Traurig LLP<br>2700 Two Commerce Square<br>2001 Market St<br>Philadelphia, PA 19103<br>215-988-7800<br>215-988-7801 (fax)<br>holmesc@gtlaw.com | **Monique M Mooney**<br>Greenberg Traurig LLP<br>2700 Two Commerce Square<br>2001 Market St<br>Philadelphia, PA 19103<br>215-988-7800<br>215-988-7801 (fax)<br>mooneym@gtlaw.com |
|  | **David G Mandelbaum**<br>Greenberg Traurig LLP<br>2700 Two Commerce Square<br>2001 Market St<br>Philadelphia, PA 19103<br>215-988-7800<br>215-988-7801 (fax)<br>mandelbaumd@gtlaw.com | **Patrick H Zaepfel**<br>Kegel Klein Almy & Grimm<br>LLP<br>24 N Lime St<br>Lancaster, PA 17602<br>717-735-7052<br>pz@phzlaw.com |
| **The Procter &<br>Gamble Paper<br>Products Company**<br>*(Defendant)* | **Joseph C Basta**<br>Dykema Gossett PLLC<br>2723 S State St - Ste 400<br>Ann Arbor, MI 48104<br>734-214-7655<br>734-214-7696 (fax)<br>jbasta@dykema.com | **Thomas R Gottshall**<br>Haynsworth Sinkler Boyd PA<br>1201 Main St - 22nd F<br>PO Box 11889<br>Columbia, SC 29211-1889<br>803-779-3080<br>803-765-1243 (fax)<br>lgantt@hsblawfirm.com |
|  | **Michelle A Gale**<br>Dykema Gossett PLLC<br>10 S Wacker Dr - Ste 2300<br>Chicago, IL 60606<br>312-627-2108<br>312-627-2303 (fax) | **Scott W Hansen**<br>Reinhart Boerner Van Deuren<br>SC<br>1000 N Water St - Ste 1700<br>PO Box 2965<br>Milwaukee, WI 53202 |

SF\866802.1

| PARTY | REPRESENTED BY: |
|---|---|

<table>
<tr>
<td></td>
<td>mgale@dykema.com</td>
<td>414-298-8123<br>414-298-8097 (fax)<br>shansen@reinhartlaw.com</td>
</tr>
<tr>
<td></td>
<td><b>David E Frank</b><br>Reinhart Boerner Van Deuren SC<br>1000 N Water St - Ste 1700<br>PO Box 2965<br>Milwaukee, WI 53202<br>414-298-8263<br>414-298-8097 (fax)<br>dfrank@reinhartlaw.com</td>
<td><b>Stephen F McKinney</b><br>Haynsworth Sinkler Boyd PA<br>1201 Main St - 22nd F<br>PO Box 11889<br>Columbia, SC 29211-1889<br>803-779-3080<br>803-765-1243 (fax)<br>smckinney@hsblawfirm.com</td>
</tr>
<tr>
<td></td>
<td></td>
<td><b>John M Van Lieshout</b><br>Reinhart Boerner Van Deuren SC<br>1000 N Water St - Ste 1700<br>PO Box 2965<br>Milwaukee, WI 53202<br>414-298-1000<br>jvanlies@reinhartlaw.com</td>
</tr>
<tr>
<td><b>Union Pacific Railroad Company</b><br><i>(Consolidated Defendant)</i></td>
<td><b>Matthew G Adams</b><br>SNR Denton US LLP<br>525 Market St - 26th Fl<br>San Francisco, CA 94105-2708<br>415-882-5000<br>415-882-0300 (fax)<br>matthew.adams@snrdenton.com</td>
<td><b>Thomas A Andreoli</b><br>Rooney Rippie &amp; Ratnaswamy LLP<br>350 W Hubbard St - Ste 430<br>Chicago, IL 60654<br>312-447-2800<br>thomas.andreoli@r3law.com</td>
</tr>
<tr>
<td><b>United States Army Corps of Engineers</b><br><i>(Consolidated Defendant)</i></td>
<td><b>Joshua M Levin</b><br>United States Department of Justice (DC)<br>Environment &amp; Natural Resources Division<br>PO Box 23986<br>Washington, DC 20026-3986<br>202-514-4198</td>
<td><b>Perry M Rosen</b><br>United States Department of Justice (DC)<br>Environment &amp; Natural Resources Division<br>PO Box 23986<br>Washington, DC 20026-3986<br>202-353-7792</td>
</tr>
</table>

