# Exhibit 7

# Notice of Deposition for Dale Schumaker, dated October 11, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS INC. and
NCR CORPORATION,

      Plaintiffs,

    v.                                No. 08-CV-16-WCG

GEORGE A. WHITING PAPER
COMPANY, *et al*.,

      Defendants.

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on November 2, 2011, beginning at 9:00 a.m., Plaintiff Appleton Papers Inc., by and through its undersigned counsel, will take the deposition of DALE SCHUMAKER at the Copperleaf Hotel, 300 West College Avenue, Appleton, Wisconsin 54911. This deposition will be taken by a certified court reporter authorized to administer oaths and take testimony, and will be recorded and preserved by stenographic means and on audio/videotape. The deposition shall continue from day to day until completed.

Dated this 11th day of October, 2011.

                                            Respectfully Submitted,

                                            APPLETON PAPERS INC.

                                            By    /s/ Ronald R. Ragatz
                                                    One of Its Attorneys

Counsel for Appleton Papers Inc.:

| | |
|---|---|
| Michael L. Hermes (#1019623) | Ronald R. Ragatz (#1017501) |
| Heidi D. Melzer (#1076125) | Dennis P. Birke (#1018345) |
| Brandon J. Evans (#1063940) | Megan A. Senatori (#1037314) |
| Ericka L. Krumrie (#1066383) | DeWitt Ross & Stevens S.C. |
| Hermes Law, Ltd. | Two East Mifflin Street |
| 333 Main Street, Suite 601 | Madison, WI 53703 |
| Green Bay, WI 54301 | (608) 255-8891 |
| (920) 436-9870 | Fax: (608) 252-9243 |
| Fax: (920)436-9871 | |