**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

APPLETON PAPERS INC.
AND NCR CORPORATION,

              Plaintiffs,

       vs.                           Case No. 08-CV-00016-WCG

GEORGE A.   WHITING PAPER
COMPANY, et al.,

              Defendants.

---

### NOTICE OF APPEARANCE

---

       **PLEASE TAKE NOTICE** that attorney Margaret I. Hoefer, hereby enters her appearance as counsel for defendant City of Appleton in the above-captioned lawsuit. All pleadings, correspondence, communications, and ECF filings should be served upon the undersigned at the address below.

       DATED this __3rd__ day of February, 2012.

                      By:___*/s/Margaret I. Hoefer*_____
                         Margaret I. Hoefer (#1036470)
                         Attorney for Defendant City of Appleton
                         Stafford Rosenbaum LLP
                         222 West Washington, Suite 900
                         P.O. Box 1784
                         Madison, WI 53701-1784
                         Phone:  608-256-0226
                         Fax:  608-259-2600
                         mhoefer@staffordlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this 3rd day of February 2012, a true and correct copy of the foregoing was filed electronically via the Electronic Court Filing system and is available for viewing and downloading.

_/s/ Marjorie Irving_
Marjorie Irving, Legal Assistant