# Exhibit 1

# January 28, 2009

# Fred T. Heinritz
# Deposition Transcript Excerpts

```
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE EASTERN DISTRICT OF WISCONSIN

 3                      GREEN BAY DIVISION
     ----------------------------------------------------------
 4
     APPLETON PAPERS, INC., and
 5   NCR CORPORATION,

 6                  Plaintiffs,

 7             vs.                Case No. 2:08-CV-00016-WCG

 8   GEORGE A. WHITING PAPER COMPANY, et al.,

 9                  Defendants.

10   ----------------------------------------------------------

11

12
                 Deposition of FRED T. HEINRITZ
13
                  Wednesday, January 28th, 2009
14

15                          9:51 a.m.

16                            at

17                     Hilton Garden Inn
                     720 Eisenhower Drive
18                    Kimberly, Wisconsin

19

20
              Reported by Sarah A. Hart, RPR/RMR/CRR
21

22

23

24

25
```

```
 1          don't know about certain things so we can get to the
 2          things that you do know.  When paper -- you had
 3          mentioned NCR provided the emulsion to coat the paper
 4          with.  Who supplied the paper?
 5     A    We bought that from various sources.
 6     Q    And then you at Appleton Paper -- Appleton Coated
 7          Paper coated the paper with the emulsion to create
 8          the NCR carbonless copy paper, correct?
 9     A    That's correct.
10     Q    Who sold the paper to consumers?
11     A    NCR.
12               MR. WESTERFIELD:  Object to the form of the
13          question.
14     BY MR. BOGART:
15     Q    Who was Appleton Coated Papers' customer?
16     A    NCR.
17     Q    So am I correct that NCR provided the emulsion,
18          Appleton Coated Paper made the -- coated the paper
19          and created the NCR carbonless and then sold it to
20          NCR?
21     A    Yes.
22     Q    Was that true the entire time you were with Appleton
23          Coated Paper?
24               MR. WESTERFIELD:  Object, lack of
25          foundation.
```

```
 1                    THE WITNESS:  Yes.
 2   BY MR. BOGART:
 3   Q    At one point, Appleton Coated Paper became a division
 4        of NCR; is that right?
 5   A    Yes.
 6   Q    So would it be true that the division would be
 7        selling to its corporate --
 8   A    I don't know.
 9                    MR. WESTERFIELD:  Objection, lack of
10        foundation.
11                    THE WITNESS:  Okay.  I don't remember what
12        the billing arrangements were on that point, but NCR
13        controlled the whole thing.
14   BY MR. BOGART:
15   Q    By NCR controlling the whole thing, do you mean they
16        determined how much would be made and where it would
17        go?  What did you mean by that statement?
18                    (Mr. Waskowski joins proceedings.)
19                    THE WITNESS:  Well, Appleton operated the
20        mill, so we made -- we made jumbo rolls of paper,
21        inventoried them, and then used those to fill the
22        orders that were provided by NCR, by their sales
23        force.  So we didn't -- they didn't operate the mill
24        or dictate how we operated the mill or what kind of
25        inventories we carried or anything like that.
```

```
 1   BY MR. BOGART:
 2   Q    Okay.  So did you ship directly to NCR's customers?
 3   A    Yes.
 4   Q    In the manufacture of NCR carbonless copy paper,
 5        waste was created, I assume?
 6              MR. WESTERFIELD:  Object to the form of the
 7        question.
 8              THE WITNESS:  We had broke, trim.
 9   BY MR. BOGART:
10   Q    Can you define those terms for us?  What do you mean
11        by broke?
12   A    Broke was the paper that was left over after we took
13        out the perfect sheets or rolls.  Edge trim, trim, we
14        referred to as the trim off the edge of the rolls.
15   Q    So broke -- broke is produced when you make sheets,
16        and edge is when you make rolls?  Or am I wrong about
17        that?
18              MR. WESTERFIELD:  Object to the form of the
19        question.
20              MR. WELLS:  Excuse me, this is Pat Wells.
21        Is it possible to have the microphone moved in
22        another location?  For some reason, the audio is very
23        bad, and most of the witness's responses are
24        completely inaudible.
25              (A discussion was held off the record.)
```