# Exhibit 2

# April 7, 2009

# Dan McIntosh
# Deposition Transcript Excerpts

```
 1              IN THE UNITED STATES DISTRICT COURT
 2             FOR THE EASTERN DISTRICT OF WISCONSIN
 3                       GREEN BAY DIVISION
 4   -----------------------------------------------------------
 5   APPLETON PAPERS, INC., and
     NCR CORPORATION,
 6
                    Plaintiffs,
 7
 8          vs.                     Case No. 2:08-CV-00016-WCG
 9
     GEORGE A. WHITING PAPER COMPANY, et al.,
10
                    Defendants.
11
     -----------------------------------------------------------
12
13
14
15                   Deposition of DAN McINTOSH
16                   Tuesday, April 7th, 2009
17
                              9:02 a.m.
18
                                 at
19
                        THE COPPERLEAF HOTEL
20                    300 West College Avenue
                         Appleton, Wisconsin
21
22
23
24
25           Reported by Rosanne E. Pezze, RPR/CRR
```

```
 1                    If you would turn to page 7 of the
 2      report, NCR-FOX-400672.  In the middle of the page
 3      there's a paragraph that begins with the word
 4      "Meetings were held" or the words "Meetings were
 5      held."  Do you see that?
 6   A  Yes.
 7   Q  "Meetings were held this month with both Appleton and
 8      Mead on the subject of NCR specifications and
 9      deviations."
10                    Do you have, as you sit here today,
11      any understanding in terms of what the specifications
12      and deviations were that were being discussed at this
13      meeting?
14   A  Not that were being discussed at that meeting.
15   Q  Okay.  Do you have any understanding in terms of
16      deviations that existed at Appleton and Mead with
17      regard to the NCR paper at this point in time?
18   A  Not specifically.
19   Q  How about generally?
20   A  Generally, there were deviations that were granted to
21      the mills from time to time because of their
22      inability to balance one offer to the other, or there
23      were conflicting objectives from their standpoint.
24      They could meet one but not the other, and so we had
25      to adjust the specifications accordingly.
```

```
 1                    And sometimes the deviation was
 2      temporary, and then the ranges may have been adjusted
 3      or the formulation adjusted to enable them to meet
 4      the specs.
 5   Q  But all of that had to be done with NCR's approval?
 6   A  Correct.
 7   Q  And again, the specifications, these only dealt with
 8      NCR paper, the manufacture of NCR carbonless copy
 9      paper?
10   A  Correct.
11   Q  Did Appleton or Mead manufacture anything else for
12      NCR other than carbonless copy paper?
13   A  Appleton produced some thermal paper for NCR as well.
14              (Deposition Exhibit No. 449 marked for
15      identification.)
16   BY MR. RABBINO:
17   Q  Exhibit 449 is the August 1966 progress report for
18      the NCR Paper and Supply Products Technical Services
19      division.  Begins on NCR-FOX-445580 and goes to
20      NCR-FOX-445595, and this was one of the reports you'd
21      previously reviewed with counsel.
22                    If you'd turn to the very first page
23      of text, NCR-FOX-445581.  The second paragraph reads,
24      "During August, much effort was spent in compiling
25      information for a discussion with Appleton Coated
```

```
 1            versions, which were non-Aroclor.
 2     BY MR. RABBINO:
 3     Q     But it did include Aroclor 1242 at one point?
 4     A     Correct.
 5     Q     The last sentence reads, "This gave NCR total control
 6           authority over the most important material in the
 7           entire system."  Do you agree with that?
 8     A     Well, from Tom's perspective, that's the way he
 9           looked at it, and probably was valid from his
10           viewpoint.
11     Q     Okay.  If we turn to the next page -- well, let me
12           ask you this, though.
13                       To the extent that NCR controlled the
14           production of the emulsion and the distribution of
15           the emulsion, carbonless copy paper couldn't be made
16           without the emulsion; is that correct?
17     A     Correct.
18     Q     So if NCR controlled it, then they did control
19           certainly one of the more important parts of the
20           process?
21     A     That's correct.
22     Q     Turning to the next page.  That paragraph reads, "NCR
23           very carefully and thoroughly set down strict
24           specifications and test methods for all ingredients
25           used in the production of the paper."
```

```
 1                    Do you see that?
 2   A   Yes.
 3   Q   Do you agree with that statement?
 4   A   Well, yes, but there were a lot of changes over time
 5       to those, so --
 6   Q   Well, that's true.  But did NCR have --
 7   A   There was a fairly complete set of specifications and
 8       test methods, but we were always finding the mills
 9       didn't particularly strictly follow those, so we had
10       to --
11   Q   Well, the paragraph later reads, "No formulation or
12       processing changes were permitted without NCR
13       approval."  Do you agree with that statement?
14   A   That would have been the policy of NCR, yes.
15   Q   Okay.  If you'd turn to page 50 -- well, actually,
16       turn to page 49 first.  In the first full paragraph
17       on the page, it deals with speaking of a time frame
18       in 1967 that Appleton completed the installation of
19       the first tandem coater.  Do you see that?
20   A   Yes.
21   Q   Do you recall Appleton doing that in 1967?
22   A   Yes.
23   Q   And then later at the bottom, soon after the
24       installation of the first tandem coater, it was
25       apparent that another tandem machine would be
```