# Exhibit 4

# April 20, 2009

# Ronald C. Jezerc
# Deposition Transcript Excerpts

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF WISCONSIN
 2                      GREEN BAY DIVISION
    ----------------------------------------------------------
 3  APPLETON PAPERS INC. and
    NCR CORPORATION,
 4
                    Plaintiffs,
 5
                    vs.               Case No. 08-CV-16-WCG
 6
    GEORGE A. WHITING PAPER COMPANY, ET AL.,
 7
                    Defendants.
 8  ----------------------------------------------------------
    NCR CORPORATION,
 9
                    Plaintiff,
10
                    vs.               Case No. 08-CV-0895-WCG
11
    KIMBERLY-CLARK CORPORATION, ET AL.,
12
                    Defendants.
13  ----------------------------------------------------------

14

15

16        Deposition of RONALD C. JEZERC, VOLUME I

17              Monday, April 20th, 2009

18
                       9:06 a.m.
19
                          at
20
                    CopperLeaf Hotel
21               300 West College Avenue
                  Appleton, Wisconsin
22

23

24      Reported by Constance L. Bauer, RPR/RMR/CRR

25
```

WWW.GRAMANNREPORTING.COM · 414.272.7878

**GRAMANN**
REPORTING
Innovation · Expertise · Integrity

```
 1        know?
 2   A    I'll guess.
 3   Q    Well, don't guess, but do you have any reasonable
 4        basis to speculate about why this statement is in
 5        there?
 6   A    The gentlemen who wrote the report was an Appleton
 7        man.
 8   Q    Uh-huh.
 9   A    The monitor was probably John Stutz --
10   Q    Uh-huh.
11   A    -- and Mr. Stutz did not want to tell Appleton too
12        much about how to make capsules.
13   Q    Oh, I see.  So Mr. Stutz was being gracious by not
14        criticizing, is that --
15   A    Right.
16   Q    -- your understanding?
17   A    Right.
18   Q    I see.
19   A    National Cash Register loved Appleton because it knew
20        how to coat paper.  It did not want Appleton to learn
21        how to make capsules.
22   Q    Oh, I see.  Why was that?
23   A    Because NCR had the control of it.
24   Q    Okay.  And they didn't want Appleton, what, to eat
25        into their market share?  I --
```

```
 1   A    Or people leave -- find out how to make capsules and

 2        leave Appleton and go with some other competitor.

 3        NCR had their patent, but by that time there weren't

 4        many years left on the patent.

 5   Q    I see.

 6   A    So they kept their technical information within their

 7        own company.

 8   Q    I see.  So there wasn't a lot of sharing of

 9        information about the make-up of the emulsion between

10        Appleton and NCR?

11   A    No.  We bought it.  They -- we held them responsible

12        for good capsules.

13   Q    I see.  Although you were apparently involved in

14        helping them with the MIPB and finding a replacement;

15        is that right?

16   A    We were a facilitator.

17   Q    Uh-huh.

18   A    We coated what they produced, they made it into a

19        trial roll that their selected printers would

20        evaluate.

21   Q    Uh-huh.  Was this issue that is alluded to here about

22        the capsule walls, do you recall that being an issue

23        with the MIPB?

24   A    Pardon?

25   Q    Do you recall that, the thinner walls of the
```

Case 2:08-cv-00016-WCG   Filed 02/09/12   Page 4 of 7   Document 1318-4

```
 1   Q    Oh, well we definitely are lucky that you're here

 2        today to testify.

 3                  You had mentioned that you thought it

 4        affected your long-term memory?

 5   A    Something got jostled around in there.  But yes, I

 6        find it difficult remembering a lot of things.

 7        Certain things, yes; others, no.

 8   Q    Okay.  Well, thank you for explaining that.  We

 9        appreciate it.

10                  Yesterday you may recall that I showed you

11        an affidavit from that 2006 insurance case.  I

12        neglected to have that entered as an exhibit today

13        [sic] in this proceeding, so I'd like to have the

14        court reporter do that and mark it as Exhibit --

15                  MS. MOONEY:  What is it?  543?

16   BY MS. MOONEY:

17   Q    Okay.  So the affidavit that was marked Jezerc

18        Exhibit 4 in the 2006 matter is now Jezerc Exhibit

19        543, Bates range APIFOX00033282 ending Bates

20        APIFOX00033291.

21                  And, Mr. Jezerc, I'd like to start today by

22        talking about the licensees of NCR.

23                  Now, was Appleton Coated Paper Company, in

24        the time period that we were discussing yesterday,

25        1964 to 1971, a licensee of NCR for the production of
```

```
 1        carbonless copy paper?
 2   A    They produced it.  They were one of the producers in
 3        the United States.
 4   Q    Did you understand at that time period that Appleton
 5        Coated Paper Company was a licensee of NCR?
 6   A    I do not recall that.
 7   Q    Okay.  Do you -- do you have an understanding of what
 8        the term "licensee" means?
 9   A    Yes.
10   Q    And what is your understanding?
11   A    They -- they have licensed the rights to produce
12        something under a patent that the other company
13        holds, and for that they pay money or give them the
14        right to one of their patents.
15   Q    Okay.  And do you understand today that Appleton
16        Coated Paper Company was a licensee of NCR during
17        that time period?
18   A    I have no idea.
19   Q    Okay.  Did you ever hear the term "licensee" during
20        that time period that you recall?
21   A    Not really, no.
22   Q    Okay.  Did you know of any other companies who served
23        the function of what you now understand the term
24        "licensee" to mean with respect to the carbonless
25        copy paper production?
```

```
 1                    MR. HERMES:  Object as to form.  Vague.
 2                    THE WITNESS:  I just know what Appleton
 3        made and shipped for NCR.
 4   BY MS. MOONEY:
 5   Q    And what was that?
 6   A    Carbonless product.
 7   Q    Okay.  Do you know of any other company that did the
 8        same thing for NCR?
 9   A    Where?
10   Q    Anywhere.
11   A    In the United States, Mead Paper Company made
12        carbonless.
13   Q    During that time period, 1964 to 1971?
14   A    I believe so.
15   Q    Okay.  Anyone else?
16   A    Not in the United States.
17   Q    Okay.  How about outside the United States?
18   A    I think Europe was handled by Wiggins Teape.
19   Q    Okay.  Any other companies that served that function?
20   A    There probably was a Japanese company, but I'm -- I'm
21        not sure.
22   Q    Okay.  Does the name Jujo refresh your recollection?
23   A    I know the company.
24   Q    Okay.  And was Jujo the Japanese company that
25        performed the production of NCR carbonless copy paper
```

Case 2:08-cv-00016-WCG   Filed 02/09/12   Page 7 of 7   Document 1318-4