# Exhibit 5

# April 24, 2009

# William J. Goetz
# Deposition Transcript Excerpts

```
 1            IN THE UNITED STATES DISTRICT COURT

 2           FOR THE EASTERN DISTRICT OF WISCONSIN

 3                  GREEN BAY DIVISION
    ----------------------------------------------------------
 4
    APPLETON PAPERS INC. and
 5  NCR CORPORATION,

 6                   Plaintiffs,

 7           vs.                  Case No. 08-CV-16-WCG

 8  GEORGE A. WHITING PAPER
    COMPANY, et al.,
 9
                     Defendants.
10
    ----------------------------------------------------------
11
    NCR CORPORATION,
12
                     Plaintiff,
13
             vs.                  Case No. 08-CV-0895-WCG
14
    KIMBERLY-CLARK CORPORATION,
15  et al.,

16                   Defendants.

17  ----------------------------------------------------------

18           Deposition of WILLIAM J. GOETZ

19              Friday, April 24, 2009

20                    9:00 a.m.

21                       at

22              CopperLeaf Hotel
                300 West College Avenue
23               Appleton, Wisconsin

24

25       Reported by Julie A. Poenitsch, RPR/RDR/CRR
```

1      said?

2    A    My term, that's my term.

3    Q    Okay.  Have you heard of the term "licensee"?

4    A    I know what a licensee is.  To my knowledge,

5         Appleton was not a licensee of NCR.

6    Q    And we're talking about the -- just to make sure

7         we're on the same page -- talking about the 19 --

8         from when you started at Appleton Coated Paper

9         Company until your promotion in 1971, your

10        understanding was that they were an independent

11        contractor and not a licensee?

12   A    That would -- but that's all I know.  I had a

13        fairly low level job there.  I just -- and I don't

14        remember ever hearing anybody refer to Appleton

15        Coated as a licensee of NCR.

16   Q    Okay.  With regard to your understanding --

17   A    Excuse me.

18   Q    That's fine.

19             With regard to your understanding of the

20        relationship between Appleton Coated and NCR during

21        that time period -- try that again.

22             What was your understanding of the

23        relationship between Appleton Coated and NCR during

24        that time period?  Independent contractor meant

25        what to you?

```
 1   A   They would give us orders for product.  We would
 2       buy the base paper from approved sources by NCR.
 3       We would buy the capsule material from NCR.  We
 4       would buy the starch and whatever additives from
 5       other suppliers as directed by NCR.  And we would
 6       buy the receiver material, the CF material, from
 7       NCR.
 8               Our job was to take those -- not from
 9       NCR, I'm sorry.  We'd buy the materials as
10       specified by NCR.
11               We would take those materials and put
12       them together in formulas that were provided by
13       NCR.  And then we would apply that to paper, to the
14       specifications by NCR, the amount of material that
15       went on there, with some leeway to make sure that
16       we met the requirements of the finished product
17       that were defined by NCR.
18               And then we would cut the paper up into
19       rolls or sheets, do orders as provided by NCR, and
20       we would ship the material to customers as defined
21       by NCR.  That's why I call it a custom coating
22       facility.
23   Q   You mentioned a lot of things.  I had to regroup
24       for a minute.
25   A   Shucks.
```

WWW.GRAMANNREPORTING.COM · 414.272.7878

**GRAMANN**
REPORTING
*Innovation · Expertise · Integrity*