# Exhibit 6

# June 30, 2009

# Helmut Schwab, Ph.D.
# Deposition Transcript Excerpts

```
 1                IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF WISCONSIN
 2                       GREEN BAY DIVISION
     -------------------------------------------------------------
 3
     APPLETON PAPERS, INC., and
 4   NCR CORPORATION,

 5                  Plaintiffs,

 6           vs.                   Case No. 2:08-CV-00016-WCG

 7
     GEORGE A. WHITING PAPER COMPANY, et al.,
 8
                    Defendants.
 9
     -------------------------------------------------------------
10
     NCR CORPORATION,
11
                    Plaintiff,
12
              vs.                  Case No. 08-CV-0895-WCG
13
     KIMBERLY-CLARK CORPORATION,
14   et al.,
                    Defendants.
15

16   -------------------------------------------------------------

17

18         Video Deposition of HELMUT SCHWAB, Ph.D.

19               Tuesday, June 30th, 2009

20
                         9:10 a.m.
21
                            at
22
                      COPPERLEAF HOTEL
23                 300 West College Avenue
                     Appleton, Wisconsin
24

25         Reported by Rosanne E. Pezze, RPR/CRR
```

```
 1  A    Yes, they were outdated by then.
 2  Q    Moved away from that business?
 3  A    Yes.
 4  Q    Used to make a lot of adding machines, right?
 5  A    Correct.  Accounting machines, they were called.
 6  Q    Accounting machines?
 7  A    Yes.
 8  Q    Was there a difference?
 9  A    Yeah -- no, they didn't make adding machines.  They
10       made accounting machines.
11  Q    Okay.  But you stopped making those, right?
12  A    Well, yes.
13  Q    They just weren't selling?  It was outdated
14       technology, correct?
15            MR. HERMES:  Object as to form.
16            THE WITNESS:  Right.
17  BY MR. LYTZ:
18  Q    Focusing on the carbonless paper business for a
19       while, did NCR license its technology to other
20       companies?
21  A    To my knowledge, yes.
22  Q    What licensees do you recall?
23  A    The main one was Wiggins Teape and Jujo Paper.
24  Q    Jujo is in Japan?
25  A    Japan, yes.
```



```
 1   Q    When you first started work, what was the
 2        relationship with Appleton Coated Paper Company?
 3   A    That they were a part -- producer for NCR.
 4   Q    So they manufactured the paper for NCR under
 5        contract?
 6   A    Correct, right.
 7   Q    But were not a licensee?
 8   A    Correct.  So was Mead Paper at that time producer.
 9   Q    Did Mead become a licensee?
10   A    Not to my knowledge.
11              (Discussion off the record.)
12              (Deposition Exhibit No. 797 marked for
13        identification.)
14   BY MR. LYTZ:
15   Q    Dr. Schwab, I've handed to you what's been marked as
16        Exhibit 797.  This is a document entitled "An
17        Overview of Materials Research for New Generation NCR
18        Paper"?
19   A    Right.
20   Q    If I may, let me just introduce this for the record
21        and then I'll ask you a couple of questions.
22                      It was apparently a presentation given
23        by you in October of 1972, and apparently Wiggins
24        Teape, NCR and API were at a research and development
25        meeting.  Do you remember this document?
```