# APPENDIX I

| | CLAIMED COST | AMOUNT | BASIS FOR CLAIM |
|---|---|---|---|
| | **GEORGIA-PACIFIC** | | |
| 1 | Payments Pursuant to 2007 106 Order (1) | $37,114,162.83 | Response Costs |
| 2 | Payments Pursuant to 2004 Design Order (2) | $5,228,900.28 | Response Costs |
| 3 | Payments Pursuant to 2010 Consent Decree (3) | $7,000,000.00 | Response Costs |
| 4 | Payments for Properties Pursuant to 2002 NRD Consent Decree (4) | $2,512,708.32 | NRD Costs |
| 5 | Payments for Recreational Projects Pursuant to 2002 NRD Consent Decree (5) | $3,900,000.00 | NRD Costs |
| 6 | Payments to Trustees Pursuant to 2002 NRD Consent Decree (6) | $6,150,000.00 | NRD Costs |
| 7 | Payments for NRD Consultants (7) | $563,645.24 | NRD Costs |
| 8 | Payment to Construct and Close Landfill Cell 12A (8) | $1,083,900.00 | Response Costs |
| 9 | Payments for Other SMU 56/57 Project Costs (9) | $7,130,262.00 | Response Costs |
| 10 | Payments to Public Affairs Consultant Evan Zeppos (10) | $97,262.61 | Response Costs |
| 11 | Payments to Try to Re-Permit Town of Vinland Landfill (11) | $118,518.37 | Response Costs |
| 12 | Pre-Judgment Interest (12) | $2,786,868.68 | Statutory Interest |
| | **TOTAL CLAIMED** | **$73,686,228.33** | |
| | **WTM I COMPANY** | | |
| 13 | Payments for OU1 Remedial Design (13) | $1,820,013.00 | Response Cost |
| 14 | Payments Pursuant to Paragraph 52 of the OU1 Consent Decree (14) | $525,000.00 | Part Response Costs, Part NRD Costs |
| 15 | Payments for Trustee Sponsored Activities Pursuant to OU1 Consent Decree (15) | $250,000.00 | NRD Costs |
| 16 | Payments into the OU1 Escrow Account Pursuant to OU1 Consent Decree (16) | $41,750,000 | Part Response Costs, Part NRD Costs |
| 17 | Interest and Other Earnings on Funds in the OU1 Escrow Account (17) | $2,247,386.82 | Response Costs |
| | **TOTAL CLAIMED** | **$46,592,399.82** | |
| | **P.H. GLATFELTER** | | |
| 18 | Payments Pursuant to Paragraph 52 of the OU1 Consent Decree (18) | $525,000.00 | Part Response Costs, Part NRD Costs |
| 19 | Payments for Trustee Sponsored Activities Pursuant to OU1 Consent Decree (19) | $250,000.00 | NRD Costs |
| 20 | Payments into the OU1 Escrow Account Pursuant to OU1 Consent Decree (20) | $41,750,000.00 | Part Response Costs, Part NRD Costs |
| 21 | Interest and Other Earnings on Funds in the OU1 Escrow Account (21) | $1,955,673.62 | Response Costs |
| 22 | Payments for OU2-5 Oversight Costs (22) | $31,880.13 | Response Costs |
| | **TOTAL CLAIMED** | **$44,512,554** | |
| | **P.H. GLATFELTER, WTM I CO., GEORGIA-PACIFIC, AND CBC COATINGS INC., COLLECTIVELY** | | |
| 23 | Payments for FRG Activities (23) | $25,713,012 | Part Response Costs, Part NRD Costs |
| 24 | Interest on Payments for FRG Activities (24) | $16,964,290 | Contract Interest |
| | **TOTAL CLAIMED** | **$42,677,302.00** | |

## Sources of Claimed Costs

(1) Joint Initial Pre-Trial Report Stipulation # 94.

(2) Joint Pre-Trial Report Stipulations # 99-100.

(3) Joint Pre-Trial Report Stipulation # 96.

(4) Georgia-Pacific's 6-15-2011 Objections and Responses to NCR's Interrogatories and Requests for the Production of Documents, at Interrogatory # 17 ("GP's 6-15-11 Discovery Responses"), referencing Dkt. No. 900, Declaration of Paul A. Montney, at ¶ 63 ("Montney Declaration").

(5) Joint Pre-Trial Report Stipulation # 134.

(6) Joint Pre-Trial Report Stipulation # 133.

(7) GP's 6-15-11 Discovery Responses (referencing Montney Declaration, at ¶¶ 65-69, 71).

(8) GP's 6-15-11 Discovery Responses (referencing Montney Declaration, at ¶ 49). Note, Georgia-Pacific's expert Robert Zoch uses a larger amount of $1,096,260.12. See Expert Report of Robert Zoch, Table 4.2, line 264.

(9) GP's 6-15-11 Discovery Responses (referencing Montney Declaration, at ¶¶ 32, 49, 45).

(10) Joint Pre-Trial Report Stipulation #131.

(11) GP's 6-15 Discovery Responses (referencing Montney Declaration, at ¶¶ 55-56). Note, Georgia-Pacific's expert Robert Zoch uses a larger amount of $183,492.77. See Expert Report of Robert Zoch, Table 4.5, lines A-I, 1-15, 40-41.

(12) Expert Report of Robert Zoch, Table 5.

(13) Joint Pre-Trial Report Stipulation # 159.

(14) Joint Pre-Trial Report Stipulation # 161.

(15) Joint Pre-Trial Report Stipulation # 162.

(16) Joint Pre-Trial Report Stipulation # 163.

(17) WTM I Company's 6-23-2011 Responses to NCR's Interrogatories and Requests for Production of Documents, at Interrogatory #17 ("WTM's 6-23-11 Discovery Responses"), referencing Dkt. No. 889, Declaration of Rachel Schneider, at ¶ 25. Note, WTM I Company has proposed to use a trial exhibit that uses a different amount of $2,239,306. See GWCOSTS022027.

(18) Joint Pre-Trial Report Stipulation # 149.

(19) Joint Pre-Trial Report Stipulation # 153.

(20) Joint Pre-Trial Report Stipulation # 150.

(21) Declaration of Rachel Schneider, at ¶ 25. Note, P.H. Glatfelter has proposed to use a trial exhibit that uses a different amount of $1,948,871.68. See GWCOSTS022027.

(22) Joint Pre-Trial Report Stipulation # 155-56.

(23) Joint Pre-Trial Report Stipulations # 57-60, 68.

(24) GP's 6-15-11 Discovery Responses (referencing Montney Declaration, at ¶ 6); P.H. Glatfelter's 10-15-2011 Supplemental Initial Disclosures, at pp. 2-3; WTM's 6-23-11 Discovery Responses, at Interrogatory # 17; CBC's 6-15-2011 Answer to NCR's Interrogatories and Requests for the Production of Documents, at Interrogatory # 15, p. 33.