

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

APPLETON PAPERS, INC., et el.,

           Plaintiffs,

v.                           **Case No.**  08-CV-16
                                                   10-CV-910

GEORGE WHITING PAPER COMPANY, et al.,

            Defendants.

---

## HON. AARON E. GOODSTEIN, PRESIDING

**TYPE OF PROCEEDING: SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

February 14, 2012

APPLETON PAPERS, INC
TIME COMMENCED:   1:55 PM
TIME CONCLUDED:    2:10 PM