**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

APPLETON PAPERS INC. and
NCR CORPORATION,

        Plaintiffs,

        v.                        No. 08-CV-00016-WCG

GEORGE A. WHITING PAPER COMPANY, et al.,

        Defendants.

NCR CORPORATION,

        Plaintiff,

        v.                        No. 08-CV-0895-WCG

KIMBERLY CLARK CORPORATION, et al.,

        Defendants.

## NOTICE OF WITHDRAWAL OF COUNSEL

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Brandon J. Evans withdraws as counsel of record for Plaintiff Appleton Papers Inc., and is to be removed from the service list in this case.

        Respectfully Submitted,

        APPLETON PAPERS INC.

        /s/ Michael L. Hermes
        By: One of Its Attorneys

1

<u>Counsel for Appleton Papers Inc.</u>:
Michael L. Hermes (WI Bar No. 1019623)
Hermes Law, Ltd.
333 Main Street, Suite 601
Green Bay, Wisconsin 54301
(920) 436-9870
Fax: (920) 436-9871

Dated: February 16, 2012