# United States District Court

EASTERN DISTRICT OF WISCONSIN

---

APPLETON PAPERS, INC. et al.,

    Plaintiffs,

    v.                                                                  Case No:       08-C-16

GEORGE A. WHITING PAPER COMPANY et al.,

    Defendants.

---

### AMENDED COURT MINUTES

---

### HONORABLE WILLIAM C. GRIESBACH, PRESIDING

**PROCEEDING**: FINAL PRETRIAL CONFERENCE     **DATE**: February 16, 2012

**TIME COMMENCED**: 1:30 p.m.     **TIME CONCLUDED**: 3:00 p.m.

**DEPUTY CLERKS**: Chrissy Stanton & Dee McLeod Brock

**COURT REPORTER**: John Schindhelm

**APPEARANCES**:

**PLAINTIFFS**:     **Vanessa Lavely, Evan Chesler, Eric Ha, Darin McAtee, Omid Nasab, Evan Westerfield, Jennifer Daniels, John Hartje and Edward Gallgher** representing NCR Corporation
**Michael Hermes, Heidi Melzer, Gregory Krauss, Ronadl Ragatz, and Megan Senatori** representing Appleton Papers Inc.

**DEFENDANTS**:     **Mary Rose Alexander and Patrick Ferguson** representing Fort James Corp, Fort James Operating Co., Georgia- Pacific Consumer Products LP and Georgia- Pacific LLC
**Steven Bogar** representing US Paper Mills Corp

>            **Michael Carlton**, **Susan Lovern** and **Terry Nilles** representing CBC Coating Inc
>            **Francis Citera, Caleb J. Holmes and David Mandelbaum** representing PH Glatfelter Company
>            **William Harbeck, Peter Karegeannes, Nancy Peterson** representing WTM I Company
>            **Kevin Lyons and William Mulligan** representing Neenah-Menasha Sewerage Commission
>            **David Rabbino** representing Menasha Corporation
>            **Ted Waskowski and Richard Yde** representing City of De Pere and City of Appleton

The court addresses NCR's motion in limine. The parties give their responses. The court denies the motion. The court will address keeping the record open at a later time to avoid prejudice.

Counsel addresses the court regarding arrangers issues, cost issues and insurance issues that they expect to bring up at trial. They also discuss exhibits and they indicate that there are 261 exhibits that they do not agree upon, therefore there will be objections of authenticity and hearsay.

The parties also discuss sealing the courtroom or testimony for certain parts of the trial. The court indicated that there is good cause in maintaining confidentiality with regard to settlements and therefore something will be worked out during trial to keep those matters sealed.

Counsel did go over housekeeping maters.