IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION,<br><br>          Plaintiffs,<br><br>      v.<br><br>GEORGE A. WHITING PAPER COMPANY, *et al.*,<br><br>          Defendants. | No. 08-CV-00016-WCG |

**STIPULATION REGARDING THE FRG
"NON-AGREEMENT COSTS" SOUGHT BY DEFENDANTS**

The undersigned parties stipulate and agree to the following:

1. Defendants withdraw their argument that any of the FRG's Non-Agreement Costs, as identified in Exhibit F of Mark Travers' December 2, 2011 expert report (the "Non-Agreement Costs"), are recoverable under CERCLA as activities related to natural resources damages or as necessary response costs incurred consistent with the National Contingency Plan ("NCP"). Defendants will not offer any evidence (whether in the form of documents, expert opinion, or other testimony) for the sole purpose of supporting this argument at trial, nor will they raise this argument in any post-trial briefing.

2. Plaintiffs will not call their expert witness, Jeffrey Zelikson, or submit written direct testimony from Mr. Zelikson, on the issue of whether the Non-Agreement Costs are necessary response costs incurred consistent with the NCP. In addition, Plaintiffs' expert witness, Robert Rock, will not offer any opinions regarding the necessity of the Non-Agreement Costs.

DATED: February 22, 2012

| | |
|---|---|
| /s/ Darin P. McAtee | s/Ronald R. Ragatz |
| CRAVATH, SWAINE & MOORE LLP | DEWITT ROSS & STEVENS S.C. |
| Evan R. Chesler | Ronald R. Ragatz |
| David R. Marriott | Dennis P. Birke |
| Darin P. McAtee | Megan A. Senatori |
| Worldwide Plaza, 825 Eighth Avenue | Two East Mifflin Street |
| New York, New York 10019 | Madison, WI 53703 |
| Phone: (212) 474-1000 | Phone: (608) 255-8891 |
| Fax: (212) 474-3700 | Fax: (608) 252-9243 |
| dmcatee@cravath.com | |
| | HERMES LAW, LTD. |
| SIDLEY AUSTIN LLP | Michael L. Hermes |
| Evan B. Westerfield | Heidi D. Melzer |
| One South Dearborn Street | Brandon J. Evans |
| Chicago, Illinois 60603 | Ericka L. Krumrie |
| Phone: (312) 853-7000 | 333 Main Street, Suite 601 |
| Fax: (312) 853-7036 | Green Bay, WI 54301 |
| | Phone: (920) 436-9870 |
| MARTEN LAW PLLC | Fax: (920) 436-9871 |
| Linda R. Larson | |
| Bradley M. Marten | **Attorneys for Plaintiff Appleton Papers Inc.** |
| 1191 Second Avenue | |
| Suite 2200 | |
| Seattle, Washington 98101 | |
| Phone: (206) 292-2600 | |
| Fax: (206) 292-2601 | |
| | |
| **Attorneys for Plaintiff NCR Corporation** | |

/s/ Mary Rose Alexander
Mary Rose Alexander
Margrethe K. Kearney
Latham & Watkins LLP
233 S. Wacker Dr. Ste. 5800
Chicago, IL 60606
Telephone: (312) 872-7700
Facsimile: (312) 993-9767
Mary.Rose.Alexander@lw.com
Karl S. Lytz
Patrick J. Ferguson
Latham & Watkins LLP
505 Montgomery St., Ste. 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Fax: (415) 395-8095
Karl.Lytz@lw.com
**Attorneys for Defendant Georgia-Pacific LLC**

s/ David G. Mandelbaum
David G. Mandelbaum
Marc E. Davies
Monique M. Mooney
Caleb J. Holmes
Adam B. Silverman
GREENBERG TRAURIG, LLP
Two Commerce Square, Suite 2700
2001 Market Street
Philadelphia, PA 19103
215.988.7800
mandelbaumd@gtlaw.com

**Attorneys for Defendant P.H. Glatfelter Company**

s/ Nancy K. Peterson
Nancy K. Peterson (Wis. Bar No. 1000197)
William H. Harbeck (Wis. Bar No. 1007004)
Peter C. Karegeannes (Wis. Bar No. 1015025)
Quarles & Brady LLP
411 E. Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 277-5000
william.harbeck@quarles.com

**Attorneys for Defendant WTM Company**

s/ Susan E. Lovern
Susan E. Lovern (#1025632)
Michael P. Carlton (#1016037)
Thomas Armstrong (#1016529)
Kelly J. Noyes (#1064809)
von Briesen & Roper, s.c.
411 East Wisconsin Avenue, Suite 700
Milwaukee, WI 53202
Telephone: (414) 276-1122
Fax: (414) 276-6281
slovern@vonbriesen.com
mcarlton@vonbriesen.com
tarmstro@vonbriesen.com
knoyes@vonbriesen.com

**Attorneys for Defendant CBC Coating, Inc.**

s/ Scott W. Hansen
Scott W. Hansen
Steven P. Bogart
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
P.O. Box. 2965
Milwaukee, WI 53202
Telephone: 414-298-1000
Fax: 414-298-8097
sbogart@reinhartlaw.com
shansen@reinhartlaw.com

Thomas R. Gottshall
Stephen F. McKinney
Haynsworth Sinkler Boyd PA
1201 Main Street, Suite 2200
P.O. Box 11889
Columbia, SC 29211-1889
Telephone: 803-779-3080
Fax: 803-765-1243
tgottshall@hsblawfirm.com
smckinney@hsblawfirm.com

**Attorneys for Defendant U.S. Paper Mills**

s/William J. Mulligan
William J. Mulligan (WI Bar No. 1008465)
Kevin J. Lyons (WI Bar No. 1013826)
Elizabeth K. Miles (WI Bar No. 1064284)
Davis & Kuelthau, s.c.
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202
Telephone: (414) 276-0200
Fax: (414) 276-9369
Email:
wmulligan@dkattorneys.com
klyons@dkattorneys.com
emiles@dkattorneys.com

**Attorneys for Defendant Neenah-Menasha Sewerage Commission**

s/ Philip C. Hunsucker
Philip C. Hunsucker
David A. Rabbino
Christopher J. Dow
Hunsucker Goodstein & Nelson PC
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone: (925) 284-0840
Fax: (925) 284-0870
phunsucker@hgnlaw.com

**Attorneys for Defendant Menasha Corp.**

s/ Paul G. Kent

Paul G. Kent (#1002924)
Richard C. Yde (#1013600)
Ted Waskowski (#1003254)
Stafford Rosenbaum LLP
222 W. Washington Avenue, Suite 900
P.O. Box 1784
Madison, WI 53701-1784
Telephone: (608) 256-0226
Email: pkent@staffordlaw.com

James P. Walsh (#1009328)
Appleton City Attorney's Office
100 North Appleton Street
Appleton, WI 54911-4702
Telephone: (920) 832-6423
Email: jim.walsh@appleton.org

**Attorneys for Defendant City of Appleton**