UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS INC. and
NCR CORPORATION,

       Plaintiffs,

            Case No. 08-CV-16-WCG

  v.

GEORGE A. WHITING PAPER
COMPANY, *et al.*,

       Defendants.

## STIPULATION REGARDING REBUTTAL TESTIMONY OF JOHN SCHULTZ

  WHEREAS, Plaintiffs' NCR Corporation ("NCR") and Appleton Papers Inc. ("API") (collectively, "Plaintiffs") listed John Schultz, an expert initially retained by NCR in this matter, on their live witness list in the Final Pretrial Report filed in this matter (Dkt. 1320, page 26);

  WHEREAS, during the trial, Plaintiffs' advised Defendants that they no longer intended to call Mr. Schultz as a witness;

  WHEREAS, Menasha Corporation ("Menasha"), on behalf of itself and the other defendants (collectively, "Defendants"), then notified Plaintiffs of their desire and intent to call Mr. Schultz as a witness;

  WHEREAS, Defendants proposed, and Plaintiffs agreed, to present Mr. Schultz's testimony through video tape deposition designations from Mr. Schultz's January 13, 2012 deposition;

The undersigned parties stipulate and agree to the following:

1) Plaintiffs agree that Mr. Schultz was retained by NCR to provide expert opinions for NCR, not Defendants;

2) Defendants agree that they are the parties sponsoring Mr. Schultz's testimony in this matter;

3) Defendants agree that the testimony is being submitted to the Court as part of their rebuttal case; and,

4) Plaintiffs agree to waive any and all objections regarding the admissibility of Mr. Schultz's testimony, including, without limitation, objections that the testimony is beyond the scope of Plaintiffs' responsive case, or is otherwise improper rebuttal.

DATED: February 28, 2012

/s/ Darin P. McAtee
CRAVATH, SWAINE & MOORE, LLP
Evan R. Chesler
David R. Marriott
Darin P. McAtee
Worldwide Plaza, 825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
dmcatee@cravath.com

SIDLEY AUSTIN LLP
Evan B. Westerfield
One South Dearborn Street
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 853-7036

MARTEN LAW PLLC
Linda R. Larson
Bradley M. Marten
1191 Second Avenue
Suite 2200
Seattle, Washington 98101
Phone: (206) 292-2600
Fax: (206) 292-2601

**Attorneys for Plaintiff NCR Corporation**

/s/ Ronald R. Ragatz
DEWITT ROSS & STEVENS S.C.
Ronald R. Ragatz
Dennis P. Birke
Megan A. Senatori
Two East Mifflin Street
Madison, WI 53703
Phone: (608) 255-8891
Fax: (608) 252-9243

HERMES LAW, LTD
Michael L. Hermes
Heidi D. Melzer
Brandon J. Evans
Ericka L. Krumrie
333 Main Street, Suite 601
Green Bay, WI 54301
Phone: (920) 436-9870
Fax: (920) 436-9871

**Attorneys for Plaintiff Appleton Papers Inc.**

/s/ Mary Rose Alexander
Mary Rose Alexander
Margrethe K. Kearney
Latham & Watkins LLP
233 S. Wacker Dr. Ste. 5800
Chicago, IL  60606
Phone:  (312) 872-7700
Fax:  (312) 993-9797
Mary.rose.alexander@lw.com

Karl S. Lytz
Patrick J. Ferguson
Latham & Watkins LLP
505 Montgomery St., Ste. 2000
San Francisco, CA  94111-6538
Phone:  (415) 391-0600
Fax:  (415) 395-8095
Karl.lytz@lw.com

**Attorneys for Defendant Georgia-Pacific, LLC**

/s/ Nancy K. Peterson
Nancy K. Peterson (Wis. Bar No. 1000197)
William H. Harbeck (Wis. Bar No. 1007004)
Peter C. Karegeannes (Wis. Bar No. 1015025)
Quarles & Brady LLP
411 E. Wisconsin Avenue
Milwaukee, WI  53202
Phone: (414) 277-5000
William.harbeck@quarles.com

**Attorneys for Defendant WTM Company**

/s/ David G. Mandelbaum
David G. Mandelbaum
Marc E. Davies
Monique M. Mooney
Caleb J. Holmes
Adam B. Silverman
GREENBERG TRAURIG, LLP
Two Commerce Square, Suite 2700
2001 Market Street
Philadelphia, PA  19103
Phone:  (215) 988-7800
Mandelbaum@gtlaw.com

**Attorneys for Defendant P.H. Glatfelter Company**

/s/ Susan Lovern
Susan E. Lovern (#1025632)
Michael P. Carlton (#1016037)
Thomas Armstrong (#1016529)
Kelly J. Noyes (#1064809)
von Briesen & Roper, s.c.
411 East Wisconsin Avenue, Suite 700
Milwaukee, WI  53202
Phone: (414) 276-1122
Fax: (414) 276-6281
slovern@vonbriesen.com
mcarlton@vonbriesen.com
tarmstro@vonbriesen.com
knoyes@vonbriesen.com

**Attorneys for Defendant CBC Coating, Inc.**

/s/ Scott W. Hansen
Scott W. Hansen
Steven P. Bogart
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
P.O. Box 2965
Milwaukee, WI 53202
Phone: (414) 298-1000
Fax: (414) 298-8097
sbogart@reinhartlaw.com
shansen@reinhartlaw.com

Thomas R. Gottshall
Stephen F. McKinney
Haynsworth Sinkler Boyd PA
1201 Main Street, Suite 2200
P.O. Box 11889
Columbia, SC 29211-1889
Phone: (803) 779-3080
Fax: (803) 765-1243
tgottshall@hsblaw.com
smckinney@hsblaw.com

**Attorneys for Defendant U.S. Paper Mills**

s/ William J. Mulligan
William J. Mulligan (#1008465)
Kevin J. Lyons (#1013826)
Elizabeth K. Miles (#1064284)
Davis & Kuelthau, s.c.
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202
Phone: (414) 276-0200
Fax: (414) 276-9369
Wmulligan@dkattorneys.com
klyons@dkattorneys.com
emiles@dkattorneys.com

**Attorneys for Defendant Neenah-Menasha Sewerage Commission**

/s/ David A. Rabbino
Philip C. Hunsucker
David A. Rabbino
Hunsucker Goodstein & Nelson PC
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Phone: (925) 284-0840
Fax: (925) 284-0870
phunsucker@hgnlaw.com
drabbino@hgnlaw.com

**Attorneys for Defendant Menasha Corp.**

/s/ Paul G. Kent
Paul G. Kent (#1002924)
Richard C. Yde (#1013600)
Ted Waskowski (#1003254)
Stafford Rosenbaum LLP
222 W. Washington Avenue, Suite 900
P.O. Box 1784
Madison, WI 53701-1784
Phone: (608) 256-0226
pkent@staffordlaw.com
ryde@staffordlaw.com
twaskowski@staffordlaw.com

James P. Walsh (#1009328)
Appleton City Attorney's Office
100 North Appleton Street
Appleton, WI 54911-4702
Phone: (920) 832-6423
Jim.walsh@appleton.org

**Attorneys for Defendant City of Appleton**