## EXHIBIT A

## TRIAL TRANSCRIPT ERRATA

| Page(s) | Line(s) | Current Text | Change | Reason / Comment |
|---------|---------|--------------|--------|------------------|
| 4 | 10 | — | Adam B. Silverman<br>silverman@gtlaw.com | Omission. |
| 6 | 12 | THE WITNESS:<br>Before we call | MR. MANDELBAUM:<br>Before we call | Transcription error. |
| 7 | 25 | phase | Phase | Transcription error. |
| 8 | 19 | general point number | general point number five | Transcription error. |
| 9 | 12 | phase | Phase | Transcription error. |
| 10 | 9 | Mr. | "Mr. | Transcription error. |
| 10 | 15 | wrapping. | wrapping." | Transcription error. |
| 11 | 13 | phase | Phase | Transcription error. |
| 12 | 19 | please again | please.  Again | Transcription error. |
| 13 | 16 | Teape, whom | Teape, with whom | Transcription error. |
| 13 | 20 | phase | Phase | Transcription error. |
| 14 | 15 | 1998, | 1998 | Transcription error. |

| Page(s) | Line(s) | Current Text | Change | Reason / Comment |
|---|---|---|---|---|
| 15 | 5 | lay | law | Transcription error. |
| 15 | 7 | Arthur Wiggins Appleton | Arjo Wiggins Appleton | Transcription error. |
| 15 | 15 | show you Your | show Your | Transcription error. |
| 16 | 2 | phase | Phase | Transcription error. |
| 17 | 5 | it has same | it has the same | Transcription error. |
| 19 | 13 | phase | Phase | Transcription error. |
| 19 | 14 | object | object, | Transcription error. |
| 19 | 21 | favorably | favourably | Transcription error. |
| 20 | 13 | phase | Phase | Transcription error. |
| 21 | 11 | and for which they actually had it since | and which they actually had since | Transcription error. |
| 22 | 4 | wish | wished | Transcription error. |
| 22 | 20 | Berham Woods | Boreham Wood | Transcription error. |
| 22 | 20 | a motion | emulsion | Transcription error. |

Case 2:08-cv-00016-WCG   Filed 03/09/12   Page 2 of 23   Document 1348-1

| Page(s) | Line(s) | Current Text | Change | Reason / Comment |
|---|---|---|---|---|
| 22 | 20 | tons of | tons from | Transcription error. |
| 22 | 21 | treforest | Treforest | Capitalization error. |
| 23 | 20 | 805 | 805's | Transcription error. |
| 24 | 6 | Hajuda | Hajda | Transcription error. |
| 24 | 7 | (ph) | [Strike -- inadvertent inclusion.] | Transcription error. |
| 25 | 22, 23, 24 | phase | Phase | Transcription error. |
| 26 | 1, 7, 20, | phase | Phase | Transcription error. |
| 27 | 9 | in not | not in | Transcription error. |
| 27 | 10 | plaintiffs | defendants | Transcription error. |
| 30 | 1 | Ardual Wiggins | Arjo Wiggins | Transcription error. |
| 44 | 23 | conations | temptations | Transcription error. |
| 49 | 3 | pages what's | pages on what's | Transcription error. |
| 57 | 8 | assistants | assistant | Transcription error. |
| 58 | 8 | Dumpster | dumpster | Transcription error. |

| Page(s) | Line(s) | Current Text | Change | Reason / Comment |
|---------|---------|--------------|--------|------------------|
| 69 | 1 | paper and companies | paper companies | Transcription error. |
| 79 | 10 | it | is | Transcription error. |
| 84 | 8 | Honor | Honor: | Transcription error. |
| 84 | 8 | do | "do | Transcription error. |
| 84 | 8 | know. | know." | Transcription error. |
| 87 | 20 | by-playing | by-play | Transcription error. |
| 87 | 24 | Company | Company? | Transcription error. |
| 88 | 8 | contaminants, on one side | contaminants on one side, | Transcription error. |
| 88 | 10 | fiber | fiber, | Transcription error. |
| 89 | 5 | Swain | Swaim | Transcription error |
| 89 | 8 | THE COURT: | THE REPORTER: | Transcription error. |
| 89 | 5 | Swain | Swaim | Transcription error. |
| 89 | 9 | S-W-A-I-N | S-W-A-I-M | Transcription error. |
| 95 | 22 | presidents | president | Transcription error. |
| 99 | 25 | assembly | recycling | Transcription error. |

