IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION,<br><br>      Plaintiffs,<br><br>  v.<br><br>GEORGE A. WHITING PAPER COMPANY, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) No. 08-CV-16-WCG<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION OF TRIAL EXHIBITS**

    NCR Corporation and Appleton Papers Inc. (collectively, "Plaintiffs"), and Defendants CBC Coating, Inc., Georgia-Pacific Consumer Products LP (f/k/a Fort James Operating Company), Fort James Corporation, and Georgia-Pacific LLC, Menasha Corporation, Neenah-Menasha Sewerage Commission, P.H. Glatfelter Company, U.S. Paper Mills Corporation and WTM I Company (collectively, "Defendants"), by and through their respective counsel, hereby certify that they have reviewed Plaintiffs' and Defendants' Combined Trial Exhibit List ("Exhibit A"), attached hereto; that, to the best of their knowledge and belief, it accurately lists the exhibits that were offered into evidence during the trial held in the above-captioned action from Tuesday, February 21, 2012, through Wednesday, February 29, 2012 (the "Trial"); and that all exhibits listed in Exhibit A were received into evidence by the Court during Trial, with the exception of those with pending objections (noted in the third column of Exhibit A), which the Court has taken under advisement.

On or before March 30, 2012, Plaintiffs and Defendants will send to the Court DVDs containing the following exhibits, in 10 megabyte increments:

    (1)    any exhibits listed in Exhibit A that must be filed under seal;

    (2)    any exhibits listed in Exhibit A that have not yet been received into evidence because of pending objections; and

    (3)    all other exhibits listed in Exhibit A.

The DVDs will be labeled by category and exhibit number ranges. As requested, a certification will be submitted with the DVDs. (Tr. 1440:14-1441:23.) Courtesy copies of external hard drives will also be sent to the Court.

DATED: March 23, 2012                               Respectfully submitted,

/s/ Darin P. McAtee                                 /s/ Ronald R. Ragatz
CRAVATH, SWAINE & MOORE LLP                         DEWITT ROSS & STEVENS S.C.
Evan R. Chesler                                     Ronald R. Ragatz
David R. Marriott                                   Dennis P. Birke
Darin P. McAtee                                     Megan A. Senatori
Worldwide Plaza, 825 Eighth Avenue                  Two East Mifflin Street
New York, New York 10019                            Madison, WI 53703
Phone: (212) 474-1000                               Phone:  (608) 255-8891
Fax: (212) 474-3700                                 Fax:  (608) 252-9243
dmcatee@cravath.com

                                                    HERMES LAW, LTD.
SIDLEY AUSTIN LLP                                   Michael L. Hermes
Evan B. Westerfield                                 Heidi D. Melzer
One South Dearborn Street                           Brandon J. Evans
Chicago, Illinois 60603                             Ericka L. Krumrie
Phone: (312) 853-7000                               333 Main Street, Suite 601
Fax: (312) 853-7036                                 Green Bay, WI 54301
                                                    Phone:  (920) 436-9870
MARTEN LAW PLLC                                     Fax:  (920) 436-9871
Linda R. Larson
Bradley M. Marten                                   **Attorneys for Plaintiff Appleton Papers Inc.**
1191 Second Avenue
Suite 2200
Seattle, Washington 98101
Phone: (206) 292-2600
Fax: (206) 292-2601

**Attorneys for Plaintiff NCR Corporation**

/s/ Mary Rose Alexander
Mary Rose Alexander
Margrethe K. Kearney
Latham & Watkins LLP
233 S. Wacker Dr. Ste. 5800
Chicago, IL 60606
Telephone: (312) 872-7700
Facsimile: (312) 993-9767
Mary.Rose.Alexander@lw.com
Karl S. Lytz
Patrick J. Ferguson
Latham & Watkins LLP
505 Montgomery St., Ste. 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Fax: (415) 395-8095
Karl.Lytz@lw.com
**Attorneys for Defendant Georgia-Pacific LLC**

/s/ Nancy K. Peterson
Nancy K. Peterson (Wis. Bar No. 1000197)
William H. Harbeck (Wis. Bar No. 1007004)
Peter C. Karegeannes (Wis. Bar No. 1015025)
Quarles & Brady LLP
411 E. Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 277-5000
william.harbeck@quarles.com

**Attorneys for Defendant WTM Company**

/s/ David G. Mandelbaum
David G. Mandelbaum
Francis A. Citera
Marc E. Davies
Monique M. Mooney
Caleb J. Holmes
Adam B. Silverman
GREENBERG TRAURIG, LLP
Two Commerce Square, Suite 2700
2001 Market Street
Philadelphia, PA 19103
215.988.7800
mandelbaumd@gtlaw.com

**Attorneys for Defendant P.H. Glatfelter Company**

/s/ Susan E. Lovern
Susan E. Lovern (#1025632)
Michael P. Carlton (#1016037)
Thomas Armstrong (#1016529)
Kelly J. Noyes (#1064809)
von Briesen & Roper, s.c.
411 East Wisconsin Avenue, Suite 700
Milwaukee, WI 53202
Telephone: (414) 276-1122
Fax: (414) 276-6281
slovern@vonbriesen.com
mcarlton@vonbriesen.com
tarmstro@vonbriesen.com
knoyes@vonbriesen.com

**Attorneys for Defendant CBC Coating, Inc.**

/s/ Scott W. Hansen
Scott W. Hansen
Steven P. Bogart
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
P.O. Box. 2965
Milwaukee, WI 53202
Telephone: 414-298-1000
Fax: 414-298-8097
sbogart@reinhartlaw.com
shansen@reinhartlaw.com

Thomas R. Gottshall
Stephen F. McKinney
Haynsworth Sinkler Boyd PA
1201 Main Street, Suite 2200
P.O. Box 11889
Columbia, SC 29211-1889
Telephone: 803-779-3080
Fax: 803-765-1243
tgottshall@hsblawfirm.com
smckinney@hsblawfirm.com

**Attorneys for Defendant U.S. Paper Mills**

/s/ William J. Mulligan
William J. Mulligan (WI Bar No. 1008465)
Kevin J. Lyons (WI Bar No. 1013826)
Elizabeth K. Miles (WI Bar No. 1064284)
Davis & Kuelthau, s.c.
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202
Telephone: (414) 276-0200
Fax: (414) 276-9369
Email:
wmulligan@dkattorneys.com
klyons@dkattorneys.com
emiles@dkattorneys.com

**Attorneys for Defendant Neenah-Menasha Sewerage Commission**

/s/ David A. Rabbino
David A. Rabbino
Philip C. Hunsucker
Hunsucker Goodstein & Nelson PC
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone: (925) 284-0840
Fax: (925) 284-0870
phunsucker@hgnlaw.com

**Attorneys for Defendant Menasha Corp.**

/s/ Paul G. Kent
Paul G. Kent (#1002924)
Richard C. Yde (#1013600)
Ted Waskowski (#1003254)
Stafford Rosenbaum LLP
222 W. Washington Avenue, Suite 900
P.O. Box 1784
Madison, WI 53701-1784
Telephone: (608) 256-0226
Email: pkent@staffordlaw.com

James P. Walsh (#1009328)
Appleton City Attorney's Office
100 North Appleton Street
Appleton, WI 54911-4702
Telephone: (920) 832-6423
Email: jim.walsh@appleton.org

**Attorneys for Defendant City of Appleton**