**ORIGINAL**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS, INC., et el.,

                         Plaintiffs,

v.                                     **Case No.**  08-CV-16
                                                            10-CV-910

GEORGE WHITING PAPER COMPANY, et al.,

                         Defendants.

### HON. AARON E. GOODSTEIN, PRESIDING

**TYPE OF PROCEEDING: SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

April 2, 2012

NEENAH-MENASHA SEWERAGE COMMISSION
TIME COMMENCED:    2:55 PM
TIME CONCLUDED:    3:25 PM