# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS, INC., et el.,

**ORIGINAL**

Plaintiffs,

v.

Case No. 08-CV-16
10-CV-910

GEORGE WHITING PAPER COMPANY, et al.,

Defendants.

## HON. AARON E. GOODSTEIN, PRESIDING

**TYPE OF PROCEEDING: SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversation with Counsel :

April 4, 2012

US PAPER MILLS
TIME COMMENCED: 11:35 AM
TIME CONCLUDED: 12:05 PM