ORIGINAL

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS, INC., et el.,

                     **Plaintiffs,**

v.                               **Case No.** 08-CV-16
                                                 10-CV-910

GEORGE WHITING PAPER COMPANY, et al.,

                       **Defendants.**

## HON. AARON E. GOODSTEIN, PRESIDING

**TYPE OF PROCEEDING: SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

April 5, 2012

US. GOVERNMENT
TIME COMMENCED:    10:00 AM
TIME CONCLUDED:    10:40 AM