UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS, INC., et el.,

                Plaintiffs,

v.                             Case No.  08-CV-16
                                                   10-CV-910

GEORGE WHITING PAPER COMPANY, et al.,

                Defendants.

### HON. AARON E. GOODSTEIN, PRESIDING

**TYPE OF PROCEEDING: SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

April 6, 2012

APPLETON PAPERS, INC.   (In person)
TIME COMMENCED:     10:00 AM
TIME CONCLUDED:      11:00 AM



# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS, INC., et el.,

                     **Plaintiffs,**

v.                                 **Case No.**  08-CV-16
                                                    10-CV-910

GEORGE WHITING PAPER COMPANY, et al.,

                      **Defendants.**

## HON. AARON E. GOODSTEIN, PRESIDING

**TYPE OF PROCEEDING: SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

April 6, 2012

NCR CORP
TIME COMMENCED:     11:00 AM
TIME CONCLUDED:     11:30 AM