IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION,<br><br>                Plaintiffs,<br><br>    v.<br><br>GEORGE A. WHITING PAPER<br>COMPANY, *et al.,*<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   No. 08-CV-00016-WCG<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION OF AMENDED TRIAL EXHIBITS

Defendants CBC Coating, Inc., Georgia-Pacific Consumer Products LP (f/k/a Fort James Operating Company), Fort James Corporation, and Georgia-Pacific LLC, Menasha Corporation, Neenah-Menasha Sewerage Commission, P.H. Glatfelter Company, U.S. Paper Mills Corporation and WTM I Company (collectively, "Defendants"), and NCR Corporation and Appleton Papers Inc. (collectively, "Plaintiffs"), by and through their respective counsel, hereby certify that they have reviewed Plaintiffs' and Defendants' Amended Combined Trial Exhibit List ("Exhibit A"), attached hereto; that, to the best of their knowledge and belief, it accurately lists exhibits that were offered into evidence during the trial held in the above-captioned action from Tuesday, February 21, 2012, through Wednesday, February 29, 2012 (the "Trial"); that Exhibit A amends the prior exhibit list previously filed with the Court (Dkt. No. 1354-1) to include sealed trial exhibits 6012 and 6013; that Exhibit A makes no other changes to Dkt. No. 1354-1; that Exhibit A replaces Dkt. No. 1354-1; and that all exhibits listed in Exhibit A were received into evidence by the Court

during Trial, with the exception of those with pending objections (noted in the third column of Exhibit A), which the Court has taken under advisement.

On or before April 9, 2012, Plaintiffs and Defendants will send to the Court two sets of DVDs containing exhibits 6012 and 6013. One set of DVDs is intended to supplement the DVDs already sent to the Court. The second set of the DVDs is intended for inclusion with and as a supplement to the external hard drives previously sent to the Court. The DVDs will be labeled by category and exhibit number ranges. As requested, a certification will be submitted with the DVDs. (Tr. 1440:14-1441:23.)

Dated: April 6, 2012                     Respectfully submitted,

/s/ David G. Mandelbaum
David G. Mandelbaum
Francis A. Citera
Marc E. Davies
Caleb J. Holmes
Adam B. Silverman
GREENBERG TAURIG, LLP
Two Commerce Square, Suite 2700
2001 Market Street
Philadelphia, PA 19103
215.988.7800
mandelbaumd@gtlaw.com

**Attorneys for Defendant P.H. Glatfelter Company**

/s/ Nancy K. Peterson
Nancy K. Peterson (Wis. Bar No. 1000197)
Peter C. Karegeannes (Wis. Bar No. 1015025)
William H. Harbeck (Wis. Bar No. 1007004)
Quarles & Brady LLP
411 E. Wisconsin Avenue
Milwaukee, WI 53202
Telephone: 414-277-5000
whh@quarles.com

**Attorneys for Defendant WTM I Company**

/s/ David A. Rabbino
David A. Rabbino
Philip C. Hunsucker
Hunsucker Goodstein & Nelson PC 3717 Mt. Diablo Blvd., Suite 200 Lafayette, CA 94549
Telephone: (925) 284-0840
Fax: (925) 284-0870 phunsucker@hgnlaw.com
**Attorneys for Defendant Menasha Corp.**

/s/ Susan E. Lovern
Susan E. Lovern (#1025632)
Michael P. Carlton (#1016037)
Thomas Armstrong (#1016529)
Kelly J. Noyes (#1064809)
von Briesen & Roper, s.c.
411 East Wisconsin Avenue, Suite 700
Milwaukee, WI 53202
Telephone: (414) 276-1122
Fax: (414) 276-6281

slovern@vonbriesen.com
mcarlton@vonbriesen.com
tarmstro@vonbriesen.com
knoyes@vonbriesen.com

