IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and <br> NCR CORPORATION, <br>                     Plaintiffs, <br>         v. <br> GEORGE A. WHITING PAPER <br> COMPANY, *et al.*, <br>                     Defendants. | No. 08-CV-00016-WCG |

## SUPPLEMENTAL CERTIFICATION OF AMENDED TRIAL EXHIBITS

Defendants CBC Coating, Inc., Georgia-Pacific Consumer Products LP (f/k/a Fort James Operating Company), Fort James Corporation, and Georgia-Pacific LLC, Menasha Corporation, Neenah-Menasha Sewerage Commission, P.H. Glatfelter Company, U.S. Paper Mills Corporation and WTM I Company (collectively, "Defendants"), and NCR Corporation and Appleton Papers Inc. (collectively, "Plaintiffs"), by and through their respective counsel, hereby certify that they have reviewed the DVDs containing Plaintiffs' and Defendants' final trial exhibits submitted to the Court on March 30, 2012, and the supplemental DVDs submitted to the Court on or before April 9, 2012; that, to the best of their knowledge and belief, the DVDs contain accurate copies of the original exhibits that were offered into evidence during the trial held in the above-captioned action from Tuesday, February 21, 2012, through Wednesday, February 29, 2012 (the "Trial"); and, that all exhibits contained on the DVDs were received into evidence by the Court during

Trial, with the exception of the exhibits contained on two DVDs (noted on the disk labels) with pending objections, which the Court has taken under advisement.

Dated: April 6, 2012                               Respectfully submitted,

/s/ David G. Mandelbaum                            /s/ Nancy K. Peterson
David G. Mandelbaum                                Nancy K. Peterson (Wis. Bar No. 1000197)
Francis A. Citera                                  Peter C. Karegeannes (Wis. Bar No. 1015025)
Marc E. Davies                                     William H. Harbeck (Wis. Bar No. 1007004)
Caleb J. Holmes                                    Quarles & Brady LLP
Adam B. Silverman                                  411 E. Wisconsin Avenue
GREENBERG TRAURIG, LLP                             Milwaukee, WI 53202
Two Commerce Square, Suite 2700                    Telephone: 414-277-5000
2001 Market Street                                 whh@quarles.com
Philadelphia, PA 19103
215.988.7800                                       **Attorneys for Defendant WTM I Company**
mandelbaumd@gtlaw.com

**Attorneys for Defendant P.H. Glatfelter Company**

/s/ David A. Rabbino                               /s/ Susan E. Lovern
David A. Rabbino                                   Susan E. Lovern (#1025632)
Philip C. Hunsucker                                Michael P. Carlton (#1016037)
Hunsucker Goodstein & Nelson PC 3717 Mt.           Thomas Armstrong (#1016529)
Diablo Blvd., Suite 200 Lafayette, CA 94549        Kelly J. Noyes (#1064809)
Telephone: (925) 284-0840                          von Briesen & Roper, s.c.
Fax: (925) 284-0870 phunsucker@hgnlaw.com          411 East Wisconsin Avenue, Suite 700
**Attorneys for Defendant Menasha Corp.**          Milwaukee, WI 53202
                                                   Telephone: (414) 276-1122
                                                   Fax: (414) 276-6281

                                                   slovern@vonbriesen.com
                                                   mcarlton@vonbriesen.com
                                                   tarmstro@vonbriesen.com
                                                   knoyes@vonbriesen.com

                                                   **Attorneys for Defendant CBC Coating, Inc.**

/s/ Mary Rose Alexander
Mary Rose Alexander
Margrethe K. Kearney
Latham & Watkins LLP
233 S. Wacker Dr. Ste. 5800
Chicago, IL 60606
Telephone: (312) 872-7700
Facsimile: (312) 993-9767
Mary.Rose.Alexander@lw.com

Karl S. Lytz
Patrick J. Ferguson
Latham & Watkins LLP
505 Montgomery St., Ste. 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Fax: (415) 395-8095
Karl.Lytz@lw.com

**Attorneys for Defendant Georgia-Pacific LLC**

/s/ William J. Mulligan
William J. Mulligan (WI Bar No. 1008465)
Kevin J. Lyons (WI Bar No. 1013826)
Elizabeth K. Miles (WI Bar No. 1064284)
Davis & Kuelthau, s.c.
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202
Telephone: (414) 276-0200
Fax: (414) 276-9369

Email:
wmulligan@dkattorneys.com
klyons@dkattorneys.com
emiles@dkattorneys.com

**Attorneys for Defendant Neenah-Menasha Sewerage Commission**

/s/ Scott W. Hansen
Scott W. Hansen
Steven P. Bogart
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
P.O. Box. 2965
Milwaukee, WI 53202
Telephone: 414-298-1000
Fax: 414-298-8097
sbogart@reinhartlaw.com
shansen@reinhartlaw.com

Thomas R. Gottshall
Stephen F. McKinney
Haynsworth Sinkler Boyd PA
1201 Main Street, Suite 2200
P.O. Box 11889
Columbia, SC 29211-1889
Telephone: 803-779-3080
Fax: 803-765-1243

tgottshall@hsblawfirm.com
smckinney@hsblawfirm.com

**Attorneys for Defendant U.S. Paper Mills**

/s/ Paul G. Kent
Paul G. Kent (#1002924)
Richard C. Yde (#1013600)
Ted Waskowski (#1003254)
Stafford Rosenbaum LLP
222 W. Washington Avenue, Suite 900
P.O. Box 1784
Madison, WI 53701-1784
Telephone: (608) 256-0226
Email: pkent@staffordlaw.com

James P. Walsh (#1009328)
Appleton City Attorney's Office
100 North Appleton Street
Appleton, WI 54911-4702
Telephone: (920) 832-6423
Email: jim.walsh@appleton.org

**Attorneys for Defendant City of Appleton**

/s/ Darin P. McAtee
CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
David R. Marriott
Darin P. McAtee
Worldwide Plaza, 825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
dmcatee@cravath.com

SIDLEY AUSTIN LLP
Evan B. Westerfield
One South Dearborn Street
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 853-7036

MARTEN LAW PLLC
Linda R. Larson
Bradley M. Marten
1191 Second Avenue
Suite 2200
Seattle, Washington 98101
Phone: (206) 292-2600
Fax: (206) 292-2601

**Attorneys for Plaintiff NCR Corporation**

/s/ Ronald R. Ragatz
DEWITT ROSS & STEVENS S.C.
Ronald R. Ragatz
Dennis P. Birke
Megan A. Senatori
Two East Mifflin Street
Madison, WI 53703
Phone: (608) 255-8891
Fax: (608) 252-9243

HERMES LAW, LTD. Michael L. Hermes
Heidi D. Melzer
Brandon J. Evans
Ericka L. Krumrie
333 Main Street, Suite 601
Green Bay, WI 04301
Phone: (920) 436-9870
Fax: (920) 436-9871

**Attorneys for Plaintiff Appleton Papers Inc.**