# United States District Court
EASTERN DISTRICT OF WISCONSIN

---

APPLETON PAPERS INC., et al.,

    Plaintiff(s),

v.                                                                              Case No. 08-C-16

GEORGE A. WHITING PAPER COMPANY, et al.,

    Defendant(s).

---

## EXHIBITS RECEIVED BY CLERK OF COURT'S OFFICE

    The undersigned hereby acknowledges receipt of trial exhibits entered as evidence in the above captioned case by the plaintiffs and defendants.

    Exhibits received on seven DVDs, as follows:

1. Final Trial Exhibits, Volume 1 of 2
2. Final Trial Exhibits, Volume 2 of 2
3. Final Trial Exhibits (with Objections)
4. Sealed Final Trial Exhibits (Subject to Protective Order)
5. Sealed Final Trial Exhibits (with Objections)
6. Sealed Supplemental No. 1, Exhibit 6012
7. Sealed Supplemental No. 2, Exhibit 6013

    The Certification of Amended Trial Exhibits with attached copy of Plaintiffs' and Defendants' Amended Combined Final Trial Exhibit List containing an itemization of the exhibits submitted on DVD is available electronically in the record of this case, at Docket No. 1374. A Supplemental Certification of Amended Trial Exhibits is available electronically in the record of this case, at Docket No. 1375.

    Received and filed this 10th day of April, 2012.

                                                       JON W. SANFILIPPO
                                                       Clerk of Court

                                                       s/Terri Lynn Ficek
                                                     Deputy in Charge