

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS, INC., et el.,

                Plaintiffs,

v.                              Case No.  08-CV-16
                                                  10-CV-910

GEORGE WHITING PAPER COMPANY, et al.,

                Defendants.

## HON. AARON E. GOODSTEIN, PRESIDING

**TYPE OF PROCEEDING: SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

April 9, 2012

US PAPER MILLS / NEENAH-MENASHA SEWERAGE COMM
TIME COMMENCED:     3:00 PM
TIME CONCLUDED:     3:20 PM

**ORIGINAL**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS, INC., et el.,

                    **Plaintiffs,**

v.                                 **Case No.**   08-CV-16
                                                             10-CV-910

GEORGE WHITING PAPER COMPANY, et al.,

                    **Defendants.**

### HON. AARON E. GOODSTEIN, PRESIDING

**TYPE OF PROCEEDING: SETTLEMENT CONFERENCE** (Follow Up)

<u>Follow-Up Ex Parte Telephone Conversations with Counsel :</u>

April 9, 2012

APPLETON PAPERS, INC.
TIME COMMENCED:    3:55 PM
TIME CONCLUDED:     4:10 PM