# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

|   |   |   |
|---|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION,<br><br>      Plaintiffs,<br><br>  v.<br><br>GEORGE A. WHITING PAPER<br>COMPANY, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 08-CV-00016-WCG |

**UNOPPOSED CIVIL L. R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION FOR AN EXTENSION OF TIME TO FILE POST-TRIAL SUBMISSIONS AND FOR LEAVE TO EXPAND THE PAGE LIMIT OF POST-TRIAL SUBMISSIONS**

   Defendants CBC Coating, Inc., City of Appleton, Georgia-Pacific Consumer Products LP (f/k/a Fort James Operating Company), Fort James Corporation, and Georgia-Pacific LLC, Menasha Corporation, Neenah-Menasha Sewerage Commission, P.H. Glatfelter Company, U.S. Paper Mills Corporation, and WTM I Company (collectively, "Defendants"), and Plaintiffs NCR Corporation and Appleton Papers, Inc. (collectively, "Plaintiffs), hereby move to extend the current deadline for filing of post-trial submissions, as set forth in Dkt. No. 1352.  Plaintiffs and Defendants respectfully request that the deadline for filing initial post-trial submissions be extended to April 26, 2012, and the deadline for filing responsive post-trial submissions be extended to May 16, 2012.

   Defendants and Plaintiffs further move for leave to expand the page limit of initial post-trial submissions from 60 pages (*see* Dkt. No. 1281) to 75 pages.

Dated: April 14, 2012                                              Respectfully submitted,

<u>/s/ Darin P. McAtee</u>
CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
David R. Marriott
Darin P. McAtee
Worldwide Plaza, 825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
dmcatee@cravath.com

SIDLEY AUSTIN LLP
Evan B. Westerfield
One South Dearborn Street
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 853-7036

MARTEN LAW PLLC
Linda R. Larson
Bradley M. Marten
1191 Second Avenue
Suite 2200
Seattle, Washington 98101
Phone: (206) 292-2600
Fax: (206) 292-2601

**Attorneys for Plaintiff NCR Corporation**

<u>s/Ronald R. Ragatz</u>
DEWITT ROSS & STEVENS S.C.
Ronald R. Ragatz
Dennis P. Birke
Megan A. Senatori
Two East Mifflin Street
Madison, WI 53703
Phone: (608) 255-8891
Fax: (608) 252-9243

HERMES LAW, LTD.
Michael L. Hermes
Heidi D. Melzer
Brandon J. Evans
Ericka L. Krumrie
333 Main Street, Suite 601
Green Bay, WI 54301
Phone: (920) 436-9870
Fax: (920) 436-9871

**Attorneys for Plaintiff Appleton Papers Inc.**

/s/ Mary Rose Alexander
Mary Rose Alexander
Margrethe K. Kearney
Latham & Watkins LLP
233 S. Wacker Dr. Ste. 5800
Chicago, IL 60606
Telephone: (312) 872-7700
Facsimile: (312) 993-9767
Mary.Rose.Alexander@lw.com
Karl S. Lytz
Patrick J. Ferguson
Latham & Watkins LLP
505 Montgomery St., Ste. 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Fax: (415) 395-8095
Karl.Lytz@lw.com
**Attorneys for Defendant Georgia-Pacific LLC**

s/ David G. Mandelbaum
David G. Mandelbaum
Francis A. Citera
Marc E. Davies
Caleb J. Holmes
Adam B. Silverman
GREENBERG TRAURIG, LLP
Two Commerce Square, Suite 2700
2001 Market Street
Philadelphia, PA 19103
215.988.7800
mandelbaumd@gtlaw.com

**Attorneys for Defendant P.H. Glatfelter Company**

s/ Nancy K. Peterson
Nancy K. Peterson (Wis. Bar No. 1000197)
William H. Harbeck (Wis. Bar No. 1007004) Peter C. Karegeannes (Wis. Bar No. 1015025)
Quarles & Brady LLP
411 E. Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 277-5000
william.harbeck@quarles.com

**Attorneys for Defendant WTM Company**

s/ Susan E. Lovern
Susan E. Lovern (#1025632)
Michael P. Carlton (#1016037)
Thomas Armstrong (#1016529)
Kelly J. Noyes (#1064809)
von Briesen & Roper, s.c.
411 East Wisconsin Avenue, Suite 700
Milwaukee, WI 53202
Telephone: (414) 276-1122
Fax: (414) 276-6281
slovern@vonbriesen.com
mcarlton@vonbriesen.com
tarmstro@vonbriesen.com
knoyes@vonbriesen.com

**Attorneys for Defendant CBC Coating, Inc.**

s/ Scott W. Hansen
Scott W. Hansen
Steven P. Bogart
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
P.O. Box. 2965
Milwaukee, WI 53202
Telephone: 414-298-1000
Fax: 414-298-8097
sbogart@reinhartlaw.com
shansen@reinhartlaw.com

Thomas R. Gottshall
Stephen F. McKinney
Haynsworth Sinkler Boyd PA
1201 Main Street, Suite 2200
P.O. Box 11889
Columbia, SC 29211-1889
Telephone: 803-779-3080
Fax: 803-765-1243
tgottshall@hsblawfirm.com
smckinney@hsblawfirm.com

**Attorneys for Defendant U.S. Paper Mills**

s/ David A. Rabbino
David A. Rabbino
Philip C. Hunsucker
Hunsucker Goodstein & Nelson PC
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone: (925) 284-0840
Fax: (925) 284-0870
phunsucker@hgnlaw.com

**Attorneys for Defendant Menasha Corp.**

<u>s/William J. Mulligan</u>
William J. Mulligan (WI Bar No. 1008465)
Kevin J. Lyons (WI Bar No. 1013826)
Elizabeth K. Miles (WI Bar No. 1064284)
Davis & Kuelthau, s.c.
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202
Telephone: (414) 276-0200
Fax: (414) 276-9369
Email: wmulligan@dkattorneys.com
klyons@dkattorneys.com
emiles@dkattorneys.com

**Attorneys for Defendant Neenah-Menasha Sewerage Commission**

<u>s/ Paul G. Kent</u>
Paul G. Kent (#1002924)
Richard C. Yde (#1013600)
Ted Waskowski (#1003254)
Stafford Rosenbaum LLP
222 W. Washington Avenue, Suite 900
P.O. Box 1784
Madison, WI 53701-1784
Telephone: (608) 256-0226
Email: pkent@staffordlaw.com

James P. Walsh (#1009328)
Appleton City Attorney's Office
100 North Appleton Street
Appleton, WI 54911-4702
Telephone: (920) 832-6423
Email: jim.walsh@appleton.org

**Attorneys for Defendant City of Appleton**

*PHI 316,877,018v1 4-14-12*
Case 2:08-cv-00016-WCG   Filed 04/14/12   Page 5 of 6   Document 1379

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2012, I caused a true and correct copy of the foregoing Withdrawal of Appearance to be served upon all counsel via this Court's electronic filing service.

/s/ David G. Mandelbaum
David G. Mandelbaum
