# EXHIBIT A

| Exhibit No. | Date Offered | Date Admitted | Objections | Date | Bates Begin | Bates End | Description/Title | Citation | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2001 | 2/27/2012 | | Authenticity (FRE 901) Lack of Foundation Hearsay (FRE 802) | 10/13/1972 | APIFOX00002511 | APIFOX00002523 | Report from T.E. Hoover entitled The Status of Polyclorinated biphenyl Uses as NCR | | API & NCR Authenticity |
| 2148 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 7/8/1959 | BCFOX00000284 | BCFOX00000285 | Letter from Sandberg, R.W. to Lauer, H.V. CC Green, B.K. Montalle, R.V.; Wilson, G.J. | | API Authenticity |
| 2149 | 2/27/2012 | | Hearsay (FRE 802) | 1/00/1958 | BCFOX00000376 | BCFOX00000397 | Wiggins Teape Group Research Organization Annual Report 1957 | | API Authenticity; Double Hearsay |
| 2150 | 2/27/2012 | | Hearsay (FRE 802) | 1958 | BCFOX00000425 | BCFOX00000450 | WT Group Research Organization's 1958 Annual Report | | API Authenticity |
| 2151 | 2/21/2012 2/22/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 1/7/1958 | BCFOX00000561 | BCFOX00000561 | 1/7/58 Letter from R.W. Sandberg (NCR) to Ian Hendry (Wiggins Teape Group) re blue tint on recycled paper and enclosing two Waste Paper Utilization Council bulletins | | API Authenticity |
| 2152 | 2/22/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 6/22/1956 | BCFOX00000562 | BCFOX00000562 | Waste Paper Utilization Council Bulletin No. 37 | | API Authenticity |
| 2153 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 7/2/1956 | BCFOX00000563 | BCFOX00000563 | Waste Paper Utilization Council Bulletin No. 37-A | | API Authenticity |
| 2154 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) Not Original, Not Authentic Duplicate (FRE 1002-1003) | 2/21/1958 | BCFOX00000564 | BCFOX00000567 | February 21, 1958 letter from I.P. Hendry (Wiggins Teape) to R.W. Sandberg (NCR) re reuse of NCR broke | | API Authenticity |
| 2155 | 2/27/2012 | | Personal Knowledge Hearsay (FRE 802) Authenticity (FRE 901) | 2/24/1970 | BCFOX00004168 | BCFOX00004171 | Report by C Capps of WT re Meeting with NCR and Monsanto in London re risk related to PCBs | | API Authenticity; Double Hearsay |
| 2156 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 1/5/1965 | BCFOX00006199 | BCFOX00006200 | Letter from H. Lauer to C. Capps re Capps 30 December letter regarding Attasorb | | API Authenticity |
| 2157 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 3/14/1966 | BCFOX00006351 | BCFOX00006351 | Letter from M.C. Olsen (NCR) to C. Capps (Wiggins Teape) re NCR Specification Books | | API Authenticity |
| 2158 | 2/21/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 1/25/1965 | BCFOX00007057 | BCFOX00007058 | Letter from J.P. Reeve (ACPC) to H.F. Rance (Wiggins Teape) re NCR paper creation | | API Authenticity |

| Exhibit No. | Date Offered | Date Admitted | Objections | Date | Bates Begin | Bates End | Description/Title | Citation | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2159 | 2/21/2012 2/22/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) Not Original, Not Authentic Duplicate (FRE 1002-1003) | 5/19 & 20/1965 | BCFOX00007067 | BCFOX00007068 | Letter to A.E. Burroughs (Wiggins Teape) from Bud Heinritz (ACPC) re repulping NCR CB Broke and letter to H.F. Rance (Wiggins Teape) from Thomas Busch (ACPC) re potential ACPC/Wiggins Teape meeting | Phase II Deposition Exhibit 3002F (Klass) | API & NCR Authenticity |
| 2160 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 8/18/1965 | BCFOX00007070 | BCFOX00007070 | Letter to John Reeve from C. Capps of Wiggins Teape | | API Authenticity |
| 2161 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 1/10/1966 | BCFOX00007085 | BCFOX00007086 | Letter from T. Busch to C. Capps | | API Authenticity |
| 2162 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 4/21/1967 | BCFOX00007111 | BCFOX00007112 | Letter from T. Busch to H. Rance | | API Authenticity |
| 2163 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 6/19/1967 | BCFOX00007136 | BCFOX00007136 | Letter from T. Busch to C. Capps | | API Authenticity |
| 2164 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 2/10/1965 | BCFOX00007198 | BCFOX00007198 | Notes of P. Halloway/M. O'Grady (Treforest) notes to C. Capps (Wiggins Teape) | | API Authenticity; Double Hearsay |
