# EXHIBIT C

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WISCONSIN
 2     ---------------------------------------------------

 3     GEORGIA-PACIFIC LLC and
       UNITED STATES OF AMERICA,
 4
                    Petitioners,
 5
                 vs.                    Case No. 10-MC-22
 6
       NCR CORPORATION and
 7     FRED T. HEINRITZ,

 8                  Respondents.

 9     ---------------------------------------------------

10

11
              Video Deposition of FRED T. HEINRITZ
12
                  Tuesday, June 22nd, 2010
13

14                         9:01 a.m.

15                            at

16                     COPPER LEAF HOTEL
                    300 West College Avenue
17                    Appleton, Wisconsin

18

19

20

21

22

23

24          Reported by Kealoha A. Schupp, RPR

25
```



```
 1                  MR. STEFFEK:  Tony Steffek here for
 2       Appleton Papers.
 3                  MR. WESTERFIELD:  Evan Westerfield of
 4       Sidley Austin on behalf of NCR Corporation and Fred
 5       Heinritz.
 6                  THE WITNESS:  Fred Heinritz.
 7                  MS. FORD:  And on the phone, Renita Ford
 8       with the United States Department of Justice
 9       representing the United States Environmental
10       Protection Agency.
11                       For assistance with the spelling,
12       R-E-N-I-T-A.  Ford like the car.
13                  FRED T. HEINRITZ, called as a witness
14       herein, having been first duly sworn on oath, was
15       examined and testified as follows:
16                  MS. CONLIN:  Good morning, Mr. Heinritz.
17                  THE WITNESS:  Good morning.
18                  MS. CONLIN:  If you could mark this,
19       please.
20                  (Exhibit 1 marked for identification.)
21                            EXAMINATION
22    BY MS. CONLIN:
23    Q   I've handed you, Mr. Heinritz, what's been marked as
24        Deposition Exhibit No. 1.  Do you understand that you
25        are pursuing here -- or appearing here pursuant to a
```

```
 1        CB broke; do you see that?
 2   A    Yes.
 3   Q    Does that refresh your recollection at all that there
 4        were discussions between Wiggins Teape and Appleton
 5        regarding CB broke?
 6   A    No.
 7   Q    Where would you have gotten the information that is
 8        contained in this letter?
 9             MR. WESTERFIELD:  Objection, lack of
10        foundation.
11             THE WITNESS:  I have a lot of -- a lot of
12        reservations about the whole letter, so I -- I'm not
13        going to -- I have no idea where the letter came from
14        or what happened.
15   BY MS. CONLIN:
16   Q    What are your reservations about the letter, sir?
17   A    Well, it's not a -- it's not a letter that I wrote.
18        There's a note on the top that it's a copy.  It's not
19        on our letterhead.
20             Down at the bottom it is marked
21        "signed" in parentheses.  That would not be on the
22        letter.  There's a word misspelled in there, which is
23        an English spelling instead of --
24   Q    Which one's that, sir?
25   A    "Favourably."  That's not the way it would have come
```



```
 1          out of my office.
 2   Q      Hold on.  Let me just see where you're at.
 3   A      Second to last --
 4   Q      Oh, "This compares favourably" --
 5   A      Yes.
 6   Q      -- "with other" --
 7   A      That's not --
 8   Q      -- "white" -- okay.
 9   A      That's not -- that's not a spelling that would have
10          come out of my office.  If it -- if my secretary
11          would have written it that way, I would have
12          corrected it before the letter went out, and I
13          don't -- I just don't think the letter is authentic.
14   Q      Did you -- so let me just back up and pare this down.
15                    Do you see at the bottom it's got
16          "F.T. Heinritz" at the bottom with a period?
17   A      Yes.
18   Q      Do you remember who your secretary was at the time?
19   A      No.
20   Q      Who -- well, do you recall your secretaries at any
21          point in time?
22   A      We had a gal named Edy.  She did most of our work.
23   Q      And what was Edy's last name?
24   A      I don't know.
25   Q      Can't remember?
```