# EXHIBIT D

```
                              hoover troy-ncr-final.txt
Hoover, Troy-NCR-FINAL
page 1
  1                  STATE OF WISCONSIN CIRCUIT COURT
  2                            BROWN COUNTY
  3
         NCR CORPORATION,              )
  4                                    )   Case No. 05-CV-2102
                     Plaintiff,        )
  5                                    )
         vs.                           )   DEPOSITION
  6                                    )
         AIG CENTENNIAL INSURANCE CO., )   OF
  7      (f/k/a Colonial Penn Insurance)
         Co.), et al.,                 )   TROY HOOVER
  8                                    )
                     Defendants.       )
  9                                    )
 10
 11                            ---oOo---
 12
 13            TRANSCRIPT of the stenographic notes of the
 14      proceedings in the above-entitled matter, as taken by and
 15      before SHELLEY E.D. PEARCE, Registered Professional
 16      Reporter, Arizona Certified Reporter, Certification No.
 17      50301, held at the conference room of Quality Inn & Suites
 18      & Conference Center, 4499 Highway 69, Prescott, Arizona,
 19      on September 24, 2008, commencing at 10:01 a.m.
 20
 21                            ---oOo---
 22
 23
 24
 25

page 1
₽Hoover, Troy-NCR-FINAL
page 2
  1           IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
  2                   IN AND FOR THE COUNTY OF YAVAPAI
  3
         NCR CORPORATION,                     )
  4                                           )  Case No. 2008-1358
                     Plaintiff,               )
  5                                           )
         v.                                   )  DEPOSITION
  6                                           )
         AIG CENTENNIAL INSURANCE CO., AIU    )  OF
  7      INSURANCE COMPANY, ALLIANZ           )
         UNDERWRITERS INSURANCE CO.,          )  TROY HOOVER
  8      ASSOCIATED INTERNATIONAL             )
         INSURANCE COMPANY, CENTURY           )
  9      INDEMNITY COMPANY, CERTAIN           )
         UNDERWRITERS AT LLOYD'S LONDON,      )
 10      CERTAIN LONDON MARKET INSURANCE      )
         COMPANIES, CONTINENTAL CASUALTY      )
 11      COMPANY, EMPLOYERS INSURANCE         )
         COMPANY OF WAUSAU, EVANSTON          )
 12      INSURANCE COMPANY, FEDERAL           )
         INSURANCE COMPANY, EXECUTIVE RISK    )
 13      INDEMNITY, INC., GRANITE STATE       )
         INSURANCE COMPANY, HUDSON            )
                                           Page 1
```

Case 2:08-cv-00016-WCG   Filed 04/26/12   Page 2 of 5   Document 1381-4   NCR-FOX-0562784

```
                              hoover troy-ncr-final.txt
14    INSURANCE COMPANY, INSURANCE        )
      COMPANY OF NORTH AMERICA,           )
15    LEXINGTON INSURANCE COMPANY,        )
      LIBERTY MUTUAL INSURANCE COMPANY,   )
16    NATIONAL SURETY CORPORATION,        )
      NATIONAL UNION FIRE INSURANCE       )
17    COMPANY, ROYAL INDEMNITY COMPANY,   )
      SAFETY NATIONAL CASUALTY            )
18    CORPORATION, ST. PAUL MERCURY       )
      INSURANCE COMPANY, TRANSPORT        )
19    INSURANCE CO., UNITED NATIONAL      )
      CASUALTY INSURANCE COMPANY, and     )
20    ZURICH AMERICAN INSURANCE           )
      COMPANY,                            )
21                                        )
                 Defendants.              )
22                                        )
23
24
25

page 2
?Hoover, Troy-NCR-FINAL
page 3

 1        A P P E A R A N C E S:
 2
          COVINGTON & BURLING, L.L.P.
 3              1201 Pennsylvania Avenue, NW
                Washington, DC 20004-2401
 4        BY:   MR. JOHN G. BUCHANAN, III
          Counsel for Plaintiff
 5
          LAW OFFICE OF THOMAS R. McCOWAN
 6              1575 Plaza West Drive
                Suite C
 7              Prescott, Arizona 86303
          BY:   MR. THOMAS R. McCOWAN
 8        Counsel for Witness, Troy E. Hoover
 9        LITCHFIELD CAVO, L.L.P.
                303 West Madison Street
10              Suite 300
                Chicago, Illinois 60606-3300
11        BY:   MR. DANIEL G. LITCHFIELD
          Counsel for AIG-Related Insurance Companies
12
          CRIVELLO * CARLSON, S.C.
13              710 North Plankton Avenue
                Suite 500
14              Milwaukee, Wisconsin 53203
          BY:   MS. LAURA E. SCHUETT
15        Counsel for Defendant United National Insurance
          Company
16
          SEGAL McCAMBRIDGE SINGER & MAHONEY
17              Sears Tower
                233 South Wacker Drive
18              Suite 5500
                Chicago, Illinois 60606
19        BY:   MR. LAWRENCE D. MASON
          Counsel for Defendant Transport Insurance Company
20
21        T E L E P H O N I C
                                                    Page 2
```

