

**FRIEBERT, FINERTY & ST. JOHN, S.C.**
ATTORNEYS AT LAW
Two Plaza East - Suite 1250 • 330 East Kilbourn Ave. • Milwaukee, Wisconsin 53202
Phone 414-271-0130 • Fax 414-272-8191 • www.ffsj.com

ROBERT H. FRIEBERT
JOHN D. FINERTY
THOMAS W. ST.JOHN
WILLIAM B. GUIS
S. TODD FARRIS
TED A. WARPINSKI
SHANNON A. ALLEN
JEREMY P. LEVINSON
LAWRENCE J. GLUSMAN
BRIAN C. RANDALL
CHRISTOPHER M. MEULER
M. ANDREW SKWIERAWSKI
JOSEPH M. PELTZ

April 30, 2012

**VIA ECF SYSTEM**
Honorable William C. Griesbach
United States District Court
Eastern District of Wisconsin
P.O. Box 22490
Green Bay, WI 54305-2490

RE: *Appleton Papers Inc., et al. v. George A. Whiting Paper Co., et al.*
Case No. E.D. Wis. (Green Bay Division) Case No. 08-CV-0016-WCG

Dear Judge Griesbach:

On behalf of the City of Green Bay we have received the Notice of Hearing for May 3, 2012. It is my understanding that the purpose of this hearing is to discuss the setting of a trial date for the United States' claims to enforce the Unilateral Administrative Order. As the City is not a recipient of the UAO and, instead, is still awaiting approval of the pending Consent Decree with the United States and Brown County that was lodged in December 2010, we do not intend to participate in this hearing. If anyone is aware of a reason why the City's participation would be necessary, we ask that you please so advise.

Sincerely,

FRIEBERT, FINERTY & ST. JOHN, S.C.

s/Ted A. Warpinski

Ted A. Warpinski
taw@ffsj.com

cc: All Counsel of Record - Via ECF system