# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | | |
|---|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08-CV-16-WCG |
| GEORGE A. WHITING PAPER COMPANY, et al., | ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| NCR CORPORATION, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08-CV-895-WCG |
| KIMBERLY-CLARK CORPORATION, et al., | ) ) | |
| Defendants. | ) | |

**PLAINTIFF NCR CORPORATION'S EXPEDITED NON-DISPOSITIVE CIVIL L. R. 7(h) MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS**

Plaintiff NCR Corporation ("NCR") respectfully moves the Court for an extension of time until May 23, 2012, for the parties to file their response briefs in support of their post-trial submissions (currently due on May 16) and for Plaintiffs to file a reply brief in support of their Motion for Judgment on Partial Findings (currently due on May 14). Plaintiff Appleton Paper Inc. and Defendants CBC Coating, Inc., City of Appleton, Menasha Corporation, Neenah-Menasha Sewerage Commission, P.H. Glatfelter Company, U.S. Paper Mills Corporation and WTM I Company consent to this extension. NCR has two appellate briefs due to the Seventh Circuit on May 14 in a related case and respectfully request this additional time so that counsel for NCR can properly attend to all of these important submissions.

Dated: May 8, 2012                                    Respectfully submitted,

                                                                  /s/ Darin P. McAtee
CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
David R. Marriott
Darin P. McAtee
Worldwide Plaza, 825 Eighth Avenue
New York, New York 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
dmcatee@cravath.com

SIDLEY AUSTIN LLP
Evan B. Westerfield
One South Dearborn Street
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 853-7036

MARTEN LAW PLLC
Linda R. Larson
Bradley M. Marten
1191 Second Avenue
Suite 2200
Seattle, Washington 98101
Phone: (206) 292-2600
Fax: (206) 292-2601

**Attorneys for Plaintiff NCR Corporation**