UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**ORIGINAL**

APPLETON PAPERS, INC., et el.,

**Plaintiffs,**

v.

**Case No.** 08-CV-16
10-CV-910

GEORGE WHITING PAPER COMPANY, et al.,

**Defendants.**

HON. AARON E. GOODSTEIN, PRESIDING

**TYPE OF PROCEEDING: SETTLEMENT CONFERENCE** (Follow Up)

May 9, 2012

TIME COMMENCED:    11:45 A.M.    TIME CONCLUDED: 1:30 PM

APPEARANCES:

| | |
|---|---|
| APPLETON PAPERS, INC. | Pam Barker, API<br>Attorney Ron Ragatz<br>Brian Tauscher |
| NCR | Attorney Darin McAtee<br>Jennifer Daniels, NCR<br>Edward Gallagher, NCR |
| COMMENT: | Discussions between the parties and the court will continue |