UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**ORIGINAL**

APPLETON PAPERS, INC., et el.,

Plaintiffs,

v.

Case No. 08-CV-16
10-CV-910

GEORGE WHITING PAPER COMPANY, et al.,

Defendants.

**HON. AARON E. GOODSTEIN, PRESIDING**

**TYPE OF PROCEEDING: SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

May 18, 2012

NEENAH-MENASHA SEWERAGE COMMISSION/US PAPER MILLS

TIME COMMENCED: 4:15 PM
TIME CONCLUDED: 4:30 PM