IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and <br> NCR CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> GEORGE A. WHITING PAPER <br> COMPANY, et al., <br><br> Defendants. | No. 08-CV-00016-WCG |

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2012, I filed under seal a hard copy and disc containing an electronic copy of WTM I Company's Responsive Post-Trial Brief on Insurance Off-Set with the Clerk of Court. I also certify that on May 23, 2012, I sent copies of the aforementioned confidential document to the following recipients via overnight delivery:

Evan B. Westerfield
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603

Ronald R. Ragatz
DEWITT ROSS & STEVENS S.C.
Two East Mifflin Street
Madison, WI 53703

Darin P. McAtee
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza, 825 Eighth Avenue
New York, New York 10019

Michael L. Hermes
HERMES LAW, LTD.
333 Main Street, Suite 601
Green Bay, WI 54301

Gregory A. Krauss
GREGORY KRAUSS PLLC
1629 K Street NW - Suite 300
Washington, D.C. 2006

Vanessa A. Lavely
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza, 825 Eighth Avenue
New York, New York 10019

1

QB\16940785.1

Case 2:08-cv-00016-WCG   Filed 05/23/12   Page 1 of 2   Document 1392

Dated: May 23, 2012

    /s/ Nancy K. Peterson
Nancy K. Peterson (Wis. Bar No. 1000197)
Peter C. Karegeannes (Wis. Bar No. 1015025)
William H. Harbeck (Wis. Bar No. 1007004)
Quarles & Brady LLP
411 E. Wisconsin Avenue
Milwaukee, WI 53202
Telephone: 414-277-5000
nancy.peterson@quarles.com

**Attorneys for Defendant WTM I Company**