

David G. Mandelbaum
Tel 215.988.7813
Fax 215.717.5201
mandelbaumd@gtlaw.com

**via ECF**

June 18, 2012

Hon. William C. Griesbach
United States District Court
  for the Eastern District of Wisconsin
125 South Jefferson Street, Room 203
Green Bay, WI 54301

Re: **Appleton Papers Inc. v. George A. Whiting Paper Co., No. 2:08-cv-16-WCG**

Dear Judge Griesbach:

I write on behalf of Defendant P.H. Glatfelter Co., as well as CBC Coating, Inc., City of Appleton, Georgia-Pacific LLC, Menasha Corp., Neenah-Menasha Sewerage Commission, U.S. Paper Mills, Inc., and WTM I Company (collectively "Certain Defendants"), in response to Darin McAtee's letter of June 15, 2012, Dkt. 1400, on behalf of NCR Corporation. NCR seeks to proceed with briefing its motion for summary judgment on Certain Defendants' state law counterclaims, Dkt. 942-943. Mr. McAtee's letter suggests that the conclusion of post-trial briefing in this matter was a relevant juncture for consideration of NCR's motion. As explained in Certain Defendants' memorandum in opposition to NCR's motion to reopen briefing, Dkt. 1267, the time to take up NCR's underlying motion for summary judgment is after the Court has issued findings of fact and conclusions of law on the CERCLA claims that we recently tried, and so all of this remains premature.

Certain Defendants do not request a telephone conference at this time. However, if the Court would find one helpful, Certain Defendants will make themselves available at the Court's convenience.

Respectfully submitted,

*/s/ David G. Mandelbaum*

David G. Mandelbaum

cc: All counsel via ECF

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN∗∗
BOSTON
BRUSSELS∗∗
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON∗
LOS ANGELES
MIAMI
MILAN∗∗
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME∗∗
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TYSONS CORNER
WASHINGTON, D.C.
WHITE PLAINS
ZURICH∗∗

∗OPERATES AS GREENBERG
 TRAURIG MAHER LLP
∗∗STRATEGIC ALLIANCE

GREENBERG TRAURIG, LLP ∎ ATTORNEYS AT LAW ∎ WWW.GTLAW.COM
2700 Two Commerce Square, 2001 Market Street ∎ Philadelphia, Pennsylvania 19103 ∎ Tel 215.988.7800 ∎ Fax 215.988.7801
PHI 316,909,785v1 6-18-12