# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

APPLETON PAPERS, INC., et el.,

                       Plaintiffs,

v.                                   **Case No.** 08-CV-16
                                                         10-CV-910

GEORGE WHITING PAPER COMPANY, et al.,

                       Defendants.

---

## HON. AARON E. GOODSTEIN, PRESIDING

**TYPE OF PROCEEDING: SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

June 18, 2012

NCR CORPORATION
TIME COMMENCED:   3:50 PM
TIME CONCLUDED:   4:00 PM