# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS, INC., et el.,

                Plaintiffs,

v.                                **Case No.**   08-CV-16
                                                            10-CV-910

GEORGE WHITING PAPER COMPANY, et al.,

                Defendants.

## HON. AARON E. GOODSTEIN, PRESIDING

**TYPE OF PROCEEDING: SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

June 26, 2012

NEENAH-MENASHA SEWERAGE COMMISSION/US PAPER MILLS CORP
TIME COMMENCED:    10:15 AM
TIME CONCLUDED:    10:30 AM