

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS, INC., et el.,

                                  Plaintiffs,

v.                                             Case No.  08-CV-16
                                                                       10-CV-910

GEORGE WHITING PAPER COMPANY, et al.,

                                  Defendants.

## HON. AARON E. GOODSTEIN, PRESIDING

**TYPE OF PROCEEDING:** SETTLEMENT CONFERENCE (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

July 11, 2012

NCR CORPORATION
TIME COMMENCED:     10:00 AM
TIME CONCLUDED:     10:15 AM