ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS, INC., et el.,

Plaintiffs,

v.

Case No. 08-CV-16
10-CV-910

GEORGE WHITING PAPER COMPANY, et al.,

Defendants.

### HON. AARON E. GOODSTEIN, PRESIDING

**TYPE OF PROCEEDING: SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

July 16, 2012

NCR CORPORATION
TIME COMMENCED:   1:50 PM
TIME CONCLUDED:   2:05 PM

APPLETON PAPERS, INC.
TIME COMMENCED:   2:10 PM
TIME CONCLUDED:   2:30 PM