IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

APPLETON PAPERS INC. and
NCR CORPORATION,

        Plaintiffs,

    v.

GEORGE A. WHITING PAPER
COMPANY, *et al.*,

        Defendants.

No. 08-CV-16 WCG

---

**PLAINTIFF APPLETON PAPERS INC.'S MOTION FOR SUMMARY
JUDGMENT AS TO DEFENDANTS' CERCLA COUNTERCLAIMS**

---

Plaintiff Appleton Papers Inc. ("API"), by its undersigned counsel, respectfully moves the Court, pursuant to Fed. R. Civ. P. 56 and Eastern District Local Rule 56(b), for entry of an Order that grants summary judgment in its favor as to all counterclaims seeking relief from API under CERCLA § 113(f), 42 U.S.C. § 9613(f), and dismisses all such claims with prejudice.

The grounds for this motion are set forth in Plaintiff Appleton Papers Inc.'s Memorandum in Support of its Motion for Summary Judgment as to Defendants' CERCLA Counterclaims, which is being filed herewith. API is also filing herewith Plaintiff Appleton Papers Inc.'s Proposed Findings of Fact in Support of its Motion for Summary Judgment as to Defendants' CERCLA Counterclaims.

Dated this 17th day of July, 2012.

                    Respectfully submitted,

                    APPLETON PAPERS INC.

                    By:    /s/ Ronald R. Ragatz
                            One of Its Attorneys

Counsel for Appleton Papers Inc.:

Michael L. Hermes (#1019623)
Heidi D. Melzer (#1076125)
Hermes Law, Ltd.
333 Main Street, Suite 601
Green Bay, WI 54301
(920) 436-9870
Fax: (920) 436-9871

Ronald R. Ragatz (#1017501)
Dennis P. Birke (#1018345)
Megan A. Senatori (#1037314)
DeWitt Ross & Stevens S.C.
Two East Mifflin Street
Madison, WI 53703
(608) 255-8891
Fax: (608) 252-9243

Gregory A. Krauss
Gregory A. Krauss PLLC
1629 K St. NW
Suite 300
Washington, DC 20006
(202) 355-6430