

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS, INC., et el.,

                **Plaintiffs,**

v.                                     **Case No.**  08-CV-16
                                                            10-CV-910

GEORGE WHITING PAPER COMPANY, et al.,

                **Defendants.**

### HON. AARON E. GOODSTEIN, PRESIDING

**TYPE OF PROCEEDING: SETTLEMENT CONFERENCE** (Follow Up)

Follow-Up Ex Parte Telephone Conversations with Counsel :

July 18, 2012

US GOVERNMENT
TIME COMMENCED:     10:40 AM
TIME CONCLUDED:     11:05 AM