# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and NCR CORPORATION, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 08-CV-00016-WCG<br>) |
| GEORGE A. WHITING PAPER COMPANY, et al., | )<br>)<br>) |
| Defendants. | ) |

## RESPONSE OF DEFENDANT P.H. GLATFELTER COMPANY TO PLAINTIFFS' PROPOSED FINDINGS OF FACT IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON CERTAIN DEFENDANTS' STATE COMMON LAW COUNTERCLAIMS

Pursuant to Civil L.R. 56(b)(2)(B), Defendant P.H. Glatfelter Company ("Glatfelter") responds to Plaintiffs' [Proposed] Findings of Fact, Dkt. 945, as follows:

1. Defendant P.H. Glatfelter has asserted state and/or common law claims to recover costs and damages allegedly incurred with the cleanup of the lower Fox River Site. Roach Decl., Ex. 1 [P.H. Glatfelter Company's Answer, Affirmative Defenses and Counterclaim to Plaintiffs' Seventh Amended Complaint, Dkt. 297 (Oct. 15, 2008)].

Response. It is admitted that Exhibit 1 to the Roach Declaration properly reproduces Glatfelter's Answer, Affirmative Defenses, and Counterclaim, Dkt. 297. That document speaks for itself, and Glatfelter denies Proposed Finding of Fact 1 to the extent that it characterizes Glatfelter's pleading.

2-20.

Response.  Proposed Findings of Fact 2-20 are not directed to Glatfelter, and therefore do not require a response from Glatfelter.

Dated:  August 2, 2012

Respectfully submitted,

*s/ David G. Mandelbaum*
David G. Mandelbaum
Francis A. Citera
Marc E. Davies
Caleb J. Holmes
Adam B. Silverman
GREENBERG TRAURIG, LLP
Two Commerce Square, Suite 2700
2001 Market Street
Philadelphia, PA  19103
215.988.7800
mandelbaumd@gtlaw.com

**Attorneys for Defendant P.H. Glatfelter Company**

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 2nd day of August 2012, a true and correct copy of the foregoing was filed electronically via the Electronic Court Filing system and is available for viewing and downloading.

*/s/ David G. Mandelbaum*
David G. Mandelbaum

Greenberg Traurig LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 988-7800
Facsimile: (215) 988-7801
mandelbaumd@gtlaw.com