**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

|  |  |  |
|---|---|---|
| APPLETON PAPERS INC. and NCR CORPORATION, | ) ) ) | No. 08-CV-00016-WCG |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| GEORGE A. WHITING PAPER COMPANY, et al., | ) ) ) | |
| Defendants. | ) | |

**MENASHA CORPORATION'S RESPONSE TO APPLETON PAPERS, INC.
AND NCR CORPORATION'S PROPOSED FINDINGS OF FACT
IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT
ON CERTAIN DEFENDANTS' STATE COMMON LAW COUNTERCLAIMS**

Pursuant to Civil L.R. 56(b)(2)(B), Defendant Menasha Corporation ("Menasha") responds to the Plaintiffs' [Proposed] Findings of Fact (Dkt. 945) as follows:

Proposed Findings of Fact 1 – 16:

Response:  Proposed Findings of Fact 1 – 16 are not directed to Menasha and therefore do not require a response from Menasha.

Proposed Finding of Fact 17:  Menasha has alleged that Plaintiffs are liable for creation of a public nuisance.  Roach Decl., Ex. 8 [Defendant Menasha Corporation's Answer to Seventh Amended Complaint and Counterclaims, Dkt. 293 (Oct. 13, 2008)].

Response:  Admitted.

Proposed Finding of Fact 18:  Menasha has alleged that Plaintiffs are liable for maintenance of a public nuisance.  Roach Decl., Ex. 8 [Defendant Menasha Corporation's Answer to Seventh Amended Complaint and Counterclaims, Dkt. 293 (Oct. 13, 2008)].

Response:  Admitted.

Proposed Finding of Fact 19:  Menasha has not pleaded a peculiar injury relating to its creation of a public nuisance counterclaim.  Roach Decl., Ex. 8 [Defendant Menasha Corporation's Answer to Seventh Amended Complaint and Counterclaims, Dkt. 293 (Oct. 13, 2008)].

Response:  Denied.  Paragraph 39 of Menasha's Answer to Seventh Amended Complaint and Counterclaims states:  "NCR and API are liable to Menasha in compensatory damages ***as a result of the harm suffered by Menasha*** due to these releases, and NCR and API must also abate the public nuisance."  Dkt. 293, ¶ 39 at 33 (emphasis added).  Menasha has plead a short and plain statement of the claim showing that Menasha is entitled to the relief sought and is sufficient for notice pleading.  Fed. R. Civ. P. 8(a)(2).  Only simple, concise and direct allegations are required.  Fed. R. Civ. P. 8(d).  No technical form is required.  *Id.*

Proposed Finding of Fact 20:  Menasha has not pleaded a peculiar injury relating to its maintenance of a public nuisance counterclaim.  Roach Decl., Ex. 8 [Defendant Menasha Corporation's Answer to Seventh Amended Complaint and Counterclaims, Dkt. 293 (Oct. 13, 2008)].

Response:  Denied.  Paragraph 43 of Menasha's Answer to Seventh Amended Complaint and Counterclaims states:  "NCR and API are liable to Menasha in compensatory damages ***as a result of the harm suffered by Menasha*** due to these releases, and NCR and API must also abate the public nuisance."  Dkt. 293, ¶ 43 at 34 (emphasis added).  Menasha has plead a short and plain statement of the claim showing that Menasha is entitled to the relief sought and is sufficient for notice pleading.  Fed. R. Civ. P. 8(a)(2).  Only simple, concise and direct allegations are required.  Fed. R. Civ. P. 8(d).  No technical form is required.  *Id.*

Dated:  August 2, 2012                    **HUNSUCKER GOODSTEIN & NELSON PC**

By:    /s/ Philip C. Hunsucker
       Attorneys for Defendant Menasha Corporation

Philip C. Hunsucker (CA State Bar 135860)
David A. Rabbino (CA State Bar 182291)
Allison E. McAdam (CA State Bar 226836)
Marc A. Shapp (CA State Bar 266805 and PA State
Bar 204305)

**HUNSUCKER GOODSTEIN & NELSON PC**
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Ph: (925) 284-0840
Fax: (925) 284-0870
phunsucker@hgnlaw.com
drabbino@hgnlaw.com
amcadam@hgnlaw.com
mshapp@hgnlaw.com

Anne E. Lynch (DC State Bar 976226 and VA State
Bar 73430)

**HUNSUCKER GOODSTEIN & NELSON PC**
5335 Wisconsin Avenue, NW, Suite 360
Washington, DC 20015
Ph: (202) 895-5380
Fax: (202) 895-5390
alynch@hgnlaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

| | | |
|---|---|---|
| APPLETON PAPERS INC. and NCR CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08-CV-00016-WCG |
| GEORGE A. WHITING PAPER COMPANY, et al., | ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2012, I electronically filed the following document:

**MENASHA CORPORATION'S RESPONSE TO APPLETON PAPERS, INC.
AND NCR CORPORATION'S PROPOSED FINDINGS OF FACT
IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT
ON CERTAIN DEFENDANTS' STATE COMMON LAW COUNTERCLAIMS**

with the Clerk of the Court using the Electronic Court Filing System and is available for viewing

and downloading.

Dated: August 2, 2012　　　　　　　　**HUNSUCKER GOODSTEIN & NELSON PC**

　　　　　　　　　　　　　　　　By:　　/s/ Philip C. Hunsucker
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　Menasha Corporation
　　　　　　　　　　　　　　　　　　　Philip C. Hunsucker (CA State Bar 135860)

　　　　　　　　　　　　　　　　**HUNSUCKER GOODSTEIN & NELSON PC**
　　　　　　　　　　　　　　　　3717 Mt. Diablo Blvd.
　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　Lafayette, CA 94549
　　　　　　　　　　　　　　　　Ph: (925) 284-0840
　　　　　　　　　　　　　　　　Fax: (925) 284-0870
　　　　　　　　　　　　　　　　phunsucker@hgnlaw.com

4