APPLETON PAPERS INC. and NCR CORPORATION,

        Plaintiffs,

v.

GEORGE A. WHITING PAPER COMPANY, et al.,

        Defendants.

Case No. 08-C-16

## ORDER FOR DISMISSAL OF
## U.S. PAPER MILLS CORP.'S STATE LAW COUNTERCLAIMS

Based upon the Stipulation for Dismissal of U.S. Paper Mills Corp.'s State Law Counterclaims between the parties;

**IT IS HEREBY ORDERED** that U.S. Paper Mills Corp.'s state law counterclaims for "contribution, cost recovery, and/or indemnity" asserted in its Answer to Fifth Amended Complaint, Affirmative Defenses and Counterclaim (Dkt. No. 240) (and incorporated by reference in its Answer to Seventh Amended Complaint, Affirmative Defenses and Counterclaim (Dkt. No. 283)) against both NCR Corporation and Appleton Papers Inc. are hereby dismissed with prejudice and without costs to any party.

Dated this   8th   day of August, 2012.

                                          s/ William C. Griesbach
                                          Hon. William C. Griesbach
                                          United States District Judge