# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

APPLETON PAPERS INC. and
NCR CORPORATION,

        Plaintiffs,

        v.                                    Case No. 08-C-00016

GEORGE A. WHITING PAPER COMPANY, *et al.,*

        Defendants.

## ORDER

Based on the stipulation submitted by Defendants/Counter-Plaintiffs Georgia-Pacific Consumer Products LP (F/K/A Fort James Operating Company), Fort James Corporation and Georgia-Pacific LLC ("Georgia-Pacific") and Plaintiff/Counter-Defendant NCR Corporation ("NCR"), IT IS HEREBY ORDERED that:

        1.      The state-law counterclaims asserted by Georgia-Pacific against NCR in Georgia-Pacific's Answer, Affirmative Defenses, and Counterclaims to Plaintiffs' Seventh Amended Complaint (Dkt. No. 310), namely Georgia-Pacific's counterclaims for creation of a public nuisance under Wisconsin state law and maintenance of a public nuisance under Wisconsin state law ("Georgia-Pacific's State Law Claims"), are hereby dismissed with prejudice.

        2.      The Court's judgment to be entered in favor of Georgia-Pacific and against NCR pursuant to the Court's February 28, 2011 Order (Dkt. No. 1080) and the Court's July 3, 2012 Order (Dkt. No. 1405) on Georgia-Pacific's statutory contribution claim under the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) will be in the amount of $70,532,644.

3. This Order shall not affect any of Georgia-Pacific's or NCR's rights to challenge, on appeal or otherwise, the Court's February 28, 2011 Order granting summary judgment to Georgia-Pacific (Dkt. No. 1080) or any other order issued by this Court.

Dated this   27th   day of August, 2012

                            s/ William C. Griesbach
                            Hon. William C. Griesbach
                            U.S. District Judge