# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION,<br><br>                    Plaintiffs,<br><br>     v.<br><br>GEORGE A. WHITING PAPER<br>COMPANY, et al.,<br><br>                    Defendants. | )<br>)<br>)   No. 08-CV-00016-WCG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE THAT effective September 1, 2012, Hunsucker Goodstein & Nelson PC legally changed its name to **Hunsucker Goodstein PC**. Our office locations, phone numbers, email addresses and facsimile numbers remain the same. Our firm website address remains: www.hgnlaw.com.

Please update your records as indicated to reflect our firm name change only.

Dated: September 5, 2012        **HUNSUCKER GOODSTEIN PC**

                                          By:    s/ Philip C. Hunsucker
                                                    Attorneys for Defendant Menasha Corporation

                                                    Philip C. Hunsucker (CA State Bar 135860)
                                                    David A. Rabbino (CA State Bar 182291)
                                                    Allison E. McAdam (CA State Bar 226836)
                                                    Marc A. Shapp (CA State Bar 266805 and PA State
                                                    Bar 204305)

**HUNSUCKER GOODSTEIN PC**
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Ph: (925) 284-0840
Fax: (925) 284-0870
phunsucker@hgnlaw.com
drabbino@hgnlaw.com
amcadam@hgnlaw.com
mshapp@hgnlaw.com

Anne E. Lynch (DC State Bar 976226 and VA State Bar 73430)

**HUNSUCKER GOODSTEIN PC**
5335 Wisconsin Avenue, NW, Suite 360
Washington, DC 20015
Ph: (202) 895-5380
Fax: (202) 895-5390
alynch@hgnlaw.com

| | |
|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION,<br><br>     Plaintiffs,<br><br>  v.<br><br>GEORGE A. WHITING PAPER<br>COMPANY, et al.,<br><br>     Defendants. | )<br>)<br>) No. 08-CV-00016-WCG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2012, I electronically filed the following document:

**NOTICE OF CHANGE OF FIRM NAME**

with the Clerk of the Court using the Electronic Court Filing System and is available for viewing and downloading.

Dated: September 5, 2012    **HUNSUCKER GOODSTEIN PC**


            By: s/ Philip C. Hunsucker
              Attorneys for Defendant
              Menasha Corporation
              Philip C. Hunsucker (CA State Bar 135860)

            **HUNSUCKER GOODSTEIN PC**
            3717 Mt. Diablo Blvd.
            Suite 200
            Lafayette, CA 94549
            Ph: (925) 284-0840
            Fax: (925) 284-0870
            phunsucker@hgnlaw.com