

333 Main Street, Suite 601
Green Bay, WI 54301
t: 920.436.9870
f: 920.436.9871

September 10, 2012

Honorable William C. Griesbach
United States District Court – Eastern District of Wisconsin
Green Bay Division
120 South Jefferson Street
P.O. Box 22490
Green Bay, WI 54305-2490

RE: *Appleton Papers Inc., et al. v. George A. Whiting Paper Co., et al.*
Case No. 08-CV-16

Dear Judge Griesbach:

Please take note that Michael L. Hermes and Hermes Law, Ltd., withdraw as counsel of record for Plaintiff Appleton Papers Inc. Attorney Hermes has recently passed away and Hermes Law, Ltd., will be dissolving in the near future.

Please remove both Attorney Hermes and Hermes Law, Ltd., from the service list in this case as soon as possible.

If you have any questions, please contact me. Thank you.

Sincerely,

HERMES LAW, LTD.

 /s/ Tracy J. Cavin
Tracy J. Cavin, Paralegal

cc: Service List (w/o enc.)

LARGE FIRM EXPERIENCE
*small firm attention*

www.hermeslawltd.com