Heidi Davidson Melzer
Melzer Law, LLC
4469 Wyandot Trail
Green Bay, WI  54313
(920) 544-9139
hmelzer@melzerlaw.com

September 10, 2012

VIA ECF

Clerk of Courts
U.S. District Court – Eastern District
Green Bay Division
P.O. Box 22490
Green Bay, WI  54305-2490

    RE:    *Appleton Papers Inc., et al. v. George A. Whiting Paper Company, et al.*
            Case No. 08-CV-16
            Change of Contact Information

Dear Clerk:

I am writing to advise the clerk and parties in the above referenced matter that my contact information has changed effective immediately.  My new information is as follows:

        Heidi Davidson Melzer
        Melzer Law, LLC
        4469 Wyandot Trail
        Green Bay, WI  54313
        Phone No:  (920) 544-9139
        Email: hmelzer@melzerlaw.com

Thank you.

Very Truly Yours,

/s/ Heidi D. Melzer

Heidi D. Melzer

cc:    Counsel of Record via ECF