# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS, INC. and
NCR CORPORATION,

        Plaintiffs,

     v.                                      Case No. 08-C-16

GEORGE A. WHITING PAPER COMPANY,
P.H. GLATFELTER COMPANY and
MENASHA CORPORATION,

        Defendants .

### ORDER REGARDING TRIAL TRANSCRIPTS

Following a bench trial in February 2012, the parties met and conferred regarding any corrections they wished to make to the transcript of the trial. The court reporter has reviewed the proposed corrections and has indicated his belief that many of the proposed changes are unwarranted. My own review of the proposed changes indicates that almost all of them involve matters of grammar, punctuation, capitalization, and the sorts of minutiae one normally finds in a transcript of a lengthy live hearing. (Dkt. No. 1348, Ex. A.) As such, I will decline to amend the official transcript of the trial. If either party believes a truly material error occurred in the transcription, it may bring the matter to the Court's attention within seven days.

**SO ORDERED** this __3rd__ day of October, 2012.

                              s/ William C. Griesbach
                              William C. Griesbach
                              United States District Judge