IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS INC.
AND NCR CORPORATION,

    Plaintiffs,

vs.     Case No. 08-CV-00016-WCG

GEORGE A. WHITING PAPER
COMPANY, et al.,

    Defendants.

## DEFENDANT CITY OF APPLETON'S ANSWER TO
## EIGHTH AMENDED COMPLAINT OF APPLETON PAPERS INC.

Comes now the defendant City of Appleton, by its undersigned counsel, answers Appleton Paper Inc.'s Eighth Amended Complaint and incorporates its Answer and Affirmative Defenses to the Sixth Amended Complaint, constituting its Answer and Affirmative Defenses to the Seventh Amended Complaint by stipulation and order as follows:

### THIRD CLAIM
### (Subrogation)

1. The City of Appleton lacks knowledge or information to form a belief as to the truth of the allegations in Paragraph 1 and therefore denies.

2. The City of Appleton lacks knowledge or information to form a belief as to the truth of the allegations in Paragraph 2 and therefore denies.

3. The City of Appleton lacks knowledge or information to form a belief as to the truth of the allegations in Paragraph 3 and therefore denies.

4. Upon information and belief, admits.

5. Upon information and belief, admits.

6. The City of Appleton lacks knowledge or information to form a belief as to the truth of the allegations in Paragraph 1 and therefore denies.

7. The City of Appleton lacks knowledge or information to form a belief as to the truth of the allegations in Paragraph 1 and therefore denies.

8. The City of Appleton lacks knowledge or information to form a belief as to the truth of the allegations in Paragraph 1 and therefore denies.

9. Admits.

10. Admits.

11. Admits.

12. Admits.

13. The City of Appleton lacks knowledge or information to form a belief as to the truth of the allegations in Paragraph 13 and therefore denies.

14. Paragraph 14 contains a legal conclusion to which no response is required. To the extent a response is required, the City of Appleton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14 and therefore denies.

15. Paragraph 15 contains a legal conclusion to which no response is required. To the extent a response is required, the City of Appleton lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15 and therefore denies.

16. Paragraph 16 contains a legal conclusion to which no response is required. To the extent that a response is required, the City of Appleton denies that API is entitled to subrogation from the City of Appleton. The City of Appleton lacks knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 16 and therefore denies.

## AFFIRMATIVE DEFENSES

1. The City of Appleton incorporates all affirmative defenses set forth in the City of Appleton's Answer and Affirmative Defenses to the Sixth Amended Complaint, constituting its Answer and Affirmative Defenses to the Seventh Amended Complaint by stipulation and order.

Dated: October 22, 2012.

/s/ Ted Waskowski
Paul G. Kent (SBN 1002924)
Ted Waskowski (SBN 1003254)
Richard C. Yde (SBN 1013600)
Margaret I. Hoefer (SBN 1036470)
STAFFORD ROSENBAUM LLP
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison, Wisconsin 53701-1784
Telephone: 608.256.0226
Attorneys for Defendant City of Appleton

CITY OF APPLETON
James P. Walsh (#1009328)
Attorneys for Defendant City of Appleton
Appleton City Attorneys Office
100 N. Appleton Street
Appleton, WI 54911-4702
Phone: (920) 832-6423
Fax: (920) 832-5962
jim.walsh@appleton.org