# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

APPLETON PAPERS INC. and
NCR CORPORATION,

                Plaintiffs,                 Case No. 08-C-00016

                v.

GEORGE A. WHITING PAPER COMPANY, *et al.*,

                Defendants.

## ORDER

Based on the stipulation submitted by NCR Corporation ("NCR") and CBC Coating, Inc. ("CBC"), **IT IS HEREBY ORDERED** that:

2. The Court's judgment to be entered in favor of CBC and against NCR pursuant to the Court's February 28, 2011 Order (Dkt. #1080) and the Court's July 3, 2012 Order (Dkt. #1405) on CBC's statutory contribution claim under the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA") will be in the amount of $118,555.05.

4. This Order shall not affect any of NCR's or CBC's rights to challenge, on appeal or otherwise, the Court's February 28, 2011 Order granting summary judgment in part to CBC (Dkt. #1080), the Court's July 3, 2012 Order (Dkt. #1405), the Court's October 4, 2012 Order (Dkt. #1437), or any other order issued by this Court.

Dated this 1st day of November, 2012.

                                        s/ William C. Griesbach
                                        William C. Griesbach, Chief Judge
                                        United States District Court