IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS INC. and
NCR CORPORATION,

        Plaintiffs,

        v.        Case No. 08-C-00016

GEORGE A. WHITING PAPER COMPANY, *et al.*,

        Defendants.

**ORDER**

Based on the stipulation submitted by NCR Corporation ("NCR") and Appleton Papers ("API") (collectively, "Plaintiffs") and Brown County, **IT IS HEREBY ORDERED** that:

1. Judgment is entered in favor of Brown County and against each Plaintiff on (a) the claim for relief under 42 U.S.C. § 9607 asserted in Plaintiffs' Fifth Amended Complaint of Plaintiffs (Dkt. #149); (b) all claims asserted in Plaintiffs' Seventh Amended Complaint (Dkt. #265); and the claim asserted in API's Eighth Amended Complaint (Dkt. #1483);

2. This Order shall not affect the United States' Motion to Enter the Proposed Consent Decree with Brown County, or Plaintiffs' opposition to that Motion and the Proposed Consent Decree; and

3. This Order shall not affect any of Plaintiffs' or Brown County's rights to challenge, on appeal or otherwise, the Court's December 2009 Order (Dkt. #795), the March 2011 Order (Dkt. #1080), or any other order issued by this Court.

Dated this 1st day November, 2012.

        s/ William C. Griesbach
        William C. Griesbach, Chief Judge
        United States District Court