# DAVIDSON BERQUIST JACKSON & GOWDEY, LLP

ATTORNEYS AT LAW

4300 WILSON BLVD., 7TH FLOOR
ARLINGTON, VIRGINIA 22203
TEL. 703.894.6400
FAX. 703.894.6430
www.davidsonberquist.com

November 30, 2012

VIA ECF

Clerk of Courts
U.S. District Court – Eastern District
Green Bay Division
P.O. Box 22490
Green Bay, WI 54305-2490

RE:     *Appleton Papers Inc., et al. v. George A. Whiting Paper Company, et al.*
        Case No. 08-CV-16
        Change of Contact Information

Dear Clerk:

This is to advise the clerk and parties in the above referenced matter that my contact information has changed effective immediately. My new information is as follows:

> Gregory A. Krauss
> Davidson Berquist Jackson & Gowdey, LLP
> Suite 700
> 4300 Wilson Boulevard
> Arlington, VA 22203
> Phone No: (703) 894-6408
> Fax No.: (703) 894-6430
> Email: gkrauss@davidsonberquist.com

Thank you.

Sincerely,

/s/ Gregory A. Krauss

Gregory A. Krauss
*Counsel for Appleton Papers Inc.*

cc:     Counsel of Record via ECF