**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

APPLETON PAPERS INC. and
NCR CORPORATION,

> Plaintiffs,

> v.                                                      Case No. 08-C-00016

GEORGE A. WHITING PAPER COMPANY, *et al.*,

> Defendants.

## ORDER

Based on the Stipulation submitted by NCR Corporation ("NCR") and P.H. Glatfelter Company ("Glatfelter"), **IT IS HEREBY ORDERED** that:

1.      The only unresolved issue in this matter as between NCR and Glatfelter is the amount of the offset that should apply to the OU2-5 response costs incurred by Glatfelter (the "Unresolved Issue");

2.      NCR and Glatfelter shall submit simultaneous briefs at 5 p.m. CST on Tuesday, January 15, 2013, limited to 8 pages each, which shall address only the Unresolved Issue;

3.      Neither party shall submit a response brief; and

4.      This Order shall not affect any of NCR's or Glatfelter's rights to challenge, on appeal or otherwise, the Court's March 2011 Order, or any other order issued by this Court.

Dated this __4th__ day of January, 2013.

s/ William C. Griesbach
William C. Griesbach, Chief Judge
U.S. District Court
