

Reinhart Boerner Van Deuren s.c.
P.O. Box 2965
Milwaukee, WI 53201-2965

1000 North Water Street
Suite 1700
Milwaukee, WI 53202

Telephone: 414-298-1000
Facsimile: 414-298-8097
reinhartlaw.com

January 10, 2013

Steven P. Bogart
Direct Dial: 414-298-8192
sbogart@reinhartlaw.com

The Honorable William C. Griesbach
United States District Court
Eastern District of Wisconsin
125 South Jefferson Street
Green Bay, WI 54305-2490

Dear Judge Griesbach:  Re: *Appleton Papers Inc. and NCR Corporation v. George A. Whiting Paper Company, et al.*
Case No. 08-CV-00016-WCG

    I write to advise you that U.S. Paper Mills Corp. and NCR Corporation are currently working on a stipulation similar to the stipulations and orders recently filed between NCR and other defendants relating to resolution of the remaining issues in the above case. We anticipate reaching an agreement and filing a stipulation with the Court next week.

Yours very truly,

s/Steven P. Bogart

Steven P. Bogart

9360053

cc    Counsel of Record (by ECF)