# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and NCR CORPORATION, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 08-CV-00016-WCG ) |
| GEORGE A. WHITING PAPER COMPANY, et al., | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that as of December 31, 2012, Karl S. Lytz retired from the law firm of Latham & Watkins LLP and is no longer representing Georgia-Pacific Consumer Products LP, Fort James Corporation, and Georgia-Pacific LLC in the above-referenced case. Please remove Karl S. Lytz from the service list in this case.

Dated: February 4, 2013

Respectfully submitted,

*/s/ Patrick J. Ferguson*
Patrick J. Ferguson
CA Bar No. 252778
Latham & Watkins LLP
505 Montgomery St., Ste. 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Fax: (415) 395-8095
Patrick.Ferguson@lw.com
**Attorneys for Defendants Georgia-Pacific Consumer Products LP, Fort James Corporation, and Georgia-Pacific LLC**