IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS INC. and
NCR CORPORATION,

           Plaintiffs,

           v.            No. 08-C-0016

GEORGE A. WHITING PAPER COMPANY, *et al.*,

           Defendants.

---

NCR CORPORATION,

           Plaintiff,

           v.            No. 08-C-0895

KIMBERLY-CLARK CORPORATION, *et al.*,

           Defendants.

---

**ORDER**

---

Based on the stipulation submitted by NCR Corporation ("NCR") and Appleton Papers ("API") (collectively, "Plaintiffs") and certain *De Minimis* Defendants,[1]

---

[1] There are 10 stipulating *De Minimis* Defendants. Two of these Defendants have counterclaims pending against Plaintiffs: (1) Green Bay Metropolitan Sewerage District (Dkt. #329); and (2) the Procter & Gamble Paper Products Company (Dkt. #276). Those Defendants are referred to collectively herein as the "Pending *De Minimis* Defendants". Eight of the Defendants had counterclaims against Plaintiffs that were dismissed *without* prejudice: (1) George A. Whiting Paper Company (Dkt. #254; Dkt. #816; Margin Order (Feb. 16, 2010)); (2) Green Bay Packaging, Inc. (Dkt. #266; Dkt. #1143; Text Order (Nov. 15, 2011)); (3) Heart of the Valley Metropolitan Sewerage District (Dkt. #257; Dkt. #1184; Text Order (Sept. 20, 2011)); (4) Leicht Transfer & Storage Co. (Dkt. #279; Dkt. #815; Margin Order (Feb. 16, 2010)); (5) Neenah Foundry Company (Dkt. #299; Dkt. #816; Margin Order (Feb. 16, 2010)); (6) Wisconsin Public Service Corp. (Dkt. #349; Dkt. #849; Dkt. #1080); (7) International Paper Co. (Dkt. #291; Dkt. #1273; Text Order (Dec. 30, 2011)); and (8) City of De Pere (Dkt. #246; Dkt. #1240; Text Order (Jan. 3, 2012)). Those Defendants are referred to collectively herein as the "Dismissed *De Minimis* Defendants". The Pending *De Minimis* Defendants and the Dismissed *De Minimis* Defendants are referred to collectively herein as the "Pending/Dismissed *De Minimis* Defendants".

**IT IS HEREBY ORDERED** that:

1. All claims that API has asserted or attempted to assert against the Pending/Dismissed *De Minimis* Defendants in the above-captioned action, including claims based on 42 U.S.C. § 9607, are hereby dismissed with prejudice, without costs to any party, and shall not be appealed;

2. All claims that NCR has asserted or attempted to assert against the Pending/Dismissed *De Minimis* Defendants in the above-captioned action, including claims based on 42 U.S.C. § 9607, are hereby dismissed with prejudice, without costs to any party, and shall not be appealed;

3. All claims that the Pending/Dismissed *De Minimis* Defendants have asserted or attempted to assert against Plaintiffs, individually or collectively, in the above-captioned action are hereby dismissed with prejudice, without costs to any party, and shall not be appealed; and

4. Any order dismissing the Dismissed De Minimis Defendants' counterclaims against Plaintiffs without prejudice is hereby vacated, and this Order shall govern as to the Dismissed De Minimis Defendants' counterclaims.

5. This Order shall not affect Plaintiffs' rights as to claims against parties other than the Pending/Dismissed De Minimis Defendants.

Dated this   6th   day of February, 2013.

s/ William C. Griesbach  
William C. Griesbach  
Chief United States District Judge