

Reinhart Boerner Van Deuren s.c.
P.O. Box 2965
Milwaukee, WI 53201-2965

1000 North Water Street
Suite 1700
Milwaukee, WI 53202

Telephone: 414-298-1000
Facsimile: 414-298-8097
reinhartlaw.com

February 13, 2013

Scott W. Hansen
Direct Dial: 414-298-8123
shansen@reinhartlaw.com

The Honorable William C. Griesbach
United States District Court
Eastern District of Wisconsin
125 South Jefferson Street
Green Bay, WI 54305

Dear Judge Griesbach:          Re:   *Appleton Papers Inc. and NCR Corp. v. George A. Whiting Paper company, et al.*
Case No. 08-CV-00016-WCG

     In response to the Court's request for input about the timing of judgment (Dkt. 1483), defendants P.H. Glatfelter Company, Menasha Corporation, WTM I Company, CBC Coating, Inc., Neenah-Menasha Sewerage Commission, City of Appleton, U.S. Paper Mills Corp. and Georgia-Pacific Consumer Products LP agree it would promote consistency and efficiency to await the post-trial decision in *United States, et al. v. NCR, et al.*, Case No. 10-C-910-WCG before entering judgment in the above captioned action. We do not presently see a need for further briefing in *Whiting*.

Yours very truly,

s/ Scott W. Hansen

Scott W. Hansen,

9498892