# CRAVATH, SWAINE & MOORE LLP

| | | | | |
|---|---|---|---|---|
| STUART W. GOLD | CHRISTINE A. VARNEY | WORLDWIDE PLAZA | MICHAEL T. REYNOLDS | JENNIFER S. CONWAY |
| JOHN W. WHITE | PETER T. BARBUR | 825 EIGHTH AVENUE | ANTONY L. RYAN | MINH VAN NGO |
| EVAN R. CHESLER | SANDRA C. GOLDSTEIN | NEW YORK, NY 10019-7475 | GEORGE E. ZOBITZ | KEVIN J. ORSINI |
| MICHAEL L. SCHLER | THOMAS G. RAFFERTY | | GEORGE A. STEPHANAKIS | MATTHEW MORREALE |
| RICHARD LEVIN | MICHAEL S. GOLDMAN | | DARIN P. MCATEE | J. WESLEY EARNHARDT |
| KRIS F. HEINZELMAN | RICHARD HALL | TELEPHONE: (212) 474-1000 | GARY A. BORNSTEIN | YONATAN EVEN |
| B. ROBBINS KIESSLING | JULIE A. NORTH | FACSIMILE: (212) 474-3700 | TIMOTHY G. CAMERON | BENJAMIN GRUENSTEIN |
| ROGER D. TURNER | ANDREW W. NEEDHAM | | KARIN A. DEMASI | JOSEPH D. ZAVAGLIA |
| PHILIP A. GELSTON | STEPHEN L. BURNS | | LIZABETHANN R. EISEN | STEPHEN M. KESSING |
| RORY O. MILLSON | KEITH R. HUMMEL | CITYPOINT | DAVID S. FINKELSTEIN | LAUREN A. MOSKOWITZ |
| FRANCIS P. BARRON | DAVID J. KAPPOS | ONE ROPEMAKER STREET | DAVID GREENWALD | DAVID J. PERKINS |
| RICHARD W. CLARY | DANIEL SLIFKIN | LONDON EC2Y 9HR | RACHEL G. SKAISTIS | JOHNNY G. SKUMPIJA |
| WILLIAM P. ROGERS, JR. | ROBERT I. TOWNSEND, III | TELEPHONE: 44-20-7453-1000 | PAUL H. ZUMBRO | J. LEONARD TETI, II |
| JAMES D. COOPER | WILLIAM J. WHELAN, III | FACSIMILE: 44-20-7860-1150 | JOEL F. HEROLD | |
| STEPHEN L. GORDON | SCOTT A. BARSHAY | | ERIC W. HILFERS | |
| DANIEL L. MOSLEY | PHILIP J. BOECKMAN | | GEORGE F. SCHOEN | |
| PETER S. WILSON | ROGER G. BROOKS | WRITER'S DIRECT DIAL NUMBER | ERIK R. TAVZEL | SPECIAL COUNSEL |
| JAMES C. VARDELL, III | WILLIAM V. FOGG | | CRAIG F. ARCELLA | SAMUEL C. BUTLER |
| ROBERT H. BARON | FAIZA J. SAEED | | TEENA-ANN V. SANKOORIKAL | GEORGE J. GILLESPIE, III |
| KEVIN J. GREHAN | RICHARD J. STARK | (212) 474-1480 | ANDREW R. THOMPSON | |
| C. ALLEN PARKER | THOMAS E. DUNN | | DAMIEN R. ZOUBEK | |
| MARC S. ROSENBERG | MARK I. GREENE | | LAUREN ANGELILLI | |
| SUSAN WEBSTER | DAVID R. MARRIOTT | | TATIANA LAPUSHCHIK | |
| DAVID MERCADO | MICHAEL A. PASKIN | | ERIC L. SCHIELE | OF COUNSEL |
| ROWAN D. WILSON | ANDREW J. PITTS | | ALYSSA K. CAPLES | PAUL C. SAUNDERS |

February 13, 2013

*Appleton Papers Inc., et al. v. George A. Whiting Paper Co., et al.*, No. 08-cv-16

Dear Judge Griesbach:

      I write on behalf of NCR Corporation ("NCR") in response to the Court's February 7, 2013 Order in the above-captioned action.

      NCR agrees with the Court that the Court's anticipated ruling on the divisibility issue could have a direct impact on one or more of the decisions in the *Whiting* contribution action. NCR thus supports delaying final judgment in the *Whiting* action until after the Court enters a decision on the issues tried during the recent Enforcement Action trial.[1]

      While NCR and other parties have a significant interest in final judgment being entered in *Whiting* as soon as possible, NCR believes that interest is outweighed by the need to allow the parties and the Court an opportunity to evaluate the Court's divisibility ruling (especially as that ruling is expected soon) and whether it undermines or materially changes any of the *Whiting* rulings.

---

[1] The Court might wish to consider whether its July 2012 arranger liability ruling (Dkt. #1405) is sufficiently separate and distinct that final judgment as to that ruling could be entered now, even if other aspects of *Whiting* should await the divisibility ruling. In a pending CERCLA action concerning the Kalamazoo River in Michigan, which also involves sales of carbonless copy paper broke, NCR argued that Georgia-Pacific had previously litigated its arranger liability claims against NCR in this Court. The Michigan court recently declined to give this Court's arranger ruling preclusive effect, in part because final judgment has not been entered in *Whiting*. A trial of Georgia-Pacific's arranger liability claims in the Kalamazoo case is scheduled to begin on February 19, 2013.

Of course, at this time, NCR does not know how the Court will rule in the Enforcement Action. NCR thus cannot predict the nature of the impact that the Enforcement Action divisibility ruling will have on *Whiting*. Once the Court enters the divisibility ruling, NCR would welcome the opportunity to brief the interplay between that ruling and the Court's prior rulings in *Whiting*.

Respectfully,

Darin P. McAtee

Hon. Judge William C. Griesbach
United States District Court
Eastern District of Wisconsin
125 S. Jefferson St., Rm. 203
Green Bay, WI 54301-4541

VIA CM/ECF

COPY TO: All Counsel of Record