# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and NCR CORPORATION, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 08-CV-00016-WCG<br>) |
| GEORGE A. WHITING PAPER COMPANY, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that as of March 1, 2013, Patrick J. Ferguson no longer works at the law firm of Latham & Watkins LLP and is no longer representing Georgia-Pacific Consumer Products LP, Fort James Corporation, or Georgia-Pacific LLC in the above-referenced case. Please remove Patrick J. Ferguson from the service list in this case.

Dated: March 1, 2013

Respectfully submitted,

*/s/ Mary Rose Alexander*
Mary Rose Alexander
Latham & Watkins LLP
233 S. Wacker Dr. Ste. 5800
Chicago, IL 60606
Telephone: (312) 872-7700
Facsimile: (312) 993-9767
Mary.Rose.Alexander@lw.com
**Attorneys for Defendants Georgia-Pacific Consumer Products LP, Fort James Corporation, and Georgia-Pacific LLC**

CH\1440509.1