# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| APPLETON PAPERS INC. and<br>NCR CORPORATION,<br><br>      Plaintiffs,<br><br>  v.<br><br>GEORGE A. WHITING PAPER<br>COMPANY, et al.,<br><br>      Defendants. | Case Action No. 08-CV-00016-WCG |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that as of May 1, 2013, David A. Rabbino is no longer working at the law firm of Hunsucker Goodstein PC and no longer represents Menasha Corporation in the above-referenced action. Please remove David Rabbino from the service list in this action.

Dated:  May 7, 2013                                             Respectfully submitted,


                                                                /s/ Philip C. Hunsucker
                                                                Philip C. Hunsucker
                                                                Allison E. McAdam
                                                                Marc A. Shapp
                                                                Hunsucker Goodstein PC
                                                                3717 Mt. Diablo Blvd., Suite 200
                                                                Lafayette, CA 94549
                                                                Telephone:  (925) 284-0840
                                                                Fax:  (925) 284-0870
                                                                phunsucker@hgnlaw.com
                                                                amcadam@hgnlaw.com
                                                                mshapp@hgnlaw.com

                                                                Anne E. Lynch
                                                                Hunsucker Goodstein PC
                                                                5335 Wisconsin Avenue NW, Suite 360
                                                                Washington, DC 20015
                                                                Telephone:  (202) 895-5380
                                                                Fax:  (202) 895-5390
                                                                alynch@hgnlaw.com

                                                                **Counsel for Menasha Corporation**