IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPLETON PAPERS INC. and
NCR CORPORATION,

    Plaintiffs,

v.          No. 08-CV-16

GEORGE A. WHITING PAPER
COMPANY, *et al.*,

    Defendants.

## NOTICE OF NAME CHANGE AND
## SUPPLEMENTAL DISCLOSURE STATEMENT

PLEASE BE ADVISED that the name of Plaintiff Appleton Papers Inc. has been changed to Appvion, Inc. This is a name change only; there has been no change in ownership.

The undersigned, counsel of record for Appvion, Inc., furnishes the following information in compliance with Civil L.R. 7.1(b)(2):

    1.    Appvion, Inc. is a wholly-owned subsidiary of Paperweight Development Corp.

    2.    No publicly-held company owns more than ten percent of the stock of Appvion, Inc. or Paperweight Development Corp.

All current counsel of record for Appleton Papers Inc. in this action remain counsel of record for Appvion, Inc.

Dated this 4th day of June, 2013.

                      Respectfully Submitted,

                      APPVION, INC.

                      By    /s/ Ronald R. Ragatz
                            One of Its Attorneys

Counsel for Appvion, Inc.:

| | |
|---|---|
| Heidi D. Melzer (#1076125)<br>Melzer Law, LLC<br>4469 Wyandot Trail<br>Green Bay, WI 54313<br>(920) 544-9139<br><br>Gregory A. Krauss<br>Davidson Berquist Jackson & Gowdey, LLP<br>4300 Wilson Blvd., Suite 700<br>Arlington, VA 22203<br>(703) 894-6408 | Ronald R. Ragatz (#1017501)<br>Dennis P. Birke (#1018345)<br>Megan A. Senatori (#1037314)<br>DeWitt Ross & Stevens S.C.<br>Two East Mifflin Street, Suite 600<br>Madison, WI 53703<br>(608) 255-8891 |