UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

APPLETON PAPERS INC. and NCR CORP.,

        Plaintiffs,

    v.                           Case No. 08-C-16

GEORGE A. WHITING PAPER CO., et al.,

        Defendants.

**ORDER STAYING JUDGMENT**

Based on NCR Corporation's ("NCR") Unopposed Civil L. R. 7(h) Expedited Non-Dispositive Motion to Stay Execution of Amended Judgment Pending Appeal and to Approve Proposed Supersedeas Bond, IT IS HEREBY ORDERED THAT:

1. Any execution or enforcement of Paragraphs 6-10 and 16 of the Amended Judgment (Dkt. No. 1505) is stayed pending NCR's appeal of the Amended Judgment to the United States Court of Appeals for the Seventh Circuit; and

2. The Proposed Supersedeas Bond, attached to NCR's Motion as Exhibit B, is approved.

NCR shall file the executed version of the Proposed Supersedeas Bond within two business days of the entry of this Order.

**SO ORDERED** this 11th  day of July, 2013.

                                 s/ William C. Griesbach
                              William C. Griesbach, Chief Judge
                              United States District Court