# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

**Green Bay Division**

Jefferson Court Building
125 South Jefferson Street, Room 102
Green Bay, WI 54301-4541

JON W. SANFILIPPO
CLERK

TEL: 920-884-3720
FAX: 920-884-3724
*www.wied.uscourts.gov*

July 11, 2013

Ronald R. Ragatz
DeWitt Ross & Stevens SC
Two East Mifflin St.
Madison, WI 53703

Re: **Appleton Papers Inc., et al. v. PH Glatfelter Company, et al.**
**USDC Case No.: 08-C-16**

Dear Mr. Ragatz:

Your Notice of Appeal to the U.S. Court of Appeals for the Seventh Circuit was filed on July 10, 2013. If a transcript is necessary, please complete the Seventh Circuit Transcript Information Sheet, available in the Forms Repository (Court Reporter Forms) on our website at *www.wied.uscourts.gov*.

The appeal record will consist of documents pursuant to Circuit Rule 10. If you would like to designate any other documents that are not usually made part of the appeal record, please do so, in writing, within 10 calendar days from the date of filing of notice of appeal. Any designations made after the 10-day period or requests to enlarge the record must be made by filing a motion with the District Court judge. At the time the record is forwarded to the Court of Appeals, a copy of the transmittal letter with a copy of the docket sheet containing the index will be sent to you and to opposing counsel.

Litigants should refer to the docket sheet to assist in their responsibility for ensuring that the record is complete before transmittal to the Court of Appeals. Counsel may review the electronic docket sheet. *Pro se* litigants will receive a copy of the docket sheet with this letter by mail. If a docketing statement, as required by Circuit Rule 3(c), was not filed with the notice of appeal, it should be filed directly with the Clerk of Court for the U.S. Court of Appeals for the Seventh Circuit. If you have any questions, please feel free to call.

Very truly yours,
JON W. SANFILIPPO
Clerk of Court

Terri Lynn Ficek
Deputy Clerk, Appeals

Enclosure
cc: All Counsel via CM/ECF