UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

APPLETON PAPERS INC. and NCR CORPORATION,

        Plaintiff,                      Case No. 08-CV-0016

    v.

GEORGE A. WHITING PAPER CO., et al.,

        Defendant.

---

### NOTICE OF CROSS-APPEAL OF NEENAH-MENASHA SEWERAGE COMMISSION

---

NOTICE IS HEREBY GIVEN that Defendant Neenah-Menasha Sewerage Commission, appeals to the United States Court of Appeals for the Seventh Circuit from the Amended Judgment entered in this action on June 27, 2013 (Dkt. No. 1505).

Dated: July 22, 2013.

                                        /s/ William J. Mulligan
                                        William J. Mulligan
                                        State Bar No. 1008465
                                        Kevin J. Lyons
                                        State Bar No. 1013826
                                        Elizabeth K. Miles
                                        State Bar No. 1064284
                                        Davis & Kuelthau, s.c.
                                        111 E. Kilbourn Avenue, Suite 1400
                                        Milwaukee, WI 53202
                                        Telephone: 414.276.0200
                                        Facsimile: 414. 278.3629

                                        **Attorneys for Defendant**
                                        **Neenah-Menasha Sewerage Commission**