

Reinhart Boerner Van Deuren s.c.
P.O. Box 2965
Milwaukee, WI 53201-2965

1000 North Water Street
Suite 1700
Milwaukee, WI 53202

Telephone: 414-298-1000
Facsimile: 414-298-8097
reinhartlaw.com

July 26, 2013

Steven P. Bogart
Direct Dial: 414-298-8192
sbogart@reinhartlaw.com

Jon W. Sanfilippo
Clerk of Court
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

Dear Mr. Sanfilippo:   Re:   Appleton Papers Inc., et al. v. George A. Whiting Paper Company, et al. Case No. 08-CV-00016

Pursuant to Seventh Circuit Rule 10 and your letter dated July 18, 2013, Defendant. U.S. Paper Mills Corp. hereby designates, and requests that you include, the following documents as part of the Record on Appeal of the Court's Amended Final Judgment (Dkt. No. 1505) in the above matter:

1. All documents requested in the July 8, 2013 letter and attachment filed by Attorney Darin P. McAtee on behalf of NCR Corporation (Dkt. 1513), incorporated by reference herein.

2. The following additional documents in this case:

| Date | Dkt | Description |
|---|---|---|
| 12/07/2011 | 1247 | Brief in Support filed by Georgia-Pacific LLC re 1246 Motion for Summary Judgment Regarding Plaintiffs' Arranger Liability. |
| 12/12/2011 | 1265 | Minute Entry for proceedings held before Judge William C. Griesbach: Telephone status conference held on 12/12/2011. The Court strikes 1246 Motion for Summary Judgment Regarding Plaintiffs' Arranger Liability. (Brief to be treated as Pre-Trial Brief) (Tape #121211) |

3. Because the motion and the Court's Decision and Order as to Appleton Papers Inc.'s liability in this case (Dkt. 1437) relies on the Decision and Order relating to Appleton Papers Inc.'s CERCLA liability in the related enforcement case, *United States of America, et al. v. NCR Corporation, et al.,* Case No. 1:10-CV-910 (the "Enforcement Action"), U.S. Paper requests that the following documents from the Enforcement Action be included in the appeal record in this case:

| | | |
|---|---|---|
| 07/28/2011 | 194 | Motion for Summary Judgment by Appleton Papers Inc. |
| 07/28/2011 | 195 | Declaration of Ronald R. Ragatz in Support of Appleton Papers Inc.'s Motion for Summary Judgment. (Attachments 1 through 5) |
| 07/28/2011 | 196 | Proposed Findings of Fact by Appleton Papers Inc. |
| 07/28/2011 | 197 | Brief in Support filed by Appleton Papers Inc. re 194 Motion for Summary Judgment |
| 08/26/2011 | 203 | Declaration of Randall M. Stone in response to 194 Motion for Summary Judgment on Non-Liability filed by API (Attachments: 1 through 5). |
| 08/26/2011 | 204 | Response to Motion filed by All Plaintiffs re 194 Motion for Summary Judgment - Plaintiffs' Joint Response to Statement of Proposed Material Facts Submitted by Appleton Papers Inc. and Plaintiffs' Statement of Additional Undisputed Facts. |
| 08/26/2011 | 205 | Brief in Opposition filed by All Plaintiffs re 194 Motion for Summary Judgment |
| 08/26/2011 | 206 | Response to Motion filed by CBC Coating Inc., City of Appleton, Georgia-Pacific Consumer Products LP, Menasha Corporation, Neenah-Menasha Sewerage Commission, PH Glatfelter Company, US Paper Mills Corp, WTM I Company re 194 Motion for Summary Judgment of Defendant Appleton Papers Inc. |
| 08/29/2011 | 207 | Response filed by CBC Coating Inc., City of Appleton, Georgia- Pacific Consumer Products LP, Menasha Corporation, Neenah-Menasha Sewerage Commission, PH Glatfelter Company, US Paper Mills Corp, WTM I Company to Appleton Papers Inc.'s Proposed Findings of Fact in Support of its Motion for Summary Judgment. |

| 08/29/2011 | 208 | Declaration of Steven P. Bogart Under Rule 56(d) (Attachments 1 and 2). |
| --- | --- | --- |
| 09/15/2011 | 212 | Reply Brief in Support filed by Appleton Papers Inc. re 194 Motion for Summary Judgment. |
| 09/15/2011 | 213 | Reply filed by Appleton Papers Inc. re 204 Response to Motion, Response to Plaintiffs' Statement of Additional Undisputed Facts. |
| 12/19/2011 | 279 | Order signed by Judge William C. Griesbach on 12-19-11 denying 194 Motion for Summary Judgment. |
| 01/10/2012 | 286 | Motion for Reconsideration of the Court's Decision and Order of December 19, 2011 by Appleton Papers Inc. |
| 01/10/2012 | 287 | Brief in Support filed by Appleton Papers Inc. re 286 Motion for Reconsideration of the Court's Decision and Order of December 19, 2011. (Attachments 1 and 2). |
| 02/03/2012 | 301 | Declaration of Randall M. Stone - Second Declaration of Randall M. Stone Submitted in Response to Defendant Appleton Papers Inc.'s Motion for Summary Judgment and Motion to Reconsider the Court's Decision and Order of December 19, 2011 (Attachments 1-21). |
| 02/03/2012 | 302 | Brief in Opposition filed by All Plaintiffs re 286 Motion for Reconsideration of the Court's Decision and Order of December 19, 2011. |
| 02/03/2012 | 304 | Brief in Opposition filed by CBC Coating Inc., City of Appleton, Georgia-Pacific Consumer Products LP, Menasha Corporation, Neenah-Menasha Sewerage Commission, U.S. Paper Mills Corp., WTM I Company re 286 Motion for Reconsideration of the Court's Decision and Order of December 19, 2011. |
| 02/20/2012 | 311 | Reply brief in support filed by Appleton Papers Inc. re 286 Motion for Reconsideration of the Court's Decision and Order of December 19, 2011. |

| 04/10/2012 | 349 | Order signed by Judge William C. Griesbach on 4-10-12 granting 286 Motion for Reconsideration. |

        Respectfully submitted,

        s/Steven P. Bogart

        Steven P. Bogart

10070605