**Mary Rose Alexander**
Direct Dial: +1.312.876.7672
mary.rose.alexander@lw.com

233 S. Wacker Drive, Suite 5800
Chicago, Illinois 60606
Tel: +1.312.876.7700 Fax: +1.312.993.9767
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Milan |
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New Jersey |
| Brussels | New York |
| Chicago | Orange County |
| Doha | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

# LATHAM & WATKINS LLP

July 26, 2013

Jon W. Sanfilippo
Clerk of Court
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

Re: *Appleton Papers Inc., et al. v. George A. Whiting Paper Company, et al.*,
Case No. 08-CV00016

Dear Mr. Sanfilippo:

By letter to you dated July 8, 2013 (Dkt. 1513), Plaintiff NCR Corporation designated filings to be included in the record on appeal for purposes of its appeal to the U.S. Court of Appeals for the Seventh Circuit (No. 13-2447). The Seventh Circuit has consolidated the cross-appeal of my clients, Georgia-Pacific LLC, Georgia-Pacific Consumer Products LP, and Fort James Corporation (No. 13-2568) with NCR's appeal, among others.

For purposes of their cross-appeal, Georgia-Pacific LLC, et al. respectfully request that the record on appeal contain all filings included by default under Seventh Circuit Rule 10, all filings and transcripts specified in NCR's letter of July 8, and Dkt. Nos. 1247-1248 (filed Dec. 7, 2011).

Thank you for your attention to this matter.

Very truly yours,

*/s/ Mary R [signature]*

Mary Rose Alexander
of LATHAM & WATKINS LLP