# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse  
Room 2722 - 219 S. Dearborn Street  
Chicago, Illinois 60604



Office of the Clerk  
Phone: (312) 435-5850  
www.ca7.uscourts.gov

**NOTICE OF DOCKETING - Short Form**

July 26, 2013

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

---

Appellate Case No: 13-2645

Caption:  
APPVION, INCORPORATED, formerly known as APPLETON PAPERS INCORPORATED, et al.,  
 Plaintiffs - Appellees

v.

CITY OF APPLETON,  
Defendant - Appellant

---

District Court No: 2:08-cv-00016-WCG  
District Judge William Griesbach  
Clerk/Agency Rep Jon Sanfilippo

Date NOA filed in District Court: 07/25/2013  
District Court No: 1:08-cv-00895-WCG  
District Judge William Griesbach  
Clerk/Agency Rep Jon Sanfilippo

Date NOA filed in District Court: 07/25/2013

---

If you have any questions regarding this appeal, please call this office.

CC:     Jon W. Sanfilippo

form name: **c7_Docket_Notice_short_form**(form ID: **188**)