

TAGLaw International Lawyers

Susan E. Lovern
Direct Telephone
414-287-1286
slovern@vonbriesen.com

August 2, 2013

Mr. Jon W. Sanfilippo
Clerk of Courts
Eastern District of Wisconsin
United States District Court
517 East Wisconsin Avenue
Milwaukee, WI 53202

> Re: *Appleton Papers, Inc., et. al. v. George A. Whiting Paper Co., et. al.*
> Case No. 08-CV-00016-WCG

Dear Mr. Sanfilippo:

By letter to you dated July 8, 2013 (Dkt. 1513), Plaintiff NCR Corporation designated filings to be included in the record on appeal for purposes of its appeal to the U.S. Court of Appeals for the Seventh Circuit (No. 13-2447). The Seventh Circuit has consolidated the cross-appeal of my client, CBC Coating, Inc. (No. 13-2607) with NCR's appeal, among others. For purposes of its cross-appeal, CBC Coating, Inc. respectfully requests that the record also include the filings and transcripts specified in NCR's letter of July 8, 2013 (Dkt. 1513).

Thank you for your assistance with this matter.

von BRIESEN & ROPER, s.c.

*s/ Susan E. Lovern*

Susan E. Lovern

SEL:ema

cc: All counsel of record (via electronic filing system)

23965577_1.DOC