

Member of LEGUS International Network of Law Firms

**Richard C. Yde**
**Government Law Team Leader**
222 West Washington Avenue, Suite 900
P.O. Box 1784
Madison, WI 53701-1784
ryde@staffordlaw.com
608.259.2639

August 2, 2013

Jon W. Sanfilippo, Clerk of Court
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

Re: *Appleton Papers Inc., et al. v. George A. Whiting Paper Company, et al.*
Case No. 08-CV-00016

Dear Mr. Sanfilippo:

The cross-appeal to the U.S. Court of Appeals for the Seventh Circuit of our client, the City of Appleton (No. 13-2645), has been consolidated with the appeal of Plaintiff NCR Corporation (No. 13-2447) among others. For purposes of its cross-appeal, the City of Appleton requests that the record on appeal contain all filings included by default under Seventh Circuit Rule 10 and the filings and transcripts specified in NCR's letter of July 8, 2013 (Dkt. 1513).

Very truly yours,

*s/ Richard C. Yde*

Richard C. Yde

L:\DOCS\003013\000002\CORR\3237700.DOCX
0802131536

**Madison Office**
222 West Washington Avenue   608.256.0226
P.O. Box 1784                888.655.4752
Madison, Wisconsin           Fax 608.259.2600
53701-1784   www.staffordlaw.com

**Milwaukee Office**
1200 North Mayfair Road   414.982.2850
Suite 430                 888.655.4752
Milwaukee, Wisconsin      Fax 414.982.2889
53226-3282   www.staffordlaw.com

Case 2:08-cv-00016-WCG   Filed 08/02/13   Page 1 of 1   Document 1572