

August 5, 2013

Jon W. Sanfilippo, Clerk of Court
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI   53202

Re:   *Appleton Papers Inc., et al. v. George A. Whiting Paper Company, et al.*

      Case No. 08-CV-00016

Dear Mr. Sanfilippo:

The cross-appeal to the U.S. Court of Appeals for the Seventh Circuit of our client, the Neenah-Menasha Sewerage Commission (No. 13-2606), has been consolidated with the appeal of Plaintiff NCR Corporation (No. 13-2447) among others. For purposes of its cross-appeal, the Neenah-Menasha Sewerage Commission requests that the record on appeal contain all filings included by default under Seventh Circuit Rule 10, the filings and transcripts specified in NCR's letter of July 8, 2013 (Dkt. 1513), and the following filings:

- Dkt. 1246    Motion for summary judgment (filed Dec. 7, 2011)
-     Dkt. 1247    Brief in support of motion for summary judgment (filed Dec. 7, 2011)
- Dkt. 1248    Proposed findings of fact (filed Dec. 7, 2011)
- Dkt. 1249    Declaration of Karl S. Lytz plus exhibits (filed Dec. 7, 2011)
- Dkt. 1250    Declaration of Karl S. Lytz plus exhibits (filed Dec. 7, 2011)
- Dkt. 1251    Declaration of Karl S. Lytz plus exhibits (filed Dec. 7, 2011)
- Dkt. 1252    Declaration of Karl S. Lytz plus exhibits (filed Dec. 7, 2011)
- Dkt. 1253    Declaration of Karl S. Lytz plus exhibits (filed Dec. 7, 2011)
- Dkt. 1254    Declaration of Karl S. Lytz plus exhibits (filed Dec. 7, 2011)
- Dkt. 1255    Declaration of Karl S. Lytz plus exhibits (filed Dec. 7, 2011)
- Dkt. 1256    Declaration of Karl S. Lytz plus exhibits (filed Dec. 7, 2011)
- Dkt. 1257    Declaration of Karl S. Lytz plus exhibits (filed Dec. 7, 2011)
- Dkt. 1258    Declaration of Karl S. Lytz plus exhibits (filed Dec. 7, 2011)
- Dkt. 1259    Letter from Attorney William J. Mulligan (filed Dec. 8, 2011)
- Dkt. 1265    Minute Entry for proceedings held Dec. 12, 2011

Very truly yours,

s/William J. Mulligan

William J. Mulligan
cc:   All counsel of record (via electronic filing system)

Phone 414.276.0200  Direct 414.225.1429  Fax 414.278.3629

111 E. Kilbourn Avenue Suite 1400, Milwaukee, WI 53202

wmulligan@dkattorneys.com

BROOKFIELD | GREEN BAY | MADISON | MILWAUKEE | OSHKOSH

www.dkattorneys.com