# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.*

District: **Eastern District of Wisconsin**　　　　　　　　　　　Docket No.: **08-C-16**
Division: **Green Bay**

| *Plaintiff (Petitioner)* | *Short Caption* | *Defendant (Respondent)* |
|---|---|---|
| ***APPLETON PAPERS, INC. Et al.*** | v. | ***GEORGE A. WHITING PAPER COMPANY COMPANY, et al.*** |

***(APPEAL OF UNITED STATES OF AMERICA)***

District: **Eastern District of Wisconsin**　　　　　　　　　　　Docket No.: **08-C-895**

Division: **Green Bay**

| *Plaintiff(Petitioner)* | *Short Caption* | *Defendant(Respondent)* |
|---|---|---|
| **NCR CORPORATION,** | V. | **KIMBERLY-CLARK CORPORATION, et al.** |

***(APPEAL OF UNITED STATES OF AMERICA)***

## SEE ATTACHED SHEET FOR ADDITIONAL COUNSEL

| | | | | |
|---|---|---|---|---|
| Name: | Evan R. Chesler | Name: | Randall M. Stone |
| Firm: | Cravath swaine & Moor LLP | Firm: | U.S. Dept. Of Justice |
| Address: | 825 Eighth Ave. | Address: | P.O. Box 7611 |
| | New York, NY 10019 | | Washington, D.C. 20044-7611 |
| Phone: | 212-474-1000 | Phone: | 202-514-1308 |

| | | | |
|---|---|---|---|
| Judge: | William C. Griesbach | Nature of Suit Code: | 893 |
| Court Reporter: | Proceedings Digitally Recorded | Date Filed in District Court: | 01/07/2008 |
| | | Date of Judgment: | 06/27/2013 |
| | | Date of Notice of Appeal: | 08/22/2013 |

Counsel:　　☐ Appointed　　☒ Retained　　☐ Pro Se

Fee Status:　　☐ Paid　　☐ Due　　☐ IFP　　☐ IFP Pending　　☒ U.S.　　☐ Waived

*(Please mark only 1 item above)*

Has docketing statement been filed with the District Court Clerk's Office:　☒ Yes　　☐ No

*If 28 U.S.C. § 2254 or 28 U.S.C. § 2255, was certificate of appealability:*  ☐ granted  ☐ denied  ☐ pending

*If certificate of appealability was granted or denied, what is the date of the order:* _____

***IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).***