# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE TO TRANSMIT RECORD ON APPEAL

January 24, 2014

```
NCR CORPORATION and APPVION, INC., ]  Appeals from the United
f/n/a APPLETON PAPERS, INC.,        ]  States District Court for
     Plaintiffs-Appellants,         ]  the Eastern District of
     Cross-Appellees,               ]  Wisconsin.
                                    ]
Nos. 13-2447, 13-2522, 13-2568,     ]  Nos. 2:08-cv-00016-WCG
     13-2570, 13-2572, 13-2605,     ]  Nos. 2:08-cv-00895-WCG
     13-2606, 13-2607, 13-2631,     ]
     13-2645 and 13-2866      v.    ]  William C. Griesbach,
                                    ]  Chief Judge.
GEORGIA-PACIFIC LLC,                ]
GEORGIA-PACIFIC CONSUMER            ]
PRODUCTS LP (f/k/a FORT JAMES       ]
OPERATING COMPANY), FORT JAMES      ]
CORPORATION, P.H. GLATFELTER        ]
COMPANY, U.S. PAPER MILLS CORP.,    ]
MENASHA CORPORATION,                ]
NEENAH-MENASHA SEWERAGE             ]
COMMISSION, CBC COATING, INC.,      ]
WTM I COMPANY, CITY OF APPLETON     ]
and UNITED STATES OF AMERICA,       ]
       Defendants-Appellees,        ]
       Cross-Appellants,            ]
                                    ]
             and                    ]
                                    ]
GEORGE A. WHITING PAPER COMPANY,    ]
et al.,                             ]
       Defendants-Appellees.        ]
```

Pursuant to Circuit Rule 11(b), the entire record is to be transmitted to this court immediately for use in the decision in the above named cause.