# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

**Green Bay Division**

Jefferson Court Building
125 South Jefferson Street, Room 102
Green Bay, WI 54301-4541

JON W. SANFILIPPO
CLERK

TEL: 920-884-3720
FAX: 920-884-3724
www.wied.uscourts.gov

## RECORD TRANSMITTAL LETTER

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals
for the Seventh Circuit
219 South Dearborn Street
Chicago, IL 60604

Re: **Appleton Papers Inc., et al. v. PH Glatfelter Company, et al.**
USCA Nos. 13-2447, 13-2522, 13-2568, 13-2570, 13-2572, 13-2605, 13-2606, 13-2607, 13-2631, 13-2645, and 13-2866
USDC No. 08-C-16

Dear Mr. Agnello:

Enclosed herewith please find the record on appeal in connection with the above-referenced case consisting of:

- [ 82 ] Volume of Pleadings
- [ 79 ] Loose pleadings(s): Docket Nos. 425, 480. 516, 519, 555, 575, 578, 579, 582, 610, 628, 651, 662, 665-669, 672, 676-685, 714, 716, 727,759, 774,754,765, 791, 884, 886, 889, 890, 900, 904, 912, 917, 980, 993, 1016, 1022, 1025, 1029, 1031, 1033, 1048, 1049, 1052, 1171, 1172, 1175-1180, 1181-1183, 1185, 1251-1257, 1350, 1393, and 1424
- [ 4 ] Volumes of transcripts: (Vol 1 - Docket No. 39), (Vol 2 - Docket Nos. 488, 508, and 749), (Vol 3 - 1074 and 1109), (Vol 4 - 1282, 1338, and 1359-1365)
- [ 1 ] Envelope of Exhibit(s): 8 CDs containing Final Trial Exhibits (2), Final Trial Exhibits with Objections (1), Sealed Final Trial Exhibits (1), Sealed Final Trial Exhibits with Objections (1), Sealed Final Trial Exhibits - Ex 0681 (1), Sealed Exhibit 6012 (1), Sealed Exhibit 6013(1)
- [ 2 ] Volumes in camera material(s): (Vol 1 - Docket Nos. 756 and 757), (Vol 2 - Docket Nos. 1301 -1306, 3121, 1324, 1332, 1335, 1340, 1343, 1384, 1394, 1396, 1397, and 1475-1476
- [ ] Other

Please acknowledge receipt of the above-referenced materials for our records.

Very truly yours,
JON W. SANFILIPPO
Clerk of Court

s/Terri Lynn Ficek
Deputy Clerk

Enclosure
cc: All Counsel via CM/ECF