UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

APPVION, INC. and NCR CORP.,

    Plaintiffs,

v.                                                                 Case No. 08-C-16

PH GLATFELTER COMPANY, et al.,

    Defendants.

---

### ORDER DISCHARGING BOND

---

Plaintiff NCR Corporation ("NCR") has filed a motion to discharge the Supersedeas Bond No. 285044664 (the "Bond"). Upon consideration of NCR's motion, and for good cause shown, IT IS HEREBY ORDERED that the Bond, a copy of which is attached to NCR's motion [ECF No. 1588] as Exhibit "A", is hereby fully and unconditionally discharged and released, and the surety, Liberty Mutual Insurance Company, and its parents, affiliates and subsidiaries, are hereby fully released and discharged from any and all past, present and future liability in connection with the issuance of the Bond.

**SO ORDERED** this 7th day of January, 2015.

                                                       /s William C. Griesbach
                                                       William C. Griesbach, Chief Judge
                                                       United States District Court