IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

APPVION, INC. and
NCR CORPORATION,

    Plaintiffs,

v.

Case No. 08-CV-16-WCG

P.H. GLATFELTER COMPANY, *et al*.,

    Defendants.

**STIPULATION REGARDING BRIEFING SCHEDULE
AND ORDER**

The undersigned parties stipulate as follows:

1. Plaintiffs Appvion, Inc. ("Appvion") and NCR Corporation ("NCR") (collectively, "Plaintiffs") and Defendants City of Appleton, Menasha Corporation, Neenah-Menasha Sewerage Commission, U.S. Paper Mills Corp. and WTM I Company ("WTM") (collectively, the "Settling Defendants") have previously advised the Court that they have reached a settlement that resolves all remaining claims between Plaintiffs and the Settling Defendants.

2. Plaintiffs and the Settling Defendants expect to file an unopposed motion addressing the settlement within the next several days.

3. On December 12, 2016, the Court entered a minute order that stayed briefing on all "motions solely involving the five settling defendants." Dkt. 1876.

4. Appvion and the Settling Defendants stipulate that the time for the Settling Defendants to respond to any motions filed against them by Appvion and not previously stayed, and the time for Appvion to respond to any motions filed against it by any of the Settling Defendants and not previously stayed, shall be extended to and including January 18, 2016.

Dated:  December 22, 2016	Respectfully Submitted,

APPVION, INC.

By:    /s/ Ronald R. Ragatz
DEWITT ROSS &STEVENS S.C.
Ronald R. Ragatz (#1017501)
Dennis P. Birke (#1018345)
Megan A. Senatori (#1037314)
Two East Mifflin Street
Madison, WI 53703
Phone: (608) 255-8891
Fax: (608) 252-9243
(rrr@dewittross.com)

Attorneys for Appvion, Inc.

*SIGNATURE PAGES (6) FOLLOWING*

-2-

**Stipulation Regarding Briefing Schedule and Order in** *Appvion, Inc., et al. v. George A. Whiting Paper Co., et al.*, **No. 08-CV-16-WCG**

Dated:  December 22, 2016            Respectfully submitted,

                                             U.S. PAPER MILLS CORPORATION

                                              */s/* Scott W. Hansen
                                             Steven P. Bogart
                                             WI State Bar ID No. 1005758
                                             sbogart@reinhartlaw.com
                                             Scott W. Hansen
                                             WI State Bar ID No. 1017206
                                             shansen@reinhartlaw.com
                                             Reinhart Boerner Van Deuren s.c.
                                             1000 North Water Street, Suite 1700
                                             Milwaukee, WI 53202
                                             Telephone: 414-298-1000
                                             Facsimile: 414-298-8097

                                             Thomas R. Gottshall
                                             S. Ross Shealy
                                             Haynsworth Sinkler Boyd, P.A.
                                             1201 Main Street, Suite 2200
                                             Columbia, SC 29201
                                             Telephone: 803-779-3080
                                             Facsimile: 803-765-1243
                                             tgottshall@hsblawfirm.com

                                             Attorneys for U.S. Paper Mills Corporation

**Stipulation Regarding Briefing Schedule and Order in** *Appvion, Inc., et al. v. George A. Whiting Paper Co., et al.*, **No. 08-CV-16-WCG**

Dated: December 22, 2016

Respectfully submitted,

WTM I COMPANY

 */s/* Nancy K. Peterson
Nancy K. Peterson (WI 1000197)
Arthur A. Vogel, Jr. (WI 1010425)
William H. Harbeck (WI 1007004)
QUARLES & BRADY LLP
411 E. Wisconsin Avenue
Milwaukee, WI 53202
Phone: 414-277-5000
Fax: 414-271-3552
nancy.peterson@quarles.com
arthur.vogel@quarles.com
william.harbeck@quarles.com

Attorneys for WTM I Company

**Stipulation Regarding Briefing Schedule and Order in** *Appvion, Inc., et al. v. George A. Whiting Paper Co., et al.***, No. 08-CV-16-WCG**

Dated:  December 22, 2016

Respectfully submitted,

MENASHA CORPORATION

 */s/* Philip C. Hunsucker
Philip C. Hunsucker
Allison E. McAdam
Marc A. Shapp
HUNSUCKER GOODSTEIN PC
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Phone: (925) 284-0840
Fax: (925) 284-0870
phunsucker@hgnlaw.com
amcadam@hgnlaw.com
mshapp@hgnlaw.com

Anne E. Lynch
HUNSUCKER GOODSTEIN PC
5335 Wisconsin Avenue, NW, Suite 360
Washington, DC 20015
Phone: (202) 895-5380
Fax: (202) 895-5390
alynch@hgnlaw.com

Attorneys for Menasha Corporation

**Stipulation Regarding Briefing Schedule and Order in** *Appvion, Inc., et al. v. George A. Whiting Paper Co., et al.*, **No. 08-CV-16-WCG**

Dated:  December 22, 2016                    Respectfully submitted,

                                                    CITY OF APPLETON

                                                   */s/* Richard C. Yde
                                                  Paul G. Kent (#1002924)
                                                  Richard C. Yde (#1013600)
                                                  Ted Waskowski (#1003254)
                                                  Vanessa D. Wishart (#1089710)
                                                  Attorneys for Defendant City of Appleton
                                                  Stafford Rosenbaum LLP
                                                  222 West Washington Avenue, Suite 900
                                                  P.O. Box 1784
                                                  Madison, WI 53701-1784
                                                  Phone: 608-256-0226
                                                  pkent@staffordlaw.com
                                                  ryde@staffordlaw.com
                                                  twaskowski@staffordlaw.com
                                                  vwishart@staffordlaw.com

                                                  James P. Walsh (#1009328)
                                                  Attorneys for Defendant City of Appleton
                                                  Appleton City Attorneys Office
                                                  100 North Appleton Street
                                                  Appleton, WI 54911-4702
                                                  Phone: (920) 832-6423
                                                  jim.walsh@appleton.org

                                                  Attorneys for City of Appleton

**Stipulation Regarding Briefing Schedule and Order in** *Appvion, Inc., et al. v. George A. Whiting Paper Co., et al.***, No. 08-CV-16-WCG**

Dated: December 22, 2016

Respectfully submitted,

NEENAH-MENASHA SEWERAGE
 COMMISSION

 */s/* Elizabeth K. Miles
William J. Mulligan (WI 1008465)
Kevin J. Lyons (WI 1013826)
Elizabeth K. Miles (WI 1064284)
Dillon J. Ambrose (WI 1041416)
DAVIS & KUELTHAU, S.C.
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202
Phone: (414) 276-0200
wmulligan@dkattorneys.com
klyons@dkattorneys.com
emiles@dkattorneys.com
dambrose@dkattorneys.com

Attorneys for Neenah-Menasha Sewerage Commission

**Stipulation Regarding Briefing Schedule and Order in** *Appvion, Inc., et al. v. George A. Whiting Paper Co., et al.*, **No. 08-CV-16-WCG**

    **SO ORDERED.**

Dated this 3rd day of January, 2017.

                                             <u>/s William C. Griesbach</u>
                                             William C. Griesbach, Chief Judge
                                             United States District Court