# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

APPVION, INC. and NCR CORP.,

        Plaintiffs,

    v.                           Case No. 08-C-16

P.H. GLATFELTER COMPANY, et al.,

        Defendants.

---

## ORDER DENYING MOTIONS AS MOOT

---

Following approval and entry of the settlement, several motions are now moot. (See ECF No. 1879.)

It is therefore ordered that the motions filed at ECF Nos. 1808, 1835, 1839, 1846, 1852 and 1869 are **DENIED** as moot.


    **SO ORDERED** this  3rd  day of January, 2017.


                         /s William C. Griesbach
                      William C. Griesbach, Chief Judge
                      United States District Court