# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

APPVION, INC. and NCR CORP.,

        Plaintiffs,

v.                                                                     Case No. 08-C-16

P.H. GLATFELTER COMPANY, et al.,

        Defendants.

## ORDER DIRECTING PAYMENT OF THE CONDITIONAL SET-ASIDE

        The Court, having determined that this Court's Order for Judgment (Dkt.1894) approving the Settlement Agreement (Dkt. 1887-2) and resulting Partial Final Judgment entered on January 9, 2017 (Dkt. 1904) have become final and no longer subject to appeal,

        IT IS HEREBY ORDERED that the law firm of Reinhart Boerner Van Deuren, s.c. shall forthwith pay to BTI 2014 LLC, or its designee, all monies currently held in its trust account for the Conditional Set-Aside pursuant to the Court-approved Settlement Agreement.

        **SO ORDERED** this <u>10th</u> day of February, 2017.

                                                                           /s William C. Griesbach
                                                                      William C. Griesbach, Chief Judge
                                                                      United States District Court