SF\866802.1

| PARTY | REPRESENTED BY: | |
|---|---|---|
| | 202-514-4198 (fax)<br>joshua.levin@usdoj.gov | 202-514-8865 (fax)<br>perry.rosen@usdoj.gov |
| | **Matthew R Oakes**<br>United States Department of<br>Justice (DC)<br>Environment & Natural<br>Resources Division<br>PO Box 23986<br>Washington, DC 20026-3986<br>202-514-2686<br>202-514-4198 (fax)<br>matthew.oakes@usdoj.gov | |
| **United States of America**<br>*(Consolidated Defendant)* | **Joshua M Levin**<br>United States Department of<br>Justice (DC)<br>Environment & Natural<br>Resources Division<br>PO Box 23986<br>Washington, DC 20026-3986<br>202-514-4198<br>202-514-4198 (fax)<br>joshua.levin@usdoj.gov | **Perry M Rosen**<br>United States Department of<br>Justice (DC)<br>Environment & Natural<br>Resources Division<br>PO Box 23986<br>Washington, DC 20026-3986<br>202-353-7792<br>202-514-8865 (fax)<br>perry.rosen@usdoj. |
| | **Matthew R Oakes**<br>United States Department of<br>Justice (DC)<br>Environment & Natural<br>Resources Division<br>PO Box 23986<br>Washington, DC 20026-3986<br>202-514-2686<br>202-514-4198 (fax)<br>matthew.oakes@usdoj.gov | **Randall M Stone**<br>United States Department of<br>Justice (DC)<br>Environment & Natural<br>Resources Division<br>PO Box 7611<br>Washington, DC 20044<br>202-514-1308<br>202-616-6584 (fax)<br>randall.stone@usdoj.gov |
| **WTM I Company**<br>*(Defendant)* | **William H Harbeck**<br>Quarles & Brady LLP<br>411 E Wisconsin Ave - Ste | **Nancy K Peterson**<br>Quarles & Brady LLP<br>411 E Wisconsin Ave - Ste |

21

SF\866802.1

| PARTY | REPRESENTED BY: | |
|---|---|---|
| | 2040<br>Milwaukee, WI 53202-4497<br>414-277-5853<br>414-978-8853 (fax)<br>william.harbeck@quarles.com | 2040<br>Milwaukee, WI 53202-4497<br>414-277-5515<br>414-978-8616 (fax)<br>nancy.peterson@quarles.com |
| | **Peter C Karegeannes**<br>Quarles & Brady LLP<br>411 E Wisconsin Ave - Ste<br>2040<br>Milwaukee, WI 53202-4497<br>414-277-5323<br>414-978-8923 (fax)<br>peter.karegeannes@quarles.com | |
| **Wisconsin Public Service Corporation**<br>*(Defendant)* | **Paul Bargren**<br>Foley & Lardner LLP<br>777 E Wisconsin Ave<br>Milwaukee, WI 53202-5300<br>414-297-5537<br>414-297-4900 (fax)<br>pbargren@foley.com | **Sarah A Slack**<br>Foley & Lardner LLP<br>Verex Plaza<br>150 E Gilman St<br>PO Box 1497<br>Madison, WI 53701-1497<br>608-258-4239<br>608-258-4258 (fax)<br>sslack@foley.com |
| | **Linda E Benfield**<br>Foley & Lardner LLP<br>777 E Wisconsin Ave<br>Milwaukee, WI 53202-5300<br>414-297-5825<br>414-297-4900 (fax)<br>lbenfield@foley.com | |

SF\866802.1