| Page(s) | Line(s) | Current Text | Change | Reason / Comment |
|---|---|---|---|---|
| 105 | 10 | fourdrinier | Fourdrinier | Transcription error. |
| 105 | 11 | (ph) | [Strike -- inadvertent inclusion.] | Transcription error. |
| 111 | 11 | the | [strike "the"] | Transcription error. |
| 111 | 11 | deposit | Deposit | Transcription error. |
| 111 | 11 | Deposit | Deposit A | Transcription error. |
| 123 | 7 | being | big | Transcription error. |
| 130 | 16 | it isn't | it is | Transcription error. |
| 138 | 14 | ink | de-inked | Transcription error. |
| 144 | 1 | company | copy | Transcription error. |
| 149 | 5 | ink | de-inked | Transcription error. |
| 165 | 16 | Settable | Settleable | Transcription error. |
| 165 | 22 | settable | settleable | Transcription error. |
| 166 | 1, 4 | THE COURT: | THE REPORTER: | Transcription error. |
| 166 | 3 | Settable | Settlable | Transcription error. |

| Page(s) | Line(s) | Current Text | Change | Reason / Comment |
|---------|---------|--------------|--------|------------------|
| 166 | 5 | E-t-t-a-b-l-e | E-t-t-l-e-a-b-l-e | Transcription error. |
| 169 | 11 | sledge | Sludge | Spelling error. |
| 169 | 15 | processed | process | Transcription error. |
| 173 | 1 | purchase | purchased | Transcription error. |
| 191 | 17 | by APC | by ACPC | Transcription error. |
| 191 | 23 | Doctrine Systems and Readiness | Doctrine, Systems & Readiness | Transcription error. |
| 192 | 1 | LVSRA | LDSRA | Transcription error. |
| 192 | 25 | school | schools | Transcription error. |
| 195 | 18 | and | in | Transcription error. |
| 195 | 20 | at | a | Transcription error. |
| 200 | 3 | Nassau office | NASA office | Spelling error. |
| 205 | 9 | we | we've | Transcription error. |
| 206 | 11 | are there exception | are there exceptions | Transcription error. |
| 206 | 13 | understanding that | understanding is that | Transcription error. |

Case 2:08-cv-00016-WCG   Filed 03/09/12   Page 6 of 23   Document 1348-1

| Page(s) | Line(s) | Current Text | Change | Reason / Comment |
|---|---|---|---|---|
| 208 | 11-12 | fibers which where in the broke. | fibers which were in the broke. | Transcription error. |
| 209 | 4 | one | One | Transcription error. |
| 214 | 18 | jumbo | jumble | Transcription error. |
| 220 | 10 | was the | what was the | Transcription error. |
| 221 | 1 | bit | about | Transcription error. |
| 224 | 8 | AND | And | Transcription error. |
| 228 | 2 | Mr. Himpas | Mr. Hietpas | Spelling error. |
| 229 | 21 | marking document | marketing document | Transcription error. |
| 242 | 24 | was | were | Transcription error. |
| 246 | 12 | existing an | an existing | Transcription error. |
| 246 | 20 | adjusting | adjust | Transcription error. |
| 246 | 20 | a production | production | Transcription error. |
| 250 | 19 | ACPC's | ACPC use | Transcription error. |
| 254 | 11 | is a Given | as a Given | Transcription error. |