**Attorneys for Defendant CBC Coating, Inc.**

/s/ Mary Rose Alexander
Mary Rose Alexander
Margrethe K. Kearney
Latham & Watkins LLP
233 S. Wacker Dr. Ste. 5800
Chicago, IL 60606
Telephone: (312) 872-7700
Facsimile: (312) 993-9767
Mary.Rose.Alexander@lw.com

Karl S. Lytz
Patrick J. Ferguson
Latham & Watkins LLP
505 Montgomery St., Ste. 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Fax: (415) 395-8095
Karl.Lytz@lw.com

**Attorneys for Defendant Georgia-Pacific LLC**

/s/ William J. Mulligan
William J. Mulligan (WI Bar No. 1008465)
Kevin J. Lyons (WI Bar No. 1013826)
Elizabeth K. Miles (WI Bar No. 1064284)
Davis & Kuelthau, s.c.
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202
Telephone: (414) 276-0200
Fax: (414) 276-9369

Email:
wmulligan@dkattorneys.com
klyons@dkattorneys.com
emiles@dkattorneys.com

**Attorneys for Defendant Neenah-Menasha Sewerage Commission**

/s/ Scott W. Hansen
Scott W. Hansen
Steven P. Bogart
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
P.O. Box. 2965
Milwaukee, WI 53202
Telephone: 414-298-1000
Fax: 414-298-8097
sbogart@reinhartlaw.com
shansen@reinhartlaw.com

Thomas R. Gottshall
Stephen F. McKinney
Haynsworth Sinkler Boyd PA
1201 Main Street, Suite 2200
P.O. Box 11889
Columbia, SC 29211-1889
Telephone: 803-779-3080
Fax: 803-765-1243

tgottshall@hsblawfirm.com
smckinney@hsblawfirm.com

**Attorneys for Defendant U.S. Paper Mills**

/s/ Paul G. Kent
Paul G. Kent (#1002924)
Richard C. Yde (#1013600)
Ted Waskowski (#1003254)
Stafford Rosenbaum LLP
222 W. Washington Avenue, Suite 900
P.O. Box 1784
Madison, WI 53701-1784
Telephone: (608) 256-0226
Email: pkent@staffordlaw.com

James P. Walsh (#1009328)
Appleton City Attorney's Office
100 North Appleton Street
Appleton, WI 54911-4702
Telephone: (920) 832-6423
Email: jim.walsh@appleton.org

**Attorneys for Defendant City of Appleton**

/s/ Darin P. McAtee  
CRAVATH, SWAINE & MOORE LLP  
Evan R. Chesler  
David R. Marriott  
Darin P. McAtee  
Worldwide Plaza, 825 Eighth Avenue  
New York, New York 10019  
Phone: (212) 474-1000  
Fax: (212) 474-3700  
dmcatee@cravath.com  

SIDLEY AUSTIN LLP  
Evan B. Westerfield  
One South Dearborn Street  
Chicago, Illinois 60603  
Phone: (312) 853-7000  
Fax: (312) 853-7036  

MARTEN LAW PLLC  
Linda R. Larson  
Bradley M. Marten  
1191 Second Avenue  
Suite 2200  
Seattle, Washington 98101  
Phone: (206) 292-2600  
Fax: (206) 292-2601  

**Attorneys for Plaintiff NCR Corporation**

/s/ Ronald R. Ragatz  
DEWITT ROSS & STEVENS S.C.  
Ronald R. Ragatz  
Dennis P. Birke  
Megan A. Senatori  
Two East Mifflin Street  
Madison, WI 53703  
Phone: (608) 255-8891  
Fax: (608) 252-9243  

HERMES LAW, LTD. Michael L. Hermes  
Heidi D. Melzer  
Brandon J. Evans  
Ericka L. Krumrie  
333 Main Street, Suite 601  
Green Bay, WI 04301  
Phone: (920) 436-9870  
Fax: (920) 436-9871  

**Attorneys for Plaintiff Appleton Papers Inc.**