| 2165 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 3/4/1966 | BCFOX00007658 | BCFOX00007658 | NCR Technical Liaison meeting | | API Authenticity; Double Hearsay |
| 2166 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 1/1/1969 | BCFOX00011031 | BCFOX00011070 | WT Annual R&D Report 1969 | | API Authenticity; Relevance |
| 2167 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 5/1/1966 | BCFOX00023157 | BCFOX00023158 | WT Summary of Visits to NCR Producing Mills | | API Authenticity; Double Hearsay |
| 2168 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 11/1/1955 | BCFOX00026313 | BCFOX00026447 | WT Visit to NCR (at BCFOX00026416) | | API Authenticity; Relevance |
| 2169 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 10/21/1957 | BCFOX00026721 | BCFOX00026721 | Letter from The British Paper & Board Industry Research Association to S.R. Leynes (Wiggins Teape) re repulping NCR paper | | API Authenticity; Relevance |
| 2170 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 3/30/1966 | BCFOX00027263 | BCFOX00027268 | Misc Report No. 62/66 by H.F. Rance (Wiggins Teape) re 1966-76 agreement with NCR | | API Authenticity; Relevance |
| 2171 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 5/26/1966 | BCFOX00027322 | BCFOX00027344 | Misc Report No. 197/66 by H.F. Rance (Wiggins Teape) re visit to Japan 4/12/1966-5/3/1966 | | API Authenticity; Relevance |
| 2172 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 24384 | BCFOX00027370 | BCFOX00027385 | WT report on visit to ACPC | | API Authenticity; Double Hearsay |

| Exhibit No. | Date Offered | Date Admitted | Objections | Date | Bates Begin | Bates End | Description/Title | Citation | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2173 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | July 20 -21, 1967 | BCFOX00027538 | BCFOX00027542 | Notes on Visits by Messrs Busch and Reeve of Appleton | | API Authenticity; Double Hearsay |
| 2174 | 2/21/2012 2/22/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 7/20/1967 & 7/21/1967 | BCFOX00027550 | BCFOX00027554 | Notes by C Capps (Wiggins Teape) on Visit By Messrs. Busch And Reeve (ACPC) On 20th and 21st July 1967 | | API Authenticity; Double Hearsay |
| 2175 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 11/3/1967 | BCFOX00027716 | BCFOX00027721 | Misc Report No. 248/67 by K.G.E. Spink (Wiggins Teape) re visit to Japan 10/21/1966-11/3/1967 | | API Authenticity; Relevance |
| 2176 | 2/28/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | Jun-68 | BCFOX00027910 | BCFOX00027915 | Wiggins Teape Ltd. Treforest Visit To U.S.A.- Appleton Coated Paper Co. 27th/29th, May 1968 | | API Authenticity; Double Hearsay |
| 2177 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 3/20/1970 | BCFOX00028242 | BCFOX00028244 | WT Meeting Report | | API Authenticity; Relevance |
| 2178 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 12/19/1957 | BCFOX00029184 | BCFOX00029200 | Minutes by I.F. Hendry (Wiggins Teape) dated 12/19/1957 of the 5th NCR Development Meeting on 12/11/1957 | | API Authenticity; Relevance |
| 2179 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 10/12/1956 | BCFOX00031113 | BCFOX00031114 | "NCR Broke" Laboratory Report No. S/G 103/56 by W.M. Laing (Wiggins Teape) re re-use of NCR broke | | API Authenticity; Relevance |
| 2180 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 5/20/1968 | BCFOX00032541 | BCFOX00032542 | Notes on Visit to Appleton Paper Co. 20th and 21st May, 1968 | | API Authenticity; Double Hearsay |
| 2181 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 00/00/1971 | BCFOX00035965 | BCFOX00036006 | Group Economic Services Report regarding U.S. Carbonless-Paper Business – Autumn 1971 | | API Authenticity; Double Hearsay |
| 2182 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 00/00/1957 | BCFOX00037518 | BCFOX00037590 | Various 1957 Treforest Laboratory Memoranda | | API Authenticity; Relevance |
| 2184 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 00/00/1962 | BCFOX00038248 | BCFOX00038328 | Various 1962 Treforest Laboratory Memoranda | | API Authenticity; Double Hearsay |
| 2185 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 00/00/1963 | BCFOX00038478 | BCFOX00038492 | Various 1963 Treforest Laboratory Memoranda | | API Authenticity; Double Hearsay |