Case 2:08-cv-00016-WCG    Filed 04/26/12    Page 3 of 5    Document 1381-4   NCR-FOX-0562785

```
                         hoover troy-ncr-final.txt
 1                            TROY HOOVER,
 2    a witness herein, having been first duly sworn by the
 3    Certified Court Reporter to speak the truth and nothing
 4    but the truth, was examined and testified as follows:
 5
 6                             EXAMINATION
 7    BY MR. LITCHFIELD:
 8         Q.    Morning, sir.
 9         A.    Morning.
10         Q.    Again, my name is Dan Litchfield.  I represent
11    the AIG-related defendants in this case.  I introduced
12    myself to you a little bit ago.
13              Would you state your full name, please.
14         A.    Troy Eugene Hoover.
15         Q.    Do you typically go by "Troy"?  "Troy Hoover"?
16         A.    Yes.
17         Q.    During the time that you were in business, did
18    you occasionally go by the initials "T.E." Hoover?
19         A.    No.
20         Q.    Those are your initials?
21         A.    It could be.
22         Q.    Sir, where do you reside?
23         A.    1103 Pine Country Court, Prescott, Arizona
24    86303.
25         Q.    And I think your attorney indicated that your

page 9
₮Hoover, Troy-NCR-FINAL
page 10

 1    age is 85?
 2         A.    Yes.
 3         Q.    Are you taking any medication that would affect
 4    your ability to testify?
 5         A.    No.
 6         Q.    Do you have any health issues that would affect
 7    your ability to testify?
 8         A.    No more than the average 85.
 9         Q.    I hope to give that answer myself someday.
10         A.    You never know.
11         Q.    Sir, you're retired?
12         A.    Yes.
13         Q.    Where were you last employed?
14         A.    Appleton Papers, Appleton, Wisconsin.
15         Q.    And you resided in Appleton during the time that
16    you worked at Appleton Papers?
17         A.    Yes.
18         Q.    Previous to that, who did you work for?
19         A.    National Cash Register, Dayton, Ohio.
20         Q.    Was National Cash Register your first job out of
21    school?
22         A.    No.
23         Q.    Where did you work before National Cash
24    Register?
25         A.    Miles Laboratories, Elkhart, Indiana.

page 10
₮Hoover, Troy-NCR-FINAL
page 11

 1         Q.    Were you employed prior to Miles Laboratories?
 2         A.    Just one year, Whitehall Pharmaceutical Company,
                                Page 6
```

Case 2:08-cv-00016-WCG   Filed 04/26/12   Page 4 of 5   Document 1381-4

NCR-FOX-0562789

```
 1      Q.   How did you determine what projects you would
 2   work on on a day-to-day basis?
 3      A.   I think they came through marketing or requests
 4   by customers.
 5      Q.   Do you have any recollection of what types of
 6   things you were working on in late 1972?
 7      A.   Yes.
 8      Q.   What was that?
 9      A.   Same thing, chromogenic compounds.
10      Q.   And that related to the carbonless paper?
11      A.   Yes.
12      Q.   As of that point in time, what was the goal of
13   the work you were doing on chromogenic compounds?
14      A.   To achieve the black print, number one; and,
15   two, to stabilize or sew up NCR's patent position with
16   these guys.
17      Q.   Okay. Sir, if you turn to the second page of
18   Hoover Exhibit 3, this is the first page of the report,
19   and it contains the title "The Status of Polychlorinated
20   Biphenyl Uses at NCR."
21           Did I get that correct?
22      A.   Yes.
23      Q.   And then at the bottom, it says, "T.E. Hoover,
24   October 13, 1972"?
25      A.   Yes.
```

page 51
♀Hoover, Troy-NCR-FINAL
page 52

```
 1      Q.   All right. Now, as I understand it, you're
 2   indicating that you did not prepare this report?
 3      A.   I did not.
 4      Q.   And you don't know who did?
 5      A.   No.
 6      Q.   Had you ever seen it before when it was sent to
 7   you by Mr. Birke?
 8      A.   No.
 9      Q.   You've read the report over since you've got it,
10   haven't you?
11      A.   Yes.
12      Q.   Just wanted to ask you some questions about it,
13   given that fact.
14           The date of the report is October 13, 1972. And
15   the abstract states, in the first line, "The use of
16   polychlorinated biphenyls (Aroclor) in NCR paper has been
17   eliminated."
18           Did I get that right?
19      A.   That's what it says, yes.
20      Q.   Did you understand that to be accurate as of
21   that date?
22      A.   I don't know.
23      Q.   There was a point in time when that would be an
24   accurate statement?
25      A.   Yes.
```

page 52
♀Hoover, Troy-NCR-FINAL
page 53

```
 1      Q.   And that was a point in time, I think you
 2   earlier indicated, that was reached prior to your move to
```
Page 26

Case 2:08-cv-00016-WCG   Filed 04/26/12   Page 5 of 5   Document 1381-4

NCR-FOX-0562809