| Page(s) | Line(s) | Current Text | Change | Reason / Comment |
|---|---|---|---|---|
| 261 | 7 | aren't | isn't | Transcription error. |
| 277 | 11 | district testimony | direct testimony | Transcription error. |
| 278 | 8 | up and | up with and | Transcription error. |
| 278 | 9 | the NCR | NCR | Transcription error. |
| 278 | 12 | NCR | NCR paper | Transcription error. |
| 290 | 19 | YEAH. | Yeah. | Capitalization error. |
| 298-99 | 25-1 | Your Honor, I offer this evidence into evidence. | Your Honor, I offer this exhibit into evidence. | Transcription error. |
| 319 | 10 | CCC broke | CCP broke | Transcription error. |
| 320 | 9 | CCC broke | CCP broke | Transcription error. |
| 321 | 4 | Matt, can I have Exhibits 109, please. | Matt, can I have Exhibit 109, please. | Transcription error. |
| 324 | 4 | on of the clients | one of the clients | Transcription error. |
| 325 | 14 | wanted to just take the place prices that | wanted to just take the marketplace prices that | Transcription error. |
| 348 | 14 | BY MS. CONLIN | BY MR. MANDELBAUM | Transcription error. |
| 349 | 20 | component | effluent | Transcription error. |

Case 2:08-cv-00016-WCG   Filed 03/09/12   Page 8 of 23   Document 1348-1

| Page(s) | Line(s) | Current Text | Change | Reason / Comment |
|---------|---------|--------------|--------|------------------|
| 351 | 25 | a paper trade journal | Paper Trade Journal | Transcription error. |
| 351 | 23 | Luke mill | Luke Mill | Transcription error. |
| 362 | 22 | I've gotta see the | I've gotta -- see the | Transcription error. |
| 364 | 11 | inking | de-inking | Transcription error. |
| 365 | 23 | Paper mill | Paper mills | Transcription error. |
| 371 | 19 | for | from | Transcription error. |
| 371 | 21 | Luke mill | Luke Mill | Capitalization error. |
| 380 | 4 | wants | want | Transcription error. |
| 381 | 23 | wants | want | Transcription error. |
| 382 | 12 | Exhibits | Exhibit | Transcription error. |
| 382 | 18 | company, | Company, | Transcription error. |
| 393 | 19 | a paper trade journal, | Paper Trade Journal | Transcription error. |
| 401 | 24 | Luke mill | Luke Mill | Capitalization error. |
| 402 | 8, 14, 16 | Luke mill | Luke Mill | Capitalization error. |

| Page(s) | Line(s) | Current Text | Change | Reason / Comment |
|---------|---------|--------------|--------|------------------|
| 403 | 23 | except | accept | Transcription error. |
| 440 | 4, 12, 19 | Luke mill | Luke Mill | Capitalization error. |
| 454 | 23 | Luke mill | Luke Mill | Capitalization error. |
| 461 | 13-14 | chemistry and chem engineering | chemistry and chemical engineering | Transcription error. |
| 465 | 11 | 890 cases | 80 cases | Transcription error. |
| 465 | 12 | render an opinion on | rendered an opinion on | Transcription error. |
| 465 | 18 | Super Fund | Superfund | Transcription error. |
| 466 | 4, 6, 15-16 | Super Fund | Superfund | Transcription error. |
| 466 | 19 | you're consulting | your consulting | Spelling error. |
| 467 | 2, 15 | Super Fund | Superfund | Transcription error. |
| 468 | 3 | Super Fund | Superfund | Transcription error. |
| 479 | 16 | what its degree | what's its degree | Transcription error. |
| 483 | 5 | So this is simply a reputation | So this is simply a representation | Transcription error. |
| 487 | 24 | because it's a continuous | because it's continuous | Transcription error. |