| 2187 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 00/00/1963 | BCFOX00038493 | BCFOX00038507 | Various 1963 Treforest Laboratory Memoranda | | API Authenticity; Double Hearsay |

| Exhibit No. | Date Offered | Date Admitted | Objections | Date | Bates Begin | Bates End | Description/Title | Citation | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2188 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 4/00/1965 | BCFOX00039015 | BCFOX00039015 | Report from A. Vincent, A. Burroughs and J. Lawson re Visit to America 15th to the 27th February, 1965 - Visit to Appleton Coated Paper Company 15th - 19th February, 1965 | | API Authenticity; Double Hearsay |
| 2189 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 6/3/1965 | BCFOX00039114 | BCFOX00039124 | Report by K. Gambier on Treforest visit to Mead, Chillicothe 05/17/1965-05/18/1965 | | API Authenticity; Relevance |
| 2190 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 5/19/1965 | BCFOX00039129 | BCFOX00039140 | Report by K. Gambier on Treforest visit to Appleton Coated Paper Company, May 19th, 1965 | | API Authenticity; Double Hearsay |
| 2191 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 1/14/1965 | BCFOX00039141 | BCFOX00039147 | Treforest Report titled A Preliminary Investigation Into Dried In Strains In NCR Base Paper | | API Authenticity; Relevance |
| 2192 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 24408 | BCFOX00039776 | BCFOX00039777 | WT report on visit to ACPC | | API Authenticity; Double Hearsay |
| 2193 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 9/30/1970 | BCFOX00042013 | BCFOX00042017 | G. Jones report titled Notes on a Discussion Between Personnel From Treforest Mill and the Appleton Coated Paper Company on the 24th September, 1970 | | API Authenticity; Double Hearsay |
| 2194 | 2/21/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 10/1/1958 | BCFOX00042673 | BCFOX00042680 | October 1958 Progress Report by H.F. Rance (Wiggins Teape) re "The NCR Project." | | API Authenticity; Relevance |
| 2195 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 00/00/1958 | BCFOX00042681 | BCFOX00042695 | Various 1958 Wiggins Teape Reports on U.S.A. visits | | API Authenticity; Double Hearsay |
| 2196 | 2/21/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 00/00/1958 | BCFOX00042696 | BCFOX00042710 | Various 1958 Butler's Court reports on A.B. Dick visit and visits to Dayton, Appleton and Chillicothe | | API Authenticity; Relevance |
| 2197 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 1958 | BCFOX00042711 | BCFOX00042714 | Memo by H.F. Rance (Wiggins Teape) re Discussion at Mead On NCR Paper Coating | | API Authenticityl Relevance |
| 2198 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 1957 | BCFOX00042818 | BCFOX00043423 | Treforest and Wiggins Teape Notes, Memos and Reports on various issues associated with manufacturing NCR Paper | | API Authenticity; Relevance |
| 2199 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 2/3/1957 | BCFOX00043364 | BCFOX00043366 | WT Notes on Visit to US Coating Mills from Feb. 3-16, 1957 | | API Authenticity; Double Hearsay |

| Exhibit No. | Date Offered | Date Admitted | Objections | Date | Bates Begin | Bates End | Description/Title | Citation | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2200 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 11/28/1956 | BCFOX00043367 | BCFOX00043370 | WT Notes on Visit to Mead on Nov. 28. 1956 | | API Authenticity; Relevance |
| 2201 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 1959 | BCFOX00044655 | BCFOX00044746 | Log of WT visits to various mills, including Combined Locks, Mead, ACPC, Papierfabrik Cham, and meetings with NCR representatives | | API Authenticity; Double Hearsay |
| 2202 | 2/21/2012 2/22/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 04/00/1965 | BCFOX00047465 | BCFOX00047506 | Memorandum by C. Capps (Wiggins Teape) re Visit to National Cash Register Company, Dayton, April, 1965 | | API Authenticity; Double Hearsay |
| 2203 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 12/5/1965 | BCFOX00048796 | BCFOX00048802 | Visit to the Mead Corporation | | API Authenticity; Double Hearsay |