| Page(s) | Line(s) | Current Text | Change | Reason / Comment |
|---------|---------|--------------|--------|------------------|
| 523 | 12 | You're not an expert in the paper history, are you? | You're not an expert in the paper industry, are you? | Transcription error. |
| 525 | 11 | NCR penalties | NCR patents | Transcription error. |
| 539 | 11 | Charles I. Schafer cschafer@sidley.com | [Strike -- not present] | Transcription error. |
| 549 | 12 | THE WITNESS: | THE COURT: | Transcription error. |
| 562 | 24-25 | I review that letter in | I view that letter in | Transcription error. |
| 584 | 21 | the lines numbers | the line numbers | Transcription error. |
| 605 | 17 | And this course | And this of course | Transcription error. |
| 610 | 16-17 | described here is consisting | described here as consisting | Transcription error. |
| 621 | 7-8 | It includes the designations and the cross designations into one video. | It includes the designations and the cross designations in one video. | Transcription error. |
| 621 | 24 | And the question initially | And the questioning initially | Transcription error. |
| 627 | 7 | costs of 12 Cell A | costs of Cell 12A | Transcription error. |
| 640 | 24 | to except TSCA wastes | to accept TSCA wastes | Transcription error. |
| 645 | 6-7 | whether it was requesting to be | whether it was requested to be | Transcription error. |

| Page(s) | Line(s) | Current Text | Change | Reason / Comment |
|---------|---------|--------------|--------|------------------|
| 650 | 17 | what the RPRs | what the PRPs | Transcription error. |
| 654 | 6 | for the Georgia-Pacific and the Fox River defendants | for Georgia-Pacific and the Fox River Group defendants | Transcription error.(incomplete identification of counsel) |
| 657 | 5 | 1977 state agreement | 1997 state agreement | Transcription error. |
| 662 | 4 | Super Fund | Superfund | Transcription error. |
| 669 | 5 | agreement were | agreement work | Transcription error. |
| 686 | 25 | certainly | certain | Transcription error. |
| 698 | 8 | Super Fund site | Superfund site | Transcription error. |
| 692 | 5 | McAtee | McAtee's | Transcription error. |
| 701 | 6 | Super Fund | Superfund | Transcription error. |
| 702 | 15-16 | We're trying to just recast the same argument. | They're trying to just recast the same argument. | Transcription error. |
| 717 | 2 | Super Fund matters | Superfund matters | Transcription error. |
| 714 | 18-19 | acknowledged. As | acknowledged, as | Transcription error. |
| 717 | 23 | company | Company | Transcription error. |

Case 2:08-cv-00016-WCG   Filed 03/09/12   Page 12 of 23   Document 1348-1

| Page(s) | Line(s) | Current Text | Change | Reason / Comment |
|---------|---------|--------------|--------|------------------|
| 719 | 17 | director for accounting service | director of accounting services | Transcription error. |
| 719 | 20 | do | did | Transcription error. |
| 721 | 3 | service | services | Transcription error. |
| 722 | 5, 12 | service | services | Transcription error. |
| 726 | 4 | rule on | rule | Transcription error. |
| 728 | 7 | Appleton Papers, Inc. | Appleton Papers Inc. | Transcription error.(no comma after "Papers"). |
| 730 | 6 | legal work consulting | legal work or consulting | Transcription error. |
| 730 | 25 | Super Fund Report | Superfund Report | Capitalization error. |
| 731 | 4 | court | Court | Capitalization error. |
| 734 | 9 | I would just like to notice | I would just like to note | Transcription error. |
| 735 | 14-15 | Do we have another witness then we can proceed on? | Do we have another witness that we can proceed on? | Transcription error. |
| 747 | 18 | My understanding that | My understanding is that | Transcription error. |
| 751 | 16 | your office | our office | Transcription error. |
| 754 | 5 | Evan Chester | Evan Chesler | Spelling error. |