| 2204 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 12/13/1965 | BCFOX00048809 | BCFOX00048824 | WT report on visit to NCR | | API Authenticity; Double Hearsay |
| 2205 | 2/21/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 00/00/1969 | BCFOX00050270 | BCFOX00050280 | WT Report titled Separation of Emulsion Capsules From NCR Broke | | API Authenticity; Relevance |
| 2206 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 1/30/1970 | BCFOX00051382 | BCFOX00051391 | WT R&D Report titled Project 150/4 – Recovery of Emulsion Capsules From NCR Broke – Interim Report No. 1 – Research Work September 1969 – January 1970 | | API Authenticity; Relevance |
| 2207 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 6/5/1958 | BCFOX00057891 | BCFOX00057892 | Notes by B.R.S. Jones (Wiggins Teape) on Visit to Ely, 3rd June, 1958 | | API Authenticity; Relevance |
| 2208 | 2/21/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) Not Original, Not Authentic Duplicate (FRE 1002-1003) | 5/19/1965 | BCFOX00058122 | BCFOX00058122 | Letter from Fred Heinritz (ACPC) to A.E. Burroughs (Wiggins Teape) regarding ACPC's handling of NCR Paper broke and repulping | | API & NCR Authenticity |
| 2209 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 2/21/1966 | BCFOX00058219 | BCFOX00058221 | Letter from C. Capps (Wiggins Teape) to Tom Busch (ACPC) re Tandem Coater | | API Authenticity |
| 2210 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 6/17/1966 | BCFOX00058251 | BCFOX00058252 | Letter from Clive Capps (Wiggins Teape) to G.M. Kerston (Wiggins Teape) re re-use of NCR broke | | API Authenticity; Relevance |
| 2211 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 4/3/1967 | BCFOX00058398 | BCFOX00058399 | Letter from T. Busch (ACPC) to C. Capps (Wiggins Teape) re NCR base paper and Kaolin-Phenolic progress | | API Authenticity |

| Exhibit No. | Date Offered | Date Admitted | Objections | Date | Bates Begin | Bates End | Description/Title | Citation | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2212 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 11/13/1969 | BCFOX00058689 | BCFOX00058691 | WT technical letter from M. Paterson to T. King re Project 150/4 – Recovery of NCR Capsules | | API Authenticity; Relevance |
| 2213 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 4/15/1970 | BCFOX00058700 | BCFOX00058703 | WT R&D Technical Letter from I. Biggs to W. Hoath re Project 150/4 – Recovery of emulsion capsules from NCR Broke | | API Authenticity; Relevance |
| 2214 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 00/00/0000 | BCFOX00063964 | BCFOX00063971 | "Microencapsulation" by M. Kelly and A.C. Wilson | | API Authenticity |
| 2215 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 10/27/1959 | BCFOX00064628 | BCFOX00064632 | Memorandum from Robert N. Wolfe (3M) Re: Encapsulation: Visit of NCR Personnel | | API Authenticity; Double Hearsay |
| 2216 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 2/22/1965 | BCFOX200000445 | BCFOX200000445 | C. Capps letter to M. Ogrady | | API Authenticity; Relevance |
| 2217 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 3/26/1965 | BCFOX200000454 | BCFOX200000454 | C. Capps letter to T. Busch re upcoming visit to Appleton | | API Authenticity |
| 2218 | 2/21/2012 2/22/2012 (as EX 2655) | | Hearsay (FRE 802) Authenticity (FRE 901) | 3/4/1965 | BCFOX200000749 | BCFOX200000753 | Butler's Court microfiche record containing Black Clawson blade coater specifications and letter from John Gough re Meeting with WT, NCR and Monsanto, as further detailed in Exhibit No. 2729 | | API Authenticity; Double Hearsay |
| 2680 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 1/5/1962 | GPFOX00030050 | GPFOX00030050 | Letter from J. Gough to S. Green re Sidi Yahia Bleached Eucalypt Sulphate | | API Authenticity; Relevance |
| 2681 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 10/5/1964 | GPFOX00030165 | GPFOX00030166 | Letter from G. Mawdsley to Dr. C. Ayers re possible identification of Aroclor in samples of paper | | API Authenticity; Relevance |
| 2682 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 10/20/1964 | GPFOX00030170 | GPFOX00030170 | Letter from G. Mawdsley to C. Dr. C. Ayers re Determination of Aroclor in Paper | | API Authenticity; Relevance |