Case 2:08-cv-00016-WCG   Filed 03/09/12   Page 13 of 23   Document 1348-1

| Page(s) | Line(s) | Current Text | Change | Reason / Comment |
|---|---|---|---|---|
| 754 | 9 | John Hartjc | John Hartje | Spelling error. |
| 756 | 12 | fish and wildlife | Fish and Wildlife | Capitalization error. |
| 756 | 21 | through a bankruptcy | through bankruptcy | Transcription error. |
| 757 | 25 | they may talk | we may talk | Transcription error. |
| 757 | 5 | plant administrator | plan administrator | Transcription error. |
| 758 | 19-20 | fish and wildlife | Fish and Wildlife | Capitalization error. |
| 762 | 7 | covering your | covering years | Transcription error. |
| 764 | 11 | PRP's | PRPs | Transcription error. |
| 770 | 16 | the carrier | the carriers | Transcription error. |
| 772 | 25 | carrier | carriers | Transcription error. |
| 789 | 5 | conditional listings | additional listings | Transcription error. |
| 790 | 7 | objection | deposition | Transcription error. |
| 804 | 13 | gonna | going to | Transcription error. |
| 808 | 3 | to date WTM, | to date WTM | Transcription error (no comma). |
| 814 | 9 | fish and wildlife | Fish and Wildlife | Transcription error. |

Case 2:08-cv-00016-WCG   Filed 03/09/12   Page 14 of 23   Document 1348-1

| Page(s) | Line(s) | Current Text | Change | Reason / Comment |
|---------|---------|--------------|--------|-------------------|
| 816 | 25 | surface | surfaced | Transcription error. |
| 832 | 6 | Evan Chester | Evan Chesler | Spelling error. |
| 832 | 9 | John Hartjc | John Hartje | Spelling error. |
| 837 | 23 | Industry | Industries | Transcription Error |
| 846 | 4 | seeking | seek | Transcription Error. |
| 848 | 13 | one been | what's been | Transcription error. |
| 854 | 9 | findings | finding | Transcription error. |
| 856 | 2 | plaintiff's | plaintiffs' | Transcription error. |
| 868 | 13 | Think | They | Transcription error. |
| 880 | 15 | item for | item or | Transcription Error |
| 887 | 8 | Defendants | Defendants' | Transcription error. |
| 906 | 2 | arguments | argument | Transcription error. |
| 907 | 4 | except | accept | Spelling error. |
| 912 | 17 | Bill Marbech (timekeeper) | Bill Harbeck (timekeeper) | Spelling error. |
| 912 | 7 | Evan Chester | Evan Chesler | Spelling error. |
| 912 | 10 | John Hartjc | John Hartje | Spelling error. |

| Page(s) | Line(s) | Current Text | Change | Reason / Comment |
|---------|---------|--------------|--------|------------------|
| 916 | 5 | contractual damages for failing to defend. Because | contractual damages for failing to defend because | Punctuation error. |
| 922 | 9 | exhibit | objection | Transcription Error. |
| 922 | 15 | appeared both on plaintiffs' list.  And it's appeared also on | appeared both on plaintiffs' list and it appeared also on | Punctuation / transcription error. |
| 923 | 10 | to that exhibit | to the exhibit | Transcription error. |
| 924 | 24-25 | I'm inclined | I'm not inclined | Omission.* |
| **\* This change is requested by Plaintiffs only.  CBC believes that the transcript is correct as is.** | | | | |
| 925 | 23 | This is a summary of the cost | This is a summary of the costs | Transcription error. |
| 925 | 24 | insurer | insurers | Transcription error. |
| 927 | 5 | insureds | insurers | Transcription error. |
| 927 | 18 | And if we turn to the next page, Exhibit 518 (sic), what is | And if we turn to the next page of the Exhibit, 518, what is | Transcription Error. |
| 937 | 14 | recording | recordings | Transcription error. |
| 927 | 18 | Exhibit 518 (sic) | Exhibit, 518, | Transcription Error. |
| 953 | 13 | all sold | sold our | Transcription error. |
| 958 | 12 | or | of | Transcription |

| Page(s) | Line(s) | Current Text | Change | Reason / Comment |
|---------|---------|--------------|--------|------------------|
|         |         |              |        | error. |
| 963 | 18 | met | meet | Transcription Error |
| 965 | 19 | which | we | Transcription error. |
| 972 | 12 | refer | referred | Transcription Error |
| 980 | 10 | represents | represent | Transcription error. |
| 995 | 18 | departments | department | Transcription error. |
| 1000 | 17 | for | at | Transcription error. |
| 1000 | 23 | at | to | Transcription error. |
| 1003 | 2 | 1954 | 1958 | Transcription error. |
| 1006 | 3 | business | businesses | Transcription error. |
| 1109 | 16 | except | accept | Transcription error. |
| 1028 | 24 | your | our | Spelling error. |
| 1028 | 25 | as | was | Transcription error. |
| 1032 | 13 | in | on | Transcription Error. |
| 1035 | 19 | generally | general | Transcription error. |