| 2683 | 2/21/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 11/5/1964 | GPFOX00030175 | GPFOX00030175 | Notes of meeting between BAT and WT regarding Aroclor | | API Authenticity; Relevance |
| 2684 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 11/6/1964 | GPFOX00030176 | GPFOX00030176 | Letter from Sudbrook Pulp Mill Limited to Dr. C Ayers forwarding samples of pulp production | | API Authenticity; Relevance |
| 2685 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 11/19/1964 | GPFOX00030183 | GPFOX00030183 | Letter from I. Hendry to D. Pelton re Pelton letter of 17th November | | API Authenticity; Relevance |

| Exhibit No. | Date Offered | Date Admitted | Objections | Date | Bates Begin | Bates End | Description/Title | Citation | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2686 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 1/29/1965 | GPFOX00030189 | GPFOX00030189 | Letter from J. Gough to Dr. C. Ayers re The Determination of Arochlor | | API Authenticity; Relevance |
| 2687 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 2/2/1965 | GPFOX00030193 | GPFOX00030193 | Letter from Dr. C. Ayers to J. Gough re interest in results of round table discussion with Monsanto | | API Authenticity; Relevance |
| 2688 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 3/16/1965 | GPFOX00030218 | GPFOX00030219 | Letter from Mr. Gough to Mr. Ayers re samples to test for aroclor content | | API Authenticity; Relevance |
| 2689 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 3/24/1965 | GPFOX00030219 | GPFOX00030219 | Letter from Dr. C. Ayers to J. Gough re results for the analysis of various samples of tissue paper | | API Authenticity; Relevance |
| 2690 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 4/2/1965 | GPFOX00030221 | GPFOX00030221 | Letter from J. Gough to Dr. C. Ayers re The Determination of Aroclor in Paper | | API Authenticity; Relevance |
| 2692 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 4/14/1965 | GPFOX00030235 | GPFOX00030235 | Letter from C.W. Ayers to J. Gough re letter and copy of Monsanto's Method for the determination of Arochlor | | API Authenticity; Relevance |
| 2693 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 4/23/1965 | GPFOX00030237 | GPFOX00030238 | Letter from J. Gough to Dr. C. Ayers re Re-Use of N.C.R. Broke | | API Authenticity; Relevance |
| 2694 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 6/1/1965 | GPFOX00030245 | GPFOX00030246 | Letter from Dr. C.W. Ayers to J. Gough re obtained results Arochlor samples, Dye-line paper, Poisoned NCR paper | | API Authenticity; Relevance |
| 2695 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 7/15/1965 | GPFOX00030277 | GPFOX00030277 | Letter from C.W. Ayers to J. Gough re analysed samples and results | | API Authenticity; Relevance |
| 2696 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 8/4/1965 | GPFOX00030288 | GPFOX00030288 | Letter from C.W. Ayers to J. Gough re analysed samples with results | | API Authenticity; Relevance |
| 2697 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 10/15/1965 | GPFOX00030296 | GPFOX00030296 | Letter from C.W. Paradice (Thomas Owen & Company Limited) to De. C. Ayers (The British American Tobacco Company Ltd.) re forwarding samples of backwater from recent trial | | API Authenticity; Relevance |
| 2698 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 10/21/1965 | GPFOX00030297 | GPFOX00030297 | Letter from Dr. C.W. Ayers to C.W. Paradice re analysed samples of backwater | | API Authenticity; Relevance |
| 2699 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 11/17/1965 | GPFOX00030299 | GPFOX00030299 | Letter from J. Gough to Dr. C. W. Ayers re Arochlor Analyses | | API Authenticity; Relevance |

| Exhibit No. | Date Offered | Date Admitted | Objections | Date | Bates Begin | Bates End | Description/Title | Citation | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2700 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 11/25/1965 | GPFOX00030300 | GPFOX00030303 | Letter from C.W. Ayers to J. Gough re enclosed results of Arochlor analyses on samples taken during the flotation trial | | API Authenticity; Relevance |
| 2701 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 12/2/1965 | GPFOX00030304 | GPFOX00030304 | Letter from J. Gough to Dr. C. Ayers re samples from last flotation trial | | API Authenticity; Relevance |