Case 2:08-cv-00016-WCG   Filed 03/09/12   Page 17 of 23   Document 1348-1

| Page(s) | Line(s) | Current Text | Change | Reason / Comment |
|---|---|---|---|---|
| 1045 | 2 | except these | accept these | Spelling error. |
| 1045 | 10 | David Rabbino from the Menasha Corporation. | David Rabbino for the Menasha Corporation. | Transcription error |
| 1046 | 6 | And on behalf of our clients, since we were not there. | And on behalf of our client, since we were not there | Transcription error. |
| 1046 | 19 | plaintiffs should | defendants should | Transcription error. |
| 1055 | 8 | John Hartjc | John Hartje | Spelling error. |
| 1060 | 20 | harvest stores | Harvester | Transcription error. |
| 1060 | 22, 24 | Harvestores | Harvester | Transcription error. |
| 1064 | 3 | Lawyer Review | law review | Transcription error. |
| 1088 | 13 | Glatfelter's liable | Glatfelter's liability | Transcription error. |
| 1091 | 15 | Super Fund Statute | Superfund statute | Transcription error. |
| 1092 | 2 | But | That | Transcription error. |
| 1092 | 21 | matter, | matter | Transcription error. |
| 1092 | 21 | WTM, | WTM | Transcription error. |
| 1095 | 3 | gonna | going to | Transcription error. |

Case 2:08-cv-00016-WCG   Filed 03/09/12   Page 18 of 23   Document 1348-1

| Page(s) | Line(s) | Current Text | Change | Reason / Comment |
|---|---|---|---|---|
| 1103 | 9 | Is it the fair | Is it fair | Transcription error. |
| 1103 | 11 | Super Fund | Superfund | Transcription error. |
| 1105 | 10 | requires | required | Transcription error. |
| 1105 | 13 | except | accept | Transcription error. |
| 1105 | 21 | Typicality | Typically | Transcription error. |
| 1106 | 15, 20 | except | accept | Spelling error. |
| 1107 | 2 | except | accept | Spelling error. |
| 1109 | 8 | bearings | bearing | Transcription Error |
| 1109 | 16 | except | accept | Spelling error. |
| 1112 | 9 | obligations | allegations | Transcription error. |
| 1116 | 6 | paid that | paid.  That's | Transcription error. |
| 1118 | 18-19 | was gonna | was not going to | Omission. |
| 1132 | 5, 8, 11 | MS. KEARNEY | MR. KAREGEANNES | Transcription error. |
| 1133 | 10 | motive | mode of | Transcription error. |
| 1156 | 9 | had on the broker trim end | had on the broke or trim end | Transcription error. |

Case 2:08-cv-00016-WCG   Filed 03/09/12   Page 19 of 23   Document 1348-1

| Page(s) | Line(s) | Current Text | Change | Reason / Comment |
|---|---|---|---|---|
| 1156 | 12-13 | that's how I made my living, if that an answer to your question. | that's how I made my living, if that answers your question. | Transcription error (quoted deposition testimony). |
| 1163 | 20 | have | to be removed | Transcription error. |
| 1164 | 23 | economically | environmentally | Transcription error. |
| 1171 | 8 | you in other | you from other | Transcription error. |
| 1179 | 10 | baled | baler | Transcription error. |
| 1189 | 5-6 | issues, Fox River Group | issues, the Fox River Group | Transcription error. |
| 1189 | 12 | where the technical side | whereas on the technical side | Transcription error. |
| 1192 | 12-13 | You mentioned a second project, a natural resource damages assessment work. | You mentioned a second project, involving natural resource damages assessment work. | Transcription error. |
| 1193 | 19-20 | Well, we spent probably -- the FRG and working with the state probably spentk. | Well, we spent probably -- the FRG, working with the state, probably spent | Transcription error. |
| 1195 | 2 | No. And not that we were ever able to determine. | No, not that we were ever able to determine. | Transcription error. |
| 1203 | 9-10 | I didn't mention is what I would call | I didn't mention, in what I would call | Transcription error. |