| 2702 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 12/15/1965 | GPFOX00030305 | GPFOX00030305 | Letter from C.W. Ayers to J. Gough re accurate U.V. analyses | | API Authenticity; Relevance |
| 2703 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 12/15/1965 | GPFOX00030306 | GPFOX00030306 | Letter from C.W. Ayers to J. Gough re accurate U.V. analyses (with handwritten notes/changes) | | API Authenticity; Relevance |
| 2705 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 8/7/1967 | GPFOX00030510 | GPFOX00030510 | Letter from J. Gough to C.W. Ayers re Arochlor Determinations | | API Authenticity; Relevance |
| 2706 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 8/11/1967 | GPFOX00030511 | GPFOX00030511 | Letter from J. Gough to W. Roles re Arochlor Analyses | | API Authenticity; Relevance |
| 2707 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 8/21/1967 | GPFOX00030512 | GPFOX00030512 | Letter from C.W. Ayers to J. Gough re Arochlor contents of samples for analyses | | API Authenticity; Relevance |
| 2708 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 8/23/1967 | GPFOX00030513 | GPFOX00030513 | Letter from J. Gough to Dr. C. Ayers re results of Arochlor analyses | | API Authenticity; Relevance |
| 2716 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 10/8/1970 | GPFOX00143748 | GPFOX00143811 | Report regarding Visit to the NCR Company, Dayton, Ohio 27th-30th September, 1970 by Messrs. Giusseppi, Hendry & Rance | | API Authenticity; Double Hearsay |
| 2717 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 10/27/1972 | GPFOX00143890 | GPFOX00143950 | Report from H. Rance regarding Joint WT/NCR Conference in Appleton on Carbonless Paper – October 1972 | | API Authenticity; Double Hearsay |
| 2718 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 5/23/1972 | GPFOX00144759 | GPFOX00144770 | Report from WT regarding Final Negotiations With the NCR Company in London, Appleton, Dayton & New York For New Long Term Agreement – May 1972 | | API Authenticity; Double Hearsay |
| 2719 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 3/3/1972 | GPFOX00144771 | GPFOX00144788 | Memo regarding Discussions With NCR Company, Dayton, Ohio (Week of 21st February 1972) | | API Authenticity; Double Hearsay |
| 2720 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 2/29/1972 | GPFOX00144789 | GPFOX00144806 | Memo regarding Negotiation with National Cash Register re NCR Paper at Dayton 22-23/2/72 – Detailed Record of Discussions | | API Authenticity; Double Hearsay |

| Exhibit No. | Date Offered | Date Admitted | Objections | Date | Bates Begin | Bates End | Description/Title | Citation | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2721 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 12/2/1964 | GPFOX00144968 | GPFOX00144968 | Letter from J. Gough to Dr. C.W. Ayers re Monsanto's suggestion on using Gas Chromatography for determining the presence of Arochlor in paper | | API Authenticity; Relevance |
| 2722 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 4/14/1965 | GPFOX00145775 | GPFOX00145775 | C. Ayers letter to J. Gough | | API Authenticity; Relevance |
| 2723 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 3/24/1965 | GPFOX00145779 | GPFOX00145779 | C. Ayers letter to J. Gough | | API Authenticity; Relevance |
| 2724 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 2/2/1965 | GPFOX00145783 | GPFOX00145783 | C. Ayers letter to J. Gough | | API Authenticity; Relevance |
| 2729 | 2/27/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 6/1/2011 | N/A | N/A | Arjo Wiggins Database Screen Shot | API v. Whiting, Dkt. No. 1151, Ex. 1 | API Authenticity |
| 2949 | 2/27/2012 | | Authenticity (FRE 901) Lack of Foundation Hearsay (FRE 802) | 10/13/1972 | NCR-FOX-0553065 | NCR-FOX-0553077 | Document entitled The Status of Polyclorinated biphenyl Uses as NCR by T.E. Hoover | | API & NCR Authenticity |
| 3067 | 2/21/2012 2/22/2012 | | Hearsay (FRE 802) Authenticity (FRE 901) | 2/19/1970 | PHGNCR-2001875 | PHGNCR-2001879 | Report of Meeting with NCR and Wiggins Teape in London. Includes Mass Balance Showing PCBs to the river from recycling broke | Phase I Deposition Exhibit No. 988 | API Authenticity Double Hearsay |