Case 2:08-cv-00016-WCG   Filed 03/09/12   Page 20 of 23   Document 1348-1

| Page(s) | Line(s) | Current Text | Change | Reason / Comment |
|---------|---------|--------------|--------|------------------|
| 1204 | 12-13 | Michigan in my undergrad. | Michigan as an undergrad. | Transcription error. |
| 1205 | 3 | A wide variety types | A wide variety of types | Transcription error. |
| 1210 | 13-14 | We try to find those as often as we could to support costs. | We tried to find those as often as we could to support costs. | Transcription error. |
| 1219 | 18 | given to the government and he never utilized it. | given to the government and they never utilized it. | Transcription error. |
| 1239 | 1-3 | I considered about that letter | I considered that letter | Transcription error. |
| 1240 | 8-9 | that documents | that document | Transcription error. |
| 1244 | 16 | disposal methods nor a | disposal methods for a | Transcription error. |
| 1269 | 20, 25 | state agreement | State Agreement | Transcription error |
| 1289 | 10 | has | had | Transcription error. |
| 1289 | 20 | was | were | Transcription error. |
| 1289 | 19, 20 | plants | plant | Transcription error. |
| 1292 | 22 | size | time | Transcription error. |
| 1293 | 17 | newspaper | wastepaper | Transcription error. |

Case 2:08-cv-00016-WCG   Filed 03/09/12   Page 21 of 23   Document 1348-1

| Page(s) | Line(s) | Current Text | Change | Reason / Comment |
|---|---|---|---|---|
| 1294 | 5 | recycle, fiber, | recycled fiber, | Transcription error. |
| 1294 | 20 | item | audience | Transcription error. |
| 1297 | 18 | craft | Kraft | Spelling error. |
| 1298 | 3 | Craft | Kraft | Spelling error. |
| 1301 | 4 | Mr. Wand and I, always | Mr. Wand and I, I always | Word "I" is missing. |
| 1310 | 10, 13 | craft | Kraft | Spelling error. |
| 1315 | 15 | appears to be time today, seemed to make sense to try and present it today. | appears to be time today, **it** seemed to make sense to try and present it today. | Omission. |
| 1338 | 13 | pump | pulper | Transcription error. |
| 1346 | 24 | nothing | something | Transcription error. |
| 1354 | 14 | In | I'm | Transcription error. |
| 1356 | 8 | Teknekron | Teknikron | Spelling error. |
| 1356 | 9 | Teknekron | Teknikron | Spelling error. |
| 1357 | 13 | Super Fund | Superfund | Transcription error. |
| 1359 | 1 | Super Fund | Superfund | Transcription error. |
| 1359 | 2 | Super Fund | Superfund | Transcription error. |

| Page(s) | Line(s) | Current Text | Change | Reason / Comment |
|---------|---------|--------------|--------|------------------|
| 1361 | 19 | Saveall | Savealls | Transcription error. |
| 1362 | 3 | saveall | savealls | Transcription error. |
| 1362 | 3 | Dorr-Oliver | Dorr-Olivers | Transcription error. |
| 1377 | 19 | has | have | Transcription error. |
| 1382 | 4 | a | in | Transcription error. |
| 1385 | 12 | basis | bases | Transcription error. |
| 1385 | 23 | constituents not | constituents that were not | Transcription error. |
| 1403 | 5 | Paperer | Papers | Transcription error. |
| 1415 | 6 | understand | understood | Transcription error |
| 1432 | 8 | describe | described | Transcription error. |
| 1432 | 18 | papermaker | papermaker's | Transcription error. |

Case 2:08-cv-00016-WCG   Filed 03/09/12   Page 23 of 23   Document 1348-1